# Exhibit C

STATE OF WISCONSIN     CIRCUIT COURT     MANITOWOC COUNTY

ANDREW L. COLBORN,

            Plaintiff,             Case No. 2018-CV-561

    v.

NETFLIX, INC., CHROME MEDIA LLC, f/k/a
SYNTHESIS FILMS LLC, LAURA RICCIARDI,
and MOIRA DEMOS,

            Defendants.

## NOTICE OF FILING NOTICE OF REMOVAL

Please take notice that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Putative Defendants Netflix, Inc.; Chrome Media LLC; Laura Ricciardi; and Moira Demos have filed contemporaneously with this filing a Notice of Removal in the United States District Court for the Eastern District of Wisconsin, a copy of which is attached as Exhibit A, and that said matter shall now proceed in the United States District Court for the Eastern District of Wisconsin.

Dated: April 3, 2019.            Respectfully submitted,

                                         *Electronically signed by James A. Friedman*
                                         James A. Friedman
                                         Godfrey & Kahn, S.C.
                                         One East Main Street
                                         Suite 500
                                         Madison, WI 53703-3300
                                         T: (608) 284-2617
                                         F: (608) 257-0609
                                         jfriedman@gklaw.com

                                         *Counsel for Putative Defendants Netflix, Inc.;*
                                         *Chrome Media LLC; Laura Ricciardi; and*
                                         *Moira Demos*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2019, I electronically filed the foregoing Notice of Filing Notice of Removal with the Clerk of Court using the electronic filing system, and provided copies via electronic mail and U.S. mail to the following counsel of record:

>George Burnett
>Law Firm of Conway, Olejniczak & Jerry, S.C.
>231 South Adams Street
>Green Bay, WI 54305-3200
>GB@lcojlaw.com
>
>Michael C. Griesbach
>Griesbach Law Offices, LLC
>P.O. Box 2047
>Manitowoc, WI 54221-2047
>attymgriesbach@gmail.com
>
>April Rockstead Barker
>Schott, Bublitz & Engel, S.C.
>640 West Moreland Boulevard
>Waukesha, WI 53188-2433
>abarker@sbe-law.com
>
>*Counsel for Plaintiff Andrew L. Colborn*

*Electronically signed by James A. Friedman*
James A. Friedman

20425126.1