# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| ANDREW L. COLBORN,<br><br>          Plaintiff,<br><br>vs.<br><br>NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS LLC; LAURA RICCIARDI; AND MOIRA DEMOS,<br><br>          Defendants. | Civil No.: 19-CV-484 |

## RULE 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for Putative Defendants Netflix, Inc.; Chrome Media LLC; Laura Ricciardi; and Moira Demos, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

    1.    Putative Defendant Netflix, Inc. is a publicly traded corporation that does not have a parent corporation, any subsidiaries (other than wholly owned subsidiaries), or affiliates that have issued shares of ownership to the public. No publicly held corporation beneficially owns 10 percent or more of Netflix's stock.

    2.    Putative Defendant Chrome Media LLC, is a privately held limited liability company that does not have a parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

    3.    Attorneys for the law firms of Godfrey & Kahn, S.C. and Ballard Spahr, LLP will appear for the above-named parties in this Court.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: April 3, 2019.	Respectfully submitted,

    *s/ James A. Friedman*
James A. Friedman, SBN 1020756
Godfrey & Kahn, S.C.
One East Main Street
Suite 500
Madison, WI 53703-3300
T: (608) 284-2617
F. (608) 257-0609
jfriedman@gklaw.com

Lee Levine
Matthew E. Kelley
Ballard Spahr LLP
1909 K Street, NW, Suite 1200
Washington, D.C. 20006-1157
T: (202) 508-1110
F: (202) 661-2299
levinel@ballardspahr.com
kelleym@ballardspahr.com

Leita Walker
Ballard Spahr LLP
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
T: (612) 371-6222
F: (612) 371-3207
walkerl@ballardspahr.com

*Counsel for Putative Defendants Netflix, Inc.; Chrome Media LLC; Laura Ricciardi; and Moira Demos*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2019, I electronically filed the foregoing Rule 7.1 Disclosure Statement with the Clerk of Court using the CM/ECF system, and provided copies via electronic mail and U.S. mail to the following counsel of record:

2

George Burnett
Law Firm of Conway, Olejniczak & Jerry, S.C.
231 South Adams Street
Green Bay, WI 54305-3200
GB@lcojlaw.com

Michael C. Griesbach
Griesbach Law Offices, LLC
P.O. Box 2047
Manitowoc, WI 54221-2047
attymgriesbach@gmail.com

April Rockstead Barker
Schott, Bublitz & Engel, S.C.
640 West Moreland Boulevard
Waukesha, WI 53188-2433
abarker@sbe-law.com

*Counsel for Plaintiff Andrew L. Colborn*

        /s/ *James A. Friedman*
        James A. Friedman

20424469.1