UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ANDREW L COLBORN,

    Plaintiff,

v.                                                 Case No. 19-C-484

NETFLIX INC., CHROME MEDIA LLC
f/k/a Synthesis Films LLC, LAURA RICCIARDI,
and MOIRA DEMOS

    Defendants.

---

**ORDER**

---

Pursuant to 28 U.S.C. §§ 455(a) and (b), I recuse myself from this case.

**IT IS ORDERED** that the case is returned to the clerk of court for reassignment.

Dated this  4th  day of April, 2019.

                                                    s/ William C. Griesbach
                                                  William C. Griesbach, Chief Judge
                                                  United States District Court - WIED