## Manitowoc County, Wisconsin
## Clerk of Courts



**Transaction Details**

Name (Last, First, MI)
  **Jon Gneiser**
Case Number or Citation Number
  **2018CV000561**
Purpose of Payment
  **copy of civil case filed today**
Comments
  **email to news@nbc26.com**

**Credit Card Payment Address Information**

| | |
|---|---|
| Transaction Number | 4737704 |
| Parent Transaction Number | |
| Customer Name | Jonathan Gneiser |
| Email Address | jonathan.gneiser@nbc26.com |
| Phone Number | (920) 490-2651 |
| Address | 1391 North Road<br>Green Bay, WI  54313 |
| Credit Card Number | 6017 |
| Credit Card Type | Visa |
| Expiration Date | 0920 |
| Operator Name | |
| Transaction Time | 12/17/2018 4:54:46 PM |
| Authorization Code | 018588 |
| Agency Total | 25.00 |
| Convenience Fee | 1.95 |
| Total Amount Charged to Card | 26.95 |
| TCID | TF-78830 |

```
                  12-17-2018

Lynn Zigmunt
Manitowoc County Clerk of Court
Cty. Courthouse
1010 South 8th Street
Manitowoc WI 54220
Receipt:  18R 017116
Payor:  PayGov/Gneiser, Jon
Debtor/Party:  Colborn, Andrew L

Case no:  2018CV000561           25.00

Sched     Owed($)   Paid($)   Bal.($)
CF          25.00     25.00      0.00

Electronic Fund($):            25.00

Total($):                      25.00
Applied($):                    25.00

If payment is made by check, this
receipt is not valid until the check
clears the bank.
```



Done
Summons + Complaint
(20 pgs.) e-mailed to
Jon on 12-17-18 by SW