FILED
03-04-2019
Clerk of Circuit Court
Manitowoc County, WI
2018CV000561

STATE OF WISCONSIN    CIRCUIT COURT    MANITOWOC COUNTY

ANDREW L COLBORN,

           Plaintiff,

  v.

           Case No. 18-CV-561

**NOTICE OF APPEARANCE**

NETFLIX, INC.
CHROME MEDIA, LLC f/k/a
SYNTHESIS FILMS, LLC
LAURA RICCIARDI
MOIRA DEMOS

           Defendants.

PLEASE TAKE NOTICE that the undersigned has been retained by and appears on behalf of the Plaintiff, Andrew Colborn, in the above-entitled action. It is hereby requested that copies of all pleadings, correspondence, and other materials in this matter be served upon him at the address noted below.

Dated this 4th day of March, 2019.

           LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.
           Attorneys for Plaintiff, Andrew L. Colborn

           By: *Electronically signed by George Burnett*
                George Burnett

**POST OFFICE ADDRESS:**
231 S. Adams Street
Green Bay, WI 54301
P. O. Box 23200
Green Bay, WI 54305-3200
Phone: (920) 437-0476
Fax: (920) 437-2868
State Bar #1005964
201915.001:#3035542