FILED
03-04-2019
Clerk of Circuit Court
Manitowoc County, WI
2018CV000561

STATE OF WISCONSIN   CIRCUIT COURT   MANITOWOC COUNTY

ANDREW L COLBORN,

                Plaintiff,

  v.

                Case No. 18-CV-561

NETFLIX, INC.
100 Winchester Circle
Los Gatos, CA 95032,

CHROME MEDIA, LLC, formerly known as
SYNTHESIS FILMS, LLC,
15821 Ventura Blvd., Ste. 500
Encino, CA 91436

LAURA RICCIARDI and

MOIRA DEMOS

                Defendants.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that April Rockstead Barker and Schott, Bublitz & Engel s.c. have been retained by and appear for the Plaintiff in the above-captioned matter as co-counsel with George Burnett and Law Firm of Conway Olejniczak & Jerry, S.C. and Griesbach Law Offices, LLC and Michael C. Griesbach, and they hereby demand that copies of all proceedings in this action subsequent to the Complaint be served upon them at their office at 640 West Moreland Boulevard, Waukesha, Wisconsin 53188.

    Dated this 4th day of March, 2019.

                                */s/ Electronically signed by April Rockstead Barker*
                                April Rockstead Barker
                                State Bar #:  1026163

                                      Co-Counsel for Plaintiff
                                      SCHOTT, BUBLITZ & ENGEL s.c.
                                      640 W. Moreland Boulevard
                                      Waukesha, WI 53188
                                      (262) 827-1700
                                      (262) 827-1701-Fax
                                      abarker@sbe-law.com