| | | |
|---|---|---|
| **STATE OF WISCONSIN** | **CIRCUIT COURT** | **MANITOWOC COUNTY** |

Andrew L Colborn vs. Netflix, Inc. et al

**Electronic Notice
Status Change**

Case No.: 2018CV000561

CHROME MEDIA, LLC

For 2018CV000561, the electronic notice preference for April Rockstead Barker, attorney for Andrew L Colborn, has changed.

April Rockstead Barker has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have questions regarding this notice, please contact our office at 920-683-4030.

Manitowoc County Circuit Court
Date: March 4, 2019

GF-208(CCAP), 03/2010 Electronic Notice Status Change
Case 1:19-cv-00484-BHL   Filed 04/04/19   Page 1 of 8   Document 17
This form shall not be modified.  It may be supplemented with additional material.

| STATE OF WISCONSIN | CIRCUIT COURT | MANITOWOC COUNTY |
|---|---|---|
| Andrew L Colborn vs. Netflix, Inc. et al | **Electronic Notice Status Change**<br>Case No.: 2018CV000561 | |

ADAM DEL DEO

For 2018CV000561, the electronic notice preference for April Rockstead Barker, attorney for Andrew L Colborn, has changed.

April Rockstead Barker has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have questions regarding this notice, please contact our office at 920-683-4030.

Manitowoc County Circuit Court<br>
Date: March 4, 2019

GF-208(CCAP), 03/2010 Electronic Notice Status Change
**This form shall not be modified. It may be supplemented with additional material.**

| STATE OF WISCONSIN | CIRCUIT COURT | MANITOWOC COUNTY |
|---|---|---|

Andrew L Colborn vs. Netflix, Inc. et al

**Electronic Notice Status Change**

Case No.: 2018CV000561

MOIRA DEMOS

For 2018CV000561, the electronic notice preference for April Rockstead Barker, attorney for Andrew L Colborn, has changed.

April Rockstead Barker has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have questions regarding this notice, please contact our office at 920-683-4030.

Manitowoc County Circuit Court
Date: March 4, 2019

GF-208(CCAP), 03/2010 Electronic Notice Status Change
This form shall not be modified.  It may be supplemented with additional material.

| STATE OF WISCONSIN | CIRCUIT COURT | MANITOWOC COUNTY |
|---|---|---|
| Andrew L Colborn vs. Netflix, Inc. et al | **Electronic Notice Status Change** Case No.: 2018CV000561 | |

MARY MANHARDT

For 2018CV000561, the electronic notice preference for April Rockstead Barker, attorney for Andrew L Colborn, has changed.

April Rockstead Barker has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have questions regarding this notice, please contact our office at 920-683-4030.

Manitowoc County Circuit Court
Date: March 4, 2019

GF-208(CCAP), 03/2010 Electronic Notice Status Change
**This form shall not be modified. It may be supplemented with additional material.**

| STATE OF WISCONSIN | CIRCUIT COURT | MANITOWOC COUNTY |
|---|---|---|

| Andrew L Colborn vs. Netflix, Inc. et al | **Electronic Notice Status Change**<br>Case No.: 2018CV000561 |
|---|---|

NETFLIX, INC.

For 2018CV000561, the electronic notice preference for April Rockstead Barker, attorney for Andrew L Colborn, has changed.

April Rockstead Barker has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have questions regarding this notice, please contact our office at 920-683-4030.

Manitowoc County Circuit Court
Date: March 4, 2019

GF-208(CCAP), 03/2010 Electronic Notice Status Change
**This form shall not be modified.  It may be supplemented with additional material.**

| STATE OF WISCONSIN | CIRCUIT COURT | MANITOWOC COUNTY |
|---|---|---|

| Andrew L Colborn vs. Netflix, Inc. et al | **Electronic Notice Status Change**<br>Case No.: 2018CV000561 |
|---|---|

LISA NISHIMURA

For 2018CV000561, the electronic notice preference for April Rockstead Barker, attorney for Andrew L Colborn, has changed.

April Rockstead Barker has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have questions regarding this notice, please contact our office at 920-683-4030.

Manitowoc County Circuit Court
Date: March 4, 2019

GF-208(CCAP), 03/2010 Electronic Notice Status Change
This form shall not be modified. It may be supplemented with additional material.

| STATE OF WISCONSIN | CIRCUIT COURT | MANITOWOC COUNTY |
|---|---|---|
| Andrew L Colborn vs. Netflix, Inc. et al | **Electronic Notice Status Change** Case No.: 2018CV000561 | |

LAURA RICCIARDI

For 2018CV000561, the electronic notice preference for April Rockstead Barker, attorney for Andrew L Colborn, has changed.

April Rockstead Barker has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have questions regarding this notice, please contact our office at 920-683-4030.

Manitowoc County Circuit Court<br>
Date: March 4, 2019

GF-208(CCAP), 03/2010 Electronic Notice Status Change
This form shall not be modified.  It may be supplemented with additional material.

| | | |
|---|---|---|
| **STATE OF WISCONSIN** | **CIRCUIT COURT** | **MANITOWOC COUNTY** |

| | |
|---|---|
| Andrew L Colborn vs. Netflix, Inc. et al | **Electronic Notice Status Change**<br>Case No.: 2018CV000561 |

SYNTHESIS FILM, LLC
1103 S KENMORE AVENUE
LOS ANGELES CA  90006

For 2018CV000561, the electronic notice preference for April Rockstead Barker, attorney for Andrew L Colborn, has changed.

April Rockstead Barker has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have questions regarding this notice, please contact our office at 920-683-4030.

Manitowoc County Circuit Court<br>
Date: March 4, 2019

GF-208(CCAP), 03/2010 Electronic Notice Status Change
**This form shall not be modified.  It may be supplemented with additional material.**