FILED
03-11-2019
Clerk of Circuit Court
Manitowoc County, WI
2018CV000561

# AFFIDAVIT OF SERVICE

**State of Wisconsin**　　　　**County of Manitowoc**　　　　**Circuit Court**

Case Number: 18CV561

Plaintiff:
**Andrew L Colborn**

vs.

Defendant:
**Netflix, Inc., et al**

RECEIVED MAR 11 2019

For:
George Burnett
Conway, Olejniczak & Jerry S.C
231 S. Adams St.
P.O. Box 23200
Green Bay, WI 54305-3200

Received by GREGG INVESTIGATIONS, INC. to be served on **Netflix, Inc. c/o National Registered Agents, 301 S. Bedford St., Suite 1, Madison, WI**.

I, Gregory Kowal, being duly sworn, depose and say that on the **5th day of March, 2019** at **1:05 pm, I:**

served a **CORPORATION** by delivering a Amended Summons and Complaint (Includes Exhibit A and B and Electronic Filing Notices), Summons and Complaint (The Includes Electronic Filing Notices) and Plaintiff's First Set of Written Interrogatories and Requests for Production of Documents to All Defendants with the date and hour of service endorsed thereon by me, to: **Angie Garcia** as **Authorized Agent** for **Netflix, Inc.**, at the address of: **301 S. Bedford St., Suite 1, Madison, WI**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am an adult over the age of 18, I am a resident of the State of Wisconsin, and I have no interest in the above action. I also certify that at the time of said service, I endorsed upon the copy so served, the date upon which the same was served, the time, place, manner of service and upon whom service was made and signed my name thereto.

Subscribed and Sworn to before me on the 5th day of March, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC
STATE OF WISCONSIN ILLINOIS
MY COMMISSION EXPIRES: 8/19/20

**Gregory Kowal**
Process Server

GREGG INVESTIGATIONS, INC.
500 E. Milwaukee St., Lower
P O Box 1270
Janesville, WI 53547-1270
(608) 755-1976

Our Job Serial Number: GWK-2019001622
Service Fee: $65.00