FILED
03-21-2019
Clerk of Circuit Court
Manitowoc County, WI
2018CV000561

**STATE OF WISCONSIN    CIRCUIT COURT    MANITOWOC COUNTY**

ANDREW L COLBORN,

        Plaintiff,

v.

        Case No.

NETFLIX, INC.
100 Winchester Circle
Los Gatos, CA 95032,

CHROME MEDIA, LLC, formerly known as
SYNTHESIS FILMS, LLC,
15821 Ventura Blvd., Ste. 500
Encino, CA 91436

LAURA RICCIARDI and
MOIRA DEMOS

        Defendants.

## AFFIDAVIT OF SERVICE

Emilio Gonzalez Zarate, being first duly sworn and upon oath, deposes and states as follows:

1. I am a professional process server in the State of California working for Excell Investigation, 8105 Second St., Downey, CA 90241.

2. At the request of the Plaintiff's counsel, I personally served the following individual with authenticated copies of the Summons and Complaint and Amended Summons and Complaint in the above-captioned action, together with the corresponding e-filing notices and a copy of Plaintiff's First Set of Written Interrogatories and Requests for Production of Documents to All Defendants, on March 16, 2019, at the following location:

Tal Benari, Registered Agent for Chrome Media, LLC,
formerly known as Synthesis Films, LLC,
18645 Hatteras Street, Unit 269
Tarzana, CA

3. Our firm's fees for the service on this Defendant was $_____.

Dated this 1⟨6⟩ day of March, 2019.

_[signature]_

Subscribed and sworn to before me
this ___ day of March, 2019.

_____  — Please see
Notary Public, State of California      attached Document —
Commission expiration date:_____

2

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of LOS ANGELES

Subscribed and sworn to (or affirmed) before me on this 16 day of MARCH,
20 18 by EMILIO GONZALEZ ZARATE,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature   (Seal)

**ANA I. CUC**
Commission No. 2162342
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires AUGUST 11, 2020

## OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

AFFIDAVIT OF SERVICE
(Title or description of attached document)

****************************************************
(Title or description of attached document continued)

Number of Pages 2   Document Date 3/16/2019

Additional information

www.NotaryClasses.com 800-873-9865

## INSTRUCTIONS

*The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.*

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.