IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| ANDREW L. COLBORN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS LLC; LAURA RICCIARDI; AND MOIRA DEMOS,<br><br>　　　　　Defendants. | Civil No.: 19-CV-484 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 4rd day of April, 2019, I electronically filed Manitowoc County, Wisconsin, Case No. 2018CV561, original documents (E.D. Wisconsin Case No. 19-CV-484, Dockets 5-21) with the Clerk of Court using the CM/ECF system, which will provide a copy to:

> George Burnett
> Law Firm of Conway, Olejniczak & Jerry, S.C.
> 231 South Adams Street
> Green Bay, WI 54305-3200
> GB@lcojlaw.com
> *Counsel for Plaintiff Andrew L. Colborn*

Dated: April 4, 2019.　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　 *s/ James A. Friedman*
　　　　　　　　　　　　　　　　　James A. Friedman, SBN 1020756
　　　　　　　　　　　　　　　　　Godfrey & Kahn, S.C.
　　　　　　　　　　　　　　　　　One East Main Street
　　　　　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　　　　Madison, WI 53703-3300
　　　　　　　　　　　　　　　　　T: (608) 284-2617
　　　　　　　　　　　　　　　　　F: (608) 257-0609
　　　　　　　　　　　　　　　　　jfriedman@gklaw.com

Lee Levine
Matthew E. Kelley
Ballard Spahr LLP
1909 K Street, NW, Suite 1200
Washington, D.C. 20006-1157
T: (202) 508-1110
F: (202) 661-2299
levinel@ballardspahr.com
kelleym@ballardspahr.com

Leita Walker
Ballard Spahr LLP
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
T:  (612) 371-6222
F:  (612) 371-3207
walkerl@ballardspahr.com

*Counsel for Putative Defendants Netflix, Inc.; Chrome Media LLC; Laura Ricciardi; and Moira Demos*

20440310.1