UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANDREW L. COLBORN,

        Plaintiff,

v.                                 Case No. 19-CV-484

NETFLIX, INC., et al.,

        Defendants.

## ORDER

I hereby recuse myself from this matter pursuant to 28 U.S.C. § 455(a). The matter shall be returned to the Clerk's Office for reassignment to another judge.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 5th day of April, 2019.

_William E. Duffin_
WILLIAM E. DUFFIN
U.S. Magistrate Judge