# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| ANDREW L. COLBORN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS LLC; LAURA RICCIARDI; AND MOIRA DEMOS,<br><br>　　　　　Defendants. | Civil No.: 19-CV-484-PP |

## STIPULATION

The parties referenced in the above-captioned action, by their respective attorneys, hereby stipulate to extending the deadline for the named defendants to serve and file an answer or other responsive pleading to the Amended Complaint until May 10, 2019.

Dated: April 9, 2019.

GODFREY & KAHN, S.C.

*/s James A. Friedman*
James A. Friedman, SBN 1020756
One East Main Street
Suite 500
Madison, WI 53703-3300
T: (608) 284-2617
F. (608) 257-0609
jfriedman@gklaw.com

Lee Levine
Matthew E. Kelley
BALLARD SPAHR LLP
1909 K Street, NW, Suite 1200
Washington, D.C. 20006-1157
T: (202) 508-1110
F: (202) 661-2299
levinel@ballardspahr.com
kelleym@ballardspahr.com

Leita Walker
BALLARD SPAHR LLP
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
T: (612) 371-6222
F: (612) 371-3207
walkerl@ballardspahr.com

*Counsel for Putative Defendants Netflix, Inc.; Chrome Media LLC; Laura Ricciardi; and Moira Demos*

Dated: April 9, 2019.         LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.


  */s George R. Burnett*
George R. Burnett, SBN 1005964
231 South Adams Street
Green Bay, WI 54301
T: (920) 437-0476
F: (920) 437-2868
gb@lcojlaw.com

Michael C. Griesbach
GRIESBACH LAW OFFICES, LLC
P.O. Box 2047
Manitowoc, WI 54221-2047
T: (920) 320-1358
attymgriesbach@gmail.com

April Rockstead Barker
SCHOTT, BUBLITZ & ENGEL S.C.
640 W. Moreland Blvd.
Waukesha, WI 53188
T: (262) 827-1700
F: (262) 827-1701
abarker@sbe-law.com

*Counsel for Plaintiff Andrew L. Colborn*

20457096.1