IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| ANDREW L. COLBORN,<br><br>    Plaintiff,<br><br> vs.<br><br>NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS LLC; LAURA RICCIARDI; AND MOIRA DEMOS,<br><br>    Defendants. | Civil No.: 19-CV-484-PP |

## CERTIFICATE OF SERVICE

I certify that on that on this 9th day of April, 2019, I caused the following documents to be electronically filed with the Clerk of Court using the CM/ECF system which will provide a copy to registered ECF participants:

**Stipulation and Certificate of Service.**

I further certify that a copy of such filing was sent via email and U.S. Mail, first-class postage, prepaid, to counsel at the following address:

>Michael C. Griesbach
>GRIESBACH LAW OFFICES, LLC
>P.O. Box 2047
>Manitowoc, WI 54221-2047
>attymgriesbach@gmail.com

>April Rockstead Barker
>SCHOTT, BUBLITZ & ENGEL S.C.
>640 W. Moreland Blvd.
>Waukesha, WI 53188
>abarker@sbe-law.com

>*Counsel for Plaintiff Andrew L. Colborn*

Dated: April 9, 2019.  *s/ James A. Friedman*
James A. Friedman, SBN 1020756
Godfrey & Kahn, S.C.
One East Main Street
Suite 500
Madison, WI 53703-3300
T: (608) 284-2617
F. (608) 257-0609
jfriedman@gklaw.com

Lee Levine
Matthew E. Kelley
Ballard Spahr LLP
1909 K Street, NW, Suite 1200
Washington, D.C. 20006-1157
T: (202) 508-1110
F: (202) 661-2299
levinel@ballardspahr.com
kelleym@ballardspahr.com

Leita Walker
Ballard Spahr LLP
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
T: (612) 371-6222
F: (612) 371-3207
walkerl@ballardspahr.com

*Counsel for Putative Defendants Netflix, Inc.; Chrome Media LLC; Laura Ricciardi; and Moira Demos*

20462194.1