# Los Angeles Times
## MEDIA GROUP

RECEIVED APR - 5 2019

**Sold To:**
Conway Olejniczak & Jerry S.C. - CU80037909
PO Box 23200
Green Bay, WI 54305

**Bill To:**
Conway Olejniczak & Jerry S.C. - CU80037909
PO Box 23200
Green Bay, WI 54305

STATE OF WISCONSIN CIRCUIT COURT
MANITOWOC COUNTY AMENDED
PUBLICATION SUMMONS
Case No. 2018 CV 561
ANDREW L COLBORN, Plaintiff,
v.
NETFLIX, INC.
100 Winchester Circle
Los Gatos, CA 95032, CHROME MEDIA, LLC,
formerly known as SYNTHESIS FILMS, LLC,
15821 Ventura Blvd., Ste. 500 Encino, CA 91436
LAURA RICCIARDI and MOIRA DEMOS,
Defendants.
THE STATE OF WISCONSIN, to each person
named above as a Defendant:
You are hereby notified that the Plaintiff named
above has filed a lawsuit or other legal action
against you.
Within 40 days of March 13, 2019, you must
respond with a written demand for a copy of the
complaint. The demand must be sent or delivered
to the Court, whose address is 1010 S. 8th Street,
Manitowoc, WI 54220, and to Plaintiff's attorneys,
Law Firm of, Conway, Olejniczak & Jerry, S.C.,
whose address is 231 South Adams Street, P.O.
Box 23200, Green Bay, Wisconsin, 54305-3200;
Griesbach Law Offices, LLC, whose address is
P.O. Box 2047, Manitowoc, Wisconsin 54221-
2047; and Schott, Bublitz & Engel, S.C., whose
address is 640 W. Moreland Blvd., Waukesha, WI
53188-2433. For e-filing procedure, see
https://www.wicourts.gov/scourts/efilecircuit/rules.
htm. You may have an attorney represent you.
If you do not demand a copy of the complaint
within 40 days, the Court may grant judgment
against you for the award of money or other legal
action requested in the complaint, and you may
lose your right to object to anything that is or may
be incorrect in the complaint. A judgment may be
enforced as provided by law. A judgment awarding
money may become a lien against any real estate
you own now or in the future, and may also be
enforced by garnishment or seizure of property.
Dated this 11th day of March, 2019.
LAW FIRM OF CONWAY, OLEJNICZAK &
JERRY, S.C. Attorneys for Plaintiff, Andrew L.
Colborn
By: Electronically signed by George Burnett
POST OFFICE ADDRESS:
231 S. Adams Street
Green Bay, WI 54301
P.O. Box 23200
Green Bay, WI 54305-3200
Phone: (920) 437-0476
Fax: (920) 437-2868
State Bar No. 1005964
#3058468
GRIESBACH LAW OFFICES, LLC
By: Electronically signed by Michael C. Griesbach
Attorney Michael C. Griesbach
State Bar No. 01012799
Griesbach Law Offices, LLC
PO Box 2047
Manitowoc, WI 54221-2047
(920) 320-1358
SCHOTT, BUBLITZ & ENGEL, S.C.
By: Electronically signed by April Rockstead
Barker
April Rockstead Barker
State Bar No. 1026163
Schott, Bublitz & Engel, S.C.
640 W. Moreland Blvd.
Waukesha, WI 53188-2433
(262)-827-1700
LA TIMES 3/13, 3/20, 3/27, 4/3/2019 #6183607



# Los Angeles Times
## MEDIA GROUP

PROOF OF PUBLICATION
(2015.5 C.C.P.)

STATE OF ILLINOIS
County of Cook

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the action for which the attached notice was published.
I am a principal clerk of the Los Angeles Times, which was adjudged a newspaper of general circulation on May 21, 1952, Cases 598599 for the City of Los Angeles, County of Los Angeles, and State of California. Attached to this Affidavit is a true and complete copy as was printed and published on the following date(s):
Apr 03, 2019; Mar 13, 2019; Mar 20, 2019; Mar 27, 2019

I certify (or declare) under penalty of perjury
under the laws of the State of California that the foregoing is true and correct.

Dated at Chicago, Illinois
on this ___ day of ___, 20___.

[signature]

160 N Stetson Avenue
Chicago, IL 60601

6183607 - Los Angeles Times
Page 1 of 2