IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

ANDREW L. COLBORN
                Plaintiff

vs.

NETFLIX Inc., CHROME MEDIA, LLC, et. Al.

                Defendants.

**PLAINTIFFS' DISCLOSURE STATEMENT**

Case No. 19-CV-484-PP

The undersigned counsel for Plaintiffs furnishes the following information in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

Full name of parties represented:

1. Andrew L. Colborn is the plaintiff in the above matter.

2. Andrew L. Colborn is an adult.

3. No further ownership disclosure is applicable.

3. The law firms expected to appear on behalf of Plaintiffs in this matter:

    Law Firm of Conway, Olejniczak & Jerry, S.C.
    231 South Adams Street
    P.O. Box 23200
    Green Bay, WI 54305-3200

    Schott, Bublitz & Engel, S.C.
    640 W. Moreland Blvd.
    Waukesha, WI 53188-2433

    Griesbach Law Offices, LLC
    PO Box 2047
    Manitowoc, WI 54221-2047

Dated this 16th day of April, 2019.

LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.
Attorneys for Plaintiff, Andrew L. Colborn

By: *Electronically signed by George Burnett*

George Burnett
State Bar No. 1005964
Law Firm of Conway, Olejniczak & Jerry, S.C.
231 S. Adams Street
P.O. Box 23200
Green Bay, WI 54305-3200
Phone: (920) 437-0476


GRIESBACH LAW OFFICES, LLC

By: *Electronically signed by Michael C. Griesbach*
    Attorney Michael C. Griesbach
    State Bar No. 01012799
    Griesbach Law Offices, LLC
    PO Box 2047
    Manitowoc, WI 54221-2047
    (920) 320-1358


SCHOTT, BUBLITZ & ENGEL, S.C.

By: *Electronically signed by April Rockstead Barker*
    April Rockstead Barker
    State Bar No. 1026163
    Schott, Bublitz & Engel, S.C.
    640 W. Moreland Blvd.
    Waukesha, WI 53188-2433
    (262)-827-1700

201915.001:#3083832