# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| ANDREW L. COLBORN,<br><br>                Plaintiff,<br><br>vs.<br><br>NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS LLC; LAURA RICCIARDI; AND MOIRA DEMOS,<br><br>                Defendants. | Civil No.: 19-CV-484 |

## MOTION TO DISMISS BY NETFLIX, INC.

Netflix, Inc., by its attorneys, moves the Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss all claims against it with prejudice. This Motion is supported by the accompanying Memorandum and the Declaration of James A. Friedman.

Respectfully submitted,

Dated: May 9, 2019.

     *s/ James A. Friedman*
James A. Friedman, SBN 1020756
Godfrey & Kahn, S.C.
One East Main Street
Suite 500
Madison, WI 53703-3300
T: (608) 284-2617
F: (608) 257-0609
jfriedman@gklaw.com

Lee Levine
Matthew E. Kelley
Ballard Spahr LLP
1909 K Street, NW, Suite 1200
Washington, D.C. 20006-1157
T: (202) 508-1110
F: (202) 661-2299
levinel@ballardspahr.com
kelleym@ballardspahr.com

Leita Walker
Ballard Spahr LLP
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
T:  (612) 371-6222
F:  (612) 371-3207
walkerl@ballardspahr.com

*Counsel for Putative Defendants Netflix, Inc.; Chrome Media LLC; Laura Ricciardi; and Moira Demos*

20600743.1