# EXHIBIT 1

# OFFICIAL BALLOT FOR PARTISAN OFFICE AND REFERENDUM

Nov. 7, 2006

| A | MANITOWOC COUNTY | B | STATE OF WISCONSIN | C | NOVEMBER 7, 2006 |

**NOTICE TO ELECTORS: THIS BALLOT MAY BE INVALID UNLESS INITIALED BY 2 ELECTION INSPECTORS. IF CAST AS AN ABSENTEE BALLOT, THE BALLOT MUST BEAR THE INITIALS OF THE MUNICIPAL CLERK OR DEPUTY CLERK.**

**IMPORTANT:** USE A #2 PENCIL OR THE MARKING PEN PROVIDED. DO NOT USE RED INK! To vote for the candidate of your choice, completely fill in the oval ( ● ) to the LEFT of the candidate's name. To vote for a person whose name does not appear on the ballot, write the person's name on the line provided and completely fill in the oval ( ● ) to the LEFT of the line. To vote on a question, completely fill in the oval ( ● ) to the left of "YES" if in favor of the question, or completely fill in the oval ( ● ) to the left of "NO" if opposed to the question.

## STRAIGHT PARTY

If you desire to vote a straight party ticket for all state, congressional, legislative, and county offices, completely fill in the oval ( ● ) to the **LEFT** of the party of your choice. A straight party vote cannot be cast for Independent candidates. To vote for individual candidates of your choice, completely fill in the oval ( ● ) to the **LEFT** of the name of the candidate. When voting for governor and lieutenant governor, you may vote only for the candidates on one ticket jointly or write in the names of persons in both spaces and completely fill in the oval to the **LEFT**.

- ○ DEMOCRATIC
- ○ REPUBLICAN
- ○ LIBERTARIAN
- ○ WISCONSIN GREEN
- ○ CONSTITUTION

## STATEWIDE

**GOVERNOR / LIEUTENANT GOVERNOR**
(VOTE FOR ONE)

- ○ JIM DOYLE / BARBARA C. LAWTON — DEMOCRATIC
- ○ MARK GREEN / JEAN HUNDERTMARK — REPUBLICAN
- ○ NELSON EISMAN / LEON TODD — WISCONSIN GREEN
- ○ _____ Write-in / _____ Write-In

**ATTORNEY GENERAL**
(VOTE FOR ONE)

- ○ KATHLEEN FALK — DEMOCRATIC
- ○ J.B. VAN HOLLEN — REPUBLICAN
- ○ _____ Write-in

## STATEWIDE

**SECRETARY OF STATE**
(VOTE FOR ONE)

- ○ DOUG LA FOLLETTE — DEMOCRATIC
- ○ SANDY SULLIVAN — REPUBLICAN
- ○ MICHAEL LAFOREST — WISCONSIN GREEN
- ○ _____ Write-in

**STATE TREASURER**
(VOTE FOR ONE)

- ○ DAWN MARIE SASS — DEMOCRATIC
- ○ JACK C. VOIGHT — REPUBLICAN
- ○ TIM PETERSON — LIBERTARIAN
- ○ WINSTON SERHUS, JR — WISCONSIN GREEN
- ○ _____ Write-in

## CONGRESSIONAL

**UNITED STATES SENATOR**
(VOTE FOR ONE)

- ○ HERB KOHL — DEMOCRATIC
- ○ ROBERT GERALD LORGE — REPUBLICAN
- ○ RAE VOGELER — WISCONSIN GREEN
- ○ BEN J. GLATZEL — (WISCONSIN NEEDS A CONSERVATIVE VOICE)
- ○ _____ Write-in

**REPRESENTATIVE IN CONGRESS DISTRICT 6**
(VOTE FOR ONE)

- ○ TOM PETRI — REPUBLICAN
- ○ _____ Write-in

## LEGISLATIVE AND STATE

**STATE SENATOR DISTRICT 1**
(VOTE FOR ONE)

- ○ CHARLIE MOST — DEMOCRATIC
- ○ ALAN J. LASEE — REPUBLICAN
- ○ JILL BUSSIERE — WISCONSIN GREEN
- ○ _____ Write-in

**REPRESENTATIVE TO THE ASSEMBLY DISTRICT 2**
(VOTE FOR ONE)

- ○ FRANK G. LASEE — REPUBLICAN
- ○ _____ Write-in

**DISTRICT ATTORNEY**
(VOTE FOR ONE)

- ○ MARK ROHRER — DEMOCRATIC
- ○ _____ Write-in

## COUNTY

**COUNTY CLERK**
(VOTE FOR ONE)

- ○ CHAR PETERSON — DEMOCRATIC
- ○ _____ Write-in

**TREASURER**
(VOTE FOR ONE)

- ○ ED BREY — DEMOCRATIC
- ○ _____ Write-in

SAMPLE

Case 1:19-cv-00484-BHL   Filed 05/09/19   Page 2 of 3   Document 32-1

**TO CONTINUE VOTING, PLEASE TURN BALLOT OVER**

Typ:01 Seq:0003 Spl:01   7.4.2.0 / 012503-14  © Election Systems & Software, Inc. 1981, 2002

# OFFICIAL BALLOT FOR PARTISAN OFFICE AND REFERENDUM

MANITOWOC COUNTY

## COUNTY

### SHERIFF
(VOTE FOR ONE)

- ○ **ROB HERMANN** — DEMOCRATIC
- ○ **ANDREW L. COLBORN** — REPUBLICAN
- ○ _____ Write-in

### CORONER
(VOTE FOR ONE)

- ○ **DEBRA J. KAKATSCH** — DEMOCRATIC
- ○ _____ Write-in

### CLERK OF CIRCUIT COURT
(VOTE FOR ONE)

- ○ **LYNN ZIGMUNT** — DEMOCRATIC
- ○ _____ Write-in

### REGISTER OF DEEDS
(VOTE FOR ONE)

- ○ **PRESTON F. JONES** — DEMOCRATIC
- ○ _____ Write-in

## REFERENDUM SECTION

If you desire to vote on any question, completely fill in the oval to the LEFT of the "YES" if you are in favor of the question or completely fill in the oval to the LEFT of "NO" if opposed to the question.

## STATE REFERENDUM

### QUESTION 1

**"Marriage.** Shall section 13 of article XIII of the constitution be created to provide that only a marriage between one man and one woman shall be valid or recognized as a marriage in this state and that a legal status identical or substantially similar to that of marriage for unmarried individuals shall not be valid or recognized in this state?"

- ○ YES
- ○ NO

### QUESTION 2

**Death Penalty in Wisconsin.** "Should the death penalty be enacted in the State of Wisconsin for cases involving a person who is convicted of first-degree intentional homicide, if the conviction is supported by DNA evidence?"

- ○ YES
- ○ NO

## DENMARK SCHOOL DISTRICT REFERENDUM

### QUESTION NUMBER I:

Shall the following initial resolution be approved?

INITIAL RESOLUTIOIN AUTHORIZING GENERAL OBLIGATION BONDS IN AN AMOUNT NOT TO EXCEED $8,345,000

BE IT RESOLVED by the School Board of the School District of Denmark, Brown, Manitowoc and Kewaunee Counties, Wisconsin that there shall be issued pursuant to Chapter 67 of the Wisconsin Statutes, general obligation bonds in an amount not to exceed $8,345,000 for the public purpose of paying th ecost of constructing and equipping additions to the high school and making related improvements.

- ○ YES
- ○ NO

## DENMARK SCHOOL DISTRICT REFERENDUM cont.

### QUESTION NUMBER II:

Shall the following resolution be approved?

RESOLUTION AUTHORIZING THE SCHOOL DISTRICT BUDGET TO EXCEED REVENUE LIMIT BY $168,000 FOR RECURRING PURPOSES

BE IT RESOLVED by the School Board of the School District of Denmark, Brown, Manitowoc and Kewaunee Counties, Wisconsin that the revenues included in the School District budget for the 2007-2008 school year and thereafter be authorized to exceed the revenue limit specified in Section 121.91, Wisconsin Statutes, by $168,000 a year, for recurring purposes consisiting of costs related to the school additions.

- ○ YES
- ○ NO

---

**OFFICIAL BALLOT FOR PARTISAN OFFICE AND REFERENDUM**

**NOVEMBER 7, 2006**

**TOWN OF COOPERSTOWN WARD 1 & 2**

Ballot Issued By
_____
(Initials of Inspectors)

Absent Ballot Issued By
_____
(Initials of Municipal Clerk or Deputy Clerk)

**Certification of Elector Assistance**

I certify that the within ballot was marked by me for an elector, who is authorized under the law to have assistance upon request, and as directed by the elector.

_____
(Signature of assisting individual)

SAMPLE

**TO CONTINUE VOTING, PLEASE TURN BALLOT OVER**

Case 1:19-cv-00484-BHL   Filed 05/09/19   Page 3 of 3   Document 32-1