# EXHIBIT 2

NITOWOC COUNTY

| | COUNTY TOTAL | T CATO 1,2 | T CENTER | T COOP 1,2 | T EATON | T FRANKL 1,2 | T GIBSON 1,2 | T KOSSUT 1,2,3 | T LIBERT 1,2 | T MANITO 1,2,3 | T MRAPID 1-5 | T MPLGRV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
VEMBER 7, 2006 / LL/GEN

**ATE SENATOR 9TH DIST.**

| | COUNTY TOTAL | T CATO 1,2 | T CENTER | T COOP 1,2 | T EATON | T FRANKL 1,2 | T GIBSON 1,2 | T KOSSUT 1,2,3 | T LIBERT 1,2 | T MANITO 1,2,3 | T MRAPID 1-5 | T MPLGRV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEM JAMIE JOHN AULIK | 9375 | 261 | 120 | N/A | 114 | N/A | N/A | N/A | 183 | 199 | 410 | N/A |
| REP JOE LEIBHAM | 12724 | 445 | 203 | N/A | 212 | N/A | N/A | N/A | 404 | 256 | 760 | N/A |
| SCATTERING | 15 | 0 | 0 | N/A | 0 | N/A | N/A | N/A | 0 | 0 | 3 | N/A |

**P.TO THE ASSEMBLY 2ND DIST.**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REP FRANK G. LASEE | 6100 | N/A | N/A | 393 | N/A | 379 | 340 | 475 | N/A | N/A | N/A | 253 |
| IND ROBERT DOBBS | 249 | N/A | N/A | 5 | N/A | 0 | 9 | 8 | N/A | N/A | N/A | 0 |
| DEM TED ZIGMUNT | 985 | N/A | N/A | 19 | N/A | 36 | 52 | 177 | N/A | N/A | N/A | 5 |
| SCATTERING | 50 | N/A | N/A | 3 | N/A | 2 | 0 | 7 | N/A | N/A | N/A | 0 |

**P.TO THE ASSEMBLY 25TH DIST.**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEM BOB ZIEGELBAUER | 10855 | 322 | 145 | N/A | 142 | N/A | N/A | N/A | 266 | 248 | 665 | N/A |
| REP PAUL TITTL | 7991 | 361 | 167 | N/A | 169 | N/A | N/A | N/A | 299 | 182 | 479 | N/A |
| DEM ANNE-MARIE WOZNICKI | 922 | 19 | 10 | N/A | 10 | N/A | N/A | N/A | 19 | 18 | 48 | N/A |
| SCATTERING | 28 | 1 | 0 | N/A | 0 | N/A | N/A | N/A | 0 | 1 | 4 | N/A |

**P.TO THE ASSEMBLY 27TH DIST.**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REP STEVE KESTELL | 1644 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| SCATTERING | 9 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

**STRICT ATTORNEY**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEM MARK ROHRER | 23601 | 539 | 226 | 377 | 193 | 333 | 397 | 576 | 385 | 312 | 814 | 182 |
| SCATTERING | 99 | 3 | 3 | 4 | 0 | 0 | 0 | 0 | 4 | 1 | 3 | 0 |

**JUNTY CLERK**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEM CHAR PETERSON | 24910 | 563 | 229 | 404 | 219 | 381 | 430 | 645 | 420 | 340 | 853 | 196 |
| SCATTERING | 53 | 1 | 1 | 3 | 0 | 0 | 0 | 1 | 1 | 0 | 4 | 0 |

**JUNTY TREASURER**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEM ED BREY | 24414 | 549 | 226 | 405 | 210 | 370 | 425 | 615 | 403 | 332 | 842 | 206 |
| SCATTERING | 57 | 0 | 1 | 2 | 0 | 0 | 0 | 1 | 2 | 0 | 3 | 0 |

**HERIFF**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEM ROB HERMANN | 18990 | 380 | 189 | 276 | 178 | 297 | 327 | 484 | 308 | 280 | 665 | 162 |
| REP ANDREW L. COLBORN | 12383 | 311 | 128 | 254 | 133 | 250 | 250 | 379 | 265 | 167 | 450 | 171 |
| SCATTERING | 39 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 3 | 0 |

**JRONER**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEM DEBRA J. KAKATSCH | 24803 | 560 | 234 | 411 | 217 | 368 | 426 | 628 | 407 | 336 | 846 | 206 |
| SCATTERING | 97 | 1 | 1 | 5 | 1 | 0 | 2 | 3 | 1 | 0 | 8 | 0 |

MANITOWOC COUNTY

NOVEMBER 7, 2006
FALL/GEN

| | T MEEME 1,2 | T MISHIC 1-4 | T NEWTON 1-4 | T ROCKLA 1,2 | T SCHLES 1,2,3 | T TWOCRK | T TWORIV 1-4 | V CLEVEL 1,2 | V FR CRK | V KELLNE | V MARIBE | V MISHIC 1,2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **STATE SENATOR 9TH DIST.** | | | | | | | | | | | | |
| DEM JAMIE JOHN AULIK | 230 | N/A | 361 | 126 | 326 | N/A | N/A | 275 | N/A | N/A | N/A | N/A |
| REP JOE LEIBHAM | 417 | N/A | 656 | 243 | 564 | N/A | N/A | 383 | N/A | N/A | N/A | N/A |
| SCATTERING | 0 | N/A | 0 | 0 | 0 | N/A | N/A | 0 | N/A | N/A | N/A | N/A |
| **REP.TO THE ASSEMBLY 2ND DIST.** | | | | | | | | | | | | |
| REP FRANK G. LASEE | N/A | 373 | N/A | N/A | N/A | 122 | 450 | N/A | 129 | 68 | 99 | 364 |
| IND ROBERT DOBBS | N/A | 4 | N/A | N/A | N/A | 4 | 18 | N/A | 3 | 0 | 3 | 16 |
| DEM TED ZIGMUNT | N/A | 30 | N/A | N/A | N/A | 18 | 75 | N/A | 105 | 26 | 11 | 76 |
| SCATTERING | N/A | 5 | N/A | N/A | N/A | 0 | 0 | N/A | 1 | 0 | 3 | 4 |
| **REP.TO THE ASSEMBLY 25TH DIST.** | | | | | | | | | | | | |
| DEM BOB ZIEGELBAUER | 329 | N/A | 489 | 134 | N/A | N/A | N/A | 330 | N/A | N/A | N/A | N/A |
| REP PAUL TITTL | 306 | N/A | 483 | 231 | N/A | N/A | N/A | 298 | N/A | N/A | N/A | N/A |
| DEM ANNE-MARIE WOZNICKI | 6 | N/A | 34 | 4 | N/A | N/A | N/A | 18 | N/A | N/A | N/A | N/A |
| SCATTERING | 0 | N/A | 1 | 0 | N/A | N/A | N/A | 1 | N/A | N/A | N/A | N/A |
| **REP.TO THE ASSEMBLY 27TH DIST.** | | | | | | | | | | | | |
| REP STEVE KESTELL | N/A | N/A | N/A | N/A | 605 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| SCATTERING | N/A | N/A | N/A | N/A | 1 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **DISTRICT ATTORNEY** | | | | | | | | | | | | |
| DEM MARK ROHRER | 397 | 374 | 634 | 232 | 516 | 136 | 570 | 490 | 215 | 97 | 115 | 425 |
| SCATTERING | 0 | 3 | 0 | 0 | 1 | 0 | 0 | 2 | 2 | 1 | 2 | 1 |
| **COUNTY CLERK** | | | | | | | | | | | | |
| DEM CHAR PETERSON | 435 | 405 | 683 | 263 | 549 | 152 | 596 | 503 | 228 | 104 | 124 | 461 |
| SCATTERING | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 2 | 1 | 1 | 0 |
| **COUNTY TREASURER** | | | | | | | | | | | | |
| DEM ED BREY | 422 | 401 | 677 | 255 | 533 | 143 | 586 | 494 | 221 | 104 | 123 | 456 |
| SCATTERING | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 2 | 0 | 1 | 1 |
| **SHERIFF** | | | | | | | | | | | | |
| DEM ROB HERMANN | 365 | 258 | 578 | 170 | 480 | 124 | 466 | 418 | 122 | 70 | 97 | 285 |
| REP ANDREW L. COLBORN | 260 | 253 | 428 | 192 | 370 | 75 | 319 | 233 | 144 | 54 | 48 | 284 |
| SCATTERING | 1 | 2 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 1 |
| **CORONER** | | | | | | | | | | | | |
| DEM DEBRA J. KAKATSCH | 424 | 417 | 687 | 257 | 543 | 152 | 593 | 508 | 230 | 108 | 124 | 473 |
| SCATTERING | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 3 | 2 | 0 | 0 | 1 |

NITOWOC COUNTY

NVEMBER 7, 2006
LL/GEN

| | V REEDSV 1,2 | V ST NAZ | V VALDER | V WHITEL | C KIEL 1-6 1,2 | C MTWC 1,2 | C MTWC 3,4,21,35 | C MTWC 5,6 | C MTWC 7,8 | C MTWC 9,10 | C MTWC 11,12 | C MTWC 13,14,23,27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ATE SENATOR 1ST DIST.** | | | | | | | | | | | | |
| SCATTERING | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **ATE SENATOR 9TH DIST.** | | | | | | | | | | | | |
| DEM JAMIE JOHN AULIK | 202 | 107 | 145 | 135 | 484 | 602 | 591 | 491 | 365 | 582 | 626 | 565 |
| REP JOE LEIBHAM | 265 | 170 | 227 | 189 | 847 | 525 | 653 | 415 | 294 | 561 | 850 | 574 |
| SCATTERING | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 2 | 1 |
| **P.TO THE ASSEMBLY 2ND DIST.** | | | | | | | | | | | | |
| REP FRANK G. LASEE | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| IND ROBERT DOBBS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| DEM TED ZIGMUNT | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| SCATTERING | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **P.TO THE ASSEMBLY 25TH DIST.** | | | | | | | | | | | | |
| DEM BOB ZIEGELBAUER | 242 | 157 | 201 | 180 | N/A | 661 | 695 | 496 | 395 | 699 | 823 | 683 |
| REP PAUL TITTL | 213 | 111 | 159 | 131 | N/A | 384 | 475 | 295 | 231 | 388 | 541 | 399 |
| DEM ANNE-MARIE WOZNICKI | 16 | 9 | 13 | 14 | N/A | 72 | 64 | 107 | 32 | 49 | 105 | 40 |
| SCATTERING | 0 | 0 | 0 | 0 | N/A | 1 | 0 | 1 | 2 | 1 | 4 | 3 |
| **P.TO THE ASSEMBLY 27TH DIST.** | | | | | | | | | | | | |
| REP STEVE KESTELL | N/A | N/A | N/A | N/A | 1039 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| SCATTERING | N/A | N/A | N/A | N/A | 8 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **STRICT ATTORNEY** | | | | | | | | | | | | |
| DEM MARK ROHRER | 355 | 218 | 285 | 265 | 970 | 921 | 924 | 686 | 512 | 914 | 1106 | 910 |
| SCATTERING | 0 | 2 | 1 | 1 | 4 | 2 | 11 | 6 | 0 | 1 | 7 | 2 |
| **OUNTY CLERK** | | | | | | | | | | | | |
| DEM CHAR PETERSON | 383 | 234 | 312 | 267 | 980 | 951 | 979 | 732 | 528 | 955 | 1184 | 945 |
| SCATTERING | 0 | 1 | 0 | 2 | 1 | 0 | 1 | 3 | 1 | 0 | 2 | 5 |
| **OUNTY TREASURER** | | | | | | | | | | | | |
| DEM ED BREY | 367 | 227 | 290 | 266 | 977 | 938 | 960 | 720 | 530 | 944 | 1153 | 928 |
| SCATTERING | 0 | 1 | 0 | 1 | 1 | 2 | 2 | 3 | 3 | 2 | 4 | 3 |
| **HERIFF** | | | | | | | | | | | | |
| DEM ROB HERMANN | 300 | 161 | 208 | 201 | 736 | 773 | 731 | 552 | 425 | 755 | 863 | 765 |
| REP ANDREW L. COLBORN | 170 | 110 | 156 | 119 | 552 | 336 | 483 | 327 | 215 | 359 | 568 | 349 |
| SCATTERING | 0 | 3 | 0 | 0 | 0 | 1 | 2 | 5 | 0 | 0 | 1 | 1 |

MANITOWOC COUNTY

|  | C | C | C | C | C | C | C |
|---|---|---|---|---|---|---|---|
| NOVEMBER 7, 2006 | MTWC | MTWC | MTWC | TR | TR | TR | TR |
| FALL/GEN | 15,16 | 17,18, | 19,20, | 1,2,3 | 4,5, | 6,7 | 8,9 |
|  |  | 22,24- | 31 |  | 10,11 |  |  |
|  |  | 26,28, |  |  |  |  |  |

---

**STATE SENATOR 1ST DIST.**

|  | C | C | C | C | C | C | C |
|---|---|---|---|---|---|---|---|
| WIGR JILL BUSSIERE | N/A | N/A | N/A | 63 | 77 | 73 | 59 |
| SCATTERING | N/A | N/A | N/A | 8 | 0 | 5 | 6 |

---

**STATE SENATOR 9TH DIST.**

|  | C | C | C | C | C | C | C |
|---|---|---|---|---|---|---|---|
| DEM JAMIE JOHN AULIK | 656 | 575 | 644 | N/A | N/A | N/A | N/A |
| REP JOE LEIBHAM | 967 | 580 | 1064 | N/A | N/A | N/A | N/A |
| SCATTERING | 2 | 0 | 3 | N/A | N/A | N/A | N/A |

---

**REP.TO THE ASSEMBLY 2ND DIST.**

|  | C | C | C | C | C | C | C |
|---|---|---|---|---|---|---|---|
| REP FRANK G. LASEE | N/A | N/A | N/A | 681 | 871 | 558 | 545 |
| IND ROBERT DOBBS | N/A | N/A | N/A | 41 | 72 | 39 | 27 |
| DEM TED ZIGMUNT | N/A | N/A | N/A | 102 | 143 | 54 | 56 |
| SCATTERING | N/A | N/A | N/A | 9 | 0 | 8 | 8 |

---

**REP.TO THE ASSEMBLY 25TH DIST.**

|  | C | C | C | C | C | C | C |
|---|---|---|---|---|---|---|---|
| DEM BOB ZIEGELBAUER | 933 | 654 | 966 | N/A | N/A | N/A | N/A |
| REP PAUL TITTL | 601 | 438 | 650 | N/A | N/A | N/A | N/A |
| DEM ANNE-MARIE WOZNICKI | 82 | 51 | 82 | N/A | N/A | N/A | N/A |
| SCATTERING | 5 | 1 | 2 | N/A | N/A | N/A | N/A |

---

**REP.TO THE ASSEMBLY 27TH DIST.**

|  | C | C | C | C | C | C | C |
|---|---|---|---|---|---|---|---|
| REP STEVE KESTELL | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| SCATTERING | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

---

**DISTRICT ATTORNEY**

|  | C | C | C | C | C | C | C |
|---|---|---|---|---|---|---|---|
| DEM MARK ROHRER | 1221 | 903 | 1278 | 937 | 1140 | 774 | 747 |
| SCATTERING | 5 | 2 | 10 | 6 | 0 | 5 | 4 |

---

**COUNTY CLERK**

|  | C | C | C | C | C | C | C |
|---|---|---|---|---|---|---|---|
| DEM CHAR PETERSON | 1288 | 941 | 1326 | 963 | 1182 | 807 | 770 |
| SCATTERING | 6 | 0 | 7 | 2 | 0 | 1 | 2 |

---

**COUNTY TREASURER**

|  | C | C | C | C | C | C | C |
|---|---|---|---|---|---|---|---|
| DEM ED BREY | 1270 | 940 | 1316 | 926 | 1152 | 776 | 736 |
| SCATTERING | 8 | 0 | 5 | 1 | 0 | 3 | 2 |

---

**S   F**

|  | C | C | C | C | C | C | C |
|---|---|---|---|---|---|---|---|
| DEM ROB HERMANN | 940 | 739 | 1021 | 758 | 911 | 599 | 573 |
| REP ANDREW L. COLBORN | 617 | 396 | 643 | 390 | 512 | 355 | 308 |

FALL/GEN ELECTION         VOTING STATUS STATEMENT

|  | ELIG VOTES | VOTES CAST | PERCENT CAST |
|---|---|---|---|
| T CATO - W1,2 | 1239 | 711 | 57% |
| T CENTERVILLE | 538 | 327 | 61% |
| T COOPERSTOWN - W1,2 | 1045 | 572 | 55% |
| T EATON | 586 | 333 | 57% |
| T FRANKLIN - W1,2 | 986 | 574 | 58% |
| T GIBSON - W1,2 | 1057 | 608 | 58% |
| T KOSSUTH - W1,2,3 | 1561 | 899 | 58% |
| T LIBERTY - W1,2 | 983 | 592 | 60% |
| T MANITOWOC - W1,2,3 | 840 | 473 | 56% |
| T MTWC RAPIDS - W1-5 | 1891 | 1220 | 65% |
| T MAPLE GROVE | 646 | 359 | 56% |
| T MEEME - W1,2 | 1150 | 656 | 57% |
| T MISHICOT - W1-4 | 1069 | 530 | 50% |
| T NEWTON - W1-4 | 1728 | 1050 | 61% |
| T ROCKLAND - W1,2 | 697 | 390 | 56% |
| T SCHLESWIG - W1,2,3 | 1486 | 892 | 60% |
| T TWO CREEKS | 415 | 216 | 52% |
| T TWO RIVERS - W1-4 | 1431 | 811 | 57% |
| V CLEVELAND - W 1,2 | 1050 | 664 | 63% |
| V ?NCIS CREEK | 522 | 274 | 52% |
| V ?LNERSVILLE | 273 | 133 | 49% |
| V MARIBEL | 214 | 151 | 71% |
| V MISHICOT - W1,2 | 1072 | 589 | 55% |
| V REEDSVILLE - W1,2 | 881 | 493 | 56% |
| V ST NAZIANZ | 551 | 283 | 51% |
| V VALDERS | 746 | 376 | 50% |
| V WHITELAW | 552 | 328 | 59% |
| C KIEL - W1-6 | 2397 | 1352 | 56% |
| C MTWC - W1,2 | 2599 | 1142 | 44% |
| C MTWC - W3,4,21,35 | 2609 | 1273 | 49% |
| C MTWC - W5,6 | 2668 | 928 | 35% |
| C MTWC - W7,8 | 2712 | 672 | 25% |
| C MTWC - W9,10 | 2524 | 1177 | 47% |
| C MTWC - W11,12 | 2623 | 1499 | 57% |
| C MTWC - W13,14,23,27 | 2626 | 1158 | 44% |
| C MTWC - W15,16 | 2491 | 1653 | 66% |
| C MTWC - W17,18,22,24-26. | 2459 | 1188 | 48% |
| C MTWC - W19,20,31 | 2475 | 1740 | 70% |
| C TR - W1,2,3 | 2276 | 1190 | 52% |
| C TR - W4,5,10,11 | 2427 | 1495 | 62% |
| C TR - W6,7 | 2389 | 989 | 41% |
| C TR - W8,9 | 2294 | 916 | 40% |
| TOTALS | 62778 | 32876 | 52% |

NUMBER OF REPORTING UNITS        42

N?  . OF UNITS REPORTED           42