# EXHIBIT 3

# NOMINATION PAPER FOR NONPARTISAN OFFICE

| Candidate's name as it will appear on the ballot; no abbreviations or titles may be used. | Street, fire, or rural route number; box number (if rural route); and name of street or road |
|---|---|
| ANDREW L. COLBORN | [redacted] |

| Name municipality for mailing purposes | Name of municipality for voting purposes | State | zip code | Type of election | Election date |
|---|---|---|---|---|---|
| | ☒ Town ☐ Village ☐ City KOSSUTH | WI | [redacted] | ☒ spring ☐ special | 04/01/03 |

| Title of office | ☐ Branch ☐ District ☐ Seat | Branch district or seat number | Name of jurisdiction or district in which candidate seeks office |
|---|---|---|---|
| TOWN CONSTABLE | | | TOWN OF KOSSUTH |

I, the undersigned, request that the candidate, whose name and address are listed above, be placed on the ballot at the election described above as a candidate so that voters will have the opportunity vote for ☐ him or ☐ her for the office listed above. I am eligible to vote in the jurisdiction or district in which the candidate named above seeks office. I have not signed the nomination paper of any other candidate for the same office at this election.

THE MUNICIPALITY USED FOR MAILING PURPOSES, WHEN DIFFERENT THAN MUNICIPALITY OF RESIDENCE, IS NOT SUFFICIENT.
THE NAME OF THE MUNICIPALITY OF RESIDENCE MUST ALWAYS BE LISTED.

| | SIGNATURE OF ELECTOR | STREET & NUMBER OR RURAL ROUTE Rural address must also include box or fire no. | MUNICIPALITY OF RESIDENCE Indicate Town, Village, or City | DATE OF SIGNING |
|---|---|---|---|---|
| 1. | [signature] | [redacted] | ☒ Town ☐ Village ☐ City Kossuth | 12-31-02 |
| 2. | [signature] | [redacted] | ☒ Town ☐ Village ☐ City Kossuth | 12-31-02 |
| 3. | [signature] | [redacted] | ☒ Town ☐ Village ☐ City Kossuth | 1-2-03 |
| 4. | [signature] | [redacted] | ☒ Town ☐ Village ☐ City Kossuth | 1-2-03 |
| 5. | [signature] | [redacted] | ☒ Town ☐ Village ☐ City Kossuth | 1-3-03 |
| 6. | [signature] | [redacted] | ☒ Town ☐ Village ☐ City Kossuth | 1-3-03 |
| 7. | [signature] | [redacted] | ☒ Town ☐ Village ☐ City Kossuth | 1-3-03 |
| 8. | [signature] | [redacted] | ☒ Town ☐ Village ☐ City Kossuth | 1-3-03 |
| 9. | [signature] | [redacted] | ☒ Town ☐ Village ☐ City Kossuth | 1-3-03 |
| 10. | [signature] | [redacted] | ☒ Town ☐ Village ☐ City Kossuth | 1-3-03 |

## CERTIFICATION OF CIRCULATOR

I, ANDREW L. COLBORN, certify:

reside at [redacted]
(Circulator's residence — include number, street, and municipality.)

personally circulated this nomination paper and personally obtained each of the signatures on this paper. I know that the signers are electors of the jurisdiction or district the candidate seeks to represent. I know that each person signed the paper with full knowledge of its content on the date indicated opposite his or her name. I know their respective residences given. I reside within the district which the candidate will represent, if elected. I intend to support this candidate. I am aware that falsifying this certification is punishable under ss.12.13(3)(a), Stats.

12-31-02
(Date)

(Signature of circulator)

B-169 (Rev. 9/2000) The information on this form is required by ss.8.10, 8.15, 8.50, 120.06, Stats.
This form is prescribed by the State Elections Board, 132 E. Wilson St., Suite 200, P.O. Box 2973, Madison, WI 53701-2973, 608-266-8005, http://elections.state.wi.us

Page No.

# NOMINATION PAPER FOR NONPARTISAN OFFICE

Candidate's name as it will appear on the ballot; no abbreviations or titles may be used.
**ANDREW L. COLBORN**

Name municipality for mailing purposes: [redacted]

Name of municipality for voting purposes: ☒ Town ☐ Village ☐ City **KOSSUTH**

State: **WI**

Zip code: [redacted]

Type of election: ☒ spring ☐ special

Election date: **04-01-03**

Title of office: **CONSTABLE**

☐ Branch ☐ District ☐ Seat — Branch district or seat number

Name of jurisdiction or district in which candidate seeks office: **KOSSUTH**

I, the undersigned, request that the candidate, whose name and address are listed above, be placed on the ballot at the election described above as a candidate so that voters will have the opportunity vote for ☐ him or ☐ her for the office listed above. I am eligible to vote in the jurisdiction or district in which the candidate named above seeks office. I have not signed the nomination paper of any other candidate for the same office at this election.

THE MUNICIPALITY USED FOR MAILING PURPOSES, WHEN DIFFERENT THAN MUNICIPALITY OF RESIDENCE, IS NOT SUFFICIENT.
THE NAME OF THE MUNICIPALITY OF RESIDENCE MUST ALWAYS BE LISTED.

| # | SIGNATURES OF ELECTORS | STREET & NUMBER OR RURAL ROUTE (Rural address must also include box or fire no.) | MUNICIPALITY OF RESIDENCE (Indicate Town, Village, or City) | DATE OF SIGNING |
|---|---|---|---|---|
| 1 | [signature] | 220 | ☒ Town ☐ Village ☐ City Kossuth | 12-21-02 |
| 2 | [signature] | 47 | ☒ Town ☐ Village ☐ City Kossuth | 12-21-02 |
| 3 | [signature] | 247 | ☒ Town ☐ Village ☐ City Kossuth | 12-21-02 |
| 4 | [signature] | | ☐ Town ☐ Village ☐ City Kossuth | 12-21-02 |
| 5 | [signature] | Rd 4220 | ☒ Town ☐ Village ☐ City Kossuth | 12-21-02 |
| 6 | [signature] | Rd 1220 | ☒ Town ☐ Village ☐ City Kossuth | 12-23-02 |
| 7 | [signature] | | ☒ Town ☐ Village ☐ City Kossuth | 12-29-02 |
| 8 | [signature] | | ☒ Town ☐ Village ☐ City Kossuth | 12-29-02 |
| 9 | [signature] | | ☒ Town ☐ Village ☐ City Kossuth | 12-29-02 |
| 10 | [signature] | 247 | ☒ Town ☐ Village ☐ City Kossuth | 12/30/02 |

**CERTIFICATION OF CIRCULATOR**

I, **ANDREW L. COLBORN**, certify:

reside at _____ (Circulator's residence – include number, street, and municipality.)

personally circulated this nomination paper and personally obtained each of the signatures on this paper. I know that the signers are electors of the jurisdiction district the candidate seeks to represent. I know that each person signed the paper with full knowledge of its content on the date indicated opposite his or her name. I know their respective residences given. I reside within the district which the candidate will represent if elected. I intend to support this candidate. I am are that falsifying this certification is punishable under ss.12.13(3)(a), Stats.

**2-31-02**
(Date)

_____ (Signature of circulator)

169 (Rev. 9/2000) The information on this form is required by ss.8.10, 8.15, 8.50, 120.06, Stats.
form is prescribed by the State Elections Board, 132 E. Wilson St., Suite 200, P.O. Box 2973,
lison, WI 53701-2973, 608 [redacted]. http://elections.state.wi.us

Page No. 3

# NOMINATION PAPER FOR NONPARTISAN OFFICE

Candidate's name as it will appear on the ballot; no abbreviations or titles may be used: **ANDREW L. COLBORN**

Street, fire, or rural route number, box number: [redacted]

Name municipality for mailing purposes: [redacted]

Name of municipality for voting purposes: ☒ Town ☐ Village ☐ City — **KOSSUTH**

State: **WI**

Zip code: [redacted]

Type of election: ☒ spring ☐ special

Election date: **04-01-03**

Title of office: **CONSTABLE**

☐ Branch ☐ District ☐ Seat — Branch district or seat number:

Name of jurisdiction or district in which candidate seeks office: **TOWN OF KOSSUTH**

I, the undersigned, request that the candidate, whose name and address are listed above, be placed on the ballot at the election described above as a candidate so that voters will have the opportunity vote for ☐ him or ☐ her for the office listed above. I am eligible to vote in the jurisdiction or district in which the candidate named above seeks office. I have not signed the nomination paper of any other candidate for the same office at this election.

THE MUNICIPALITY USED FOR MAILING PURPOSES, WHEN DIFFERENT THAN MUNICIPALITY OF RESIDENCE, IS NOT SUFFICIENT. THE NAME OF THE MUNICIPALITY OF RESIDENCE MUST ALWAYS BE LISTED.

| # | SIGNATURES OF ELECTORS | STREET & NUMBER OR RURAL ROUTE | MUNICIPALITY OF RESIDENCE | DATE OF SIGNING |
|---|---|---|---|---|
| 1 | [redacted] | [redacted] 47 | ☒ Town Kossuth | 12-30-02 |
| 2 | [redacted] | [redacted] 17 | ☒ Town Kossuth | 12-30-02 |
| 3 | [redacted] | [redacted] 220 | ☒ Town Kossuth | 12-30-02 |
| 4 | [redacted] | [redacted] 220 | ☒ Town Kossuth | 12-30-02 |
| 5 | [redacted] | [redacted] | ☒ Town Kossuth | 12-31-02 |
| 6 | [redacted] | [redacted] | ☒ Town Kossoth | 12-31-02 |
| 7 | [redacted] | [redacted] | ☒ Town Kossuth | 12/31/02 |
| 8 | [redacted] | [redacted] 247 | ☒ Town Kossuth | 12/31/02 |
| 9 | [redacted] | [redacted] 100 | ☒ Town Kossuth | 12/31/02 |
| 10 | [redacted] | [redacted] 101 / 47 | ☒ Town Kossuth | 12/31/02 |

## CERTIFICATION OF CIRCULATOR

I, **ANDREW L. COLBORN**, certify:

I reside at _____ (Circulator's residence - Include number, street, and municipality.)

personally circulated this nomination paper and personally obtained each of the signatures on this paper. I know that the signers are electors of the jurisdiction or district the candidate seeks to represent. I know that each person signed the paper with full knowledge of its content on the date indicated opposite his or her name. I know their respective residences given. I reside within the district which the candidate will represent if elected. I intend to support this candidate. I am aware that falsifying this certification is punishable under ss.12.13(3)(a), Stats.

**12-31-02**
(Date)

_____ (Signature of circulator)

EB-169 (Rev. 9/2000) The information on this form is required by ss.8.10, 8.15, 8.50, 120.06, Stats.
This form is prescribed by the State Elections Board, 132 E. Wilson St., Suite 200, P.O. Box 2973, Madison, WI 53701-2973, 608-266-8005, http://elections.state.wi.us, seb@seb.state.wi.us

Page No. ____