IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| ANDREW L. COLBORN,<br><br>Plaintiff,<br><br>vs.<br><br>NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS LLC; LAURA RICCIARDI; AND MOIRA DEMOS,<br><br>Defendants. | Civil No.: 19-CV-484 |

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May, 2019, I caused the following documents to be electronically filed with the Clerk of Court using the CM/ECF system which will provide copies to registered ECF participants:

- Motion to Dismiss by Netflix, Inc.;
- Memorandum in Support of Motion to Dismiss by Netflix, Inc.;
- Declaration of James A. Friedman; and
- Certificate of Service.

I further certify that a copy of such filings was sent via U.S. Mail, first-class postage, prepaid, to counsel at the following address:

Michael C. Griesbach
Griesbach Law Offices, LLC
P.O. Box 2047
Manitowoc, WI 54221-2047

*Counsel for Plaintiff Andrew L. Colborn*

          *s/ James A. Friedman*
          James A. Friedman

20601170.1