IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| ANDREW L. COLBORN,<br><br>        Plaintiff,<br><br>vs.<br><br>NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS LLC; LAURA RICCIARDI; AND MOIRA DEMOS,<br><br>        Defendants. | Civil No.: 19-CV-484 |

**MOTION TO DISMISS BY CHROME MEDIA LLC,
LAURA RICCIARDI AND MOIRA DEMOS**

Chrome Media LLC, Laura Ricciardi, and Moira Demos, by their attorneys, move the Court, pursuant to Fed. R. Civ. P. 12(b)(5), to dismiss all claims against them with prejudice. This Motion is supported by the accompanying Memorandum and the Declarations of Laura Ricciardi, Moira Demos, Natalia Canaan, Danielle Rodriguez, Tal Benari, and Dominique Bianchi.

                                                                        Respectfully submitted,

Dated: May 10, 2019.

                                                   *s/ James A. Friedman*
                                                   James A. Friedman, SBN 1020756
                                                   Godfrey & Kahn, S.C.
                                                   One East Main Street
                                                   Suite 500
                                                   Madison, WI 53703-3300
                                                   T: (608) 284-2617
                                                   F: (608) 257-0609
                                                   jfriedman@gklaw.com

Lee Levine
Matthew E. Kelley
Ballard Spahr LLP
1909 K Street, NW, Suite 1200
Washington, D.C. 20006-1157
T: (202) 508-1110
F: (202) 661-2299
levinel@ballardspahr.com
kelleym@ballardspahr.com

Leita Walker
Ballard Spahr LLP
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
T:  (612) 371-6222
F:  (612) 371-3207
walkerl@ballardspahr.com

*Counsel for Putative Defendants Netflix, Inc.; Chrome Media LLC; Laura Ricciardi; and Moira Demos*

20600822.1