IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| ANDREW L. COLBORN,<br><br>        Plaintiff,<br><br>vs.<br><br>NETFLIX, INC.; CHROME MEDIA LLC,<br>F/K/A SYNTHESIS FILMS, LLC;<br>LAURA RICCIARDI; AND MOIRA<br>DEMOS,<br><br>        Defendants. | Civil No.: 19-CV-484<br><br>DECLARATION OF<br>LAURA RICCIARDI |

I, Laura Ricciardi, hereby swear as follows:

1. I am over 18 years old and have personal knowledge regarding the facts set forth in this Declaration. If called to testify, I could and would testify competently regarding the facts recited herein.

2. I am a co-founder and co-owner of Defendant Chrome Media LLC, f/k/a Synthesis Films LLC. I am one of the producers of the documentary series *Making a Murderer*, and I am also personally named as a defendant in the above-captioned lawsuit. I submit this Declaration in Support of the Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(5) filed on behalf of myself, Moira Demos, and Chrome.

3. I have not appointed Tal Benari as my personal agent to accept service of process on my behalf, nor have I ever appointed anyone else to do so.

4. I share a residence with Moira Demos in Los Angeles, California.

5.  I am not aware that Plaintiff Andrew L. Colborn ("Colborn") made any attempt to serve this lawsuit on either me or Ms. Demos prior to March 5, 2019, which, I understand, is the date service was effected on Netflix, Inc., another defendant in the case.

6.  As of the date of my signing this declaration, no one has ever personally served any summons or complaint (original or amended) on me.

7.  Security cameras capture the front gate and door of my residence. I understand that, after learning Netflix had been served, Ms. Demos checked the video from these security cameras and that two persons she did not recognize had arrived at our home, one on March 6 and the other on March 7.

8.  I was not present at my residence on March 6 or 7. In fact, at all times from March 4 until March 19, Ms. Demos and I were either in Illinois or assisting her elderly parents at their residence elsewhere in California. Although Ms. Demos returned home on March 19, I did not return until March 22. At all times when Ms. Demos and I were away from our residence, there was no one else present at our home.

9.  I understand that on April 10, Colborn filed in this Court a document purporting to be a "proof of publication" of an Amended Publication Summons in the *Los Angeles Times* on March 13, 20, 27 and April 3. Until that filing, I was not aware that Colborn had caused publication of any summons.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER YOUR DECLARANT SAYETH NOT.

Dated May 9, 2019

_____
Laura Ricciardi