# **Exhibit A**

**Carlos A. Caceres**
4930 Balboa Blvd #261876
Encino, California 91426

Cell 818-606-3257
Fax 818-786-6766
carlosprocessserver@gmail.com
www.carlosprocessserver.com

Registered Process Server

