IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| ANDREW L. COLBORN,<br><br>          Plaintiff,<br><br>  vs.<br><br>NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS LLC; LAURA RICCIARDI; AND MOIRA DEMOS,<br><br>          Defendants. | Civil No.: 19-CV-484 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2019, I caused the following documents to be electronically filed with the Clerk of Court using the CM/ECF system which will provide copies to registered ECF participants:

- Motion to Dismiss by Chrome Media LLC, Laura Ricciardi, and Moira Demos;

- Memorandum in Support of Motion to Dismiss by Chrome Media LLC, Laura Ricciardi, and Moira Demos;

- Declaration of Moira Demos;

- Declaration of Tal Benari;

- Declaration of Natalie Canaan;

- Declaration of Danielle Rodriguez;

- Declaration of Laura Ricciardi;

- Declaration of Dominique Bianchi; and

- Certificate of Service.

I further certify that a copy of such filings was sent via U.S. Mail, first-class, postage prepaid, to counsel at the following address:

>Michael C. Griesbach
>Griesbach Law Offices, LLC
>P.O. Box 2047
>Manitowoc, WI 54221-2047
>
>*Counsel for Plaintiff Andrew L. Colborn*

      *s/ James A. Friedman*
      James A. Friedman

20601201.1