IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

ANDREW L. COLBORN,

        Plaintiff,

vs.                               Civil No.: 19-CV-484

NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS LLC; LAURA RICCIARDI; AND MOIRA DEMOS,

        Defendants.

## STIPULATION

The parties referenced in the above-captioned action, by their respective attorneys, hereby stipulate to extending the deadline for the Plaintiff to file a response to the Motion to Dismiss filed by Netflix, Inc., to on or before June 13, 2019.

Dated: May 29, 2019.

LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.

/S/ GEORGE R. BURNETT
GEORGE R. BURNETT, SBN 1005964
231 SOUTH ADAMS STREET
GREEN BAY, WI 54301
T: (920) 437-0476
F: (920) 437-2868
GB@LCOJLAW.COM

MICHAEL C. GRIESBACH
GRIESBACH LAW OFFICES, LLC
P.O. BOX 2047
MANITOWOC, WI 54221-2047
T: (920) 320-1358
ATTYMGRIESBACH@GMAIL.COM

APRIL ROCKSTEAD BARKER
SCHOTT, BUBLITZ & ENGEL S.C.
640 W. MORELAND BLVD.
WAUKESHA, WI 53188

|  |  |
|---|---|
|  | T: (262) 827-1700 |
|  | F: (262) 827-1701 |
|  | ABARKER@SBE-LAW.COM |
|  |  |
|  | COUNSEL FOR PLAINTIFF ANDREW L. COLBORN |
| Dated: May 29, 2019. | GODFREY & KAHN, S.C. |

/s/ James A. Friedman
James A. Friedman, SBN 1020756
One East Main Street
Suite 500
Madison, WI 53703-3300
T: (608) 284-2617
F. (608) 257-0609
jfriedman@gklaw.com

Lee Levine
Matthew E. Kelley
BALLARD SPAHR LLP
1909 K Street, NW, Suite 1200
Washington, D.C. 20006-1157
T: (202) 508-1110
F: (202) 661-2299
levinel@ballardspahr.com
kelleym@ballardspahr.com

Leita Walker
BALLARD SPAHR LLP
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
T: (612) 371-6222
F: (612) 371-3207
walkerl@ballardspahr.com

*Counsel for Putative Defendants Netflix, Inc.; Chrome Media LLC; Laura Ricciardi; and Moira Demos*