| | | | |
|---|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | | FOR COURT USE ONLY |
| George Burnett<br>Conway, Olejniczak & Jerry, S.C.<br>231 South Adams Street Green Bay, WI 54301 | | | |
| TELEPHONE NO.: (920) 437-0476 \| FAX NO. \| E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): : | | | |

IN THE CIRCUIT COURT OF THE 4TH JUDICIAL CIRCUIT OF WISCONSIN FOR MANITOWOC COUNTY

STREET ADDRESS: 101 S 8TH STREET
MAILING ADDRESS:
CITY AND ZIP CODE: MANITOWOC, WI 54221
BRANCH NAME:

PLAINTIFF/PETITIONER: Andrew L. Colborn
DEFENDANT/RESPONDENT: Netflix, Inc., et al.

CASE NUMBER: 2018-CV-561

**DECLARATION OF DILIGENCE**

Ref. No. or File No.: Colborn

I, Carlos Caceres, declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: Chrome Media, LLC, formerly known as Synthesis Films, LLC as follows:
Documents:

Amended Summons; Summons; Amended Complaint; Plaintiff's First Set of Written Interrogatories and Requests for Production of Documents to All Defendants;

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 3/6/2019 | 1:52 PM | Business | Registered agent was not in his office - Carlos Caceres<br>15821 Ventura Blvd., Suite 500, Encino, CA 91436 |
| 3/7/2019 | 11:20 AM | Business | Registered agent is out sick at the encino location - Carlos Caceres<br>15821 Ventura Blvd., Suite 500, Encino, CA 91436 |
| 3/8/2019 | 3:40 PM | Home | Gated Community. Server has been waiting at unmanned gate, no access. Name is not on directory. server will attempt again at later time. - Carlos Caceres<br>18645 Hatteras Street, Unit 269, # 269 Tarzana, CA |
| 3/9/2019 | 11:05 AM | Home | No access Gated Community (waited to try to follow car in) No name on directory. - Carlos Caceres<br>18645 Hatteras Street, Unit 269, # 269 Tarzana, CA |
| 3/12/2019 | 7:35 PM | Home | No access (waited to try to follow car in) No name on directory. Gated Community - Carlos Caceres<br>18645 Hatteras Street, Unit 269, # 269 Tarzana, CA |
| 3/15/2019 | 11:30 AM | Business | Tal Banari is in meeting. - Carlos Caceres<br>15821 Ventura Blvd., Suite 500, Encino, CA 91436 |
| 3/15/2019 | 2:10 PM | Business | Tal Banari is not in. - Carlos Caceres<br>15821 Ventura Blvd., Suite 500, Encino, CA 91436 |

**Continued on Next Page**

Fee for Service: $ 79.00
★ County: **Los Angeles**
Registration No.: **20151090**
**Amstar Express, Inc**
509 Marin Street, # 237
Thousand Oaks, CA 91360
(888) 778-2711

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 08, 2019.

Signature: _Carlos Caceres_
**Carlos Caceres**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: A11706

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| George Burnett<br>Conway, Olejniczak & Jerry, S.C.<br>231 South Adams Street  Green Bay, WI 54301<br>TELEPHONE NO.: (920) 437-0476 | FAX NO. | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | |

**IN THE CIRCUIT COURT OF THE 4TH JUDICIAL CIRCUIT OF WISCONSIN FOR MANITOWOC COUNTY**

STREET ADDRESS: 101 S 8TH STREET
MAILING ADDRESS:
CITY AND ZIP CODE: MANITOWOC, WI 54221
BRANCH NAME:

| PLAINTIFF/PETITIONER: Andrew L. Colborn | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Netflix, Inc., et al. | 2018-CV-561 |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: Colborn |

I, Carlos Caceres, declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: Chrome Media, LLC, formerly known as Synthesis Films, LLC as follows:
Documents:

**Amended Summons; Summons; Amended Complaint; Plaintiff's First Set of Written Interrogatories and Requests for Production of Documents to All Defendants;**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| | | | **Continued from Previous Page** |
| 3/18/2019 | 12:43 PM | Business | Per Female approx. 45, stated Tal Banari is not in. - Carlos Caceres<br>15821 Ventura Blvd., Suite 500, Encino, CA 91436 |
| 3/21/2019 | 9:38 AM | Business | Tal Banari is not in office. - Carlos Caceres<br>15821 Ventura Blvd., Suite 500, Encino, CA 91436 |
| 3/28/2019 | 2:38 PM | Business | Left papers at front desk with receptionist who did not want to give name. - Carlos Caceres<br>15821 Ventura Blvd., Suite 500, Encino, CA 91436 |
| 3/28/2019 | 2:38 PM | Business | Substituted service on: Chrome Media, LLC, formerly known as Synthesis Films, LLC; 15821 Ventura Blvd., Suite 500, Encino, CA 91436; by serving: , Hispanic Female 30 120 Black 5'7" Brown. |

Fee for Service: **$ 79.00**
★ County: **Los Angeles**
Registration No.: **20151090**
**Amstar Express, Inc**
509 Marin Street, # 237
Thousand Oaks, CA 91360
(888) 778-2711

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 08, 2019.

Signature: _Carlos Caceres_

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order #: A11706