IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| ANDREW L. COLBORN<br>Plaintiff | **DECLARATION OF**<br>**DEBRA L. BURSIK** |
| NETFLIX Inc., CHROME MEDIA, LLC, et. Al.<br>Defendants. | Case No. 19-CV-484-PP |

STATE OF WISCONSIN  : 
: SS.
COUNTY OF BROWN  :

The undersigned, being first duly sworn, on oath, says that she is a licensed private detective contracted with the Law Firm of Conway, Olejniczak, & Jerry, S.C., and that on the date stated, she deposited in the U.S. Mail at Green Bay, Wisconsin, a true and correct copy of the paper(s) described below, properly enclosed in a postpaid envelope bearing sender's name and address, with tracking, and addressed to the following person(s) at their proper post office addresses as indicated.

Date Mailed:   May 24, 2019

Documents   Correspondence (exhibit A)
            Authenticated copies of the Amended Summons and Complaint (4 copies)

Addressees:   Attorney James A. Friedman, Godfrey & Kahn, S.C.
cc to:        Attorney Leita Walker, Ballard Spahr LLP
              Attorney Lee Levine, Ballard Spahr LLP
              Attorney Matthew E. Kelley, Ballard Spahr LLP

Dated this 29th day of May, 2019.

By: _s/Debra L. Bursik_
    Debra L. Bursik

#3117649



Thomas M. Olejniczak
Frederick L. Schmidt
R. George Burnett
Gregory A. Grobe
Tori L. Kluess
Robert M. Charles
Brick N. Murphy
Jodi Arndt Labs
David H. Weber
Ross W. Townsend
Michele M. McKinnon
Kurt A. Goehre
James M. Ledvina
Steven J. Krueger
Robert R. Gagan
Laura J. Beck
Jill J. Ray
Joshua M. Koch
Ryan J. Riebe
Adam H. Roundy
Matthew M. Van Nuland
John M. Calewarts

Retired:
J. Michael Jerry

Gregory B. Conway
1944-2017 (Founder)

Telephone: (920) 437-0476
Facsimile: (920) 437-2868

gb@lcojlaw.com
www.lcojlaw.com

May 23, 2019

Attorney James A. Friedman
Godfrey & Kahn, S.C.
One East Main St., Ste. 500
Madison, WI 53703-3300

Re:  Andrew L. Colborn v. Netflix, et al.

Dear Attorney Friedman:

Enclosed and hereby served on each of you as counsel for the Defendants pursuant to Federal Rule 5(b)(1), are authenticated copies of the Amended Summons and Complaint. I am enclosing one copy of the Amended Summons and Complaint for each Defendant – 4 defendants.

Very truly yours,

**LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.**

By: _____
George Burnett

RGB:jf
3112796
Enclosure

Cc: Attorney Leita Walker
    Attorney Lee Levine
    Attorney Matthew E. Kelley



231 South Adams Street • Green Bay, WI 54301
P.O. Box 23200 • Green Bay, WI 54305-3200 • Phone: 920.437.0476 • Fax: 920.437.2868
www.lcojlaw.com