IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| ANDREW L COLBORN,<br><br>                 Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br>CHROME MEDIA, LLC, formerly known as<br>SYNTHESIS FILMS, LLC,<br>LAURA RICCIARDI, and<br>MOIRA DEMOS<br><br>                 Defendants. | **DECLARATION OF**<br>**DEBRA L. BURSIK**<br><br>Case No. 19-CV-484-PP |

STATE OF WISCONSIN   :
                               : ss
COUNTY OF BROWN     :

The undersigned, being first duly sworn, on oath, says that she is a licensed private detective contracted with the Law Firm of Conway, Olejniczak, & Jerry, S.C., and that on the date stated, she deposited in the U.S. Mail at Green Bay, Wisconsin, a true and correct copy of the paper(s) described below, properly enclosed in a postpaid envelope bearing sender's name and address, with tracking, and addressed to the following person(s) at their proper post office addresses as indicated.

1. **First Mailing:**

Date Mailed:      March 11, 2019

Document(s):

- S&C + electronic notices
- Amended S&C + electronic notices
- Publication Summons
- Amended Publication Summons

**Addressee:**

Tal Benari
Chrome Media
15821 Ventura Blvd, Suite 500
Encino, CA 91436-2945

Laura Ricciardi
1946 N. Oxford Avenue
Los Angeles, CA 90027-1620

Moira Demos
1946 N. Oxford Avenue
Los Angeles, CA 90027-1620

Attached hereto as Exhibit A is the tracking information showing the above 3 items were delivered on March 13, 2019.

2. **Second Mailing:**

   Date Mailed: March 12, 2109 with signed return receipt requested

   Document(s):

   - S&C + electronic notices
   - Amended S&C + electronic notices
   - Publication Summons
   - Amended Publication Summons

**Addressee:**

Tal Benari
Chrome Media
15821 Ventura Blvd, Suite 500
Encino, CA 91436-2945

Laura Ricciardi
1946 N. Oxford Avenue
Los Angeles, CA 90027-1620

Moira Demos
1946 N. Oxford Avenue
Los Angeles, CA 90027-1620

Attached as Exhibit B is the only signed document that was returned that confirms delivery to Chrome Media. Packages to Laura Ricciardi and Moira Demos were returned in the mail as they were not signed for.

By: *s/Debra L. Bursik*
Debra L. Bursik

201915.001:# 3059941



**EXHIBIT A**



First C

```
$7.99
US POSTAGE
03/11/2019
From 54305
0 lbs 15 ozs                Pitney Bowes    022W0001125376
Zone 7                      ComBasPrice
                                            9053031108
```

**PRIORITY MAIL 2-DAY™**

CONWAY, OLEJNICZAK & JERRY, SC
PO Box 23200
231 S Adams St
Green Bay WI 54305-3200

Estimated Delivery Date: 03/13/2019

**0000**

**C005**

TAL BENARI, AGENT FOR SVC,
CHROME MEDIA F/N/A SYNTHESIS FILMS
15821 VENTURA BLVD., STE. 500
ENCINO CA 91436-2945

**USPS TRACKING #**



9405 5098 9864 3531 9054 07

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Tracking Number: 9405509898643531905407

Remove ✕

**On Time**

**Expected Delivery on**

**WEDNESDAY**
**13** MARCH 2019 ⓘ

by
**8:00pm** ⓘ

## ✓ Delivered

March 13, 2019 at 10:12 am
Delivered, Left with Individual
ENCINO, CA 91436

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

Can't find what you're looking for?

Case 1:19-cv-00484-BHL  Filed 05/29/19  Page 5 of 13  Document 47

Go to our FAQs section to find answers to your tracking questions.

## FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)

### The easiest tracking number is the one you don't have to know.

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.
- Automatically track the packages you're expecting.
- Set up email and text alerts so you don't need to enter tracking numbers.
- Enter USPS Delivery Instructions™ for your mail carrier.

### Sign Up

### (https://reg.usps.com/entreg/RegistrationAction_input?

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

Feedback

First Class Mail

$7.99
US POSTAGE
03/11/2019
From 54305
0 lbs 15 ozs
Zone 7

Pitney Bowes
ComBasPrice

022W0001125376

9053031108

PRIORITY MAIL 2-DAY™

Estimated Delivery Date: 03/13/2019

0000

C027

CONWAY, OLEJNICZAK & JERRY, SC
PO Box 23200
231 S Adams St
Green Bay WI 54305-3200

LAURA RICCIARDI
1946 N OXFORD AVE
LOS ANGELES CA 90027-1620

USPS TRACKING #

9405 5098 9864 3531 9037 00

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Remove ✕

**Tracking Number:** 9405509898643531903700

On Time

**Expected Delivery on**

**WEDNESDAY**
**13** MARCH 2019 ⓘ | by **8:00pm** ⓘ

## ✓ Delivered

March 13, 2019 at 11:04 am
Delivered, In/At Mailbox
LOS ANGELES, CA 90027

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

Can't find what you're looking for?

Case 1:19-cv-00484-BHL   Filed 05/29/19   Page 8 of 13   Document 47

Go to our FAQs section to find answers to your tracking questions.

## FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)

### The easiest tracking number is the one you don't have to know.

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.
- Automatically track the packages you're expecting.
- Set up email and text alerts so you don't need to enter tracking numbers.
- Enter USPS Delivery Instructions™ for your mail carrier.

### Sign Up

(https://reg.usps.com/entreg/RegistrationAction_input?

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment. app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo

Feedback

Case 1:19-cv-00484-BHL   Filed 05/29/19   Page 9 of 13   Document 47

First C



$7.99
US POSTAGE
03/11/2019
From 54305
0 lbs 15 ozs
Zone 7

Pitney Bowes    022W0001
ComBasPrice
                9053



PRIORITY MAIL 2-DAY™

CONWAY, OLEJNICZAK & JERRY, SC         Estimated Delivery Date
PO Box 23200
231 S Adams St
Green Bay WI 54305-3200                              0000

C027

MOIRA DEMOS
1946 N OXFORD AVE
LOS ANGELES CA 90027-1620

USPS TRACKING #



9405 5098 9864 3531 9043 32

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number:** 9405509898643531904332

Remove ✕

**On Time**

**Expected Delivery on**

**WEDNESDAY**
**13** MARCH 2019 ⓘ | by **8:00pm** ⓘ

## ✓ Delivered

March 13, 2019 at 11:04 am
Delivered, In/At Mailbox
LOS ANGELES, CA 90027

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∨

---

**Product Information** ∨

---

See Less ∧

Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.
- Automatically track the packages you're expecting.
- Set up email and text alerts so you don't need to enter tracking numbers.
- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

Feedback

Case 1:19-cv-00484-BHL   Filed 05/29/19   Page 12 of 13   Document 47

| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9266 9904 2100 1443 92 | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Chrome Media<br>(f/h/a) Synthesis Films<br>15821 Ventura Blvd., Ste 500<br>Encino, CA 91436-2945 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>_[postmark: VAN NUYS, CA ENCINO WHITE OAK STATION MAR 15 2019 USPS]_<br>3. Service Type:<br>☒ Certified Mail<br>☐ Certified Mail Restricted Delivery<br>Reference Information |
| 2. Certified Mail (Form 3800) Article Number<br>9414 7266 9904 2100 1443 95 | dlb |
| PS Form 3811, Facsimile, July 2015 | Domestic Return Receipt |

**EXHIBIT B**