| Attorney or Party without Attorney: George Burnett<br>Conway, Olejniczak & Jerry, S.C.<br>231 South Adams Street<br>Green Bay, WI 54301<br>TELEPHONE No.: (920) 437-0476 | FAX No. (Optional): | E-MAIL ADDRESS (Optional): | FOR COURT USE ONLY |
|---|---|---|---|
| Attorney for: | | Ref No. or File No.: Colborn | |

Insert name of Court, and Judicial District and Branch Court:
**IN THE CIRCUIT COURT OF THE 4TH JUDICIAL CIRCUIT OF WISCONSIN FOR MANITOWOC COUNTY -**

Plaintiff: Andrew L. Colborn
Defendant: Netflix, Inc., et al.

| **NON SERVICE REPORT** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2018-CV-561 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **Moira Demos**

Documents: Amended Summons; Summons; Complaint; Plaintiff's First Set of Written Interrogatories and Requests for Production of Documents to All Defendants;

| Date | Time | Results |
|---|---|---|
| 3/6/2019 | 1:52 PM | Registered agent was not in his office. Moira Demos not employee of Chrome Media. - Carlos Caceres |
| | Location: | 15821 Ventura Blvd., Suite 500, Encino, CA 91436 |
| 3/7/2019 | 11:20 AM | Registered agent out sick at the encino location - Carlos Caceres |
| | Location: | 15821 Ventura Blvd., Suite 500, Encino, CA 91436 |
| 3/7/2019 | 12:50 PM | No answer from intercom at the front gate - Carlos Caceres |
| | Location: | 1946 N. Oxford Ave., Los Angeles, CA 90027 |
| 3/7/2019 | 7:30 PM | No answer through the intercom at the front gate, dialed #1 and still no answer - Carlos Caceres |
| | Location: | 1946 N. Oxford Ave., Los Angeles, CA 90027 |

Fee for Service: **$ 70.00**
County: **Los Angeles**
Registration No.: **20151090**
**Amstar Express, Inc**
509 Marin Street, # 237
Thousand Oaks, CA 91360
(888) 778-2711

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 10, 2019.

Signature: _Carlos Caceres_

**NON SERVICE REPORT**

Order#: A11708