FILED
03-11-2019
Clerk of Circuit Court
Manitowoc County, WI
2018CV000561

**STATE OF WISCONSIN     CIRCUIT COURT     MANITOWOC COUNTY**

EXHIBIT
2
tabbies

ANDREW L COLBORN,

      Plaintiff,

  v.

          Case No. 2018 CV 561

**AMENDED PUBLICATION SUMMONS**

NETFLIX, INC.
100 Winchester Circle
Los Gatos, CA 95032,

CHROME MEDIA, LLC, formerly known as
SYNTHESIS FILMS, LLC,
15821 Ventura Blvd., Ste. 500
Encino, CA 91436

LAURA RICCIARDI and

MOIRA DEMOS

      Defendants.

THE STATE OF WISCONSIN, to each person named above as a Defendant:

You are hereby notified that the Plaintiff named above has filed a lawsuit or other legal action against you.

Within 40 days of March 13, 2019, you must respond with a written demand for a copy of the complaint. The demand must be sent or delivered to the Court, whose address is 1010 S. 8th Street, Manitowoc, WI 54220, and to Plaintiff's attorneys, Law Firm of, Conway, Olejniczak & Jerry, S.C., whose address is 231 South Adams Street, P.O. Box 23200, Green Bay, Wisconsin, 54305-3200; Griesbach Law Offices, LLC, whose address is P.O. Box 2047, Manitowoc, Wisconsin 54221-2047; and Schott, Bublitz & Engel, S.C., whose address is 640 W. Moreland Blvd., Waukesha, WI 53188-2433. For e-filing procedure, see https://www.wicourts.gov/ecourts/efilecircuit/rules.htm. You may have an attorney represent you.

If you do not demand a copy of the complaint within 40 days, the Court may grant judgment against you for the award of money or other legal action requested in the complaint, and you may lose your right to object to anything that is or may be incorrect in the complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated this 11th day of March, 2019.

LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.
Attorneys for Plaintiff, Andrew L. Colborn

By: _Electronically signed by George Burnett_
     George Burnett

**POST OFFICE ADDRESS:**
231 S. Adams Street
Green Bay, WI 54301
P.O. Box 23200
Green Bay, WI 54305-3200
Phone: (920) 437-0476
Fax: (920) 437-2868
State Bar No. 1005964
#3058468

GRIESBACH LAW OFFICES, LLC

By: _Electronically signed by Michael C. Griesbach_
     Attorney Michael C. Griesbach
     State Bar No. 01012799
     Griesbach Law Offices, LLC
     PO Box 2047
     Manitowoc, WI 54221-2047
     (920) 320-1358

-2-

SCHOTT, BUBLITZ & ENGEL, S.C.

By: _Electronically signed by April Rockstead Barker_
    April Rockstead Barker
    State Bar No. 1026163
    Schott, Bublitz & Engel, S.C.
    640 W. Moreland Blvd.
    Waukesha, WI  53188-2433
    (262)-827-1700