IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

ANDREW L. COLBORN,

    Plaintiff,

vs.

NETFLIX, INC.; CHROME MEDIA LLC,
F/K/A SYNTHESIS FILMS LLC; LAURA
RICCIARDI; AND MOIRA DEMOS,

    Defendants.

Civil No.: 19-CV-484

## DECLARATION OF MICHAEL GRIESBACH

I, Michael Griesbach, swear as follows:

1. I am the one of the plaintiff's attorneys in the above captioned case.

2. The plaintiff contacted me in October of 2018 to ask if I would represent him concerning the subject matter of this action

3. After reviewing the facts and applicable law, I filed the original summons and complaint on December 17, 2018, prior to the expiration of the statute of limitations.

4. Anticipating a significant defense by well-funded opponents, I sought assistance from associate counsel and was able to secure co-counsel of record on February 15, 2019.

5. Pursuant to 18 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 29th day of May, 2019

_____
Michael Griesbach