IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

ANDREW L. COLBORN,

                Plaintiff

NETFLIX, INC.,                                      Case No. 19-CV-484
CHROME MEDIA, LLC, f/k/a
SYNTHESIS FILMS, LLC,
LAURA RICCIARDI, and
MOIRA DEMOS,

                Defendants.

---

DECLARATION OF GEORGE BURNETT

---

I, George Burnett, declare under penalty of perjury as follows:

1. Attached as exhibit 1 is a true and correct copy of the IMDb list of credits on Lisa Nishimura as a producer.  The URL can be found at:

   https://www.imdb.com/name/nm2591941/

2. Attached as exhibit 2 is a true and correct copy of an article from the New York Times by Mekado Murphy titled Making 'Making a Murderer' Again published October 17, 2018.  The URL can be found at:

   https://www.nytimes.com/2018/10/17/arts/television/making-a-murderer-behind-the-scenes.html

3. Attached as exhibit 3 is a true and correct copy of an article from Vanity Fair by Joy Press titled This is the Netflix Exec to Thank for Your Wild Wild Country Binge published as a special issue 2018.  The URL can be found at:

https://www.vanityfair.com/hollywood/2018/06/lisa-nishamura-netflix-documentary-wild-wild-country

4. Attached as exhibit 4 is a true and correct copy of the IMDb list of awards for Making a Murderer.  The URL can be found at:

https://www.imdb.com/title/tt5189670/awards

5. Attached as exhibit 5 is a true and correct copy of an article by Jethro Nededog titled The 'Making a Murderer' creators detail the intense 10-year path to getting the show on Netflix published on January 20, 2016.  The URL can be found at:

https://www.businessinsider.com/making-a-murderer-filming-process-netflix-2016-1

6. Attached as exhibit 6 is a true and correct copy of the home page of the website https://jobs.netflix.com where open jobs can be searched at Netflix.  The URL can be found at:  https://jobs.netflix.com/

7. Attached as exhibit 7 is a true and correct copy of a job opening at Netflix titled Script Clearance Analyst, Content & Brand Intellectual Property.  The URL can be found at:  https://jobs.netflix.com/jobs/868145

8. Attached as exhibit 8 is a true and correct copy of the Netflix Technology Blog by Ritwik Kumar, Vinith Misra, Jen Walraven, Lavanya Sharan, Bahareh Azarnoush, Boris Cen, and Nirmal Govind titled Data Science and the Art of Producing Entertainment at Netflix published on March 26, 2018.  The URL can be found at:

https://medium.com/netflix-techblog/studio-production-data-science-646ee2cc21a1

Dated this 13th day of June, 2019

LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.
Attorneys for Plaintiff, Andrew L. Colborn


By:  *s/George Burnett*
     George Burnett

**POST OFFICE ADDRESS:**
231 S. Adams Street
Green Bay, WI 54301
P.O. Box 23200
Green Bay, WI  54305-3200
Phone:  (920) 437-0476
Fax:  (920) 437-2868
State Br No. 1005964

#313727