Find Movies, TV shows, Celebrities and more...   All    Pro | Help |

Watch Now For Free | Movies, TV & Showtimes | Celebs, Events & Photos | News & Community | Watchlist | Sign in



## Lisa Nishimura (I)
Producer | Miscellaneous Crew | Executive

SEE RANK

**Quick Links**
Biography | Filmography (by Job)
Awards | Trailers and Videos
Photo Gallery

+ Add or change photo on IMDbPro »

Contribute to IMDb. Add a bio, trivia, and more.
Update information for Lisa Nishimura »

More at IMDbPro »
☎ Contact Info: View agent, publicist, legal on IMDbPro

     

6 photos »

**Explore More**

Kathryn Newton's Lessons From "Big Little Lies" Co-Stars



Kathryn Newton shares the acting tips and tricks she's been able to put into action, courtesy of her "Big Little Lies" co-stars.

Watch now »

3 wins & 7 nominations. See more awards »

## Known For

   

Making a Murderer   The Square   The Keepers   E-Team
Producer   Producer   Producer   Producer
(2015-2018)   (2013)   (2017)   (2014)

**Share** this page:

**Related News**

Inside Netflix's VIP Screening of Beyoncé's 'Homecoming'
17 April 2019 | The Hollywood Reporter

UK rap drama 'Mughal Mowgli' finalises cast with 'Informer', 'Sex Education', 'Colette' actors (exclusive)
21 March 2019 | ScreenDaily

Lisa Nishimura to oversee indie film at Netflix
21 March 2019 | ScreenDaily

See all related articles »

## Filmography

Jump to: Producer | Miscellaneous Crew

▼ Show all | Show by... ▼ | Edit

### Producer (129 credits)                                           Hide ▲

**Medal of Honor** (TV Series documentary) (executive producer - 1 episode)    2018
- Clinton Romesha (2018) ... (executive producer)

**Follow This** (TV Series documentary) (executive producer - 20 episodes)    2018
- Gangster Rap (2018) ... (executive producer)
- India's Utopia (2018) ... (executive producer)
- Superbug Snipers (2018) ... (executive producer)
- Sexbots (2018) ... (executive producer)
- Scooter Wars (2018) ... (executive producer)
Show all 20 episodes

**Making a Murderer** (TV Series documentary) (executive producer - 11 episodes)    2015-2018
- Number 18 (2018) ... (executive producer)
- Fighting for Their Lives (2015) ... (executive producer)
- Lack of Humility (2015) ... (executive producer)
- The Great Burden (2015) ... (executive producer)
- Framing Defense (2015) ... (executive producer)
Show all 11 episodes

**Salt Fat Acid Heat** (TV Series documentary) (executive producer - 4 episodes)    2018
- Heat (2018) ... (executive producer)

**Around The Web** Powered by ZergNet



EXHIBIT 1

- Acid (2018) ... (executive producer)
- Salt (2018) ... (executive producer)
- Fat (2018) ... (executive producer)

**Explained** (TV Series documentary) (executive producer - 20 episodes)   2018
- Music (2018) ... (executive producer)
- The World's Water Crisis (2018) ... (executive producer)
- Why Women Are Paid Less (2018) ... (executive producer)
- Political Correctness (2018) ... (executive producer)
- The Female Orgasm (2018) ... (executive producer)

Show all 20 episodes

**Daniel Sloss: Live Shows** (TV Series) (executive producer - 2 episodes)   2018
- Jigsaw (2018) ... (executive producer)
- Dark (2018) ... (executive producer)

**The Comedy Lineup** (TV Series) (executive producer - 16 episodes)   2018
- Kate Willett (2018) ... (executive producer)
- JR De Guzman (2018) ... (executive producer)
- Max Silvestri (2018) ... (executive producer)
- Emma Willmann (2018) ... (executive producer)
- Josh Johnson (2018) ... (executive producer)

Show all 16 episodes

**Demetri Martin: The Overthinker** (TV Special) (executive producer)   2018

**Somebody Feed Phil** (TV Series documentary) (executive producer - 12 episodes)   2018
- New York City (2018) ... (executive producer)
- Cape Town (2018) ... (executive producer)
- Copenhagen (2018) ... (executive producer)
- Buenos Aires (2018) ... (executive producer)
- Dublin (2018) ... (executive producer)

Show all 12 episodes

**Hannah Gadsby: Nanette** (TV Special) (executive producer)   2018

**Tig Notaro: Happy To Be Here** (TV Special) (executive producer)   2018

**Ali Wong: Hard Knock Wife** (TV Special) (executive producer)   2018

**Evil Genius: The True Story of America's Most Diabolical Bank Heist** (TV Mini-Series documentary) (executive producer)   2018

**John Mulaney: Kid Gorgeous at Radio City** (TV Special) (executive producer)   2018

**Recovery Boys** (Documentary) (executive producer)   2018

**Bobby Kennedy for President** (TV Mini-Series documentary) (executive producer - 4 episodes)   2018
- Justice for Bobby (2018) ... (executive producer)
- You Only Get One Time Around (2018) ... (executive producer)
- I'd Like to Serve (2018) ... (executive producer)
- A New Generation (2018) ... (executive producer)

**The Bleeding Edge** (Documentary) (executive producer)   2018

**The Honeymoon Stand-up Special** (TV Series) (executive producer)   2018

**Greg Davies: You Magnificent Beast** (TV Special) (executive producer)   2018

**Seth Rogen's Hilarity for Charity** (TV Special documentary) (executive producer)   2018

**Rapture** (TV Mini-Series documentary) (executive producer)   2018

**James Acaster: Repertoire** (TV Mini-Series) (executive producer - 4 episodes)   2018
- Recap (2018) ... (executive producer)
- Reset (2018) ... (executive producer)
- Represent (2018) ... (executive producer)
- Recognise (2018) ... (executive producer)

**The Standups** (TV Series) (executive producer - 12 episodes)   2017-2018
- Aparna Nancherla (2018) ... (executive producer)
- Brent Morin (2018) ... (executive producer)
- Rachel Feinstein (2018) ... (executive producer)
- Kyle Kinane (2018) ... (executive producer)
- Gina Yashere (2018) ... (executive producer)

Show all 12 episodes

**Take Your Pills** (Documentary) (executive producer)   2018

**Marlon Wayans: Woke-ish** (TV Special documentary) (executive producer)   2018

**Ugly Delicious** (TV Series documentary) (executive producer - 8 episodes)   2018
- Stuffed (2018) ... (executive producer)
- Fried Rice (2018) ... (executive producer)




The GEICO Caveman is Unrecognizably Handsome in Real Life

Tragic On-Screen Deaths We Still Haven't Recovered From




The Most Underappreciated Movies of 2019 So Far

Tabitha From 'Bewitched' is 54 Now and Absolutely Gorgeous

### On Prime Video

The Square   Watch Now

See more on Prime Video »

### Do you have a demo reel?

Add it to your IMDbPage




Find out more at IMDb Pro »

### How Much Have You Seen?

How much of Lisa Nishimura's work have you seen?

### User Polls



Best Documentary, Features, 86th Academy Awards 2014

Primetime Emmy Awards 2016: Favorite Winner

My name starts with...

Best True Crime Documentary

TCA Awards 2016:



- Fried Chicken (2018) ... (executive producer)
- BBQ (2018) ... (executive producer)
- Shrimp and Crawfish (2018) ... (executive producer)

Show all 8 episodes

**Dirty Money** (TV Series documentary) (executive producer - 6 episodes) — 2018
- The Maple Syrup Heist (2018) ... (executive producer)
- Cartel Bank (2018) ... (executive producer)
- Drug Short (2018) ... (executive producer)
- Payday (2018) ... (executive producer)
- The Confidence Man (2018) ... (executive producer)

Show all 6 episodes

**Todd Glass: Act Happy** (TV Special) (executive producer) — 2018

**End Game** (Documentary short) (executive producer) — 2018

**Shirkers** (Documentary) (executive producer) — 2018

**Tom Segura: Disgraceful** (TV Special documentary) (executive producer) — 2018

**Rotten** (TV Series documentary) (executive producer - 3 episodes) — 2018
- Garlic Breath (2018) ... (executive producer)
- The Peanut Problem (2018) ... (executive producer)
- Lawyers, Guns & Honey (2018) ... (executive producer)

**Dave Chappelle: Equanimity** (TV Special documentary) (executive producer) — 2017

**Todd Barry: Spicy Honey** (TV Special) (executive producer) — 2017

**Craig Ferguson: Tickle Fight** (TV Special) (executive producer) — 2017

**Voyeur** (Documentary) (executive producer) — 2017/II

**Brian Regan: Nunchucks and Flamethrowers** (TV Special documentary) (executive producer) — 2017

**DeRay Davis: How to Act Black** (TV Special) (producer) — 2017

**Judah Friedlander: America is the Greatest Country in the United States** (TV Special documentary) (executive producer) — 2017

**Patton Oswalt: Annihilation** (TV Special documentary) (executive producer) — 2017

**Joan Didion: The Center Will Not Hold** (Documentary) (executive producer) — 2017

**Christina P: Mother Inferior** (TV Special) (executive producer) — 2017

**Kingdom of Us** (Documentary) (executive producer) — 2017

**Jerry Before Seinfeld** (TV Special documentary) (executive producer) — 2017

**Gaga: Five Foot Two** (Documentary) (executive producer) — 2017

**Heroin(e)** (Documentary short) (executive producer) — 2017/II

**Long Shot** (TV Movie documentary) (executive producer) — 2017

**Resurface** (Documentary short) (executive producer) — 2017

**Wormwood** (TV Mini-Series documentary) (executive producer - 6 episodes) — 2017
- Chapter 6: Remember Me (2017) ... (executive producer)
- Chapter 4: Opening the Lid (2017) ... (executive producer)
- Chapter 5: Honorable Men (2017) ... (executive producer)
- Chapter 3: The Forbidden Threshold (2017) ... (executive producer)
- Chapter 2: A Terrible Mistake (2017) ... (executive producer)

Show all 6 episodes

**Ryan Hamilton: Happy Face** (TV Special documentary) (executive producer) — 2017

**Lynne Koplitz: Hormonal Beast** (TV Special) (executive producer) — 2017

**Brad Paisley's Comedy Rodeo** (TV Special) (executive producer) — 2017

**Daughters of Destiny** (TV Mini-Series documentary) (executive producer) — 2017

**Joe Mande's Award-Winning Comedy Special** (TV Special documentary) (executive producer) — 2017

**Rory Scovel Tries Stand-Up for the First Time** (TV Special documentary) (executive producer) — 2017

**CounterPunch** (Documentary) (executive producer) — 2017

**Oh, Hello on Broadway** (TV Movie) (executive producer) — 2017

**Sarah Silverman: A Speck of Dust** (TV Special documentary) (executive producer) — 2017

**Favorite 2018 Season from the IMDb Top 250 TV**

See more polls »

| | |
|---|---|
| **The Keepers** (TV Mini-Series documentary) (executive producer - 7 episodes)<br>- The Conclusion (2017) ... (executive producer)<br>- The Web (2017) ... (executive producer)<br>- The Suspects (2017) ... (executive producer)<br>- The Burial (2017) ... (executive producer)<br>- The Revelation (2017) ... (executive producer)<br>Show all 7 episodes | 2017 |
| **Maria Bamford: Old Baby** (TV Special documentary) (executive producer) | 2017 |
| **Vir Das: Abroad Understanding** (TV Special) (executive producer) | 2017 |
| **Get Me Roger Stone** (Documentary) (executive producer) | 2017 |
| **Bill Nye Saves the World** (TV Series) (executive producer - 1 episode)<br>- Earth Is a Hot Mess (2017) ... (executive producer) | 2017 |
| **Hot Girls Wanted: Turned On** (TV Series documentary) (executive producer - 6 episodes)<br>- Women on Top (2017) ... (executive producer)<br>- Love Me Tinder (2017) ... (executive producer)<br>- Owning It (2017) ... (executive producer)<br>- Money Shot (2017) ... (executive producer)<br>- Take Me Private (2017) ... (executive producer)<br>Show all 6 episodes | 2017 |
| **The Death and Life of Marsha P. Johnson** (Documentary) (executive producer) | 2017 |
| **Lucas Brothers: On Drugs** (TV Special) (executive producer) | 2017 |
| **Louis C.K. 2017** (TV Special documentary) (executive producer) | 2017 |
| **Five Came Back** (TV Mini-Series documentary) (executive producer - 3 episodes)<br>- The Price of Victory (2017) ... (executive producer)<br>- Combat Zones (2017) ... (executive producer)<br>- The Mission Begins (2017) ... (executive producer) | 2017 |
| **Deep in the Heart of Texas: Dave Chappelle Live at Austin City Limits** (TV Special documentary) (executive producer) | 2017 |
| **The Age of Spin: Dave Chappelle Live at the Hollywood Palladium** (TV Special documentary) (executive producer) | 2017 |
| **Amy Schumer: The Leather Special** (TV Special) (executive producer) | 2017 |
| **Mike Birbiglia: Thank God for Jokes** (TV Special) (executive producer) | 2017 |
| **Katherine Ryan: In Trouble** (Video) (executive producer) | 2017 |
| **Abstract: The Art of Design** (TV Series documentary) (executive producer - 8 episodes)<br>- Ralph Gilles: Automotive Design (2017) ... (executive producer)<br>- Paula Scher: Graphic Design (2017) ... (executive producer)<br>- Ilse Crawford: Interior Design (2017) ... (executive producer)<br>- Platon: Photography (2017) ... (executive producer)<br>- Es Devlin: Stage Design (2017) ... (executive producer)<br>Show all 8 episodes | 2017 |
| **Bill Burr: Walk Your Way Out** (TV Special documentary) (executive producer) | 2017 |
| **Nobody Speak: Trials of the Free Press** (Documentary) (executive producer) | 2017 |
| **Strong Island** (Documentary) (executive producer) | 2017 |
| **Chasing Coral** (Documentary) (executive producer) | 2017 |
| **Icarus** (Documentary) (executive producer) | 2017/I |
| **The Mars Generation** (Documentary) (executive producer) | 2017 |
| **Jim Gaffigan: Cinco** (TV Special) (executive producer) | 2017 |
| **Ari Shaffir: Double Negative** (TV Special) (executive producer) | 2016 |
| **Michael Che Matters** (TV Special) (executive producer) | 2016 |
| **City of Joy** (Documentary) (executive producer) | 2016 |
| **Joe Rogan: Triggered** (TV Special documentary) (executive producer) | 2016 |
| **Russell Peters: Almost Famous** (TV Special) (executive producer) | 2016 |
| **13th** (Documentary) (executive producer) | 2016 |
| **Cedric the Entertainer: Live from the Ville** (TV Special) (executive producer) | 2016 |
| **The White Helmets** (Documentary short) (executive producer) | 2016 |

| | |
|---|---|
| **Amanda Knox** (Documentary) (executive producer) | 2016 |
| **Into the Inferno** (Documentary) (executive producer) | 2016 |
| **The Ivory Game** (Documentary) (executive producer) | 2016 |
| **Jeff Foxworthy & Larry the Cable Guy: We've Been Thinking** (TV Special) (executive producer) | 2016 |
| **David Cross: Making America Great Again** (TV Special) (executive producer) | 2016 |
| **Last Chance U** (TV Series documentary) (executive producer - 6 episodes)<br>- It Is What It Is (2016) ... (executive producer)<br>- Blood Makes the Grass Grow (2016) ... (executive producer)<br>- Homecoming (2016) ... (executive producer)<br>- Plan B (2016) ... (executive producer)<br>- Most Dangerous Game (2016) ... (executive producer)<br>Show all 6 episodes | 2016 |
| **Ali Wong: Baby Cobra** (Video documentary) (executive producer) | 2016 |
| **Patton Oswalt: Talking for Clapping** (TV Special documentary) (executive producer - as Lisa Nishamura) | 2016 |
| **Extremis** (Documentary short) (executive producer) | 2016 |
| **The Characters** (TV Series) (executive producer - 8 episodes)<br>- Dr. Brown (2016) ... (executive producer)<br>- Tim Robinson (2016) ... (executive producer)<br>- Paul W. Downs (2016) ... (executive producer)<br>- Natasha Rothwell (2016) ... (executive producer)<br>- Kate Berlant (2016) ... (executive producer)<br>Show all 8 episodes | 2016 |
| **Theo Von: No Offense** (TV Special documentary) (executive producer) | 2016 |
| **Cooked** (TV Mini-Series documentary) (executive producer - 4 episodes)<br>- Water (2016) ... (executive producer)<br>- Fire (2016) ... (executive producer)<br>- Air (2016) ... (executive producer)<br>- Earth (2016) ... (executive producer) | 2016 |
| **Hannibal Buress: Comedy Camisado** (TV Special) (executive producer) | 2016 |
| **Audrie & Daisy** (Documentary) (executive producer) | 2016 |
| **Chelsea Does** (TV Series documentary) (executive producer - 4 episodes)<br>- Chelsea Does Drugs (2016) ... (executive producer)<br>- Chelsea Does Racism (2016) ... (executive producer)<br>- Chelsea Does Silicon Valley (2016) ... (executive producer)<br>- Chelsea Does Marriage (2016) ... (executive producer) | 2016 |
| **Sky Ladder: The Art of Cai Guo-Qiang** (Documentary) (executive producer) | 2016 |
| **Romka** (Documentary short) (executive producer) | 2015 |
| **Mike Epps: Don't Take It Personal** (executive producer) | 2015 |
| **John Mulaney: The Comeback Kid** (TV Special documentary) (executive producer) | 2015 |
| **Anthony Jeselnik: Thoughts and Prayers** (Video documentary) (executive producer) | 2015 |
| **Keith Richards: Under the Influence** (Documentary) (executive producer) | 2015 |
| **Winter on Fire: Ukraine's Fight for Freedom** (Documentary) (executive producer) | 2015 |
| **Jen Kirkman: I'm Gonna Die Alone (And I Feel Fine)** (TV Special) (executive producer) | 2015 |
| **Chef's Table** (TV Series documentary) (executive producer - 6 episodes)<br>- Magnus Nilsson (2015) ... (executive producer)<br>- Francis Mallmann (2015) ... (executive producer)<br>- Niki Nakayama (2015) ... (executive producer)<br>- Ben Shewry (2015) ... (executive producer)<br>- Massimo Bottura (2015) ... (executive producer)<br>Show all 6 episodes | 2015 |
| **Chris D'Elia: Incorrigible** (TV Special documentary) (executive producer) | 2015 |
| **Aziz Ansari Live in Madison Square Garden** (TV Special) (executive producer) | 2015 |
| **Iliza Shlesinger: Freezing Hot** (TV Special documentary) (executive producer) | 2015 |
| What Happened... | 2015 |

Case 1:19-cv-00484-BHL Filed 06/13/19 Page 5 of 7 Document 85-1

| | |
|---|---|
| **Bill Burr: I'm Sorry You Feel That Way** (TV Special documentary) (executive producer) | 2014 |
| **Uganda Be Kidding Me Live** (TV Movie) (executive producer) | 2014 |
| **Jim Jefferies: BARE** (TV Special) (executive producer) | 2014 |
| **Chelsea Peretti: One of the Greats** (TV Special) (executive producer: Netflix) | 2014 |
| **My Own Man** (Documentary) (executive producer) | 2014 |
| **Virunga** (Documentary) (executive producer) | 2014 |
| **Print the Legend** (Documentary) (executive producer) | 2014 |
| **Mission Blue** (Documentary) (executive producer) | 2014 |
| **The Battered Bastards of Baseball** (Documentary) (executive producer) | 2014 |
| **E-Team** (Documentary) (executive producer) | 2014 |
| **Mitt** (Documentary) (executive producer) | 2014 |
| **The Square** (Documentary) (executive producer) | 2013 |
| **Miscellaneous Crew** (1 credit) | Show ▼ |

## Personal Details

Edit

**Alternate Names:** Lisa Nishamura

## Contribute to This Page

Getting Started | Contributor Zone »

[ Edit page ]

## Stream Action and Adventure Titles With Prime Video

    

Explore popular action and adventure titles available to stream with Prime Video.

Start your free trial »

## Free Movies and TV Shows to Watch Now

On IMDb Freedive, you can catch Hollywood hits and popular TV series at no cost. **Select any poster below to play the movie, totally free!**

    

The NeverEnding Story    Contact    Zookeeper    Paddington    The Adventures of the Wi...

Browse all our free movies and TV series »

Recently Viewed            Clear your history

Case 1:19-cv-00484-BHL    Filed 06/13/19    Page 6 of 7    Document 85-1


Lisa Ni...

## IMDb Everywhere

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site »

## Follow IMDb on

| Home | Contact Us | IMDbPro |
|---|---|---|
| Top Rated Movies | Register | Box Office Mojo |
| Box Office | News | |
| Coming Soon | | Conditions of Use |
| Site Index | Press Room | Privacy Policy |
| Search | Advertising | Interest-Based Ads |
| In Theaters | Jobs | |

an amazon company

Copyright © 1990-2019 IMDb.com, Inc.

**Amazon Affiliates**

| Prime Video Unlimited Streaming of Movies & TV | Amazon UK Buy Movies on DVD & Blu-ray | Amazon Germany Buy Movies on DVD & Blu-ray | Amazon Italy Buy Movies on DVD & Blu-ray | Amazon France Buy Movies on DVD & Blu-ray | Amazon India Buy Movie and TV Show DVDs | DPReview Digital Photography | Audible Download Audio Books |

Case 1:19-cv-00484-BHL   Filed 06/13/19   Page 7 of 7   Document 85-1