Find Movies, TV shows, Celebrities and more...   All   Pro | Help |

Watch Now For Free   Movies, TV & Showtimes   Celebs, Events & Photos   News & Community   Watchlist   Sign in



# Making a Murderer (2015– )
## Awards

Making a Murderer (TV Series)

**Opinion**
Awards
FAQ
User Reviews
User Ratings
External Reviews
Metacritic Reviews

Showing all 13 wins and 12 nominations

## Primetime Emmy Awards 2016

| | |
|---|---|
| **Winner** Primetime Emmy | Outstanding Directing for Nonfiction Programming<br>Laura Ricciardi (director)<br>Moira Demos (director)<br>Netflix<br>For episode: "Fighting for Their Lives".<br><br>Outstanding Writing for Nonfiction Programming<br>Laura Ricciardi (written by)<br>Moira Demos (written by)<br>Netflix<br>For episode: "Eighteen Years Lost". |
| **Nominee** Primetime Emmy | Outstanding Documentary or Nonfiction Series<br>Moira Demos (executive producer)<br>Laura Ricciardi (executive producer)<br>Netflix<br><br>Outstanding Picture Editing for a Nonfiction Program<br>Moira Demos (editor)<br>Netflix<br>For episode: "Indefensible".<br><br>Outstanding Sound Mixing for Nonfiction Programming<br>Leslie Shatz (re-recording mixer)<br><br>Outstanding Sound Editing for Nonfiction Programming (Single or Multi-Camera)<br>Daniel Ward |

## Banff Television Festival 2016

| | |
|---|---|
| **Winner** Program of the Year Award | Special Distinction<br>Moira Demos<br>Laura Ricciardi<br>Netflix |

## Cinema Eye Honors Awards, US 2017

| | |
|---|---|
| **Winner** Cinema Eye Honors Award | Outstanding Achievement in Nonfiction Filmmaking for Television<br>Moira Demos<br>Laura Ricciardi<br>Lisa Nishimura<br>Adam Del Deo |

## Cinema Eye Honors Awards, US 2016

| | |
|---|---|
| **Nominee** Cinema Eye Honors Award | Outstanding Achievement in Nonfiction Filmmaking for Television<br>Moira Demos<br>Laura Ricciardi<br>Synthesis Films |

## Critics' Choice Documentary Awards 2018

| | |
|---|---|
| **Nominee** Critics' Choice Documentary Award | Best Ongoing Documentary Series |

**Share** this page:

**User Lists**   Create a list »

Related lists from IMDb users

 **TV Series** — a list of 34 titles created 27 Nov 2016

 **series** — a list of 37 titles created 4 months ago

**Serier (ferdig)** — a list of 26 titles created 23 Jul 2013

 **TV shows to watch** — a list of 27 titles created 15 Feb 2018

**For heather** — a list of 40 titles created 3 months ago

See all related lists »


EXHIBIT 4

Case 1:19-cv-00484-BHL   Filed 06/13/19   Page 1 of 3   Document 85-4

### Empire Awards, UK 2016

**Nominee**
Empire Award — Best Documentary

### Gay and Lesbian Entertainment Critics Association (GALECA) 2016

**Nominee**
Dorian Award — Documentary of the Year

### Golden Trailer Awards 2016

**Winner**
Golden Trailer
- Best Documentary TV Spot
  Netflix
  Aspect
- Best Documentary Poster
  Netflix
  The Refinery

**Nominee**
Golden Trailer
- Best Trailer/Teaser for a TV Series/Mini-Series
  Netflix
  Aspect
- Best Documentary TV Spot
  Netflix
  Aspect

### International Documentary Association 2016

**Winner**
IDA Award — Best Limited Series
Moira Demos
Laura Ricciardi

### National Television Awards, UK 2017

**Nominee**
National Television Award — Most Popular Factual Entertainment Programme

### Online Film & Television Association 2016

**Winner**
OFTA Television Award
- Best Reality or Non-Fiction Program
- Best Writing of a Reality or Non-Fiction Program

**Nominee**
OFTA Television Award
- Best Direction of a Reality or Non-Fiction Program
- Best Editing in a Non-Series

### PGA Awards 2017

**Winner**
PGA Award — Outstanding Producer of Non-Fiction Television
Laura Ricciardi
Moira Demos
Season 1

### Television Critics Association Awards 2016

**Winner**
TCA Award — Outstanding Achievement in Reality Programming

**Nominee**
TCA Award — Program of the Year

## See also

FAQ | User Reviews | User Ratings | External Reviews | Metacritic Reviews

## Contribute to This Page

Getting Started | Contributor Zone »

Case 1:19-cv-00484-BHL   Filed 06/13/19   Page 2 of 3   Document 85-4

Add episode | Please see our guide to updating awards

## Recently Viewed
Clear your history

## IMDb Everywhere

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site »

## Follow IMDb on

| Home | Contact Us | IMDbPro |
| Top Rated Movies | Register | Box Office Mojo |
| Box Office | News | |
| Coming Soon | | Conditions of Use |
| Site Index | Press Room | Privacy Policy |
| Search | Advertising | Interest-Based Ads |
| In Theaters | Jobs | |

an amazon company

Copyright © 1990-2019 IMDb.com, Inc.

Amazon Affiliates
| Prime Video Unlimited Streaming of Movies & TV | Amazon UK Buy Movies on DVD & Blu-ray | Amazon Germany Buy Movies on DVD & Blu-ray | Amazon Italy Buy Movies on DVD & Blu-ray | Amazon France Buy Movies on DVD & Blu-ray | Amazon India Buy Movie and TV Show DVDs | DPReview Digital Photography | Audible Download Audio Books |