TECH
FINANCE
POLITICS
STRATEGY
LIFE
ALL
COUPONS

BI ACCOUNTS

BUSINESS INSIDER
BI PRIME
BI INTELLIGENCE

EDITION	US

BUSINESS INSIDER

    

* Copyright © 2019 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of Service, Privacy Policy and Cookies Policy.
Sitemap | Disclaimer | Commerce Policy | Coupons | Made in NYC | Stock quotes by finanzen.net



EXHIBIT 5

Case 1:19-cv-00484-BHL   Filed 06/13/19   Page 1 of 4   Document 85-5

- TECH ⌄
- FINANCE ⌄
- POLITICS ⌄
- STRATEGY ⌄
- LIFE ⌄
- ALL
- COUPONS ⌄
- &#x1F464; BI ACCOUNTS

BUSINESS INSIDER

BI PRIME

BI INTELLIGENCE

&#x1F310; EDITION     US

**BUSINESS INSIDER**

    

* Copyright © 2019 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of Service, Privacy Policy and Cookies Policy.

Sitemap | Disclaimer | Commerce Policy | Coupons | Made In NYC | Stock quotes by finanzen.net

Case 1:19-cv-00484-BHL    Filed 06/13/19    Page 2 of 4    Document 85-5

## Netflix wasn't even looking for a crime documentary series.

In the years that followed, the filmmakers returned to their previous jobs for production money: Ricciardi was an attorney, while Demos worked on film sets doing lighting.

Moira Demos, right, with another film student at Colombia University. Getty Images

"We needed time and some financial support to bring on collaborators to complete the vision," Demos explained.

Prepared to prove they knew where the series would be going, the duo had rough cuts of the first three episodes, sketches of episode four and five, and they had a 20-page outline of the series when they met with Netflix in 2013.

Netflix's chief content officer Ted Sarandos said at the Television Critics Association press tour that the company wasn't in the market for a true-crime series at the time it picked up "Making a Murderer," but he was impressed by the filmmakers.

"This film came to us three years ago, it was already seven years in the making," Sarandos said. "The filmmakers have lived this thing for 10 years. I think that's what played out on-screen. I think that's why people followed."

## What they learned from their success.

As for other filmmakers looking to do something similar to "Making a Murderer," the filmmakers have a few pieces of advice.

The filmmakers and Steven Avery's ex-fiancee Jodi Stachowski while shooting "Making a Murderer." Netflix

They wouldn't suggest jumping into a project, as they did, without already having the finances to complete it. Demos suggested filmmakers "fundraise or apply for grants or anything" they can find to help.

"Also, I would encourage filmmakers to just make the most out of the assets you do have. Laura and I didn't have any funding, but what we did have was time," she continued. "We could embed ourselves in this community and capture something that nobody else was capturing for not a lot of money

Case 1:19-cv-00484-BHL   Filed 06/13/19   Page 3 of 4   Document 85-5

"I would advise people to be very clear on your priorities when shopping it around. Different distributors can offer you different things. Our priority was format, and that drove our decisions."

SEE ALSO: Steven Avery hasn't been allowed to watch 'Making a Murderer' in prison »

MORE: 'Making a Murderer' directors address abuse allegations by Steven Avery's ex-fiancee »

More: TV   Making a Murderer   Netflix   Features

Taboola Feed

**If Your Indoor Cat Vomits (Do This Every Day)**
Sponsored by Ultimate Pet Nutrition

**3 Warning Signs Your Dog Is Crying For Help**
Sponsored by Dr. Marty

**Switch and save an average of $699. Savings make me smile.**
Sponsored by Progressive

**Top Cardiologist: This One Thing Will Properly Flush Out Your Bowels**
Sponsored by Gundry MD Supplements

**3 Dangerous Foods People Feed Their Dogs (Without Realizing It)**
Sponsored by Dr. Marty ProPower Plus Supplement

* Copyright © 2019 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of Service, Privacy Policy and Cookies Policy.
Sitemap | Disclaimer | Commerce Policy | Coupons | Made in NYC | Stock quotes by finanzen.net
International Editions: INTL | DE | AUS | FR | IN | IT | JP | MY | NL | SE | PL | SG | ZA | ES

Case 1:19-cv-00484-BHL   Filed 06/13/19   Page 4 of 4   Document 85-5