


EXHIBIT 6

# A great workplace combines exceptional colleagues and hard problems.

Search jobs by keyword

## Freedom and Responsibility

Our core philosophy is people over process. Our culture has been instrumental to our success and has helped us attract and retain stunning colleagues, making work here more satisfying.

READ ABOUT OUR CULTURE



Case 1:19-cv-00484-BHL   Filed 06/13/19   Page 1 of 3   Document 85-6

  



# Internet entertainment. Global original content. Product personalization.

Our first original series debuted in 2013. Over the following decades, Internet TV will replace linear, and we hope to keep leading by offering an amazing entertainment experience.

**SEE WHAT'S NEXT**

## Latest From Netflix



Podcast: How We Hire at Netflix



What is Freedom and Responsibility at Netflix?



Brené Brown and Vernā Myers Discuss Inclusion and Diversity

| TECH BLOG

## Predictive CPU isolation of containers at Netflix

We've all had noisy neighbors at one point in our life. Whether it's at a cafe or through a wall of an apartment, it is always disruptive. The need for good manners in shared spaces turns out to be important not just for people, but for your Docker containers too.

When you're running in the cloud your containers are in a shared space; in particular they share the CPU's memory hierarchy of the host instance.

Because...

**READ MORE**

Case 1:19-cv-00484-BHL   Filed 06/13/19   Page 2 of 3   Document 85-6




Here are the highlights from the May data for the Netflix ISP Speed Index, our monthly update on which Internet Service Providers (ISPs) provide the best prime time Netflix streaming experience.

READ MORE



Netflix.com

Privacy

Cookie Preferences

Help Center

