# NETFLIX



EXHIBIT 7



# Script Clearance Analyst, Content & Brand Intellectual Property

📍 New York, New York
👥 Content Legal

APPLY NOW ⌄

The Opportunity:

Netflix is seeking a seasoned legal Script Clearance Analyst to advise film and television productions on clearance matters related to intellectual property issues, personal rights, and license agreements. The successful candidate will closely collaborate with the company's award-winning television, film, documentary, unscripted, and stand-up comedy productions to manage legal risk. The successful candidate will have a passion for producing filmed entertainment, and working with the producers, writers

and creative crew that make scripts come to life. As part of this exciting team, you will be responsible for reviewing scripts, evaluating art, wardrobe, props and other production materials, and negotiating licenses when necessary. Your expertise in production clearance allows you to make fast decisions about risk with

Case 1:19-cv-00484-BHL    Filed 06/13/19    Page 1 of 4    Document 85-7

imperfect information. You are at heart, a practice problem solver.

This is an opportunity to help Netflix shape the future of filmed entertainment. The successful candidate will be flexible in their approach and adaptable to ever-changing creative and business needs.

## Requirements:

- 3 to 5 years of legal clearance experience in film and television advising productions on intellectual property, personal rights, and fair use issues;
- Experience managing fast-paced clearance activities with production personnel, clearance firms and licensors of production materials; and organizing a high-volume of scripts, research reports, license agreements and other clearance documents.
- Experience negotiating and drafting license agreements for a wide variety of production materials.
- Excellent interpersonal and communication skills that allow you to collaborate with people having diverse viewpoints and interests.
- Demonstrated ability to drive efficiency and think strategically about production clearance, and risk tolerance.
- Possess a flexible mindset, and a willingness to tackle matters outside area of expertise.

Share this listing:

   

Or upload your resume (.pdf, .doc)

First Name *    * Required

Sabrina

Last Name *

Spellman

Email *

sabrina.sp...

Case 1:19-cv-00484-BHL  Filed 06/13/19  Page 2 of 4  Document 85-7



Phone Number *

555-123-4567

## Voluntary Self Identification

If you'd like, please share with us some additional information about yourself (e.g. your gender identity, ethnicity and/or sexual orientation, etc.). It's completely voluntary. This information will be used to help us in our efforts to provide an equal opportunity to everyone who wants to work at Netflix

What is your gender identity?

Please Select

What is your race/ethnicity?

Select All That Apply

What sexual orientation do you most closely identify with?

Please Select

Do you live with a disability (as outlined by the ADA)?

Please Select

Are you a veteran/have you served in the military?

Please Select

SUBMIT APPLICATION











Case 1:19-cv-00484-BHL   Filed 06/13/19   Page 4 of 4   Document 85-7