IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| ANDREW L. COLBORN,<br><br>            Plaintiff,<br><br>vs.<br><br>NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS LLC; LAURA RICCIARDI; AND MOIRA DEMOS,<br><br>            Defendants. | Civil No.: 19-CV-484 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2019, I caused the following documents to be electronically filed with the Clerk of Court using the CM/ECF system which will provide copies to registered ECF participants:

- Reply Memorandum in Support of Motion to Dismiss by Chrome Media LLC, Laura Ricciardi and Moira Demos;
- Second Declaration of Moira Demos;
- Second Declaration of Tal Benari; and,
- Certificate of Service.

I further certify that a copy of such filings was sent via U.S. Mail, first-class, postage prepaid, to counsel at the following address:

    Michael C. Griesbach
    Griesbach Law Offices, LLC
    P.O. Box 2047
    Manitowoc, WI 54221-2047

                                        *s/ James A. Friedman*
                                        James A. Friedman

20760154.1