IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| ANDREW L. COLBORN, <br><br> Plaintiff, <br><br> vs. <br><br> NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS, LLC; LAURA RICCIARDI; AND MOIRA DEMOS, <br><br> Defendants. | Civil No.: 19-CV-484-PP |

## DECLARATION OF MATTHEW E. KELLEY

I, Matthew E. Kelley, under penalty of perjury and subject to 28 U.S.C. § 1746, declare as follows:

1. I am one of the attorneys for the defendants in the above-captioned action. I have personal knowledge of the matters set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of a printout that I made of the article, Joy Press, *This Is the Netflix Exec to Thank for Your* Wild Wild Country *Binge*, VANITY FAIR (June 15, 2018), https://www.vanityfair.com/hollywood/2018/06/lisa-nishamura-netflix-documentary-wild-wild-country#intcid=recommendations_vanity-fair-similar_4cabf493-fa8e-4dd0-8acd-0b9d85e93de5_cral1. An incomplete copy of this article was attached as Exhibit 3 to the Declaration of George Burnett (Dkt. 85-3).

3. Attached hereto as Exhibit B is a true and correct copy of a printout I made of the article, Jethro Nededog, *The 'Making a Murderer' creators detail the intense 10-year path to getting the show on Netflix*, BUSINESS INSIDER (Jan. 20, 2016), https://www.businessinsider.sg/making-a-murderer-filming-process-netflix-2016-1/. An incomplete copy of this article was attached as Exhibit 5 to the Declaration of George Burnett (Dkt. 85-5).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 27, 2019

Matthew E. Kelley