# Exhibit B

# The 'Making a Murderer' creators detail the intense 10-year path to getting the show on Netflix

Jethro Nededog, Business Insider US

January 20, 2016

WhatsApp   Facebook   Twitter   LinkedIn   WeChat



Directors Laura Ricciardi (left) and Moira Demos (right) with cinematographer Iris Ng (center) on the set of the Netflix original documentary series "Making A Murderer." Netflix

It would take a decade, personal sacrifice, and dedication to their vision before the filmmakers behind "Making a Murderer" found a home for the series at Netflix.

It started with an article.

Case 1:19-cv-00484-BHL   Filed 06/27/19   Page 2 of 15   Document 94-2

When then-Colombia University students Laura Ricciardi and Moira Demos arrived in Wisconsin for Steven Avery's trial, they didn't even know if it would be a story.

In late 2005, they had read a New York Times article about a man who had been exonerated of a crime after serving 18 years in prison only to then be arrested again for murder. Within two weeks, the women were shooting in Wisconsin.

"There was really no time to develop or have pre-production for the project," Ricciardi recently told Business Insider, "because we were documenting a case as it was unfolding and whenever there was downtime relative to that case, we were going back and working on the historical context for the case, so we were constantly in production for the first two years."

About a year into the project, they were given fiscal sponsorship by the New York Foundation for the Arts, which allowed them greater access to private donations and grants. They stayed in Manitowoc County, Wisconsin, for about a year and a half straight, documenting Avery and his teen nephew Brendan Dassey's trials and sentencing hearings. "We then moved back to New York and desperately went back to work," Demos told BI. "Then we would go back and forth for isolated one month, two weeks, five days, depending on what was happening. So for the eight years following that, we were doing isolated shoots, but not the same kind of intense shooting."

## The story became a lot bigger early in shooting.



**Brendan Dassey during his trial.** Netflix

While the creators first set out to make a feature film-length documentary, things changed when 16-year-old Dassey was arrested for helping his uncle.

"We certainly didn't set out to make a series," Demos said. "But when they said they were going to hold this press conference, and they announced that Brendan Dassey had confessed to the crime and implicated Steven, it became a much bigger story. It became an intergenerational story as far as the family was concerned and much more complex."

## They weren't willing to compromise the series format — and HBO and PBS passed on the project.

Case 1:19-cv-00484-BHL   Filed 06/27/19   Page 4 of 15   Document 94-2



**Steven Avery.** Netflix

The multiple-episode format became very important for the filmmakers when it came down to finding a partner to help complete and distribute "Making a Murderer." Over the years, the women pitched the idea and tried to find distributors in a process they likened to speed-dating. But they couldn't find a company that wanted to or had the ability to see their film finished as a series. HBO and PBS both passed on the project. Shaping "MAM" as a series became necessary to them. Companies asked if they could condense the show into two hours or make a four-episode miniseries, but they refused.

"They were responding to the material, they were very excited to meet us, but they really just weren't in the position to give us what the story needed," Demos said. "We sort of recognized that, and it wasn't worth the energy to be shoving a square peg into a round hole, so we put our energy into continuing to work on the series."

## Netflix wasn't even looking for a crime documentary series.



**Moira Demos, right, with another film student at Colombia University.** Getty Images

In the years that followed, the filmmakers returned to their previous jobs for production money: Ricciardi was an attorney, while Demos worked on film sets doing lighting.

"We needed time and some financial support to bring on collaborators to complete the vision," Demos explained.

Prepared to prove they knew where the series would be going, the duo had rough cuts of the first three episodes, sketches of episode four and five, and they had a 20-page outline of the series when they met with Netflix in 2013.

Netflix's chief content officer Ted Sarandos said at the Television Critics Association press tour that the company wasn't in the market for a true-crime series at the time it picked up "Making a Murderer," but he was impressed by the filmmakers.

"This film came to us three years ago, it was already seven years in the making," Sarandos said. "The filmmakers have lived this thing for 10 years. I think that's what played out on-screen. I think that's why people followed."

Case 1:19-cv-00484-BHL    Filed 06/27/19    Page 6 of 15    Document 94-2

# What they learned from their success.



**The filmmakers and Steven Avery's ex-fiancee Jodi Stachowski while shooting "Making a Murderer."** Netflix

As for other filmmakers looking to do something similar to "Making a Murderer," the filmmakers have a few pieces of advice.

They wouldn't suggest jumping into a project, as they did, without already having the finances to complete it. Demos suggested filmmakers "fundraise or apply for grants or anything" they can find to help.

"Also, I would encourage filmmakers to just make the most out of the assets you do have. Laura and I didn't have any funding, but what we did have was time," she

Case 1:19-cv-00484-BHL    Filed 06/27/19   Page 7 of 15   Document 94-2

continued. "We could embed ourselves in this community and capture something that nobody else was capturing for not a lot of money

"I would advise people to be very clear on your priorities when shopping it around. Different distributors can offer you different things. Our priority was format, and that drove our decisions."

WhatsApp          Facebook          Twitter          LinkedIn          WeChat

## Recommended for you



**3 Ways to Start Banking Like the Super Rich (#1 is Essential)**

SmartAsset



**Philadelphia Top 10 Lawyers 2019**

Attorneys | Sponsored Listings



**One Thing All Liars Have in Common, Brace Yourself**

TruthFinder



**One Vegetable That Destroys You From The Inside**

United Naturals

**Can You Guess Who Their Famous Mother Is?**

Parentsdome Galleries



**The Surprising Rules Around Meghan Markle Getting Pregnant**

Buzznet

Case 1:19-cv-00484-BHL    Filed 06/27/19    Page 8 of 15    Document 94-2



**The Most Addictive Game of the Year**

Forge of Empires



**16 Stories About Eccentric Actor Joaquin Phoenix**

Ranker



**Pennsylvania - New Program Offering Solar Panels to Homeowners With Electric Bills**

Smart Daily Online



**Pennsylvania: Gov't May Pay $260/Month Off Your Mortgage If You Have No Missed Payments (You Must Qualify)**

customertoday.org



**[Pics] The Big Bang Stars Finally Show Their Real Life Partners**

History By Day



**[Gallery] Each State Hilariously Depicted By One Stereotypical Photo**

TooCool2BeTrue



**[Photos] After 10 Years This Lioness Met Her 'Adoptive Dad', This Happened**

Bob's Hideout



**Why We're In Love With The 2019 Honda Passport**

Edmunds

Case 1:19-cv-00484-BHL    Filed 06/27/19    Page 9 of 15    Document 94-2

**One Thing All Liars Have in Common, Brace Yourself**

TruthFinder

**Top Gut Doctor: I Beg All Americans To Throw Out This Vegetable**

United Naturals

Case 1:19-cv-00484-BHL Filed 06/27/19 Page 10 of 15 Document 94-2

Case 1:19-cv-00484-BHL   Filed 06/27/19   Page 12 of 15   Document 94-2

Case 1:19-cv-00484-BHL    Filed 06/27/19    Page 14 of 15    Document 94-2

Case 1:19-cv-00484-BHL   Filed 06/27/19   Page 15 of 15   Document 94-2