IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

ANDREW L. COLBORN,

    Plaintiff,

vs.

NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS LLC; LAURA RICCIARDI; AND MOIRA DEMOS,

    Defendants.

Civil No.: 19-CV-484

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2019, I caused the following documents to be electronically filed with the Clerk of Court using the CM/ECF system which will provide copies to registered ECF participants:

- Reply Memorandum in Support of Motion to Dismiss by Netflix, Inc. and Response to Motion for Leave to File Second Amended Complaint;
- Declaration of Matthew E. Kelley; and,
- Certificate of Service.

I further certify that a copy of such filings was sent via U.S. Mail, first-class, postage prepaid, to counsel at the following address:

    Michael C. Griesbach
    Griesbach Law Offices, LLC
    P.O. Box 2047
    Manitowoc, WI 54221-2047

                              *s/ James A. Friedman*
                              James A. Friedman

20821983.1