Thomas M. Olejniczak
Frederick L. Schmidt
R. George Burnett
Gregory A. Grobe
Tori L. Kluess
Robert M. Charles
Brick N. Murphy
Jodi Arndt Labs
David H. Weber
Ross W. Townsend
Michele M. McKinnon
Kurt A. Goehre
James M. Ledvina
Steven J. Krueger
Robert R. Gagan
Laura J. Beck
Jill J. Ray
Joshua M. Koch
Ryan J. Riebe
Adam H. Roundy
Matthew M. Van Nuland
John M. Calewarts

**Retired:**
J. Michael Jerry

Gregory B. Conway
1944-2017 (Founder)

Telephone: (920) 437-0476

Facsimile: (920) 437-2868

gb@lcojlaw.com
www.lcojlaw.com



June 28, 2019

Honorable Pamela Pepper
U.S. District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue, 2nd Floor
Milwaukee, WI 53202-4504

    **Re:**    **Andrew L. Colborn v. Netflix, et al.**
             **Eastern District of Wisconsin Case No. 19-CV-484**

Dear Judge Pepper:

My assistant is separately e-filing Proofs of Service on Defendants Laura Ricciardi, Moira Demos, and Chrome Media, LLC.

I am writing to advise the Court that these proofs of service establish service on the three defendants within 90 days of removal of this action to this Court, in addition to any service that the Court may find was previously accomplished on these defendants prior to removal.

The question whether Plaintiff is entitled to the benefit of the federal service period is a matter that has already been fully briefed by the parties.

Very truly yours,

**LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.**


By:   *s/George Burnett*
       George Burnett

GB:jf: *3143540*
    cc:    Attorney Michael C. Griesbach, via ECF and e-mail
            Attorney James A. Friedman, via ECF and e-mail
            Attorney Leita Walker, via ECF and e-mail
            Attorney Lee Levine, via ECF and e-mail
            Attorney April Rockstead Barker, via ECF and e-mail
            Attorney Matthew E. Kelley, via ECF and e-mail

231 South Adams Street • Green Bay, WI 54301
P.O. Box 23200 • Green Bay, WI 54305-3200 • Phone: 920-437-0476 • Fax: 920-437-2868
www.lcojlaw.com

Case 1:19-cv-00484-PP   Filed 06/28/19   Page 1 of 1   Document 97