Civil Action No. **2018 CV 561**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*     **LAURA RICCIARDI**
was received by me on **June 21, 2019**

☐ I personally served the SUMMONS IN A CIVIL ACTION; AMENDED SUMMONS; AMENDED COMLAINT; SUMMONS; COMPLAINT on the individual at   , ,  on  9:20 PM

☑ I left the SUMMONS IN A CIVIL ACTION; AMENDED SUMMONS; AMENDED COMLAINT; SUMMONS; COMPLAINT at the individual's residence or usual place of abode with MOIRA DEMOS - CO-OCCUPANT ,a person of suitable age and discretion who resides there, on *(date) June 24, 2019*  , and mailed a copy to the individual's last known address; or

☐ I served the SUMMONS IN A CIVIL ACTION; AMENDED SUMMONS; AMENDED COMLAINT; SUMMONS; COMPLAINT to   , who is designated by law to accept service of process on behalf of   on   ;or

☐ I returned the SUMMONS IN A CIVIL ACTION; AMENDED SUMMONS; AMENDED COMLAINT; SUMMONS; COMPLAINT unexecuted because;

other *(specify)*:

*My fees are $ .00 for travel and $ 99.00 for services, for a total of $ 99.00*

*I declare under penalty of perjury that this information is true.*

Date:   6-25-19

_____
*Server's signature*

**LIANA BORISOV**
_____
*Printed name and title*

**Contracted by**
**14482 BEACH BLVD. STE S,**
**WESTMINSTER, CA 92683**
**(866) 754-0520**
_____
*Server's Address*

A0440-140938C

| Attorney or Party without Attorney: | | | FOR COURT USE ONLY |
|---|---|---|---|
| GEORGE BURNETT, SBN: 1005964 CONWAY, OLEJN CZAK & JERRY, S.C. P.O. BOX 23200 GREEN BAY, WI 54305 TELEPHONE No.. (920) 457-0476 | E-MAIL ADDRESS (Optional). debrab@lcojaw.com FAX No (Optional). | | |
| Attorney for | Ref No. or File No. | | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN - DISTRICT

Plaintiff: ANDREW L COLBORN

Defendant: NETFLIX, INC.; ET AL.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME. | DEPT.. | CASE NUMBER: 2018 CV 561 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL ACTION; AMENDED SUMMONS; AMENDED COMLAINT; SUMMONS; COMFLAINT;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at WESTMINSTER, California, addressed as follows:

   a. Date of Mailing:        6/25/2019
   b. Place of Mailing:       WESTMINSTER, CA
   c. Addressed as follows:   LAURA RICCIARDI
                              1946 N Oxford Ave
                              Los Angeles, CA 90027-1620

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposite within the United States Postal Service, on that same day, with postage thereon fully prepaid at WESTMINSTER, California in the ordinary course of business.

Fee for Service: $ 99.00
     JPL PROCESS SERVICE, LLC
     14482 BEACH BLVD. STE S
     WESTMINSTER, CA 92683
     (866) 754-0520

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 6/25/2019.

Signature: _____
           JEFF LANCASTER

## PROOF OF SERVICE BY MAIL

Order#: 140938C/mailproof

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| GEORGE BURNETT \| SBN: 1005964<br>CONWAY, OLEJNICZAK & JERRY, S.C.<br>P.O. BOX 23200  GREEN BAY, WI 54305<br><br>TELEPHONE NO.: (920) 437-0476 \| FAX NO  \| E-MAIL ADDRESS (Optional): debrab@lcojaw.com<br>ATTORNEY FOR (Name) | |

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN | |
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE , WI | Hearing Date:                Room:<br>Hearing Time:               Dept: |
| BRANCH NAME: DISTRICT | |
| PLAINTIFF. ANDREW L COLBORN | CASE NUMBER: |
| DEFENDANT: NETFLIX, INC.; ET AL. | 2018 CV 561 |

| PROOF OF SERVICE | Ref. No. or File No : |
|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION; AMENDED SUMMONS; AMENDED COMLAINT; SUMMONS; COMPLAINT**

|  |  |
|---|---|
| PARTY SERVED: | **LAURA RICCIARDI** |
| BY LEAVING WITH: | **MOIRA DEMOS  - CO-OCCUPANT** |
| DATE & TIME OF DELIVERY: | **6/24/2019<br>9:20 PM** |
| ADDRESS, CITY, AND STATE: | **1946 N Oxford Ave<br>Los Angeles, CA 900271620** |

| PHYSICAL DESCRIPTION: | **Age: 45**<br>**Sex: Female** | **Weight: 125**<br>**Height: 5'5** | **Hair: BROWN/RED**<br><br>**Skin: CAUCASIAN** |
|---|---|---|---|

MANNER OF SERVICE:

Substituted Service - By leaving the copies with or in the presence of MOIRA DEMOS a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers.  I thereafter mailed the copies to the person served, addressed as shown in above address, by first-class mail, postage prepaid, on  June 25, 2019 from WESTMINSTER.

Fee for Service: $ 99.00
Registration No.: 2016200779
County: LOS ANGELES
JPL PROCESS SERVICE, LLC
14482 BEACH BLVD. STE S
WESTMINSTER, CA 92683
(866) 754-0520

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  June 25, 2019.

Signature: _____
LIANA BORISOV

**PROOF OF SERVICE**

Order# 140938C/General