Civil Action No. 2018 CV 561

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*     MOIRA DEMOS
was received by me on June 21, 2019

☑ I personally served the SUMMONS IN A CIVIL ACTION; AMENDED SUMMONS; AMENDED COMLAINT; SUMMONS; COMPLAINT on the individual at 1946 N Oxford Ave, Los Angeles, CA 90027-1620 on June 24, 2019 9:20 PM

☐ I left the SUMMONS IN A CIVIL ACTION; AMENDED SUMMONS; AMENDED COMLAINT; SUMMONS; COMPLAINT at the individual's residence or usual place of abode with   , a person of suitable age and discretion who resides there, on *(date)*  , and mailed a copy to the individual's last known address; or

☐ I served the SUMMONS IN A CIVIL ACTION; AMENDED SUMMONS; AMENDED COMLAINT; SUMMONS; COMPLAINT to   , who is designated by law to accept service of process on behalf of   on   ; or

☐ I returned the SUMMONS IN A CIVIL ACTION; AMENDED SUMMONS; AMENDED COMLAINT; SUMMONS; COMPLAINT unexecuted because;

other *(specify)*:

My fees are $ .00 for travel and $ 175.00 for services, for a total of $ 175.00

I declare under penalty of perjury that this information is true.

Date: 6-25-19

*Server's signature*

LIANA BORISOV
*Printed name and title*

Contracted by
14482 BEACH BLVD. STE S,
WESTMINSTER, CA 92683
(866) 754-0520
*Server's Address*

A0440-140938D

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| GEORGE BURNETT | SBN: 1005964<br>CONWAY, OLEJNICZAK & JERRY, S.C.<br>P.O. BOX 23200 GREEN BAY, WI 54305 | |
| TELEPHONE NO.: (920) 437-0476 | FAX NO | E-MAIL ADDRESS (Optional): debrab@lcojaw.com<br>ATTORNEY FOR (Name): : | |

| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN | |
|---|---|
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: , WI | Hearing Date: Room: |
| BRANCH NAME: DISTRICT | Hearing Time: Dept: |
| PLAINTIFF: ANDREW L COLBORN | CASE NUMBER: |
| DEFENDANT: NETFLIX, INC.; ET AL. | 2018 CV 561 |
| PROOF OF SERVICE | Ref No or File No. |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION; AMENDED SUMMONS; AMENDED COMLAINT; SUMMONS; COMPLAINT**

PARTY SERVED: **MOIRA DEMOS**

DATE & TIME OF DELIVERY: 6/24/2019
9:20 PM

ADDRESS, CITY, AND STATE: 1946 N Oxford Ave
Los Angeles, CA 900271620

PHYSICAL DESCRIPTION: Age: 45  Weight: 125  Hair: BROWN/RED
Sex: Female  Height: 5'5
Skin: CAUCASIAN

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 175.00
Registration No.: 2016200779
County: LOS ANGELES
JPL PROCESS SERVICE, LLC
14482 BEACH BLVD. STE S
WESTMINSTER, CA 92683
(866) 754-0520

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on June 25, 2019.

Signature: _____
LIANA BORISOV

**PROOF OF SERVICE**

Order#: 140938D/General