IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| ANDREW L. COLBORN<br>　　　　　　　　Plaintiff<br><br>NETFLIX Inc., CHROME MEDIA, LLC, et al.<br>　　　　　　　　Defendants. | **DECLARATION OF**<br>**DEBRA L. BURSIK**<br><br>Case No. 19-CV-484-PP |

STATE OF WISCONSIN　　:
　　　　　　　　　　　　: SS.
COUNTY OF BROWN　　　:

The undersigned, being first duly sworn, on oath, says:

1. I am a licensed private detective contracted with the Law Firm of Conway, Olejniczak, & Jerry, S.C.

2. Attached as Exhibit 1 is the result of the business search for Chrome Media LLC in California listing the agent for process, entity address and entity mailing address all at 15821 Ventura Blvd, Ste 500, Encino, CA 91436. Exhibit 1 also shows that there are 4 documents on file with the Secretary of State's office in California.

3. Attached as Exhibit 2 is the latest filing with the Secretary of State in California signed by Moira Demos, CEO, on September 29, 2017 and filed October 10, 2017 showing there has been no change in any information contained in the previous Statement of Information filed with the California Secretary of State.

4. Attached as Exhibit 3 is the previous Statement of Information filed with the Secretary of State in California filed September 26, 2016 identifying the business address / street address of principal office and registered agent address as 15821 Ventura

Blvd., Ste. 500, Encino, CA 91436 signed by Moira Demos, CEO, on September 22, 2016.

Dated this 24th day of June, 2019.

By: *s/Debra L. Bursik*
Debra L. Bursik

#3139967

**Alex Padilla**
**California Secretary of State**

# Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, June 23, 2019. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

### 201126710233   CHROME MEDIA LLC

**EXHIBIT 1**

| | |
|---|---|
| **Registration Date:** | 09/06/2011 |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | FOREIGN |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | TAL BENARI<br>15821 VENTURA BLVD STE 500<br>ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD STE 500<br>ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD STE 500<br>ENCINO CA 91436 |
| **LLC Management** | * |

A Statement of Information is due EVERY ODD-NUMBERED year beginning five months before and through the end of September.

| Document Type | File Date | PDF |
|---|---|---|
| SI-NO CHANGE | 10/10/2017 | |
| SI-COMPLETE | 09/26/2016 | |
| AMENDMENT | 06/24/2016 | |
| REGISTRATION | 09/06/2011 | |

* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |

17-498439

| Secretary of State<br>Statement of No Change<br>(Limited Liability Company) | LLC-12NC |
|---|---|

42

FILED
Secretary of State
State of California

OCT 1 0 2017

IMPORTANT — Read Instructions before completing this form. This form may be used only if a complete Statement of Information has been filed previously and there has been no change.

Filing Fee — $20.00

Copy Fee — $1.00;
Certification Fee - $5.00 plus copy fee

EXHIBIT
2

This Space For Office Use Only

1. Limited Liability Company Name (Enter the exact name of the LLC as it is recorded with the California Secretary of State. Note: If you registered in California using an alternate name, see Instructions.)

   CHROME MEDIA LLC

| 2. 12-Digit Secretary of State File Number<br><br>201126710233 | 3. State, Foreign Country or Place of Organization (only if formed outside of California).<br>NEW YORK |
|---|---|

4. No Change Statement (Do not alter the No Change Statement. If there has been any change, please complete a Statement of Information (Form LLC-12).)

   **There has been no change in any of the information contained in the previous complete Statement of Information filed with the California Secretary of State.**

5. The information contained herein is true and correct.

| 09/29/17 | MOIRA DEMOS | CEO | [signature] |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

Return Address (Optional) (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document, enter the name of a person or company and the mailing address. This information will become public when filed. (SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip:

LLC-12NC (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

16-478234

| Secretary of State<br>Statement of Information<br>(Limited Liability Company) | 42 | LLC-12 |

**FILED**
Secretary of State
State of California

**SEP 26 2016**

**EXHIBIT 3**

IMPORTANT — Read instructions before completing this form.

Filing Fee - $20.00

Copy Fees — Face Page $1.00 & .50 for each attachment page;
Certification Fee - $5.00

NF

This Space For Office Use Only

**1. Limited Liability Company Name**
CHROME MEDIA LLC

**2. 12-Digit Secretary of State File Number**
201126710233

**3. State or Place of Organization (only if formed outside of California)**
NEW YORK

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 15821 VENTURA BLVD, STE 500 | ENCINO | CA | 91436 |
| b. Mailing Address of LLC, if different than Item 4a | City (no abbreviations) | State | Zip Code |
| | | | |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| | | CA | |

**5. Manager(s) or Member(s)**

If no *managers* have been appointed or elected, provide the name and address of each *member*. At least one name and address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| MOIRA | | DEMOS | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 15821 VENTURA BLVD, STE 500 | ENCINO | CA | 91436 |

**6. Agent for Service of Process**

Item 6a and 6b: If the agent is an individual, the agent must reside in California and Item 6a and 6b must be completed with the agent's name and California address. Item 6c: If the agent is a California Registered Corporate Agent, a current agent registration certificate must be on file with the California Secretary of State and Item 6c must be completed (leave Item 6a-6b blank).

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| TAL | | BENARI | |

| b. Street Address (if agent is not a corporation) - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 15821 VENTURA BLVD, STE 500 | ENCINO | CA | 91436 |

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
MOTION PICTURE PRODUCTION

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| MOIRA | | DEMOS | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 15821 VENTURA BLVD, STE 500 | ENCINO | CA | 91436 |

**9. The information contained herein, including any attachments, is true and correct.**

| 9/22/16 | MOIRA DEMOS | CEO | *[signature]* |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip:

LLC-12 (REV 07/2016)

2016 California Secretary of State
www.sos.ca.gov/business/be

Case 1:19-cv-00484-BHL   Filed 01/03/20   Page 5 of 5   Document 107