IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| ANDREW L. COLBORN,<br><br>Plaintiff,<br><br>vs.<br><br>NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS LLC; LAURA RICCIARDI; AND MOIRA DEMOS,<br><br>Defendants. | Civil No.: 19-CV-484 |

## STIPULATION

In the interest of clarifying any applicable response deadlines, the parties, by their respective attorneys, hereby stipulate that, in light of the Court's rulings from the bench at the hearing held in this matter on December 19, 2019, Defendants need not answer the first Amended Complaint. The parties further stipulate that Defendants Chrome Media LLC, Laura Ricciardi, and Moira Demos need not respond to the Second Amended Complaint unless and until the Court denies their pending motion to dismiss the first Amended Complaint and that Defendant Netflix, Inc. may have sixty (60) days from the filing of the Second Amended Complaint as a separate docket entry to answer or otherwise respond to the Second Amended Complaint. Nothing in this Stipulation is intended as a waiver of any procedural or substantive argument that Plaintiff may raise in opposition to any Defendant's submission of a Rule 12 motion in response to the Second Amended Complaint, regardless of whether such motion is based on the same or different grounds as any Defendant's prior motions in these proceedings.

| | |
|---|---|
| Dated: January 7, 2020. | LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.<br><br>*/s/ April Rockstead Barker for*_____ |

<div style="margin-left: 40%;">

GEORGE R. BURNETT, SBN 1005964
231 SOUTH ADAMS STREET
GREEN BAY, WI 54301
T: (920) 437-0476
F: (920) 437-2868
GB@LCOJLAW.COM

MICHAEL C. GRIESBACH
GRIESBACH LAW OFFICES, LLC
P.O. BOX 2047
MANITOWOC, WI 54221-2047
T: (920) 320-1358
ATTYMGRIESBACH@GMAIL.COM

APRIL ROCKSTEAD BARKER
SCHOTT, BUBLITZ & ENGEL S.C.
640 W. MORELAND BLVD.
WAUKESHA, WI 53188
T: (262) 827-1700
F: (262) 827-1701
ABARKER@SBE-LAW.COM

COUNSEL FOR PLAINTIFF ANDREW L. COLBORN

</div>

Dated: January 7, 2020.

GODFREY & KAHN, S.C.


*/s/ James A. Friedman*
James A. Friedman, SBN 1020756
One East Main Street
Suite 500
Madison, WI 53703-3300
T: (608) 284-2617
F. (608) 257-0609
jfriedman@gklaw.com

Lee Levine
Matthew E. Kelley
BALLARD SPAHR LLP
1909 K Street, NW, Suite 1200
Washington, D.C. 20006-1157
T: (202) 508-1110
F: (202) 661-2299
levinel@ballardspahr.com
kelleym@ballardspahr.com

Leita Walker
BALLARD SPAHR LLP
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
T: (612) 371-6222
F: (612) 371-3207
walkerl@ballardspahr.com

*Counsel for Putative Defendants Netflix, Inc.; Chrome Media LLC; Laura Ricciardi; and Moira Demos*