IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

ANDREW L. COLBORN,

            Plaintiff

NETFLIX, INC.,                                                Case No. 19-CV-484
CHROME MEDIA, LLC, f/k/a
SYNTHESIS FILMS, LLC,
LAURA RICCIARDI, and
MOIRA DEMOS,

            Defendants.

## RENEWED JURY DEMAND

      Plaintiff demanded a trial by jury in his original Complaint filed in the Circuit Court for Manitowoc County, Wisconsin, prior to removal of this action. Dkt #1-1, p. 16. It is Plaintiff's position that renewal of the demand should not be necessary. *See, e.g., Thomas v. Home Depot USA, Inc.,* 661 Fed. Appx. 575, 577-78 (11th Cir. 2016) (jury demand made in original Complaint governs throughout proceedings).

      Nonetheless, in an abundance of caution, **Plaintiff hereby renews and reaffirms his prior demand and again demands a trial by jury of all issues so triable.**

      Plaintiff's renewed demand is made within the time allowed for jury demands pursuant to Federal Rule of Civil Procedure 38(b)(1), which would govern if, for any reason, the demand made in the original Complaint did not control the issue. Wright & Miller, *Federal Practice §*2319, at 142 (Rule 38 governs jury demands if pleadings not complete at time of removal, in the absence of demand prior to removal); *Stewart v. RCA Corp.,* 790 F.2d 624, 629 (7th Cir. 1986) (Under Rule 38, Plaintiff may demand jury trial any time prior to time Defendant files an answer plus the additional period specified by Rule 38(b)(1) subsequently amended from 10 to 14 days)).

      Dated this 16th day of January, 2020.

                                LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.
                                Attorneys for Plaintiff, Andrew L. Colborn


                                By: *s/George Burnett*
                                    George Burnett

**POST OFFICE ADDRESS:**
231 S. Adams Street
Green Bay, WI 54301
P.O. Box 23200
Green Bay, WI 54305-3200
Phone: (920) 437-0476
Fax: (920) 437-2868
State Bar No. 1005964

        GRIESBACH LAW OFFICES, LLC
        Attorney Michael C. Griesbach
        State Bar No. 01012799
        PO Box 2047
        Manitowoc, WI 54221-2047
        (920) 320-1358

        SCHOTT, BUBLITZ & ENGEL, S.C.
        Attorney April Rockstead Barker
        State Bar No. 1026163
        640 W. Moreland Blvd.
        Waukesha, WI 53188-2433
        (262)-827-1700

201915.001:#3304266