UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**ANDREW L. COLBORN,**

        **Plaintiff,**

  vs.                         Civil No.: 19-CV-484

**NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS LLC; LAURA RICCIARDI; AND MOIRA DEMOS,**

        **Defendants.**

---

**JOINT MOTION FOR ADJOURNMENT OF
MARCH 6, 2020 HEARING UNTIL THE WEEK OF JULY 6, 2020**

---

The parties, by their respective counsel, move for an adjournment of the hearing that is currently scheduled for March 6, 2020, in these proceedings.

In support of this Motion, the parties, through their respective counsel, represent to the Court that they anticipate that the additional time will allow the parties to exchange information, formally or informally, with respect to witnesses who reside outside of Wisconsin and that it will allow the parties to confer and determine which issues may be stipulated in order to reduce effort and expense prior to and at the hearing.

As Defendants have respectfully requested that the hearing be scheduled on or after June 5, 2020, and lead counsel for the Plaintiff is scheduled in two multi-week medical malpractice trials during the months of June and July, 2020, with the exception of the week of July 6, 2020,

the parties respectfully request that the hearing be scheduled for the week of July 6, 2020, if possible. The parties request that the Court set a deadline of June 26, 2020, for the parties to file a witness list and exhibit list.

Dated this 31st day of January, 2020.

<div style="margin-left: 3em;">

LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.

*/s/ April Rockstead Barker for*_____
GEORGE R. BURNETT, SBN 1005964
231 SOUTH ADAMS STREET
GREEN BAY, WI 54301
T: (920) 437-0476
F: (920) 437-2868
GB@LCOJLAW.COM

MICHAEL C. GRIESBACH
GRIESBACH LAW OFFICES, LLC
P.O. BOX 2047
MANITOWOC, WI 54221-2047
T: (920) 320-1358
ATTYMGRIESBACH@GMAIL.COM

APRIL ROCKSTEAD BARKER
SCHOTT, BUBLITZ & ENGEL S.C.
640 W. MORELAND BLVD.
WAUKESHA, WI 53188
T: (262) 827-1700
F: (262) 827-1701
ABARKER@SBE-LAW.COM

COUNSEL FOR PLAINTIFF ANDREW L. COLBORN
GODFREY & KAHN, S.C.

*/s/ James A. Friedman*_____
James A. Friedman, SBN 1020756
One East Main Street
Suite 500
Madison, WI 53703-3300
T: (608) 284-2617
F. (608) 257-0609
jfriedman@gklaw.com

</div>

Lee Levine
Matthew E. Kelley
BALLARD SPAHR LLP
1909 K Street, NW, Suite 1200
Washington, D.C. 20006-1157
T: (202) 508-1110
F: (202) 661-2299
levinel@ballardspahr.com
kelleym@ballardspahr.com

Leita Walker
BALLARD SPAHR LLP
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
T: (612) 371-6222
F: (612) 371-3207
walkerl@ballardspahr.com

*Counsel for Putative Defendants Netflix, Inc.; Chrome Media LLC; Laura Ricciardi; and Moira Demos*

3