IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| ANDREW L. COLBORN,<br><br>          Plaintiff,<br><br>   vs.<br><br>NETFLIX, INC.; CHROME MEDIA LLC,<br>F/K/A SYNTHESIS FILMS, LLC;<br>LAURA RICCIARDI; AND MOIRA<br>DEMOS,<br><br>          Defendants. | Civil No.: 19-CV-484 |

## NETFLIX, INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT

Netflix, Inc., by its attorneys, moves the Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the Second Amended Complaint as against it with prejudice. This Motion is supported by the accompanying Memorandum and the Second Declaration of Matthew E. Kelley.

Dated: March 2, 2020        Respectfully submitted,

                                        *s/ James A. Friedman*
                                        James A. Friedman
                                        Godfrey & Kahn, S.C.
                                        One East Main Street
                                        Suite 500
                                        Madison, WI 53703-3300
                                        T: (608) 284-2617
                                        F. (608) 257-0609
                                        jfriedman@gklaw.com
                                        Lee Levine
                                        Matthew E. Kelley
                                        Ballard Spahr LLP
                                        1909 K Street, NW, Suite 1200
                                        Washington, D.C. 20006-1157
                                        T: (202) 508-1110
                                        F: (202) 661-2299

levinel@ballardspahr.com
kelleym@ballardspahr.com

Leita Walker
Ballard Spahr LLP
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
T: (612) 371-6222
F: (612) 371-3207
walkerl@ballardspahr.com

*Counsel for Netflix, Inc.; Chrome Media LLC; Laura Ricciardi; and Moira Demos*