| | Trial Transcript Day 7, Colborn Dispatch Call and Witness Examination<br>Episode 5, *MaM* Transcript | | |
|---|---|---|---|
| **Page #** | **Trial Transcript** | **Timestamp** | ***MaM* Transcript** |
| 180 | 22          Manitowoc County Sheriff's Department.<br><br>23    This is Lynn.<br><br>24        Lynn.<br><br>25        Hi Andy. | 53:58 – 54:03 | Dispatcher: Manitowoc County Sheriff's Department.<br><br>This is Lynn.<br><br>Colborn: Lynn.<br><br>Dispatcher: Hi Andy. |

| Page # | Trial Transcript | Timestamp | *MaM* Transcript |
|---|---|---|---|
| 181 | 1                  Can you run --<br>2   Q.   (By Attorney Strang)~ Is that you?<br>3   A.   It sounds like me. I believe it's me.<br>4   Q.   Okay. I'll --<br>5          Sam William Henry 582. See if it comes<br>6   back to (Inaudible.)<br>7          Lynn.<br>8          Hi Andy.<br>9          Can you run Sam William Henry 582. See<br>10   if it comes back to (Inaudible.)<br>11          Sam William Henry 582. I (Inaudible.)<br>12   All righty. You speak any Spanish there, Andy?<br>13   I just a call at the top of the list, is my on<br>14   call didn't call me back. If I want to get in<br>15   trouble, Andy, I get in trouble. You know, what<br>16   am I supposed to do?<br>17          Well --<br>18          My favorite one is in the city of<br>19   Manitowoc. Okay. Shows that she's a missing<br>20   person. And it lists to Teresa Halbach.<br>21          All set.<br>22          Okay. Is that what you're looking for,<br>23   Andy?<br>24          '99 Toyota.<br>25          Yup. | 54:03-54:06<br><br><br>54:03-54:06<br><br><br><br><br><br><br><br><br><br><br><br><br><br>54:06-54:13<br><br><br><br>54:13-54:17 | Colborn: Can you run<br><br><br>Colborn: Sam William Henry 582?<br><br><br><br><br><br><br><br><br><br><br><br><br>Dispatcher: Okay. Shows that she's a missing person. And it lists to<br>Teresa Halbach.<br><br>Dispatcher: Ok, that's what you're looking for,<br><br>Dispatcher: Andy?<br>Colborn: '99 Toyota.<br>Dispatcher: Yup. |

| Page # | Trial Transcript | Timestamp | *MaM* Transcript |
|---|---|---|---|
| 182 | 1            Okay.  Thank you.<br>2            You're so welcome.  Bye, bye.<br>3  Q.  Okay.  That's the entire call.  Hangs up.  That's<br>4       your voice?<br>5  A.  Yes, I believe that's my voice.  Yes.<br>6  Q.  When did you make that phone call inquiring about<br>7       a license plate?<br>8  A.  I don't know.<br>9  Q.  Do you have any recollection of making that phone<br>10      call?<br>11  A.  It would have had to have been 11/03/05 or -- I'm<br>12      guessing 11/03/05.<br>13  Q.  Okay.  But let's -- let's ask -- establish this<br>14      first, do you remember making the call?<br>15  A.  Not really, no.<br>16  Q.  What you're asking the dispatcher, whose name is<br>17      Lynn, is to run a plate that's Sam William Henry<br>18      582; did I hear that correctly?<br>19  A.  Yes, sir.<br>20  Q.  Sam William Henry is a phonetic code that law<br>21      enforcement officers use, because sometimes it's<br>22      hard to tell just a letter over radio?<br>23  A.  Yes, sir.<br>24  Q.  Sam William Henry would be SWH-582.<br>25  A.  Yes. | 54:17-54:20<br><br><br><br><br><br><br><br>*55:31-55:37*<br><br><br><br><br><br><br>54:20-54:30<br><br><br><br><br><br><br>54:30-54:37 | Colborn: Okay. Thank you.<br><br>Dispatcher: You are so welcome. Bye, bye.<br><br><br><br><br><br>* *Strang: Do you have any recollection of making that phone call?*<br><br>*Colborn: I'm guessing 11/03/05.* *<br><br>* [As indicated by the italics here and below, this portion of trial testimony appeared slightly later in Episode 5 of *MaM*.]<br><br><br><br>Strang: What you're asking the dispatch is to run a plate that's Sam, William, Henry, 582? Did I hear that correctly?<br><br>Colborn: Yes, sir<br><br><br><br>Strang: Sam, William, Henry would be S-W-H-5-8-2?<br><br>Colborn: Yes. |

| Page # | | Trial Transcript | Timestamp | *MaM* Transcript |
|---|---|---|---|---|
| 183 | 1 | Q.  This license plate? | 54:37-54:42 | Strang: This license plate? |
| | 2 | A.  Yes, sir. | | Colborn: Yes, sir |
| | 3 | Q.  I'm showing, for the benefit of the record, this | | |
| | 4 | is either Exhibit 152 or 153? | | |
| | 5 | THE CLERK:  It's on the plate itself. | | |
| | 6 | ATTORNEY STRANG:  This one happens to be | | |
| | 7 | 153. | | |
| | 8 | Q.  (By Attorney Strang)~ And the dispatcher tells | 54:42-55:06 | Strang: And the dispatcher tells |
| | 9 | you that the plate comes back to a missing person | | you that the plate comes back to a missing person |
| | 10 | or woman? | | or woman? |
| | 11 | A.  Yes, sir. | | Colborn: Yes, sir. |
| | 12 | Q.  Teresa Halbach.  Mispronounces the last name, but | | Strang: Teresa Halbach |
| | 13 | you recognize the name? | | |
| | 14 | A.  Yes, sir. | | Colborn: Yes, sir. |
| | 15 | Q.  And then you tell the dispatcher, Oh, '99 Toyota? | | Strang: And then you tell the dispatcher, "Oh '99 Toyota? |
| | 16 | A.  No, I thought she told me that. | | Colborn: No, I thought she told me that. |
| | 17 | Manitowoc County Sheriff's Department. | | |
| | 18 | This is Lynn. | | |
| | 19 | Lynn. | | |
| | 20 | Hi Andy. | | |
| | 21 | Can you run Sam William Henry 582, see | | |
| | 22 | if it comes back to (Inaudible.) | | |
| | 23 | Sam William Henry 582.  I (Inaudible.) | | |
| | 24 | All righty.  Do you speak any Spanish there, | | |
| | 25 | Andy? I just got a call that the top of my list, | | |

4

Case 1:19-cv-00484-BHL   Filed 03/03/20   Page 4 of 23   Document 119-1

| Page # | Trial Transcript | Timestamp | *MaM* Transcript |
|---|---|---|---|
| 184 | 1  is my on call didn't call me back.  If I want to<br>2  get in trouble, Andy, I get in trouble.  You<br>3  know, what am I supposed to do?<br>4       Well --<br>5       My favorite one is in the city of<br>6  Manitowoc.  Okay.  Shows that she's a missing<br>7  person.  And it lists to Teresa Halbach.<br>8       All set.<br>9       Okay.  That's what you're looking for,<br>10  Andy?<br>11       '99 Toyota?<br>12       Yup.<br>13       Okay.  Thank you.<br>14       You are so welcome.  Bye, bye.<br>15  Q.  Actually you who suggests this is a '99 Toyota?<br>16  A.  I asked if it was a '99 Toyota, yes.<br>17  Q.  And the dispatcher confirmed that?<br>18  A.  Yes.<br>19  Q.  Were you looking at these plates when you called<br>20  them in?<br>21  A.  No, sir.<br>22  Q.  And your best guess is that you called them in on<br>23  November 3, 2005?<br>24  A.  Yes, probably after I received a phone call from<br>25      Investigator Wiegert letting me know that there | 55:06-55:20<br><br><br><br>55:20-55:31<br><br>*55:31-55:37*<br><br>55:37-55:47 | Dispatcher: Okay. Shows that she's a missing<br> person. And it lists to Teresa Halbach.<br><br>Dispatcher: Okay, that's what you're looking for,<br>Andy?<br>Colborn: '99 Toyota.<br>Dispatcher: Yup.<br>Colborn: Okay. Thank you.<br>Dispatcher: You are so welcome. Bye, bye.<br><br><br>Strang: Were you looking at these plates when you called<br>them in?<br>Colborn: No, sir.<br>*Text from Trial Transcript page 181 inserted here*<br><br>Colborn: Probably after I received a phone call from<br>Investigator Wiegert letting me know that there |

| Page # | Trial Transcript | Timestamp | *MaM* Transcript |
|---|---|---|---|
| 185 | 1    was a missing person.<br>2  Q.  Investigator Wiegert, did he give you the license<br>3    plate number for Teresa Halbach when he called<br>4    you?<br>5  A.  I don't remember the entire content of our<br>6    conversation but, obviously, he must have because<br>7    I was asking the dispatcher to run the plate for<br>8    me.<br>9  Q.  Did you not trust that Investigator Wiegert got<br>10    the number right?<br>11  A.  I don't -- That's just the way I would have done<br>12    it.  I don't -- It's not a trust or distrust<br>13    issue.<br>14        ATTORNEY STRANG:  I'm about to move to a<br>15    different area, your Honor.<br>16        THE COURT:  All right.  We'll take our<br>17    afternoon break at this time.  Members of the jury,<br>18    do not discuss the case during break.  And we'll<br>19    resume in about 15 minutes.<br>20        (Jury not present.)<br>21        THE COURT:  Counsel, you should report back<br>22    a little before 3:00.<br>23        ATTORNEY STRANG:  Thank you.<br>24        (Recess taken.)<br>25        THE COURT:  Mr. Strang, you may resume your | 55:47-55:54 | was a missing person.<br>Strang: Investigator Wiegert, did he give you the license<br>plate number for Teresa Halback when he called<br>you? |

| Page # | Trial Transcript | Timestamp | *MaM* Transcript |
|---|---|---|---|
| 186 | 1       cross-examination.<br>2       **CROSS-EXAMINATION CONTD**<br>3  BY ATTORNEY STRANG:<br>4  Q.   So as you sit here today, Sergeant Colborn, you<br>5       don't recall whether Investigator Wiegert gave<br>6       you Ms Halbach's telephone number when he called<br>7       you that Thursday evening?<br>8  A.   He never asked me anything about a telephone<br>9       number.<br>10  Q.   But you think he must have given you her license<br>11      plate number? Did I say telephone number?<br>12  A.   Yes, you did.<br>13  Q.   I'm sorry. I apologize. What I meant is, you<br>14      don't recall, as you sit here today, whether<br>15      Mr. Weigert gave you Teresa Halbach's license<br>16      plate number when he called you on November 3?<br>17  A.   No, I just don't remember the exact content of<br>18      our conversation then.<br>19  Q.   But --<br>20  A.   He had to have given it to me, because I wouldn't<br>21      have had the number any other way.<br>22  Q.   Well, and you can understand how someone<br>23      listening to that might think that you were<br>24      calling in a license plate that you were looking<br>25      at on the back end of a 1999 Toyota; from | 55:54-56:03<br><br><br><br>56:03-56:19 | Colborn: I just don't remember the exact content of our conversation then.<br><br>Colborn: He had to have given it to me, because I wouldn't<br>Have had the number any other way.<br><br>Strang: Well, you can understand how someone<br>listening to that might think that you were<br>calling in a license plate that you were looking<br>at on the back end of a nineteen-ninety-nine Toyota. |

| Page # | Trial Transcript | Timestamp | *MaM* Transcript |
|---|---|---|---|
| 187 | 1   listening to that tape, you can understand why<br>2   someone might think that, can't you?<br>3       ATTORNEY KRATZ:  It's a conclusion, Judge.<br>4   He's conveying the problems to the jury.<br>5       THE COURT:  I agree, the objection is<br>6   sustained.<br>7  Q.  This call sounded like hundreds of other license<br>8   plate or registration checks you have done<br>9   through dispatch before?<br>10  A.  Yes.<br>11  Q.  But there's no way you should have been looking<br>12   at Teresa Halbach's license plate on November 3,<br>13   on the back end of a 1999 Toyota?<br>14       ATTORNEY KRATZ:  Asked and answer, your<br>15   Honor, he already said he didn't and was not looking<br>16   at the license plate.<br>17       THE COURT:  Sustained.<br>18  Q.  (By Attorney Strang)~ There's no way you should<br>19   have been, is there?<br>20  A.  I shouldn't have been and I was not looking at<br>21   the license plate.<br>22  Q.  Because you are aware now that the first time<br>23   that Toyota was reported found was two days later<br>24   on November 5<br>25  A.  Yes, sir. | 56:19-56:31<br><br>56:31-57:09 | Colborn: Yes<br>Strang: But there's no way you should have been looking<br>at Teresa Halbach's license plate on November 3,<br>on the back end of a 1999 Toyota?<br><br><br><br>Colborn: I shouldn't have been and I was not looking at<br>the license plate.<br>Strang: Because you are aware now that the first time<br>That Toyota was reported found was two days later<br>on November 5?<br>Colborn: Yes, sir |

| | | | |
|---|---|---|---|
| 122 | 1  consumed the rest of the day.<br>2  Q.  Let's move on then to the 8th, which would be<br>3     Tuesday, the 8th of November, were you asked to<br>4     return to the property?<br>5  A.  Yes, sir.<br>6  Q.  Again, who were you asked to return there by?<br>7  A.  By -- No, I didn't get the -- the -- wasn't told<br>8     to me directly.  Usually Lieutenant Lenk met with<br>9     members of the Calumet County Sheriff's<br>10    Department and Department of Criminal<br>11    Investigations at the completion of each day and<br>12    then I would just check with Lieutenant Lenk, are<br>13    we needed tomorrow or no.<br>14 Q.  I see.<br>15 A.  And then he said, we're needed tomorrow.<br>16 Q.  Did you show up then on the 8th?<br>17 A.  Yes, sir.<br>18 Q.  And who were you attached to, or who were you<br>19    assigned to that day?<br>20 A.  I was assigned to Deputy Dan Kucharski from the<br>21    Calumet County Sheriff's Department.<br>22 Q.  Do you know what you were asked to do on the 8th?<br>23 A.  Yes, Deputy Kucharski, Lieutenant Lenk, and<br>24    myself were instructed, by Special Agent<br>25    Fassbender, to look for some specific printed | 16:18 | Kratz: Let's move on then to the 8th<br><br>of November |

| Page # | Trial Transcript | Timestamp | *MaM* Transcript |
|---|---|---|---|
| 123 | 1        material inside Steven Avery's residence.<br>2  Q.   Okay.<br>3  A.   And to collect same.<br>4  Q.   Did you have occasion to enter Steven Avery's<br>5        bedroom on the 8th of November?<br>6  A.   Yes, sir.<br>7  Q.   Who did you enter that bedroom with.<br>8  A.   Deputy Kucharski and Lieutenant Lenk.<br>9  Q.   How long did you spend in that bedroom on the<br>10       8th, if you recall?<br>11  A.   An hour or so.<br>12  Q.   Were you directed to perform any search of that<br>13       trailer, specifically of that bedroom?<br>14  A.   Before -- Actually, before we started on the<br>15       bedroom, I was instructed to, with Deputy<br>16       Kucharski, to remove the computer and to wait<br>17       until the computer was picked up by another law<br>18       enforcement officer.<br>19  Q.   Okay.  Did you do that?<br>20  A.   Yes, sir.<br>21  Q.   Then, moving to the bedroom, my question is,<br>22       whether you were to perform a search that day?<br>23  A.   Yes, sir.<br>24  Q.   I'm showing you what's been marked for<br>25       identification as Exhibit No. 208; can you tell | 16:18-16:33 | Kratz: Did you have occasion to search Steven Avery's bedroom<br><br>Colborn: Yes, sir.<br><br>Kratz: Who did you enter that bedroom with?<br>Colborn: Deputy Kucharski and Lieutenant Lenk. |

| Page # | Trial Transcript | Timestamp | *MaM* Transcript |
|--------|------------------|-----------|------------------|
| 124 | 1      us what that is, please. <br> 2   A.   These are photographs of a cabinet that's right <br> 3      next to the desk in Steve Avery's bedroom, that <br> 4      would be the same bedroom where the firearms were <br> 5      that I described before and -- <br> 6   Q.   We're just talking about the first one now, <br> 7      Exhibit 208. <br> 8   A.   That's this photograph here. It's a picture <br> 9      of -- this is a desk. <br> 10   Q.   I'm actually going to put a view up for the jury <br> 11      so that we can -- Okay. If you want to use your <br> 12      laser pointer where everybody can see what you <br> 13      are talking about then. <br> 14   A.   This is a desk. There's an open area, that's the <br> 15      picture. This is a cabinet, you can see how <br> 16      closely it is positioned to the desk there. <br> 17   Q.   Let me just stop you, is this something that you <br> 18      earlier called a bookcase. <br> 19   A.   This cabinet, I'm sorry, yes, I called it a <br> 20      bookcase and that's actually, I guess, what it <br> 21      is, a bookcase. <br> 22   Q.   Just so that the jury understands, was this the <br> 23      item from which the handcuffs and the leg irons <br> 24      were seized a couple days earlier? <br> 25   A.   Yes, sir. It's easier to see now, with this | | . |

| Page # | Trial Transcript | Timestamp | *MaM* Transcript |
|---|---|---|---|
| 125 | 1      picture, the leg irons and handcuffs were located<br>2      in this area here.<br>3   Q.   Now, this particular photograph, you can see a<br>4      pair of slippers, bedroom slippers next to it; is<br>5      that right?<br>6   A.   Yes, sir.<br>7   Q.   You can see a electrical outlet or a socket; is<br>8      that right?<br>9   A.   Yes, sir.<br>10   Q.   Can you point to that, please. Were you asked,<br>11      or at least as part of your responsibilities of<br>12      searching the bedroom, were you asked to do a<br>13      thorough search of this piece of furniture?<br>14   A.   Yes.<br>15   Q.   And did you do that?<br>16   A.   Yes.<br>17   Q.   In performing that search, Sergeant Colborn, did<br>18      you move or manipulate this piece of furniture at<br>19      all?<br>20   A.   Yes, sir.<br>21   Q.   Can you describe that for the jury, please.<br>22   A.   As I stated before, we were looking for specific<br>23      printed or photographs. There is a narrow area<br>24      between this bookcase and this desk, right there.<br>25      And in order to make sure that there was no | 16:33-16:40 | Kratz: In performing that search, did<br><br>you move or manipulate this piece of furniture? |

| Page # | Trial Transcript | Timestamp | *MaM* Transcript |
|---|---|---|---|
| 126 | 1  evidence or anything else that we needed lodged<br>2  between there, I actually tipped this to the side<br>3  and twisted it away from the wall.<br>4 Q.  If you can describe that further, I don't know if<br>5  you can do it with your words, or show us with<br>6  your hands, how you did it?<br>7 A.  I will be the first to admit, I wasn't any too<br>8  gentle, as we were, you know, getting<br>9  exasperated.  I handled it rather roughly,<br>10  twisting it, shaking it, pulling it.<br>11 Q.  And that's the bookcase that you are talking<br>12  about?<br>13 A.  Yes, this piece of furniture right here, a<br>14  bookcase.<br>15 Q.  I'm sorry.  Sergeant, in shaking and twisting<br>16  that particular bookcase, did you pull it away<br>17  from the wall itself, that you can see behind<br>18  there?<br>19 A.  Yes, I did.<br>20 Q.  After that process was complete, were the<br>21  items -- The binder that we can see in the lower<br>22  left hand corner of the bookcase; can you point<br>23  to that, please.  Was that, and the other items<br>24  within that bookcase, removed and examined by<br>25  yourself and your -- other members of your team? | 16:40-16:48 | Colborn: I will be the first to admit,<br><br>I handled it rather roughly,<br><br>twisting it, shaking it, pulling it. |

| Page # | Trial Transcript | Timestamp | *MaM* Transcript |
|---|---|---|---|
| 127 | 1  A.  Yes, sir.<br>2  Q.  Did you have occasion to replace those items into<br>3      that bookcase after having pulled it from the<br>4      wall?<br>5  A.  Yes, sir.<br>6  Q.  What was done with the bookcase after that<br>7      thorough search of the -- of those materials was<br>8      completed?<br>9  A.  The items that we didn't use -- or collect as<br>10     evidence, that binder and some of the other<br>11     things there were kind of stuffed, rather<br>12     forcefully, back in there.  And other items that<br>13     we were going to collect as evidence were -- we<br>14     had so many that we didn't have a container in<br>15     the room large enough to hold them all.  So<br>16     Lieutenant Lenk exited the bedroom to get a<br>17     larger container and I began to search this desk<br>18     here.<br>19 Q.  By a larger container, what are you talking<br>20     about?<br>21 A.  A box.<br>22 Q.  Now, at this time, that is, as the search was<br>23     completed, what was done with that piece of<br>24     furniture; what was done with the bookcase<br>25     itself? | | |

Case 1:19-cv-00484-BHL   Filed 03/03/20   Page 14 of 23   Document 119-1

| Page # | Trial Transcript | Timestamp | *MaM* Transcript |
|---|---|---|---|
| 128 | 1   A.   It was still kind of away from the wall, but it<br>2       was more or less stuffed back into its original<br>3       position.<br>4   Q.   The next exhibit, Exhibit No. 209, describe what<br>5       that is, please.<br>6   A.   That's just a different photograph of the same<br>7       bookcase.<br>8   Q.   I'm going to allow the jury to see that as well.<br>9       Is this the photo that you are talking about<br>10      of -- of the bookcase?<br>11   A.   Yes, sir.<br>12   Q.   The next exhibit, No. 210, can you describe what<br>13      that is for us, please.<br>14   A.   210 is a picture, a photograph of the -- Well,<br>15      you can see that we have some materials there<br>16      stuffed in a bag.  Then there's the bedroom<br>17      slippers.  And now there is a key with a fob,<br>18      lying between the bedroom slippers.<br>19   Q.   Sergeant Colborn, I'm going to direct your<br>20      attention, then, to the large screen.  I would<br>21      like you to carefully take the laser pointer and<br>22      describe for the jury what it is that we're<br>23      looking at?<br>24   A.   These were some items that we had bagged up.  I<br>25      don't recall what that is.  These were the same | 16:48 | Kratz: Sergeant, |

| Page # | Trial Transcript | Timestamp | *MaM* Transcript |
|---|---|---|---|
| 129 | 1     bedroom slippers that were in the other<br>2     photograph, but you can see that they have been<br>3     jostled.  That's the electrical outlet.  And now<br>4     there is a key and with this connecting canvas or<br>5     nylon fob and a black plastic buckle, lying on<br>6     the floor.<br>7  Q.  The piece of furniture, that is, the bookcase<br>8     that we see in Exhibit 210, has that been removed<br>9     or replaced to its original position?<br>10  A.  I can't say we have got it exactly 100 percent<br>11     where it was, but it's very close to its original<br>12     position, yes.<br>13  Q.  So the jury understands the timing of these,<br>14     Exhibit No. 208 shows the slippers right next to<br>15     the outlet.  And this exhibit, 210, shows the<br>16     slippers pushed to what would be the left and<br>17     actually a little bit closer to the photographer;<br>18     is that fair?<br>19  A.  That's correct.<br>20  Q.  Do you recognize this image, that is, did you see<br>21     this image on the 8th of November?<br>22  A.  Yes.<br>23  Q.  Can you describe that moment, or that event, for<br>24     the jury, please.<br>25  A.  As I had mentioned earlier, Lieutenant Lenk had | 16:48-16:52 | Kratz: Did you see<br>this image on the 8th of November?<br><br>Colborn: Yes. |

| Page # | Trial Transcript | Timestamp | *MaM* Transcript |
|---|---|---|---|
| 130 | 1    exited -- That is the door coming into the<br>2    bedroom; he had gone through that door to get a<br>3    bigger container. I was searching the desk here.<br>4    Deputy Kucharski was sitting on the bed, which<br>5    also isn't in the photograph, but is in very<br>6    close proximity to this piece of furniture, the<br>7    bookcase, filling out paperwork.<br>8        Lieutenant Lenk got about right here,<br>9    his feet would have been right here, so he was in<br>10    the room, and said something to the effect of,<br>11    there's a key on the floor here, or, look,<br>12    there's a key. I don't know what his exact<br>13    verbiage was but he identified that there was a<br>14    key on the floor.<br>15        I turned around, as I wasn't very far<br>16    away, I turned around and looked and I observed<br>17    this key, lying right where it is. And I<br>18    observed this key had this black rubberized or<br>19    plastic end on it, which they didn't -- you know,<br>20    that's a newer model car key, due to that plastic<br>21    or rubberized end. And I also observed that<br>22    embossed on there was a Toyota emblem.<br>23        And we told Deputy Kucharski, get a<br>24    photograph of this, right away, which he did,<br>25    which is this photograph. I did not take this | 16:52<br><br><br>16:52-17:05 | Colborn: I was searching the desk here.<br><br>Deputy Kucharski was sitting on the bed<br><br><br>Colborn: filling out paperwork.<br><br>Lieutenant Lenk<br><br><br>Colborn: said something to the effect of,<br><br>"there's a key on the floor here" |

| Page # | Trial Transcript | Timestamp | *MaM* Transcript |
|--------|------------------|-----------|------------------|
| 131 | 1      photograph.<br>2   Q.   By the way, as you and Deputy Kucharski and<br>3      Lieutenant Lenk observed this, did any of the<br>4      three of you approach or touch this piece of<br>5      evidence at that time?<br>6   A.   I may have been standing in this area here, you<br>7      know. This piece of furniture is only 2 and a<br>8      half, 3 feet tall, maybe. So I could easily see<br>9      over it to see the key.<br>10         I did not approach the key. Lieutenant<br>11      Lenk did not come into the room. Deputy<br>12      Kucharski photographed the key from, you know,<br>13      from whatever angle this picture was taken at.<br>14      That's as close as we got.<br>15   Q.   My question, again, was, did either yourself,<br>16      Lieutenant Lenk, or Deputy Kucharski, prior to<br>17      this photo was taken, touch that key?<br>18   A.   No, sir.<br>19   Q.   Why not?<br>20   A.   I think all three of us knew at the same time<br>21      that there was a very good chance, seeing a<br>22      Toyota emblem embossed on that key, knowing that<br>23      Teresa Halbach's vehicle was a Toyota, that this<br>24      was a very important piece of evidence. And, you<br>25      know, none of us were going to taint that. | 17:05-17:16<br><br><br><br><br>17:16-17:36 | Kratz: did either yourself,<br>Lieutenant Lenk, or Deputy Kucharski<br>touch that key?<br><br>Colborn: No, sir.<br>Kratz: Why not?<br>Colborn: I think all three of us knew at the same time<br><br><br><br><br>Colborn: that this<br>was a very important piece of evidence. And, you<br>know, none of us were going to taint that. |

| Page # | Trial Transcript | Timestamp | *MaM* Transcript |
|---|---|---|---|
| 23 | 1     mentioned that when Lieutenant Lenk went out into<br>2     the bathroom, you repositioned yourself in the<br>3     doorway so you could see him in the bathroom and<br>4     those in the bedroom, right?<br>5  A.  Yes.<br>6  Q.  You were keeping an eye on what was going on with<br>7     Mr. Lenk and -- Lieutenant Lenk and the other<br>8     officers?<br>9  A.  I would say I was positioning myself to see if<br>10    they had located any evidence.<br>11  Q.  Well, and you were also trying to abide by the<br>12    directive that Manitowoc officers should not be<br>13    alone in any of this property, right?<br>14  A.  It was more of a documentation type thing. I<br>15    mean, I did not treat these guys like I did not<br>16    trust them, okay.<br>17  Q.  Well, let me ask you this, sir. You knew that<br>18    the district attorneys told those officers not to<br>19    be alone on any property, right?<br>20        ATTORNEY KRATZ: Mischaracterization,<br>21    Judge, he said the Manitowoc County district<br>22    attorney, if he could rephrase the question.<br>23        ATTORNEY BUTING: I don't particularly care<br>24    which district attorney, it's a district attorney.<br>25    All right. | 04:18-04:29 | Buting: You knew that<br>the district attorneys told those officers not to<br>be alone on any property, right?<br><br>Kratz: Mischaracterization,<br>Judge, he said the Manitowoc County District<br>Attorney.<br>Buting: I don't particularly care<br>which District Attorney. It's a District Attorney.<br><br>All right? |

| Page # | Trial Transcript | Timestamp | *MaM* Transcript |
|---|---|---|---|
| 24 | 1  Q.  (By Attorney Buting)~ You knew that?<br>2  A.  Yes.<br>3  Q.  You knew that it was important to the<br>4      prosecution, or some attorneys on site, that<br>5      these officers not be alone anywhere on that<br>6      Avery property, right?<br>7  A.  Yes.<br>8  Q.  And you knew that this was Mr. Avery's trailer?<br>9  A.  Yes.<br>10  Q.  And that if anything, of all the places that they<br>11      should not be alone, it would be in Mr. Avery's<br>12      trailer, right?<br>13  A.  We did not know that on that day.<br>14  Q.  Mr. Avery was the one who was suing them, right?<br>15      You knew that?<br>16  A.  I was aware of that fact, yes.<br>17  Q.  You knew that, that's right. And you knew that's<br>18      why Manitowoc recused themselves, or transferred<br>19      authority over to Calumet, right?<br>20  A.  Yes.<br>21  Q.  It was because of this man right here, right?<br>22  A.  I believe that's correct.<br>23  Q.  And it was this man right here's trailer that you<br>24      were in?<br>25  A.  Yes. | 04:29-04:35<br><br><br><br><br><br><br><br>04:35-05:04 | Buting: You knew that?<br>Tyson: Yes.<br><br><br><br><br><br><br>Buting: And you knew that<br><br>if anything, of all the places that they<br>should not be alone, it would be in Mr. Avery's<br>trailer, right?<br>Tyson: We did not know on that day.<br>Buting: Mr. Avery was the one who was suing them, right?<br>You knew that?<br>Tyson: I was aware of that fact, yes.<br><br>Buting: You knew that. That's right. And you knew that's<br>why Manitowoc transferred<br>authority over to Calumet, right?<br><br>Tyson: Yes.<br>Buting: It was because of this man right here, right?<br>Tyson: I believe that's correct.<br><br>Buting: And it was this man right here's trailer that you<br>were in<br><br>Tyson: Yes. |

| Page # | | Trial Transcript | Timestamp | *MaM* Transcript |
|---|---|---|---|---|
| 25 | 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25 | Q. And so that, of all places, you knew was<br>important that you make sure that these Manitowoc<br>officers not be alone?<br>A. Correct.<br>Q. And so you kept an eye on them, didn't you?<br>A. I was watching what they were doing, yes.<br>Q. Had you ever, in any other search in your entire<br>career, had to act like a babysitter, or a<br>watchdog, for the officers who were conducting a<br>search?<br>A. I did not treat this as if I was babysitting.<br>Q. Had you ever, in any of your years as an officer,<br>had to watch the officers who were searching<br>where you were, to make sure that they weren't<br>alone?<br>A. No.<br>Q. This was a first for you, wasn't it?<br>A. Yes.<br>Q. And you made sure, because you were the watchdog<br>here, you were the custodian, the representative<br>of Calumet, you made sure that none of those<br>officers could have planted anything, right?<br>A. I watched them to the best of my ability, within<br>those three hours.<br>Q. And to the best of your ability meant you did | 05:04-05:30<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>05:30-05:33 | Buting: And so that, of all places, you knew was important that you make sure that these Manitowoc officers not be alone.<br><br>Tyson: Correct.<br>Buting: And so you kept an eye on them, didn't you?<br><br>Tyson: I was watching what they were doing, yes. Had you ever, in any other search in your entire career, had to act like a babysitter, or a watchdog, for the officers who were conducting a search?<br><br><br><br><br><br>Tyson: No.<br>Buting: This was a first for you, wasn't it?<br><br>Tyson: Yes. |

| Page # | Trial Transcript | | Timestamp | *MaM* Transcript |
|---|---|---|---|---|
| 26 | 1 | everything you could to make sure that they knew | | |
| | 2 | they were being watched and that they couldn't | | |
| | 3 | plant any evidence if they wanted to? | | |
| | 4 | A. They were told the same instructions that I were, | | |
| | 5 | that I was going into that residence to document | | |
| | 6 | and recover all evidence that was seized. | | |
| | 7 | Q. Well, and you did a good job doing that, didn't | | |
| | 8 | you? | | |
| | 9 | A. I believe to the best of my ability, yes. | | |
| | 10 | Q. All right. And would you agree with me that it | 05:33-05:53 | Buting: And would you agree with me that it would've been very difficult for |
| | 11 | was -- would have been very difficult for | | |
| | 12 | Lieutenant Lenk or Sergeant Colborn to have | | Lieutenant Lenk or Sergeant Colborn to have |
| | 13 | planted a Toyota key in that residence, under | | planted a Toyota key in that residence, under |
| | 14 | your watch? | | your watch? |
| | 15 | A. I believe it would have been difficult. | | Tyson: I believe it would have been difficult. |
| | 16 | Q. Extremely difficult, right? | | |
| | 17 | A. It would have been difficult, yes. | | |
| | 18 | Q. Because you were watching them? | 05:53-05:58 | Buting: Because you were watching them? |
| | 19 | A. To the best of my ability, yes. | | Tyson: To the best of my ability, yes. |
| | 20 | Q. Did you ever suggest to Mr. Fassbender or | | |
| | 21 | Mr. Wiegert that maybe you would like to have | | |
| | 22 | some of your own officers in there doing this | | |
| | 23 | search that night, to Mr. Avery's residence? | | |
| | 24 | A. We didn't have all those officers that you | | |
| | 25 | mentioned at the scene that day. | | |

Case 1:19-cv-00484-BHL   Filed 03/03/20   Page 22 of 23   Document 119-1

23