# Exhibit 1

Video of Episode 1 of *Making a Murderer*

Filed with the Clerk of Court