# Exhibit 2

Video of Episode 2 of *Making a Murderer*

Filed with the Clerk of Court