# Exhibit 3

Video of Episode 3 of *Making a Murderer*

Filed with the Clerk of Court