# Exhibit 4

Video of Episode 4 of *Making a Murderer*

Filed with the Clerk of Court