# Exhibit 5

Video of Episode 5 of *Making a Murderer*

Filed with the Clerk of Court