# Exhibit 6

Video of Episode 6 of *Making a Murderer*

Filed with the Clerk of Court