# Exhibit 7

Video of Episode 7 of *Making a Murderer*

Filed with the Clerk of Court