# Exhibit 8

Video of Episode 8 of *Making a Murderer*

Filed with the Clerk of Court