# Exhibit 9

Video of Episode 9 of *Making a Murderer*

Filed with the Clerk of Court