# **Exhibit 10**

Video of Episode 10 of *Making a Murderer*

Filed with the Clerk of Court