# Exhibit 15

# STATEMENT

| | |
|---|---|
| STATEMENT OF: | INCIDENT#: |
| NAME: Sergeant ~~Andrew L. Colborn~~ #432 | PAGE 1 OF 1 |
| BIRTH DATE: ~~[redacted]~~  AGE: 44 | DATE: 09/12/03 |
| ADDRESS: 1025 South 9th Street, | TIME: 1330 Hours |
| CITY: Manitowoc,  STATE: WI  ZIP: 54220 | |
| PHONE: 920-683-4201 | |
| IF JUVENILE: | |
| FATHER:  MOTHER: | |

In 1994 or 1995 I was working as a Corrections Officer in the Manitowoc County Jail. I recall receiving a telephone call in the Central Control area from an individual who identified himself as a detective employed by an agency outside the Manitowoc County area. This dective stated he had received information that a person they had in custody in their jurisdiction had been commenting that he had committed an assault in Manitowoc County and that someone else wwas in jail for it. As I had no knowledge of what case this detective was referring to, I supplied the dective with a telephone number to one of MTSO's detectives. I do not specifically recall but I may have tried to transfer the call as well. I do not recall the detective mentioning any names to me.

005250

WITNESS:   SIGNATURE: Sgt. Andrew L. Colborn
WITNESS:   TIME: 1343 HRS

Revised 03/01/00