# Exhibit 31

```
 1   STATE OF WISCONSIN : CIRCUIT COURT : MANITOWOC COUNTY
                                BRANCH 1
 2   _____

 3   STATE OF WISCONSIN,

 4                   PLAINTIFF,        JURY TRIAL
                                       TRIAL - DAY 9
 5   vs.                               Case No. 05 CF 381

 6   STEVEN A. AVERY,

 7                   DEFENDANT.
     _____
 8
     DATE:     FEBRUARY 22, 2007
 9
     BEFORE:   Hon. Patrick L. Willis
10             Circuit Court Judge

11   APPEARANCES:  KENNETH R. KRATZ
                   Special Prosecutor
12                 On behalf of the State of Wisconsin.

13                 THOMAS J. FALLON
                   Special Prosecutor
14                 On behalf of the State of Wisconsin.

15                 NORMAN A. GAHN
                   Special Prosecutor
16                 On behalf of the State of Wisconsin.

17                 DEAN A. STRANG
                   Attorney at Law
18                 On behalf of the Defendant.

19                 JEROME F. BUTING
                   Attorney at Law
20                 On behalf of the Defendant.

21                 STEVEN A. AVERY
                   Defendant
22                 Appeared in person.

23                    TRANSCRIPT OF PROCEEDINGS

24              Reported by Diane Tesheneck, RPR

25                   Official Court Reporter


                                 1
```

Case 1:19-cv-00484-BHL   Filed 03/03/20   Page 2 of 13   Document 120-31

# I N D E X

WITNESSES                                                    PAGE

**DEPUTY DANIEL KUCHARSKI**

Cont'd Direct Examination by ATTORNEY KRATZ        4

Cross-Examination by ATTORNEY BUTING              44

**INVESTIGATOR GARY STEIER**

Direct Examination by ATTORNEY KRATZ             131

Cross-Examination by ATTORNEY BUTING             142

**SPECIAL AGENT KEVIN HEIMERL**

Direct Examination by ATTORNEY KRATZ             148

Cross-Examination by ATTORNEY BUTING             181

Redirect Examination by ATTORNEY KRATZ           201

Recross-Examination by ATTORNEY BUTING           203

| **EXHIBITS** | MARKED | OFFERED | ADMITTED |
|---|---|---|---|
| 221-248 |  | 44 | 44 |
| 250 |  | 44 | 44 |
| 252-261 |  | 44 | 44 |
| 262-263 |  | 205 | 205 |
| 264 |  | 95 | 95 |
| 276-277 |  | 141 | 141 |
| 279 | 162 |  |  |
| 283-284 |  | 204 | 204 |

|     |    | Monday, the 7th of November, were you asked to |
| --- | -- | --- |
| 1   |    | Monday, the 7th of November, were you asked to |
| 2   |    | return to the property? |
| 3   | A. | Yes, I was. |
| 4   | Q. | And were you assigned a specific search team on |
| 5   |    | that day? |
| 6   | A. | No, on the 7th I worked alone. |
| 7   | Q. | Okay. Do you remember what you did on the 7th? |
| 8   | A. | I was sent to specifically pick up a few items. |
| 9   |    | I remember a rifle out of Charles Avery's |
| 10  |    | residence. I took some more weapons out of a |
| 11  |    | vehicle that was parked near the new shop |
| 12  |    | building. |
| 13  | Q. | The next day, on the 8th, Tuesday, the 8th of |
| 14  |    | November, did you return to the Avery salvage |
| 15  |    | property? |
| 16  | A. | Yes, I did. |
| 17  | Q. | And on that date, were you assigned a search |
| 18  |    | team? |
| 19  | A. | Yes, on that date I was searching with Lieutenant |
| 20  |    | Lenk and Sergeant Colborn. |
| 21  | Q. | Do you remember where the three of you went to |
| 22  |    | search that day? |
| 23  | A. | We searched several places including we were sent |
| 24  |    | to Steven Avery's trailer to do a thorough |
25  |    | search. |

34

| | | |
|---|---|---|
| 1 | Q. | During that thorough search, did you have |
| 2 | | occasion to search the bedroom of Mr. Avery's |
| 3 | | trailer? |
| 4 | A. | Yes, we did. |
| 5 | Q. | And we have heard about a lot of that search, but |
| 6 | | I'm specifically going to direct your attention |
| 7 | | to the key and the finding of the key in that |
| 8 | | bedroom. Do you recall how that occurred? |
| 9 | A. | Yes, I do. |
| 10 | Q. | Why don't you tell the jury how that occurred, |
| 11 | | please. |
| 12 | A. | We were concluding the search in the bedroom. |
| 13 | | We, as Lieutenant Lenk, Sergeant Colborn and I. |
| 14 | | I was mostly doing the photographing, and logging |
| 15 | | in and packaging of evidence. However, I did |
| 16 | | search the nightstand. I was sitting on the bed |
| 17 | | and the nightstand was right there, so when I had |
| 18 | | time between my duties, I would search the |
| 19 | | nightstand. We were just wrapping up the search |
| 20 | | and Lieutenant Lenk left the room to get some |
| 21 | | more boxes for some of the things that we were |
| 22 | | taking into evidence. |
| 23 | | Sergeant Colborn was searching -- |
| 24 | | finishing up his search of an area on the east |
| 25 | | wall, next to the bookcase. And I was sitting on |

35

1          the bed near the nightstand.  Lieutenant Lenk
2          came back into the room, stopped at the doorway,
3          pointed at the floor, just a couple of feet away
4          from where my feet were sitting on the floor, and
5          said there was a key there.
6    Q.   I'm going to show you, just as you describe this,
7         Exhibit No. 210, ask if this image looks familiar
8         to you?
9    A.   That's the key, that's where the key was sitting
10        when we found it.
11   Q.   How far was this key away from you as you were
12        sitting on the bed?
13   A.   Just a of couple feet.
14   Q.   Had you seen that key, either before Lieutenant
15        Lenk left the room, or at any time actually prior
16        to Lieutenant Lenk's return?
17   A.   No, I did not.
18   Q.   Now, when Lieutenant Lenk said, there's a key,
19        where was he standing when he said that.
20   A.   He was standing in the doorway.
21   Q.   Had he gotten to that area yet when he said that?
22   A.   No.
23   Q.   I'm just going to ask you, Deputy Kucharski, were
24        you surprised to see that on the floor?
25   A.   Yes.

36

1  Q. What happened after you saw that key on the
2     floor?
3  A. Lieutenant Lenk pointed out the key; we all
4     looked at it.  We all decided it was a Toyota
5     emblem on it.  Stopped all searching.  I had
6     everybody stop the searching.  Immediately took a
7     photograph of it.  I had taken my gloves off to
8     finish up my -- tough to write and take pictures
9     with the rubber gloves on.  So I had taken the
10    gloves off, so I put on a fresh pair of gloves. I
11    took out a new evidence bag out of the --
12 Q. Let me just stop you.  A fresh pair of gloves,
13    does that mean that it had touched any other
14    pieces of evidence in that room?
15 A. No, it did not.  It came directly out of the
16    package.
17 Q. All right.  So you put fresh gloves on, what did
18    you do then?
19 A. I took a new evidence bag out of the stack of
20    bags, picked up the key with the -- with my
21    gloved hand, put it into the new evidence bag and
22    then I contacted the Command Post.
23 Q. Deputy Kucharski, the jury has already seen the
24    actual key, itself, but I'm going to show you
25    something that's been marked as Exhibit 219, can

37

1       you tell us what that is, please.
2   A.  That's the key that we found on the 8th.
3   Q.  Photograph, isn't it?
4   A.  Sorry, that's a photograph of the key.
5   Q.  Okay. As you look at No. 219, so we don't have
6       to pass the key itself around, is that one of
7       those evidence pictures that's taken after it's
8       received?
9   A.  Correct.
10  Q.  You said that you had contacted members of the
11      Command Post; do you recall who came to that
12      location?
13  A.  Special Investigator Fassbender and Investigator
14      Wiegert came to the Avery trailer. I showed them
15      the key. They said that they would be sending a
16      special agent back to take custody of the key.
17  Q.  All right. The next photo that I'm going to show
18      you, Deputy Kucharski, is photograph number 246;
19      I want you to tell us what that is, please.
20  A.  This is a photo of some of the ammunition that we
21      took out of Steven Avery's bedroom.
22  Q.  And now that the jury can see Exhibit 246, does
23      it say on the box of ammunition what caliber of
24      ammunition that is?
25  A.  Yes, it does. It's .22 long rifle ammunition.

1       what you were asked to do.
2  A.   On March 1st and 2nd, I was asked to be the
3       evidence custodian for the search warrant, when
4       it was executed; more particularly, to the garage
5       of the residence of Steven Avery.
6  Q.   Directing your attention, first, to March 1st,
7       what were your responsibilities in searching
8       Steven Avery's garage?
9  A.   My responsibilities were to collect -- or make
10      sure that the evidence collected in the garage
11      was packaged; had a officer who discovered the --
12      or who had collected the items and had dated
13      that, a date and time that that item was
14      collected; and that all the evidence was taken
15      out of the garage; and made sure that the chain
16      of custody was intact.
17 Q.   Do you know a agent with the Division of Criminal
18      Investigation named Kevin Heimerl?
19 A.   Yes.
20 Q.   Was he also involved in both search and
21      collection efforts on March 1st and 2nd?
22 A.   Yes, he was.
23 Q.   On March 1st, Investigator Steier, upon a search
24      of the garage of Steven Avery, was any particular
25      item of interest located?

134

| | | |
|---|---|---|
| 1 | A. | There were several items that were collected that |
| 2 | | were of interest.  Two of the items were bullet |
| 3 | | fragments collected inside the garage. |
| 4 | Q. | These are the bullet fragments that I'm going to |
| 5 | | ask you, at least for the next several questions, |
| 6 | | direct your attention on March 1st, that is, the |
| 7 | | first day of a two day search project or |
| 8 | | procedure.  Could you tell us how that fragment |
| 9 | | was located and what you personally did after |
| 10 | | that fragment was located. |
| 11 | A. | Day 1 of the search warrant, a bullet fragment |
| 12 | | was located.  The item was located by Agent |
| 13 | | Heimerl and was collected by myself.  Day 2 of |
| 14 | | the search warrant, a second bullet fragment was |
| 15 | | also located by Agent Heimerl and was collected |
| 16 | | by Detective Remiker. |
| 17 | | ATTORNEY BUTING:  Judge, just so the record |
| 18 | | is clear, as to the actions of Agent Heimerl, he's |
| 19 | | going to be testifying.  It would be hearsay, that's |
| 20 | | why I'm not objecting, because he is coming. |
| 21 | | THE COURT:  All right.  Thank you. |
| 22 | | ATTORNEY KRATZ:  He will be our next |
| 23 | | witness.  And thank you, counsel. |
| 24 | Q. | (By Attorney Kratz)~ I'm showing you what has |
| 25 | | been marked for identification as Exhibit No. 276 |

135

|     |    |                                                              |
|-----|----|--------------------------------------------------------------|
| 1   |    | and 277, are you able to identify or recognize               |
| 2   |    | those exhibits?                                              |
| 3   | A. | Yes, the exhibit with the plastic bag with                   |
| 4   |    | initials GS was collected by myself.                         |
| 5   | Q. | That's 276?                                                  |
| 6   | A. | That's correct.                                              |
| 7   | Q. | And was that found on the first day or the second            |
| 8   |    | day?                                                         |
| 9   | A. | It was found on March 1st.                                   |
| 10  | Q. | Okay. Do you remember, generally, within the                 |
| 11  |    | garage, where that bullet fragment was located?              |
| 12  | A. | Would be in the northwest corner of the garage.              |
| 13  | Q. | I'm going to show you, Investigator, what has                |
| 14  |    | been previously received as Exhibit No. 108, ask             |
| 15  |    | if this computer diagram assists you in                      |
| 16  |    | describing to the jury where this bullet fragment            |
| 17  |    | was found?                                                   |
| 18  | A. | The evidence photograph marker No. 9.                        |
| 19  | Q. | As far as the collection, packaging, and then                |
| 20  |    | taking control of that first bullet fragment,                |
| 21  |    | could you explain once again, for the jury, who              |
| 22  |    | it was that found the fragment, which I'm sure               |
| 23  |    | we'll hear about, but, then, who both packaged               |
| 24  |    | and took control of?                                         |
| 25  | A. | The bullet fragment, Exhibit 276, in the paper               |

| | | |
|---|---|---|
| 1 | | bag, was located by Agent Heimerl and collected |
| 2 | | by myself. All the photography, photographs |
| 3 | | inside the trailer, were done by Agent Heimerl. |
| 4 | Q. | You mean inside the garage? |
| 5 | A. | I'm sorry, inside the garage, yes. |
| 6 | Q. | Just so the jury knows, there was another search |
| 7 | | going on inside of Mr. Avery's trailer at the |
| 8 | | same time; is that right? |
| 9 | A. | That's correct. We were divided into teams, a |
| 10 | | team of five. We were assigned the garage and a |
| 11 | | diff -- another team was assigned inside the |
| 12 | | trailer at the same time. |
| 13 | Q. | Okay. Now, the next day, that is, on March 2nd, |
| 14 | | directing your attention to Exhibit No. 277, |
| 15 | | where was that found? |
| 16 | A. | That would have been located on the evidence |
| 17 | | photograph, tent marker 23A. |
| 18 | Q. | After it's detection, again, which we're going to |
| 19 | | hear about in just a couple minutes, what |
| 20 | | happened with that bullet fragment? |
| 21 | A. | The bullet was turned over to me, from Detective |
| 22 | | Remiker. |
| 23 | Q. | After taking custody, I understand on two |
| 24 | | separate days, but of each of these items of |
| 25 | | evidence, could you describe for the jury what |

137

1      was done with them; what happened after you
2      retained possession of them?
3  A.  The items were packaged or were collected in a
4      package and turned over to me and then evidence
5      tape surrounding the package was placed on the
6      item collected. And then from there, the items
7      were transported to a trailer, which was housing
8      the other items that were collected from the
9      same.
10             ATTORNEY KRATZ: I think it's 125,
11     Mr. Fallon.
12 Q.  (By Attorney Kratz)~ Finally, Investigator
13     Steier, were you familiar with a log, that is, a
14     check in and check out procedure or document that
15     was being utilized on those days?
16 A.  I was aware that there was a log being taken of
17     our entry and exit times in and out of the garage
18     and the surrounding area.
19 Q.  Now, the garage and the surrounding area, are
20     those the same logs or the same kind of place?
21 A.  Day 1, the log reflected inside the trailer --
22     inside -- I'm sorry, inside the garage. Day 2,
23     reflected the garage and the evidence tape, which
24     was just outside the garage.
25 Q.  All right. Either on March 1st or March 2nd, had