# Exhibit 36

```
 1   STATE OF WISCONSIN : CIRCUIT COURT : MANITOWOC COUNTY
                                BRANCH 1
 2   _____

 3   STATE OF WISCONSIN,

 4                   PLAINTIFF,        JURY TRIAL
                                       TRIAL-DAY 27 VERDICT
 5   vs.                               Case No. 05 CF 381

 6   STEVEN A. AVERY,

 7                   DEFENDANT.
     _____
 8
     DATE:    MARCH 18, 2007
 9
     BEFORE:  Hon. Patrick L. Willis
10            Circuit Court Judge

11   APPEARANCES:

12            KENNETH R. KRATZ
              Special Prosecutor
13            On behalf of the State of Wisconsin.

14            THOMAS J. FALLON
              Special Prosecutor
15            On behalf of the State of Wisconsin.

16            DEAN A. STRANG
              Attorney at Law
17            On behalf of the Defendant.

18            JEROME F. BUTING
              Attorney at Law
19            On behalf of the Defendant.

20            STEVEN A. AVERY
              Defendant
21            Appeared in person.

22                       * * * * * * * *

23                  TRANSCRIPT OF PROCEEDINGS

24            Reported by Diane Tesheneck, RPR

25                 Official Court Reporter


                                 1
```

1  THE COURT:  At this time we are on the
2  record outside the presence of the jury.  The Court
3  has been informed that the jury has reached verdicts
4  in this matter.  Will the parties present state
5  their appearances for the record.
6  ATTORNEY KRATZ:  Your Honor, the State of
7  Wisconsin appears by Calumet County District
8  Attorney Ken Kratz, Assistant Attorney General Tom
9  Fallon, both appearing as Special Prosecutors.
10  ATTORNEY STRANG:  Good afternoon, Steven
11  Avery is in person.  Jerome Buting and Dean Strang
12  on his behalf.
13  THE COURT:  Before the Court brings the
14  jury in and receives the verdicts, I want to remind
15  all those present in the courtroom that this is a
16  court of law.  The Court recognizes the emotional
17  nature of this case and its importance to all
18  parties involved.  However, vocal outbursts or
19  displays of emotion will not be tolerated.  Any
20  violation will result in removal from the courtroom.
21  At this time I will ask that the jury be brought in.
22  (Jury present.)
23  THE COURT:  You may be seated. Members of
24  the jury, the Court has been informed that the jury
25  has reached its verdicts in this case.  At this time

2

1        I will ask the foreperson to present the verdicts to
2        the bailiff so that they may be brought forward.
3                At this time the Court will read the
4        verdicts.  On Count 1, the verdict reads as
5        follows:  We, the jury, find the defendant,
6        Steven A. Avery, guilty of first degree
7        intentional homicide as charged in the first
8        count of the Information.
9                On Count 2, the verdict reads:  We, the
10       jury, find the defendant, Steven A. Avery, not
11       guilty of mutilating a corpse as charged in the
12       second count of the Information.
13               On Count 3, the verdict reads:  We, the
14       jury, find the defendant, Steven Avery, guilty of
15       possession of a firearm as charged in the third
16       count of the Information.
17               The verdict on Count 1 is signed by the
18       foreperson of the jury, dated today.  The other
19       verdicts are also signed by the foreperson of the
20       jury.
21               At this time the Court is going to poll
22       the jurors.  I will ask the media folks to cut
23       the audio at this time.
24               Mr. Slaby, were the verdicts as read by
25       the Court, and are they still now, your verdicts

3

```
 1        in this case?
 2                    MR. SLABY:  Yes, your Honor.
 3                    THE COURT:  Ms Free, were the verdicts as
 4        read by the Court, and are they still now, your
 5        verdicts in this case?
 6                    MS FREE:  Yes, sir.
 7                    THE COURT:  Ms Schmidt, were the verdicts
 8        as read by the Court, and are they still now, your
 9        verdicts in this case?
10                    MS SCHMIDT:  Yes, sir.
11                    THE COURT:  Ms Thorne, were the verdicts as
12        read by the Court, and are they still now, your
13        verdicts in this case?
14                    MS THORNE:  Yes, sir.
15                    THE COURT:  Ms Dorn, were the verdicts as
16        read by the Court, and are they still now, your
17        verdicts in this case?
18                    MS DORN:  Yes, sir.
19                    THE COURT:  Mr. Nelesen, were the verdicts
20        as read by the Court, and are they still now, your
21        verdicts in this case?
22                    MR. NELESEN:  Yes, sir.
23                    THE COURT:  Mr. Klein, were the verdicts as
24        read by the Court, and are they still now, your
25        verdicts in this case?
```

1        MR. KLEIN:  Yes, your Honor.
2        THE COURT:  Mr. Schuette, were the verdicts
3    as read by the Court, and are they still now, your
4    verdicts in this case?
5        MR. SCHUETTE:  Yes, your Honor.
6        THE COURT:  Ms Flint, were the verdicts as
7    read by the Court, and are they still now, your
8    verdicts in this case?
9        MS FLINT:  Yes, your Honor.
10       THE COURT:  Mr. Mohr, were the verdicts as
11   read by the Court, and are they still now, your
12   verdicts in this case?
13       MR. MOHR:  Yes, your Honor.
14       THE COURT:  Ms Stienmetz, were the verdicts
15   as read by the Court, and are they still now, your
16   verdicts in this case?
17       MS STIENMETZ:  Yes, your Honor.
18       THE COURT:  Mr. Wardman, were the verdicts
19   as read by the Court, and are they still now, your
20   verdicts in this case?
21       MR. WARDMAN:  Yes, your Honor.
22       THE COURT:  Members of the jury, on behalf
23   of Manitowoc County, I would like to express my
24   sincerest gratitude and appreciation for your
25   service in this case.  I recognize the personal

5

sacrifice in terms of time and restrictions on your normal activities that the Court has required of you during this trial. That sacrifice is a necessary part of the price we pay for the judicial system every citizen enjoys. I hope that you found the experience a rewarding one.

Before discharging you, I have one final instruction. Now that your service in this case is completed, some of you may have questions about the confidentiality of the proceedings. Many jurors ask if they are at liberty to discuss the case with anyone after receipt of the verdicts.

Because your role in this case is over, you are free to discuss it with any person you choose, if you wish. However, you should know that you do not have to discuss the case with anyone or answer any questions about it from anyone other than the Court.

If you do decide to discuss the case with anyone, I would suggest that you treat any discussion with a degree of solemnity such that whatever you do say, you would be willing to say in the presence of your fellow jurors, or under oath, here in open court, in the presence of the

```
 1      parties.
 2              Also, keep in mind, if you do decide to
 3      discuss the case, that your fellow jurors freely
 4      and fully stated their opinions with the
 5      understanding that they were being expressed in
 6      confidence.  Please respect the privacy of the
 7      views of your fellow jurors.
 8              If any members of the jury wish to
 9      discuss the case today with representatives of
10      the media, arrangements have been made to permit
11      you to do so before you leave.  Should anyone,
12      whether from the media or otherwise, persist in
13      attempting to question you, over your objection,
14      you should contact the Court.
15              Finally, should any of you have any
16      questions for the Court before leaving today,
17      please, let the bailiff know before you leave the
18      jury room.  At this time you are excused.
19                      (Jurors excused.)
20              THE COURT:  You may be seated.  At this
21      time the Court will entertain any motions for
22      judgment on the verdicts.
23              ATTORNEY KRATZ:  At this time, Judge, I
24      would ask the Court enter judgment on each of the
25      three verdicts.
```

7

1           THE COURT:  Anything from the defense?
2           ATTORNEY STRANG:  Your Honor, I ask that
3      the Court enter judgment of acquittal on Count 2 of
4      the second Amended Information.  And I ask that the
5      Court withhold judgment on Counts 1 and 3, set a
6      schedule for post-verdict motions, in part,
7      inconsistent verdicts, and anything else we might
8      want to address.
9           THE COURT:  The Court is going to, at this
10     time, enter a judgment on the three verdicts that
11     have been received, subject to further rulings from
12     the Court after full consideration of any post-trial
13     motions; that is, a judgment of conviction on Counts
14     1 and 3 and a judgment of acquittal on Count 2.  I
15     do not have my calendar here today; it's in
16     Manitowoc.
17          I am going to, at this time, order a
18     Presentence Investigation Report.  The Court will
19     schedule a hearing on any motions after they are
20     received and schedule a sentencing date after
21     conversing with counsel later, contingent on any
22     rulings on any post-trial motions.
23          ATTORNEY STRANG:  Would 30 days for filing
24     the motions be acceptable?
25          THE COURT:  Any objection from the State?

8

1      ATTORNEY KRATZ:  Are we setting those
2 before the sentencing hearing?
3      ATTORNEY STRANG:  Yes.
4      THE COURT:  Well, I will decide that when I
5 get them, if and when I get them.  I don't have any
6 motions in front of me.  I'm not going to speculate
7 about hearing dates at this time.  The Court is
8 going to, however, order that bail be revoked in
9 this case.  Is there anything further from either
10 party on the record today?
11      ATTORNEY KRATZ:  Nothing for today, Judge.
12 Thank you.
13      ATTORNEY STRANG:  No, your Honor.
14      THE COURT:  Very well, we are adjourned.
15         (Proceedings concluded.)

9

```
 1   STATE OF WISCONSIN    )
                           )ss
 2   COUNTY OF MANITOWOC   )

 3

 4                I, Diane Tesheneck, Official Court

 5        Reporter for Circuit Court Branch 1 and the State

 6        of Wisconsin, do hereby certify that I reported

 7        the foregoing matter and that the foregoing

 8        transcript has been carefully prepared by me with

 9        my computerized stenographic notes as taken by me

10        in machine shorthand, and by computer-assisted

11        transcription thereafter transcribed, and that it

12        is a true and correct transcript of the

13        proceedings had in said matter to the best of my

14        knowledge and ability.

15                   Dated this 11th day of January, 2008.

16

17

18                              _____
19                              Diane Tesheneck, RPR
                                Official Court Reporter
20

21

22

23

24

25

                                10
```

## 0
**05 [1]** 1/5

## 1
**11th [1]** 10/15
**18 [1]** 1/8

## 2
**2007 [1]** 1/8
**2008 [1]** 10/15
**27 [1]** 1/4

## 3
**30 [1]** 8/23
**381 [1]** 1/5

## A
**ability [1]** 10/14
**acceptable [1]** 8/24
**acquittal [2]** 8/3 8/14
**activities [1]** 6/2
**address [1]** 8/8
**adjourned [1]** 9/14
**afternoon [1]** 2/10
**Amended [1]** 8/4
**answer [1]** 6/18
**anyone [5]** 6/12 6/18 6/19 6/21 7/11
**anything [3]** 8/1 8/7 9/9
**appearances [2]** 1/11 2/5
**Appeared [1]** 1/21
**appearing [1]** 2/9
**appears [1]** 2/7
**appreciation [1]** 5/24
**arrangements [1]** 7/10
**Assistant [1]** 2/8
**assisted [1]** 10/10
**attempting [1]** 7/13
**Attorney [4]** 1/16 1/18 2/8 2/8
**audio [1]** 3/23
**AVERY [6]** 1/6 1/20 2/11 3/6 3/10 3/14

## B
**bail [1]** 9/8
**bailiff [2]** 3/2 7/17
**Because [1]** 6/14
**before [7]** 1/9 2/13 6/7 7/11 7/16 7/17 9/2
**behalf [6]** 1/13 1/15 1/17 1/19 2/12 5/22
**being [1]** 7/5
**best [1]** 10/13
**both [1]** 2/9
**BRANCH [2]** 1/1 10/5
**brings [1]** 2/13
**brought [2]** 2/21 3/2
**BUTING [2]** 1/18 2/11

## C
**calendar [1]** 8/15
**Calumet [1]** 2/7
**carefully [1]** 10/8
**case [24]**
**certify [1]** 10/6
**CF [1]** 1/5
**charged [3]** 3/7 3/11 3/15
**choose [1]** 6/16
**CIRCUIT [3]** 1/1 1/10 10/5
**citizen [1]** 6/5
**completed [1]** 6/9
**computer [1]** 10/10

**computer-assisted [1]** 10/10
**computerized [1]** 10/9
**concluded [1]** 9/15
**confidence [1]** 7/6
**confidentiality [1]** 6/10
**consideration [1]** 8/12
**contact [1]** 7/14
**contingent [1]** 8/21
**conversing [1]** 8/21
**conviction [1]** 8/13
**corpse [1]** 3/11
**correct [1]** 10/12
**counsel [1]** 8/21
**count [9]** 3/4 3/8 3/9 3/12 3/13 3/16 3/17 8/3 8/14
**Count 1 [1]** 3/17
**Count 2 [1]** 8/3
**Count 3 [1]** 3/13
**Counts [2]** 8/5 8/13
**COUNTY [4]** 1/1 2/7 5/23 10/2
**court [38]**
**courtroom [2]** 2/15 2/20
**cut [1]** 3/22

## D
**date [2]** 1/8 8/20
**dated [2]** 3/18 10/15
**dates [1]** 9/7
**day [2]** 1/4 10/15
**DEAN [2]** 1/16 2/11
**decide [3]** 6/20 7/2 9/4
**defendant [7]** 1/7 1/17 1/19 1/20 3/5 3/10 3/14
**defense [1]** 8/1
**degree [2]** 3/6 6/22
**Diane [3]** 1/24 10/4 10/19
**discharging [1]** 6/7
**discuss [6]** 6/11 6/15 6/17 6/20 7/3 7/9
**discussion [1]** 6/22
**displays [1]** 2/19
**District [1]** 2/7
**Dorn [2]** 4/15 4/18
**during [1]** 6/3

## E
**each [1]** 7/24
**either [1]** 9/9
**else [1]** 8/7
**emotion [1]** 2/19
**emotional [1]** 2/16
**enjoys [1]** 6/5
**enter [3]** 7/24 8/3 8/10
**entertain [1]** 7/21
**every [1]** 6/5
**excused [2]** 7/18 7/19
**experience [1]** 6/6
**express [1]** 5/23
**expressed [1]** 7/5

## F
**FALLON [2]** 1/14 2/9
**fellow [3]** 6/24 7/3 7/7
**filing [1]** 8/23
**final [1]** 6/7
**Finally [1]** 7/15
**find [3]** 3/5 3/10 3/14
**firearm [1]** 3/15
**first [2]** 3/6 3/7
**Flint [2]** 5/6 5/9
**folks [1]** 3/22
**follows [1]** 3/5

**foregoing [2]** 10/7 10/7
**foreperson [3]** 3/1 3/18 3/19
**forward [1]** 3/2
**found [1]** 6/5
**free [3]** 4/3 4/6 6/15
**freely [1]** 7/3
**front [1]** 9/6
**full [1]** 8/12
**fully [1]** 7/4
**further [2]** 8/11 9/9

## G
**General [1]** 2/8
**going [5]** 3/21 8/9 8/17 9/6 9/8
**Good [1]** 2/10
**gratitude [1]** 5/24
**guilty [3]** 3/6 3/11 3/14

## H
**hearing [3]** 8/19 9/2 9/7
**hereby [1]** 10/6
**homicide [1]** 3/7
**Hon [1]** 1/9
**Honor [10]** 2/6 4/2 5/1 5/5 5/9 5/13 5/17 5/21 8/2 9/13
**hope [1]** 6/5
**however [3]** 2/18 6/16 9/8

## I
**I'm [1]** 9/6
**importance [1]** 2/17
**in [39]**
**inconsistent [1]** 8/7
**Information [4]** 3/8 3/12 3/16 8/4
**informed [2]** 2/3 2/24
**instruction [1]** 6/8
**intentional [1]** 3/7
**Investigation [1]** 8/18
**involved [1]** 2/18

## J
**January [1]** 10/15
**JEROME [2]** 1/18 2/11
**Judge [3]** 1/10 7/23 9/11
**judgment [7]** 7/22 7/24 8/3 8/5 8/10 8/13 8/14
**judicial [1]** 6/4
**jurors [6]** 3/22 6/11 6/24 7/3 7/7 7/19
**jury [16]**

## K
**keep [1]** 7/2
**Ken [1]** 2/8
**KENNETH [1]** 1/12
**Klein [2]** 4/23 5/1
**knowledge [1]** 10/14
**KRATZ [2]** 1/12 2/8

## L
**later [1]** 8/21
**law [3]** 1/16 1/18 2/16
**leave [2]** 7/11 7/17
**leaving [1]** 7/16
**liberty [1]** 6/11

## M
**machine [1]** 10/10
**made [1]** 7/10
**MANITOWOC [4]** 1/1 5/23 8/16 10/2
**Many [1]** 6/11
**MARCH [1]** 1/8

## M

**matter [3]**  2/4 10/7 10/13
**media [3]**  3/22 7/10 7/12
**members [3]**  2/23 5/22 7/8
**might [1]**  8/7
**mind [1]**  7/2
**Mohr [2]**  5/10 5/13
**motions [7]**  7/21 8/6 8/13 8/19 8/22 8/24 9/6
**MR [6]**  4/2 4/22 5/1 5/5 5/13 5/21
**Mr. [6]**  3/24 4/19 4/23 5/2 5/10 5/18
**Mr. Klein [1]**  4/23
**Mr. Mohr [1]**  5/10
**Mr. Nelesen [1]**  4/19
**Mr. Schuette [1]**  5/2
**Mr. Slaby [1]**  3/24
**Mr. Wardman [1]**  5/18
**Ms [12]**
**mutilating [1]**  3/11

## N

**nature [1]**  2/17
**necessary [1]**  6/3
**Nelesen [2]**  4/19 4/22
**normal [1]**  6/2
**notes [1]**  10/9
**Nothing [1]**  9/11

## O

**oath [1]**  6/25
**objection [2]**  7/13 8/25
**Official [3]**  1/25 10/4 10/19
**open [1]**  6/25
**opinions [1]**  7/4
**order [2]**  8/17 9/8
**other [2]**  3/18 6/19
**otherwise [1]**  7/12
**outbursts [1]**  2/18
**outside [1]**  2/2
**over [2]**  6/14 7/13

## P

**part [2]**  6/4 8/6
**parties [3]**  2/4 2/18 7/1
**party [1]**  9/10
**Patrick [1]**  1/9
**pay [1]**  6/4
**permit [1]**  7/10
**persist [1]**  7/12
**person [3]**  1/21 2/11 6/15
**personal [1]**  5/25
**PLAINTIFF [1]**  1/4
**please [2]**  7/6 7/17
**poll [1]**  3/21
**possession [1]**  3/15
**post [3]**  8/6 8/12 8/22
**post-trial [2]**  8/12 8/22
**post-verdict [1]**  8/6
**prepared [1]**  10/8
**presence [3]**  2/2 6/24 6/25
**present [4]**  2/4 2/15 2/22 3/1
**Presentence [1]**  8/18
**price [1]**  6/4
**privacy [1]**  7/6
**proceedings [4]**  1/23 6/10 9/15 10/13
**Prosecutor [2]**  1/12 1/14
**Prosecutors [1]**  2/9

## Q

**question [1]**  7/13

**questions [3]**  6/9 6/18 7/16

## R

**reached [2]**  2/3 2/25
**read [13]**
**reads [3]**  3/4 3/9 3/13
**receipt [1]**  6/12
**received [2]**  8/11 8/20
**receives [1]**  2/14
**recognize [1]**  5/25
**recognizes [1]**  2/16
**record [3]**  2/2 2/5 9/10
**remind [1]**  2/14
**removal [1]**  2/20
**Report [1]**  8/18
**reported [2]**  1/24 10/6
**Reporter [3]**  1/25 10/5 10/19
**representatives [1]**  7/9
**required [1]**  6/2
**respect [1]**  7/6
**restrictions [1]**  6/1
**result [1]**  2/20
**revoked [1]**  9/8
**rewarding [1]**  6/6
**role [1]**  6/14
**room [1]**  7/18
**RPR [2]**  1/24 10/19
**rulings [2]**  8/11 8/22

## S

**sacrifice [2]**  6/1 6/3
**said [1]**  10/13
**schedule [3]**  8/6 8/19 8/20
**Schmidt [2]**  4/7 4/10
**Schuette [2]**  5/2 5/5
**seated [2]**  2/23 7/20
**second [2]**  3/12 8/4
**sentencing [2]**  8/20 9/2
**service [2]**  5/25 6/8
**set [1]**  8/5
**setting [1]**  9/1
**shorthand [1]**  10/10
**should [4]**  6/16 7/11 7/14 7/15
**signed [2]**  3/17 3/19
**sincerest [1]**  5/24
**sir [5]**  4/6 4/10 4/14 4/18 4/22
**Slaby [2]**  3/24 4/2
**solemnity [1]**  6/22
**Special [3]**  1/12 1/14 2/9
**speculate [1]**  9/6
**ss [1]**  10/1
**state [9]**  1/1 1/3 1/13 1/15 2/4 2/6 8/25 10/1 10/5
**stated [1]**  7/4
**stenographic [1]**  10/9
**STEVEN [6]**  1/6 1/20 2/10 3/6 3/10 3/14
**Stienmetz [2]**  5/14 5/17
**still [12]**
**STRANG [2]**  1/16 2/11
**subject [1]**  8/11
**such [1]**  6/22
**suggest [1]**  6/21
**system [1]**  6/4

## T

**taken [1]**  10/9
**terms [1]**  6/1
**Tesheneck [3]**  1/24 10/4 10/19
**Thank [1]**  9/12
**their [2]**  2/5 7/4
**there anything [1]**  9/9
**thereafter [1]**  10/11

**third [1]**  3/15
**THOMAS [1]**  1/14
**Thorne [2]**  4/11 4/14
**those [2]**  2/15 9/1
**three [2]**  7/25 8/10
**time [13]**
**today [6]**  3/18 7/9 7/16 8/15 9/10 9/11
**tolerated [1]**  2/19
**Tom [1]**  2/8
**transcribed [1]**  10/11
**transcript [3]**  1/23 10/8 10/12
**transcription [1]**  10/11
**treat [1]**  6/21
**trial [5]**  1/4 1/4 6/3 8/12 8/22
**TRIAL-DAY [1]**  1/4
**true [1]**  10/12

## U

**under [1]**  6/24
**understanding [1]**  7/5

## V

**verdict [6]**  1/4 3/4 3/9 3/13 3/17 8/6
**verdicts [35]**
**Very [1]**  9/14
**views [1]**  7/7
**violation [1]**  2/20
**vocal [1]**  2/18

## W

**want [2]**  2/14 8/8
**Wardman [2]**  5/18 5/21
**we [8]**  2/1 3/5 3/9 3/13 6/4 8/7 9/1 9/14
**whatever [1]**  6/23
**whether [1]**  7/12
**willing [1]**  6/23
**Willis [1]**  1/9
**WISCONSIN [7]**  1/1 1/3 1/13 1/15 2/7 10/1 10/6
**wish [2]**  6/16 7/8
**withhold [1]**  8/5