UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANDREW L. COLBORN,

        Plaintiff,

   v.

Civil No. 19-CV-484-PP

NETFLIX, INC.; CHROME MEDIA LLC,
F/K/A SYNTHESIS FILMS, LLC;
LAURA RICCIARDI; AND MOIRA
DEMOS,

        Defendants.

## STIPULATION FOR SUBSTITUTION OF COUNSEL

The undersigned stipulate to the substitution of Kevin L. Vick, Jean-Paul Jassy and Elizabeth Baldridge of Jassy Vick Carolan LLP, 800 Wilshire Blvd., Suite 800, Los Angeles, California 90017, in place of Lee Levine, Leita Walker and Matthew E. Kelley of Ballard Spahr LLP, 1909 K Street NW, Suite 1200, Washington, DC 20006, to represent Defendants Chrome Media LLC, Laura Ricciardi and Moira Demos, as their attorneys of record in the above-captioned action and request that the Court enter an order to that effect.

Lee Levine, Leita Walker and Mathew Kelley of Ballard Spahr will remain as attorneys of record for Defendant Netflix, Inc.

James A. Friedman and Godfrey & Kahn SC, 1 E. Main St., Suite 500, P. O. Box 2719, Madison, Wisconsin 53701, will remain as attorneys of record for all Defendants.

/ / /

| | |
|---|---|
| Dated: April 13, 2020. | /s/ Lee Levine<br>Lee Levine<br>Leita Walker<br>Matthew E. Kelley<br>Ballard Spahr LLP<br>1909 K Street NW, Suite 1200<br>Washington, DC 20006<br>Phone: 202-508-1110<br>Fax:     202-661-2299<br>Email:  levinel@ballardspahr.com<br>            walkerl@ballardspahr.com<br>            kelleym@ballardspahr.com |
| Dated: April 13, 2020. | /s/ Kevin L. Vick<br>Kevin L. Vick (Application for admission to E.D. Wis. pending)<br>Jean-Paul Jassy (Application for admission to E.D. Wis. pending)<br>Elizabeth Baldridge (Application for admission to E.D. Wis. pending)<br>Jassy Vick Carolan LLP<br>800 Wilshire Blvd., Suite 800<br>Los Angeles, CA 90017<br>Phone: 310-870-7048<br>Fax:     310-870-7010<br>Email: kvick@jassyvick.com<br>           jpjassy@jassyvick.com<br>           ebaldridge@jassyvick.com<br><br>Attorneys for Defendants Chrome Media LLC, Laura Ricciardi and Moira Demos |
| Dated: April 13, 2020. | /s/ James A. Friedman<br>James A. Friedman<br>State Bar No. 1020756<br>Godfrey & Kahn SC,<br>1 E. Main St., Suite 500<br>P. O. Box 2719<br>Madison, Wisconsin 53701<br>Jassy Vick Carolan LLP<br>Phone: (608) 284-2617<br>Fax:     (608) 257-0609<br>Email: jfriedman@gklaw.com<br><br>Attorneys for All Defendants |

22173075.1