# Timothy Corrigan

## ADDRESSES

Cinema Studies Program
210 Fisher-Bennett Hall
University of Pennsylvania
Philadelphia, PA 19104

2316 Lombard Street
Philadelphia, PA 19146
610-304-1594
tcorriga@sas.upenn.edu

## EDUCATION

University of Paris III/Paris Center for Critical Studies, post-doctorate (1979), Cinema Studies.
Emory University, Ph.D. (1978), British Romanticism and Literary Theory.
University of Leeds, M.A. (1974), Irish Studies.
University of Notre Dame, B.A. (1973), English.

## ACADEMIC POSITIONS

Professor Emeritus of Cinema and Media Studies, English, History of Art, Univ. of Pennsylvania, 2019-
Professor of Cinema and Media Studies, English, History of Art, Univ. of Pennsylvania, 2003-2019
Chongqing University, Chongqing, China, Visiting Professor, May-June, 2018
National University of Vietnam, Hanoi, Visiting Professor, May, 2012
Penn English Program in London, Faculty Director, 2011
Director of Cinema and Media Studies, University of Pennsylvania, 2003-2007, 2011, 2014-2017
William Evans Visiting Fellow, University of Otago, New Zealand
Professor of English and Film Studies, Temple University, 1987-2003
Director, Temple University London, 2002
Chair, Graduate English, Temple University, 1985-86, 1999-2002
Honors Examiner, Swarthmore College, 1999, 2000, 2002, 2010, 2011
Temple University Rome, 1995-96.
University of Amsterdam, Visiting Professor of Film Studies, 1993, 1996.
University of Iowa, Visiting Professor of Film Studies, Summer 1992.
Director, Paris Center for Critical Studies, Summer, 1991.
Temple University Japan, 1986-87, 1990-91.

## AWARDS (SELECTED)

2014 Society for Cinema and Media Studies Award for Outstanding Pedagogical Achievement.

2014 Ira H. Abrams Award for Distinguished Teaching (The highest teaching award given by the School of Arts and Sciences, the University of Pennsylvania).

EXHIBIT
1

2012 Katherine Singer Kovács Award for the Outstanding Book in Film and Media Studies (awarded by the Society for Cinema and Media Studies for *The Essay Film: From Montaigne, After Marker*).

## BOOKS

*Essays on the Essay Film*. NY: Columbia University Press, 2017. Co-authored, edited, and introduction with Nora Alter. 372 pages.

*The Essay Film: From Montaigne, After Marker*. NY: Oxford University Press, 2011. 240 pages. Winner of the 2012 Katherine Singer Kovács Award for the Outstanding Book in Film and Media Studies. Trans. into Portuguese, 2014. Trans. into Farsi, 2018.

*The Global Road Movie: Alternative Journeys around the World*. Bristol: Intellect and Chicago: University of Chicago Press, 2018. Co-authored, edited, and introduction with José Duarte. 266 pages.

*American Cinema of the 2000s: Themes and Variations*. New Brunswick: Rutgers Univ. Press, 2012. Author and editor. 248 pages.

*Critical Visions in Film Theory: Classic and Contemporary Readings*. Boston and NY: Bedford/ St. Martin's, 2011. Co-authored and edited with Patricia White and with the assistance of Meta Mazaj. 1173 pages.

*The Film Experience*. NY: Bedford/St. Martin's and Palgrave Macmillan, 2004. Co-authored with Patricia White. 547 pages. 2nd Ed., 2009. 583 pages. 3rd Ed., 2012. 4th Ed., 2015. 5th Ed., 2018. 6th Ed., 2020.

*Film and Literature: An Introduction and Reader*. 2nd Expanded Ed. London and NY: Routledge, 2012. Translated into Vietnamese, 2013. 470 pages.

*Film and Literature: An Introduction and Reader*. Upper Saddle River: NJ: Prentice-Hall, 1999. Editor, author of "Film and Literature in the Crosscurrents of History" (78 pages), "Critical Borders and Boundaries" (16 pages), and supplementary material. 374 pages.

*A Cinema Without Walls: Movies and Culture After Vietnam.* London: Routledge/Rutgers UP, 1991. 258 pages.

*New German Film: The Displaced Image*. Revised and expanded. Bloomington: Indiana University Press, 1994. 224 pages.

*Writing About Film*. New York: HarperCollins, 1989. 2nd Ed., 1993. 3rd Ed., Pearson/Longman, 1997. 4th Ed., 2001, 5th Ed., 2004, 6th Ed., 2007, 7th Ed., 2010. 8th Ed., 2012. 9th Ed., 2015. Trans. into Chinese, 1998. Trans. into Arabic, 2001. Trans. into

Turkish, 2007. Trans. into Vietnamese, 2011. Trans. into Korean, 2010. 224 pages. Translated into Persian, 2015.

*The Films of Werner Herzog: Between Mirage and History*. London and New York: Methuen, 1986. Editor, author of "Producing Herzog: From a Body of Images" (19 pages), and supplementary material.Trans. into Chinese, 1993. Reprinted: Routledge, 2013. 232 pages.

*New German Film: The Displaced Image*. Austin: The University of Texas Press, 1983. 210 pages.

*Coleridge, Language, and Criticism*. Athens: Univ. of Georgia Press, 1982. 217 pages. Paperback edition, 2008.

## ESSAYS

"In Other Words: Film and the Spider Web of Description." *The Oxford Handbook of Film Theory*. NY: Oxford Univ. Press, 2020. Xxx-xxx. Trans. into Czech, 2020.

"Defining Adaptation." *The Oxford Handbook of Adaptation Studies*. NY: Oxford Univ. Press, 2017. 23-36. Trans. into Chinese, 2019.

"From American Roads to Global Highways." *The Global Road Movie: Alternative Journeys around the World*. Ed. Timothy Corrigan and José Duarte. Bristol: Intellect, 2018. 1-13.

"Still Speed: Accleration, Value, and Execution." *Cinema Journal* 55.2 (2016): 119-125.

"Biopics and the Trembling Ethics of the Real." *A Companion to the Biopic.* Ed. Deborah Cartmell. Malden, MA: Wiley-Blackwell, 2019. Xx-xxx.

"Essayism and Contemporary Narrative Cinema." *The Essay Film: Dialogue, Politics, Utopia*. Ed. Caroline Eases and Elizabeth Papazian. London and New York: Wallflower Press and Columbia Univ. Press, 2017. 15-27.

"Emerging from Converging Cultures: Circulation, Adaptation, and Value." *The Politics of Adaptation*. Ed. Dan Hassler-Forest and Pascal Nicklas London: Palgrave, 2015. 53-65.

"Adaptations, Refractions, and Obstructions: the Prophecies of André Bazin." *Falso Movimento* 1.1 (Fall 2014). Web. Tranlsated into Czech in *Dok Revue* 5.14 (Nov. 2014). Web. Translated into Portuguese in *A Escrita do Cinema: Ensaios*. Trans. Amândio Reis, in Clara Rowland and José Bértolo (eds). Lisbon: Documenta, 2015. 263-275.

"Back to the Future in *The Singing Detective*: Amphibians, Puzzles, and Adaptations." *Journal of Screenwriting* 4.3 (2013). 217-225.

"The Pedestrian Ecstacies of Werner Herzog: On Experience, Intelligence, and the Essayistic." *A Companion to Werner Herzog*. Ed. Brad Prager. Malden, MA: Wiley-Blackwell, 2012. 80-98.

"Friction, Failure, and Fire: Truffaut as Adaptive Auteur." *A Companion to Francois Truffaut*. Ed. Dudley Andrew and Anne Gillian. Malden, MA: Wiley-Blackwell, 2012. 317-332.

"Movies and the 2000s." *American Cinema of the 2000s: Themes and Variations*. Ed. Timothy Corrigan. New Brunswick: Rutgers Univ. Press, 2012. 1-18.

"Of Diaries on Film, or the Velocities of Non Place." *Der Essayfilm: Ästhetik und Aktualität.* Konstanz: UVK, 2011. 125-143.

"The Essay Film as a Cinema of Ideas." *Global Art Cinema*. Ed. Rosalind Gault and Karl Schoonover. NY: Oxford Univ. Press, 2010.

"On Refractive Cinema." *Corto Circuito: Il Cinema Contemporaneo Nella Rete*. Ed. Michel Fadda. Bologna, Archetip Libri, 2010.

"Teaching Film Auteurs." *Teaching Film*. Eds. Lucy Fischer and Patrice Petro. NY: MLA, 2012. 19-25.

"Auteurism." *Oxford Bibliographies Online*. NY: Oxford Univ. Press, 2011.

"'The Forgotten Image between Two Shots': Photos, Photograms, and the Essayistic." *Still Moving: Between Cinema and Photography*. Ed. Karen Beckman. Durham: Duke University Press, 2007. 41-61.

"Coming to America*." EJournalUSA* (June 2007): 1-6.

"In the Gap: Adaptation and Disciplinarity." *The Cambridge Companion to Literature on Screen*. Ed. Deborah Cartmell and Imelda Whelehan. Cambridge: Cambridge University Press, 2007. 29-44.

"Which Shakespeare to Love?: Film, Fidelity, and the Performance of Literature." *High Pop: Making Culture into Popular Entertainment*. Ed. Jim Collins. London: Basil Blackwell, 2002. 155-181.

"Transformations in Fassbinder's *The Bitter Tears of Petra von Kant*." *Post-War Cinema and Modernity*. Ed. John Orr and Olga Taxidou. NY: New York Univ. Press, 2001. 333-343.

"American Film Audiences." *Encyclopedia of American Studies*. Ed. George Kurian, Miles Orvell, et al. NY: Grolier, 2001.

"Keats, Hazlitt, and Public Character." In *The Challenge of Keats*. Ed. Allan Christensen et al. Amsterdam: Rodopi, 2000. 145-159.

"Auteurs and the New Hollywood." *The New American Cinema*. Ed. Jon Lewis. Durham: Duke University Press, 1998. 38-63.

"Zwischen Himmel und Holle: Die 'denaturalisierte' Welt des *Singing Detective*." *Unter die Haut: Signaturen des Selbst im Kino der Korper*. Ed. Jurgen Felix. St Augustine: Gardez Verlag, 1998.

"The Cinematic Essay." *Iris: A Journal of Theory on Image and Sound* 19 (Spring 1996): 85-91.

"Immediate History: Videotape Intervention and Narrative Film." *The Image in Dispute*. Ed. Dudley Andrew. Austin: The University of Texas Press, 1997. 309-329.

"Temporality, Postmodernism, and the Fassbinder Texts." *New German Critique* 64 (1995): 35-52.
"Der unlesbare Film: Lekturen und Fehl-Lekture zeitgenossischer Filme." In *Blick-Wechsel: Tendenzen im Spielfilm der 70er und 80er Jahre*. Ed. J. E. Muller. Munster: Nodus Publikationen. Pp. 57-75.

"From Wide-Screen Movie to Small-Screen Film." *Rotterdam Film Festival Catalogue* 22 (1993): 183-187. Published in English and Dutch.

"The Commerce of Auteurism: A Voice Without Authority." *New German Critique* 49 (1990): 43-59. Revised and expanded version reprinted in *Film and Authorship*. Ed. Virginia Wright Wexman. New Brunswick: Rutgers Univ. Press, 2003. 96-112.

"Film and the Culture of Cult." *Wide Angle* 8 (1986): 73-86. Revised version reprinted in J. P. Telotte, ed. *The Cult Film Experience: Beyond All Reason*. Austin: The University of Texas Press, 1991. 26-39. Translated into Russian, 2010.

"Producing Herzog: From a Body of Images." *The Films of Werner Herzog: Between Mirage and History*. Ed. Timothy Corrigan. London: Methuen, 1986. 3-20

"Cinematic Snuff: German Friends and Narrative Murders." *Cinema Journal* 24 (1984): 7-26. Reprinted in *The Cinema of Wim Wenders: Image, Narrative, and the Postmodern Condition*. Ed. Gemunden and Cook. Detroit: Wayne St. Univ. Press, 1997. 110-121.

"On the Edge of History: The Radiant Orgy of Werner Schroeter." *Film Quarterly* 37 (1984): 6-18.

"The Tension of Translation: Peter Handke's *The Left-Handed Woman*." *German Film and Literature: Adaptations and Transformations*. 260-276. Ed. Eric Rentschler. London

and NY: Methuen, 1986.Translated into French for *Mana*.

"Electric Money: Television Time as Television History." *Quarterly Review of Film Studies* 20 (1983): 83-90.

"The Figure in the Writing: Jean-Louis Schefer." *SubStance* 39 (1983): 15-20. Co-authored with Dahlia Judovitch.

"Werner Schroeter's Operatic Cinema." *Discourse* 3 (1981): 46-59.

"Wim Wenders's *Kings of the Road*: The Voyage from Desire to Language*." New German Critique* 24/25 (1981-82): 94-107. Reprinted in *Perspectives on German Cinema*. Ed. Ginsberg and Thompson. NY: G. K. Hall, 1996. 295-309.

"The Realist Gesture in the Films of WimWenders: Hollywood and the New German Cinema." *Quarterly Review of Film Studies* 17 (1980): 205-216.

"Interpreting the Uncitable Text: The Literary Criticism of Thomas De Quincey." *Ineffability: From Dante to Beckett*. Ed. P. Hawkins and Anne Schotter. New York: AMS Press, 1984. 131-147.

"*Biographia Literaria* and the Language of Science." *Journal of the History of Ideas* 41 (1980): 399-419. Reprinted in Harold Bloom, ed. *Samuel Taylor Coleridge*. NY: Chelsea, 1986. 167-191.

"Narrative Structure and *The Turn of the Screw*." *Studies in Short Fiction* 17 (1980): 22-41. Co-authored with David Cook.

"Coleridge, the Reader: Language in a Combustible Mind." *Philological Quarterly* 59 (1979): 35-53.

## TRANSLATION

"On the Object of Figuration." *SubStance* 39 (1983): 21-30. From Jean-Louis Schefer, *L'espece de chose: Melancholie*.

## INTERVIEWS

"Ethics and Aesthetics of the Real: Timothy Corrigan interviewed byAndrea Slovakova and Tereza Hadravová." *Kino-Ikon: A Journal for the Science of the Moving Image and Cinema* 23.2 (2019): 67-77.

"Timothy Corrigan interviewed by Patricia White." *SCMS Fieldnotes*. www.cmstudies.org. Toronto, 16 March 2018.

**INVITED LECTURES AND PAPERS (SELECTED)**

"Describing Cinema," Charles University, Prague, Czech Republic, 2019

"Troubling Documentaries," keynote address, SERCIA conference, Brest, France, 2019 and Material+Visual Worlds Transdisciplinary Studies. SUNY Binghamton, 2019

"Adaptation Studies," Chongqing University, China, 2018

"The Truth of Reenactments," University of Vermont, 2018

"Practically Essayistic," Union Docs, Brooklyn, NY, 2017

"Adapting the Real," keynote address, Film and Literature Associaiton Annual Conference, York, PA, 2015.

"Personal Cinema," Otterbein University, 2015.

"Essayism and Contemporary Narrative Cinema," keynote addresses, University of Maryland, keynote address, 2014 and University of Reading, keynote address, 2015. Columbia University, University of Sydney the University of Reading, 2015.

"Adaptation and Cinematic Value," keynote address, University of Lisbon, 2014.

"Film and New Media," "Adaptation Studies," and "American Cinema in the 2000s," National Univeristy of Vietnam, Hanoi, 2012.

"Contemporary American Cinema," Nanjing University, Nanjing, China, 2012.

"The Cinematic Legacy of Dennis Potter's *The Singing Detective*," School of Advanced Study, University of London, 2011.

"On the History of the Essay Film: From Vertov to Varda," King's College London and and University of Kent, Canterbury, 2011

"Refractions and Adaptations," Keynote Address, Adaptation Studies Conference, BFI, London, 2009

"On Refractive Cinema," University of Bologna, Bologna, Italy, 2009

"Adapting the Classics," National Humanities Center, 2007

"Film and Interdisciplinarity," Cornell University, 2007

"The Forgotten Image Between Two Shots," Harvard University and University of Pittsburgh, 2006

"The Pedestrian Ecstasies of Werner Herzog," Keynote Address, Werner Herzog Conference, London, 2005

"Writing as Rebellion in Truffaut's *400 Blows*," University of Oklahoma, 2005

"Resisting Peter Greenaway's *A Zed and Two Naughts*." Speigel Symposium. University of Pennsylvania, 2005

"Film and Infidelity." Cornell University, 2002

"The Three Faces of Lola: German Cinema before and after Fassbinder," Oberlin College, 1999.

"Visible Thinking: From Montaigne to Herzog," University of Pennsylvania, 1999.

"The Films of Alan Clarke: Essays on Ireland," University of Florida, 1998.

"Film and the Velocity of Experience" University of Vienna, 1996.

"The Literary Texture: Scorsese's *Age of Innocence*," Univ. of Amsterdam, 1996.

"The Cinematic Essay." University of Montreal, 1994 and SCS 1995

"Keats and Hazlitt: In a Public Voice." Bicentenario di John Keats, Rome, 1995.

"Film through Television: Movies in the 90s," Rotterdam Film Festival, 1993.

"Public Eyes: Videotape and Film Narrative," Keynote Address, Literature and Philosophy Conference, Pittsburgh, 1993

"Fassbinder and Postmodernism," Dartmouth College, 1992

"Contemporary Film and the Crisis of Interpretation." University of Toronto, 1992.

"Bergman and Modernism." Loyola College, Baltimore, 1990.

"The Business of European Art Cinema." Brooklyn Museum of Art, 1989.

"The Commerce of Auteurism." City University of New York, The Graduate Center, 1988. Alexander Kluge Symposium.

"Teaching Film through Video." Osaka, Japan, 1987.

"The Debris of Contemporary Film Culture." University of California, Irvine and University of Southern California, 1986.

"The Hysteria of Film Genre." University of Texas, 1986, Rutgers University, 1988, the Columbia Seminars on Aesthetics and Interdisciplinary Interpretation, 1988.

"Schlondorff's Young Toerless: A Literature of Images." Clark University, 1985.

"Cowboys in Hamburg." University of Montana, 1985.

"New Waves/Old Waves." WHYY (NPR's "Fresh Air" with Terry Gross), 1984.
"The Ruins of History: Alexander Kluge." Cornell University, 1984.

"A/Z: Film and the Erotics of Reading."University of Toronto, 1984.

"Cathartic Cinema: Dressing-Up Violence in the Films of Brian De Palma." Bryn Mawr College, 1984.

"The Exorcism of the Image." City University of New York, 1983.

"The Drums of War: Grass and Schlondorff." University of Pennsylvania,1983.

"On the Edge of History: Schroeter's Radiant Spectacle." Center for Twentieth-Century Studies, University of Wisconsin, 1982.


## PROFESSIONAL EXPERIENCE (SELECTED)

Editorial Board, *New Review of Film and Video Studies*, 2015-.
Editorial Board, *Remapping World Cinema: Regional and Global Transformations* (Routledge), 2010-
Editor, *Adaptation: The Journal of Literature on Screen Studies*. Oxford University Press, 2006-
Editorial Board, Cinema Journal, 2008-2013
ACLS Fellowship Committee, 2004-2006
Trustee, Association of Adapation Studies, 2005-
Director of Cinema Studies, University of Pennsylvania, 2003-
SAS Personnel Committee, 2005-2007, 2010.
Director, Media and Communications Program, Temple London, 2002.
Director, Graduate English, 1999-2002.
Chair, Humanities Curriculum, Temple University Rome, 1995-1996.
Chair, Promotions and Tenure, Department of English, 1994-1995
Director, Paris Center for Film and Critical Studies, Summer, 1991.
Executive Council Member, Society for Cinema Studies, 1989-92.
CIEE Representative to the Paris Center for Critical Studies, 1984-88.
Director, Interdisciplinary Conference on Media Literacy, 1986.
University Graduate Board, 1985-86.
Graduate Executive Committee, 1983-86, 1987-90.

Fulbright Awards Committee, 1982-85.
Steering Committee for Paris Center for Critical Studies, 1979-84.
Assistant Editor, *Sun & Moon: A Journal of Literature and Art*, 1979-81.
Assistant Editor, *The Wordsworth Circle*,1980-81.
Associate Editor, *Journal of the History Ideas*, 1980-82.