IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ANDREW L. COLBORN,
            Plaintiff

v.

NETFLIX, INC., et al.,  Case No. 19-CV-484
            Defendants.

## DECLARATION OF R. GEORGE BURNETT

| STATE OF WISCONSIN | ) |
|---|---|
|  | ) SS |
| COUNTY OF BROWN | ) |

R. GEORGE BURNETT, being first duly sworn on oath, deposes and says:

1. My name is George Burnett and I am an attorney with the Law Firm of Conway, Olejniczak & Jerry, S.C. I am licensed to practice in the State of Wisconsin and I submit this declaration in opposition to Motion to Dismiss. If I were asked to testify, I would testify consistent with this declaration, and I have personal knowledge of all facts set forth herein.

2. Attached as exhibit 1 is a true and correct copy of the video from the video deposition taken of Andrew Colborn on October 13, 2005.

3. My office obtained this video deposition from Magne-Script court reporting.

Dated this 30th day of April, 2020.

                                      *s/R. George Burnett*
                                      R. George Burnett

*201915.01:#3392194*