# Exhibit 1 to Declaration of George Burnett

Colborn v. Netflix, et al.

COLBORN VIDEO DEPOSITION
(filed with Clerk of Courts)