IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

ANDREW L. COLBORN,
        Plaintiff

v.

NETFLIX, INC., et al.,         Case No. 19-CV-484
        Defendants.

---

## DECLARATION OF ANDREW L. COLBORN

---

STATE OF WISCONSIN    )
        ) SS
COUNTY OF MANITOWOC    )

ANDREW L. COLBORN, being first duly sworn on oath, deposes and says:

1. My name is Andrew L. Colborn and I submit this declaration in opposition to Motion to Dismiss. If I were asked to testify, I would testify consistent with this declaration, and I have personal knowledge of all facts set forth herein.

2. I have reviewed the contents of Colborn Exhibit 1, submitted with Plaintiff's brief, and it contains true and correct copies of voicemail recordings that I received on my office phone line while working at the Manitowoc County Sheriff's Dept. between 1-3-16 and 11-16-16.

                                           *s/Andrew L. Colborn*
                                           Andrew L. Colborn

*3392137*

1
Case 1:19-cv-00484-BHL   Filed 04/30/20   Page 1 of 1   Document 130