# Exhibit 1 to Declaration of Andrew Colborn

Colborn v. Netflix, et al.

VOICE MAIL MESSAGES
(filed with Clerk of Courts)