# Episode 43: Moira Demos and Laura Ricciardi, Making a Murderer — Part 1 of 2

By Crime Story Editor



Kary:

This is the Crime Story Podcast with Kary Antholis where we have conversations about how and why narratives of crime and justice are told. Today's podcast is part 1 of a 2-Part conversation with Moira Demos and Laura Ricciardi, the makers of the breakout True Crime series Making a Murderer. The conversation was recorded as part of a series of classes that I taught at The University of Southern California's School of Cinematic Arts. Each week I would host an artist for a discussion that would help us better understand their values and aims as storytellers in the world of crime and justice.

During part one of our conversation, we discussed Moira's and Laura's respective paths into filmmaking, the origins of their pursuit of the Steven Avery story, the major shifts in the proceedings, their philosophical and aesthetic choices during production and how they supported themselves over the eight years it took to make the series.

One final note before we begin. Apologies for the sniffles and congested tone of my voice during this interview. I was fighting a pretty significant head cold that day. And with that said, here is Part 1 of our conversation.



**CRIME STORY DAILY   THE JOURNAL ˅   PODCAST   ABOUT ˅**

Kary:

I don't think tha
these students 1

into filmmaking and then how you met and started working together.

Moira:

I'll start. I was a women and gender studies major undergraduate, I took some film classes but I thought I need to study other things while an undergrad. Then I thought I wanted to be a DP, a cinematographer. The day after graduation I went to work on set just to get my foot in the door and was trying to decide lighting or camera, which department, and I ended up going to lighting because I thought I have a sense of framing and I have a sense of how to shoot, or so I thought, and so I did lighting, which then I got into the union. It turned into a great living and a lot of work, but I certainly wasn't shooting films.

Moira:

I then realized that I had told myself I wanted to be a DP because I didn't have the ego to say I wanted to be a director, because I was surrounded by a lot of young people who wanted to be directors, and I thought they were full of it. I knew they didn't make the films, so I wanted to shoot. But by then I realized it was just as hard to become a DP and that I should do what I really wanted to do, and so I switched careers and became an editor, because I thought that had a lot to do with directing.

Moira:

Then after a few years of editing... because I didn't want to work my way up the ladder anymore, so I was working on very low budget things, features that people had mortgaged their houses to make and they weren't what they thought they were going to be, and they were realizing that in the edit, and I was the only one there. It was a lot of rough times but I learned a lot and then decided I'll just treat myself to film school, where I can be a director for at least three to five years, and that's where I met Laura.

Kary:

How many years out of college were you when you went back to film school?

Moira:

Ten years.

Kary:

Wow.

Moira:

Then we met, but Laura had a very different road to our meeting at film school.

Laura:

CRIME STORY DAILY    THE JOURNAL ›    PODCAST    ABOUT ›

Yeah. We met in [obscured]
met on a classr[obscured]
But in undergra[obscured]
traditional road.

Office actually, which was the Federal prosecutor's office. I summered there between my second and third year of law school in Hawaii, so that was a definite draw. I thought I wanted to be a state prosecutor or a Federal prosecutor actually. Then I went on an interview, a job interview, at the Manhattan DA's office. It was a panel interview. I left it crying, so that didn't go very well

Kary:

Do you mind my asking, what was it that provoked the tears?

Laura:

I think I was just sort of overwhelmed, because I'd done fairly well in law school. I was a member of Law Review, and I was being challenged about why would I want to work for the DA's office as opposed to pursuing a more lucrative career in the private sector. I'm sure they were just challenging me and wanted to know, but I wasn't up to snuff, so it's a good thing I didn't do better, because I'm sure I would have gotten torn apart in the courtroom.

Laura:

Basically, I went on a path through the public sector. After I summered for the US Attorneys Office and wound up working in the Attorney General's Honor Program, the US Attorney General's Honor Program, for the Federal Bureau of Prisons, and I left that after a short while, and then I went into the private sector, worked for a mid-sized firm, and then just realized I couldn't deny myself anymore. I wanted to go to art school and decided to go to film school. That's where I met Moira.

Kary:

What drew you to one another as filmmakers?

Moira:

I think it was just by starting to work together. What drew us to each other was just each other. We were also life partners, so that happened first, and then we started working together. We were helping each other on our various school projects. The way Columbia works is the first two years it's full-time coursework. You're making films but they're just for that semester. They're not more than that. Then you have sort of free, open time with a few classes available to you to make your thesis work. It was in that period of time, once we finished all of our coursework, when we were sort of looking for projects and thinking about our next step in life, that we read that article in the New York Times.

Kary:

Before we get into your reading the article and what it was about the article that inspired you to go to Manitowoc County, who were the artists, the thinkers, the people in the public eye, who inspired you, whose work inspired you to want to be storytellers?

Laura:

It's interesting, called research producer, she's documentaries, work in progress. We would watch one of their finished films at home and then come in and sit down with them, watch a work in progress, and talk to them.

Laura:

I remember at that time for the first time, seeing *Paradise Lost*, which is Joe Berlinger and Bruce Sinofsky's amazing... I mean, it became a trilogy, but if you saw the first part, I remember Moira and I were watching it, and I was like, okay, we have to go back to the video store, because there were video stores at that time, and I said, we have to get the second part. I have to know what happened. I think on some level I thought what sucked me in was this question of did they do it, did they not do it, but I also recognized that it really was about that particular community and how they responded to this atrocious crime and the treatment of those three young men who were ultimately taken into custody a while after the crimes had occurred.

Moira:

Certainly *Paradise Lost* is one of our inspirations for this project. I would also say the work of Barbara Kopple and especially her early films, where you have such a strong sense of being in a community, but then you're sitting at their kitchen table or on their porch, and then the next thing you know you're at a big public hearing or a press conference. Just that intersection of a debated public thing going on but being intimate with the characters at the same time and how she could weave that together. I definitely think about her films as a model.

Moira:

The interesting thing about Columbia is it's entirely a narrative program. This one class Laura mentioned was the one documentary class that was happening. It was once a week for eight weeks or something, and it just consisted of watching some films and meeting some great directors. But story is story, and so when we were embarking on this, it very much was about just applying everything we had learned in our screenwriting classes and everything about directing of where do you put the camera. When you're covering a vérité scene, you want it to cut like it's a dramatic scene. So, all of those things, it didn't necessarily matter that we didn't have the training in the documentary sphere.

Kary:

We distributed to the class the article that inspired you to go to Manitowoc County. How long was it between when you finished Columbia and when you read that article?

Moira:

We were still students when we read the article.

Kary:

You were still students?

Moira:

**CRIME STORY DAILY    THE JOURNAL ⌄    PODCAST    ABOUT ⌄**

Yeah.

Kary:

What was it about that article that inspired you to go? Did you start working on the film when you were still students?

Moira:

Yeah. Yeah, we had to take a break from the film to figure out how to graduate. You go ahead.

Laura:

Yeah. I would say I was captivated just by the headline of the article and the side-by-side photographs of Steven walking out of prison in 2003 and two years later, in the jumpsuit flanked by officer, being escorted into the courtroom. This was 2005. It was the fall of 2005. I think if you trace back sort of the origins of the exoneration movement and DNA testing, that was 1992, so even though this was 13 years later, it's still happening, people are still being exonerated through DNA evidence. I'd never heard of someone who was exonerated who was later charged with a crime, let alone exonerated through DNA evidence that definitively exonerated him.

Laura:

I started reading the article. Moira and I were on a train with her cousin. We were headed up to Massachusetts for the Thanksgiving holiday, and I just kept elbowing her and her cousin and reading the article. I just could not believe it. It seemed so rich. The one thing that especially grabbed me was a quote by Steven's brother Chuck, and he says… because there's a mention earlier in the article of Steven's 36-million-dollar lawsuit. Then Chuck says to the reporter, "I'll give you 36 million reasons why law enforcement would want to set up Steven." I immediately recognized that as a conflict of interest or a potential conflict of interest and wanted to know more.

Kary:

Take us to that moment when you arrived in Manitowoc County.

Kary:

Part of the reason Laura and Moira chose this episode to show us is that this is essentially when they arrived there to start covering the trial.

Moira:

That's right. The first scene in the episode you just saw was Steven's preliminary hearing, which was December 6 of 2005, and that was our first day of shooting, and it was really cold. It was like six degrees below zero, and we had co-opted Laura's sister and brother-in-law and his brother to drive up from Chicago to help us out.

Moira:

We had driven out from New York City. It was about 16 hours. We were viewing it as a sort of week to test the waters. We had called the media coordinator to find out what was the situation with cameras, and Wisconsin actually, there's a Supreme Court ruling there that cameras are allowed in courtrooms.

It's up to the ju
was a spot in th

Moira:

We actually screened part of *Paradise Lost* in the motel the night before for our three crew members who were joining us, to try to explain how we might try to cover this courtroom that we hadn't seen and everything, but it was an incredibly charged atmosphere. It was standing room only in the courtroom. Laura went inside.

Moira:

We left her brother-in-law outside at the mult box. We could have cameras in the hallways. There were lots of people that hadn't gotten in, so we were doing interviews with them. As I said, we thought it would be a week to test the waters, but I think within a few hours it was clear that there's an incredibly rich story here, and there's so many sides to it. It's also accessible. We often talked about, if this had happened in New York, we could have never shown up at the courthouse, but there was something accessible about it being in a small town.

Kary:

How did the conversations evolve about storytelling approach and as you realized that this was something that had a lot of life to it, how did you begin to break down how you were going to cover the narrative?

Laura:

I think we recognized early on that it had the potential to be multi-dimensional. It was so clear that there were so many players. That was the first thing we recognized. Besides the fact that we knew that Steven would be an interesting subject or character, because here was a man who was uniquely positioned... His story is unprecedented. It was unprecedented. There had been one person I think who'd been exonerated before him who was charged with a serious crime, but I don't even know if that person had been exonerated through DNA.

Laura:

One of the major questions we had going out there was why would somebody who not only maintained his innocence in 1985, or proclaimed it in 1985, but maintained it for 18 years and fought to get out, why would he get out and do something like this to a woman he had a business appointment with. That was a major question for us. We certainly didn't have any answers.

Laura:

We went out there with tons of questions, and we just knew that there was going to be more than met the eye, and then we had no idea. Once we started just doing some initial research, it became apparent... I started reading deposition transcripts from the civil rights case and realized that some of the same names were popping up from the civil lawsuit to the homicide case, including Andrew Colborn, James Lenk, Ken Petersen, who was the sitting sheriff at the time. We knew it had the potential to be a rich, complex, layered story and that we had a lot to really sink our teeth into.

Moira:

After that first something we c were going to h give us an oppo

really, you have to do it yourself. This seemed like a golden opportunity.

Moira:

It felt like an incredible story we had found, and when we assessed each of what we brought to it, between Laura's legal background and her writing education and my also writing education but technical background on sets, so that if there were any two people that could just kind of show up and do this, it was that we could probably do this.

Moira:

We ended up subletting our apartment and buying a car and moving there. A lot of what was going on is that we were there to become in a way a part of the community or to build relationships sort of one at a time and be covering things as they happened, whether it was a big court event or even just family drama, but that also left a lot of free time to do all the research, as Laura was talking about, about the past case, and understanding that it really was going to be about the past informing the present and how are we going to do that.

Kary:

Did you self-finance and for how long did you self-finance?

Moira:

We did self-finance for eight years.

Kary:

Wow. We'll get to that end.

Commercial break for crimestory.com.

Kary:

You mentioned you moved there. We began this semester reading and watching the Richard Brooks version of *In Cold Blood*. of all the people that we've had and that I think we're likely to have, you're the only people that I know that have actually moved to the location to cover it and become part of the community.

Laura:

It's funny. A big reason we did is what you see playing out in Episode 3, because when we first moved out there, we took an apartment. I don't even know if we had a lease. It might have been sort of a month-to-month situation, and we thought that there was a likelihood that Steven would go to trial in the spring, so that would be maybe a few months from when we started production, or then even later maybe in the fall.

Laura:

We wrote a lett[er]
do, that we wa[nt to]
mother a[n]d his
with them. We [...]

what, just how charged that was and everyone's interest in it, and thought, these are ordinary people in extraordinary circumstances, and we're coming and asking if we can put a camera on them while this is happening.

Laura:

I think what they appreciated about us, what we've heard from them is, it wasn't as if we just drove up with cameras and started filming. We wanted to be people to them first. W, and we actually, we would watch the nightly news, the local news, and it was on at 5:00 and 6:00 and 9:00 and 10:00, and the market was saturated with stories about Steven and then of course later Brendan, so it was like, I don't remember if the program was 30 minutes or an hour, but it was like two-thirds of it was about the Halbach case.

Laura:

What that meant was that very often local reporters would just drive out to the yard and jump out of a van with cameras, and the cameras have a light on it. They're following Chuck into the office, and he's trying to run a business. At first, the family was open to talking, because they thought they were defending Steven or presenting their opinion or their point of view, and after a while, they would start to see... and this is what they told us, that they would start to see how the news was reported, and they felt like they were done an injustice through the news reports. So, I think we were welcomed by them in a way because of who we weren't.

Laura:

It's interesting, because I think there was the reverse effect on law enforcement and others, who were more skeptical of these two young women from New York who had no history in Manitowoc, who were maybe coming out and being opportunists or something. We really just tried to spend time with them, be people first, and then... I think we were actually very much helped by the fact that the biggest our crew ever ballooned to was four people. It was very intimate. It was one camera most of the time, sometimes two cameras, and I was just in conversation with them.

We were actually packing up to move back to New York, and we figured we'd be in New York until the trial came. The night we were packing, we got a phone call saying, "There's going to be a press conference tonight. You should go," and we went. That was the March 1st press conference, when Ken Kratz first announces that a relative of Steven's has confessed, so we went back to the apartment and started unpacking our boxes, because we knew that was going to change everything. We really had no idea how much, but what that meant was that we wound up being sort of in continuous production for 18 months, through the verdicts and sentencing, so that really changed things quite a bit.

Moira:

Yeah. We had gone in thinking this is a documentary feature. It might be long, but you had very clear arc to it. We knew Steven wasn't going to take a plea deal, so he was going to go to trial. You could see how it was going to fit in even if it was going to be a little bit bursting at the seams. But then, as Laura says, when there were the press conferences about Brendan and that complicated the cases, then you had a whole other case that you were following, it complicated the family dynamics, and suddenly it could never be a feature.

**CRIME STORY DAILY**    **THE JOURNAL** ˅    **PODCAST**    **ABOUT** ˅

Moira:

You asked how what the story

Kary:

How do you live, how do you survive over eight years of covering one story? How did that work?

Moira:

It was really hard. At the beginning, the idea that a week after you read an article you can go somewhere and just shoot for 18 months is really only possible because we were students and had access to student loans, so we maxed out on our student loans, and we maxed out on a whole bunch of zero percent credit cards, and at least covered it, because it was only going to happen once, and if we didn't, we'd lose it. Then at that point, so it was August of '07, we moved back to New York and went back to work.

Moira:

Because we had had careers before film school, we had things we could fall back on, so Laura went back to a law firm, and I went back to working on set. We a little bit took turns, but then it turned into Laura working mostly and me trying to pull together material in the edit.

Kary:

you were practicing law for six years, six or seven years, during the course of your piecing together the film?

Laura:

Yeah. Basically, what I did was I demoted myself from an associate position, which was you're on a track, you have to bill all these hours, to a contracted attorney position, so I could work hourly and have more flexibility. But what I would do is I would take the recorded phone calls, especially Brendan's calls. We had hundreds and hundreds of hours of Brendan's calls, and I would listen to them at work. I don't even remember how I juggled both, but that afforded me the time and the opportunity to comb through his calls and try... Then I'd come home and have my notes for Moira, and we had post-production interns, I guess, and people helping, who were doing things...

Laura:

Because we shot on mini DV, and we didn't even have enough drive space for all the footage we had, so we would, the interns would be logging and capturing our footage. Then our drives would get loaded up. Moira would be working on an assembly or something. Then we'd have to dump stuff from the drives to make room for more... I mean, it was just... It was insane.

Kary:

How did you come to the conclusion that you had enough to go, to go somewhere to sell it How did you feel like you were ready to finish what became season one?

Moira:

Well, in the end went to IFW, Inc feature. You're Lowe from PBS have an outline right here," yeah.

Kary:

You had thought about it?

Moira:

Yeah. I think at that point we had it as a three-part series. Basically, what happened is, the more you worked in material like that got fleshed out, and so material we hadn't been in so much, you could imagine might just be one episode, but it was really three. Along the way, we had a three-part, four-part, five-part, six-part, eight-part, ten-part... but it was always the same story. It was just how much material did we have to be able to tell it the best.

Moira:

I think what happened to us partly was when we jumped on this train, it was moving very fast, and so we at least made that commitment to stay on. But then what I often point out to people is, so when we moved back to New York with all this new debt and have to figure out a way to keep going, we've also, we've basically filmed Episodes 1 through 9 at that point. If you can imagine having witnessed that sort of from the inside, the choice of just putting that in a box and saying, "Oh, that's not really that interesting," or, "It's okay not to share that," that really wasn't a choice. I think you just have to get to the place of if you can't not do it, then you don't really think twice about the sacrifice. It's just how you get by and what you have to do.

Laura:

I would add to what Moira was saying too, because part of what we felt we were witnessing was history being erased, and we really couldn't tolerate that. It was really like, well, what price are you willing to pay to ensure that this story gets out there, a more complete story, gets out there. Because there wasn't much talk about the lawsuit as being relevant to any of this, and regardless of whether it had a true effect on the Halbach case or the Halbach investigation, it happened and it deserved its moment.

Laura:

There was a lot that Steven's lawyers and Steven himself were uncovering that went wrong in the 1985 case, and it was so appalling that, in my opinion, at least, that the the Attorney General's office didn't take it more seriously and do something meaningful with it. Steven's attorney, Steve Glynn, was saying when the Attorney General found that there were no criminal violations, no ethics violations, in the 1985 case, which was so clear, Stephen felt he had no choice but to bring the lawsuit, so we felt like that was a very important part of the story, and we didn't want it to be lost.

Laura:

The other thing is, in terms of choosing a format and really fighting for it., we really felt... We were afraid that if we had to put it out as a feature, we knew that the part of the story that would be sacrificed was Brendan, because Steven was our protagonist, and we really felt like Brendan's story needed to be told. We really stuck to our guns on that., and we tried to think... We tried to be creative

and think of all three features of storytelling.

Commercial break for crimestory.com.

Kary:

Our last guest was Dave McMahon, who with Sara Burns, did *The Central Park Five* film, and coerced confessions is a big part of that story. When did you become aware of the nature of Brendan Dassey's confession and the nature of the questioning that so clearly feels coerced in the film, in the finished film?

Laura:

I think it was a press conference when Jerry handed out his memorandum with the-

Moira:

Well, we had already interviewed Larry White. I actually think this is an opportunity to talk about our goal... Because we moved out there for 18 months, we lived through all of this. We had our own responses to everything that was happening. Then we had the whole story basically and then had a lot of time to do research and fill it out and figure out how to lay it out. One of our goals in the edit and in the writing was to tell it chronologically and to take the viewer on a journey and to give the viewers an experience.

Moira:

I think this episode in particular really captures very much our experience of you're going along, you're mostly with the family. They're saying Steven didn't do it. There seems to be a million reasons why he wouldn't have done it. Then all of a sudden there's this press conference, and it's horrifying, and you don't know what to think. That was very much our experience.

Moira:

Laura says we get this call and we're going... It's actually the first press conference we were in town to cover, so that's the first time we're just behaving as if we're allowed to be there. Shooting and listening to everything Kratz has to say about what Steven did, and it was very shocking. We wanted in the episode to let that play out in a similar way. Nobody's commenting on it. He's just saying that, and you can believe it, you can not know what to think, all of that. But then as you start to hear a little bit more from the family about what was going on with Jodi and how that related to when they went to Brendan and then talking to an expert in confessions who starts walking you through it, you start rethinking what all of this means. It was within a few weeks of the press conference that we then learned more about the context of everything.

Laura:

I think what's important about that too is part of what we were interested in were these competing narratives. We had cast the widest net we could to try to involve everyone in the production, and the State turned us down. There wasn't much we could do about it. It was a pending, ongoing case. But we had reached out to them, so we sought ways to include their point of view. What Moira was describing, and part of the experience we wanted to give the viewers, the first two episodes are so, it was really important for us to tell the story chronologically because it is so complex, and we thought

people would n(
that, and also w
a lot too

Laura:

Part of what we learned just from some feedback screenings, which was always a small, select group, was that when people watched the first two episodes, by the end of the second episode, they had empathy for Steven. They knew he'd been wrongly convicted. They knew he was trying to do something constructive and not have his 18 years in prison have been in vain. But then of course he gets rearrested, and there seems to be really compelling evidence against him, physical evidence against him, but you're not sure what to think, but they feel for the guy, which is really important, because he's our main character. We need people to care about him.

Laura:

When Brendan, we sort of called it, "Kratz has his day," when he gives his March 1st and March 2nd press conferences, the tables have turned once again, and now he has the dominant narrative, and the dominant narrative is this guy has not only gotten out, squandered whatever opportunity he had to rebuild his life, killed this poor, innocent young woman, who he's lured to his property because he's this sex-crazed maniac basically, and not only that, he's gotten his 16-year-old otherwise innocent nephew involved.

Laura:

People really felt like the rug had been pulled out from under them when they first learned about Brendan as we did. It was very destabilizing. But then of course when we started to learn about the tapes themselves and knew that Dean and Jerry had hired an expert, Dr. White, we knew that if Dr. White would give us an interview, that we could hear his analysis of the tapes, and once we did, my questions... I conducted all the interviews, and I asked very open-ended questions. I asked a question and I sit and I'd listen. I'm not trying to guide anyone in their answers. When we had the footage and were able to analyze it, we realized this person is deconstructing what we're seeing in the interrogation. He's educating us about what's playing out. We thought that was really important.

Laura:

I think the first time we saw the tapes must have been when they became available through the clerk's office maybe. For us, it was always really important to try to maximize our use of primary source materials, because we thought... We are not using any voice-over narration. As Moira said, we wanted to try to immerse the viewers in the story, and through primary source materials it's an amazing way to do it. Of course we had to rely on some bit of narration that's coming in this episode through Jerry Buting and Dr. White, but it also contextualizes things, and as long as it's moving the story forward and you're learning something new, we felt that's okay.

Kary:

There's also a very noticeable juxtaposition between the slice of life scenes with the Avery and Dassey families and the more procedural aspects of the story. Can you talk a little bit about what inspired you to establish that juxtaposition?

Moira:

Sure. Some of it What we were t incredibly uniqu extreme to anot you were going to go on that journey.

Moira:

We see so many news reports about court, or you've seen court, but what does it actually feel like to be there? If you've driven to court with somebody and then you see them sitting there, you're more likely to place yourself there or... Then often it's also exactly like you said, the juxtaposition, they're saying... Something happens in court. Something else is being described as happening on the news, and then about the effect of it on the family is totally different, and how did those three worlds connect. Because we had that a lot, of what was on the news had nothing to do with what was going on, and yet that was, that's the public narrative, and then there's what's actually happening. If you can recognize those two different things, it teaches you to read the news differently.

Laura:

Yeah. We also recognized our limitations in producing this. Part of it was just we had no money, and we're out there, but we had time, we learned over time that time was the best commodity to have actually, because it afforded us the opportunity to be at the yard. That combined with lots of other people not wanting to shoot with us meant, okay, well, these are the people we have access to. We're trying to build relationships with them, trying to build trust with them. That's the most important thing with subjects. If you're able to do that, they'll let you in, and they'll let you in even in their darkest moments.

Laura:

We learned very quickly that we were not going to be able to bring cameras in to film Steven. We were able to visit him at the jail, but most of the time we decided we'd prefer to be filming with family or Jodi visiting than going in ourselves. We wanted to build a rapport with Steven, but we mostly did that by phone.

Laura:

In terms of story, we realized that you have the person who's incarcerated. At that point Steven's awaiting trial, accused of crimes that will put him away for life. But the people on the outside who care about that person, they might as well be sitting in a jail cell next to them. They're just as close to it as anyone could be. We felt very fortunate and grateful that Mr. and Mrs. Avery, especially, let us in, and Chuck and Barb, and of course there was a scene where we sat down with Mrs. Avery, Chuck and Barb, and they're reading hate mail that they've been getting from the public. This was before Brendan, so we're sitting there and we're talking to Barb and hearing about how her other sons don't even want to come home and these different things. None of us is aware at that point about what's going to happen with Brendan.

Laura:

Just getting back to recognizing our limitations, one of them was that we had no on-camera access to our protagonist, and so we... and Maureen Ryan, the woman, the professor I mentioned earlier, she said to us, she gave us a great piece of advice, and she said, "You have to embrace your limitations and think about ways to overcome them." We said, "Well, we'll just make it part of our aesthetic." No one really has access to Steven, so why should the viewers? We just decided that I was going to do

phone interview reporters did in

Laura:

Moira and I were not interested in anyone talking about, like any family members or Steven, talking to us about what may or may not have happened to Teresa Halbach, because we weren't investigating the crime. As Moira said, we were trying to document the experience of the accused. There were reporters, though, and it helped, because there were certain plot points where it was important, where a reporter would ask Steven things, and they would get into, "Well, how did your blood wind up in the car," or whatever it was.

Kary:

Before I get to Netflix and the airing of it, I want to establish a baseline for the community response and the feelings of the family members on the one hand and the members of the prosecution team, including investigators and cops, toward you before the film was released on Netflix.

Moira:

There was a long period of time, and things did shift, because… When we first arrived and you see it in this episode too, there were a lot of people in the public that were thinking, "Why would Steven do this," and the key, that key doesn't make any sense. There was some open debate, but things really shifted after Brendan happened. At that point, it was few and far between who would even have an open mind about guilt or innocence.

Moira:

Our criteria for who we wanted to be in this series was anybody with first-hand experience. We didn't go out looking for some expert just because they're knowledgeable about the topic. Larry White, we interviewed him because he had been hired by Dean and Jerry, and he was potentially going to be part of the case, so anyone with first-hand experience. We had a lot of cases that we were covering, from the Sandy Morris case, the Penny Beerntsen case, so everybody on all sides of all those cases we reached out to. Some people said no. Some people didn't even respond to that.

Moira:

For the most part, law enforcement was, tolerant. We had a right to be in the courthouse, but we did have a lot of trouble. We were trying to license footage, because we had so little on-camera footage of Steven Avery. They were all perp walks of him being led into court, and he had had two years of freedom and was in the news a lot. This was a period of his life we knew had to be in the story. We would call up news stations to try to talk to their news directors about procedures for licensing footage. This is, we're offering to pay them money for their footage, and we would say, "Footage of Steven Avery," and they would hang up on us. There were obstacles out there.

Moira:

It was clear that the State was very suspicious of us. They tried to subpoena our footage. It was totally baseless. They said that they believed that we had information that was pertinent to the case that was either helpful to the State or helpful to… I think they might have even just said helpful to Steven. It was ridiculous and they knew it. We had to hire a lawyer, and this was right around the time I found out that my student loans were being clawed back, so we had lost all that money. Then here we were penniless. We were beyond broke. We had negative money, and we had to hire a

private attorney was going to be

Moira:

I had to give an affidavit. Then we attached some exhibits to the affidavit that showed that my letter asking Ken Kratz to participate in the filming. That was in 2006. If you watch him on the news in 2017, I think it is, he's claiming he's never asked to be in the show, or he wasn't asked until 2013. I mean, just craziness. It's like my letter is part of the case file.

Moira:

Yeah, that was unpleasant and very scary, because we thought if the judge rules in their favor, they are effectively shutting us down, because we're shooting on mini DV, and they want copies, they're trying to get copies of all of our footage. We were very fortunate. It was Steven's trial judge, Judge Willis. He ruled in our favor. He said we were entitled to journalistic privilege, First Amendment grounds. We won, and we thought that was great for that jurisdiction at least, so the next person who comes along and tries to tell a story, we'll have some protections and not be bullied like that.

End of Part 1