# 'Making a Murderer' Steven Avery Releases Letter From Behind Bars

*He sent a 3-page note to an ABC affiliate in Milwaukee.*

By MICHAEL ROTHMAN
January 22, 2016, 2:25 PM • 5 min read



**'Making a Murderer' Prosecutor, Filmmakers on Evidence Left Out: Part 1**

*Former prosecutor Ken Kratz says filmmakers Laura Ricciardi and Moira Demos left out key pieces of evidence from Avery trial.*

— -- A Milwaukee reporter sent convicted murderer Steven Avery a letter asking for comment on the Netflix series "Making a Murderer" and received a three-page letter in return.

Avery, a Wisconsin native, spent 18 years behind bars for a sexual assault he didn't commit and was later exonerated by DNA evidence. The eight-part series follows Avery from his 2003 release to his conviction in 2007 of killing photographer Teresa Halbach.

ADVERTISEMENT



Please review our Terms of Use which changed in the United States and Canada on 04/14/20.

Learn More

## Top Stories



'Making a Murderer' Steven Avery Releases Letter From Behind Bars
Jan 22, 2:25 PM



Coronavirus updates: 100 bodies found in trucks outside NYC funeral home
3 hours ago



How accurate is US COVID-19 death count? Some experts say off by 'tens of thousands'
Apr 29, 3:06 AM



Coronavirus daily update: April 29, 2020
Apr 29, 3:15 PM



Beloved teacher, 30, dies of coronavirus after twice being denied a test
Apr 28, 7:39 PM

ABC News Live



*24/7 coverage of breaking news and live events*


EXHIBIT

Case 1:19-cv-00484-BHL Filed 04/30/20 Page 1 of 3 Document 132-4

+ Read: 'Making a Murderer' Filmmakers, Prosecutor Respond to Claims of Evidence Left out of Netflix Documentary

+ Related: 'Making a Murderer': Is Steven Avery Guilty? A Deeper Look Into Netflix Series

+ Read: Steven Avery from 'Making a Murderer' Gets New Representation

The 53-year-old pleaded not guilty to the murder but was sent back to prison to serve a life sentence without parole. He has since maintained his innocence, which is reflected in the note he sent back to WISN 12 News in Milwaukee.

Avery wrote in the letter, "The real killer is still out there. Who is he stalking now? I am really innocent of this case and that is the truth!!! The truth will set me free!!!!!!!"



📷 *Steven Avery from the Netflix original documentary series "Making A Murderer".*
Netflix

He also added that while he wants to give an interview to the ABC affiliate, corrections won't let him speak.

Much of the Netflix series focuses on the evidence and the prosecution in Avery's 2007 trial.

Ken Kratz, who prosecuted Avery in 2007, recently spoke to ABC News' "Nightline," saying the series was unfair and didn't fully represent him or the sheriff's department.

"This is not a documentary at all. It's still a defense advocacy piece," he said. "Their bias, their outcome, where they want the viewers to go with this, what they spoon feed the viewers, what they pick and choose by way of facts, what they leave out, importantly, causes only one reaction and only one conclusion: that Mr. Avery was innocent, and that he was the subject of planted evidence."

Please review our Terms of Use which changed in the United States and Canada on 04/14/20.

( Learn More )

Case 1:19-cv-00484-BHL   Filed 04/30/20   Page 26 of 322   Document 132-4

Filmmakers Moira Demos and Laura Ricciardi stand by their series, which took them 10 years to make.

"What the question is, is he guilty beyond reasonable doubt? And is the process fair? Can we trust the verdict?" Demos told "Nightline." "It would be impossible for us to include all the evidence that was presented in the trial."

💬 Comments (581)



Before You Go



How To Empty Your Bowels Every Morning - Top Surgeon Explains How
How To Clean Your Guts Every Day - Top Surgeon Explains
Gundry MD

Sponsored

If You Like to Play, this Strategy Game is a Must-Have. No Install.
Forge Of Empires | Sponsored

If You Like to Play, this City-Building Game is a Must Have. No Install.
Forge of Empires - Free Online Game | Sponsored

The Five Guys Ordering Secret You Need To Know
Wikibuy | Sponsored

8 SUVs So Cool It's Hard to Believe They Cost Under $25K! Research Best
Luxury SUV Lease Deals 2020
SUV | Sponsored

Best-Selling Car the Year You Graduated High School: 1978-Today
Car and Driver | Sponsored

Please review our Terms of Use which changed in the United States and Canada on 04/14/20

( Learn More )

Case 1:19-cv-00484-BHL   Filed 04/30/20   Page 3 of 3   Document 132-4