Search 

 30  |  Colbu... ✕ CLOSE

Posted by u/docuseriesfan 4 years ago

## Colburn Calling in the License Plate Number: What Else Could He Have Been Doing?

When Andrew Colburn called in the license plate number to dispatch, can you think of any other reasons in the world why he would have done so if he wasn't looking at the car? Just trying to come up with any scenario that would remotely make sense.

Maybe he was given the license plate number before calling dispatch and just wanted to verify it? Still doesn't make sense why he just wouldn't say that in court. And his reaction in court was definitely strange. He didn't have much of a response after SA's defense attorney played the recording twice. At least not from what the documentary showed.

 156 Comments　→ Share　⋯　　　　　　　　　　　89% Upvoted

**This thread is archived**
New comments cannot be posted and votes cannot be cast

SORT BY　BEST ▾

