# Kenosha County Case Number 2015CF000453 State of Wisconsin vs. Kyle R Baars

## Case summary

| | | |
|---|---|---|
| **Filing date** <br> 05-11-2015 | **Case type** <br> Criminal | **Case status** <br> Closed |
| **Defendant date of birth** <br> 03-13-1987 | **Address** <br> 894 Boulder Ridge Drive, <br> Belvidere, IL 61008 | **Branch ID** <br> 8 |
| | | **DA case number** <br> 2015KN004221 |

## Charges

| **Responsible official** <br> Kerkman, Chad G | **Prosecuting agency** <br> District Attorney | **Prosecuting agency attorney** <br> Graveley, Michael David |
|---|---|---|

Printable version

Defendant owes the court: $0.00

| Count no. | Statute | Description | Severity | Disposition |
|---|---|---|---|---|
| 1 | 946.41(1) | Obstructing an Officer | Misd. A | Dismissed on Prosecutor's Motion |
| 2 | 946.12(1) | Misconduct/Office-Fail/Perform KnownDuty | Felony I | Guilty Due to Guilty Plea |

## Defendant

| **Defendant name** <br> Baars, Kyle R | **Date of birth** <br> 03-13-1987 | **Sex** <br> Male | **Race** <br> Caucasian |
|---|---|---|---|
| **Address (last updated 06-09-2015)** <br> 894 Boulder Ridge Drive, Belvidere, IL 61008 | **JUSTIS ID** | **Fingerprint ID** | |

### Attorneys

| Attorney name | Entered | Withdrawn |
|---|---|---|
| Richards, Mark D. | 05-20-2015 | 06-01-2016 |

## Court record

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| 11-15-2017 | Records of prosec. are converted data. See file. | | | |
| 07-17-2017 | Notice of case status change | | | |
| | Additional text: | | | |
| | Discharge - Regular | | | |
| 06-06-2017 | Notice of case status change | | | |

EXHIBIT H