Dean Strang and Jerry Buting are recommended to Steven by Stephen Green. They are immediately investigating the murder as a framing. I like these dudes. If I am understanding what Buting is saying, he thinks that it's possible that Teresa was killed by someone else, not necessarily anyone in the county sheriff's office, but the sheriff's office took that opportunity to find the body and plant it on Steven to frame him. That makes sense too. If that's the case who killed her??? I admit it does sound crazy when you say that someone in the county sheriff's department conspired to have her killed. It does. BUT when you look at the timeline and everything else these bastards have done, you cannot put it past them. AND if it wasn't them, then someone else took advantage of the fact that they knew she interacted with Avery and waited for that opportunity. That is fucking diabolical. The murder gods were smiling down on Manitowoc County on Halloween. That is some evil shit right there.

So Sheriff Herman says that it would have been impossible for them to plan to evidence. I beg to differ from you sir.

Who is this 16 year old juvenile that is saying helped kill Teresa??

Oh snap! It's Steve's sister's son. Her hair tho-_-



Brendan Dasssey said that he came home from school and he stumbles across his sweaty uncle raping Teresa Halbach while she is shackled to the bed. He said that Steven invites him in and then they kill her. Why didn't they mention that there was DNA evidence on the bed ever?? How do you rape and kill someone with no DNA present??????



AND why did it take Brendan so long to come forward with this?? Where has he been? He's locked up with a $250,000 bond. I cannot even spell Brendan's lawyers name right now but he had to remove himself from the case because he is a distant cousin of Halbach.

The Wisconsin Innocence Project took Steven Avery's picture off the website.

EXHIBIT

Damn this isn't good when even Mark Gundrum (the legislator that was pushing Steven Avery Bill and one pushing for reform in criminal investigations) is thinking that all the evidence looks like he's guilty. However Governor Doyle is still going to sign the despite the murder investigation. Then the state stops any action for the compensation of $450,000 and the depositions for the $36,000,000 law suit come to a screeching halt.

They won. Those bastards won. And it's still not over.

Walter Kelly is just as shocked as I am at the rush to judgment by almost everyone. No one is even considering that he didn't do it. I wonder if they will even have a trial at this point or just a public stoning.

Dec 6, 2005 Prelim and Erik Loy arrives. He is Steven's appointed lawyer. The family is coming in being bombarded with questions by the reporters. I'm pretty sure that the entire Manitowoc County Sheriff's office is present. The Judge is Patrick Willis. Why is the trial being held in Manitowoc county??? I'm jumping the gun, maybe his lawyer will ask for a change of venue.

Kratz's first witness is the lady that found the truck. She's just as confused as I am as to why there are branches hiding the truck. Branches??? That was a terribly obvious thing to do.

Oh look..the infamous key that just so happens to be on the floor in Avery's room that was found by Lenk and Colborn!!!! The key was found November 8th. No one saw the key on the initial search. Avery wasn't even allowed in his home but somehow the key magically appeared in his bedroom. They are not even supposed to be helping in the search or investigation AT ALL!!!! If the judge lets the evidence stay I am calling bullshit.

Probable cause, even though the magic fucking key? I don't know why I am acting surprised. It's only 3 episodes in.

Here is Teresa's brother again. Something about him is off to me.

So now Steven is on a $500,000 cash bond and he is basically telling his mom and dad that if he isn't out in 2 weeks he's killing himself. His dad says that he is going to put the business up, not to give up. So sad to hear this conversation.

# "Poor people lose. Poor people lose all the time." – Steven Avery

Easter cards to his kids with death threats to their mom is never a good idea.

At this point, he is saying he'll give the money up, meaning the money from the law suit and compensation, for his freedom. It's hard and crazy to know that this is only 2 years after he was freed from being in orison for 18 years. They end up paying him the $400,000 settlement that is not anywhere near enough for him to fight this case. The settlement also says that the county doesn't admit any fault. It was a terrible deal IMO. But what was Steven supposed to do? That was the point.

Tom Kokourek is grinning like a Cheshire cat. Fucking slime ball.

Even the community is talking and knows that the key was planted. Granted the folks they are talking to are in a bar and look like they may or may not be inebriated…however, the whole town looks like this.