Posted by u/Sarah1863 5 months ago

# Did Colborn follow the evidence when Kevin Rahmlow told him at the Cennex Station that the RAV4 in the missing persons poster was parked at the Mishicot turnaround NOV 3rd and 4th 05 ?

Any honest police officer would have been all over it, at least went and had a little look-see, maybe called in the plate number, NOT Colborn, he was on his day off and no missing person is screwing that up.

And this guy has the balls to think netflix made him look bad, LMFAO.

💬 54 Comments   ↗ Share   ···      85% Upvoted

Log in or sign up to leave a comment    [ LOG IN ] [ SIGN UP ]

SORT BY   BEST ▾


EXHIBIT J