UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANDREW L. COLBORN,

          Plaintiff,

                        Case No. 19-cv-484-pp

v.

NETFLIX, INC., *et al.*,

          Defendant.

## ORDER DIRECTING PARTIES TO FILE RULE 26(f) REPORT

Fed. R. Civ. P. 26(f) requires that the parties must meet to discuss the nature and basis of their claims and defenses, the possibilities for prompt settlement, the timing for the initial disclosures required by Rule26(a)(1), and a proposed discovery plan.

On or before **June 1, 2020,** the parties shall file a joint, written report outlining their discovery plan—including proposed dates where applicable. The plaintiff's counsel is responsible for filing the report, and for providing a copy to opposing counsel. If the parties are not able to agree on the terms of a joint report, they may file separate reports.

In addition to the discovery plan, the report shall include the following:

1. A brief statement of the nature of the case;

2. Whether the parties expect to amend the pleadings;

3. Whether the parties anticipate joining other parties;

4. The nature of the discovery each party contemplates, and the amount of time the parties believe they need to complete that discovery;

5. Any motions the parties contemplate;

6. The estimated length of trial;

7. Whether any party is requesting a jury trial;

1

8.  A statement of any other issues that might impact trial scheduling; and

9.  A statement attesting to the fact that the parties have discussed each of the above issues.

The court will not set dates for a final pretrial conference or trial until dispositive motions have been decided.

If, after review of the Rule 26(f) report, the court decides that a Rule 16 scheduling conference is necessary, it will contact the parties to set a hearing.

If the parties are interested in proceeding to mediation at any point in the proceedings, they should contact the court immediately to make arrangements.

Dated in Milwaukee, Wisconsin this 1st day of May, 2020.

**BY THE COURT**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**