IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

ANDREW L. COLBORN,

        Plaintiff,

    vs.                                    Civil No.: 19-CV-484

NETFLIX, INC.; CHROME MEDIA LLC,
F/K/A SYNTHESIS FILMS, LLC; LAURA
RICCIARDI; AND MOIRA DEMOS,

        Defendants.

---

## CIVIL L. R. 7(h) EXPEDITED, NON-DISPOSITIVE, UNOPPOSED MOTION FOR EXTENSTION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDMENT COMPLAINT

Netflix, Inc., by and through its undersigned counsel and pursuant to Civil Local Rule 7(h), hereby respectfully moves the Court to extend its time to file its reply brief in support of its motion to dismiss Plaintiff's Second Amended Complaint until June 1, 2020. Plaintiff's counsel has indicated that Plaintiff does not oppose Netflix's motion and request as set forth herein.

Dated: May 7, 2020                      Respectfully submitted,

                                                    *s/ James A. Friedman*
                                                    James A. Friedman
                                                    Godfrey & Kahn, S.C.
                                                    One East Main Street
                                                    Suite 500
                                                    Madison, WI 53703-3300
                                                    T: (608) 284-2617
                                                    F. (608) 257-0609
                                                    jfriedman@gklaw.com

                                                    Lee Levine
                                                    Matthew E. Kelley
                                                    Ballard Spahr LLP

1909 K Street, NW, Suite 1200
Washington, D.C. 20006-1157
T: (202) 508-1110
F: (202) 661-2299
levinel@ballardspahr.com
kelleym@ballardspahr.com

Leita Walker
Ballard Spahr LLP
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
T: (612) 371-6222
F: (612) 371-3207
walkerl@ballardspahr.com

*Counsel for Netflix, Inc.*