IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| ANDREW L. COLBORN,<br><br>    **Plaintiff,**<br><br>  vs.<br><br>NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS, LLC; LAURA RICCIARDI; AND MOIRA DEMOS,<br><br>    **Defendants.** | **Civil No.: 19-CV-484** |

**CIVIL L.R. 7(h) EXPEDITED AND UNOPPOSED NON-DISPOSITIVE
MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR BRIEF**

  Defendant Netflix, Inc., by its attorneys, Ballard Spahr LLP and Godfrey & Kahn, S.C., hereby moves the Court for an order permitting Netflix to exceed the page limit in its reply brief in support of its motion to dismiss Plaintiff Andrew Colborn's Second Amended Complaint. In support of this Motion, Netflix states as follows:

  1.  Civil Local Rule 7(f) states, "the principal memorandum in support of, or in opposition to, any motion must not exceed 30 pages and reply briefs must not exceed 15 pages[.]"

  2.  Plaintiffs' Second Amended Complaint is 28 pages long, with 82 numbered paragraphs, and an additional 28 pages of exhibits. It complains about numerous statements throughout a 10-part documentary series. Based on that, the Court granted Netflix's request to exceed the page limit for its principal memorandum by 20 additional pages [Dkt. Nos. 116 and 117].

3. The Court also granted Plaintiff Colborn's unopposed request to exceed the page limit for the opposition brief by 50 pages [Dkt. Nos. 126 and 127].

4. Plaintiff Colborn's opposition brief is 90 pages, much of it single-spaced. It includes numerous arguments and references multiple declarations and exhibits, including a five-page "expert" declaration

5. Based on the length of Plaintiff Colborn's opposition brief, the number of arguments raised, and the complexity of the case, Netflix seeks 15 additional pages, for a total of 30.

6. Counsel for Netflix has conferred with counsel for Plaintiff Colborn and he does not oppose its request for extra pages.

WHEREFORE Netflix respectfully requests that the Court grant this Civil Local Rule 7(h) Expedited and Unopposed Non-Dispositive Motion for Leave to Exceed Page Limit for Brief.

Dated: May 27, 2020

Respectfully submitted,

*s/ James A. Friedman*

James A. Friedman
Godfrey & Kahn, S.C.
One East Main Street
Suite 500
Madison, WI 53703-3300
T: (608) 284-2617
F. (608) 257-0609
jfriedman@gklaw.com

Lee Levine
Matthew E. Kelley
Ballard Spahr LLP
1909 K Street, NW, Suite 1200
Washington, D.C. 20006-1157

T: (202) 508-1110
F: (202) 661-2299
levinel@ballardspahr.com
kelleym@ballardspahr.com

Leita Walker
Ballard Spahr LLP
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
T: (612) 371-6222
F: (612) 371-3207
walkerl@ballardspahr.com

*Counsel for Netflix, Inc.*

22369676.