IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| ANDREW L. COLBORN,<br><br>          **Plaintiff,**<br><br>  vs.<br><br>NETFLIX, INC.; CHROME MEDIA LLC,<br>F/K/A SYNTHESIS FILMS, LLC;<br>LAURA RICCIARDI; AND MOIRA<br>DEMOS,<br><br>          **Defendants.** | Civil No.: 19-CV-484 |

## NOTICE REGARDING HEARING BY VIDEO

PLEASE TAKE NOTICE that, in accordance with the Court's text-only order issued June 23, 2020, Defendant Netflix, Inc. ("Netflix") hereby states that it takes no position on whether the re-scheduled evidentiary hearing on the producer defendants' Rule 12(b)(5) motion is conducted in person or remotely, via Zoom or some other technology; however, Netflix requests to receive dial-in details if the hearing is to be remote so that it can observe the hearing.

Dated: June 30, 2020          Respectfully submitted,

                                              *s/ James A. Friedman*

                                          James A. Friedman
                                          Godfrey & Kahn, S.C.
                                          One East Main Street
                                          Suite 500
                                          Madison, WI 53703-3300
                                          T: (608) 284-2617
                                          F. (608) 257-0609
                                          jfriedman@gklaw.com

Lee Levine
Matthew E. Kelley
Ballard Spahr LLP
1909 K Street, NW, Suite 1200
Washington, D.C. 20006-1157
T: (202) 508-1110
F: (202) 661-2299
levinel@ballardspahr.com
kelleym@ballardspahr.com

Leita Walker
Ballard Spahr LLP
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
T: (612) 371-6222
F: (612) 371-3207
walkerl@ballardspahr.com

*Counsel for Netflix, Inc.*

22524659.1