IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

ANDREW L. COLBORN,

            Plaintiff

NETFLIX, INC.,
CHROME MEDIA, LLC, f/k/a
SYNTHESIS FILMS, LLC,
LAURA RICCIARDI, and
MOIRA DEMOS,

Case No. 19-CV-484

            Defendants.

## PLAINTIFF'S NOTICE REGARDING HEARING FORMAT

PLEASE TAKE NOTICE that in response to the court's order of June 23, 2020 the Plaintiff defers to the Court's judgment on the subject of whether an in-person evidentiary hearing will be held on the Defendants' motion to dismiss for alleged deficiencies in service of process. The motion involves credibility determinations, as the court noted at a previous hearing, so an in-person hearing would be preferable to a hearing by Zoom or some other medium. But how and when such a hearing could be scheduled and conducted under present circumstances is indeterminate. Given the choice between the two options, the Plaintiff prefers the one that will address the motion more promptly.

Dated this 1st day of July, 2020.

            LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.
            Attorneys for Plaintiff, Andrew L. Colborn

            By: *s/George Burnett*
                   George Burnett

**POST OFFICE ADDRESS**
231 S. Adams Street
Green Bay, WI 54301
P.O. Box 23200
Green Bay, WI 54305-3200
Phone: (920) 437-0476
Fax: (920) 437-2868
State Bar No. 1005964
201915.001:#3448764