IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ANDREW L. COLBORN,<br><br>    **Plaintiff,**<br><br>  vs.<br><br>NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS LLC; LAURA RICCIARDI; AND MOIRA DEMOS,<br><br>    **Defendants.** | Civil No.: 19-CV-484 |

**NOTICE REGARDING HEARING FORMAT**

  PLEASE TAKE NOTICE that, in accordance with the Court's text-only order issued June 23, 2020, Defendants Laura Ricciardi, Moira Demos, and Chrome Media, LLC (the "Producer Defendants") defer to the Court's judgment regarding whether it would prefer for the re-scheduled evidentiary hearing on the Producer Defendants' Rule 12(b)(5) motion to dismiss to be conducted in person or remotely via Zoom videoconferencing technology.

  The Producer Defendants believe that efficiency and judicial economy favor waiting to re-schedule the hearing, regardless of format, until after the Court has ruled on Defendant Netflix, Inc.'s pending Rule 12(b)(6) motion to dismiss, set for hearing on October 22, 2020. If Netflix's motion is granted, that would dispose of the entire case, including any claims that Plaintiff might have against the Producer Defendants, as the arguments that Netflix raises in its motion are equally available to the Producer Defendants, *see* Dkt No. 131 at 2, and thus any issues about service of process on the Producer Defendants would be moot.

/ / /

Dated: July 2, 2020.                                Respectfully submitted,

                                                    */s/ James A. Friedman*
                                                    James A. Friedman, SBN 1020756
                                                    GODFREY & KAHN, S.C.
                                                    One East Main Street
                                                    Suite 500
                                                    Madison, WI 53703-3300
                                                    T: (608) 284-2617
                                                    F. (608) 257-0609
                                                    jfriedman@gklaw.com

                                                    Kevin L. Vick, *Pro Hac Vice*
                                                    Jean-Paul Jassy, *Pro Hac Vice*
                                                    JASSY VICK CAROLAN LLP
                                                    800 Wilshire Boulevard, Suite 800
                                                    Los Angeles, CA 90017
                                                    T: (310) 870-7048
                                                    F: (310) 870-7010
                                                    kvick@jassyvick.com


                                                    **Counsel for Defendants Laura Ricciardi,
                                                    Moira Demos and Chrome Media, LLC**