# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| Andrew L. Colborn | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 19-CV-484 | |
| Netflix, Inc., et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Chrome Media, LLC, f/k/a Synthesis Films, LLC
15821 Ventura Blvd., Suite 500
Encino, CA 91436

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are: George Burnett, 231 S. Adams Street, Green Bay, WI, 54301
Michael C. Griesbach, P.O. Box 2047, Manitowoc, WI, 54221-2047
April Rockstead Barker, 640 W. Moreland Blvd., Waukesha, WI, 53188-2433

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

STEPHEN C. DRIES, CLERK OF COURT

Date: 6/07/2019

s/ V. Kelly Barton Terry
*Signature of Clerk or Deputy Clerk*

Civil Action No. 19-CV-484

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*: _____

were received by me on *(date)* _____ .

☐ I personally served the summons and the attached complaint on the individual at *(place)*: _____

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* _____

who is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*: CHROME MEDIA, LLC, f/k/a Synthesis Films, LLC

were received by me on *(date)* 3/9/2020.

☒ I personally served the summons and the attached complaint on the individual at *(place)*: TAI BEUARI 18645 HATTERAS STREET TARZANA, CA 91356 on *(date)* 3/12/2020 AT 9:15 AM

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* _____ who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____

My fees are $ 50/HOUR for travel and $ .55/MILE for services, for a total of $ 358.30

I declare under penalty of perjury that this information is true.

Date: 3/12/2020

*Server's signature*

FRANK QUINTANAR JR
*Printed name and title*

3419 VIA LIDO NEWPORT BEACH, CA 92663
*Server's address*

Additional information regarding attempted service, etc.:

Case 1:19-cv-00484-PP   Filed 06/06/19   Page 2 of 2   Document 75