AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| Andrew L. Colborn | ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 19-CV-484 |
| Netflix, Inc., et al. | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Moira Demos
1946 N. Oxford Avenue
Los Angeles, CA 90027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:   George Burnett, 231 S. Adams Street, Green Bay, WI, 54301
Michael C. Griesbach, P.O. Box 2047, Manitowoc, WI, 54221-2047
April Rockstead Barker, 640 W. Moreland Blvd., Waukesha, WI, 53188-2433

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

STEPHEN C. DRIES, CLERK OF COURT

Date: 06/07/2019

s/ V. Kelly Barton Terry
*Signature of Clerk or Deputy Clerk*

Civil Action No. 19-CV-484

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*: _____

were received by me on *(date)* _____.

☐ I personally served the summons and the attached complaint on the individual at *(place)*: _____

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* _____

who is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc.:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-CV-484

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Moira Demos was received by me on *(date)* Feb 14, 2020, 2:22 pm.

[X] I personally served the summons on the individual at *(place)* 1946 N Oxford Ave, Los Angeles, CA 90027 on *(date)* Tue, Feb 18 2020 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 02/19/2020

*Server's signature*

Gari Young R.P.S. # 1509

*Printed name and title*

P.O. Box 892074, Temecula, Ca 92589

*Server's address*

Additional information regarding attempted service, etc.:

1) Unsuccessful Attempt: Feb 17, 2020, 11:00 am PST at Home: 1946 N Oxford Ave, Los Angeles, CA 90027
Surveillance is initiated at the requested Address in anticipation of serving the subject of this assignment. Residence has no movement and the Subjects are not observed at the location.

2) Unsuccessful Attempt: Feb 17, 2020, 3:45 pm PST at Home: 1946 N Oxford Ave, Los Angeles, CA 90027
Surveillance at the requested location is terminated due to the Subject not arriving / Departing at the location during the authorized surveillance.

3) Successful Attempt: Feb 18, 2020, 8:41 pm PST at Home: 1946 N Oxford Ave, Los Angeles, CA 90027 received by Moira Demos. Age: 40+; Ethnicity: Caucasian; Gender: Female; Weight: 130; Height: 5'6"; Hair: Black; Subject arrived driving the same vehicle I I observed and lost at 530 in the downtown a LA area.

I returned to the residence and waited for her return.

At 8:41 pm I observed Demos returning to her residence and stop in the residence driveway and check her mail when I approached her and personally served her and subserved Laura via Moira Demos, her partner residing at the same location.

Upon my return to the office, I will mail a package to Laura by 1st Class Prepaid Postage.