UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ANDREW L COLBORN,

          Plaintiff,

                               Case No. 19-cv-0484-bhl

    v.

NETFLIX INC, et al.,

          Defendants.

---

**STATUS CONFERENCE ORDER**

---

This case was reassigned to Judge Brett H. Ludwig on September 18, 2020. A status conference will be held via conference call on **October 22, 2020 at 10:00 a.m.** To appear by telephone, you must call the Court conference line at 1-866-434-5269, and enter access code 1737450 before the scheduled hearing time. Participants will be placed on hold until the case is called.

Counsel should be ready to provide the court with a short (10 minutes per side) summary of the case, including their plans for moving the case forward.

SO ORDERED on September 29, 2020.

s/ Brett H. Ludwig_____

BRETT H. LUDWIG
United States District Judge