IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ANDREW L. COLBORN,
        Plaintiff

v.

NETFLIX, INC., et al.,         Case No. 19-CV-484
        Defendants.

## DECLARATION OF R. GEORGE BURNETT

STATE OF WISCONSIN    )
                             ) SS
COUNTY OF BROWN      )

    R. GEORGE BURNETT, being first duly sworn on oath, deposes and says:

    1. My name is George Burnett and I am an attorney with the Law Firm of Conway, Olejniczak & Jerry, S.C. I am licensed to practice in the State of Wisconsin and I submit this declaration in support of plaintiff's motion to compel initial disclosures. If I were asked to testify, I would testify consistent with this declaration, and I have personal knowledge of all facts set forth herein.

    2. Attached as exhibit 1 is a true and correct copy of an email my office assistant, Bonnie Houlihan, sent to defense counsel on July 1, 2020 attaching plaintiff's initial disclosures.

    Dated this 21st day of October, 2020.

                                                *s/R. George Burnett*
                                              R. George Burnett

*201915.01:#3564460*