# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

<u>Court Minutes and Order</u>

| | |
|---|---|
| HEARING DATE: | October 22, 2020 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 19-cv-0484 |
| CASE NAME: | Colborn v. Netflix Inc et al |
| MATTER: | Status conference |
| APPEARANCES: | George Burnett & April Barker, Attorneys for Plaintiff |
| | James Friedman, Attorney for All Defendants |
| | Matthew Kelly, Lee Levine, & Leita Walker, Attys for Defendant Netflix |
| | Kevin Vick, Attorney for Defendants Chrome Media LLC, Laura Ricciardi, & Moira Demos |
| TIME: | 10:03 a.m. – 10:35 a.m. |
| COURTROOM DEPUTY: | Melissa P. |

**AUDIO OF THIS HEARING IS AT ECF NO. 155**

Counsel for the parties reported on the status of the case and their opinions as to how the case should proceed.

IT IS ORDERED that a continued status conference will be held via conference call on **December 17, 2020 at <u>10:30 a.m.</u> Counsel should note that this is 30 minutes later than discussed in the hearing.** To appear by telephone, you must call the Court conference line at 1-866-434-5269, and enter access code 1737450 before the scheduled hearing time. Participants will be placed on hold until the case is called.

IT IS FURTHER ORDERED that counsel for the Plaintiff and Defendants Chrome Media LLC, Laura Ricciardi, and Moira Demos must file a statement of the agreed-upon materials facts (and identifying any disputed material facts) relating to the Motion to Dismiss filed by Chrome Media LLC, Laura Ricciardi, and Moira Demos (ECF No. 34) on or before **November 23, 2020**.

Dated at Milwaukee, Wisconsin this 22nd day of October 22, 2020.

s/ Brett H. Ludwig_____<br>
BRETT H. LUDWIG<br>
United States District Judge