## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

|  |  |
|---|---|
| ANDREW L. COLBORN, | |
| **Plaintiff,** | |
| vs. | Civil No.: 19-CV-484-BHL |
| NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS, LLC; LAURA RICCIARDI; AND MOIRA DEMOS, | |
| **Defendants.** | |

## DECLARATION OF LEITA WALKER

I, Leita Walker, under penalty of perjury and subject to 28 U.S.C. § 1746, declare as follows:

1.      I am one of the attorneys for the Defendant Netflix, Inc. in the above-captioned action. I have personal knowledge of the matters set forth herein. I make this declaration in support of Defendant Netflix, Inc.'s Opposition to Plaintiff's Motion for an Order Compelling Initial Disclosures.

2.      Attached hereto as Exhibit 1 is a true and correct copy of email correspondence between me and April Barker, counsel for Plaintiff, between September 28, 2020 and October 3, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 9, 2020

/s/ *Leita Walker*
Leita Walker