# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| ANDREW L. COLBORN, *Plaintiff* ) ) | |
| v. ) | Case No. 19-CV-484-BHL |
| NETFLIX, INC. et al., *Defendant* ) ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Laura Ricciardi, Moira Demos, and Chrome Media, LLC.

Date: 11/20/2020

*Attorney's signature*

Jeffrey A. Payne, Cal Bar No. 279034
*Printed name and bar number*

Jassy Vick Carolan LLP
800 Wilshire Blvd., Suite 800
Los Angeles, CA 90017
*Address*

jpayne@jassyvick.com
*E-mail address*

(310) 870-7048
*Telephone number*

(310) 870-7010
*FAX number*