AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Andrew L. Colborn <br> *Plaintiff(s)* <br><br> v. <br><br> Netflix, Inc., et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 19-CV-484 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Chrome Media, LLC, f/k/a Synthesis Films, LLC
15821 Ventura Blvd., Suite 500
Encino, CA 91436

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are: George Burnett, 231 S. Adams Street, Green Bay, WI, 54301
Michael C. Griesbach, P.O. Box 2047, Manitowoc, WI, 54221-2047
April Rockstead Barker, 640 W. Moreland Blvd., Waukesha, WI, 53188-2433

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

STEPHEN C. DRIES, CLERK OF COURT

Date: 6/07/2019

s/ V. Kelly Barton Terry
*Signature of Clerk or Deputy Clerk*

Civil Action No. 19-CV-484

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*: _____

were received by me on *(date)* _____.

☐ I personally served the summons and the attached complaint on the individual at *(place)*: _____

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* _____

who is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any):* Chrome Media, LLC

were received by me on *(date)* March 2, 2020

☐ I personally served the summons and the attached complaint on the individual at *(place):*

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* _____

who is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because Rejected By New York ; or

☐ Other *(specify):* State, Department of State; Not within NYS Courts.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 55.00

I declare under penalty of perjury that this information is true.

Date: 03-16-2020

Server's signature

Keith J. Christiansen
Printed name and title

90 State St, Ste 700
Albany, NY 12207
Server's address

Additional information regarding attempted service, etc.:

# Service of Process / Notice of Claim Cover Sheet

**FOR DOS USE ONLY**

**(1) Indicate the name of the entity or person to be served.** (*See Note 1 below*):

Chrome Media LLC

**(2)** If serving process on a *domestic entity* or an *authorized foreign entity*, staple the DOS search page(s) (the "Current Status Information" and, if applicable, the "Filing History Information" for the entity to be served to this cover sheet. If serving a notice of claim on a public corporation that has filed a Certificate of Designation for Service of Notice of Claim, attach a copy of the first page of the filed Certificate of Designation.

**(3) Indicate the Section of Law under which service is made. Check only one box.** (*See Note 2 below*):

Domestic or Authorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306
- ☐ Not-for-Profit Corporation Law §306
- ☒ Limited Liability Company Law §303
- ☐ Partnership Law §121-109(a) (LP's)
- ☐ Partnership Law §121-1502 (foreign LLP's) *(must serve a Deputy Secretary of State)*
- ☐ Partnership Law §121-1505 (LLP's)
- ☐ Real Property Law §339-n
- ☐ General Associations Law §19 *(must serve a Deputy Secretary of State)*

Notice of Claim on Public Corporations (Applicable fee: $250.00)
- ☐ General Municipal Law §53 *(Public corporation filed a certificate of designation)*
- ☐ General Municipal Law §53 *(Public corporation has not filed a certificate of designation)*

Unauthorized Foreign Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §307
- ☐ Not-for-Profit Corporation Law §307
- ☐ Limited Liability Company Law §304
- ☐ Partnership Law §121-109(b) (LP's)

Suspended Entities (Applicable fee: $40.00)
- ☐ Business Corporation Law §306-A (suspended BC's)
- ☐ Limited Liability Co. Law §301-A (suspended LLC's)
- ☐ Partnership Law §121-104-A (suspended LP's)
- ☐ Partnership Law §121-1506 (suspended LLP's)

Vehicle and Traffic Law (Applicable fee: $10.00)
- ☐ Vehicle and Traffic Law §253 (non-resident)
- ☐ Vehicle and Traffic Law §254 (former resident)

☐ Other: Specify section of law: _____
and applicable fee: (☐ $40  ☐ Other $ _____)

**(4) Indicate the manner in which the applicable fee is paid:**
- ☐ Drawdown Account ( _____ )  ☒ Check  ☐ Credit Card  ☐ Debit Card  ☐ Cash  ☐ Other
- ☐ Exempt pursuant to Executive Law §96(10) - process served on behalf of a political subdivision of the State

**(5) Indicate the name and address of the Process/Notice of Claim Server:**

Keith Christiansen, Christiansen Investigations, 90 State Street, #700, Albany, NY 12207

**(6)** Staple this cover sheet (with the DOS search page(s), if serving a domestic entity or an authorized foreign entity) to the process/Notice of Claim.

**(7) (a)** If serving process on a domestic entity or an authorized foreign entity, deliver two (2) duplicate copies (with this cover sheet and the DOS search page(s) stapled thereto) and the applicable fee.

(b) If serving process on an unauthorized foreign entity or a suspended entity, or if serving under the Vehicle and Traffic Law, deliver one copy (with this cover sheet stapled thereto) and the applicable fee. (See Note 3 below)

(c) If serving a notice of claim on a public corporation, deliver two (2) duplicate copies (with this cover sheet and, if applicable, a copy of the first page of the filed Certificate of Designation stapled thereto) and the applicable fee.

---

Note 1: If you attach DOS search page(s), and there is a conflict between the name of the entity as indicated in space "(1)" above and the name on the attached DOS search page(s), *the name provided on the attached DOS search page(s) will control.* Additionally, if you attach DOS search page(s), and space "(1)" above is left blank, *the entity named in the attached DOS search page(s) will be served.*

Note 2: If you attach DOS search page(s), and there is a conflict between the section of law indicated in space "(3) above and the section of law applicable to the type of entity described in the attached DOS search page(s), *the section of law applicable to the entity will control.*

Note 3: If you are serving an unauthorized foreign entity or a suspended entity, or if you are serving under the Vehicle and Traffic Law, you, or the person on whose behalf service is being made, may also be required to mail notice of service and a copy of the process to the entity or person being served. *The Department of State does not make any such mailing.* See the applicable section of law for further information.

---

**FOR DOS USE ONLY**

Service of Process Unit Search Results: ☐ Records Located  ☐ No Records Located  ☐ Entity Name has Changed  ☐ Merged Out
☐ Other: _____

Reason for Rejection: ☐ Copies do not Match  ☐ 2 Copies Required  ☒ Court/Forum not within NYS  ☐ Payment not Received or Method not Indicated
☐ Other: _____  Date of Rejection: 2-2-20  Rejected by: SZ

DOS-0277-f-l-a (Rev. 07/13)                                                                                                Page 1 of 1

Case 1:19-cv-00484-BHL   Filed 11/23/20   Page 4 of 4   Document 161