IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| ANDREW L. COLBORN<br>Plaintiff | **DECLARATION OF**<br>**DEBRA L. BURSIK** |
| NETFLIX Inc., CHROME MEDIA, LLC, et al.<br>Defendants. | Case No. 19-CV-484-PP |

STATE OF WISCONSIN  :
: SS.
COUNTY OF BROWN   :

The undersigned, being first duly sworn, on oath, says:

1. I am a licensed private detective contracted with the Law Firm of Conway, Olejniczak, & Jerry, S.C.

2. Attached as Exhibit 1 is a sampling (not a complete list) of businesses on file with the California Secretary of State showing the agent for service of process is at 15821 Ventura Blvd, Suite 500, Encino, CA 91436. All but 4 of the attached business filings show 15821 Ventura Blvd, Suite 500, Encino, CA 91436 as the Entity Address and Entity Mailing address.

3. Attached as Exhibit 2 are filings from the California Secretary of State involving Synthesis Films, Inc. stating that Moira Demos and Laura Ricciardi are officers in this corporation with an address of 15821 Ventura Blvd, Suite 500, Encino, CA 91436. The registration was filed August 4, 2016, the Statement of Information filed February 1, 2017 and a State of Information indicating no change filed August 10, 2020.

4. Attached as Exhibit 3 are filings from the California Secretary of State involving Starlight. On the March 11, 2020 State of Information, Laura Ricciardi is listed as Chief Executive Officer and Secretary with an address of 15821 Ventura Blvd, Suite 500, Encino, CA 91436. This business was first registered on January 21, 2020.

5. Attached as Exhibit 4 is a copy of Laura Ricciardi's information on file with the New York Courts where she is registered as an attorney with an address of 15821 Ventura Blvd, Suite 500, Encino, CA 91436.

6. Attached as Exhibit 5 are copies of documents certified by the New York Secretary of State regarding Synthesis Films, LLC that changed its name to Chrome Media LLC on June 20, 2016 and the registered agent as of January 28, 2019 is Tal Benari at 15821 Ventura Blvd, Suite 500, Encino, CA 91436.

7. Attached as Exhibit 6 are copies of documents certified by the California Secretary of State showing: 1) a name change from Synthesis Films LLC to Chrome Media LLC filed on June 24, 2016; 2) a Statement of Information filed September 26, 2016 showing Chrome Media with an address of 15821 Ventura Blvd, Suite 500, Encino, CA 91436, Managing Member as Moira Demos at 15821 Ventura Blvd, Suite 500, Encino, CA 91436, Agent for Process as Tal Benari at 15821 Ventura Blvd, Suite 500, Encino, CA 91436, and Chief Executive Officer of Moira Demos at 15821 Ventura Blvd, Suite 500, Encino, CA 91436 and signed by Moira Demos; and 3) a State of Information of No Change signed by Moira Demos on September 30, 2019.

Dated this 23rd day of November, 2020.

By: *s/Debra L. Bursik*
Debra L. Bursik

#3606178