**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 20, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 201434410123    1313 DOUGLAS HOLDINGS, LLC

| | |
|---|---|
| **Registration Date:** | 12/08/2014 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | HELEN KHODIGUIAN |
| | 15821 VENTURA BLVD., SUTIE 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD., SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD., SUITE 500 |
| | ENCINO CA 91436 |
| **LLC Management** | Member Managed |

🛒 **Certificate of Status**

A Statement of Information is due EVERY EVEN-NUMBERED year beginning five months before and through the end of December.

| Document Type ⇅ | File Date ⇊ | PDF |
|---|---|---|
| SI-NO CHANGE | 12/28/2018 | |
| SI-COMPLETE | 12/28/2017 | |
| REGISTRATION | 12/08/2014 | |

\* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

**EXHIBIT**
1

**Alex Padilla**
**California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 20, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 201910110045    86 COSTS, LLC.

| | |
|---|---|
| **Registration Date:** | 04/03/2019 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | ROBERT BARAL |
| | 15821 VENTURA BLVD, SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD, SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD, SUITE 500 |
| | ENCINO CA 91436 |
| **LLC Management** | Member Managed |

🛒 **Certificate of Status**

A Statement of Information is due EVERY ODD-NUMBERED year beginning five months before and through the end of April.

| Document Type ⇅ | File Date ⇅ | PDF |
|---|---|---|
| SI-COMPLETE | 05/02/2019 | |
| REGISTRATION | 04/03/2019 | |

\* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, November 22, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C4599974   5965 PRODUCTIONS, INC.

| | |
|---|---|
| **Registration Date:** | 05/27/2020 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | DAVID L BARAL |
| | 15821 VENTURA BLVD #500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD #500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD #500 |
| | ENCINO CA 91436 |

🛒 **Certificate of Status**

A Statement of Information is due within 90 days of registration and then EVERY year beginning five months before and through the end of May.

| Document Type ⇅ | File Date ⬇⇅ | PDF |
|---|---|---|
| REGISTRATION | 05/27/2020 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

**Alex Padilla**
**California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, November 22, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C3475221    ALAN WAYNE NOVAK CONSTRUCTION, INC.

| | |
|---|---|
| **Registration Date:** | 05/11/2012 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | ROBERT L BARAL |
| | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of May.

| Document Type ↕ | File Date ↕ | PDF |
|---|---|---|
| SI-NO CHANGE | 06/30/2020 | |
| AMENDMENT | 09/11/2013 | |
| AMENDMENT | 08/09/2013 | |
| SI-COMPLETE | 07/05/2012 | |
| REGISTRATION | 05/11/2012 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

**Modify Search**          **New Search**          **Back to Search Results**

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, November 22, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C1447896    AMALGAMATED DYNAMICS INCORPORATED

| | |
|---|---|
| **Registration Date:** | 10/19/1988 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | DAVID L BARAL |
| | 15821 VENTURA BLVD. #500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD. #500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD. #500 |
| | ENCINO CA 91436 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of October.

| Document Type ↕ | File Date ↓ | PDF |
|---|---|---|
| SI-COMPLETE | 08/26/2019 | |
| SI-COMPLETE | 09/16/1996 | Image unavailable. Please request paper copy. |
| REGISTRATION | 10/19/1988 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

**Modify Search**    **New Search**    **Back to Search Results**

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, November 22, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C3593402    ANOVA PICTURES, INC.

| | |
|---|---|
| **Registration Date:** | 08/06/2013 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | JOEL BARAL |
| | C/O R.C.BARAL &CO.INC. 15821 VENTURA 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | C/O R.C.BARAL &CO.INC. 15821 VENTURA 500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | C/O R.C.BARAL &CO.INC. 15821 VENTURA 500 |
| | ENCINO CA 91436 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of August.

| Document Type ↕ | File Date ↓F | PDF |
|---|---|---|
| SI-NO CHANGE | 05/01/2019 | |
| SI-COMPLETE | 03/10/2016 | |
| AGENT RESIGNED | 08/21/2015 | |
| REGISTRATION | 08/06/2013 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

https://businesssearch.sos.ca.gov/CBS/Detail          1/1

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 20, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C4125275   ARE YOU SLEEPING PRODUCTIONS, INC.

| | |
|---|---|
| **Registration Date:** | 03/16/2018 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | DAVID BARAL |
| | 15821 VENTURA BLVD SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD SUITE 500 |
| | ENCINO CA 91436 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of March.

| Document Type ⇅ | File Date ⇵ | PDF |
|---|---|---|
| SI-NO CHANGE | 02/19/2020 | |
| SI-COMPLETE | 06/14/2018 | |
| REGISTRATION | 03/16/2018 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

**Modify Search**     **New Search**     **Back to Search Results**

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, November 22, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C3862292    BARAL WALEY PRODUCTIONS INC.

| | |
|---|---|
| **Registration Date:** | 01/08/2016 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | DAVID BARAL |
| | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of January.

| Document Type ⬍ | File Date ⬍ | PDF |
|---|---|---|
| SI-NO CHANGE | 11/06/2020 | |
| SI-COMPLETE | 04/11/2016 | |
| REGISTRATION | 01/08/2016 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, November 22, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C4159522    BELKIN PRODUCTIONS, INC.

| | |
|---|---|
| **Registration Date:** | 06/18/2018 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | AVI BELKIN |
| | 15821 VENTURA BLVD #500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD # 500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD # 500 |
| | ENCINO CA 91436 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of June.

| Document Type ↥↧ | File Date ↥↧ | PDF |
|---|---|---|
| SI-NO CHANGE | 07/10/2020 | |
| SI-COMPLETE | 12/19/2018 | |
| REGISTRATION | 06/18/2018 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, November 22, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C2973524   BGL, INC.

| | |
|---|---|
| **Registration Date:** | 03/14/2007 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | BRAD LACHMAN |
| | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of March.

| Document Type ⇅ | File Date ⇵ | PDF |
|---|---|---|
| SI-NO CHANGE | 03/04/2020 | |
| SI-COMPLETE | 05/02/2019 | |
| REGISTRATION | 03/14/2007 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| **Modify Search** | **New Search** | **Back to Search Results** |
|---|---|---|

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 20, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C4254818    BIG WEDDING PRODUCTIONS, INC.

| | |
|---|---|
| **Registration Date:** | 03/13/2019 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | DAVID BARAL |
| | 15821 VENTURA BLVD SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD SUITE 500 |
| | ENCINO CA 91436 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of March.

| Document Type ↕ | File Date ⬇ | PDF |
|---|---|---|
| SI-NO CHANGE | 09/28/2020 | |
| SI-COMPLETE | 04/25/2019 | |
| REGISTRATION | 03/13/2019 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

**Modify Search**    **New Search**    **Back to Search Results**

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, November 22, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C1031145    BRAD LACHMAN PRODUCTIONS, INC.

| | |
|---|---|
| **Registration Date:** | 12/01/1980 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | ROBERT BARAL |
| | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of December.

| Document Type ⬍ | File Date ⬍ | PDF |
|---|---|---|
| SI-NO CHANGE | 11/21/2019 | |
| SI-COMPLETE | 03/11/2019 | |
| REGISTRATION | 12/01/1980 | Image unavailable. Please request paper copy. |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, November 22, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C4049916    BRAIN STORY, INC.

| | |
|---|---|
| **Registration Date:** | 08/01/2017 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | DAVID BARAL |
| | 15821 VENTURA BLVD #500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD #500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD #500 |
| | ENCINO CA 91436 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of August.

| Document Type ↕ | File Date ↓↑ | PDF |
|---|---|---|
| SI-NO CHANGE | 06/04/2019 | |
| SI-COMPLETE | 10/30/2017 | |
| REGISTRATION | 08/01/2017 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, November 22, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 201014610010    BRAKE, LLC

| | |
|---|---|
| **Registration Date:** | 05/25/2010 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | JOEL BARAL |
| | 15821 VENTURA BOULEVARD, SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BOULEVARD, SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BOULEVARD, SUITE 500 |
| | ENCINO CA 91436 |
| **LLC Management** | One Manager |

🛒 **Certificate of Status**

A Statement of Information is due EVERY EVEN-NUMBERED year beginning five months before and through the end of May.

| Document Type ⬍ | File Date ⬇ | PDF |
|---|---|---|
| SI-NO CHANGE | 03/09/2020 | |
| SI-COMPLETE | 03/26/2018 | |
| AMENDMENT | 06/15/2015 | |
| REGISTRATION | 05/25/2010 | |

\* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, November 22, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 200536510029    C MATE PRODUCTIONS, LLC

| | |
|---|---|
| **Registration Date:** | 12/23/2005 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | DAVID BARAL |
| | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |
| **LLC Management** | Member Managed |

🛒 **Certificate of Status**

A Statement of Information is due EVERY ODD-NUMBERED year beginning five months before and through the end of December.

| Document Type ⬍ | File Date ⬍ | PDF |
|---|---|---|
| SI-NO CHANGE | 10/07/2019 | |
| SI-COMPLETE | 11/01/2017 | |
| REGISTRATION | 12/23/2005 | |

\* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

https://businesssearch.sos.ca.gov/CBS/Detail                    1/1

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, November 22, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 201727810764    CAMBRIA COURT VENTURE, LLC

| | |
|---|---|
| **Registration Date:** | 09/27/2017 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | DAVID BARAL |
| | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |
| **LLC Management** | Member Managed |

🛒 **Certificate of Status**

A Statement of Information is due EVERY ODD-NUMBERED year beginning five months before and through the end of September.

| Document Type ⬍ | File Date ⬍ | PDF |
|---|---|---|
| SI-NO CHANGE | 06/27/2019 | |
| SI-COMPLETE | 01/22/2018 | |
| REGISTRATION | 09/27/2017 | |

\* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Thursday, January 23, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C4176529    CHRISTOPHER WINTERBAUER PRODUCTIONS, INC.

| | |
|---|---|
| **Registration Date:** | 07/25/2018 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | TAL BENARI |
| | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |

A Statement of Information is due EVERY year beginning five months before and through the end of July.

| Document Type ⬍ | File Date ⬍ | PDF |
|---|---|---|
| SI-NO CHANGE | 09/10/2019 | |
| SI-COMPLETE | 08/27/2018 | |
| REGISTRATION | 07/25/2018 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| **Modify Search** | **New Search** | **Back to Search Results** |
|---|---|---|

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 20, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C4105793   EYE ON THE BALL ENTERPRISES, INC.

| | |
|---|---|
| **Registration Date:** | 01/30/2018 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | JOEL BARAL |
| | 15821 VENTURA BLVD SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD SUITE 500 |
| | ENCINO CA 91436 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of January.

| Document Type ⇅ | File Date ⬇ | PDF |
|---|---|---|
| SI-NO CHANGE | 09/01/2020 | |
| SI-COMPLETE | 03/27/2018 | |
| REGISTRATION | 01/30/2018 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 20, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C4116613     MOORE FILM FINANCE, INC.

| | |
|---|---|
| **Registration Date:** | 02/09/2018 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | DAVID BARAL |
| | 15821 VENTURA BLVD., SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 346 SOUTH NORTON AVENUE |
| | LOS ANGELES CA 90020 |
| **Entity Mailing Address:** | 346 SOUTH NORTON AVENUE |
| | LOS ANGELES CA 90020 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of February.

| Document Type ↕ | File Date ⬇ | PDF |
|---|---|---|
| SI-NO CHANGE | 01/03/2019 | |
| SI-COMPLETE | 05/18/2018 | |
| REGISTRATION | 02/09/2018 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 20, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C3265862    MY FOUR SONS, INC.

| | |
|---|---|
| **Registration Date:** | 12/18/2009 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | DAVID BARAL |
| | 15821 VENTURA BLVD., SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 2198 FAIRHURST DR. |
| | LA CANADA CA 91011 |
| **Entity Mailing Address:** | 2198 FAIRHURST DR. |
| | LA CANADA CA 91011 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of December.

| Document Type ↕ | File Date ⬇ | PDF |
|---|---|---|
| SI-COMPLETE | 09/10/2020 | |
| SI-COMPLETE | 08/30/2019 | |
| REGISTRATION | 12/18/2009 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| **Modify Search** | **New Search** | **Back to Search Results** |
|---|---|---|

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 20, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C4076594    NEAT STREET PRODUCTIONS, INC.

| | |
|---|---|
| **Registration Date:** | 10/26/2017 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | DAVID BARAL |
| | 15821 VENTURA BLVD., SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD., SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD., SUITE 500 |
| | ENCINO CA 91436 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of October.

| Document Type ⇅ | File Date ⬇ | PDF |
|---|---|---|
| SI-NO CHANGE | 11/11/2019 | |
| SI-COMPLETE | 01/09/2018 | |
| REGISTRATION | 10/26/2017 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The *California Business Search* is updated daily and reflects work processed through Friday, November 20, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C4199170    PEPPER MILL PRODUCTIONS, INC.

| | |
|---|---|
| **Registration Date:** | 09/28/2018 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | DAVID BARAL |
| | 15821 VENTURA BLVD SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD SUITE 500 |
| | ENCINO CA 91436 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of September.

| Document Type | ↕ | File Date | ↧ | PDF |
|---|---|---|---|---|
| SI-NO CHANGE | | 09/03/2019 | | |
| SI-COMPLETE | | 10/12/2018 | | |
| REGISTRATION | | 09/28/2018 | | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| **Modify Search** | **New Search** | **Back to Search Results** |
|---|---|---|

**Alex Padilla**
**California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 20, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 201709310614     PLAYING FIELD CONSULTING, LLC

| | |
|---|---|
| **Registration Date:** | 03/23/2017 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | ROBERT BARAL |
| | 15821 VENTURA BLVD. SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD. SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD. SUITE 500 |
| | ENCINO CA 91436 |
| **LLC Management** | Member Managed |

🛒 **Certificate of Status**

A Statement of Information is due EVERY ODD-NUMBERED year beginning five months before and through the end of March.

| Document Type ⏸ | File Date ⏸ | PDF |
|---|---|---|
| SI-NO CHANGE | 05/05/2019 | |
| SI-COMPLETE | 08/07/2017 | |
| REGISTRATION | 03/23/2017 | |

\* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Thursday, January 23, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C1477828    REHABILITATION ORTHOPEDIC PHYSICAL THERAPY, INC.

| | |
|---|---|
| **Registration Date:** | 03/02/1990 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | ROBERT BARAL |
| | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 5301 WHITTIER BLVD |
| | LOS ANGELES CA 90022 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |

A Statement of Information is due EVERY year beginning five months before and through the end of March.

| Document Type ⇅ | File Date ⬇⬆ | PDF |
|---|---|---|
| SI-NO CHANGE | 01/02/2018 | |
| SI-COMPLETE | 07/03/2003 | |
| REGISTRATION | 03/02/1990 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| **Modify Search** | **New Search** | **Back to Search Results** |
|---|---|---|

https://businesssearch.sos.ca.gov/CBS/Detail            1/1

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 20, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 201418310015    RICH / LAVETA PROPERTIES, LLC

| | |
|---|---|
| **Registration Date:** | 06/30/2014 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | HELEN KHODIGUIAN |
| | 15821 VENTURA BLVD. SUITE #500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD. SUITE #500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD. SUITE #500 |
| | ENCINO CA 91436 |
| **LLC Management** | Member Managed |

🛒 **Certificate of Status**

A Statement of Information is due EVERY EVEN-NUMBERED year beginning five months before and through the end of June.

| Document Type ⬍ | File Date ⬍ | PDF |
|---|---|---|
| SI-NO CHANGE | 06/05/2020 | |
| SI-COMPLETE | 06/27/2017 | |
| REGISTRATION | 06/30/2014 | |

\* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 20, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C2540835    ROBERT C. BARAL, AN ACCOUNTANCY CORPORATION

| | |
|---|---|
| **Registration Date:** | 06/18/2003 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | ROBERT C BARAL |
| | 15821 VENTURA BLVD SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD SUITE 500 |
| | ENCINO CA 91436 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of June.

| Document Type ⇅ | File Date ⇵ | PDF |
|---|---|---|
| SI-NO CHANGE | 05/27/2020 | |
| SI-COMPLETE | 09/02/2003 | |
| REGISTRATION | 06/18/2003 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 20, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C4119967    STATION POINT DESIGN INC.

| | |
|---|---|
| **Registration Date:** | 03/02/2018 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | DAVID BARAL |
| | 15821 VENTURA BLVD., SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD., SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD., SUITE 500 |
| | ENCINO CA 91436 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of March.

| Document Type ↕ | File Date ↕ | PDF |
|---|---|---|
| SI-NO CHANGE | 01/30/2020 | |
| SI-COMPLETE | 06/04/2019 | |
| REGISTRATION | 03/02/2018 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

**Modify Search**      **New Search**      **Back to Search Results**

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 20, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C0936428   TRILOGY ENTERTAINMENT GROUP

| | |
|---|---|
| **Registration Date:** | 07/25/1979 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | ROBERT BARAL |
| | 15821 VENTURA BLVD SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 325 WILSHIRE BLVD SUITE 203 |
| | SANTA MONICA CA 90401 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD SUITE 500 |
| | ENCINO CA 91436 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of July.

| Document Type ↕ | File Date ⬇ | PDF |
|---|---|---|
| SI-NO CHANGE | 05/27/2020 | |
| SI-COMPLETE | 06/09/2004 | |
| AMENDMENT | 07/14/1986 | |
| MERGER | 10/24/1983 | |
| REGISTRATION | 07/25/1979 | Image unavailable. Please request paper copy. |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

https://businesssearch.sos.ca.gov/CBS/Detail                                                                              1/2

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 20, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C3837623    USR DIGITAL, INC.

| | |
|---|---|
| **Registration Date:** | 10/28/2015 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | ROBERT BARAL |
| | 15821 VENTURA BLVD. #500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD. #500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD. #500 |
| | ENCINO CA 91436 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of October.

| Document Type ⇕ | File Date ⬇ | PDF |
|---|---|---|
| SI-COMPLETE | 11/20/2019 | |
| SI-COMPLETE | 07/11/2016 | |
| REGISTRATION | 10/28/2015 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| **Modify Search** | **New Search** | **Back to Search Results** |
|---|---|---|

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 20, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 201901110188    WARNING LLC

| | |
|---|---|
| **Registration Date:** | 01/08/2019 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | JOEL BARAL |
| | 15821 VENTURA BLVD., SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD., SUITE 500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD., SUITE 500 |
| | ENCINO CA 91436 |
| **LLC Management** | One Manager |

🛒 **Certificate of Status**

A Statement of Information is due EVERY ODD-NUMBERED year beginning five months before and through the end of January.

| Document Type ⬍ | File Date ⬍ | PDF |
|---|---|---|
| SI-NO CHANGE | 11/13/2020 | |
| SI-COMPLETE | 06/14/2019 | |
| REGISTRATION | 01/08/2019 | |

\* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|