

**Alex Padilla**
**California Secretary of State**

# 🔍 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Saturday, November 21, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C3934031    SYNTHESIS FILMS, INC.

| | |
|---|---|
| **Registration Date:** | 08/04/2016 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | TAL BERNARI |
| | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |
| **Entity Address:** | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |
| **Entity Mailing Address:** | 15821 VENTURA BLVD STE 500 |
| | ENCINO CA 91436 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of August.

| Document Type ⇅ | File Date ⇅ | PDF |
|---|---|---|
| SI-NO CHANGE | 08/10/2020 | |
| SI-COMPLETE | 02/01/2017 | |
| REGISTRATION | 08/04/2016 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|



### ARTICLES OF INCORPORATION
### OF
### SYNTHESIS FILMS, INC.

**FILED**
Secretary of State
State of California

I   AUG 0 4 2016

**I**

The name of this Corporation is: Synthesis Films, Inc.

**II**

The purpose of this Corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business, or the practice of a profession permitted to be incorporated by the California Corporations Code.

**III**

The name and complete address in the State of California of this Corporation's initial agent for service of process is:

Barry G. Littman
450 North Roxbury Drive, 8th Floor
Beverly Hills, CA 90210

**IV**

The address of this Corporation's initial street address, which is the same as this Corporation's initial mailing address, is:

450 North Roxbury Drive, 8th Floor
Beverly Hills, CA 90210

**V**

A.    The liability of the directors of this Corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

B.    This Corporation is authorized to provide for, whether by bylaw, agreement or otherwise, the indemnification of agents (as defined in Section 317 of the California General Corporation Law) of this Corporation in excess of that expressly permitted by such Section 317 for those agents, for breach of duty to this Corporation and its shareholders to the extent permissible under California law (as now or hereafter in effect). In addition:

(1)    this Corporation may purchase and maintain insurance on behalf of any person who is or was a director, officer, employee or agent of this Corporation, or is serving at the request of this Corporation as a director, officer, employee or agent of another corporation, partnership, joint venture, trust, employee benefit plan or other enterprise against any liability asserted against him and incurred by him in any such capacity, or arising out of his status as

1305246.1                          1

such, whether or not this Corporation would have the power to indemnify against such liability under the provisions of law; and

(2)    this Corporation may create a trust fund, grant a security interest and/or use other means (including, without limitation, letters of credit, surety bonds and/or other similar arrangements), as well as enter into contracts providing indemnification to the fullest extent authorized or permitted by law and including as part thereof provisions with respect to any or all of the foregoing to ensure the payment of such amounts as may become necessary to effect indemnification as provided therein, or elsewhere.

No such bylaw, agreement or other form of indemnification shall be interpreted as limiting in any manner the rights which such agents would have to indemnification in the absence of such bylaw, agreement or other form of indemnification.

C.    Any repeal or modification of the foregoing provisions of this Article V by the shareholders of this Corporation shall not adversely affect any right or protection of a director of this Corporation existing at the time of such repeal or modification.

## VI

This Corporation is authorized to issue 10,000 shares of Common Stock, without par value.

IN WITNESS WHEREOF, the undersigned has executed the foregoing Articles of Incorporation this 3rd day of August, 2016.

*Andrea Mitchell*

Andrea Mitchell, Incorporator

1305246.1

2

17-605710

# Secretary of State
## Statement of Information
(California Stock, Agricultural Cooperative and Foreign Corporations)

**FILED**
Secretary of State
State of California

FEB - 1 2017

NF

**IMPORTANT** — Read instructions **before completing this form.**

**Fees (Filing plus Disclosure) – $25.00;**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Corporation Name** (Enter the exact name of the corporation as it is currently recorded with the California Secretary of State)

SYNTHESIS FILMS, INC.

This Space For Office Use Only

**2. 7-Digit Secretary of State File Number**

3934031

## 3. Business Addresses

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Executive Office - Do not list a P.O. Box<br>15821 Ventura Boulevard, Suite 500 | Encino | CA | 91436 |
| b. Mailing Address of Corporation, if different than Item 3a | City (no abbreviations) | State | Zip Code |
| c. Street Address of Principal California Office, if any and if different than Item 3a - Do not list a P.O. Box | City (no abbreviations) | State<br>CA | Zip Code |

## 4. Officers

The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| a. Chief Executive Officer/ | First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|---|
| Laura | | | Riccardi | |
| Address<br>15821 Ventura Boulevard, Suite 500 | | City (no abbreviations)<br>Encino | State<br>CA | Zip Code<br>91436 |
| b. Secretary | First Name | Middle Name | Last Name | Suffix |
| Moira | | | Demos | |
| Address<br>15821 Ventura Boulevard, Suite 500 | | City (no abbreviations)<br>Encino | State<br>CA | Zip Code<br>91436 |
| c. Chief Financial Officer/ | First Name | Middle Name | Last Name | Suffix |
| Moira | | | Demos | |
| Address<br>15821 Ventura Boulevard, Suite 500 | | City (no abbreviations)<br>Encino | State<br>CA | Zip Code<br>91436 |

## 5. Director(s)

California Stock and Agricultural Cooperative Corporations ONLY: **Item 5a:** At least one name **and** address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Laura | | Riccardi | |
| Address<br>15821 Ventura Boulevard, Suite 500 | City (no abbreviations)<br>Encino | State<br>CA | Zip Code<br>91436 |

b. Number of Vacancies on the Board of Directors, if any

## 6. Agent for Service of Process

Item 6a and 6b: If the agent is an **Individual**, the agent must reside in California and Item 6a and 6b must be completed with the agent's name and California address. Item 6c: If the agent is a California Registered **Corporate Agent**, a current agent registration certificate must be on file with the California Secretary of State and Item 6c must be completed (leave Item 6a-6b blank).

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Tal | | Bernari | |
| b. Street Address (if agent is not a corporation) - Do not list a P.O. Box<br>15821 Ventura Boulevard, Suite 500 | City (no abbreviations)<br>Encino | State<br>CA | Zip Code<br>91436 |

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

## 7. Type of Business

Describe the type of business or services of the Corporation
Entertainment

## 8. The Information contained herein, including in any attachments, is true and correct.

| 1/25/17 | Andrea Mitchell | Paralegal | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

SI-550 (REV 11/2016)

Case 1:19-cv-00484-BHL   Filed 11/20/20   Page 4 of 6   Document 105

# Attachment to Statement of Information
(California Stock and Agricultural Cooperative Corporations)

## SI-550A Attachment

### A. Corporation Name

SYNTHESIS FILMS, INC.

### B. 7-Digit Secretary of State File Number

3934031

This Space For Office Use Only

### C. List of Additional Director(s) – If the corporation has more than one director, enter the additional directors' names and addresses.

| | First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|---|
| 5b. | Moira | | Demos | |
| | **Address** 15821 Ventura Boulevard, Suite 500 | **City (no abbreviations)** Encino | **State** CA | **Zip Code** 91436 |
| 5c. | First Name | Middle Name | Last Name | Suffix |
| | Address | City (no abbreviations) | State | Zip Code |
| 5d. | First Name | Middle Name | Last Name | Suffix |
| | Address | City (no abbreviations) | State | Zip Code |
| 5e. | First Name | Middle Name | Last Name | Suffix |
| | Address | City (no abbreviations) | State | Zip Code |
| 5f. | First Name | Middle Name | Last Name | Suffix |
| | Address | City (no abbreviations) | State | Zip Code |
| 5g. | First Name | Middle Name | Last Name | Suffix |
| | Address | City (no abbreviations) | State | Zip Code |
| 5h. | First Name | Middle Name | Last Name | Suffix |
| | Address | City (no abbreviations) | State | Zip Code |
| 5i. | First Name | Middle Name | Last Name | Suffix |
| | Address | City (no abbreviations) | State | Zip Code |
| 5j. | First Name | Middle Name | Last Name | Suffix |
| | Address | City (no abbreviations) | State | Zip Code |

Case 1:19-cv-00484-BHL   Filed 11/23/22   Page 5 of 6   Document 162





**California Secretary of State**
Electronic Filing

# Corporation - Statement of Information No Change

| | |
|---|---|
| Entity Name: | SYNTHESIS FILMS, INC. |

| | |
|---|---|
| Entity (File) Number: | C3934031 |
| File Date: | 08/10/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GH65505 |

*There has been no change in any of the information contained in the previous complete Statement of Information filed with the California Secretary of State.*

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature: **Tal Benari**

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GH65505