**Alex Padilla**
**California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, November 22, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C4555769    STARLIGHT

| | |
|---|---|
| **Registration Date:** | 01/21/2020 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | BARRY LITTMAN |
| | 450 NORTH ROXBURY DRIVE, 8TH FLOOR |
| | BEVERLY HILLS CA 90210 |
| **Entity Address:** | 450 NORTH ROXBURY DRIVE, 8TH FLOOR |
| | BEVERLY HILLS CA 90210 |
| **Entity Mailing Address:** | 450 NORTH ROXBURY DRIVE, 8TH FLOOR |
| | BEVERLY HILLS CA 90210 |

**Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of January.

| Document Type | File Date | PDF |
|---|---|---|
| SI-COMPLETE | 03/11/2020 | |
| REGISTRATION | 01/21/2020 | ☐ |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

**Modify Search**    **New Search**    **Back to Search Results**



EXHIBIT 3

# California Secretary of State
## Electronic Filing



# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | STARLIGHT |
| Entity (File) Number: | C4555769 |
| File Date: | 03/11/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GE02839 |

**Detailed Filing Information**

1. Entity Name: STARLIGHT

2. Business Addresses:
   a. Street Address of Principal Office in California:
   15821 Ventura Boulevard, Suite 500
   Encino, California 91436
   United States of America

   b. Mailing Address:
   450 North Roxbury Drive, 8th Floor
   Beverly Hills, California 90210
   United States of America

   c. Street Address of Principal Executive Office:
   450 North Roxbury Drive, 8th Floor
   Beverly Hills, California 90210
   United States of America

3. Officers:
   a. Chief Executive Officer:
   Laura Ricciardi
   15821 Ventura Boulevard, Suite 500
   Encino, California 91436
   United States of America

   b. Secretary:
   Laura Ricciardi
   15821 Ventura Boulevard, Suite 500
   Encino, California 91436
   United States of America

Document ID: GE02839

Case 1:19-cv-00484-BHL   Filed 11/23/20   Page 2 of 5   Document 162-3
Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Officers (cont'd):

    c. Chief Financial Officer: Laura Ricciardi
15821 Ventura Boulevard, Suite 500
Encino, California 91436
United States of America

4. Director: Laura Ricciardi
15821 Ventura Boulevard, Suite 500
Encino, California 91436
United States of America

    Number of Vacancies on the Board of Directors: 0

5. Agent for Service of Process: Barry Littman
450 North Roxbury Drive, 8th Floor
Beverly Hills, California 90210
United States of America

6. Type of Business: Entertainment

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature: Andrea Mitchell

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GE02839

Case 1:19-cv-00484-BHL  Filed 11/23/20  Page 3 of 5  Document 162-3

4 5 5 5 7 6 9

**FILED**
Secretary of State
State of California

\cc JAN 2 1 2020

## ARTICLES OF INCORPORATION
## OF
## STARLIGHT

### I

The name of this Corporation is: Starlight.

### II

The purpose of this Corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business, or the practice of a profession permitted to be incorporated by the California Corporations Code.

### III

The name and complete address in the State of California of this Corporation's initial agent for service of process is:

> Barry G. Littman
> 450 North Roxbury Drive, 8th Floor
> Beverly Hills, CA 90210

### IV

The address of this Corporation's initial street address, which is the same as this Corporation's initial mailing address, is:

> 450 North Roxbury Drive, 8th Floor
> Beverly Hills, CA 90210

### V

A. The liability of the directors of this Corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

B. This Corporation is authorized to provide for, whether by bylaw, agreement or otherwise, the indemnification of agents (as defined in Section 317 of the California General Corporation Law) of this Corporation in excess of that expressly permitted by such Section 317 for those agents, for breach of duty to this Corporation and its shareholders to the extent permissible under California law (as now or hereafter in effect). In addition:

(1) this Corporation may purchase and maintain insurance on behalf of any person who is or was a director, officer, employee or agent of this Corporation, or is serving at the request of this Corporation as a director, officer, employee or agent of another corporation, partnership, joint venture, trust, employee benefit plan or other enterprise against any liability asserted against him and incurred by him in any such capacity, or arising out of his status as

Case 1:19-cv-00484-BHL   Filed 11/23/20   Page 4 of 5   Document 162-3

such, whether or not this Corporation would have the power to indemnify against such liability under the provisions of law; and

(2) this Corporation may create a trust fund, grant a security interest and/or use other means (including, without limitation, letters of credit, surety bonds and/or other similar arrangements), as well as enter into contracts providing indemnification to the fullest extent authorized or permitted by law and including as part thereof provisions with respect to any or all of the foregoing to ensure the payment of such amounts as may become necessary to effect indemnification as provided therein, or elsewhere.

No such bylaw, agreement or other form of indemnification shall be interpreted as limiting in any manner the rights which such agents would have to indemnification in the absence of such bylaw, agreement or other form of indemnification.

C. Any repeal or modification of the foregoing provisions of this Article V by the shareholders of this Corporation shall not adversely affect any right or protection of a director of this Corporation existing at the time of such repeal or modification.

## VI

This Corporation is authorized to issue 10,000 shares of Common Stock, without par value.

IN WITNESS WHEREOF, the undersigned has executed the foregoing Articles of Incorporation this 17th day of January, 2020.

*Andrea Mitchell*

Andrea Mitchell, Incorporator