# STATE OF NEW YORK

## DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on January 31, 2020.

*Brendan C. Hughes*

Brendan C. Hughes
Executive Deputy Secretary of State

Rev. 06/19

**EXHIBIT 5**

F 060113000550

## ARTICLES OF ORGANIZATION

OF

### SYNTHESIS FILMS LLC
(Under Section 203 of the Limited Liability Company Law of the State of New York)

To the Department of State
State of New York

THE UNDERSIGNED, being a natural person of at least eighteen (18) years of age and acting as the organizer of the limited liability company (the "Company") hereby being formed under Section 203 of the Limited Liability Company Law of the State of New York (the "Act"), does hereby certify as follows:

**FIRST:** The name of the Company is SYNTHESIS FILMS LLC.

**SECOND:** The County within the State in which the office of the Company is to be located is New York County.

**THIRD:** The Company is not to have a specific date of dissolution in addition to the events of dissolution set forth in Section 701 of the New York Limited Liability Company Law.

**FOURTH:** The Secretary of State of the State of New York is designated as the agent of the Company upon whom process against the Company may be served. The post office address within or without the State of New York to which the Secretary of State shall mail a copy of any process against the Company served upon such Secretary of State is Laura R. Ricciardi, 1090 St. Nicholas Avenue #64, New York, NY 10032.

**FIFTH:** The Company has one organizer whose name and address is as follows: Innes Smolansky, 408 3rd Street, 3rd Floor, Brooklyn, NY 11215.

**SIXTH:** None of the members of the Company are liable in their capacity as members for any of the debts, obligations or liabilities of the Company.

IN WITNESS WHEREOF, I have subscribed this document on the date set forth below and do hereby affirm, under the penalties of perjury, that the statements contained herein have been examined by me and are true and correct.

Dated: January 12, 2006

*Innes Smolansky, Organizer*

F 060113000 550

# ARTICLES OF ORGANIZATION

## OF

## SYNTHESIS FILMS LLC

FILED 2006 JAN 13 PM 12: 34

UNDER SECTION 203 OF THE LIMITED LIABILITY COMPANY LAW

FILLED BY:   LAW OFFICES OF INNES SMOLANSKY
             408 THIRD STREET, SUITE 3
             BROOKLYN, NEW YORK, 11215

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED JAN 13 2006
TAX $ _____
BY: _____

2015 JAN 13 AM 11: 01
RECEIVED

060113000 594

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on January 31, 2020.

*Brendan C. Hughes*

Brendan C. Hughes
Executive Deputy Secretary of State

Rev. 06/19

NYS Department of State
Division of Corporations, Records and UCC
Albany, NY 12231-0002
www.dos.state.ny.us

# Limited Liability Company
# Biennial Statement

For Internal Use Only

**3305756**

**Business Name:**

**SYNTHESIS FILMS LLC**

3305756

LAURA R. RICCIARDI
1090 ST. NICHOLAS AVENUE #64
NEW YORK, NY 10032

AR08010900
.2234

Filed By: _JC_

Cash # (if different than film #): _____

| Required Fee: | $9.00 |
|---|---|
| Filing Period: | 01/2008 |

(Make checks payable to the Department of State)

The Limited Liability Company Law requires limited liability companies to provide a current address for service of process to the Department of State every two years in the calendar month in which the limited liability company was formed or authorized. Please review the address for service of process in Part 1. Update the information in the space provided, if necessary. If no changes are necessary, proceed to Part 2. A limited liability company which fails to timely file its Biennial Statement shall be shown to be past due on the Department of State's records.

## Part 1: Address for Service of Process (Address must be within the United States)

| LAURA R. RICCIARDI<br>1090 ST. NICHOLAS AVENUE #64<br>NEW YORK, NY 10032 | Name: Laura R. Ricciardi |
|---|---|
| | Address: 32 Jones Street #2C |
| | City: New York    State: NY    Zip: 10014 |

## Part 2: Signature of Member, Manager, Attorney-in-Fact or Authorized Person

Signature: _Laura Ricciardi_
Title of Signer (Please Print): Member

Name of Signer (Please Print): Laura Ricciardi

Send the completed form, together with the $9.00 filing fee made payable to the Department of State, in the self-mailer envelope, to the Department of State, Division of Corporations, 41 State Street, Albany, NY 12231-0002.

To pay with a credit card, send a Credit Card Authorization Form to the Department of State with your Biennial Statement. The Credit Card Authorization Form is available from the Department of State's website at www.dos.state.ny.us or by calling (518) 473-2492. The Biennial Statement with the Credit Card Authorization Form may be faxed to (518) 486-4680.

Call (518) 473-6385 if you have questions regarding this form.

A domestic limited liability company must file this form until it files Articles of Dissolution. A foreign limited liability company must file this form until it files a Certificate of Surrender of Authority or a Certificate of Termination of Existence.

DOS-1299 (07/06)

080109002234

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on January 31, 2020.

Brendan C. Hughes
Executive Deputy Secretary of State

Rev. 06/19

NYS Department of State
Division of Corporations, Records and UCC
Albany, NY 12231-0002
www.dos.state.ny.us

# Limited Liability Company
# Biennial Statement

For Internal Use Only

**3305756**

**Business Name:**

**SYNTHESIS FILMS LLC**

3305756

LAURA R RICCIARDI
32 JONES ST #2C
NEW YORK, NY 10014

.2131
100.01800

Filed By: _____ 12H

Cash # (if different than film #): _____

| Required Fee: | $9.00 |
| Filing Period: | 01/2010 |

(Make checks payable to the Department of State)

The Limited Liability Company Law requires limited liability companies to provide a current address for service of process to the Department of State every two years in the calendar month in which the limited liability company was formed or authorized. Please review the address for service of process in Part 1. Update the information in the space provided, if necessary. If no changes are necessary, proceed to Part 2. A limited liability company which fails to timely file its Biennial Statement shall be shown to be past due on the Department of State's records.

**Part 1: Address for Service of Process** (Address must be within the United States)

LAURA R RICCIARDI
32 JONES ST #2C
NEW YORK, NY 10014

Name: Laura Ricciardi
Address: 55 Linden Blvd #4B
City: Brooklyn   State: NY   Zip: 11226

**Part 2: Signature of Member, Manager, Attorney-in-Fact or Authorized Person**

Signature: [signature]
Title of Signer (Please Print): Member

Name of Signer (Please Print): Moira Demos

Send the completed form, together with the $9.00 filing fee made payable to the Department of State, in the self-mailer envelope, to the Department of State, Division of Corporations, 99 Washington Ave. Albany, NY 12231-0001.

To pay with a credit card, send a Credit Card Authorization Form to the Department of State with your Biennial Statement. The Credit Card Authorization Form is available from the Department of State's website at www.dos.state.ny.us or by calling (518) 473-2492. The Biennial Statement with the Credit Card Authorization Form may be faxed to (518) 486-4680.

Call (518) 473-6385 if you have questions regarding this form.

A domestic limited liability company must file this form until it files Articles of Dissolution. A foreign limited liability company must file this form until it files a Certificate of Surrender of Authority or a Certificate of Termination of Existence.

DOS-1299 (07/06)

100318002131

# STATE OF NEW YORK

## DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on January 31, 2020.

*Brendan C. Hughes*

Brendan C. Hughes
Executive Deputy Secretary of State

Rev. 06/19



CSC 45
DRAW DOWN

1 6 0 6 2 0 0 0 0 8 3 6

New York State
Department of State
DIVISION OF CORPORATIONS,
STATE RECORDS AND
UNIFORM COMMERCIAL CODE
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
www.dos.ny.gov

# CERTIFICATE OF AMENDMENT
# OF
# ARTICLES OF ORGANIZATION
# OF

## SYNTHESIS FILMS LLC

*(Insert Name of Domestic Limited Liability Company)*

Under Section 211 of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:

Synthesis Films LLC

If the name of the limited liability company has been changed, the name under which it was organized is:

**SECOND:** The date of filing of the articles of organization is: January 13, 2006

**THIRD:** The amendment effected by this certificate of amendment is as follows:

The subject matter and full text of each amended paragraph must be stated.
FOR EXAMPLE, a certificate of amendment changing the name of the limited liability company would read as follows:
Paragraph FIRST of the Articles of Organization relating to the name of the limited liability company is hereby amended to read as follows:
FIRST: The name of the limited liability company is (...new name...).

Paragraph **FIRST** of the Articles of Organization relating to

the name of the limited liability company is hereby amended to read as follows:

is hereby amended to read as follows:

FIRST: The name of the Company is Chrome Media LLC

DOS-1358-f (Rev. 04/16)
160620000836

Page 1 of 2

Case 1:19-cv-00484-BHL   Filed 11/23/20   Page 9 of 13   Document 162-5

```
CSC 45
DRAW DOWN
```
X /s/ Moira M. Demos
─────────────────────────
*(Signature)*

Moira M. Demos
─────────────────────────
*(Type or print name)*

Capacity of Signer *(Check appropriate box):*

☒ Member

☐ Manager

☐ Authorized Person

836

2016 JUN 20 PM 2:19

# CERTIFICATE OF AMENDMENT
# OF
# ARTICLES OF ORGANIZATION
# OF

## SYNTHESIS FILMS LLC

*(Insert Name of Domestic Limited Liability Company)*

Under Section 211 of the Limited Liability Company Law

1 CC

**STATE OF NEW YORK
DEPARTMENT OF STATE**

Filed by:  Andrea Mitchell c/o Hansen, Jacobson et al Law Firm
─────────────────────────
*(Name)*

450 North Roxbury Drive, 8th Floor
─────────────────────────
*(Mailing address)*

Beverly Hills, California 90210
─────────────────────────
*(City, State and Zip Code)*

FILED JUN 20 2016

TAX $ _____

BY: _____

Cor Rd 18512-2AJC

**NOTES:**
1. The name of the limited liability company and the date of filing of the articles of organization must exactly match the records of the Department of State. This information should be verified on the Department of State's website at www.dos.ny.gov.
2. This form was prepared by the New York State Department of State for filing a certificate of amendment for a domestic limited liability company. It does not contain all optional provisions under the law. You are not required to use this form. You may draft your own form or use forms available at legal supply stores.
3. The Department of State recommends that legal documents be prepared under the guidance of an attorney.
4. The certificate must be submitted with a $60 filing fee made payable to the Department of State.

*(For office use only.)*

RECEIVED 2016 JUN 20 PM 12:03

DOS-1358-f (Rev. 04/16)

866

Page 2 of 2

# STATE OF NEW YORK

## DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on January 31, 2020.

*Brendan C. Hughes*

Brendan C. Hughes
Executive Deputy Secretary of State

Rev. 06/19

CSC 45
DRAW DOWN



Division of Corporations,
State Records and
Uniform Commercial Code

190128000 559

New York State
Department of State
DIVISION OF CORPORATIONS,
STATE RECORDS AND
UNIFORM COMMERCIAL CODE
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
www.dos.ny.gov

# CERTIFICATE OF CHANGE
# OF

**CHROME MEDIA LLC**

*(Insert Name of Domestic Limited Liability Company)*

Under Section 211-A of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:

**CHROME MEDIA LLC**

If the name of the limited liability company has been changed, the name under which it was organized is: Synthesis Films LLC

**SECOND:** The date of filing of the articles of organization is: 1/13/2006

**THIRD:** The change(s) effected hereby are: *[check appropriate statement(s)]*

1. ☐ The county location, within this state, in which the office of the limited liability company is located, is changed to: _____

2. ☒ The address to which the Secretary of State shall forward copies of process accepted on behalf of the limited liability company is changed to read in its entirety as follows:

   c/o Tal Benari, 15821 Ventura Boulevard, Suite 500, Encino, California 91436

3. ☐ The limited liability company hereby: *[check one]*

   ☐ Designates _____ as its registered agent upon whom process against the limited liability company may be served. The street address of the registered agent is:

   _____

   ☐ Changes the designation of its registered agent to: _____
   The street address of the registered agent is:

   _____

   ☐ Changes the address of its registered agent to:

   _____

   ☐ Revokes the authority of its registered agent.

X /s/ Laura Ricciardi
_(Signature)_

Laura Ricciardi
_(Type or print name)_

Capacity of Signer *(Check appropriate box):*

☒ Member

☐ Manager

☐ Authorized Person

CSC 45
DRAW DOWN

# CERTIFICATE OF CHANGE
## OF

**CHROME MEDIA LLC**
_(Insert Name of Domestic Limited Liability Company)_

Under Section 211-A of the Limited Liability Company Law

Filer's Name and Mailing Address:

Andrea Mitchell
_Name:_

c/o Hansen, Jacobson, Teller, Hoberman et al Law Firm
_Company, if Applicable:_

450 North Roxbury Drive, 8th Floor
_Mailing Address:_

Beverly Hills, California 90210
_City, State and Zip Code:_

STATE OF NEW YORK
DEPARTMENT OF STATE

FILED   JAN 2 8 2019

TAX $
BY:

Ct Rct 603496 AJC

**NOTES:**
1. The name of the limited liability company and the date of filing of the articles of organization must exactly match the records of the Department of State. This information should be verified on the Department of State's website at www.dos.ny.gov.
2. This form was prepared by the New York State Department of State for filing a certificate of change by a domestic limited liability company. You are not required to use this form. You may draft your own form or use forms available at legal supply stores.
3. The Department of State recommends that legal documents be prepared under the guidance of an attorney.
4. The certificate must be submitted with a $30 filing fee made payable to the Department of State.

_(For office use only)_

RECEIVED 2019 JAN 28 PM 12:19

DOS-1359-f (Rev. 03/17)

Page 2 of 2

Case 1:19-cv-00484-BHL   Filed 11/23/20   Page 13 of 13   Document 162-5