IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ANDREW L. COLBORN,

    Plaintiff

NETFLIX, INC.,
CHROME MEDIA, LLC, f/k/a
SYNTHESIS FILMS, LLC,
LAURA RICCIARDI, and
MOIRA DEMOS,

Case No. 19-CV-484

    Defendants.

I, April Rockstead Barker, declare under penalty of perjury as follows:

1. I am one of the attorneys for the Plaintiff in the above-captioned action.

2. Attached as Exhibits 1-4 are true and correct copies of email exchanges between counsel for Defendant Netflix, Inc. and me that occurred on or about the dates shown.

Dated this 23rd day of November, 2020.

        /s/April Rockstead Barker_____
        April Rockstead Barker