IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| ANDREW L. COLBORN, <br><br> Plaintiff, <br><br> vs. <br><br> NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS, LLC; LAURA RICCIARDI; AND MOIRA DEMOS, <br><br> Defendants. | Civil No.: 19-CV-484-BHL |

**EXPEDITED NON-DISPOSITIVE MOTION FOR WITHDRAWAL OF COUNSEL**

Lee Levine, and the law firm of Ballard Spahr LLP, hereby moves the Court, in accordance with Fed. R. Civ. P. 7(b) and Civil Local Rule 7(h), for an order granting him permission to withdraw and terminating his appearance for defendant Netflix, Inc., based on his upcoming retirement. Attorneys Matthew Kelley and Leita Walker of Ballad Spahr LLP and James A. Friedman of Godfrey & Kahn, S.C. will continue to represent Netflix, Inc. and are designated in the court's CM/ECF system to receive notices in this case. No supporting brief or memoranda will be filed along with this motion.

Dated: December 11, 2020	Respectfully submitted,


			 s/ Lee Levine
			Lee Levine
			Matthew E. Kelley
			Ballard Spahr LLP
			1909 K Street, NW, Suite 1200
			Washington, DC 20006-1157
			T: (202) 508-1110
			F: (202) 661-2299
			levinel@ballardspahr.com
			kelleym@ballardspahr.com

			Leita Walker
			Ballard Spahr LLP
			2000 IDS Center, 80 South 8th Street
			Minneapolis, MN 55402-2119
			T: (612) 371-6222
			F: (612) 371-3207
			walkerl@ballardspahr.com

			James A. Friedman
			Godfrey & Kahn, S.C.
			One East Main Street
			Suite 500
			Madison, WI 53703-3300
			T: (608) 284-2617
			F. (608) 257-0609
			jfriedman@gklaw.com

			*Counsel for Defendant Netflix, Inc.*