# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| HEARING DATE: | December 17, 2020 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 19-cv-0484-nhl |
| CASE NAME: | Colborn v. Netflix Inc et al |
| MATTER: | Continued Status Conference |
| APPEARANCES: | George Burnett, Michael Griesbach, April Barker, Attorneys for Plaintiff |
| | Andrew Colburn, Plaintiff |
| | James Friedman, Attorney for all Defendants |
| | Matthew Kelly and Leita Walker, Attorneys for Defendant Netflix Inc. |
| | Kevin Vick and Jeffrey Payne, Attorneys for Defendants Chrome Media LLC, Laura Ricciardi, & Moira Demos |
| TIME: | 10:32 a.m. – 11:22 a.m. |
| COURTROOM DEPUTY: | Melissa P. |

**AUDIO OF THIS HEARING IS AT ECF NO. 169**

Counsel for the parties reported on the status of the case and their opinions as to how the case should proceed. The court considered four pending matters: (1) Chrome Media, Laura Ricciardi, and Moria Demos's Motion to Dismiss (ECF No. 34); (2) Netflix, Inc.'s Motion to Dismiss (ECF No. 118); (3) Plaintiff's Motion to Compel Initial Disclosures (ECF No. 153); and (4) Lee Levine's Expedited Non-Dispositive Motion for Withdrawal of Counsel (ECF No. 168).

## MOTIONS TO DISMISS

The Court took under advisement the Motion to Dismiss filed by Chrome Media (f/k/a Synthesis Films LLC), Laura Ricciardi, and Moria Demos (ECF No. 34) and the Motion to Dismiss filed by Netflix, Inc. (ECF No. 118).

## MOTION TO COMPEL INITIAL DISCLOSURES

For the reasons stated on the record, the Court will grant in part Plaintiff's Motion to Compel. (ECF No. 153.) Defendants will be required to provide additional disclosures and responses to any overdue or pending discovery requests within 14 days of the Court's final ruling on the pending motions to dismiss.

## MOTION TO WITHDRAW AS COUNSEL

Due to his upcoming retirement, the Court will grant Mr. Levine's unopposed motion to withdraw as counsel for Netflix. (ECF No. 168.)

## MEDIATION

Due to the complexity of the case and the expenses associated with protracted litigation, the Court will order mediation.

Accordingly, IT IS ORDERED Plaintiff's Motion to Compel Initial Disclosures (ECF No. 153) is GRANTED in part. Defendants must provide disclosures and responses to any overdue or pending discovery requests within 14 days of the Court's final ruling on the pending motions to dismiss.

IT IS FURTHER ORDERED Lee Levine's Expedited Non-Dispositive Motion for Withdrawal of Counsel (ECF No. 168) is GRANTED. Lee Levine is granted permission to withdraw and terminate his appearance for defendant Netflix, Inc.

IT IS FURTHER ORDERED, to minimize costly pretrial procedures in a case that may be equitably settled, and to secure the just, speedy, and inexpensive determination of this action, all parties shall participate in good faith in mediation. The parties shall provide Notice on the docket on or before **January 4, 2021**, regarding whether they intend to retain a private mediator or agree to have the Court refer the matter to a magistrate judge for the purposes of mediation.

Dated at Milwaukee, Wisconsin this 17th day of December, 2020.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge