*Thomas M. Olejniczak*
*Frederick L. Schmidt*
*R. George Burnett*
*Gregory A. Grobe*
*Tori L. Kluess*
*Robert M. Charles*
*Brick N. Murphy*
*Jodi Arndt Labs*
*David H. Weber*
*Ross W. Townsend*
*Michele M. McKinnon*
*Kurt A. Goehre*
*James M. Ledvina*
*Steven J. Krueger*
*Robert R. Gagan*
*Matthew M. Van Nuland*
*Laura J. Beck*
*Jill J. Ray*
*Joshua M. Koch*
*John M. Calewarts*
*Bryant M. Dorsey*
*Laina P. Stuebner*
*Maxwell R. Krenke*



**Retired:**
*J. Michael Jerry*

*Gregory B. Conway*
*1944-2017 (Founder)*

*Telephone:* (920) 437-0476

*Facsimile:* (920) 437-2868

gb@lcojlaw.com
www.lcojlaw.com

December 30, 2020

Honorable Brett Ludwig
U.S. District Court - Eastern District of Wisconsin
United States Federal Building and Courthouse
517 E. Wisconsin Ave. Rm. 225
Milwaukee, WI 53202

    **Re:**    **Andrew L. Colborn v. Netflix, et al.**
             **Case No. 19-CV-484**

Dear Judge Ludwig:

In follow up to the Court's recent order for mediation in this matter, the parties have conferred and agree that mediation before a magistrate judge would be most appropriate. The parties request, to the extent that the Court is willing, the appointment of Magistrate Judge William Duffin, whose experience in the Dassey matter may prove helpful in this mediation.

Thank you very much.

Very truly yours,

**LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.**
Attorney for Plaintiff, Andrew L. Colborn


By:   *s/George Burnett*
       George Burnett

RGB:src
*3647003*

231 South Adams Street • Green Bay, WI 54301
P.O. Box 23200 • Green Bay, WI 54305-3200 • Telephone: 920-437-0476 • Facsimile: 920-437-2868
www.lcojlaw.com

Case 1:19-cv-00484-BHL Filed 01/04/21 Page 1 of 2 Document 157

GODFREY & KAHN, S.C.
Attorney for Defendants


By:    *s/James Friedman*
       James Friedman


BALLARD SPAHR, LLP
Attorneys for Defendant, Netflix, Inc.


By:    *s/Matthew Kelly*
       Matthew Kelly
       Leita Walker


JASSY VICK CAROLAN LLP
Attorneys for Defendants, Chrome Media LLC,
Laura Ricciardi and Moira Demos


By:    *s/Kevin Vick*
       Kevin Vick
       Jeffrey Payne