UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ANDREW L COLBORN,

    Plaintiff,

 v.               Case No. 19-cv-0484-bhl

NETFLIX INC, et al.,

    Defendants.

---

## ORDER

 At the request of the parties, IT IS ORDERED that this case is referred to Magistrate Judge William E. Duffin for the purpose of mediation. If the report Judge Duffin files at the conclusion of the mediation indicates that the parties are unable to resolve the case, this case will be returned to this Court for further processing.

 Dated at Milwaukee, Wisconsin this 5th day of January, 2021.

                s/ *Brett H. Ludwig*_____
                BRETT H. LUDWIG
                United States District Judge