## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

ANDREW L. COLBORN,

               Plaintiff,

     vs.

NETFLIX, INC.; CHROME MEDIA LLC,
F/K/A SYNTHESIS FILMS, LLC;
LAURA RICCIARDI; AND MOIRA
DEMOS,

            Defendants.

Civil No.: 19-CV-484-BHL

## CIVIL L.R. 7(h) EXPEDITED, NON-DISPOSITIVE, UNOPPOSED MOTION FOR AN EXTENSION TO ANSWER THE SECOND AMENDED COMPLAINT

Defendants Chrome Media, LLC f/k/a Synthesis Films, LLC, Laura Ricciardi, and Moira Demos, by and through their undersigned counsel and pursuant to Civil Local Rule 7(h), hereby respectfully move the Court to extend their time to file their answer to the Second Amended Complaint until June 18, 2021. Plaintiff's counsel has indicated that Plaintiff does not oppose defendants' motion and request as set forth herein.

1

Dated: June 8, 2021                    Respectfully submitted,


                                        s/ James A. Friedman
                                       James A. Friedman, SBN 1020756
                                       GODFREY & KAHN, S.C.
                                       One East Main Street
                                       Suite 500
                                       Madison, WI 53703-3300
                                       T: (608) 284-2617
                                       F. (608) 257-0609
                                       jfriedman@gklaw.com

                                       Kevin L. Vick, *Pro Hac Vice*
                                       Jean-Paul Jassy, *Pro Hac Vice*
                                       JASSY VICK CAROLAN LLP
                                       800 Wilshire Boulevard, Suite 800
                                       Los Angeles, CA 90017
                                       T: (310) 870-7048
                                       F: (310) 870-7010
                                       kvick@jassyvick.com

                                       *Counsel for Defendants Laura Ricciardi,*
                                       *Moira Demos, and Chrome Media, LLC*


25442077.1