# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| ANDREW L. COLBORN,<br><br>Plaintiff,<br><br>vs.<br><br>NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS, LLC; LAURA RICCIARDI; AND MOIRA DEMOS,<br><br>Defendants. | Civil No.: 19-CV-484-BHL |

### CIVIL L.R. 7(h) EXPEDITED, NON-DISPOSITIVE, UNOPPOSED MOTION FOR AN EXTENSION TO ANSWER THE SECOND AMENDED COMPLAINT

Netflix, Inc., by and through its undersigned counsel and pursuant to Civil Local Rule 7(h), hereby respectfully moves the Court to extend its time to file its answer to the Second Amended Complaint until June 18, 2021. Netflix seeks this extension so that its deadline to answer or otherwise respond to the Second Amended Complaint conforms with that of its co-defendants. Plaintiff's counsel has indicated that Plaintiff does not oppose Netflix's motion and request as set forth herein.

Dated: June 9, 2021        Respectfully submitted,

   *s/ James A. Friedman*
James A. Friedman
Godfrey & Kahn, S.C.
One East Main Street
Suite 500
Madison, WI 53703-3300
T: (608) 284-2617
F. (608) 257-0609
jfriedman@gklaw.com

Matthew E. Kelley
Ballard Spahr LLP
1909 K Street, NW, Suite 1200
Washington, DC 20006-1157
T: (202) 508-1110
F: (202) 661-2299
kelleym@ballardspahr.com

Leita Walker
Ballard Spahr LLP
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
T: (612) 371-6222
F: (612) 371-3207
walkerl@ballardspahr.com

*Counsel for Netflix, Inc.*

25450010.1