UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANDREW L. COLBORN,
          Plaintiff,

v.                               Case No. 19-cv-0484-bhl

NETFLIX, INC.,
CHROME MEDIA LLC,
LAURA RICCIARDI,
MOIRA DEMOS,
          Defendants.

## NOTICE OF RULE 16(b) TELEPHONE SCHEDULING CONFERENCE

The Court will conduct a telephone scheduling conference pursuant to Fed. R. Civ. P. 16(b) and Civil L.R. 16(a), on **July 28, 2021 at 10:00 a.m.** To appear by telephone, you must call the Court conference line at 1-866-434-5269, and enter access code 1737450# before the scheduled hearing time. Participants will be placed on hold until the case is called.

The court will expect counsel familiar with the case to appear and be ready to discuss the matters identified in Fed. R. Civ. P. 16(c)(2) and Civil L.R. 16(a)(1). Counsel should also be prepared to discuss a discovery plan, which the court expects the parties to have discussed and filed timely under Fed. R. Civ. P. 26(f). Following the conference, the court will enter a scheduling order setting deadlines for, among other things, the joinder of other parties; amendments to the pleadings; filing dispositive motions; completing fact and expert discovery; and disclosing expert witnesses. The court may also set dates for a Final Pretrial Conference and/or Trial.

Dated: June 28, 2021

GINA M. COLLETTI
Clerk of Court

*s/ Kristine B.*
Deputy Clerk