# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

<u>Court Minutes</u>

| | |
|---|---|
| HEARING DATE: | July 28, 2021 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 1:19-cv-00484-BHL |
| CASE NAME: | Colborn v. Netflix Inc et al |
| MATTER: | Scheduling Conference |
| APPEARANCES: | George Burnett and April Barker, Attorneys for Plaintiff |
| | Andrew Colburn, Plaintiff |
| | James Friedman, Attorney for all Defendants |
| | Leita Walker and Emmy Parsons, Attorneys for Defendant Netflix Inc. |
| | Kevin Vick, Attorney for Defendants Chrome Media LLC, Laura Ricciardi, & Moira Demos |
| TIME: | 10:01 a.m. – 10:17 a.m. |
| COURTROOM DEPUTY: | Christine B. |
| | AUDIO OF THIS HEARING IS AT ECF NO. 185 |

The Court will issue a scheduling order adopting, in substantial part, the deadlines proposed in the parties' Rule 26(f) report. A final pretrial and trial will be scheduled after all dispositive motions have been resolved or, in the event such motions are not filed, after the deadline has passed.

The Court and parties discussed various options regarding the potential for additional mediation with Magistrate Judge Duffin.

The Court also advised the parties that all motions and stipulations requesting a protective order must contain sufficient facts demonstrating good cause. *See Jepson, Inc. v. Makita Elec. Works, Ltd.*, 30 F.3d 854, 858 (7th Cir. 1993).