ANDREW L. COLBORN,

        Plaintiff,

    v.

NETFLIX, INC.; CHROME MEDIA LLC,
F/K/A SYNTHESIS FILMS, LLC;
LAURA RICCIARDI; AND MOIRA
DEMOS,

        Defendants.

Civil No. 19-CV-484-BHL

## STIPULATION RE [PROPOSED] PROTECTIVE ORDER

The undersigned stipulate to entry of the [Proposed] Protective Order provided herewith as **Exhibit A.** The parties request that the Court enter the [Proposed] Protective Order to expedite the exchange of discovery between the parties in this action, and in recognition that Defendants Netflix, Inc., Chrome Media LLC f/k/a Synthesis Films LLC, Laura Ricciardi, and Moira Demos believe that discovery in this action will involve production of confidential, proprietary and/or private information, documents, data and other materials, for which special protection from dissemination and from use for any purpose other than prosecuting this litigation may be warranted. Defendants anticipate such information will include financial information, including the confidential terms of business contracts, as well as additional technical and commercially sensitive information and materials that could cause Defendants competitive and other harm if publicly disseminated. *See*, *e.g.*, *Cobra Eng'g Inc. v. H-D USA LLC*, 2018 U.S. Dist. LEXIS 109719, *2-3 (E.D. Wisc. July 2, 2018) ("The parties have requested the protective order in this case in good faith; they seek the order so that they might freely exchange sensitive information. . . This includes technical, financial, and commercial information from the parties

themselves and third parties. . . The Court thus finds that there is good cause to issue the requested protective order.") (citations omitted); *accord Clark Tech. LLC v. Corncob Inc.*, 2019 U.S. Dist. LEXIS 5196 (E.D. Wisc. Jan. 11, 2019).

    The [Proposed] Protective Order is identical to the Eastern District of Wisconsin's model protective order.

| | |
|---|---|
| Dated: August 19, 2021 | Respectfully submitted, |
| | |
| | *s/ April Rockstead Barker*_ |
| | April Rockstead Barker, SBN 1026163 |
| | SCHOTT, BUBLITZ & ENGEL, S.C. |
| | 640W. Moreland Blvd. |
| | Suite 500 |
| | Waukesha, WI 53188-2433 |
| | T: (262) 827-1700 |
| | abarker@sbe-law.com |
| | |
| | George Burnett, SBN 1005964 |
| | LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C. |
| | 231 S. Adams Street |
| | Green Bay, WI 54301 |
| | P.O. Box 23200 |
| | Green Bay, WI 54305-3200 |
| | P: (920) 437-0476 |
| | F: (920) 437-2868 |
| | |
| | Michael Griesbach, SBN 01012799 |
| | GRIESBACH LAW OFFICES, LLC |
| | P.O. Box 2047 |
| | Manitowoc, WI 54221-2047 |
| | P: (920) 320-1358 |
| | |
| | *Counsel for Plaintiff Andrew L. Colborn* |

Dated: August 19, 2021					Respectfully submitted,

					*s/ James A. Friedman*

					Kevin L. Vick, *Pro Hac Vice*
					JASSY VICK CAROLAN LLP
					800 Wilshire Boulevard, Suite 800
					Los Angeles, CA 90017
					T: (310) 870-7048
					F: (310) 870-7010
					kvick@jassyvick.com

					James A. Friedman, SBN 1020756
					GODFREY & KAHN, S.C.
					One East Main Street
					Suite 500
					Madison, WI 53703-3300
					T: (608) 284-2617
					F. (608) 257-0609
					jfriedman@gklaw.com

					*Counsel for Defendant Laura Ricciardi, Moira Demos, and Chrome Media, LLC*

Dated: August 19, 2021  Respectfully submitted,

s/ *James A. Friedman*

Leita Walker, *Pro Hac Vice*
BALLARD SPAHR LLP
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
T: (612) 371-6222
F: (612) 371-3207
walkerl@ballardspahr.com

James A. Friedman, SBN 1020756
GODFREY & KAHN, S.C.
One East Main Street
Suite 500
Madison, WI 53703-3300
T: (608) 284-2617
F. (608) 257-0609
jfriedman@gklaw.com

*Counsel for Defendant Netflix, Inc.*