
**SCHOTT, BUBLITZ & ENGEL** s.c.
ATTORNEYS AT LAW

(262) 827-1700

March 12, 2020

Mr. James A. Friedman
Godfrey & Kahn, S.C.
One E. Main St., Ste. 500
Madison, WI 53703-3300

Mr. Lee Levine
Mr. Matthew E. Kelley
Ballard Spahr LLP
1909 K Street, NW, Ste. 1200
Washington, D.C. 20006-1157

Re: Colborn v. Netflix, et al.

Dear Counsel:

We are in receipt of the memorandum in support of Netflix, Inc.'s motion to dismiss Plaintiff's Second Amended Complaint. Within the body of your memorandum and declaration of Matthew Kelley, Netflix introduced considerable amounts of evidence not previously in the record and beyond our pleadings and allegations in the complaint.

To date, no discovery has been produced. As I have previously discussed by telephone with James and Leita, we do not see any reason that discovery should not proceed at this point, particularly as any pending motions likely will not be decided for many additional months. We are therefore requesting that you advise when you are available for a Rule 26(f) conference as soon as possible.

We are enclosing additional discovery requests that pertain to the issues raised by the Defendants. We are also requesting you answer the first set of discovery, which has been outstanding for nearly a year, within thirty (30) days.

Sincerely,

SCHOTT, BUBLITZ & ENGEL s.c.

April Rockstead Barker

ARB/alr
Enclosure

640 W. Moreland Blvd., Waukesha, WI 53188
P: 262.827.1700  F: 262.827.1701
www.sbe-law.com

**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

ANDREW L. COLBORN,

           Plaintiff

NETFLIX, INC.,                                          Case No. 19-CV-484
CHROME MEDIA, LLC, f/k/a
SYNTHESIS FILMS, LLC,
LAURA RICCIARDI, and
MOIRA DEMOS,

           Defendants.

---

### PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO NETFLIX, INC.

---

TO:    Netflix, Inc.

     Andrew L. Colborn, by and through his attorneys, the Law Firm of Conway, Olejniczak & Jerry, S.C., hereby requests pursuant to Wis. Stat. § 804.09, that you produce all documents, reports, records and other similar or related materials referenced below, which are either in your possession or readily available to you. These documents, reports, records and other similar or related materials shall be produced at the offices of the Law Firm of Conway, Olejniczak & Jerry, S.C., 231 South Adams Street, P.O. Box 23200, Green Bay, Wisconsin 54305, within thirty (30) days of service of this Request.

### DOCUMENT PRODUCTION REQUESTS

DOCUMENT REQUEST NO. 1:    A copy of all raw footage that occurred during the trial of Steven Avery in Manitowoc, Case No. 2005 CF 381, that includes Andrew Colborn.

DOCUMENT REQUEST NO. 2:    Please produce a copy of all raw footage from the trial of Steven Avery in Manitowoc, Case No. 2005 CF 381.

Dated this 12 day of March, 2020.

        SCHOTT, BUBLITZ & ENGEL S.C.

        By: _____
            April Rockstead Barker

**POST OFFICE ADDRESS**
640 W. Moreland Boulevard
Waukesha, WI 53188-2433
Phone: (262) 827-1700
abarker@sbe-law.com
State Bar No.
201915.001:# 3348428

2