# April Barker

**From:** April Barker
**Sent:** Monday, September 28, 2020 11:18 AM
**To:** WalkerL@ballardspahr.com
**Subject:** Call

Hi Leita,

I'm hoping we could talk briefly this week to meet and confer concerning our message following up on the raw footage request. I have a few status conferences scheduled in various matters this week, but have substantial pockets of availability. What is your availability like?

Thanks very much,
April

1

