**April Barker**

| | |
|---|---|
| From: | Walker, Leita <WalkerL@ballardspahr.com> |
| Sent: | Tuesday, June 15, 2021 11:31 AM |
| To: | April Barker |
| Cc: | Kelley, Matthew E. |
| Subject: | RE: Initial Disclosures |



EXHIBIT 13

Hi, April, we'll produce non-privileged documents in response to properly served requests for production and after entry of a suitable protective order. We're not required to produce documents with initial disclosures.

When the time comes for production, I believe we provide them to you on disc, but I will double check on that.

Leita

**From:** April Barker <abarker@sbe-law.com>
**Sent:** Tuesday, June 15, 2021 10:34 AM
**To:** Walker, Leita (Minn) <WalkerL@ballardspahr.com>
**Subject:** Initial Disclosures

⚠ **EXTERNAL**

Hi Leita,

I hope that you are well.

I am following up on the email message that forwarded Netflix's initial disclosures. The disclosures reference certain non-privileged documents and materials as available for inspection.

What would be the simplest way of arranging for duplication of these materials so that I don't have to travel to view them?

Thank you,
April



**April Rockstead Barker** | Attorney

**SCHOTT, BUBLITZ & ENGEL s.c.**

ATTORNEYS AT LAW

640 W. Moreland Boulevard
Waukesha, WI 53188
☏ P: (262) 827-1700
☏ F: (262) 827-1701
✉ E: abarker@sbe-law.com
Web: www.sbe-law.com

IMPORTANT: This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please advise the sender and delete this message and any attachments.

IRS Circular 230 Disclosure: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended and cannot be used for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

1