# April Barker

| | |
|---|---|
| **From:** | Kevin Vick <kvick@jassyvick.com> |
| **Sent:** | Wednesday, June 23, 2021 5:56 PM |
| **To:** | Walker, Leita; April Barker |
| **Cc:** | Kelley, Matthew E.; Jeffrey Payne; Friedman, James |
| **Subject:** | RE: Initial Disclosures |
| **Attachments:** | image005.wmz; Protective Order, Draft 06 22 21.docx |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

April and Leita,

Attached is a proposed protective order. My colleague Jeff prepared this to conform as closely as possible to E.D. Wis. model protective order. He just made one cut in redline about providing confidential information to unnamed class members, since that's not applicable here. If the substance looks OK, we can finalize and add in signature blocks for various counsel and the Court. Please let me know your thoughts.

Thanks,

Kevin

**JASSY | VICK | CAROLAN**
LOS ANGELES   SAN FRANCISCO

**Kevin L. Vick**
**Jassy Vick Carolan LLP | 310-870-7048 | kvick@jassyvick.com**
**800 Wilshire Blvd., Suite 800 | Los Angeles, CA 90017**
**jassyvick.com**

This e-mail may contain confidential and/or privileged material. Any review or distribution by anyone other than the intended recipient is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies of this e-mail immediately. This email does not establish an attorney-client relationship.

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice communicated by way of this document is not intended to be used, and cannot be used, by you or anyone else for the purpose of avoiding penalties under the Internal Revenue Code, or promoting or recommending anything to another party.

**From:** Walker, Leita <WalkerL@ballardspahr.com>
**Sent:** Tuesday, June 15, 2021 11:18 AM
**To:** April Barker <abarker@sbe-law.com>
**Cc:** Kelley, Matthew E. <KelleyM@ballardspahr.com>; Kevin Vick <kvick@jassyvick.com>
**Subject:** RE: Initial Disclosures

Hi, April,

I believe Kevin is working on a protective order for the rest of us to review. I've copied him here.


EXHIBIT 16

1

Leita

**From:** April Barker <abarker@sbe-law.com>
**Sent:** Tuesday, June 15, 2021 11:59 AM
**To:** Walker, Leita (Minn) <WalkerL@ballardspahr.com>
**Cc:** Kelley, Matthew E. (DC) <KelleyM@ballardspahr.com>
**Subject:** RE: Initial Disclosures

⚠ EXTERNAL

Leita,

To expedite the process of exchange of documents – as the judge noted, discovery has been long stalled – please forward your proposed protective order as soon as possible.

Thank you,
April



**April Rockstead Barker** | Attorney

**SCHOTT, BUBLITZ & ENGEL s.c.**
ATTORNEYS AT LAW
640 W. Moreland Boulevard
Waukesha, WI 53188
P: (262) 827-1700
F: (262) 827-1701
E: abarker@sbe-law.com
Web: www.sbe-law.com

*IMPORTANT: This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please advise the sender and delete this message and any attachments.*

*IRS Circular 230 Disclosure: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended and cannot be used for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.*

---

**From:** Walker, Leita <WalkerL@ballardspahr.com>
**Sent:** Tuesday, June 15, 2021 11:31 AM
**To:** April Barker <abarker@sbe-law.com>
**Cc:** Kelley, Matthew E. <KelleyM@ballardspahr.com>
**Subject:** RE: Initial Disclosures

Hi, April, we'll produce non-privileged documents in response to properly served requests for production and after entry of a suitable protective order. We're not required to produce documents with initial disclosures.

When the time comes for production, I believe we provide them to you on disc, but I will double check on that.

Leita

2

**From:** April Barker <abarker@sbe-law.com>
**Sent:** Tuesday, June 15, 2021 10:34 AM
**To:** Walker, Leita (Minn) <WalkerL@ballardspahr.com>
**Subject:** Initial Disclosures

⚠ **EXTERNAL**

Hi Leita,

I hope that you are well.

I am following up on the email message that forwarded Netflix's initial disclosures. The disclosures reference certain non-privileged documents and materials as available for inspection.

What would be the simplest way of arranging for duplication of these materials so that I don't have to travel to view them?

Thank you,
April

**April Rockstead Barker | Attorney**



**SCHOTT, BUBLITZ & ENGEL s.c.**
ATTORNEYS AT LAW
640 W. Moreland Boulevard
Waukesha, WI 53188
☏ P: (262) 827-1700
☏ F: (262) 827-1701
✉ E: abarker@sbe-law.com
Web: www.sbe-law.com

*IMPORTANT: This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please advise the sender and delete this message and any attachments.*

*IRS Circular 230 Disclosure: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended and cannot be used for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.*