# April Barker

| | |
|---|---|
| From: | April Barker |
| Sent: | Monday, August 23, 2021 4:08 PM |
| To: | Walker, Leita; Kevin Vick |
| Subject: | Colborn v. Netflix |

Hi Leita and Kevin,

Now that the protective order has been signed, would you each be in a position to discuss arrangements for us to review documents that have been described as available for review in the respective discovery responses?

Thank you,
April



**April Rockstead Barker** | Attorney

**SCHOTT, BUBLITZ & ENGEL s.c.**
ATTORNEYS AT LAW
640 W. Moreland Boulevard
Waukesha, WI 53188
P: (262) 827-1700
F: (262) 827-1701
E: abarker@sbe-law.com
Web: www.sbe-law.com

IMPORTANT: This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please advise the sender and delete this message and any attachments.

IRS Circular 230 Disclosure: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended and cannot be used for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.



EXHIBIT 18