# April Barker

| | |
|---|---|
| **From:** | Walker, Leita <WalkerL@ballardspahr.com> |
| **Sent:** | Monday, August 23, 2021 4:11 PM |
| **To:** | April Barker; Kevin Vick |
| **Subject:** | RE: Colborn v. Netflix |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Sure. We plan to produce documents rather than make them available for review, but happy to discuss. I hope to also send you an ESI Protocol in the next day or two which addresses issues such as Bates numbering, production format, etc. It might make sense to have our call after you review that.

Leita



EXHIBIT 19

**From:** April Barker <abarker@sbe-law.com>
**Sent:** Monday, August 23, 2021 4:08 PM
**To:** Walker, Leita (Minn) <WalkerL@ballardspahr.com>; Kevin Vick <kvick@jassyvick.com>
**Subject:** Colborn v. Netflix

⚠️ **EXTERNAL**

Hi Leita and Kevin,

Now that the protective order has been signed, would you each be in a position to discuss arrangements for us to review documents that have been described as available for review in the respective discovery responses?

Thank you,
April



April Rockstead Barker | Attorney

**SCHOTT, BUBLITZ & ENGEL s.c.**
ATTORNEYS AT LAW
640 W. Moreland Boulevard
Waukesha, WI 53188
☏ P: (262) 827-1700
☏ F: (262) 827-1701
✉ E: abarker@sbe-law.com
Web: www.sbe-law.com

*IMPORTANT: This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please advise the sender and delete this message and any attachments.*

*IRS Circular 230 Disclosure: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended and cannot be used for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.*