IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ANDREW L. COLBORN,
      Plaintiff

v.

NETFLIX, INC., et al.,      Case No. 19-CV-484
      Defendants.

## DECLARATION OF DEBRA L. BURSIK

STATE OF WISCONSIN  )
      ) SS
COUNTY OF BROWN  )

  Debra L. Bursik, being first duly sworn on oath, deposes and says:

  1. I am a licensed private detective contracted with the Law Firm of Conway, Olejniczak, & Jerry, S.C. I submit this declaration in support of Plaintiff's Memorandum in Support of Motion for Order for Sanctions. If I were asked to testify, I would testify consistent with this declaration, and I have personal knowledge of all facts set forth herein.

  2. Netflix was served plaintiff's 1st set of interrogatories and request for production of documents when initially served on March 5, 2019. Please see ECF # 20.

  3. Attached as Exhibit 1 is a copy of plaintiff's 1st set of interrogatories and request for production that were served upon Netflix on March 5, 2019.

            *s/Debra L. Bursik*
            Debra L. Bursik

*3960342*