# Exhibit B

# Kelley, Matthew E. (DC)

| | |
|---|---|
| **From:** | April Barker <abarker@sbe-law.com> |
| **Sent:** | Monday, July 19, 2021 3:19 PM |
| **To:** | Kevin Vick; Walker, Leita (Minn) |
| **Subject:** | Protective Order |
| **Attachments:** | Protective Order Draft 7.19.21.docx |

⚠ **EXTERNAL**

Kevin and Leita,

I am attaching the redlined protective order that you sent with one change to the preamble. We don't know that there really is information that warrants production under seal, but are willing to stipulate to entry of the protective order to facilitate our receiving discovery, so we are not comfortable stipulating to broad factual representations that may be applicable in other cases.

If we can now finalize this, please let me know so that we can e-file it and make arrangements for production of responsive documents.

Thank you,
April



**April Rockstead Barker |** Attorney

**SCHOTT, BUBLITZ & ENGEL s. c.**
ATTORNEYS AT LAW

640 W. Moreland Boulevard
Waukesha, WI 53188
☎ P: (262) 827-1700
☎ F: (262) 827-1701
✉ E: abarker@sbe-law.com
Web: www.sbe-law.com

IMPORTANT: This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please advise the sender and delete this message and any attachments.

IRS Circular 230 Disclosure: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended and cannot be used for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.