# April Barker

| | |
|---|---|
| From: | April Barker |
| Sent: | Thursday, June 24, 2021 4:47 PM |
| To: | Walker, Leita |
| Cc: | Kelley, Matthew E. |
| Subject: | RE: Third Set of Discovery |

Leita,

Normally, I would have sent them by e-mail as well, but I've been inundated with matters that have waited while I was out of the office for essentially three weeks through my mother's hospitalization, transfer to hospice, and passing. In addition, I have co-workers here asking me to help them with urgent matters with deadline. And I am still dealing with issues that need to be addressed for my mother's final affairs. I have very little staff help available to me, as well, pandemic or no, unfortunately. So I can assure you that this was simply a matter that I literally had to get those in envelopes in the mail on the way out the door and had no opportunity to go down to the one scanner I can use on the lower level before I had to get to another obligation that day, then had to assist with an urgent briefing deadline all day the following day and have been preparing for an oral argument out of town yesterday since then.

Certainly, no offense was intended by sending them via mail. In calmer times, I will of course endeavor to send documents via email as well.

April



**April Rockstead Barker** | Attorney
**SCHOTT, BUBLITZ & ENGEL s. c.**
ATTORNEYS AT LAW
640 W. Moreland Boulevard
Waukesha, WI 53188
P: (262) 827-1700
F: (262) 827-1701
E: abarker@sbe-law.com
Web: www.sbe-law.com



EXHIBIT 2

IMPORTANT: This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please advise the sender and delete this message and any attachments.

IRS Circular 230 Disclosure: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended and cannot be used for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

---

**From:** Walker, Leita <WalkerL@ballardspahr.com>
**Sent:** Thursday, June 24, 2021 4:35 PM
**To:** April Barker <abarker@sbe-law.com>
**Cc:** Kelley, Matthew E. <KelleyM@ballardspahr.com>
**Subject:** Third Set of Discovery

Hi, April, I believe you mailed the Third Set of Discovery Requests in the Colborn matter on June 16 but I just received them today. Our office is still operating under pandemic protocols which means we have a skeleton staff on site and

1

receipt of mail sent the old-fashioned way is often delayed. If it's not too much trouble to send by email as well, I would appreciate it. We are happy to extend the same courtesy to you, of course.

Thanks—
Leita

**Leita Walker**

2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
612.371.6222 DIRECT
612.371.3207 FAX

walkerl@ballardspahr.com

www.ballardspahr.com

2

Case 1:19-cv-00484-BHL   Filed 10/29/21   Page 2 of 2   Document 197-2