# Certificate of Recordation



This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

*[signature]*

Acting United States Register of Copyrights and Director

November 16, 2015
---
Date Of Recordation

9930 | 253
---
Volume | Doc. No.



EXHIBIT 3

NFXCOL0000001


# Document Cover Sheet
UNITED STATES COPYRIGHT OFFICE

Copyright Office fees are subject to change.
For current fees check the Copyright Office website at
www.copyright.gov, write to the Copyright Office,
or call (202) 707-3000.

**For Recordation of Documents**

Volume _____ Document _____

Volume _____ Document _____

Date of recordation  M **NOV 1 6 2015**
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds received _____

**DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS ON REVERSE**

To the Register of Copyrights: *Please record the accompanying original document or properly certified copy thereof.*

**1** First party name given in the document — Synthesis Films LLC
(IMPORTANT: Please read instruction for this and other spaces.)

**2** First title given in the document — MAKING A MURDERER

**3** Total number of titles in the document — 

**4** Amount of fee calculated — $105

**5** Fee enclosed
☐ Check  ☐ Money order
☒ Fee authorized to be charged to Copyright Office deposit account

Deposit account number — **Thomson CompuMark**
Deposit account name — **061794**

**6** Completeness of document
☒ Document is complete by its own terms    ☐ Document is not complete. Record "as is."

**IMPORTANT NOTE:** A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that: (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.

**7** Certification of Photocopied Document — Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
**NOTE:** This space may not be used for documents that require an official certification.

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.

Signature _____ Date _____

Duly authorized agent of _____

**8** Return to:
Name — Netflix Studios, LLC, Attn: Legal (Bill Jacks)
Number/street — 335 N. Maple Drive     Apt/suite — 353
City — Beverly Hills    State — CA    Zip — 90210
Phone number — 310-734-2900    Fax number — 310-734-2999
Email — bjacks@netflix.com

**SEND TO:** Library of Congress, Copyright Office, Documents Recordation Section, 101 Independence Avenue SE, Washington, DC 20559-6000
**INCLUDE ALL THESE TOGETHER:** (1) Two copies of this form; (2) payment from a deposit account or by check/money order payable to *Register of Copyrights*; and (3) your document.

FORM DCS   REV: 09/2007   PRINT: 09/2007 — ••,000   Printed on recycled paper              U.S. Government Printing Office: 2007-330-945/60,•••

Case 1:19-cv-00484-BHL   Filed 10/29/21   Page 2 of 2   Document 197-8         NFXCOL0000002