# April Barker

| | |
|---|---|
| **From:** | April Barker |
| **Sent:** | Thursday, October 7, 2021 9:19 AM |
| **To:** | Walker, Leita |
| **Cc:** | George Burnett; Kevin Vick; Jeffrey Payne; Jean-Paul Jassy; Parsons, Emmy; Kelley, Matthew E.; Michael Griesbach |
| **Subject:** | Re: Colborn -- Letter responding to Motion for Sanctions |

Leita,

I cannot respond to your entire correspondence immediatly, but suffice it to say that I disagree with virtually all of it, including the way you characterized our conversation on September 16.

However, to clarify as an initial matter, your discovery requests were only validly served on us by mail, because we had not consented to service by email (as you acknowledged in your recent message).

Therefore, three days are added to the response period under Federal Rule of Civil Procedure 6. Accordingly, the responses are timely.

April

**EXHIBIT 4**

**From:** Walker, Leita <WalkerL@ballardspahr.com>
**Sent:** Thursday, October 7, 2021 8:31 AM
**To:** April Barker <abarker@sbe-law.com>
**Cc:** George Burnett <GB@lcojlaw.com>; Kevin Vick <kvick@jassyvick.com>; Jeffrey Payne <jpayne@jassyvick.com>; Jean-Paul Jassy <jpjassy@jassyvick.com>; Parsons, Emmy <parsonse@ballardspahr.com>; Kelley, Matthew E. <KelleyM@ballardspahr.com>; Michael Griesbach <attymgriesbach@gmail.com>
**Subject:** Colborn -- Letter responding to Motion for Sanctions

April, please see attached correspondence.

Sincerely,

Leita Walker
**Ballard Spahr** LLP

2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
612.371.6222 DIRECT
612.371.3207 FAX

walkerl@ballardspahr.com

---
www.ballardspahr.com

1

# April Barker

| | |
|---|---|
| **From:** | Walker, Leita <WalkerL@ballardspahr.com> |
| **Sent:** | Thursday, October 7, 2021 9:31 AM |
| **To:** | April Barker |
| **Cc:** | George Burnett; Kevin Vick; Jeffrey Payne; Jean-Paul Jassy; Parsons, Emmy; Kelley, Matthew E.; Michael Griesbach |
| **Subject:** | RE: Colborn -- Letter responding to Motion for Sanctions |

April, thanks for your email. Please let me know when you can respond substantively to the letter and whether you will withdraw the motion for sanctions.

Leita

---

**From:** April Barker <abarker@sbe-law.com>
**Sent:** Thursday, October 7, 2021 9:19 AM
**To:** Walker, Leita (Minn) <WalkerL@ballardspahr.com>
**Cc:** George Burnett <GB@lcojlaw.com>; Kevin Vick <kvick@jassyvick.com>; Jeffrey Payne <jpayne@jassyvick.com>; Jean-Paul Jassy <jpjassy@jassyvick.com>; Parsons, Emmy (DC) <parsonse@ballardspahr.com>; Kelley, Matthew E. (DC) <KelleyM@ballardspahr.com>; Michael Griesbach <attymgriesbach@gmail.com>
**Subject:** Re: Colborn -- Letter responding to Motion for Sanctions

⚠ **EXTERNAL**

Leita,

I cannot respond to your entire correspondence immediatly, but suffice it to say that I disagree with virtually all of it, including the way you characterized our conversation on September 16.

However, to clarify as an initial matter, your discovery requests were only validly served on us by mail, because we had not consented to service by email (as you acknowledged in your recent message).

Therefore, three days are added to the response period under Federal Rule of Civil Procedure 6. Accordingly, the responses are timely.

April

---

**From:** Walker, Leita <WalkerL@ballardspahr.com>
**Sent:** Thursday, October 7, 2021 8:31 AM
**To:** April Barker <abarker@sbe-law.com>
**Cc:** George Burnett <GB@lcojlaw.com>; Kevin Vick <kvick@jassyvick.com>; Jeffrey Payne <jpayne@jassyvick.com>; Jean-Paul Jassy <jpjassy@jassyvick.com>; Parsons, Emmy <parsonse@ballardspahr.com>; Kelley, Matthew E. <KelleyM@ballardspahr.com>; Michael Griesbach <attymgriesbach@gmail.com>
**Subject:** Colborn -- Letter responding to Motion for Sanctions

April, please see attached correspondence.

Sincerely,

1