UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANDREW L. COLBORN,

        Plaintiff,

    v.

Civil No. 19-CV-484

NETFLIX, INC.; CHROME MEDIA LLC,
F/K/A SYNTHESIS FILMS, LLC;
LAURA RICCIARDI; AND MOIRA
DEMOS,

        Defendants.

## STIPULATION FOR WITHDRAWAL OF PLAINTIFF'S MOTION FOR SANCTIONS AND NETFLIX, INC.'S FEES REQUEST

Plaintiff, Andrew L. Colborn, and Defendant Netflix, Inc, by and through their respective counsel, hereby stipulate and agree as follows:

1. Plaintiff agrees to withdraw the motion for sanctions that is currently pending before the Court and scheduled for hearing on December 21, 2021, at 9:00 a.m.;

2. Defendant Netflix agrees to withdraw the request for an award of fees made in connection with its opposition to the motion; and

3. The parties agree that in light of the foregoing, the hearing scheduled for December 21, 2021, may be removed from the Court's calendar.

Dated this 17th day of December, 2021.

Respectfully submitted,

　　　*/s/ April Rockstead Barker*_____
April Rockstead Barker, SBN 1026163
SCHOTT, BUBLITZ & ENGEL, S.C.
640 W. Moreland Blvd.
Suite 500
Waukesha, WI 53188-2433
T: (262) 827-1700
abarker@sbe-law.com

George Burnett, SBN 1005964
LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.
231 S. Adams Street
Green Bay, WI 54301
P.O. Box 23200
Green Bay, WI 54305-3200
P: (920) 437-0476
F: (920) 437-2868

Michael Griesbach, SBN 01012799
GRIESBACH LAW OFFICES, LLC
P.O. Box 2047
Manitowoc, WI 54221-2047
P: (920) 320-1358

*Counsel for Plaintiff Andrew L. Colborn*

　　　*/s/ Leita Walker*_____
Leita Walker
Ballard Spahr LLP
2000 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402-2274
Tel: (612) 371-6222
Fax: (612) 371-3207
walkerl@ballardspahr.com

Matthew E. Kelley
Ballard Spahr LLP
1909 K Street, NW, Suite 1200
Washington, DC 20006-1157
T: (202) 508-1112
F: (202) 661-2299
kelleym@ballardspahr.com

James A. Friedman
Godfrey & Kahn, S.C.
One East Main Street
Suite 500
Madison, WI 53703-3300
T: (608) 284-2617
F: (608) 257-0609
jfriedman@gklaw.com

*Counsel for Defendant Netflix, Inc.*