# Exhibit 5

**To:** Larry Ledvina[LarryLedvina@co.manitowoc.wi.us]; Robert Hermann[RobertHermann@co.manitowoc.wi.us]; Gregg Schetter[GreggSchetter@co.manitowoc.wi.us]; Todd Hermann[ToddHermann@co.manitowoc.wi.us]; Andrew Colborn[AndrewColborn@co.manitowoc.wi.us]
**From:** Michael Riddle
**Sent:** Tue 1/5/2016 11:53:26 AM
**Subject:** FW: Sykes interview re Netflix doc, save at home
010516_Attorney_Author_Michael_Griesbach.mp3

I received this from ADA Griesbach. I do not know if you heard this live broadcast, or perhaps have already had it forwarded to you. Thought it may be of interest to you.

Mike

_____
*Deputy Mike Riddle*
*Manitowoc County Sheriff's Department*
*Bailiff / Courthouse Security*
*1025 S.9th St.*
*Manitowoc,Wi 54220*
*920-683-4201 Dispatch*
*920-323-9053 Cell*
*920-683-4946 Fax*
*920-683-5000 ext.2457 Voice Mail*
*MichaelRiddle@co.manitowoc.wi.us*

*This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.*

**From:** Griesbach, Mike [mailto:Mike.Griesbach@da.wi.gov]
**Sent:** Tuesday, January 05, 2016 1:42 PM
**To:** Michael Riddle <MichaelRiddle@co.manitowoc.wi.us>
**Subject:** FW: Sykes interview re Netflix doc, save at home

**From:** Griesbach, Mike
**Sent:** Tuesday, January 05, 2016 12:29 PM
**To:** 'mjgriesbach@gmail.com'
**Subject:** Sykes interview re Netflix doc, save at home