# Exhibit 6

1. *"In spite of the internal recognition awards, Lenk and Colborn both came under fire at the time of Avery's 2007 murder trial. Avery's lawyers Dean Strang and Jerry Buting accused the pair of planting a spare key for Halbach's vehicle inside of Avery's bedroom and planting Avery's blood inside the victim's Toyota sports utility vehicle."*

**Myth: *In 2002, Lenk handled a box of unsecured evidence stored next door in the county courthouse building. The contents contained a vial of Steven Avery's blood*.**

**Facts:** 4/30/2002: Judge grants the motion to test fingernail clippings and hair.

*"6/19/2002, 12:25, Opened per (Hazlewood's) instruction by E.J. Fitzgerald*

*Closed 6/19/2002 12:27pm- contains S. Avery's whole blood sample"*

**Nail clippings/scrapings and hair was removed per above (see pic below) to be sent out to lab for testing. The blood vial was returned in the same box to storage at Manitowoc County Courthouse. Reference: (Jan 19, 2007 page 134 Motion-Gahn)**



  9/16/2002:  Fitzgerald presents an amended order to transport the evidence (nail clippings/hair). Was held up for 4 months due to issues with the exhibit stickers.

  9/19/2002:  A "Transmittal of Criminal Evidence" form is completed by Sgt. Lenk for the nail clippings and hair. Another document "Receipt of Physical Evidence" also dated 9/19/2002, and 15:47 hours is completed and noted that Mike Shallue from MTSO took those items to the State Crime Lab. The Crime Lab designated the items (C1-C5 hair, D10-D13 hair and pubic hair, F1-fingernail scrapings and V-hair sample from Avery). Receipt of physical evidence form is signed by Delores Larson on 9/19/02.

**Bottom line: Lt. Lenk completed the form above for only the nail clippings/hair. The blood vial was NEVER in his hands as you state in your article.**

Update: I see that you've recently edited your online version of this article to change it from:
*"In 2002, Lenk handled a box of unsecured evidence.."* to *"In 2002, Lenk handled had access to a box of unsecured evidence…"*

Thanks for that online correction, although I'm certain you won't be publishing a correction to the readers of the physical newspaper.

**2. MYTH**: *"Lenk, Colborn and Remiker remained on the Avery property for several hours that day, but, unlike his comrades, Lenk never signed the police log documenting when he arrived that day. He only signed his name when he left."*

**Fact:** This is accurate except you're doing the same thing MaM loves to do. OMIT the rest of the story.

**Lenk didn't sign in when he got there, because it was before the log was even implemented**. No one else did either if they prior to 2:25PM when the log was put in place. If you look at the log, I included the link, you'll see lots of names missing. Case in point: Remiker originally arrived at 10:59 that AM and left. Neither his sign in or sign out is showing until he returns again from obtaining a search warrant at 3:26PM that day. Why? Because it wasn't started until 2:25PM

http://www.stevenaverycase.org/wp-content/uploads/2016/02/Trial-Exhibit-142-Sign-in-Sign-out-Log-2005Nov05-at-Car-Crusher.pdf

[handwritten log excerpt: "LOG STARTED ON 11-05-05 @ 2:25PM PER 412 / 11/05/05 / 2:25PM DCI AGENTS HUNSADER AND FASSBENDER — IN — KTH / 2:32PM MISC #208 / CASO 817 — IN — KTH / 2:35PM CASO #236 / CASO #824 — IN — KTH"]

**3. Myth:** *"Prior to Avery's arrest, all three sheriff's detectives conducted repeated searches of Avery's trailer and detached garage even though special prosecutor Ken Kratz had announced to the media that Manitowoc County would not be involved."*

**Fact:** Manitowoc was never excluded from this investigation. It was decided that Calumet County would lead the investigation. They were the ones initially investigating it as a missing person case because Teresa (THE VICTIM by the way) was from their county. However, upon finding the RAV4 in Manitowoc County, it was discussed and decided to have Calumet lead it and Manitowoc provide resources which includes manpower and equipment. Pagel even stated in a local newspaper after Brendan's full confession on 3/1/06, that resources included manpower. MaM omits again.

### 11/5/2005 (11:45AM)
WIEGERT is advised by Sheriff PAGEL that the scene (Salvage Yard) would be turned over to their department under **the mutual aid pact for Manitowoc County.**

### 11/5/2005 (1:04PM)
WIEGERT meets with District Attorney MARK ROHRER, ADA MICHAEL GRIESBACH and Calumet County DA KENNETH KRATZ. It is decided that they need to apply for a Search Warrant for the property (Salvage yard)
- TERESA is from Calumet County so decision is made to let CASO continue to lead the investigation.
- Even though victim's vehicle is located on a property in Manitowoc County, decision to have CASO continue to lead the investigation due to maybe a conflict of interest. (Deputy Inspector GREG SCHETTER)

Manitowoc-000066

- IN NO WAY is this done because anyone suspects or worries that LEO are trying to frame AVERY or potentially plant evidence. It is a proactive approach and why there is always a Cal county LE with Manitowoc LE's.

**4. Myth:** *Then, on Nov. 3, 2005, the family of Halbach reported her missing to Calumet County Sheriff's officials."And nobody has called for Lieutenant Lenk," Strang argued during Avery's 2007 murder trial. "And nobody's called looking for him. But the chief detective of Manitowoc County takes it upon himself, that night, to call Calumet and offer to get involved in the missing person investigation where one of the appointments that was to be kept was Steven Avery."*

**FACT:**
**11/3/05 (after speaking with STEVEN that evening)**
Sgt. COLBORN contacts GREG SCHETTER, the Deputy Inspector of the Operations Division and lets him know that CASO is investigating a missing person case and that one of the places that CASO mentioned that the party (TERESA) was at was the AVERY Salvage Yard. He informs SCHETTER that he had just left there and was unable to locate the missing person.
- SCHETTER suggests that Sgt. COLBORN contact Lt. Lt. LENK to see if he wants any of Manitowoc county LE's to assist CASO in searching.

*Note: Lt. LENK didn't integrate himself into this as MaM implied- he was contacted per SCHETTER's recommendation AFTER they had checked out the AVERY Salvage yard.*
- Sgt. COLBORN contacts Lt. LENK by phone per above suggestion.

**11/3/05 (after speaking to Sgt. COLBORN)**
Lt. LENK contacts WIEGERT by phone to get additional information per call from Sgt. COLBORN. WIEGERT updates Lt. LENK on the situation. Lt. LENK informs WIEGERT that he would call some people in and assist CASO with the investigation. They decide to meet that evening at MTSD and discuss.

**5. Myth:** *"And the next morning, Lt. Lenk does one better than that, he goes out himself to Steven Avery's trailer with another officer from Manitowoc," Strang continued. "And he knocks on the door again, just as Sgt. Colborn had done the night before, inquiring after Teresa Halbach. Again, Steven Avery is cooperative."*

**Fact:**
Wiegert from Calumet County contacted REMIKER the next morning to go to Avery's.

**11/4/2005 (10:20 to 10:35AM)**
WIEGERT contacts Det. REMIKER and requests that MTSD try to make contact with STEVEN AVERY since it was too late the night before. He requests that they try to obtain more info and possibly get consent to search his residence.
Det. REMIKER and Lt. LENK went there but neither had ever been there and did not know where they were going. They did eventually find his trailer and knocked, but no answer. They then went next door, and found out later, that was BARB Janda's residence but no one there either.
They began to leave and were driving down the driveway and STEVEN was in the passenger of a golf cart being driven by his mother, Delores AVERY, so they stopped and identified themselves.
They requested consent from STEVEN to search his trailer and he agreed so they turned around and went back to his trailer.

Manitowoc-000067

REMIKER requested that STEVEN come inside with them and Lt. Lt. LENK stayed in the living room with STEVEN while REMIKER went and looked around the residence, starting in the back bedroom and was looking for TERESA, a body, a human being, etc. They were in the residence 5 minutes approximately.

**Lt. Lenk never just went there on his own as the Defense tries to spin it.**

**So, again I ask you John, if you're not willing to print a rebuttal, at the very least going forward, maybe try to get a fair evaluation of what occurred from both sides. Sometimes going against the grain and taking the unpopular stance is the right thing to do for those innocent people you are so easily throwing under the bus. You know, the ones that protect us?**

Manitowoc-000068