# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| Andrew Colborn | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-0484 |
| Netflix, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Netflix, Inc.

Date: 03/22/2022

*Attorney's signature*

Isabella Salomao Nascimento, pro hac vice
*Printed name and bar number*

2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
*Address*

salomaonascimentoi@ballardspahr.com
*E-mail address*

(612) 371-3281
*Telephone number*

(612) 371-3207
*FAX number*