UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANDREW L COLBORN,

    Plaintiff,

    v.    Case No. 19-cv-0484

NETFLIX INC, et al.,

    Defendant.

## [PROPOSED] AMENDED SCHEDULING ORDER

Pursuant to the Plaintiff and Producer Defendants' joint and unopposed motion and Fed. R. Civ. P. 16 and Civil L.R. 16(a), the court sets the following schedule and procedures.

### DISCOVERY

1. All fact discovery must be completed no later than **APRIL 8, 2022**, except that depositions may be conducted up to and including **MAY 20, 2022** and the deposition of Plaintiff Andrew Colborn may be conducted up to and including **JULY 29, 2022**. Discovery requests must be served sufficiently in advance of the April 8, 2022 deadline that timely responses are due before the deadline expires.

2. In accordance with Fed. R. Civ. P. 26, primary expert witness disclosures are due on or before **SEPTEMBER 2, 2022**. Rebuttal expert witness disclosures are due on or before **SEPTEMBER 30, 2022**. These documents are to be exchanged between the parties but not filed with the court.

3. All expert discovery must be completed no later than **NOVEMBER 29, 2022**.

4. Expedited non-dispositive motions must comply with Civil L. R. 7(h).

5. Counsel seeking non-dispositive procedural relief shall consult with the opposing party and include in the motion a statement indicating whether or not the motion is opposed.

## SUMMARY JUDGMENT MOTIONS

6. Motions for summary judgment must comply with Fed. R. Civ. P. 56 and Civil L. R. 7 and shall be served and filed on or before **SEPTEMBER 16, 2022**.

## FINAL PRETRIAL AND TRIAL

7. A final pretrial and trial will be scheduled after all dispositive motions have been resolved or, in the event such motions are not filed, after the deadline has passed.

## ADDITIONAL PROCEDURES

8. All requests of the court must be made by formal motion in accordance with Civil L. R. 7 and the Federal Rules of Civil Procedure.

9. Counsel are to confer and make a good faith effort to settle the case and explore various methods of alternate dispute resolution (ADR). The court will refer the case to one of the magistrate judges for mediation, at no cost to the parties, when a request is made at least ninety (90) days prior to the final pretrial conference.

10. Settlement discussions must be completed prior to the final pretrial conference. In cases where settlement occurs after the final pretrial conference, the court may impose jury-related costs, including notification, travel, and attendance fees, upon the responsible attorneys.

11. The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the court. The pendency of motions or settlement discussions shall not justify modification of the schedule, nor delay the taking of discovery.

SO ORDERED on _____, 2022

s/_____
BRETT H. LUDWIG
United States District Judge