# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| ANDREW L. COLBORN, <br> *Plaintiff* <br> v. <br> NETFLIX, INC. et al., <br> *Defendant* | ) <br> ) <br> ) Case No. 1:19-cv-00484-BHL <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Laura Ricciardi, Moira Demos, and Chrome Media, LLC

Date: 03/29/2022

*Attorney's signature*

Meghan Fenzel, Cal Bar No. 324139
*Printed name and bar number*

Jassy Vick Carolan LLP
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
*Address*

mfenzel@jassyvick.com
*E-mail address*

(310) 870-7048
*Telephone number*

(310) 870-7010
*FAX number*