# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Andrew L. Colborn ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 19-cv-0484-BHL |
| Netflix, Inc., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Netflix, Inc.

Date: 4/6/2022

*Attorney's signature*

Emily ("Emmy") Parsons (DC Bar # 1026101)
*Printed name and bar number*

1909 K Street NW, 12th Floor
Washington, D.C. 20006
*Address*

parsonse@ballardspahr.com
*E-mail address*

(202) 661-7603
*Telephone number*

(202) 661-2299
*FAX number*