f  g+  ▶  🐦  in

# STEVEN AVERY TRIAL TRANSCRIPTS AND DOCUMENTS

**CASE FILES   ABOUT US   CONTACT US   DONORS   SPONSORS   LINKS**

## About

This site was created in January 2016 by Skipp Topp and friends, and made possible thanks to our sponsors and many generous donors who were gracious enough to contribute money through a crowdfunding campaign to help us to obtain copies of the Steven Avery trial transcripts and case file documents from Manitowoc County, Wisconsin. Like many others, we became aware of and interested in the Steven Avery case after seeing the very popular Netflix series Making a Murderer, and we wanted to know more about what really happened in the trial.

All of the documents are from the following case:

State of Wisconsin v. Avery, Steven A.
Case Number 2005CF000381

All of these trial records were paid for through our crowdfunding campaign, with the exception of a handful of documents/photos that were either obtained and posted online by others or sent to us for publication on this site. As of May 2016 we have nearly 250 exhibit photos and 450 documents from the investigation and trial, totaling over 15,000 pages!



EXHIBIT
B

f  g+  ▶  𝕏  in

# STEVEN AVERY TRIAL TRANSCRIPTS AND DOCUMENTS

**CASE FILES    ABOUT US    CONTACT US    DONORS    SPONSORS    LINKS**

Welcome to the Steven Avery case file library. All of the documents here from the 2007 murder trial State of Wisconsin v. Avery, Steven A.; case number 2005CF000381. These are public records obtained from Manitowoc County, Wisconsin, as described in the About page.

---

### INDEX OF DOCUMENTS

**Index of Avery Case File Documents (Corrected Compilation of Record)**: click here

**Transcripts from Avery and Dassey Jury Trials**: click here (for a day-by-day index, click here)

**Transcripts from Avery's Pre-Trial and Post-Trial Hearings**: click here

**Records from Brendan Dassey's Jury Trial**: click here

**Police Interview and Interrogation Records and Other Audio Recordings**: click here

**Photos Entered into Evidence in the Trial**: click here

**Other Unofficial Photos**: click here

**Documents Entered into Evidence in the Trial**: click here

**Key Legal Documents from the Trial**: click here

**Documents Filed In Avery's Appeals**: click here

**Documents Filed In Dassey's Appeals**: click here

**Documents from Avery's Civil Suit**: click here

**Miscellaneous Records**: click here

**Ricky Hochstetler Case Records**: <u>click here</u>

**Gregory Allen Records**: <u>click here</u>

f  g+  ▶  🐦  in

# STEVEN AVERY TRIAL TRANSCRIPTS AND DOCUMENTS

**CASE FILES   ABOUT US   CONTACT US   DONORS   SPONSORS   LINKS**

## Jury Trial Index

This very helpful index was created by and made available thanks to redditor TC0072.

## Index

### Days

[1] [2] [3] [4] [5] [6] [7] [8] [9] [10]
[11] [12] [13] [14] [15] [16] [17] [18] [19] [20]
[21] [22] [23] [24] [25] [26] [27]

## Day 1 – 2007 Feb 12

### Opening Statements

Attorney Kratz [37]
Attorney Strang [110]

### Witnesses
### Michael D. Halbach
Teresa's Brother

Direct Examination [KK] [156]
Cross-Examination [DS] [178]

### Thomas Pearce
Photographer, shared studio with Teresa

Direct Examination [KK] [190]
Cross-Examination [DS] [202]
Redirect Examination [KK] [209]

**David Beach**
Teresa's Cousin, involved in search, spoke to SA

Direct Examination [KK] [211]
Cross-Examination [DS] [215]

## Day 2 – 2007 Feb 13

**Witnesses**
**Angela Schuster**
Auto Trader Magazine, employed Teresa

Direct Examination [KK] [19]
Cross-Examination [JB] [35]
Redirect Examination [KK] [57]

**Dawn Pliszka**
Auto Trader Magazine, took SA booking

(Outside The Presence Of The Jury)

Direct Examination [KK] [59]
Cross-Examination [DS] [61]
Redirect Examination [KK] [63]
Examination By The Court [64]
(In The Presence Of The Jury)

Direct Examination [KK] [74]
Cross-Examination [JB] [81]

**Curtis Drumm**
Manitowoc airport, pilot of aerial search 4th November

Direct Examination [KK] [106]
Cross-Examination [DS] [114]

**Steven Schmitz**
Advertised car in Auto Trader, visited by Teresa 31st October

Case 1:19-cv-00484-BHL   Filed 04/13/22   Page 5 of 21   Document 215-2

Direct Examination [KK] [122]
Cross-Examination [JB] [125]
Redirect Examination [KK] [127]

## Joellen Zipperer

Son Jason advertised car in Auto Trader, visited by Teresa 31st October
Wife of George Zipperer.

Direct Examination [KK] [128]
Cross-Examination [DS] [136]
Redirect Examination [KK] [151]
Recross-Examination Strang [153]

## Ryan Hillegas

Ex boyfriend of Teresa, involved in search

Direct Examination [KK] [156]
Cross-Examination [JB] [173]
Redirect Examination [KK] [196]

## Pamela Sturm

Cousin of Teresa, found RAV4 at Avery Yard 5th November

Direct Examination [KK] [197]
Cross-Examination [JB] [232]


## Day 3 – 2007 Feb 14

## Witnesses
## Nicole Sturm

Daughter of Pam Sturm, found RAV4 at Avery Yard 5th November

Direct Examination [KK] [4]
Cross-Examination [JB] [12]
Redirect Examination [KK] [31]

## Bobby Dassey

Nephew of SA, lived in trailer next door
Son of Barb Janda, brother of Blaine and Brendan

Direct Examination [KK] [33]
Motions For Mistrial [67]

Direct Examination [KK] [89]
Motions About Cross-Examination Of Bobby Dassey [100]

**Trooper Timothy Austin**
Technical Reconstruction Unit of Wisconsin State Patrol Academy
Created the forensic mapping of Avery Yard

Direct Examination [KK] [114]
Cross-Examination [DS] [145]

## Day 4 – 2007 Feb 15

**Witnesses**
**Bobby Dassey**
Nephew of SA, lived in trailer next door
Son of Barb Janda, brother of Blaine and Brendan

Cross-Examination [DS] [7]
Redirect Examination [KK] [42]

**Lieutenant Brett Bowe**
Patrol Lieutenant, Calumet County Sheriff's Department
Involved in security and search of Avery Yard 5th-12th November

Direct Examination [KK] [52]
Cross-Examination [DS] [86]
Redirect Examination [KK] [110]
Recross-Examination [DS] [113]

**Deputy Peter O'Connor**
Manitowoc County Sheriff's Department, Patrol Division
First LE at Avery Yard after discovery of RAV4, Nov 5

Direct Examination [KK] [117]
Cross-Examination [DS] [124]
Redirect Examination [KK] [136]
Recross-Examination [DS] [138]

**Sergeant Jason Orth**
Patrol Sergeant, Manitowoc County Sheriff's Department
First LE to make contact with Pamela Sturm after discovery of RAV4, Nov 5

Direct Examination [KK] [139]
Cross-Examination [JB] [151]
Redirect Examination [KK] [165]

**Deputy Inspector Todd Hermann**
Manitowoc County Sheriff's Department, Patrol Lieutenant November 2005
Involved in identification of RAV4, Nov 5

Direct Examination [KK] [166]
Cross-Examination [JB] [174]
Redirect Examination [KK] [191]

## Day 5 – 2007 Feb 16

**Witnesses**
**Julie Cramer**
Dog handler, Great Lakes Search and Rescue Canine
Part of search of Avery Yard, Nov 5

Direct Examination [KK] [5]
Cross-Examination [DS] [28]
Redirect Examination [KK] [60]
Recross-Examination [DS] [62]

**Special Agent Thomas Fassbender**
Wisconsin Department of Justice, Division of Criminal Investigation
Co-Lead Investigator in the murder of Teresa halbach

Direct Examination [KK] [63]
Cross-Examination [JB] [134]
Redirect Examination [KK] [208]
Recross-Examination [JB] [218]
Further Redirect Examination [KK] [221]

**William Brandes, Jr.**
Volunteer Fireman, Brillion Fire Department
Found number plates of RAV4, Nov 8

Direct Examination [KK] [223]
Cross-Examination [DS] [230]

**Trooper Cindy Paine**
Wisconsin State Patrol
Part of search which found RAV4 licence plates, Nov 8

Direct Examination [KK] [235]

## Day 6 – 2007 Feb 19

**Witnesses**
**John Ertl**
DNA Analysis Unit, Wisconsin State Crime Laboratory
Investigated RAV4 as part of Field Response Team, involved in removal Nov 5

Direct Examination [TF] [4]
Cross-Examination [JB] [65]
Redirect Examination [TF] [131]
Recross-Examination [JB] [141]

**Deputy David Siders**
Manitowoc County Sheriff's Department, Patrol Division
Discovered burn barrel containing mobile phone and camera, Nov 7

Direct Examination [KK] [148]
Cross-Examination [DS] [158]

**Sergeant William Tyson**
Calumet County Sheriff's Department
Responsible for security of RAV4, Nov 5

Direct Examination [KK] [167]

## Day 7 – 2007 Feb 20

**Witnesses**
**Sergeant William Tyson**
Calumet County Sheriff's Department
Responsible for security of RAV4, Nov 5

Cross-Examination [JB] [3]
Redirect Examination [KK] [62]

## Sergeant Andrew L. Colborn

Patrol Sergeant, Manitowoc County Sheriff's Department
Customer of Avery Salvage Yard
Inteviewed SA on Nov 3
Involved in several searches of Avery Yard including SA trailer, Nov 5-8
Present for discovery of RAV4 key, Nov 8

Direct Examination [KK] [64]
Cross-Examination [DS] [141]
Redirect Examination [KK] [212]
Recross-Examination [DS] [215]

## Lieutenant James Lenk

Manitowoc County Sheriff's Department
Interviewed SA on Nov 4
Involved in several searches of Avery Yard including SA trailer, Nov 5-8
Found RAV4 key, Nov 8

Direct Examination [KK] [216]


## Day 8 – 2007 Feb 21

### Witnesses
### Lieutenant James Lenk

Manitowoc County Sheriff's Department
Interviewed SA on Nov 4
Involved in several searches of Avery Yard including SA trailer, Nov 5-8
Found RAV4 key, Nov 8

Direct Examination [KK] [5]
Cross-Examination [DS] [19]
Redirect Examination [KK] [108]
Recross-Examination [DS] [116]

### Detective Dave Remiker

Manitowoc County Sheriff's Department
Interviewed Zipperer family Nov 3
Interviewed SA on Nov 4
Confirmed RAV4 was Teresa's, Nov 5
Involved in several searches of Avery Yard including SA trailer, Nov 5-6

Searched SA trailer and garage Mar 1-2
Present for discovery of bullet fragment in garage Mar 2

Direct Examination [KK] [121]
Cross-Examination [DS] [178]
Redirect Examination [KK] [218]

### Lieutenant Dan Kucharski
Patrol Division, Calumet County Sheriff's Department
Involved in several searches of Avery Yard including SA trailer, Nov 5-8
Present for discovery of RAV4 key, Nov 8

Direct Examination [KK] [222]

## Day 9 – 2007 Feb 22

### Witnesses
### Deputy Daniel Kucharski
Patrol Division, Calumet County Sheriff's Department
Involved in several searches of Avery Yard including SA trailer, Nov 5-8
Present for discovery of RAV4 key, Nov 8

Cont'D Direct Examination [KK] [4]
Cross-Examination [JB] [44]

### Investigator Gary Steier
Special Investigator with the Calumet County Sheriff's Department
Involved in several searches of Avery Yard including SA trailer, Nov 5-12 & Mar 1-2
Present for discovery of bullet fragments Mar 1&2

Direct Examination [KK] [131]
Cross-Examination [JB] [142]

### Special Agent Kevin Heimerl
Wisconsin Department of Justice, Division of Criminal Investigation
Involved in several searches of Avery Yard including SA trailer, Nov 5-12 & Mar 1-2
Involved in examination of debris from burnpit
Present for discovery of bullet fragments, Mar 1&2

Direct Examination [KK] [148]

Case 1:19-cv-00484-BBL    Filed 04/13/22    Page 11 of 21    Document 215-2

Cross-Examination [JB] [181]
Redirect Examination [KK] [201]
Recross-Examination [JB] [203]

## Day 10 – 2007 Feb 23

**Witnesses**
**Katie Halbach**
Teresa's sister

Direct Examination [KK] [36]
Cross-Examination [DS] [46]

**Ronald L. Groffy**
Forensic Imaging Specialist, Wisconsin State Crime Lab
Photographed and examined RAV 4, Nov 6

Direct Examination [NG] [50]
Cross-Examination [JB] [61]

**Sherry Culhane**
Forensic Scientist, DNA Unit, Wisconsin State Crime Lab
Responsible for DNA testing in the case

Direct Examination [NG] [82]

## Day 11 – 2007 Feb 26

**Witnesses**
**Sherry Culhane**
Forensic Scientist, DNA Unit, Wisconsin State Crime Lab
Responsible for DNA testing in the case

Cross-Examination [JB] [3]
Redirect Examination [NG] [153]

**Nick Stahlke**
Forensic Scientist, Wisconsin State Crime Lab
Called as bloodstain expert

Direct Examination [NG] [199]

# Day 12 – 2007 Feb 27

## Witnesses
### Nick Stahlke
Forensic Scientist, Wisconsin State Crime Lab
Called as bloodstain expert

Cross-Examination [DS] [10]

### Blaine Dassey
Nephew of SA, lived in trailer next door
Son of Barb Janda, brother of Bobby and Brendan

Direct Examination [KK] [52]
Cross-Examination [DS] [82]
Redirect Examination [KK] [104]
Recross-Examination [DS] [107]

### Robert Fabian
Friend of Earl Avery
Present at Avery Yard rabbit hunting Oct 31

Direct Examination [KK] [108]
Cross-Examination [DS] [118]

### Scott Tadych
Friend of Barb Janda
Present at Avery Yard Oct 31

Direct Examination [KK] [122]
Cross-Examination [DS] [133]
Redirect Examination [KK] [150]

### Bobbie Dohrwardt
Team Leader, Technical Support Department, Cellcom
Gave testimony regarding cellphone records

Direct Examination [KK] [151]
Cross-Examination [JB] [158]
Redirect Examination [KK] [171]

### Laura Schadrie
Cingular Wireless Store Manager

Case 1:19-cv-00484-BHL   Filed 04/13/22   Page 13 of 21   Document 215-2

Gave testimony regarding cellphone records

Direct Examination [KK] [180]
Cross-Examination [JB] [189]

## Bobbie Dohrwardt (re-called)
Team Leader, Technical Support Department, Cellcom
Gave testimony regarding cellphone records

Direct Examination [KK] [215]
Cross-Examination [JB] [220]

## Day 13 – 2007 Feb 28

## Witnesses
## Special Agent Tom Sturdivant
Wisconsin Department of Justice, Division of Criminal Investigation
Involved in searches of Avery Yard, Nov 8 & 10
Present when first bone discovered by Jason Jost, Manitowoc County Sheriff's
Officer, Nov 8
Discovered bones in burnpit, Nov 8

Direct Examination [TF] [7]
Cross-Examination [DS] [31]

## Dr. Donald Simley
Dentist, Madison, Wisconsin
Provided services as forensic dentist examining burnpit evidence, Nov 9
Matched tooth found to Teresa from x-rays

Direct Examination [TF] [59]
Cross-Examination [DS] [92]

## Karen Halbach
Teresa's Mother

Direct Examination [KK] [99]

## Dr. Leslie Eisenberg
Forensic Anthropologist
Examined bone fragments, Nov 10

Direct Examination [TF] [114]
Cross-Examination [DS] [174]


# Day 14 – 2007 March 1

## Witnesses
## Dr. Leslie Eisenberg
Forensic Anthropologist
Examined bone fragments, Nov 10

Cross-Examination [DS] [4]
Redirect Examination [TF] [41]
Recross-Examination [DS] [46]

## Curtis Thomas
Electronics Engineer, Federal Bureau of Investigation
Testified regarding burnt camera & mobile phone

Direct Examination [KK] [52]
Cross-Examination [JB] [73]
Redirect Examination [KK] [79]
Recross-Examination [JB] [80]

## William Newhouse
Firearm and Toolmark Examiner, Wisconsin State Crime Laboratory

Direct Examination [TF] [82]
Cross-Examination [JB] [119]
Redirect Examination [TF] [171]
Recross-Examination [JB] [181]


# Day 15 – 2007 March 2

## Witnesses
## Kenneth Olson
Forensic Scientist, Wisconsin State Crime Laboratory
Involved in the analysis of items found in burn barrel and skull fragments

Direct Examination [TF] [4]
Cross-Examination [JB] [31]

Redirect Examination [TF] [35]
Recross-Examination [JB] [35]

**Dr. Jeffrey Jentzen**
Medical Examiner, Milwaukee County
Involved in the analysis of the bone fragments

Direct Examination [NG] [38]
Cross-Examination [DS] [54]
Redirect Examination [NG] [79]

## Day 16 – 2007 March 5

**Witnesses**
**Dr. Marc Lebeau**
Chief of the Chemistry Unit, FBI Laboratory
Tested blood in RAV4 for EDTA

Direct Examination [NG] [4]
Cross-Examination [JB] [51]

## Day 17 – 2007 March 6

**Witnesses**
**Lynn Zigmunt**
Clerk of Court for Manitowoc County
Testified regarding SA files from previous conviction

Direct Examination [TF] [16]
Cross-Examination [JB] [36]
Redirect Examination [TF] [64]
Recross-Examination [JB] [66]

**Dr. Marc Lebeau**
Chief of the Chemistry Unit, FBI Laboratory
Tested blood in RAV4 for EDTA

Direct Examination [NG] [73]
Cross-Examination [JB] [137]
Redirect Examination [NG] [254]

Recross-Examination [JB] [259]

# Day 18 – 2007 March 7

## Witnesses
### Special Agent Rodney Pevytoe
Arson Bureau, Wisconsin Department of Justice, Division of Criminal Investigation
Examined burn pit, Nov 10

Direct Examination [TF] [5]
Cross-Examination [DS] [40]
Redirect Examination [TF] [88]
Recross-Examination [DS] [92]

### Michael Riddle
Latent Fingerprint & Footwear Examiner, Wisconsin State Crime Laboratory
Examined RAV4 for fingerprints

Direct Examination [TF] [95]
Cross-Examination [JB] [119]
Redirect Examination [TF] [146]
Recross-Examination [JB] [148]

### Anthony Joseph Zimmerman
Network Engineer, Cingular Wireless
Gave evidence regarding cell records and voicemail

Direct Examination [KK] [153]
Cross-Examination [JB] [164]

### Michael Daniel Halbach
Teresa's Brother
Testimony regarding accessing Teresa's voicemail

Direct Examination [KK] [176]
Cross-Examination [JB] [180]

### Investigator Mark Wiegert
Calumet County Sheriff's Department
Co-Lead Investigator in the murder of Teresa halbach

Direct Examination [KK] [185]
Cross-Examination [DS] [203]

**State Rests [260]**

# Day 19 – 2007 March 8

**Motions [5]**

**Witnesses**
**Lisa Buchner**
School Bus Driver
Dropped off Brendan & Blaine, 31 October

Direct Examination [DS] [102]
Cross-Examination [NG] [114]
Redirect Examination [DS] [121]

**John Leurquin**
Propane Truck Driver
Present at Avery Road, 31 October

Direct Examination [JB] [122]
Cross-Examination [TF] [138]
Redirect Examination [JB] [144]
Recross-Examination [TF] [146]
Re-Redirect Examination [JB] [147]

**Roland Johnson**
Owner of SA trailer, owner of guns found at trailer

Direct Examination [JB] [148]
Cross-Examination [KK] [175]
Redirect Examination [JB] [192]

**Debra Kakatsch**
Manitowoc County Coroner
Testified regarding not being involved in investigation

Direct Examination [DS] [197]

# Day 20 – 2007 March 9

**Witnesses**
**Janine Arvizu**
Laboratory Quality Auditor
Gave testimony regarding quality of Marc LeBeau's EDTA testing of blood

Direct Examination [JB] [5]
Cross-Examination [NG] [65]
Redirect Examination [JB] [96]
Recross-Examination [NG] [103]
Further Redirect [JB] [105]

**Dr. Scott Fairgrieve**
Chair of the Department of Forensic Science, Laurentian University, Ontario, Canada
Testimony regarding remains found in burn pit

Direct Examination [DS] [107]
Cross-Examination [TF] [156]
Redirect Examination [DS] [189]
Recross-Examination [TF] [194]

**Investigator Mark Wiegert**
Calumet County Sheriff's Department
Co-Lead Investigator in the murder of Teresa halbach

Direct Examination [DS] [196]
Cross-Examination [KK] [199]
Redirect Examination [DS] [202]
Recross-Examination [KK] [204]

# Day 21 – 2007 March 12

**Court's Decisions**

Fair Testing Motion [3]
Motion To Suppress Multiple Searches [11]
Motion To Dismiss All Charges Against The Defendant At Close Of State's Case [16]
Individual Voir Dire [25]

**Defendant Waives Right To Testify [78]**

**Defense Rests [83]**

## Day 22 – 2007 March 13

**Jury Instruction Conference (Jury Not Present)**

## Day 23 – 2007 March 14

**Individual Voir Dire**

Laura Barber [3]

**Instructions [8]**

**Closing Arguments**

Attorney Kratz [31]
Attorney Buting [132]

**Peremptory Strikes**

Terri Temme [227]
Laura Barber [227]

## Day 24 – 2007 March 15

**Closing Argument**

Attorney Dean Strang [5]

**Rebuttal Argument**

Attorney Kenneth Kratz [54]

**Final Instructions [119]**

**Alternate Juror**

Nancy Stienmetz [122]

## Day 25 – 2007 March 16

**Jury Request for materials [2]**
**Juror Dismissal Decision [4]**
**Jury Instructions [9]**
**Jury Request regarding Bobby Dassey's testimony [15]**

## Day 26 – 2007 March 17

**Juror Request To Review Sherry Culhane Testimony On Dna Results From Rifle [2]**

## Day 27 – 2007 March 18

**Jury Decision [2]**

## Abreviations

**Defendant**
[SA] Steven Avery

**Attorneys**
[KK] Kenneth Kratz
[TF] Thomas Fallon
[NG] Norman Gahn
[DS] Dean Strang
[JB] Jerome Buting