**TranscriptDB**

# Making a Murderer (2015) Scripts

[Home](#) / TV Shows / [Making a Murderer](#)

| Season 1 | |
|---|---|
| Eighteen Years Lost | S1E1 |
| Turning the Tables | S1E2 |
| Plight of the Accused | S1E3 |
| Indefensible | S1E4 |
| The Last Person to See Teresa Alive | S1E5 |
| Testing the Evidence | S1E6 |
| Framing Defense | S1E7 |
| The Great Burden | S1E8 |
| Lack of Humility | S1E9 |
| Fighting for Their Lives | S1E10 |

All scripts are copyrighted to their respectful owners unless stated otherwise.

About · DMCA



EXHIBIT C

Case 1:19-cv-00484-BHL   Filed 04/13/22   Page 1 of 1   Document 215-3