# CALUMET COUNTY SHERIFF'S DEPARTMENT

Complaint No.
05-0157-955

---

**CAD INCIDENT #:** LCA051103009213

**OFFENSE:** Missing Person

**REPORTING OFFICER:** Cpl. Leslie Lemieux

**REPORTING PERSON:**
Karen M. Halbach
DOB 11/07/56
W3559 CTH B
Hilbert, WI 54129
Phone: 920-989-1098

**VICTIM:**
Teresa Marie Halbach
DOB 03/22/80
W3637 CTH B
Hilbert, WI 54129
Phone: 920-989-2911
Cell Phone: 920-737-4731

**SUSPECT:**

**CITIZEN CONTACT:**
Thomas E. Pearce
DOB 10/05/48
1707 Woodberry Terrace
Green Bay, WI 54313
Phone: 920-434-3004

Scott A. Bloedorn
DOB 11/02/79
W3637 CTH B
Hilbert, WI 54129
Phone: 920-989-2911

**DATE/TIME OF OCCURRENCE:**

**LOCATION:**

At approximately 1700 hours on 11/03/05, I (Cpl. LESLIE LEMIEUX of the CALUMET CO. SHERIFF'S DEPT.) began the initial investigation of a possible missing person. The reporting person, KAREN HALBACH, said that her daughter, TERESA MARIE HALBACH, had not

EXHIBIT D

been seen or heard from since Monday, 10/31/05. KAREN said that it was unusual for TERESA to not have had personal or phone contact with her family or friends for this length of time. KAREN said that she had been calling around to TERESA's employers and friends. KAREN said that her daughter worked as a freelance photographer out of PEARCE PHOTOGRAPHY, a photo studio in Green Bay. KAREN said that TERESA was also employed as a photographer for AUTO TRADER magazine. KAREN said the last time TERESA was seen at the photo studio was on Saturday. KAREN said the supervisors at the AUTO TRADER magazine said the last contact with TERESA was a fax confirmation for her workday, which was received on 10/31/05.

KAREN said TERESA lives with a roommate who is SCOTT BLOEDORN at W3637 CTH B, Township of Woodville. KAREN said the last time SCOTT had seen TERESA at home was on Sunday afternoon. SCOTT had not seen or heard from TERESA since. SCOTT told KAREN that TERESA's vehicle was not at the residence either.

I spoke with SCOTT by phone. SCOTT said that the last time he had seen or heard from TERESA was on Sunday afternoon at the house. SCOTT said TERESA made no mention of any plans to go out of town and although she worked out of Green Bay, did normally commute and stay at the residence on CTH B. SCOTT said it was unusual for TERESA to be gone like this without letting anyone know. SCOTT said that TERESA did have a lot of friends in the Green Bay area.

I spoke with TERESA's supervisor ANGELA SCHUSTER at the AUTO TRADER magazine by phone. SCHUSTER said that the last contact she had with TERESA was a fax received of her workday on 10/31/05. SCHUSTER said the timestamp she could find on the fax indicated 0013 hours. ANGELA said that she knew from the fax that TERESA had rescheduled some of her Saturday appointments for Monday. ANGELA said she was aware of several photo shoot appointments that were scheduled for Monday. ANGELA said there was a photo shoot scheduled with a CRAIG SIPPEL from New Holstein, a B. JANDA from Two Rivers and a GEORGE ZIPPERER of Manitowoc. ANGELA said that she did not know whether TERESA made all those scheduled appointments at this time as she had not received a fax confirmation from TERESA as of yet. ANGELA said that TERESA was notified of jobs by phone and most of the communication was by phone or fax. ANGELA said she did not have contact with TERESA on a daily basis, only as appointments were scheduled. ANGELA said that she was waiting for a call back from the appointments to see if they had indeed been completed. ANGELA said she would have become concerned by tomorrow if she had still not heard anything from TERESA. ANGELA said TERESA did have scheduled appointments for photo shoots for the AUTO TRADER magazine today. ANGELA said in checking those appointments she was told that TERESA did not show up. ANGELA said they had not received any call or notice from TERESA that she would not be making those appointments today.

I notified Inv. WEIGERT of the CALUMET CO. SHERIFF'S DEPT. of the situation. Inv. WIEGERT and I responded to TERESA's residence and spoke with TERESA's roommate,

SCOTT, and her parents. They said that TERESA did not have a current boyfriend or any recent ex-boyfriend. They said they had been making contact with TERESA's friends by phone and no one had had any contact with her.

SCOTT allowed us to enter the residence and showed us TERESA's room. SCOTT and several of their mutual friends had located TERESA's most recent cell phone activity report on her computer. They printed a copy for us, which showed the last cell phone activity at 2:27 p.m. on Monday, 10/31/05. It appeared when looking at the minutes used history that TERESA had made phone calls to each of her appointments prior to her arrival that day.

I called TERESA's cell phone number 920-727-4731. The phone went instantly to a voicemail with a message indicating that her voicemail was full. TERESA's family said that TERESA had only one cell phone that she used for personal and business use.

We located several credit card and banking statements, a current photograph and a personal journal for TERESA, which were turned over to us. SCOTT also allowed us to collect TERESA's computer, which he said was hers, alone. SCOTT showed me her hairbrush, which I then collected a small sample of hair from the brush for possible DNA if needed.

I had left a phone message with the phone number from the GEORGE ZIPPERER appointment requesting that he contact me. I did call the ZIPPERER residence again and spoke with a male subject who identified himself as GEORGE ZIPPERER. I explained the reason for my call, and ZIPPERER immediately raised his voice saying that the AUTO TRADER had trespassed on his property and he did not want any more calls from them. ZIPPERER said he was going to contact an attorney if these calls continued.

I asked GEORGE if he had made an appointment for a photo shoot to sell a vehicle with AUTO TRADER. GEORGE said no he did not. GEORGE said that would have been his son. I asked GEORGE if it would be possible to speak with his son. GEORGE said he didn't know where he was. I asked GEORGE if his son lived there and he said yes. GEORGE said he works 24 hours a day and maybe talks to his son once a month. GEORGE said his son didn't have a cell phone and he did not know how to contact him. GEORGE said he thought his son was headed to Alaska to look for a job. GEORGE said he was going to head to Alaska next month to do the same. GEORGE said his son works all the time too. GEORGE said the AUTO TRADER had been calling them and he did not request their services. GEORGE said he thought that they must be con artists. I asked GEORGE if he knew whether or not the photographer had shown up on Monday and was indeed on his property. GEORGE said he wasn't sure but he assumes so because he saw an AUTO TRADER magazine on the kitchen table. GEORGE was unwilling to give me his personal information or his son's. I asked GEORGE how to spell his last name and he spelled it ZIZORE. I asked GEORGE for his date of birth and he said he forgot it. GEORGE then said that I had caught him on a bad day. GEORGE said that I had now upset his dog, which I could hear barking in the background. GEORGE told me that it was a mean dog and anybody who came on his property better watch out cause it could eat them starting with the feet.

GEORGE said he worked hard and did not have time for this. GEORGE said someone was driving up his driveway now and he had to go. I asked GEORGE to contact me if he had any further information.

An Attempt to Locate was issued for TERESA HALBACH and her vehicle, a 1999 Toyota RAV4, dark green, Registration #SWH582, registered to TERESA. TERESA was also entered as a missing person. The local news media was notified. They assisted in broadcasting the Attempt to Locate for TERESA on the nightly news broadcast.

At approximately 0030 hours on 11/04/05, I received a phone call from TERESA's coworker at PEARCE PHOTOGRAPHY. I spoke with the photo studio owner THOMAS PEARCE. THOMAS said that the last time he saw TERESA was at the studio on Saturday. PEARCE said that both he and TERESA did freelance photography. He said TERESA was not as much of an employee but coworker, independent photographer. PEARCE said TERESA did not work at the studio every day. PEARCE said TERESA had worked there for the last three to four years.

PEARCE said he became concerned today as he had not seen or heard from her since Saturday. PEARCE said he had expected her to at least stop by Wednesday morning, as she was a member of a ladies business group. PEARCE said it was unlike TERESA not to stop in or at least call every few days. PEARCE said TERESA had always called if she was going to be out of town or unavailable for work. PEARCE did say that TERESA had mentioned to him several odd occurrences while working for the AUTO TRADER magazine. He said TERESA told him she had some problems with male clients over the summer after the photo shoot; and while filling out paperwork and taking payment, she often was invited into the homes. He said TERESA said some males become verbally or physically flirtatious offering her drinks, etc. PEARCE said that he had warned her to be careful, being alone and often times in rural areas. PEARCE did say TERESA had mentioned she had been receiving multiple calls, from an unfamiliar number, to her cell phone recently. The caller would never leave a message. PEARCE said as far as he knew, TERESA had not answered any of those calls and did not know the caller. PEARCE said he remembered one day her commenting when the phone rang, again the same number, they just called five minutes ago. PEARCE said TERESA said she did not recognize the number and did not answer.

Leslie Lemieux, Cpl.
Calumet Co. Sheriff's Dept.
LL/ds