INTERROGATORY NO. 3: State whether you have watched *Making a Murderer*, including how many times you have watched each episode, and when you watched each episode.

ANSWER: I have only seen some excerpts of Making a Murderer and do not know what episode they were from.

REQUEST NO. 11: All documents and communications related to your divorce that are not publicly available via Manitowoc County Circuit Court, Case Number 2021FA000057 *In RE the marriage of Andrew Lee Colborn and Barbara Jean Colborn*, as well as any and all other documents and communications that relate to the reason for or cause of your divorce.

EXHIBIT E