IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

ANDREW L. COLBORN,

    Plaintiff,

v.

    Case No. 19-CV-484

NETFLIX, INC.,
CHROME MEDIA, LLC, f/k/a
SYNTHESIS FILMS, LLC,
LAURA RICCIARDI, and
MOIRA DEMOS,

    Defendants.

## AFFIDAVIT OF MICHAEL GRIESBACH

STATE OF WISCONSIN  )
                                ) SS.
MANITOWOC COUNTY  )

    MICHAEL GRIESBACH, being first duly sworn under oath, states as follows:

    1.    Attached as Exhibit A is a true and correct copy of pages 150-157 of the February 27, 2007 Transcript of Proceedings for Day 12 of the State of Wisconsin v. Steven A. Avery trial, case number 05-CF-381 which reference the *67 phone calls.

    2.    Attached as Exhibit B are true and correct copies of webpages from the website http://www.stevenaverycase.org/ which provide documents related to the Steven Avery trials for the public. Included are the "about" page of the website, a website index page, and the Jury Trial Index listings.

3. Attached as Exhibit C is a true and correct copy of the webpage https://transcripts.thedealr.net/script.php/making-a-murderer-2015-Lm4M wherein the transcript for the show, Making a Murderer, can be found.

4. Attached as Exhibit D is a true and correct copy of the first four pages out of a total of 1,116 pages of Calumet County Sheriff's Department documents relating to the Avery case which are publicly available at http://www.stevenaverycase.org/wp-content/uploads/2016/04/CASO-Investigative-Report.pdf .

5. Attached as Exhibit E is a true and correct copy of Colborn's response to Interrogatory Number 3 in Netflix Second Set of Interrogatories and Netflix' Request Number 11 in its Second Set of Requests for Production of Documents.

6. Attached as Exhibit F is a true and correct copy of a September 30, 2003 Report from the Division of Criminal Investigation regarding FOIA requests related to Steven Avery.

_____
Michael Griesbach

Subscribed and sworn to before me
this 14 day of April, 2022.

_____, Notary Public
Manitowoc County, Wisconsin
My commission Expires: is permanent