IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| ANDREW L. COLBORN,<br><br>**Plaintiff,**<br><br>vs.<br><br>NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS, LLC; LAURA RICCIARDI; AND MOIRA DEMOS,<br><br>**Defendants.** | Civil No.: 19-CV-484 |

## [PROPOSED] ORDER

On consideration of Defendant Neflix, Inc.'s Civil L.R. 7(h) Expedited Non-Dispostive Motion to Hold in Abeyance Briefing on Plaintiff's Motion In Limine to Bar Admission of Opinions and Statements of Plaintiff's Counsel at Trial and any opposition thereto, and good cause having been shown, it is hereby

Ordered that Neftlix's Motion is GRANTED. The Court shall set a briefing schedule on Plaintiff's Plaintiff's Motion In Limine to Bar Admission of Opinions and Statements of Plaintiff's Counsel at Trial at such time as a trial date and pretrial conference have been set.

SO ORDERED.

DATED: _____, 2022

_____
Hon. Brett H. Ludwig
United States District Judge