# Exhibit 1

**From:** Debra L. Bursik <debrab@lcojlaw.com>
**Sent:** Friday, March 11, 2022 6:05 PM
**To:** 'WalkerL@ballardspahr.com' <WalkerL@ballardspahr.com>; 'Kevin Vick' <kvick@jassyvick.com>; 'Kelley, Matthew E.' <KelleyM@ballardspahr.com>; 'Jean-Paul Jassy' <jpjassy@jassyvick.com>; 'Meghan Fenzel' <mfenzel@jassyvick.com>; Friedman, James <JFriedman@gklaw.com>
**Cc:** George Burnett <GB@lcojlaw.com>; 'Michael Griesbach' <attymgriesbach@gmail.com>; 'April Barker (abarker@sbe-law.com)' <abarker@sbe-law.com>
**Subject:** Colborn -email production

[EXTERNAL] This message originated from outside your domain.

All,

Below for downloading are the Colborn emails we are producing. They are marked Colborn

At this time, all email messages are designated as Attorneys' Eyes Only in the production.

**Citrix Attachments**  Expires March 11, 2023

VOL001.zip  14.8 MB

[Download Attachments]

Debra Bursik uses Citrix Files to share documents securely.

Debra L. Bursik, M.A.
Licensed Private Detective
Law Firm of Conway, Olejniczak & Jerry, S.C.
231 S. Adams Street | P.O. Box 23200
Green Bay, WI 54305
P: 920-437-0476   F: 920-437-2868
E: debrab@lcojlaw.com | lcojlaw.com

*IMPORTANT CONFIDENTIAL NOTICE*
The contents of this message, along with any attachments, are confidential and are subject to the attorney-client and/or attorney work-product privileges. Please destroy this message immediately and notify the sender that you received this message in error. No permission is given for persons other than the intended recipient(s) to read or disclose the contents of this message.