# Exhibit 6

| | |
|---|---|
| **From:** | Debra L. Bursik <debrab@lcojlaw.com> |
| **Sent:** | Thursday, April 14, 2022 6:53 PM |
| **To:** | Walker, Leita (Minn); 'Kevin Vick'; Kelley, Matthew E. (DC); 'Jean-Paul Jassy'; 'Meghan Fenzel'; 'James Friedman' |
| **Cc:** | George Burnett; April Barker (abarker@sbe-law.com); 'Michael Griesbach'; Salomao Nascimento, Isabella (Minn); Parsons, Emmy (DC) |
| **Subject:** | Colborn - Supp production |
| **Attachments:** | Attachments.html |

⚠ **EXTERNAL**

Good afternoon –

Attached for download are new documents plaintiff is producing.

---

**Citrix Attachments**     Expires April 14, 2023

4.14.22 Supp Prod.zip     107.6 MB

Download Attachments

Debra Bursik uses Citrix Files to share documents securely.

---

Debra L. Bursik, M.A.
Licensed Private Detective
Law Firm of Conway, Olejniczak & Jerry, S.C.
231 S. Adams Street | P.O. Box 23200
Green Bay, WI 54305
P: 920-437-0476   F: 920-437-2868
E: debrab@lcojlaw.com | lcojlaw.com

**\*IMPORTANT CONFIDENTIAL NOTICE\***
The contents of this message, along with any attachments, are confidential and are subject to the attorney-client and/or attorney work-product privileges.  Please destroy this message immediately and notify the sender that you received this message in error.  No permission is given for persons other than the intended recipient(s) to read or disclose the contents of this message.