# Exhibit 9

| From: | Salomao Nascimento, Isabella (Minn) |
|---|---|
| Sent: | Monday, April 25, 2022 2:33 PM |
| To: | Debra L. Bursik; 'April Barker (abarker@sbe-law.com)'; George Burnett; 'Michael Griesbach' |
| Cc: | Walker, Leita (Minn); Parsons, Emmy (DC); Kelley, Matthew E. (DC); Friedman, James; 'Kevin Vick'; 'Meghan Fenzel'; 'Jean-Paul Jassy' |
| Subject: | RE: Reply Brief In Support of Netflix's Motion to Compel |

Debra,

Thank you for your email. The April 22 email from April that you reference addressed only emails produced by Plaintiff on March 11; similarly, the email providing the March 11 production of Mr. Colborn's emails stated it was providing a designation for all email messages "in the production." We have not received any purported confidentiality designations for subsequent productions by Plaintiff. If it is your position that documents produced after the March 11 production are to be treated as "confidential," then please specify which document(s) and/or production(s) you believe are confidential.

Finally, as we have previously discussed, the parties' ESI protocol makes clear that any document that a party intends to designate as "confidential" should be stamped as such when produced. As Plaintiff's supplemental productions continue to grow, it becomes increasingly difficult for us to track which production(s) Plaintiff believes should be treated as confidential. Should Plaintiff produce any additional documents, we expect that Plaintiff will, prior to production, stamp the documents in accordance with the protocol. This is important both so that we may avoid confusion regarding the status of any asserted confidentiality or privilege designations, and so that we may more fully and expediently consider, and if necessary challenge, the asserted designations.

Thank you,

**Isabella Salomão Nascimento**
she/her/hers
Ballard Spahr LLP
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
Direct 612.371.3281
Fax 612.371.3207
salomaonascimentoi@ballardspahr.com
www.ballardspahr.com

---

**From:** Debra L. Bursik <debrab@lcojlaw.com>
**Sent:** Monday, April 25, 2022 12:57 PM
**To:** Salomao Nascimento, Isabella (Minn) <salomaonascimentoi@ballardspahr.com>; 'April Barker (abarker@sbe-law.com)' <abarker@sbe-law.com>; George Burnett <GB@lcojlaw.com>; 'Michael Griesbach' <attymgriesbach@gmail.com>
**Cc:** Walker, Leita (Minn) <WalkerL@ballardspahr.com>; Parsons, Emmy (DC) <parsonse@ballardspahr.com>; Kelley, Matthew E. (DC) <KelleyM@ballardspahr.com>; Friedman, James <JFriedman@gklaw.com>; 'Kevin Vick' <kvick@jassyvick.com>; 'Meghan Fenzel' <mfenzel@jassyvick.com>; 'Jean-Paul Jassy' <jpjassy@jassyvick.com>
**Subject:** RE: Reply Brief In Support of Netflix's Motion to Compel

⚠ **EXTERNAL**

Per April's email to all sent on Friday, April 22, 2022 at 3:46 PM responding to Leita's questions, we have designated all emails in the Colborn email production as CONFIDENTIAL**. Please do not file them publicly**.

Debra L. Bursik, M.A.
Licensed Private Detective
Law Firm of Conway, Olejniczak & Jerry, S.C.
231 S. Adams Street | P.O. Box 23200
Green Bay, WI 54305
P: 920-437-0476   F: 920-437-2868
E: debrab@lcojlaw.com | lcojlaw.com

*IMPORTANT CONFIDENTIAL NOTICE*
The contents of this message, along with any attachments, are confidential and are subject to the attorney-client and/or attorney work-product privileges.  Please destroy this message immediately and notify the sender that you received this message in error.  No permission is given for persons other than the intended recipient(s) to read or disclose the contents of this message.

---

**From:** Salomao Nascimento, Isabella <salomaonascimentoi@ballardspahr.com>
**Sent:** Monday, April 25, 2022 12:30 PM
**To:** 'April Barker (abarker@sbe-law.com)' <abarker@sbe-law.com>; George Burnett <GB@lcojlaw.com>; 'Michael Griesbach' <attymgriesbach@gmail.com>; Debra L. Bursik <debrab@lcojlaw.com>
**Cc:** Walker, Leita <WalkerL@ballardspahr.com>; Parsons, Emmy <parsonse@ballardspahr.com>; Kelley, Matthew E. <KelleyM@ballardspahr.com>; Friedman, James <JFriedman@gklaw.com>; 'Kevin Vick' <kvick@jassyvick.com>; 'Meghan Fenzel' <mfenzel@jassyvick.com>; 'Jean-Paul Jassy' <jpjassy@jassyvick.com>
**Subject:** Reply Brief In Support of Netflix's Motion to Compel

Counsel,

We will be filing our reply to Netflix's motion to compel by close of business today. We are planning to include as exhibits the attached documents which you produced on April 14. These documents were produced without any confidentiality designations branded on the documents or asserted in the cover email. As a courtesy, we write to inform you that we therefore intend to file our reply and the exhibits publicly. If you disagree with this course, please notify us promptly. This will then require that we file a motion to seal, in which we will make clear to the Court that we object to the sealing of the documents and believe that the motion should be denied and all records be made publicly available.

Thank you,
**Isabella Salomão Nascimento**
she/her/hers

**Ballard Spahr** LLP

2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
612.371.3281 DIRECT
612.371.3207 FAX

salomaonascimentoi@ballardspahr.com
VCARD

-------------------------------
www.ballardspahr.com