# Exhibit 2
# Filed Under Seal
# RESTRICTED

**To:** Brenda Schuler[bs.squared@yahoo.com]
**From:** andy colborn
**Sent:** Sat 12/15/2018 4:50:16 AM
**Subject:** Re:

Mike, on page 1 item 2 do u need to change synthesis films to chrome media?? Or add chrome media as a separate item??

Sent from my iPhone

On Dec 14, 2018, at 2:27 PM, Brenda Schuler <bs.squared@yahoo.com> wrote:

> I'll see what I can do!! Will work on it right now

Sent from my iPhone

On Dec 14, 2018, at 1:54 PM, Michael Griesbach <attymgriesbach@gmail.com> wrote:

> ear Brenda,
> Please take one final look, we won't be able to revise further except for typos and formatting. I have to get on the road to Appleton to see a client. Re formatting, I can't get page 1 to accept the text immediately; it skips automatically to page 2. Do you know how to fix this. Also, the Exhibit at the end should be numbered separately. Could you try to do both and then return. Andy and I and YOU:) would still like to file this today. I can efile it even if it's after the close of business. THANK YOU!

**Atty Michael C Griesbach**

**(920) 320-1358**

attymgriesbach@gmail.com

The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it. Additionally, to ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein. Thank you for your cooperation.

<Complaint, Colborn.docx>

COLBORN-004593