# Exhibit 3
# Filed Under Seal
# RESTRICTED

| | |
|---|---|
| **To:** | Debra L. Bursik[debrab@lcojlaw.com]; andy colborn[fantomfixer@hotmail.com] |
| **Cc:** | brenda Schuler[brendalee.schuler@gmail.com] |
| **From:** | Michael Griesbach |
| **Sent:** | Fri 1/18/2019 5:25:04 AM |
| **Subject:** | Re: Colborn |

Andy,
I assume MTSO still has the entirety of the Avery file? I imagine they sent the original or a copy to the AG who is handling the appeal, but that they retained a copy. Is this correct?
Mike

On Fri, Jan 18, 2019 at 7:18 AM Debra L. Bursik <debrab@lcojlaw.com> wrote:

> My understanding is this print off should be in the file somewhere. I'm assuming the sheriffs department still had their file. Michael can you confirm this.

Sent from my iPhone

On Jan 18, 2019, at 7:12 AM, brenda Schuler <brendalee.schuler@gmail.com> wrote:

> Hi all,
> Sorry for my absence. I'm a bit off the grid this week.
> Andy and I have talked about this in great detail and I've also spoken to Larry Ledvina at MTSO about it. As far as I'm aware, there is nothing that is time stamped that would still be available.

Sorry I'm not more helpful.

Sent from my iPhone

On Jan 18, 2019, at 7:40 AM, Michael Griesbach <attymgriesbach@gmail.com> wrote:

> I see what you mean, Deb. Brenda, did this ever come up in your discussions with Andy?
> Thank you.
> Mike

On Wed, Jan 16, 2019 at 5:44 PM Debra L. Bursik <debrab@lcojlaw.com> wrote:

> I agree that no one disputes he made the call. But he says he made the call in part because they print off the information from the TIME system and put it in his box and then he has the VIN #. If we can find that paper to prove that is actually what was done that could be helpful. Furthermore that paper may have a date / time on it that would go a long ways in

COLBORN-002807

proving the time he made the call. Many computer printouts just automatically put a date / time on it.

Debra L. Bursik, M.A.

Licensed Private Detective

Law Firm of Conway, Olejniczak & Jerry, S.C.

231 S. Adams Street | P.O. Box 23200

Green Bay, WI 54305

P: 920-437-0476   F: 920-437-2868

E: debrab@lcojlaw.com | lcojlaw.com

**\*IMPORTANT CONFIDENTIAL NOTICE\***

The contents of this message, along with any attachments, are confidential and are subject to the attorney-client and/or attorney work-product privileges. Please destroy this message immediately and notify the sender that you received this message in error. No permission is given for persons other than the intended recipient(s) to read or disclose the contents of this message.

**From:** Michael Griesbach <attymgriesbach@gmail.com>
**Sent:** Wednesday, January 16, 2019 5:19 PM
**To:** Debra L. Bursik <debrab@lcojlaw.com>
**Cc:** brenda Schuler <brendalee.schuler@gmail.com>
**Subject:** Re: Colborn

I'm not understanding, Deb. No one doubts Any made the call to dispatch, it's on tape. Which call are you referring to?

On Wed, Jan 16, 2019 at 4:44 PM Debra L. Bursik <debrab@lcojlaw.com> wrote:

Brenda and Michael –

It would be of great help in proving that Andy made the call if we could locate that piece of paper that the dispatcher prints upon him calling in the license plate of the car. This will help to substantiate his story.

COLBORN-002808

Brenda – do you have this by chance ?

Thanks!

Debra L. Bursik, M.A.

Licensed Private Detective

Law Firm of Conway, Olejniczak & Jerry, S.C.

231 S. Adams Street | P.O. Box 23200

Green Bay, WI 54305

P: 920-437-0476   F: 920-437-2868

E: debrab@lcojlaw.com | lcojlaw.com

**\*IMPORTANT CONFIDENTIAL NOTICE\***

The contents of this message, along with any attachments, are confidential and are subject to the attorney-client and/or attorney work-product privileges.  Please destroy this message immediately and notify the sender that you received this message in error.  No permission is given for persons other than the intended recipient(s) to read or disclose the contents of this message.

--

**Atty Michael C Griesbach**

**(920) 320-1358**

**attymgriesbach@gmail.com**

The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it.   Additionally, to ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by

COLBORN-002809

the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein. Thank you for your cooperation.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

--

**Atty Michael C Griesbach**

**(920) 320-1358**

**attymgriesbach@gmail.com**

The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it. Additionally, to ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein. Thank you for your cooperation.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

--

**Atty Michael C Griesbach**

**(920) 320-1358**

**attymgriesbach@gmail.com**

The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it. Additionally, to ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein. Thank you for your cooperation.

COLBORN-002810