# Exhibit 5
# Filed Under Seal
# RESTRICTED

| | |
|---|---|
| **To:** | Michael Griesbach[attymgriesbach@gmail.com] |
| **From:** | andy colborn |
| **Sent:** | Wed 1/9/2019 4:10:28 PM |

**Redacted**

On Jan 9, 2019, at 5:50 PM, Michael Griesbach <attymgriesbach@gmail.com> wrote:

**Redacted**

On Wed, Jan 9, 2019 at 5:33 PM andy colborn <fantomfixer@hotmail.com> wrote:

**Redacted**

Sent from my iPhone

On Jan 9, 2019, at 3:48 PM, Michael Griesbach <attymgriesbach@gmail.com> wrote:

**Redacted**

On Wed, Jan 9, 2019 at 2:03 PM andy colborn <fantomfixer@hotmail.com> wrote:

**Redacted**

On Jan 9, 2019, at 10:30 AM, Michael Griesbach <attymgriesbach@gmail.com> wrote:

> Not a problem, we'll figure it out. It's another thing Andy and I will talk to George about.

On Wed, Jan 9, 2019 at 10:25 AM Brenda Schuler <bs.squared@yahoo.com> wrote:

Work Product                    Attorney Client                    COLBORN-004649

Mike,
Just to clarify, Shawn has NOT raised any issues about Andy not being able to interview in any way.
I mentioned it as Andy and I have discussed it and never dug into it or looked at his contract.

I've never discussed anything with Shawn other than his feeling like we may not have any opportunity to film Andy anymore because no lawyer would allow him to talk to us. Or to anyone. I wanted to be clear next week when I meet with him that that's not the case and we may have an opp to work together on this.

Sorry I wasn't clear but please don't think at all that is the case.

B

Sent from my iPhone

On Jan 9, 2019, at 10:17 AM, Michael Griesbach <attymgriesbach@gmail.com> wrote:

Atty/Client privilege

Andy,
Brenda has raised the issue about Shawn Rech's belief that you can't interview with the media until his documentary is released. I'm not sure Shawn can or even should prevent you from doing so even if it's in the contract that you signed. For one thing, he needs you more than you need him. For another, it may not be legally enforceable given your First Amendment free speech right. I don't plan on rocking any boats (he's on our side after all), and it doesn't matter for now because you and I decided that you won't be interviewing at this point anyhow, but it may come up going forward. We'll see.

As for both of us remaining completely silent, see my comments above. John Mayer was planning an all out media blitz which I think that would have been a mistake. For the most part, we should remain above the fray and obviously not stoop to the likes of Zellner and Buting. But we can't be completely silent. Look what that did for MTSO. One of the things that help my credibility with the general public, which adds credibility to your lawsuit since I'm your lawyer, is that I've been vocal about the first case when TK and DV royally mucked up. We

Work Product                    Attorney Client                    COLBORN-004650

completely lose credibility if we just circle the LE wagons and act like nothing was wrong about the way the 1985 case was handled. Also, we don't care what the Reddit and Zellner freaks think. They're not our audience. Our audience is the general public, and we can score points with them and for your lawsuit if we're selective in how often and what we say.

That said, I still want to get something to this reporter along the lines I mentioned above. We'll do it by email so we can better control what she publishes. Just be a brief bio and maybe a few comments about how MAM has affected you. Most of it's in the complaint anyhow but we'll throw her a bone. Is this something doable by tonight or tomorrow morning, Andy? Again, nothing lengthy or extravagant and the three of us can review what we actually send her. Let me know what you think.

Hope your day is as good as can be expected, and remember, try not to take this crap too much to heart. We'll get through it, and besides, it's mostly good stuff now anyhow.

Mike

On Wed, Jan 9, 2019 at 9:26 AM Michael Griesbach <attymgriesbach@gmail.com> wrote:

> Yep, I'll generally be keeping mum except for a few selective general points that will make us seem above the fray but still remind people we're there. We'll still remain above the frey and let our court filings and appearances do the talking, but we can't let them totally take advantage of the vaccum. It's what MTSO pretty much did after MAM and it was a total PR disaster. We're going to be smart about this.

On Wed, Jan 9, 2019 at 8:51 AM Brenda Schuler <bs.squared@yahoo.com> wrote:

> Mike,
> I personally like our approach to say as little as possible since it'll be handled by the court but I like the idea of making them sweat.

Hmmm. Maybe something along the lines of how you and Andy look forward to the opportunity to bring to light not only the

Work Product                                  Attorney Client                                  COLBORN-004651

amount of misleading and intentionally malicious edits for entertainment purposes, but also seeing those responsible held accountable for the damage they caused.

You may also want to point out that Jon Benets brother just settled a huge defamation lawsuit. It is doable. Maybe address the public figure thing too? That if it's malicious, it doesn't matter? If that's accurate? Less is more.

On another note, probably good to get in the same page here with Andy's contract with CAM.

You can speak for him of course, and I'm assuming you'd just do the humanizing but he can't officially answer any questions or make any quotes himself or do any interviews. He hasn't done any besides CAM which won't be out till later this year but most likely next year, between us.

I'm traveling to Cleveland for a week next Tuesday and we will be discussing how to proceed with filming since the defamation lawsuit wasn't initially taken into account.

I foresee Shawn wanting to follow it and perhaps obtain some type of behind the scenes access. I'd like to get your thoughts on that too as you'd be part of it if that's the route Shawn wanted to take.

I have chatted with Andy about it several times. It's a HUGE opportunity to really make a difference. I know Shawn will humanize the hell out of Andy but we need him to be exclusive to CAM which is what will make it an even better message to the world and draw viewers in—hearing his story the first time from his mouth.

Then...he will have a shit ton of interviews that he can talk all he wants after that.

I'm glad this came up as I needed to mention it before I headed to Cleveland and before you met with George on Friday. Just something to keep in mind. Thoughts?

Sent from my iPhone

Work Product                           Attorney Client                           COLBORN-004652

On Jan 9, 2019, at 8:07 AM, Michael Griesbach <attymgriesbach@gmail.com> wrote:

> Oops, forgot to copy you in.
> ---------- Forwarded message ---------
> From: **Michael Griesbach** <attymgriesbach@gmail.com>
> Date: Wed, Jan 9, 2019 at 8:05 AM
> Subject:
> To: andy colborn <fantomfixer@hotmail.com>
>
> Andy--
> There's a reporter doing a series on the trend of documentaries that negatively affect the lives of "regular" people. She contacted me on Monday. I've responded to her in a general way because I think it will help your case and get word out to the public re why you are pursuing this lawsuit. She's a former Time Magazine writer who now works for the Hollywood Reporter law section. I know, the Hollywood reporter. I wouldn't have replied, but I liked her questions and the issue she's writing about. I insisted that the interview be by email so nothing I said could be taken out of context. See the attachment for her questions and my replies.
>
> Here's the thing. She wants to give readers an idea of what you're like in order to "humanize" you for people who only know you from MAM, ideally by speaking with you in a telephone call. I trust her to a point, but I don't want you to do that right now. We'll get one of the national tv networks to do that later. In the meantime, though, I'd like to give her a run-down on the basics of your life: where you've been, what you've done for a living, how many children (if you're comfortable with that), a little about Barb (if you're comfortable with that too), and a few other

Work Product                              Attorney Client                              COLBORN-004653

details we could share to in her words "humanize" you. The other option she mentioned is to have someone close to you talk to her about you and what you're like. We could do that, but I'm inclined to proceed as outlined above becasue we can better control our message that way. Let me know what you think. Again, I've attached her questions and my replies re the thrust of her article, so you should read that first. I've copied in Brenda in case she wants to weigh in. She's pretty damn smart:) And of course she wants this info yesterday, assuming we're willing to provide it (we don't have too).
.

Mike
--------
**Michael C Griesbach**

(920) 320-1358

attymgriesbach@gmail.com
The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it.   Additionally, to ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein.  Thank you for your cooperation.

--

**Atty Michael C Griesbach**

(920) 320-1358

Work Product                                        Attorney Client                                        COLBORN-004654

attymgriesbach@gmail.com

The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it. Additionally, to ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein. Thank you for your cooperation.

<hollywood reporter interview questions.docx>

--

**Atty Michael C Griesbach**

**(920) 320-1358**

attymgriesbach@gmail.com

The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it. Additionally, to ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein. Thank you for your cooperation.

--

**Atty Michael C Griesbach**

Work Product                                    Attorney Client                              COLBORN-004655

(920) 320-1358

attymgriesbach@gmail.com


The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it. Additionally, to ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein.  Thank you for your cooperation.


--

**Atty Michael C Griesbach**

**(920) 320-1358**

attymgriesbach@gmail.com


The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it.   Additionally, to ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein.  Thank you for your cooperation.


--

**Atty Michael C Griesbach**

**(920) 320-1358**

attymgriesbach@gmail.com


The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it. Additionally, to ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-

Work Product                                                                 Attorney Client                                                            COLBORN-004656

mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein. Thank you for your cooperation.

--

**Atty Michael C Griesbach**

**(920) 320-1358**

**attymgriesbach@gmail.com**

The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it. Additionally, to ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein. Thank you for your cooperation.

Work Product                             Attorney Client                             COLBORN-004657