IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| ANDREW L. COLBORN, <br><br> Plaintiff, <br><br> vs. <br><br> NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS, LLC; LAURA RICCIARDI; AND MOIRA DEMOS, <br><br> Defendants. | Civil No.: 19-CV-484-BHL |

### DEFENDANT NETFLIX, INC.'S MOTION TO STRIKE MICHAEL GRIESBACH'S IMPROPER SUR-REPLY BRIEF OPPOSING DEFENDANT NETFLIX, INC.'S MOTION TO COMPEL

Defendant Netflix, Inc. ("Netflix"), by and through undersigned counsel, moves this Court pursuant to Civil L.R. 7(i) for an order striking the filing captioned "Michael Griesbach's Reply Brief Opposing Defendant Netflix, Inc.'s Motion to Compel" (Dkt. 225) and its attached affidavits (Dkts. 226 & 227).

This "reply brief" is actually a sur-reply improperly filed without leave of court in violation of Civil Local Rule 7(i). No rule or court order contemplates the filing of a sur-reply without leave, and there is nothing in the brief or its attached affidavits that could not have been included in Mr. Griesbach's Response to Netflix's Motion to Compel. Accordingly, the "reply brief" and attached affidavits should be stricken from the record. *See, e.g.*, *Marigny v. Centene Mgmt. Co. LLC*, No. 18-cv-1386-bhl, 2021 U.S. Dist. LEXIS 121931, at *9-11 (E.D. Wis. June 30, 2021) (Ludwig, J.) (granting motion to strike "improper and unauthorized sur-reply").

Netflix would be prejudiced if Mr. Griesbach is allowed to raise arguments and provide affidavits without providing Netflix with an opportunity to respond to the inaccuracies and mischaracterizations contained within them. Thus, if this Court declines to strike the "reply brief," Netflix respectfully requests that this Court enter an order granting Netflix leave to file a response to Mr. Griesbach's sur-reply prior to the May 25, 2022 hearing.

## CONCLUSION

For these reasons, Netflix respectfully requests that this Court issue an order striking the filing captioned "Michael Griesbach's Reply Brief Opposing Defendant Netflix, Inc.'s Motion to Compel" (Dkt. 225) and its attached affidavits (Dkts. 226 & 227) or, in the alternative, granting Netflix leave to respond to that filing prior to the May 25, 2022 hearing.

Dated: May 16, 2022

Respectfully submitted,

/s/ Matthew E. Kelley

James A. Friedman
Godfrey & Kahn, S.C.
One East Main Street
Suite 500
Madison, WI 53703-3300
T: (608) 284-2617
F. (608) 257-0609
jfriedman@gklaw.com

Leita Walker
Isabella Salomão Nascimento
Ballard Spahr LLP
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
T: (612) 371-6222
F: (612) 371-3207
walkerl@ballardspahr.com
salamaonascimentoi@ballardspahr.com

Matthew E. Kelley
Emmy Parsons
Ballard Spahr LLP
1909 K Street, NW, Suite 1200
Washington, D.C. 20006-1157
T: (202) 508-1112
F: (202) 661-2299
kelleym@ballardspahr.com
parsonse@ballardspahr.com

*Counsel for Netflix, Inc.*