# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

<u>Court Minutes and Order</u>

| | |
|---|---|
| HEARING DATE: | May 25, 2022 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 1:19-cv-0484-bhl |
| CASE NAME: | Colborn v. Netflix et al |
| MATTER: | Motion Hearing |
| APPEARANCES: | April Rockstead Barker and Michael C. Griesbach, Attorneys for Plaintiff |
| | Leita Walker and James A. Friedman, Attorneys for Defendant Netflix, Inc. |
| | Kevin Vick, Attorney for Defendants Chrome Media LLC, Laura Ricciardi, and Moira Demos |
| | John F. Mayer, Attorney for Interested Party Michael Griesbach |
| TIME: | 9:04 – 10:29 a.m. |
| COURTROOM DEPUTY: | Julie D. |

**AUDIO OF THIS HEARING IS AT ECF NO. 232**

---

The Court heard argument on the five pending discovery-related motions. Having considered the motions, the Court will rule on four of them and request supplemental briefing on the other. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion in limine, ECF No. 213, is **DENIED** without prejudice, and Defendant Netflix's motion to hold briefing on the motion in limine in abeyance, ECF No. 217, is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Defendant Netflix's motion to restrict documents, ECF No. 219, is **GRANTED in part**. The Court will hold the restricted documents under seal through June 8, 2022 to give interested third parties an opportunity to object before those documents are made public. Plaintiff is directed to send a copy of this minute order to any interested third parties. If those third parties do not file objections on or before June 8, 2022, the Court will unseal the relevant documents the following day on June 9, 2022.

**IT IS FURTHER ORDERED** that Defendant Netflix's motion to strike, ECF No. 228, is **GRANTED**. The improper sur-reply filed at ECF No. 225 is hereby stricken.

**IT IS FURTHER ORDERED** that Defendant Netflix and Subpoena-Respondent Michael Griesbach must file, on or before June 8, 2022, simultaneous supplemental briefs explaining how Wisconsin's Reporter Privilege impacts the pending motion to compel, ECF No. 206, including any potential waiver of the privilege.

**IT IS FURTHER ORDERED** that a telephonic status conference will be held on **June 14, 2022** at **3:30 p.m. Central Time.** To appear, call the Court conference line at 1-866-434-5269 and enter code 1737450# before the scheduled hearing time.

Dated at Milwaukee, Wisconsin on May 25, 2022.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge