IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ANDREW L. COLBORN,

    Plaintiff,

Case No. 19-CV-484

NETFLIX, INC.,
CHROME MEDIA, LLC, f/k/a
SYNTHESIS FILMS, LLC,
LAURA RICCIARDI, and MOIRA DEMOS,

    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that April Rockstead Barker and Rockstead Law, LLC appear as co-counsel for the Plaintiff in addition to counsel previously noticed and of record for the Plaintiff.

Dated this 31st day of May, 2022.

ROCKSTEAD LAW, LLC

By: ___/s/ April Rockstead Barker_____
    State Bar Number: 1026163
    525 N. Lincoln Ave.
    Beaver Dam, WI 53916
    (920) 887-0387
    (262) 666-6483 (facsimile)
    aprilrbarker@rocksteadlaw.com