IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

ANDREW L. COLBORN,

                    Plaintiff,

                                                    Case No. 19-CV-484

NETFLIX, INC.,
CHROME MEDIA, LLC, f/k/a
SYNTHESIS FILMS, LLC,
LAURA RICCIARDI, and MOIRA DEMOS,

                    Defendants.

---

## SUPPLEMENTAL DISCLOSURE STATEMENT

---

        In addition to the information supplied pursuant Civil L.R. 7.1 and Fed. R. Civ. P. 7.1 in

Dkt #:28, filed on April 16, 2019, Plaintiff supplements his disclosures thereunder by adding the

following law firm appearing on behalf of the Plaintiff in the above matter:

        Rockstead Law, LLC
        525 N. Lincoln Ave.
         Beaver Dam, WI 53916
        (920) 887-0387
         (262) 666-6483 (facsimile)

        Dated this 31st day of May, 2022.

                ROCKSTEAD LAW, LLC

                By:    */s/ April Rockstead Barker*_____
                    State Bar Number: 1026163
                    525 N. Lincoln Ave.
                    Beaver Dam, WI 53916
                    (920) 887-0387
                    (262) 666-6483 (facsimile)
                    aprilrbarker@rocksteadlaw.com