# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

---

ANDREW L. COLBORN,

        Plaintiff,

v.

                                            Case No. 19-CV-484

NETFLIX, INC.,
CHROME MEDIA, LLC, f/k/a
SYNTHESIS FILMS, LLC,
LAURA RICCIARDI, and
MOIRA DEMOS,

        Defendants.

---

## NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL
## FOR INTERESTED PARTY MICHAEL GRIESBACH

---

PLEASE TAKE NOTICE that Mayer, Graff & Wallace, LLP, as attorney for Michael Griesbach, moves the Court, the Honorable Brett Ludwig presiding, for permission to withdraw as attorney for Michael Griesbach. Counsel has been discharged by the client.

The basis for this motion is set forth in the Affidavit of John F. Mayer, the same already on file with the Court.

Dated this 3rd day of June, 2022.

                                  /s/ John F. Mayer

By: _____

                        John F. Mayer, SBN: 1017384
                        Attorney for Michael Griesbach
                        MAYER, GRAFF & WALLACE, LLP
                        1425 Memorial Drive, Suite B
                        Manitowoc, WI 54220
                        Telephone: (920) 683-5800
                        Facsimile: (800) 465-1031
                        Email: jmayer@mgwlawwi.com