IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

ANDREW L. COLBORN,

        Plaintiff,

v.

NETFLIX, INC.,
CHROME MEDIA, LLC, f/k/a
SYNTHESIS FILMS, LLC,
LAURA RICCIARDI, and
MOIRA DEMOS,

        Defendants.

Case No. 19-CV-484

---

## AFFIDAVIT OF JOHN F. MAYER

---

STATE OF WISCONSIN    )
                     ) SS.
MANITOWOC COUNTY   )

       JOHN F. MAYER, being first duly sworn on oath, deposes and states as follows:

    1.     I am one of the attorneys for Michael Griesbach in the above-captioned action.

    2.     This affidavit is made in support of the motion to withdraw as counsel for Michael Griesbach.

    3.     Mr. Griesbach has discharged the services of moving counsel and Mayer, Graff & Wallace can longer represent a client who has discharged it.

    4.     Mr. Griesbach has been made aware of this motion, which was provided to him via email and regular U.S. mail.

5. My withdrawal will not affect the deadline for the briefs and the scheduling of the motion hearing.

_____
John F. Mayer

Subscribed and sworn to before me
this 3rd day of June, 2022.

Sarah Endries, Notary Public
Manitowoc County, Wisconsin
My commission expires: 9/3/23.

