IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| ANDREW L. COLBORN,<br><br>        Plaintiff,<br><br>  vs.<br><br>NETFLIX, INC.; CHROME MEDIA LLC,<br>F/K/A SYNTHESIS FILMS, LLC;<br>LAURA RICCIARDI; AND MOIRA<br>DEMOS,<br><br>        Defendants. | Civil No.: 19-CV-484-BHL |

## SECOND DECLARATION OF LEITA WALKER

I, Leita Walker, under penalty of perjury and subject to 28 U.S.C. § 1746, declare as follows:

1. I am one of the attorneys for Defendant Netflix, Inc. in the above-captioned action. I have personal knowledge of the matters set forth herein. I make this declaration in support of Netflix's Supplemental Brief in Support of its Motion to Compel Production of Documents Responsive to Subpoena to Michael Griesbach.

2. Attached hereto as Exhibit 9 is a true and correct copy of the Affidavit of Service of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Michael C. Griesbach as served on Mr. Griesbach on February 10, 2022.

3. Attached hereto as Exhibit 10 is a true and correct copy of Plaintiff's Responses to Defendant Chrome Media LLC's First Set of Interrogatories, excluding exhibits.

4. Attached hereto as Exhibit 11 is a true and correct copy of a December 10-13, 2018 email thread bearing the Bates Numbers COLBORN-004587-89.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 8, 2022

/s/ *Leita Walker*
Leita Walker