# Exhibit 9

# AFFIDAVIT OF SERVICE

State of Wisconsin

County of EASTERN DISTRICT

Case Number: 19-CV-484

Plaintiff:
**ANDREW L. COLBORN,**

vs.

Defendant:
**NETFLIX, INC ET AL.,**

For:
GODFREY & KAHN S.C.
P.O. Box 2728
Appleton, WI 54912

Received by Patrick L. Zelzer and Associates to be served on **MICHAEL GRIESBACH, 851 N. 15TH STREET, MANITOWOC, WI 54220**.

I, Patrick Zelzer, being duly sworn, depose and say that on the **10th day of February, 2022** at **10:37 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION.** with the date and hour of service endorsed thereon by me, to: **MICHAEL GRIESBACH** at the address of: **851 N. 15TH STREET, MANITOWOC, WI 54220**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 10th day of
February, 2022 by the affiant who is personally known to
me.

_____
NOTARY PUBLIC
12-14-25

JILL A. ZELZER
NOTARY PUBLIC
STATE OF WISCONSIN

_____
**Patrick Zelzer**
Process Server

**Patrick L. Zelzer and Associates**
P.O BOX 12554
Green Bay, WI 54307-2554
**(920) 362-7707**

Our Job Serial Number: ZEL-2022000361
Service Fee: $125.00