# Exhibit 11

To: Barb[bcolbornrn@hotmail.com]
From: andy colborn
Sent: Thur 12/13/2018 1:53:37 AM
Subject: Fwd: Pages 1-9
MAMâ€™s omission and distortion of material, significant evidence and facts.docx
ATT00001.htm

Sent from my iPhone

Begin forwarded message:

**From:** Michael Griesbach <attymgriesbach@gmail.com>
**Date:** December 10, 2018 at 12:54:32 PM CST
**To:** bs.squared@yahoo.com
**Cc:** andy colborn <fantomfixer@hotmail.com>
**Subject: Re: Pages 1-9**

> It doesn't have to be filed until 12/18 (3 years after MAM's release), but I don't want to wait til then. I'm shooting for Wed but will obviously be speaking with Andy before anything is filed. We still have some things to decide, incl whether to bring Ferak in now or implead him and the others in later. I'm inclined to not further complicate this right now, there's plenty of time to bring him in. Andy and I will also coordinate the timing of filing, serving the defendants, and preparing a media release. I know we have lots to talk about Andy, but let me get the complaint finished first. I agree with you, Brenda, that it makes more sense for you to wait to edit until you have the "final" version of each section of the complaint. (I've attached a "final" revised draft of the omissions and distortions section if you want to review.) If you have additional significant instances of MAM lies we could probably still work them in, but it's not essential since we're not limited going forward to what we included in the complaint. On the other hand, we want to wow them as much as we can. Use your discretion. THANKS!

On Mon, Dec 10, 2018 at 12:29 PM Brenda Schuler <bs.squared@yahoo.com> wrote:
> Thanks Mike. This is a big project and it's looking really great. Nice job.
> Should I not continue on with the rest of the pages if you have made updates already? It doesn't really make sense if you have an updated version and I'm updating an old one.

Is the whole thing due on the 11th? Or just the three claims? I think I have other examples of editing in MaM to make Colborn look sketchy that could be included if you wish, but may not work if the entire doc is due on the 11th.



On Dec 10, 2018, at 12:11 PM, Michael Griesbach <attymgriesbach@gmail.com> wrote:

COLBORN-004587

> Thanks Brenda. I appreciate your filling in the dates and number of years, etc, and I agree with most of your thoughts. Unfortunately, I've also made edits in the last few days, but I'll compare my edits with yours and go from there. Attached is the revised draft of the first claim for relief, defamation of character. The claims themselves are not lengthy becasue they adopt by reference the facts as already stated in the body of the complaint. However, they are where the case rises and falls under the law. I hope to have the other two claims (intentional infliction of emotional stress and negligence) finished late today. Best to both of you. Lets go slay some dragons!

On Mon, Dec 10, 2018 at 11:35 AM Brenda Schuler <bs.squared@yahoo.com> wrote:

> Note, there are comments for many of the suggestions so you can just "hover" over them to see why.

Sent from my iPhone

On Dec 10, 2018, at 11:31 AM, Brenda L <bs.squared@yahoo.com> wrote:

> HI there,
> I wanted to send over what I had so far.

There is one part, with Tyson and Kucharski that you may want to change since the babysitting comment is with Tyson referring to the 11/5 initial search and the prior part is the 11/8 search with Kucharski. My personal feeling is that part is not strong enough to consider an example of deceptive editing since the question they pull Tyson's splice from is a very similar and followup question to the babysitting one. Just my thoughts.

Please let me know if you have questions so far. I'll send an update when I get more done.

<Colborn Complaint, draft of second section.docx>

--

Atty Michael C Griesbach

(920) 320-1358

attymgriesbach@gmail.com

The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it.

Case 1:19-cv-00484-BHL   Filed 06/08/22   Page 3 of 4   Document 240-3

COLBORN-004588

Additionally, to ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein. Thank you for your cooperation.

<COUNT I.docx>

--

**Atty Michael C Griesbach**

**(920) 320-1358**

**attymgriesbach@gmail.com**

The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it. Additionally, to ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein. Thank you for your cooperation.