IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

ANDREW L. COLBORN,

          Plaintiff,

v.

          Case No. 19-CV-484

NETFLIX, INC.,
CHROME MEDIA, LLC, f/k/a
SYNTHESIS FILMS, LLC,
LAURA RICCIARDI, and
MOIRA DEMOS,

          Defendants.

## MOTION To EXTEND TIME TO FILE SUPPLEMENTAL BRIEF

Attorney Michael Griesbach, co-counsel for plaintiff, and respondent in Netflix' Motion to Compel Production of Documents in Response to Subpoena, respectfully moves for an extension of time pursuant to Fed Civil Rules of Procedure 6 (b) (1) (B). The motion is based upon the following:

1. The Court directed the parties to file simultaneous supplemental briefs on or before June 8, 2022;
2. The respondent, after discharging counsel, completed his brief at approximately 11:30 PM on June 8, 2022;
3. Immediately after completing his brief, the respondent tried, but failed to e-file it;
4. Although the respondent has e-filed numerous pleadings and documents in Wisconsin Circuit Courts, he has not previously done so in federal court as this case is the only case he has appeared in in federal court;
5. The respondent should have allowed more time to familiarize himself with the federal court e-filing system, but he failed to do so;
6. Having failed to successfully e-file his brief, the respondent notified opposing counsel by email, explaining the circumstances and attaching the brief; (see attached Griesbach Declaration with accompanying exhibit)
7. The respondent's brief had not been altered in any respect since he completed it prior to the deadline and emailed it to opposing counsel;
8. The respondent believes that the circumstances detailed above constitute "excusable neglect" under Rule 6 (b) (1) (B).

Wherefore, the respondent respectfully requests that the Court grant him a one day extension to file his brief, which is being filed contemporaneously with this Motion.

Dated: June 9, 2022

_____
Michael Griesbach
Wisconsin Bar #01012799a
Griesbach Law Offices, LLC
830 N. 12th Street
Manitowoc, Wi 54220
(920) 320-1358
attymgriesbac@#gmail.com