IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

ANDREW L. COLBORN,

    Plaintiff,

v.

NETFLIX, INC.,
CHROME MEDIA, LLC, f/k/a
SYNTHESIS FILMS, LLC,
LAURA RICCIARDI, and
MOIRA DEMOS,

    Defendants.

Case No. 19-CV-484

## DECLARATION OF MICHAEL GRIESBACH

I, Michael Griesbach, under penalty of perjury and subject to 28 U.S.C. § 1746, declare as follows:

1. The attached Exhibit (EXH 1) is a true and accurate copy of the email I sent to opposing counsel at 12:18 AM on June 9, 2022 as referenced in the counsel's Motion to Extend Time Dated: June 9, 2022.

_____
Michael Griesbach