# Supplemental brief on motion to compel

**Michael Griesbach <attymgriesbach@gmail.com>**   12:18 AM (5 hours ago)

to Leita, Kevin, April, George

Hello all,

I'm attaching my brief which I finished approximately 1 hour ago-- 11pm here in Wisconsin. I've tried without success for the last hour to e-file it. My experience with the state court e-file system obviously did not transfer over to the federal system. Admittedly, I should have learned the federal system earlier, but I am hopeful that given the circumstances, counsel for Netflix and the Producer defendants will not object to my late filing. I will be contacting the court first thing tomorrow.

All best,

Mike Griesbach

**Griesbach Law Offices, LLC**
**830 N 12th Street**
**Manitowoc, WI 54220**
**(920) 320-1358**
**attymgriesbach@gmail.com**

The information in this e-mail is confidential and is protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it. Additionally, to ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein. Thank you for your cooperation.

## Attachments area

   ReplyReply allForward



EXHIBIT 1