# Griesbach Law Offices, LLC

830 N 12th Street Manitowoc, Wisconsin 54220 | attymgriesbach@gmail.com | (920) 320-1358

June 9, 2022

Hon. Brett H. Ludwig
United States Courthouse Room 271
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re: Andrew Colborn v. Netflix, Inc. et al.
    Case No. 19CV484

Dear Judge Ludwig,

After I filed a motion to extend time to file my supplemental brief this morning, Netflix counsel Leita Walker informed me that she does not oppose the motion. I've included her email below. It's my understanding that the other defendants lack standing to object since the dispute at issue is between Netflix and myself only, and only in my capacity as the respondent in Netflix' Motion to Compel. I filed my brief with the extension motion this morning and want to apologize for the inconvenience caused by my delay. I will await the Court's decision on my extension request.

Respectfully submitted,

Michael Griesbach
Wisconsin Bar #01012799
Griesbach Law Offices, LLC
830 N. 12th Street
Manitowoc, Wi 54220
(920) 320-1358
attymgriesbac@#gmail.com

---

**Walker, Leita**    11:12 AM (1 hour ago)

to Emmy, Matthew, Isabella, James, me, Kevin, April, George

Hi, I understand these things happen. I saw you filed a motion for extension. If you want to tell the court's clerk that Netflix does not plan to object to the slightly late brief (or re-file your motion as "unopposed") that's fine by us and might save the court some effort.
Forwarding this email to chambers would probably do the trick.
Leita