# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| HEARING DATE: | June 14, 2022 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 1:19-cv-0484-bhl |
| CASE NAME: | Colborn v. Netflix, Inc. et al |
| MATTER: | Status Conference |
| APPEARANCES: | April Rockstead Barker and Michael Griesbach, Attorneys for Plaintiff |
| | Leita Walker and James A. Friedman, Attorneys for Defendant Netflix, Inc. |
| | Meghan E. Fenzel, Attorney for Defendants Chrome Media LLC, Laura Ricciardi, and Moira Demos |
| | *Pro se* Interested Party Michael Griesbach |
| TIME: | 3:36 – 4:57 p.m. |
| COURTROOM DEPUTY: | Julie D. |

**AUDIO OF THIS HEARING IS AT ECF NO. 248**

Counsel for the parties reported on the status of the case and their opinions as to how the case should proceed. The Court issued an oral ruling granting Defendant Netflix, Inc.'s motion to compel discovery. (ECF No. 206.) A written decision will follow.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Netflix, Inc.'s motion to compel discovery, ECF No. 206, is **GRANTED**.

**IT IS FURTHER ORDERED** that, on or before **June 28, 2022**, the parties must file a joint status report indicating whether any adjustments to the scheduling order are necessary.

Dated at Milwaukee, Wisconsin on June 15, 2022.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge