# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

### Court Minutes and Order

| | |
|---|---|
| HEARING DATE: | July 7, 2022 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 1:19-cv-0484-bhl |
| CASE NAME: | Colborn v. Netflix, Inc. et al |
| MATTER: | Status Conference |
| APPEARANCES: | George Burnett and Michael C. Griesbach, Attorneys for Plaintiff |
| | Leita Walker, Attorney for Defendant Netflix, Inc. |
| | James A. Friedman, Attorney for all Defendants |
| | Kevin Vick, Attorney for Chrome Media LLC, Laura Ricciardi, and Moira Demos |
| TIME: | 3:01 - 3:54 p.m. |
| COURTROOM DEPUTY: | Julie D. |

**AUDIO OF THIS HEARING IS AT ECF NO. 257**

The Court heard argument on Defendants' motions to restrict a document and depose Plaintiff for 14 hours.

**IT IS HEREBY ORDERED** that Defendants' motion to restrict will be held under consideration to allow third party Brenda Schuler's counsel Nicholas Kurtz time to file a statement of good cause explaining why the documents in question should be maintained under seal. If nothing is filed by July 14, 2022, the Court will unseal the documents. Counsel for Defendant Netflix, Inc. volunteered to inform attorney Kurtz of this deadline, and the Court directs her to do so.

**IT IS FURTHER ORDERED** that Defendants' motion to depose Plaintiff for 14 hours, ECF No. 252, is **DENIED** *without prejudice*. The Court expects the parties to conduct the deposition as expeditiously as possible. If the seven-hour limit proves unworkable, the Court expects Plaintiff's counsel to allow additional time, provided that Defendants have operated in good faith. The Court will resolve any further disputes as they arise.

Dated at Milwaukee, Wisconsin on July 8, 2022.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge