IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

ANDREW L. COLBORN,

        Plaintiff,

v.

                                                Case No. 19-CV-484

NETFLIX, INC.,
CHROME MEDIA, LLC, f/k/a
SYNTHESIS FILMS, LLC,
LAURA RICCIARDI, and
MOIRA DEMOS,

        Defendants.

---

## MOTION TO WITHDRAW

---

Upon consultation with the Plaintiff and with Plaintiff's consent, Attorney Michael Griesbach herby moves to withdraw as counsel.

Dated this 28th day of July, 2022

                                  Michael Griesbach
                                  Wisconsin Bar #01012799
                                  Griesbach Law Offices, LLC
                                  830 N. 12th Street
                                  Manitowoc, WI  54220
                                  (920) 320-1358
                                  attymgriesbach@gmail.com