IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ANDREW L. COLBORN,

        Plaintiff,

vs.

NETFLIX, INC.,
CHROME MEDIA, LLC, f/k/a
SYNTHESIS FILMS, LLC,
LAURA RICCIARDI, and
MOIRA DEMOS,

        Defendants.

Case No. 19-CV-484

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christina D. Sommers of the Law Firm of Conway, Olejniczak and Jerry, S.C. appears on behalf of the Plaintiff, Andrew C. Colborn, along with other counsel previously noticed and of record for the Plaintiff in the above-entitled action.

Dated this 17th day of August, 2022.

        LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.
        Attorneys for Plaintiff, Andrew L. Colborn

        By: *Electronically signed by Christina D. Sommers*
            Christina D. Sommers

**POST OFFICE ADDRESS:**
231 S. Adams Street
P.O. Box 23200
Green Bay, WI 54305-3200
Phone: (920) 437-0476
Fax: (920) 437-2868
State Bar No. 1104038