# Exhibit 2

1    looked at earlier, which was the statement you
2    prepared on September 12th?
3         A    Yes.
4         Q    Now -- so would you agree that based on this
5    document, at least what this document purports to say
6    is that your statement was, in fact, kept in the
7    sheriff's department safe?
8         A    Yes.
9         Q    And yesterday you stipulated to that fact,
10   right?
11        A    Yes.
12        Q    Okay.  Now, you said that James Lenk had
13   given some incorrect information to Sheriff Petersen?
14        A    Yes.
15        Q    How do you know that?
16        A    The paragraph that reads, "Sergeant Colborn
17   said he was later informed by someone that the case
18   was already solved and the right person was
19   arrested."  I never said that.
20        Q    And how do you know that that's what he
21   passed on to Sheriff Petersen?
22        A    I'm reading it off his statement, so -- I
23   wasn't there when he -- I don't know what he said
24   verbally to the sheriff.
25        Q    That was going to be my question, is whether

404
Case 1:19-cv-00484-BHL   Filed 09/06/22   Page 2 of 2   Document 264-2
920.585.2341 | 365Reporting, LLC | www.365reporting.net