IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

ANDREW L. COLBORN,

    Plaintiff,

vs.

NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS, LLC; LAURA RICCIARDI; AND MOIRA DEMOS,

    Defendants.

Civil No.: 19-CV-484-BHL

## DECLARATION OF BETTY HEINZEN

I, Betty Heinzen, pursuant to 28 U.S.C. § 1746, hereby declare:

1. My name is Betty Heinzen. I am over the age of 18, and I have personal knowledge of the matters set forth herein.

2. I am a resident of Manitowoc County, Wisconsin, and have lived here for more than 60 years. I lived in Manitowoc County during the first trial of Steven Avery, his exoneration, and his second trial for the murder of Teresa Halbach.

3. I am Andrew Colborn's former mother-in-law. My daughter, Barbara, is his ex-wife.

4. I no longer consider Andrew Colborn a relative because he ran off with another woman and divorced my daughter, Barb, who suffers from problems with her peripheral vision.

5. I am aware that Andrew Colborn has filed a lawsuit over the documentary *Making a Murderer*.

6. I never watched the documentary *Making a Murderer*, and do not know anything about it. I do not intend to watch the documentary.

7. Because I did not watch *Making a Murderer*, it could not have and did not change my opinion of Andrew Colborn in any way.

8. I do not recall having spoken with Andrew Colborn about *Making a Murderer*, its impact on him if any, or this lawsuit.

9. I do not recall having spoken with Andrew Colborn in several years.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 28 day of March, 2022.

*Betty Heinzen*
Betty Heinzen