# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN GREEN BAY DIVISION

| | |
|---|---|
| ANDREW L. COLBORN,<br><br>        Plaintiff,<br><br>vs.<br><br>NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS, LLC; LAURA RICCIARDI; AND MOIRA DEMOS,<br><br>        Defendants. | Civil No.: 19-CV-484-BHL |

## DECLARATION OF PAUL KOPIDLANSKY

I, Paul Kopidlansky, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      My name is Paul Kopidlansky. I am over the age of 18, and I have personal knowledge of the matters set forth herein.

2.      I am a resident of Manitowoc County, Wisconsin, and have lived here all of my life, except for a period of about 10 months while I was on active duty for the military and briefly living in Chicago, Illinois. I lived in Manitowoc County during the first trial of Steven Avery, his exoneration, and his second trial for the murder of Teresa Halbach.

3.      I am Andrew Colborn's former step-father-in-law. My wife, Betty, is the mother of Andrew Colborn's ex-wife, Barbara.

4.      I am aware that Andrew Colborn has filed a lawsuit over a documentary called *Making a Murderer*.

5. I never watched the documentary *Making a Murderer*, and do not know anything about it. I do not intend to watch the documentary.

6. Because I did not watch *Making a Murderer*, it could not have and did not change my opinion of Andrew Colborn in any way.

7. I do not recall having spoken with Andrew Colborn about *Making a Murderer*, its impact on him if any, or this lawsuit.

8. I do not recall having spoken with Andrew Colborn at all within the last few years.

9. I do know that Andrew Colborn ran off with another woman when his wife Barbara needed him most. I am not proud of him for that. Barbara has vision problems and cannot drive. I feel bad for her.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 28 day of March, 2022.

*Paul Kopidlansky*
Paul Kopidlansky