TAMPA FL 335

12 APR 2022 PM



quadient
FIRST-CLASS MAIL
IMI
$000.53
ZIP 55402
043M30232148

US POSTAGE

Ballard Spahr LLP
Attn: Leita Walker
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402

55402-211900

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

ANDREW L. COLBORN,

    Plaintiff,

vs.

NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS, LLC; LAURA RICCIARDI; AND MOIRA DEMOS,

    Defendants.

Civil No.: 19-CV-484-BHL

## DECLARATION OF KATHLEEN HEINZEN

I, Kathleen Heinzen, pursuant to 28 U.S.C. § 1746, hereby declare:

1. My name is Kathleen Heinzen. I am over the age of 18, and I have personal knowledge of the matters set forth herein.

2. I am a resident of Manitowoc County, Wisconsin, and have lived here my whole adult life, although my husband and I started spending winters in Florida a few years ago. I lived in Manitowoc County during the first trial of Steven Avery, his exoneration, and his second trial for the murder of Teresa Halbach.

3. I am Andrew Colborn's former sister-in-law. My husband, Dale Heinzen, is Barbara Colborn's brother.

4. I understand that Andy has filed a lawsuit over the documentary *Making a Murderer*.

5. I watched *Making a Murderer*, but it did not change my opinion of Andy in any way. I could never imagine Andy doing the things that Avery's defense team accused him of doing. Nothing in *Making a Murderer* caused me to question Andy's integrity as a law enforcement officer.

6. Andy has not talked to me much about *Making a Murderer*, but I sense that having the Avery defense team accuse him of planting evidence was hard for him. He was not himself during the trial.

7. I recall that, at the time of trial, the community was very divided. Avery had his supporters, and law enforcement officers such as Andy had theirs.

8. When *Making a Murderer* was released several years later, I believe the local community was very supportive of Andy and law enforcement in general.

9. I do not recall having spoken to Andy since the summer of 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this ___ day of March, 2022.

*Kathleen Heinzen*
Kathleen Heinzen