Exhibit 4

**From:** Michael Griesbach [███████████████████]
**Sent:** 1/5/2016 1:32:40 PM
**To:** Ronald Goldfarb [███████████████████]
**CC:** Gerrie Sturman [███████████████████]
**Subject:** Re: Sykes interview re Netflix doc, save at home

I've debated this for a week with my wife and children and in my own mind.
I am convinced he is guilty (I said the same in the interview I sent you.) ... but I'm nowhere near as certain that the cops did not plant evidence to bolster their case. There is also the alternate suspect issue that Avery's defense team is shaking down as we speak.

On Tue, Jan 5, 2016 at 12:52 PM, Ronald Goldfarb <████████████████> wrote:
you need to know, and tell me, what your position is:Guilty or NG?

Ronald Goldfarb
Goldfarb & Associates
███████████ phone

On Jan 5, 2016, at 1:51 PM, Michael Griesbach <███████████████████> wrote:

---------- Forwarded message ----------
From: **Griesbach, Mike** <Mike.Griesbach@da.wi.gov>
Date: Tue, Jan 5, 2016 at 12:29 PM
Subject: Sykes interview re Netflix doc, save at home
To: "███████████████████" <███████████████████>

!5 minute interview I did with Milwaukee's WTMJ this morning. Will give you an idea of where I am coming from. Thoughts always welcome. A Milwukee TV channel wants to do an interview tonight or tomorrow.

<010516_Attorney_Author_Michael_Griesbach.mp3>

--
Michael Griesbach

Author of award winning true crime thriller, *The Innocent Killer: a True Story of a Wrongful Conviction and its Astonishing Aftermath*
theinnocentkiller.com

http://www.amazon.com/dp/1627223630

Confidential     Griesbach0026044

ShopABA.org

Confidential

Griesbach0026045