# Exhibit 5

| | |
|---|---|
| Message | |

| | |
|---|---|
| **From:** | Michael Griesbach [█████████] |
| **Sent:** | 1/10/2016 10:49:51 AM |
| **To:** | Ronald Goldfarb [█████████] |
| **Subject:** | Re: 'Making A Murderer': The Men Steven Avery Thinks Could Be the Killer |

No. Same guys he wanted to but was prevented from pinning it on at trial. It's hogwash, same with Zigfreid, who is looking more like the vic of his wacked out wife trying to set him up that the murderer (though it will still hit the fan when Avery's lawyers start filing motions, I'm guessing in a few weeks. Spoke with Dean Strang One of Avery's attorneys) a few times this week. He doubts they have enough for a new trial even if Dassey's confession is thrown out as coerced cuz it was not admitted in Avery's trial. Dean as much admitted that he knows his guy did it .... which is not to say that the cops did not plant evidence to make their case. Demonstrations planned at cthouse in 2 weeks with rumors of Alec Baldwin coming to town to join in. Crazy stuff.    Still working and making good progress.

On Sun, Jan 10, 2016 at 10:41 AM, Ronald Goldfarb <█████@█████> wrote:
> the latest; worth dealing with?

Ronald Goldfarb
Goldfarb & Associates
█████████ phone

Begin forwarded message:

> **From:** "The Daily Beast: AM Digest" <emails@thedailybeast.com>
> **Date:** January 10, 2016 at 11:11:10 AM EST
> **To:** █████████
> **Subject: 'Making A Murderer': The Men Steven Avery Thinks Could Be the Killer**

If you're having trouble viewing this email, you can view it in a browser.



Confidential         Griesbach0015978



## 'MAKING A MURDERER': THE MEN STEVEN AVERY THINKS COULD BE THE KILLER

BY MARLOW STERN

Steven Avery, the subject of the Netflix docuseries *Making a Murderer*, has fingered four possible suspects in the killing of Teresa Halbach. Here's the evidence he presented.

## DID POPE'S BROTHER RUN CHOIR SEX CAMP?

BY BARBIE LATZA NADEAU

An investigation has revealed hundreds of young choirboys may have been abused in sadistic rituals at a choir run by Pope Benedict's Brother.

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 3 of 12   Document 279-5

Confidential

Griesbach0015979

## MOTORHEAD DIEHARDS TOAST LEMMY IN L.A.

BY JEN YAMATO

Fans and loved ones gathered at Motorhead frontman Lemmy's favorite bar to help send the fallen rock 'n' roll icon off to the great beyond.

## HOW THE WHISKEY INDUSTRY GETS HACKED

BY G. CLAY WHITTAKER

A new project aims to add the signature smoky flavors of aged whiskey in a fraction of the time.

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 4 of 12   Document 279-5

Confidential

Griesbach0015980



# WAS PUTIN'S MEDIA CHIEF READY TO SNITCH?

BY SHANE HARRIS

The D.C. cops won't say what killed Mikhail Lesin—or what he was doing in a hotel room there. But all signs point to the former Kremlin propaganda boss cutting a deal with the FBI.

Confidential
Griesbach0015981

## WHEN YOU FALL IN LOVE WITH A STRIPPER

BY PETE DEXTER AND JEFF NALE

The ultimate missed connection.

## TOM STOPPARD: I WANT TO BE LIKE VERDI

BY MALCOLM JONES

The noted playwright discusses the Blu-Ray version of *Rosencrantz and Guildenstern*, writing for stage vs. screen, and why actors don't laugh at jokes they're telling on stage.

SEE MORE STORIES

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 6 of 12   Document 279-5

Confidential                                                                                              Griesbach0015982



## CHEAT SHEET

### 1  DISGUSTING
# INDIAN TEEN GANG-RAPED, LEFT IN WELL

Shot after being held captive for two weeks.

### 2  VIDEO EVIDENCE
# UTAH TO REOPEN COP SHOOTING CASE

Video shows man on the ground being shot.

### 3  SOLIDARITY
# U.S. FLIES B-52 BOMBER OVER S. KOREA

Confidential                                                                                                                     Griesbach0015983

Days after North Korea's alleged H-bomb test.

#### 4  DEVELOPING
## SWEDISH SHOPPING CENTER EVACUATED
Due to bomb threat

#### 5  OH REALLY
## PENN'S MEETING WITH CHAPO LED TO ARREST
According to Mexican government.

## KEEP CHEATING



Confidential Griesbach0015984

# MORE FROM THE BEAST

ENTERTAINMENT

## RISE OF THE DORK ACTION HERO

BY NICK SCHAGER

WORLD NEWS

## THE DEMON HEIRS OF EL CHAPO

BY MICHAEL DEIBERT

Confidential Griesbach0015985



BEASTSTYLE

# WILL GEORGE BREAK THE ROYAL DUNCE MOLD?

BY TOM SYKES

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 10 of 12   Document 279-5

Confidential                                                                 Griesbach0015986

## FROM OUR PARTNERS

**ROLLING STONE**

# WHY WESTERNS ARE TRAGICALLY MORE RELEVANT THAN EVER

**HUFFINGTON POST**

# SENATE DEMS TRY TO SHIFT FOCUS FROM SYRIAN REFUGEES BY BACKING VISA WAIVER LIMITS

**ROLLING STONE**

# 2016 PREDICTIONS: FROM RIHANNA TO HOLOGRAMS, OUR BEST GUESSES FOR THIS YEAR

THE DAILY BEAST | ABOUT US | CONTACT US

© Copyright 2016 The Daily Beast Company LLC
555 W. 18th Street, New York NY 10011

If you are on a mobile device or cannot view the images in this message, click here to view this email in your Web browser.
To ensure delivery of these emails, please add thedailybeast@e2.thedailybeast.com to your address book.
If you have changed your mind and no longer wish to receive these emails, or think you have received this message in error, you can safely unsubscribe here.

--
Michael Griesbach

Author of award winning true crime thriller, *The Innocent Killer: a True Story of a Wrongful Conviction and its Astonishing Aftermath*
theinnocentkiller.com

http://www.amazon.com/dp/1627223630
ShopABA.org

Confidential                                                      Griesbach0015988