# Exhibit 7

**To:** Barb[▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮]
**From:** AndrewColborn@co.manitowoc.wi.us
**Sent:** Sun 3/20/2016 6:56:51 AM
**Subject:** Fwd: Your recent article on 'Lenk, Colborn honored for work on Avery case"

[John Ferak post crescent.docx](John Ferak post crescent.docx)
[ATT00001.htm](ATT00001.htm)

Sent from my iPhone

Begin forwarded message:

**From:** Brenda L <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Date:** March 19, 2016 at 2:15:50 PM CDT
**To:** "jferak@▮▮▮▮▮▮▮▮▮" <jferak@▮▮▮▮▮▮▮▮▮>
**Cc:** Mark Wiegert <wiegert.mark@co.calumet.wi.us>, "andrewcolborn@co.manitowoc.wi.us" <andrewcolborn@co.manitowoc.wi.us>, "davidremiker@co.manitowoc.wi.us" <davidremiker@co.manitowoc.wi.us>
**Subject: Your recent article on 'Lenk, Colborn honored for work on Avery case"**
**Reply-To:** Brenda L <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>

Dear Mr. Ferak,
I am writing regarding the above referenced article that you wrote and attached a document I'd like for you to review.
I am hoping that you will share this information because too many people are only taking the word of the defense side. Keep in mind that Steven Avery had his day in court and was found guilty. All of the issues of police corruption, evidence planting, improper searches, credibility of EDTA evidence, etc., has been brought forth in appellate court. There is nothing new in Making a Murderer, other than an incredibly slanted and selectively edited (read splicing of actual testimony days apart into one) version based of the Defense's view.
It's obvious that you have done minimal research outside of MaM and that is extremely disappointing to me, but unfortunately, you are with the majority of viewers that take this "documentary" and I use that term loosely, that choose to believe that Steven Avery is some type of folk hero. He is being portrayed as the new face of injustice and I'm embarrassed for humanity at how easily people have discounted the type of person and criminal history that Avery has but are so quick to judge and threaten LEO's that were involved, regardless of the county they reside in, their rank or their countless years of service with NO prior wrongdoing.
So, in effort to stand behind my strong opinion of bias towards MaM and your article that only portrays the defense side, I'm offering up a chance for you to show your credibility in reporting my rebuttal. I am hopeful you will do that and if in the end you don't, then it'll certainly be noticeable that you have no interest in reporting a story fairly to both sides.
I attached a document pointing out five things from your article.
Thank you for your time,

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 2 of 3   Document 279-7

Manitowoc-000063

Brenda S.

Manitowoc-000064