# Exhibit 11

 

Eleonore Dailly <​███​>

# Fwd: Seeking Line Producer for Eight-Part docuseries - Making a Murderer
1 message

**Laura Ricciardi** <​███​>   Mon, Jul 22, 2013 at 1:44 PM
To: Eleonore Dailly <​███​>
Cc: Moira Demos <​███​>

FYI.

We'll respond later today as it would be great to receive some recs from Lisa.

Laura Ricciardi
Synthesis Films LLC


Begin forwarded message:

> **From:** Lisa Remington <​███​>
> **Subject: Re: Seeking Line Producer for Eight-Part docuseries - Making a Murderer**
> **Date:** July 22, 2013 1:39:02 PM PDT
> **To:** Laura Ricciardi <​███​>
> **Cc:** Moira Demos <​███​>
>
> Hi Laura and Moira,
>
> Thank you so much for your email and your interest.
>
> When are you hoping to bring on a Line Prod/Post-Super?  And have you raised all of your budget to complete the film?
>
> I am presently booked on a project through February/March of next year ... so I'm guessing the timing may not work. However, I may be able to recommend some folks.  Let me know your general budget range for that position and I'll check around to see who may fit your needs.
>
> Best,
> lisa
> ███
>
> On Mon, Jul 22, 2013 at 10:11 AM, Laura Ricciardi <​███​> wrote:
>> Dear Lisa,
>>
>> Attached you will find two documents that describe the documentary miniseries that we have been working on since December 2005.  The series is entitled Making a Murderer and is structured around the experiences of Steven Avery, the only man in America ever to have been convicted of murder after having been exonerated through DNA evidence of another crime (please see the attachments for a more detailed description of the series).

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 2 of 3   Document 279-11

The series will be released as an 8-part Netflix World Premiere Exclusive.

The series is 90% shot and we currently have rough cuts of the first 3 episodes.

To date this project has been exceedingly independent. The series has been entirely produced, directed, shot and edited by my partner Laura Ricciardi and myself. This past spring Eleonore Dailly came on as an executive producer. Now with the support of Netflix we are eager to bring on collaborators.

We will be working with two edit teams here in LA and will taking a few production trips to Wisconsin for the remaining shooting during the fall and winter.

We are looking to bring on an LA-based Line Producer and Post-Production Supervisor the help shepherd the project toward delivery in May 2014.

We first learned of your work when we saw a video of you at the Countdown to Zero screening at Sundance, and your bio leads us to think you could be a great fit for this project.

If you think you might be interested in joining the team we can send you additional materials and perhaps we can set up a time to meet this week.

We look forward to hearing from you!

Sincerely,

Laura Ricciardi & Moira Demos


Laura Ricciardi
Synthesis Films LLC




--

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
lisa remington l
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .