# Exhibit 12

# DONALDSON + CALLIF

November 17, 2015

<u>VIA E-MAIL</u>

Michael Griesbach
[REDACTED]

      RE:    <u>SYNTHESIS FILMS, LLC / *MAKING A MURDERER* / RELEASE</u>

Dear Mr. Griesbach:

      My name is Lisa Callif of the law firm Donaldson + Callif, LLP. We are legal counsel for Synthesis Films, LLC ("Synthesis"), the producer of the documentary series about Steven Avery currently entitled "*Making a Murderer*" (the "Series"). I am writing to you with regard to your interview with Synthesis on January 23, 2010, which you gave with the express understanding that it might be used in the Series, subject to Synthesis' discretion (the "Interview). I understand that although you signed a shoot release agreement on January 23, 2010 (the "Release), you are now requesting that the Interview, whether in whole or in part, not be used in the Series.

      In the Release, which I have attached to this letter for your convenience, you irrevocably granted to Synthesis the right to photograph you and to use your "picture [and] recordings of [your] voice" in the Series. That Release also expressly stated that you "waive any right to inspect the finished work or approve the use to which it may be applied." Additionally, in an email you sent on March 17, 2015, you acknowledged that the Series was picked up for distribution. However, you made no request for removal of the Interview from the Series at that time. Synthesis has acted in reliance on the Release for over half of a decade, incorporating a piece of the Interview into the Series, and shooting crucial scenes which specifically rely upon your statements in the Interview.

      Based on your express consent to be filmed in connection with the Series, Synthesis has a legal right to use the Interview in the Series. United States case law is quite clear on this point. In order to have a viable lack of consent or personal rights claim, you would have to show that there was some type of invasion of privacy or perhaps some type of fraud in the inducement, meaning you were fraudulently induced to act in a particular way. You could also assert false light or defamation, but only if you were in fact painted in an inaccurate and/or defamatory manner, which is not the case.

      As you have mentioned, you and Synthesis share a common goal of drawing public attention to police and prosecutorial misconduct of the type exhibited by the local authorities in

---

MICHAEL C. DONALDSON     LISA A. CALLIF     DEAN R. CHELEY     CHRISTOPHER L. PEREZ     MARISA S. KAPUST

400 South Beverly Drive, Suite 400,                          New York Affiliate:
Beverly Hills, California, 90212                              Gray Krauss Stratford Sandler Des Rochers LLP
Office 310-277-8394    [REDACTED].com 212-996-6700

Steven Avery's wrongful conviction for the rape and assault of Penny Beerntsen. The sole portion of the Interview used in the Series speaks only to that wrongful conviction in the case of Penny Beerntsen. Your opinions in the Interview as it is depicted in the Series are unrelated to later points made in the Series which suggest that Steven Avery may have been wrongfully convicted in the murder of Teresa Halbach. Moreover, Synthesis in no way relied upon your book, "The Innocent Killer: a True Story of a Wrongful Conviction and its Astonishing Aftermath" in the production of the Series.

In sum, based on the signed Release, your appearance in the Interview, and the fact that Synthesis justifiably and reasonably relied on your actions when obtaining distribution for the Series, Synthesis has a legal right to use the Interview in the Series.

I must note that this letter is not a complete statement of my client's rights and remedies with respect to this matter, all of which are hereby expressly reserved. Please contact me directly if you have any questions or concerns. I look forward to hearing from you.

Regards,

LISA A. CALLIF

LAC/ejr

cc: Laura Ricciardi

Encl. Interview Release

PRODUCTION COMPANY: SYNTHESIS FILMS LLC, 55 Linden Blvd. #4B
Brooklyn, NY 11226
TELEPHONE NUMBER: (917) 749-7030

## Shoot Release Form for Untitled Film/Video Project

I, _Michael Griesbach_, hereby acknowledge that I am participating in a motion picture film or video being produced by SYNTHESIS FILMS LLC (hereafter, "Company") as part of the Untitled Film/Video Project.

**SHOOT RELEASE:** For good and valuable consideration, the receipt of which from Company is hereby acknowledged, I hereby irrevocably grant to Company, its licensees, agents, successors and assigns, the right, but not the obligation, in perpetuity throughout the world and in all media, now or hereafter known, to photograph me and use (in any manner Company or its licensees, agents, successors, or assigns deem(s) appropriate, and without limitation) in and in connection with the Untitled Film/Video Project, by whatever means exhibited, advertised, publicized or exploited theatrically, on television or otherwise:
1) my picture, silhouette or other facsimiles of my physical likeness, still photographs of me, recordings of my voice and all instrumental, musical or other sound effects produced by me; and/or
2) the appearance of the location or property known as: ___N/A___, of which I am the owner and/or manager or other individual with the power to so grant; and/or
3) the song or music, known as ___N/A___ performed by _____, for which I have the authority to grant**.
**Use of song or music by the Company is strictly limited to the film/video referenced herein.

I hereby waive any claim for further compensation in connection therewith except as described in this document.

Further, I waive any right to inspect the finished work or approve the use to which it may be applied.

I hereby certify and represent that I have read the foregoing and fully understand the meaning and effect thereof and, intending to be legally bound, I have set my hand this __23__ day of __January__, 20_19_.

___Michael Griesbach___    ___[signature]___
Name                        Signature

CHRM003643