# Exhibit 13

Page 1

1                UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF WISCONSIN

3

4    ANDREW L. COLBORN,                      )

5                      Plaintiff,            ) Case No.

6    vs.                                     ) 19-cv-0484

7    NETFLIX, INC., et al.,                  )

8                      Defendants.           )

9

10

11

12                      CONFIDENTIAL

13          VIDEOTAPED DEPOSITION OF ADAM DEL DEO

14                    April 26, 2022

15

16

17

18

19

20    REPORTED REMOTELY BY:

21    AMBER S. WILLIAMS, C.S.R. No. 1080

22    Notary public

23

24

25

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 2 of 13   Document 279-13

1   something really terrific.  I was really struck in

2   that conversation, which I shared -- the focus on --

3   that they had on wanting to use the Steven Avery case

4   as a look at the criminal justice system itself.

5               I was struck by the fact, which I

6   communicated I believe in that meeting, that Steven

7   had spent 18 years in prison, that someone could

8   state at trial that they were so convinced that he

9   had committed this heinous act, this rape, and that

10  the criminal justice system got it wrong, that

11  through DNA testing -- which for me at the time --

12  you know, a lot of this, I'm -- I was learning about

13  after seeing -- I had a lot of questions after seeing

14  the first two cuts, but I was really struck with

15  their depth of knowledge and curiosity to kind of dig

16  into this case and use it as a lens to look at the

17  criminal justice system in America.

18              So I expressed that with Lisa at the

19  time.  I was, again, very impressed.  Laura and

20  Moira, I had learned that they had met at Columbia

21  film school.  I was very impressed at how well they

22  were articulated and how they wanted to go in eyes

23  wide open and capture, you know, accurate, factual

24  events, really follow the story from the Steven Avery

25  perspective and also from the perspective of the

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 3 of 13   Document 279-13

1    police officers involved in the case, Manitowoc, and

2    let -- let the subjects capture in an objective way

3    what was happening and to be able to put forth these

4    issues in the criminal justice system, put those

5    forward to a broader audience.

6              So that was my recollection of that

7    first meeting with them, primarily.

8         Q.   And after that meeting, at some point

9    you, in terms of you acting in your role, were asked

10   to do more with respect to -- or to become more

11   involved in the series; is that correct?

12        A.   Yes.

13        Q.   And what were you initially asked to do?

14        A.   I was initially asked to work with Laura

15   and Moira to come up with a budget that we felt would

16   achieve the objective of the series, to provide any

17   support that they needed.  You know, they were

18   already shooting; they already had a pretty strong

19   team.  But to the extent that I could be helpful in

20   terms of any prepositions, helpful in terms of

21   budgeting, I would be a general resource for them and

22   also work with them to get primarily, I think, the

23   budget in shape, that -- that we could move forward

24   with the project.

25        Q.   Were you asked to work with any others

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 4 of 13   Document 279-13

1    in front of me, but that's what -- generally

2    speaking.

3           Q.   Yeah.  So -- and eventually we're going

4    to go through some e-mail messages and notes that

5    might help refresh your recollection on that.  I'm

6    not trying to hold you to that estimate at this

7    point; I'm just trying get a general sense.

8               When you did -- or, strike that.

9               Was there ultimately a Netflix creative

10   team for the "Making a Murderer" project?

11          A.   At the outset it was -- myself and Lisa

12   would be the creative team.

13          Q.   And then eventually did it grow to

14   include others at Netflix?

15          A.   Yes.

16          Q.   And one of those individuals was Ben

17   Cotner; is that correct?

18          A.   Yes.

19          Q.   Was there anyone else that you

20   considered part of the creative team as it evolved?

21          A.   Marjon Javadi.

22          Q.   And what was her title at that time?

23          A.   Her title was coordinator for content.

24          Q.   And Mr. Cotner, what was his title at

25   that time?

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 5 of 13   Document 279-13

1          A.    Director of content.

2          Q.    Was he a co-director of content with

3    you?

4          A.    We both had the same title, so maybe you

5    can clarify.  Is that what you meant by your

6    question --

7          Q.    Yes.

8          A.    -- were we both directors?  Yes.

9          Q.    Were there more directors of content

10   than you and Mr. Cotner in your department at that

11   time?

12         A.    Yes.

13         Q.    And -- but did you all have the same

14   function?  Strike that.

15               Did you all have the same job

16   responsibilities?

17         A.    Generally speaking, yes.

18         Q.    With respect to the Netflix creative

19   team, was there anyone else who ultimately

20   participated in the -- the main focus of the work

21   other than Ben, Marjon, Lisa, and yourself?

22         A.    Not to my knowledge.

23         Q.    Did you each have different roles with

24   respect to the work that you were doing on "Making a

25   Murderer"?

1    would be important for "Making a Murderer" viewers to

2    understand the context of the search at the Avery

3    property on November 8th and Mr. Colborn's

4    involvement.

5              MS. WALKER:  Yeah, I think your question

6    assumes it was not in the documentary.  And I

7    think -- I -- well, if the witness feels like he can

8    answer your question -- I'm not instructing him not

9    to answer it.

10             THE WITNESS:  Yeah, I don't know what

11   context -- whether this was or wasn't used, I don't

12   recall whether it's in.  But I wouldn't be making

13   that determination.  You know, Laura and Moira were

14   the filmmakers.  They were looking at the footage --

15   the trial footage, you know, all the assets they had.

16   They would be the ones to make the call as to what

17   ends up in the documentary or not.

18                  From our role, the creative team, we

19   were giving notes and feedback based on the cuts that

20   were coming in.

21                  So to the extent this exists, this

22   doesn't -- I've never seen this.  Again, I don't know

23   if this is in the documentary or not, but I

24   wouldn't -- it wouldn't be my role to suggest that

25   something would be in the series from the trial

Brown & Jones Reporting                    414-224-9533
A Veritext Company                    www.veritext.com
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 7 of 13   Document 279-13

1    specifically.

2              If there was a cut and comment on it, we

3    would give feedback as to whether or not creatively

4    we felt it was working.  But to the extent there's a

5    specific passage from the trial, I wouldn't make that

6    determination.

7              Q.   (BY MS. BARKER):  Did you -- with

8    respect to the "Making a Murderer" broadcast and your

9    involvement, what materials did you review?  What

10   source materials did you review during the production

11   of "Making a Murderer"?

12             A.   We looked -- yeah, we looked at the cuts

13   that came in.

14             Q.   Did you ever have occasion to review any

15   of the -- any of the depositions that were given by

16   deponents in the Avery civil trial?

17             A.   No.

18             Q.   Okay.  Do you know whether Benjamin

19   Cotner ever reviewed any of those?

20             A.   I don't know.

21             Q.   Directing your attention to page 48 of

22   56 in the same document, and I'm directing your

23   attention to the fourth line from the bottom,

24   there's -- and I'll represent to you, again, that

25   this is a copy of the trans- -- of the transcript

1  from the Avery criminal trial with omitted testimony

2  highlighted as represented in Mr. Colborn's pleading

3  in this case.

4          The question is:  With respect to

5  Mr. Kratz's question "Have you ever planted any

6  evidence against Mr. Avery," if the plaint- --

7  assuming that the plaintiffs -- that Mr. Colborn's

8  response was "That's ridiculous.  No, I have not,"

9  would you agree that it's a different response if

10  it's as indicated at the end of that page, which

11  states, "I have to say that this is the first time my

12  integrity has ever been questioned, and no, I have

13  not"?

14          MS. WALKER:  Object to the form of the

15  question.  The transcript speaks for itself.

16          THE WITNESS:  I don't know.  I'm just reading

17  this for the first time, so I haven't seen this

18  before, to the best of my knowledge, to make a

19  determination as to whether or not -- in a 10-hour

20  series, whether a line here or there should be in the

21  series or not.  I've no way of making that

22  determination.

23          Again, Laura and Moira, we -- we trusted

24  them.  They were steering us.  We were looking at the

25  cuts as they were coming, so -- on an ad hoc basis

1          Q.   And are you able to say, based on your

2     experience in documentary filmmaking, what the

3     purpose would be for taking footage of a subject and

4     replacing it with other footage in a trial context

5     that is nonverbal?

6          MS. WALKER:  Objection to the extent you're

7     asking about something we just saw, and that

8     misstates or mischaracterizes the evidence.  If

9     you're asking a hypothetical, the witness can answer.

10         THE WITNESS:  Yeah, I -- I can't answer that

11    based on looking at this raw footage and then the

12    secondary clip.  Just not enough context around it.

13              You know, Laura and Moira, we trusted

14    them to edit the show and -- and create the show that

15    they thought was best.  So I'm not in a position to

16    comment -- to make a snap judgment here today as to

17    whether or not a piece of footage that's raw footage

18    should be swapped out or used within the context of

19    the series.  It's just -- yeah, I wouldn't -- I don't

20    have enough knowledge to -- to -- of that to -- to

21    make that determination.

22         Q.   (BY MS. BARKER):  In your -- given --

23    strike that.

24              Given your experience in documentary

25    filmmaking, do you believe that it is -- would be

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 10 of 13   Document 279-13

1    County law enforcement officers planted evidence to

2    frame Steven Avery for murder?

3              MS. WALKER:  Same objections.

4                   But you can answer.

5              THE WITNESS:  No.

6              Q.  (BY MS. BARKER):  Does the "Making a

7    Murderer" series express an opinion that Manitowoc

8    County law enforcement officers planted evidence to

9    frame Steven Avery for murder?

10             MS. WALKER:  Objection.  The documentary

11   speaks for itself.  This witness's opinion as to how

12   reasonable viewers interpreted what it said is

13   irrelevant.

14             THE WITNESS:  No.

15             Q.  (BY MS. BARKER):  Does "Making a

16   Murderer" assert that Andrew Colborn planted evidence

17   to frame Steven Avery for murder?

18             MS. WALKER:  Same objections.

19             THE WITNESS:  No.

20             Q.  (BY MS. BARKER):  Does "Making a

21   Murderer" express an opinion that Andrew Colborn

22   planted evidence to frame Steven Avery for murder?

23             MS. WALKER:  I'll make the same objection

24   that the documentary speaks for itself and that this

25   testimony on what it expresses is not relevant.

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 11 of 13   Document 279-13

1        THE WITNESS:  No.

2        Q.   (BY MS. BARKER):  Does "Making a

3   Murderer" assert that Andrew Colborn participated in

4   a conspiracy to frame Steven Avery?

5        MS. WALKER:  Same objection.  The documentary

6   speaks for itself.

7        THE WITNESS:  No.

8        Q.   (BY MS. BARKER):  Does "Making a

9   Murderer" express an opinion that Andrew Colborn

10  participated in a conspiracy to frame Steven Avery?

11       MS. WALKER:  I think you've asked that one

12  but I'll raise the same objection.  The documentary

13  speaks for itself.

14       THE WITNESS:  Yeah, I think you asked the

15  question.  I think I answered it.

16       Q.   (BY MS. BARKER):  I phrased it

17  differently actually.  So I asked you if he

18  participated and this is whether it expresses an

19  opinion.

20       MS. WALKER:  Same objection.

21       THE WITNESS:  Yeah, ask it one more time just

22  so I answer that.

23       MS. BARKER:  Yes.  Madame Court Reporter,

24  could you read back that question?

25       THE COURT REPORTER:  "Does 'Making a

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 12 of 13   Document 279-13

# REPORTER'S CERTIFICATE

1
2         I, Amber S. Williams, CSR NO. 1080,
3 Certified Shorthand Reporter, certify:
4            That the foregoing proceedings were taken
5 before me at the time and place therein set forth, at
6 which time the witness was put under oath by me.
7            That the testimony and all objections made
8 were recorded stenographically by me and transcribed
9 by me or under my direction.
10            That the foregoing is a true and correct
11 record of all testimony given, to the best of my
12 ability.
13            I further certify that I am not a relative
14 or employee of any attorney or party, nor am I
15 financially interested in the action.
16            IN WITNESS WHEREOF, I set my hand and seal
17 this _____ day of _____ , _____.
18
19
20
21 AMBER S. WILLIAMS, CSR NO. 1080
22 Notary Public
23 Post Office Box 2636
24 Boise, Idaho 83701-2636
25 My commission expires June 1, 2027

*(Notary seal: AMBER S. WILLIAMS, NOTARY PUBLIC, COMM NO. 65680, STATE OF IDAHO)*