# Exhibit 15

5:40 -
solid underlying music / atmospherics

Some kind of dark undertone should punctuate the first time we meet Sheriff Petersen. We see a young photo of him reflecting the time of Steven's first arrest dissolving into his deposition. We should sense that something is afoot.

24:30 – 24:45
music bed under the phone call with Steven is directionally solid. The change up from the lulling guitar helps the pace

25:20: Reesa interview about the illegal actions of the Manitowoc police station, specifically the Sheriff keeping Steven away from his phone call, his attorney and his rights. Punctuate musically within the guitar music bed

27:20 – the only time in 20 years that I've seen a Sheriff get involved that early – punctuate, rather than have the comment be part of a roll of facts. More ominous.

28:00 – so out of character for Steven to do it, but people believed he did – bc he's an Avery. Hard out with single punctuation.

31:48 – The Sheriff was told, "you have the wrong guy" – punctuate. You need to know about this guy Gregory Allen – dread.

34:10 – When Walter Kelly is recounting the Bergner disclosure to Kocourek re: Gregory Allen and the employees going to Vogel about Gregory Allen, let's punctuate at a key point rather than having it be consistent throughout.

36:00 – Allan talking about Steven being convicted and knowing that he's innocent – that he was with him. This music feels off... again too lulling

Potentially a different musical shift specifically when sentences are chyron'd.

Weird audio of Dorothy and Allan talking over each other at 38:20

43:00Punctuate moderately - some hope at the discovery of DNA evidence; fingernail evidence provides potential new hope

45:40 – Steven Glynn talking about how this is case is a perfect example at how the system is set up to perpetuate a bad conviction, and that you would have thought that Steven Avery was the most guilty person in the history of the criminal justice system – punctuate.

Confidential
NFXCOL0000242

50:00 – finally Steven gets the Innocence project on board.  We're re-entering the pubic hair / sex crimes kit – music should be wildly punctuated leading to reveal! They got a cold hit! Gregory Allen!   Keith Findley delivers all of this information very succinctly, calmly, and overly-evenly.  The music must do the heavy lifting to make one realize the magnitude of this information.

Steven walking out of prison directly after this development should have more triumphant tone.

54:22 – discovery that Denis Vogel was aware of Gregory Allen should be punctuated

57:40 – law enforcement is vulnerable. . . . ominous punctuation

59:  really compelling recounting of the Gregory Allen information that should have been investigated and known is told in a very measured and overly sleepy way – assist with stronger musical bed rather than repetitive drum beats, in particular the realization that Allen has sexually assaulted others while Steven was wrongfully imprisoned, should be far greater punctuation.

1:02 - Is there something more dramatic that's appropriate for the Penny Beernsten

1:02 – *the acoustic guitar style jingle happy tune has never been really great for me – thoughts??*

*1:05 – discuss different quality to the guitar music here vs. above at 1:02*

1:06 into 1:07 – more effective use of built up to verdict (though not quite perfect)

1:07:30 – musical bed over drone footage, moving in the right direction.  Build, and atmospheric.

1:09 – you could end up getting charged with murder – WAY more punctuation required.

Peaks and valleys!

Confidential NFXCOL0000243