# Exhibit 16

| From: | Adam Del Deo <███████@█████> |
|---|---|
| Sent: | Sunday, August 23, 2015 2:49:50 PM |
| To: | Benjamin Cotner <████████████████> |
| Cc: | Lisa Nishimura <████████████████> |
| Subject: | Re: notes for Murderer |

In just looking at the document again, I stand corrected, I think the second page of the notes are in fact from an older cut, not the latest version.
Also, for claridy, below are the notes I put in today.

-

6:59 - Dean Strang - At "Would Lieutenant Link lie?" - perhaps a quick cut away to a Link (photo or footage) would be impactful since it would put a face to him in this defining moment. Take a look at it both ways and see what works better.
-

9:05 - Probably best to ID both Lenk and Colborn in the two shot photo.
-
13:05 - 13:48 Consider cutting Jerry Buting's post trial epilogue section. From a pacing perspective, it's a bit slow and there really isn't any significant new information he adds that wasn't just covered in the closing statements
-

18:29 - When Steven says "If they finding me guilty, it's gonna be hard.......why I have my family go through all of this, and everything else...." is powerful but doesn't resonate as strong as it could juxtaposed against the B-roll shots of his parents only. Maybe add a few shots/photos of his kids and ex-wife and girlfriend to remind the audience what Steven has lost already going away for a crime he didn't commit and what he may lose yet again. The additional shots may add some further emotionality to the sequence.
-

26:37 - 28:55 - THE VERDICT - The reading of the guilty verdict of Steven still doesn't feel climatic enough given the entire series has been building to this moment. Perhaps enhancing the music and/or cutting to other members of the Avery family in the courtroom showing strong disappointment on their faces (conversely, maybe adding any shots of Kratz, Colburn, Fassbender, etc. and their team showing satisfaction would work too), and an overall intensifying of the cutting style would help drive this into a more climactic moment. Currently the beat emits anger and we feel injustice was done, but given the overall investment made in watching 8 hours thus far, the audience should be feeling more intense anger, sadness, bewilderment, and perhaps even every fury at this jury decision. Take a look and see if it can be ratched up.
-

37:28 - Off of Mr. Beatz interview, do we have a photo or any footage of

Confidential
NFXCOL0000265

Ken Kratz getting an award for winning this case? If so, it would be satisfying and impactful to use it.

On Sun, Aug 23, 2015 at 2:30 PM, <████████████> wrote:

> I think the second page is left over from the last round. Mine were less
> than one page, not sure what Adam has added.
>
>
>
> On Aug 23, 2015, at 2:26 PM, Lisa Nishimura <████████████████████>
> wrote:
>
> The notes for Ep8 seem to have changed / gotten longer.
>
> I think there may be a mash-up of previous notes and current notes. Can
> you both take another look at it. Currently, the notes are running off the
> page for Episode 8, and there is a second page title 8.
>
> I believe the 2nd page of notes for 8 are from a previous screening.
>
> Please advise and then I can send through notes for 8 & 9.
> <https://docs.google.com/presentation/d/1SJPtq2miuPcUCufUD-iDpAVUbJIfdAzKFgzCltczDJw/edit#slide=id.ga29c94257_0_206>
>
> L
>
>
>

Confidential                                                                                              NFXCOL0000266