# Exhibit 17

# Making a Murderer

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 2 of 7   Document 279-17

Confidential                                                                                      NFXCOL0000282

| CURRENT: | Episode 8 - 45min 23sec | SUGGESTIONS: |
|---|---|---|

Cold open: Allan walking around barn looking for Steven's name on the floor. Dean talks about the fact that S.A. never committed these crimes: "What you can hope to get is your liberty back, eventually."

- Closing arguments.
- Buting, Dean say he was framed.
- Kratz says shouldn't matter if key was planted!
- News reports. Dolores talks to S.A. (b-roll)
- Jury leaves for night. Juror is replaced.
- S.A. talking on tape about how he feels.
- Family warned about blowback.
- Verdict.
- Dean/Buting sad, believe killer is on the loose.
- Allan talks about Manitowoc winning.
- Colburn makes statement.
- Scott T: He had it coming.
- Buting says 7 votes for innocent at start.
- Excused Juror feels terrible.
- Commentary from Pete, Kim and Stephen Glynn.
- Brendan's trial in 2 weeks. New lawyers discuss.

New ending: Brendan is led into court and we hear his call with Barb.

Confidential NFXCOL0000283

# Episode 8 - Detail 08.23.2015

- 4:30 - 9:27 - The closing arguments are running too long to sustain engagement. Is there any way to trim them down? The content is great, but 5 minutes of straight speech is too much. Perhaps cut Strang's lines about Lenk lying since we covered that in trial? Do we need as much detail about Buting's theory on the burn barrels?
- 6:59 - Dean Strang - At "Would Lieutenant Lenk lie?" - perhaps a quick cut away to a Lenk (photo or footage) would be impactful since it would put a face to him in this defining moment. Take a look at it both ways and see what works better.
- 9:05 - Probably best to ID both Lenk and Colborn in the two shot photo.
- 13:05 - 13:48  Consider cutting Jerry Buting's post trial epilogue section. From a pacing perspective, it's a bit slow and he doesn't add any significant new information which was not covered in the closing statements.
- 17:32 - Explanation of replacing the verdict is much more clear!  Great job.
- 18:14 - Buting's commentary still seems unnecessary here
- 18:29 - When Steven says "If they finding me guilty, it's gonna be hard.......why I have my family go through all of this, and everything else...." is powerful but doesn't resonate as strong as it could as currently juxtaposed against the B-roll shots of his parents only. Maybe add a few shots/photos of his kids and ex-wife and girlfriend to remind the audience what Steven has lost already for going away for a crime he didn't commit, all of which is on the line yet again. The additional shots may add some further emotion to the sequence.
- 26:37 - 28:55 - THE VERDICT - The reading of the guilty verdict of Steven still doesn't feel climactic enough given the entire series has been building to this moment. Perhaps enhancing the music and/or cutting to other members of the Avery family in the courtroom showing strong disappointment on their faces (conversely, maybe adding any shots of Kratz, Colburn, Fassbender, etc. and their team showing satisfaction would work too), and an overall intensifying of the cutting style would help drive this into a more climactic

Confidential                                                                                                                                                        NFXCOL0000284

# Episode 8 - Detail

(cont.)

moment. Currently the beat emits anger and we feel injustice was done, but given the overall investment made in watching 8 hours thus far, the audience should be feeling more intense anger, sadness, bewilderment, and perhaps even fury at this jury decision. Take a look and see if it can be ratched up.

- 27:59 - Great use of music to subtly accentuate when Steven chokes up here!
- 33:30 - 34:30 - Music is lulling. Would a version of the cue at 18:42 work here as well?
- 37:28 - Off of Mr. Beatz interview, do we have a photo or any footage of Ken Kratz getting an award for winning this case? If so, it would be satisfying and impactful to use it.
- 37:53 - 39:44 - Pete and Kim and Stephen Glynn together is too much commentary, please trim.
- 41:21 - new atmospheric and haunting music under Brendan's walk into the court is much better

Confidential
NFXCOL0000285

# Episode 9 (1hr3min)      SUGGESTIONS:

Cold open: Buting quote: the question is whether Brendan is going to confess to a murder he didn't commit.

- Kratz opening statement.
- Mark opening statement.
- Play BD's first statement.
- Weigert
- Lots of discussion of his coercion.
- Only play first half of his confession.
- Kayla's retraction. TH brother talks to press.
- Brendan testifies.
- Tape of his call to mom, he says he made it up.
- Mike Halbach talks to press.
- Closing arguments. Judge reads jury instructions
- Judge reads verdict. Mom freaks out.
- Strang comment.
- Dolores cries.
- Theresa Halbach video.
- Mike Halbach reads statement in SA sentencing.
- S.A. reads his own statement.

Cliffhanger: Judge reads statement for Steven and how dangerous he is. Dean comments: "Tragic lack of humanity." Buting: [Could happen to any of us.]

Confidential                                                                                                       NFXCOL0000286

# Episode 9 - Detail (1hr3min)

- 4:00 - Still think that someone should explain that Kratz claims Teresa was murdered in a completely different location in Brendan's case. This is shocking and not completely obvious unless it is pointed out.
- new music under the end of Kratz's opening statement is powerful.
- 7:39 - 8:50 - It might be better to take out the audio playback of Brendan's first interview. It is hard to understand and slows things down.
- 15:00 - during the smoke break with Barbara, Richard Mahler, Carla Chase and Peter Dassey, the comments from Carla and Peter don't really add to the conversation meaningfully. Richard's point about the lack of DNA evidence and Barbara saying that Weigert is lying about giving her the opportunity to be present during Brendan's interrogation are the key bits. Consider trimming, especially because there is a solid segment with Peter Dassey later in the episode.
- 17:43 - Is there any footage or documents (maybe a corporate training video) from John E. Reid & Associates showing their interrogation techniques? It may sell the line attorney Fremgen better.
- 39:57 - 40:06 - awkward pause here as he is putting the slide up.
- 41:00 - 41:17 - Would it be possible to cut this setup of Brendan denying talking to Kayla and just start with him saying "How is it that you and Kayla came up with seeing body parts in the fire?"
- 44:44 - 44:58 - Consider taking out shots of them walking into the courtroom.
- 51:20 - Good "danger" music when Colburn is walking him out.
- 53:55 ID both Colburn and Petersen - amazing, given the conflict of interest, that they are now walking Brendan out of court.
- 54:15 - Could we subtitle what Barb is yelling in this section? Who does she say set it up?
- 1:01:05 - ID that Colburn is walking Steven Avery out of the court. Again, huge conflict of interest given he was always a suspect in tampering with evidence.
- Playing Teresa's home video in the courtroom during the sentencing is affecting. Separate from this, when will we see the video of Teresa talking about her own death?

Confidential                                                                                                                        NFXCOL0000287