# Exhibit 18

|         |                                           |
|---------|-------------------------------------------|
| From:   | Benjamin Cotner <​███████████████████​>    |
| Sent:   | Thursday, July 23, 2015 11:32:22 PM       |
| To:     | Adam Del Deo <​███████████████​>           |
| Cc:     | Lisa Nishimura <​███████████████​>         |
| Subject:| Re: MAM Episode 3 Notes                   |

Adding this note for the music at the crucial moment:
56:43 - After he says "By being honest you can at least sleep at night" it would be nice to bring in an emotional music cue - this is really sad that they are doing this to him - and it could carry us through until we drop out the music at 57:47 when Barb says "Did you?" so that the silence is deafening when he says "Not really...they got into my head"

On Thu, Jul 23, 2015 at 11:22 PM, Benjamin Cotner <​███████████████​> wrote:
> I think it is a really valid point but I would rather leave it in for now
> - it is something we can always pull out later, but I am so happy that they
> finally have a point of view. I hope people know that it is just a theory...
>
> On Thu, Jul 23, 2015 at 11:01 PM, Adam Del Deo <​███████████████​>
> wrote:
>
>> I hear you. Let me try to clarify.
>>
>> I think the statement as Jerry currently communicates it comes across, to
>> me, as a matter of fact the officers did it (as oppose to highly likely
>> they did it). In other words, I think if Jerry's statement involving the
>> officers can come across as a highly possible/very likely scenario (since
>> the officers had a very strong motive to kill Steven) it would be
>> convincing that someone else, most likely one of/some of the officers, were
>> involved.
>>
>> I think we're saying the the same thing. However, I just wanted to make
>> sure Jerry isn't saying the officers killed as a matter of pure fact since
>> there's no physical evidence to really prove the officers were there,
>> rather just very strong motive. Take a look at Jerry's statement again and
>> see if you agree. If not, leave the way it is.
>>
>> Thanks,
>> Adam
>> On Thu, Jul 23, 2015 at 10:36 PM, Benjamin Cotner <​███████████████​>
>> wrote:
>>
>>>
>>> I will do a last pass and draft an email for you, Lisa, to review and
>>> send in the morning.
>>>
>>> Adam, I am kind of worried that this note goes contrary to the direction
>>> we've been pushing them in. I've been under the impression that we are
>>> desperate to say that someone else could have done it. I'm afraid that if
>>> we tell them to soften something it is going to really confuse the
>>> filmmakers. Is there a specific element that you think is overly

Confidential                                                                      NFXCOL0000294

```
>>> subjective? I don't think subjective is necessarily bad, but if it is
>>> completely unfounded then you might be right. Let me know what you think
>>> and I will happily add if that is what you meant.
>>>
>>>
>>>
>>>
>>>
>>> On Thu, Jul 23, 2015 at 10:27 PM, Adam Del Deo <                    >
>>> wrote:
>>>
>>>> Ben/Lisa:
>>>>
>>>> This episode made great progress and, for me, after a long period of
>>>> years I feel like it's finally starting to take great and impactful shape.
>>>> Agree with your notes, well done. Just one piece of feedback to add before
>>>> sending.
>>>>
>>>> - 20:33 - 20:57 - In this sequence, it feels like Jerry Buting, on an
>>>> almost definitive basis, is accusing the officers. Although I think the
>>>> officers have the strongest motive, I think Jerry's statement come across
>>>> at fact. ...they thought, for sure, we're going to make sure he's
>>>> convicted." It may be worth soften his statement so it doesn't come across
>>>> so subjective.
>>>>
>>>> Ben, can you add that.
>>>>
>>>> Great work - this is going to be a great series.
>>>>
>>>> Thanks,
>>>> Adam
>>>>
>>>>
>>>>
>>>> On Tue, Jul 21, 2015 at 8:18 AM, Benjamin Cotner <                    >
>>>> wrote:
>>>>
>>>>> Notes on Episode 3 Fine Cut in the Deck
>>>>> <https://docs.google.com/presentation/d/1SJPtq2miuPcUCufUD-iDpAVUbJIfdAzKFgzCltczDJw/edit#slide=id.ga29c94257_0_31>
>>>>>
>>>>> Also pasting text here in case you can't read the deck where you are:
>>>>>
>>>>> Structure notes:
>>>>>
>>>>> Cold Open Changed...The new cold open is great, really turns the
>>>>> tables on Steven with the $450k payment being cancelled and law enforcement
>>>>> closing in on him. And the music really drives it home!
>>>>>
>>>>> Preliminary hearing is getting tight. Great
>>>>>
>>>>>
>>>>> Good closing - very clear that Brendan is being forced to testify
>>>>> against Steven.
```

Confidential                                                                                                  NFXCOL0000295

>>>>>
>>>>> Detailed notes:
>>>>>
>>>>>
>>>>> -
>>>>>
>>>>> 3:30 - Music is great - really ups the stakes.
>>>>> -
>>>>>
>>>>> 10:30 - Music under news clips is effective, really keeps tension
>>>>> up, especially after the poignant moment of SA saying "poor people lose" -
>>>>> which is great without any score.
>>>>> -
>>>>>
>>>>> 12-13:00 - Family all repeating they didn't think he could have
>>>>> done it - too many. Maybe lose Yvonne?
>>>>> -
>>>>>
>>>>> 13:30-13:50 - People seem to get confused between the $450k
>>>>> awarded by the legislature (before being cancelled) and the $425k
>>>>> settlement from the $36m lawsuit. Maybe a simple graphic could track
>>>>> Steven's various avenues for recourse and each of their outcomes.
>>>>> -
>>>>>
>>>>> 14-1430 - Like the townspeople commenting in the pool hall, but
>>>>> probably one too many. The guy in the middle seems the least expository
>>>>> (first woman mentions the key being planted, the last specifically says
>>>>> that the town couldn't afford the lawsuit so they had to get rid of the
>>>>> problem).
>>>>> -
>>>>>
>>>>> 17:15 - The underscore here is incredibly sleepy.
>>>>> -
>>>>>
>>>>> 20:00-22:00 Strang/Butin inspecting the junkyard is pretty bulky
>>>>> scene, could be tightened.
>>>>> -
>>>>>
>>>>> 25:40 - Good creepy underscore.
>>>>> -
>>>>>
>>>>> 35:28 - Jodi gets out of jail...is there any way to quickly
>>>>> establish earlier on that she has been in jail through all of this? (this
>>>>> is same note from last cut - thoughts?). A lot of her walking from jail to
>>>>> car and from car to trailer - could tighten.
>>>>> -
>>>>>
>>>>> 42:00-43:00 - Dolores v Barb scene isn't really clear. Do we need
>>>>> it?
>>>>> -
>>>>>
>>>>> 46:00 - Yvonn isn't necessary, Reesa says it more effectively.
>>>>> -
>>>>>

Confidential

NFXCOL0000296

```
>>>>> 49:15 - The calendar graphic feels very strange - not sure what it
>>>>> is trying to get across.
>>>>> - 59:30 - Could really ratchet up the music - the score from the
>>>>> open for example was more intense and might work here. The world just
>>>>> closed in on Brendan...
>>>>>
>>>>>
>>>>>
>>>>
>>>
>>
>
```

Confidential
NFXCOL0000297