# Exhibit 20

| From: | bcotner( █████████████ ) |
|---|---|
| Sent: | Friday, September 18, 2015 1:16:34 PM |
| To: | Laura Ricciardi <████████████████████████>;Moira Demos <████████████@████████>;Lisa Dennis <███@█████>;Mary Manhardt <████████@█████> |
| Cc: | Lisa Nishimura <██████████████>;Adam Del Deo <██████████████> |
| Subject: | Episode 8 |

Moira, Laura, Lisa and Mary,

The structure of Episode 8 is solid and the emotional verdict scene is very powerful, but the energy of the episode is very flat. This could largely be a music issue. All of the other episodes have a roller coaster quality while not being overly manipulative. We feel that music could help this episode get to the same place. We would love to discuss on the call the idea of enhancing the score in the closing argument scene and/or the deliberation scene. The deliberation scene in particular is an area that could ratchet up the score to create movement at this crucial turning point.

We also would like to discuss the role of Dolores in this episode. The way you have set it up, she is such a great emotional anchor to this episode. We see her still holding out hope that Steven will come home. We are wondering and would love to discuss whether there is a way to complete this sentence by enhancing her arc in this episode. We aren't sure if it is even possible, but something like moving up the scene from Ep10 where she is looking at houses for Steven. Maybe not this, but something like this to drive up the emotional stakes for Dolores. Maybe something where we see her showing more emotion after the verdict? Would love to discuss…

Some specifics:

4:50 - 13:20 - Cutting back and forth between the defense and prosecution for the closing arguments is an effective way to streamline the arguments and really punctuate the important points, but this is just as long as it was before and there are so many points being made that the important ones are getting lost. It would really be worthwhile to take one more pass at cutting any non-essential clips. For example, could you look at these specific spots?:

-This quote is all summary and very broad. Kratz: "You should see by now the stark difference between the state's facts between our reliance on the facts and the defense relying upon speculation." You could just use the line: "The physical evidence, the DNA evidence, the eye-witness testimony, the scientific evidence, the big fire that Mr Avery had, common sense all point to one person."

-Buting's line: "If you believe that those police officers put that key in his room. Then that's it - it's over. Case over. Because you can't rely on anything else they have given you." - This feels choppy and kind of goes without saying.

-Could you add some sound design (noting that you don't want to editorialize with music), but maybe just some atmosphere or light beat playing under could help punctuate the important bits and help this very long segment move along?

Confidential NFXCOL0002099

11:49 - There is a remnant frame or two in one of these cuts.


21:00 - It seems like you added something at the top of the scene with Buting and Strang reading their emails/headlines out loud. Something about Jerry Buting Journal? It bumps a little bit because it isn't really clear what they are talking about. It was smoother before.


24:22 - Love this juxtaposition of Steven now vs 1985.

Confidential
NFXCOL0002100