# Exhibit 22

1            IN THE UNITED STATES DISTRICT COURT
2           FOR THE EASTERN DISTRICT OF WISCONSIN
3                          - - -
4
5    ANDREW L. COLBORN,
6              Plaintiff,
7         vs.                         No. 19-CV-484
8    NETFLIX, INC., CHROME MEDIA, LLC,
     f/k/a SYNTHESIS FILMS, LLC,
9    LAURA RICCIARDI, and MOIRA DEMOS,
10             Defendants.
     _____
11
12
13
14
15
16            CONFIDENTIAL DEPOSITION OF
17                    LISA DENNIS
18              LOS ANGELES, CALIFORNIA
19             WEDNESDAY, AUGUST 17, 2022
20
21
22
23   REPORTED REMOTELY BY:
24   ANITA A. SHENIAN, CSR NO. 12325
25   VERITEXT LEGAL SOLUTIONS ASSIGNMENT NO. 5343861

Brown & Jones Reporting            414-224-9533
A Veritext Company                 www.veritext.com
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 2 of 4   Document 279-22

1  that this is necessary and will be addressing the pacing
2  at our next pass."
3            What is "suspense pacing"?
4       A.   I can't speak to that unless I look at the
5  episodes.  I don't know what that means.  It's
6  completely out of context for me.
7       Q.   Uh-huh.
8       A.   Right?  I don't even remember how long that
9  episode was, but it doesn't speak to anything.
10      Q.   Let me just ask you generally, because I
11 understand you don't remember this -- well, is it fair
12 to say that you don't remember writing this E-mail?
13      A.   No.
14      Q.   Had you ever heard the phrase, "suspense
15 pacing," or use it in any of your other work prior to
16 Making a Murderer?
17      A.   I see notes in regards to pacing all the time.
18 It's a very -- yeah, all the time.
19      Q.   And, in general, what does pacing have to do
20 with?  What does it mean?
21      A.   It has to do with the way that you're moving
22 the viewer through the story.
23      Q.   So in September of 2014, we would agree there
24 were discussions about how the viewer was being moved
25 through the story, through Episodes 1 through 3?

Brown & Jones Reporting                414-224-9533
A Veritext Company                     www.veritext.com
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 3 of 4   Document 279-22

CONFIDENTIAL

1 STENOGRAPHIC REPORTER'S CERTIFICATE

4 I, ANITA A. SHENIAN, CSR No. 12325, Certified
5 Shorthand Reporter, certify;
6 That the foregoing proceedings were taken by me
7 remotely at the time and place therein set forth, at
8 which time the witness was put under oath by me;
9 That the testimony of the witness, the questions
10 propounded, and all objections and statements made at
11 the time of the examination were recorded
12 stenographically by me and were thereafter
13 transcribed;
14 That the foregoing is a true and correct transcript
15 of my shorthand notes so taken.
16 I further certify that I am not a relative or
17 employee of any attorney of the parties, nor financially
18 interested in the action.
19 I declare under penalty of perjury under the laws
20 of California that the foregoing is true and correct.
21 Dated this 22nd day of August, 2022.

24 ANITA A. SHENIAN, CSR No. 12325

Brown & Jones Reporting  414-224-9533
A Veritext Company  www.veritext.com
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 4 of 4   Document 279-22