# Exhibit 24

**GENERAL**

LENGTH: Currently, the cut feels very long. At its current state of over an hour and 40 minutes, we feel the next pass should target to be much closer to one hour. At this juncture, this doesn't feel like a cut of the episode but rather a really long rough version (which it may very well be). The courtroom scenes are too drawn out, which slows the pacing and narrative experience for the viewer.

COURT SCENE: The back and forth between the state lawyer and Avery's lawyers lags. It must be more concise. Is there a way we can quicken these beats to give more momentum to the overview of this specific trial while still allowing an audience to take in the information for their own reference? For example, it takes 4 minutes to finally get to the point that Dean makes at 21:30 that after the 7th search of his home, the officer found the key.

COLD OPEN: This is strong so far. Great quote in Steve's voiceover that's used. It feels timely and appropriate for where we are in the series.

INTERROGATION INTERVIEW FOOTAGE: This interrogation between Steven Avery and the police officer (please label who this is) that is interwoven throughout the trial day needs to be given more context of when & where it was taken. While the footage label is there, a card describing the set up before the first clip of the series is introduced would be extremely helpful throughout the trial footage.

LABELING: With so many characters in and out of the story, it's important to stay consistent with labels throughout the series so the audience can keep track. At least at the beginning of the episodes, let's apply initial labels, even with his mother and family members that we recognize.

CLIP OF BOTH DEFENSE ATTORNEY'S OUT OF COURTROOM: The two shot interview of both defense attorney's, Dean Strang and Jerome (Jerry) Buting, feels out of place. The tone and look feels different from the other in-court footage. In addition, the prosecuting attorney's aren't given the same opportunity ability to post-summarize the trial so if feels like a subjective device  Please consider losing this two shot footage throughout.

3:13 - Let's hold a beat longer on this card about the pre-trial publicity. The language is verbose from the previous cards so we want to give the audience a chance to comprehend the information given before going into the next scene.

4:14 - Please label.

6:57 - The dismissal of those accounts is a good turning point to the next chapter. Great use of the title card to sum up that court scene and preface what trial is next.

Confidential

NFXCOL0000212

10:01 - Please label.

21:02 - We need to get to this point much quicker about the discovered key and the 7th search of Avery's home. Is there a way to intercut or pull specific dialogue to expedite the scene without affecting the overall lead up? Let's discuss.

24:53 - Can we have a card placed here before going into this interview shots to provide a bit more context? It's a bit confusing.

25:23 - What's the difference between Angela and Dawn at Auto Trader? Is there more context/background that can be provided explaining why the specific two are chosen for the trial?

27:21 - The statement here clarifying that Dawn cannot confirm or deny that Theresa did not leave the Avery property to complete other hustle shots is important in the case. Again, we need to get to key points like this at a more succinct pace.

30:44 - "Bobby's vehicle is gone" - let's hold a beat on this. This is Brendan's older brother that we're about to hear from, and his statement will sound more confident (whether accurate or not) than Brendan's.

33:04 - You can cut out the news footage here before Dean speaks.

45:59 - 47:03 - Can we have subtitles during this call?

47:37 - Can we hold a bit longer on Colburn's face here. He looks caught. Same at 48:10 - 48:25. We know that this is court footage that may not exist. Just a suggestion.

49:54 - This is a turning point with the tape and Colburn getting caught in a lie (at least allegedly). Can we bring out the fact that the tape didn't have a timecode on it, especially when Dean says "it was given by the Manitowoc Police".

1:06 - 1:10 - This exchange between Jerry and Lynn runs way too long. Is there a way we can shorten this to get to the point about Steven's files? It's easy to lose focus here.

Confidential     NFXCOL0000213