# Exhibit 25

**GENERAL:**

The cut continues to show strong progress. The introduction of key & additional characters earlier in the episode create a level of investment and intrigue for the viewer that is quite effective. Further you've done a great job establishing the city and county areas surrounding Manitowoc, and the socio/demo dividing lines which become a character unto themselves. Stronger set up of Steven, particularly childhood photos and the way you establish his IQ level is extremely helpful in informing how he might uniquely process everything he is about to encounter. Also the addition of the interview with the woman who was assaulted by Gregory Allen while Steven Avery was wrongfully behind bars is extremely powerful in expressing that the mis-policing affected far more than just Steven.

As previously discussed, these notes are provided based upon what we have seen to date. We believe that we all understand that the timing & pacing of information reveals in any given episode may shift depending upon outer episodes, that said let's dive into this latest cut of the pilot episode.

**SET-UP:** This new cold open is working more effectively to show Steven coming home after his first exoneration. In addition, we better understand Sandy Morris' role more in the initial "alleged danger" of Steven Avery. Great job ending on 1:38 with "Be careful, Manitowoc County is not done with you."- it sets the tone well.

**OPENING TITLE SEQUENCE:** The goal would be for this opening title sequence to be unique and iconic. We like the direction, but would like to explore further.

**TRIAL OF PENNY BEERNSTEN:** We need to get through the trial of Penny Beernsten faster. The beats can't lag. It needs to move in a swifter manner where the audience is getting fact after fact.

**MACRO/END:** For discussion once the outer episodes are more established, do we currently give 'just enough' information about the possibility of how Steven's blood may have arrived in Teresa Halbach's Rav to compel you to the next episode? or should we tip a hat a little more to the idea of the tampered blood vial. Currently, the main reference is Steven's vehement interrogation tape saying that tons of his blood was taken during his incarceration. Similar note for the discovery of the key. Let's note to discuss once 3-5 are more solidified.

**PILOT TIMESPAN:**

We'd like to have an open discussion about the best way to introduce this series to viewers. Over the past year, we have all grown very accustomed to the notion of the combined episodes 1 -2 pilot, however given the level of complexity - from sheer number of characters, to the 2-decade+ span of time, and the extreme detail of evidence that is being presented to a first time viewer, we'd like to discuss strategically whether the narrative is best expressed as two separate episodes. There are moments when the density of detail feels rushed, and perhaps the breathing room afforded by two full and separate episodes may better support this level of ambitious storytelling. Again, we have the great benefit of our distribution platform where all episodes will be made available simultaneously,

Confidential

NFXCOL0001943

therefore the traditional notion of an extended network/linear pilot is not required in the same way.

Part of us feels if we're going to treat this as a true crime procedural and get into the nitty gritty details of the court scenes, which for true fans will have some appeal, we should split the pilot into 2 proper episodes and allow the nuance and details of some key testimonies to show the extreme bias and frankly in some cases - pretty damning testimony coming out of some key law enforcement.  If we feel its smarter to keep the 2-ep extended pilot, then we think we need to push for more editing and pacing at the cost of losing some testimony nuance.  Let's discuss what's in the best interest of the story.

If we ultimately feel the combined 1-2 pilot is the better route, we should be more selective about which court scenes are necessary and how much of these scenes need to be played out to have the impact the audience needs - it's incredible footage to have for such a story, but allowing them to run in an extended way can, at times, hinders the audience's ability to digest the facts and react. In other words, we would want to examine a further edit to the scenes while retaining the vital information and dramatic impact.

**MUSIC:**  Confirming that overall the music is still temp.  The score will have an incredibly powerful effect throughout every element of this series, so let's make sure to be highly aligned on the vision overall.

**SPECIFIC:**

3:53 - Can you ground the viewer on where within the trial Judge Fred Hazelwood ia speaking at this point? It's floating a bit temporally.  Also, can we make a stronger connection to his association to Steven's run-ins with the law from the outset.  We see at 1:00:06 his name pop up on Gregory Allen's file again - let's find a way to provide more of a specific indicator with respect to his involvement is with the characters.

5:00 - Ident modern day Sandy Morris as she looks so different now.

11:20 - Review for repeated photograph usage, this photo is used multiple times as noted below

12:25 - Review for repeated photo usage.

14:28 - Great job setting up his family and transitioning to what's next.

14:51 - Not necessary to say "Penny was the fitness instructor at the YMCA here in Manitowoc," The line feels shoehorned. Further, this is mentioned later in the cut that Penny works at YMCA.  (is this specifically to justify why she is jogging on the beach?)

16:29 - More context on Walter Kelly? Was he involved with the trial or investigation around Penny Beernsten? Why did we choose him to be an appointed interview? Perhaps we can apply an extended descriptive note on these characters and their connection to the situation they're describing.

Confidential

NFXCOL0001944

22:00 - Who is the male v/o in this section - is it an actual radio news reporter? Ident.

22:08 - Third time we're seeing the same photo used.

25:13 - Let's specify that he's the attorney for this case at the time.

25:32 - This excerpt on Gregory Allen - can we play this out a bit more?

22:42 - Consider pulling the shot of Steven's dad in the golf cart during this transitional sequence.  He looks so much like Steven at certain points of his life, that it's a bit confusing particularly as it follows his sister saying, "it was so out of his character but people wanted to believe he did it b/c he was an Avery".

27:00 - Assuming that we'll be working to refine the graphic treatments of timelines.

27:45 - 4th time we see the same photo.

30:00 - Who brought Penny Beernsten roses in the courtroom before the verdict is rendered?

40:00 - Review music bed under the new DNA evidence and battery of evidence to make it even more extreme when he is denied his appeal by Judge Hazelwood.

43:00 - Just a note that for some of the Steven phone call recordings - they currently pan 100% to the left. (We're sure this will be adjusted in final sound mix, just an FYI).

46:54 - Can we have more context on the Wisconsin Innocence Project - even if it's a quick flashcard?

47:40 - Cold DNA hit; key point of elevated music / dramatic pause.

50:40 - typo - Michael Griesbach (MI)

52:23 - This is a key moment to highlight regarding discovering Gregory Allen's history and how it may have been overlooked. The underscore music helps heighten this moment. Can we get to this part quicker?

1:00:40 - Here too where we see fact after fact about all the preceding clues that would've pointed to Gregory Allen to be, at the very least, put on trial instead of Avery - we need this to move faster and for the audience to be feel shocked by what has just been revealed rather than listening and processing. The revelation and how appalling the ignorance is should have a harder hit - and this can be achieved by a quicker pace and this point expressed sooner rather than later. We're now an hour into the pilot and still haven't wrapped up the first misled conviction.

1:06:54 - Better transition into Steven Avery walking into court with his fiance. It's a monumental moment for him and for what his identity stood for pre-Teresa Halbach, post-Beernsten release. Let's set it up a bit more - perhaps a card before.

Confidential

NFXCOL0001945

1:09: 33 - 1:20:58 - The chapter of Steven's filing a complaint and bringing the officers (Kocourek, Vogel featuring Rohrer, Colburn, Petersen, Kusche and Dvorak) to court highlighting how they essentially ignored evidence that suggested Gregory Allen was guilty over Avery as well as almost curating Steven's conviction runs way too long. It holds important facts but could be a quick 2-3 minute scene ending with the Steven's lawyer summarizing all of this up by saying, "They made the case against Steve Avery themselves." (which he says at 1:20:58). We don't need 10 minutes of courtroom dialogue - instead, let's find a way to showcase each person, prime dialogue stated, and move forward to the next. At it's current length, we lose sight of the "why" of this scene. 1:35:33-1:36:00 provides a solid timeline of all those deposed - let's use this sooner.

1:26:00 - Timeline for Andrew Colborn phone call re: Gregory Allen - update graphic.

1:26:45 - Odd swell of music under Griesbach's testimony on Colborn.

1:32:10 - Music doesn't feel quite right.

1:33:45-:1:33:48 - The junkyard scenes intercut here feel out of place.

1:30 - 1:34 - Key courtroom case where we're hitting a peak moment for Steven where all the evidence is lining up in his favor to support a big civil suit, and even Glynn describes it as a high - let's really work with the pacing of edit (and music) to make this an extreme high, and then huge visceral transition with the introduction of Halbach. Can we replace the static low-res images of Vogel and Kocourek with moving images of them that freeze for effect?

1:34:22 - Hold a beat here before transitioning into the tape of Teresa leaving a voicemail on Avery's machine. This is the next chapter of Steven's story. We should discuss the best way to transition from winning his complaint to what's about to happen next.

1:35:20 - This particular scene where Teresa Halbach talks about dying before 30 is perhaps one of the eeriest. Is it more effective to have it placed here before transitioning into the search for her, or at the end of the episode to leave it with a bit more of an eerier effect?

1:35:30 - Update timeline graphic.

1:45:45 - Who is in that quick shot with Kent Kratz right after he says he's there to abolish any concern for conflict of interest?

1:47:12 - The cop saying "We should take all of those shoes in case we have any unsolved burglaries with foot impressions" will leave an audience speechless as well as set up the audience being skeptical over whether Avery is guilty in a new scenario. Who is this female officer?

1:48 - Review the music here for more impact. Provide viewer with some context of connection with Mishicot and Calumet County in relation to Manitowoc.

Confidential

NFXCOL0001946

1:54:00 - Odd hold on young male journalist during press conference.

Confidential

NFXCOL0001947