# Exhibit 26

**GENERAL**

You cover a tremendous amount of ground in Episode 7! As discussed on our call, we would like to review your first pass of Episode 8 to see if there is a way to allow a bit more breathing room for each of the distinct storylines (i.e. Steven's narrative and Brendan's narrative) across these last two episodes. Both of their trials and convictions feel like they deserve a little bit more of their own moments of true disbelief and shock to fully capture the gravity of each individual case. We believe there may be an interesting structural opportunity to intercut the two cases, playing with timing of the reveals to increase anticipation and engagement, all while staying true to the facts of the case. It could be a highly creative and effective form of storytelling and a compelling way to wrap the end of the series.

PACING: We know this is the first cut; lengthy trial material is always tricky to determine what must be included and what can be left out. However, one of two things should be considered. A. Either cut the total running time down which would involve a lot of trimming of both the prosecuting and defense attorneys (also, better use of intercutting the opposing sides of the table) B. cut the episode into two. First being Steven's Episode, and the next being Brandon's - If this were considered, to be clear there wouldn't be additional monies since conceptually the idea would be to divide them with minor impact.

MUSIC: In this version, it's underutilized. As this episode has a large opportunity to shape overall impact of the episode, look to punctuate musically in a more strategic manner.

AVERY TRIAL: Currently, with the closing statements being presented straight through at the top of the episode, it is not playing as immediately engaging or riveting as the previous episodes. We don't feel as emotionally connected, and the first real visceral connection to Steven is at minute 31:30 when his guilty verdict is read.

DASSEY TRIAL: This section is way too long and faces pacing issues. We know we need to get to points such as Fassbender manipulating Brendan, and hearing the voice recordings that clearly show he's being bullied. We should get through this in a much quicker manner so we don't lose the audiences attention. While all details are important, let's brainstorm a more efficient way to lay out this trial. For instance, at 1:21:00, we get to Brendan's confession and honest raw appeal that he didn't see anything - these moments are captivating and we need to feel a quicker anticipation so the audience can digest. The hour's pacing set up needs a refreshed approach.

BRENDAN'S STORY LINE/FAMILY : Per our discussion, let's find a better way to balance out both Steven's verdict and Brendan's verdict - Brendan's storyline and the information is all very powerful, especially his direct family element, but gets lost in all the information being thrown at the audience. Let's explore both the family ties as well as their resulting verdicts.

Confidential
NFXCOL0001959

SPECIFIC:

11:50 - Dean Strang's statement here about Steven Avery being given reasonable doubt should hit harder.

12:28 - 18:07 - Steven's trial drags. Is there a way we can clip bits and pieces together?

27:38- 28:4 - Whose camera is this on Steven so intimately, interviewing him about how he feels about the length of the trial? Is Jerry interviewing him? Can we please clarify?

28:50 - Maybe we can add a music/momentum shift here since the decision is coming in - is there away to better build anticipation? Feels flat given the enormity of the moment.

29:00 - Strange image of man on phone in hallway with v/o of "20 hours of deliberation, the jury has a verdict." Perhaps switch this out.

31:58 - Guilty of murder. Non guilty of mutilating the corpse. Guilty of a possession of a firearm - when these verdicts are stated you see how Steve is genuinely distraught.

However, can the reading of the counts be more impactful. This is such a large moment and doesn't carry the emotionality weight it should. This the the moment of "Making a Murderer."

36:20 - Richard Mahler - excused Avery Juror: feels like there's much more that can be done with him. He makes a brief appearance later in the episode, but is there more to flesh out?

55:00 - The jury does not see the last 1 hour and 38 minutes of the recording. This last section of the tape includes when Brendan is informed that he is being arrested and when he talks to his mother.

Do our viewers ever learn why did the defense agrees to this? Does Barb Yonda ever get the opportunity to refute the testimony of the detective and tell the jurors that she tried to be present for Brendan's interrogation and was denied?

58:37 - It might be effective to intercut Brendan's confession with Ray Edelstein and Det. Mark Wiegert - seems like a great opportunity to elevate the piece with some creative editing.

1:00:23 - "We love the police" statement by Halbach's brother is a bit haunting. Are there more images we can of his family during this statement?

1:05:21 - Kayla's trial is one of the most powerful scenes. Great job.

1:09:32 - Brendan's trial begins. Can we get here faster?

Confidential                                                                                              NFXCOL0001960

1:17:44 - Brendan's statement here "I never saw her there," is a turning point - realizing there is a potential that it was all made up or manipulated by the police. How can we elevate this a bit more?

1:33 - Brendan walking on shackles should have music.

1:36 - Brendan's verdict is anti-climatic and not as emotional as it should be considering the investment into the series he audience has made.

1:36:32 - What is it here that Brendan's mom says when she gets out of the car before she leaves? Can we place subtitles?

1:36:56 - This is helpful. Let's also apply a summary card at 31:58 after Steven's verdict was decided.

1:44:00 - When Judge Willis states to Steven, "Society would never be safe from your crimes." - it's infuriating. Steven was innocent from his last eviction. Judge Willis is on the side of society - he's biased. How can we bring this out more?

That said, The fact that the judge doesn't mention Steven was wrongly convicted, is awful. Can we foreshadow the judge is biased, good or bad - maybe something more to be had with this? Again, that judge feel very biased - it's surprising and sad.

Confidential  NFXCOL0001961