# Exhibit 28


Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 2 of 6   Document 279-28
Confidential
NFXCOL0002075

**08.17.2015 Update:**
**Episode 7 Fine Cut**
**TRT: 1:03**

**MACRO:**

Episode 7 is really coming together! This is a pivotal and challenging episode given the density of material and the sheer volume of courtroom testimony, and in particular the enormous amount of exposition of evidence. The structure is solid and serves the complexity of the story well, but the sheer density & volume of the material can at times, become overwhelming to the viewer. While we fully recognize that you've significantly pruned through the various testimonies, it is our feeling that there is further room to tighten.

While the run time of 1:03 is definitely far more in line with where we feel most of the episodes should land, because the specific material in the episode is so heavily concentrated in testimony and evidence, we would suggest targeting a shorter run time in the 50 - 55 minute zone.

Looking forward to discussing!

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 3 of 6   Document 279-28

Confidential

NFXCOL0002076

Episode 7.

CURRENT:
Cold open: B-roll of police cars - "FBI is going to assist in investigation...Manitowoc provided resources. That is their only role." Allan says "They had Stevie picked. They set him up. They weren't even supposed to be investigating this. Right?"

-Colburn testifies about questioning SA and finding the key. Colburn questioned about report.
-Debate abt Manitowoc PD being at crime scene.
-Buting & Strang point to Lenk as framing.
-Press conferences re police reputations.
-More testimony on Colburn conflict & press conf
-Log shows Lenk didn't sign in – he denies framing
-Judge rules EDTA admissible. Press conf abt.
-S.A. call saying they are trying to keep him in.
-Direct FBI testimony, pressconf, cross, pressconf
-S.A. decides not to testify, pressconf.

Cliffhanger: Dean explains to S.A.'s parents that good news is that 3 charges have been dropped, bad news is that murder charge is all that matters.

SUGGESTIONS:

Confidential

NFXCOL0002077

# Episode 7 - Detail. TRT: 1:03

- 04:00 - Fade-out on music is very abrupt/awkwardly placed here.
- 05:25 - 07:05 - Colburn testifying about the key could use a lot of tightening.
- 10:42 - Jump cuts on Strang for "Nov 5, Nov 6, Nov 7" are awkward.
- 19:00-23:30 - Consider cutting Kucharski down significantly or entirely. Establishing his lack of oversight of Lenk/Colburn was covered by the previous officer and Buting's argument about the keys falling from the bookcase is confusing/doesn't have a huge impact - it actually detracts from the point that they could have planted it. Especially when it eats up 4 ½ minutes.
- 23:30 - 25:20 - Similarly Lenk's testimony about the search could be really cut down or out.
- 25:20 - 26:00 - Buting's claim that he put the DNA on the key is really weak.
- 19-26 This whole section detracts from connecting Lenk's testimony to the officer earlier testifying that they should not have been there to begin with.
- 29:03 - Could we cut Orth after 30:45 once we've established that Lenk/Colburn weren't there at the beginning and that he started the Log (until 31:16)? Lenk's presence on the site is better established with Fassbender reading the log (and finding a record of Lenk leaving but not signing in) and Lenk himself with conflicting testimony across 2 dates (2:05 arrival vs. 6:30pm arrival)
- 34:00 - Good music ratcheting it up.
- 39:20 - Good music.
- 40:51 - Good music.

Confidential
NFXCOL0002078

# Episode 7 - Detail

- 50:45 - consider adjusting the musical Bed for Jerry's driving interview re: the FBI retooling the EDTA test from the droning guitar and drum loop to more of an atmospheric and haunting musical bed.
- 51:35 - Buting's joke here about "do so at your peril" will only work if you keep that in Episode 5. It was confusing in 5, so depending on what you do there you might want to consider cutting it here also.
- 51:55 - Triple check Buting's statement here for legal. He is directly claiming they framed Steven. Make sure this is 100% covered in their legal filings.

Confidential   NFXCOL0002079