# Exhibit 30

| From: | Adam Del Deo <█████████████> |
|---|---|
| Sent: | Friday, June 26, 2015 12:40:28 AM |
| To: | Benjamin Cotner <█████████████> |
| Cc: | Lisa Nishimura <█████████████> |
| Subject: | Re: Episode Breakdown |

Great, thanks Ben. Look forward to us all chatting tomorrow.

Fun night, get some rest!

Sent from my iPhone

On Jun 26, 2015, at 12:10 AM, Benjamin Cotner <█████████████> wrote:

> Here is a basic breakdown of what I felt were the important plot points and potential cliffhangers for each episode.
>
> **EPISODE BREAKDOWN**
>
> -
>
> **Episode 1:**
>
> Plot points:
>
> -Dispute with cousin/masturbating on the lawn
>
> -Penny is assaulted
>
> -Because of bad blood with police they point the finger at Steven
>
> -Steven has alibi and wasn't even in the area.
>
> -Steven is convicted despite no physical evidence.
>
> -Steven's marriage ends.
>
> -New DNA (allele) evidence is introduced but denied on appeals.
>
> **Cliffhanger: Innocence Project tests pubic hair and it matches Gregory Allen and Steven is released.**
>
> **(Currently no episode break here yet)**

Confidential                                                                                                                         NFXCOL0000226

## Episode 2:

Plot points:

-Cops covered up evidence about Gregory Allen.

-Governor and legislature back police reform and award Steven $450k.

-State AG finds no wrong doing on the part of the police despite evidence otherwise.

-Steven files $36m lawsuit

-Cover-up is revealed (1995 phone call....this is weak revelation to me)

-Teresa is reported missing.

-Steven is fingered as a potential suspect and quickly revealed that he was the last to see her.

-Search party focuses on area around Steven's property.

-Teresa's car is found on Avery property.

-Police kick them out and search property for 8 days.

-On day 4 they find the key in Steven's room and then find her remains.

**Cliffhanger: Steven is arrested and charged.**

-

-

## Episode 3:

Plot points:

-Steven claims that he is being framed.

-Judge finds that there is enough evidence and sets bail high.

-The police officer that found the key knew about Steven's wrongful conviction.

-Community is divided.

Confidential NFXCOL0000227

-Steven talks about suicide.

-Steven settles the civil suit to cover his legal bills.

-Gets lawyers.

-Brendan confesses to helping Steven.

**Cliffhanger: Brendan is arrested and charged.**

-

-

### Episode 4:

Plot points:

-Phone calls reveal that Steven was talking to his girlfriend who was in jail the night of the murder and he sounds totally normal.

-Brendan's lawyer try to get him to accept plea deal and testify against Steven.

-Brendan's confession is ruled admissable.

-Detectives convince Brendan to confess to his mother.

-Brendan requests new lawyer but is denied.

-Lawyers changed, venue changed, etc

**Cliffhanger: They find a tampered with blood vial.**

-

-

### Episode 5:

Plot points:

Confidential
NFXCOL0000228

-Trial starts.

-Brendan's brother testifies.

-Manitowac Police didn't obey the order to not go to property alone.

-Key to the car wasn't found until the 7th search of his bedroom.

-Explanation of the search and the fact that Pamela Sturm went straight to the car.

**-Sergeant Colborn had called dispatch and called in Teresa's license plate before the missing car was found. (potential cliffhanger)***

-Evidence that she was killed off the property.


**Cliffhanger: * or combine with Episode 6**


**Episode 6:**


Plot points:

-Bullet found in garage with her DNA - no blood splatter there.

-DNA test control was contaminated by the technician.

-Cremains were transferred after burning, body was burned elsewhere.

-Timeline called into question by busdriver and another witness.

-Someone was harassing Teresa and erasing her VM.


**Cliffhanger: FBI comes up with the EDTA test and "proves" that the blood wasn't from the tampered with vial. (this is brought up from Episode 7)**

Confidential NFXCOL0000229

**Episode 7:**

Plot points:

-Closing arguments including many contradictory statements by the prosecution.

-Steven decides not to testify.

-Brendan found guilty.

Cliffhanger: ? (combine with Episode 8?)

**Episode 8:**

Plot points:

-Steven loses all of his appeals.

-Steven gets together with Sandy.

-Brendan tries to get a new trials base on the fact that Kachinsky coerced him to plead guilty.

-Brendan revealed looking like a different person.

-The DA has women come forward against him, he resigns.

-Steven tries to appeal to Federal court.

Confidential                                                                                                                                                         NFXCOL0000230