# Exhibit 31

| | |
|---|---|
| **From:** | Benjamin Cotner <​█████████████​> |
| **Sent:** | Thursday, August 27, 2015 3:11:53 AM |
| **To:** | Lisa Nishimura <​█████████████​> |
| **Cc:** | Adam Del Deo <​█████████████​> |
| **Subject:** | Re: Episodes 5 & 6 |

I'm glad you said that about the end of 6 - i was on the fence about it. It feels very speculative and I don't think they ever deliver enough of a silver bullet to be able to make this direct of a claim about Lenk.

On Wed, Aug 26, 2015 at 9:30 PM, Lisa Nishimura <​█████████████​> wrote:
> Agree with all your points, in particular the need to have music do some
> heavy lifting to help keep us engaged in these far more dense courtroom
> episodes. Macro question on music, did you discuss on your call last week
> whether what we are hearing is the final sound design or are they planning
> to have someone come in and refine after picture lock?
>
> Few additional points -
> Episode 5 -
> I liked the addition use of music under Bobby Dassey's testimony when he
> says, "I saw Teresa walk toward Steven's trailer". I don't know that I saw
> them use this method again however. Given the density of the testimony
> footage, it would be a good technique to further employ. (e.g. Ryan
> Hillegas testimony or Fassbender testimony when he admits that he did not
> question Scott the roommate)
>
> New footage of Kratz further on his heels in the press conference post the
> Ryan Hillegas testimony re: Teresa's voicemails.
>
> The much abridged interview with Dolores and Allan after the Bobby Dassey
> testimony section is far more effective.
>
>
> Episode 6:
> Question to both of you - what do you think of this ending? The last 5
> minutes of this episode? Is there enough attached to Lenk taking the stand
> to really keep you hooked? This coming off of terrific closes in episode 4
> & 5.
>
> Looking forward to your thoughts so we can get these notes over to them
> asap. T/hanks!
>
>
> On Wed, Aug 26, 2015 at 7:25 PM, Benjamin Cotner <​█████████████​>
> wrote:
>
>> Here are some notes on Final Episodes 5 & 6. Overall, I think it would
>> really help if they did something more interesting with the music to carry
>> us through these two very technical episodes. Just punctuating the
>> interesting points and using music to go in and out of scenes is actually
>> highlighting how segmented these episodes are. I think they just need
>> someone more experienced with music design to help.

Confidential NFXCOL0000273

>>
>> Episode 5
>>
>> Runtime 57:50
>>
>> 00:58 - Should the card say "develop a NEW chemical test"?
>>
>> 47:52 - Like the cards saying that Earl gives permission - this helps!
>>
>> 54:20 - setting Colburn up as the potential cop to plant the car works
>> really well now. Great end to this episode.
>>
>>
>> Episode 6
>>
>> Runtime 1:00:45
>>
>> 13:20-14:22 - Please consider trimming down Allan entering the courtroom
>> here.
>>
>> 17:46-18:15 - Possibly cut down this montage of b-roll.
>>
>> 29:57-30:35 - Buting's commentary is weak here - he doesn't make his
>> point articulately and we spent so much time in court with him arguing this
>> already that this seems redundant.
>>
>
>
>
> --
> Lisa Nishimura
> VP, Original Documentary & Comedy Programming
>
>
>

Confidential

NFXCOL0000274