Exhibit 32



Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 2 of 10   Document 279-32

Confidential

NFXCOL0002059

CURRENT:

Cold open:

Episode 5.          SUGGESTIONS:

-Drop sexual assault charges against S.A.
-Day 1 of trial.
-Opening statements (a lot about VM messages)
-Det Jacobs call (do we have a body?)
-S.A. questioned about T.H.'s appointment.
-Bobby says he was asked to help get rid of body.
-Debate about VMs.
-Judge blocks from talking about other suspects.
-Dean asks about roommate.
-Ryan H admits to figuring out her password.
-Boss (Sheriff?) says to search Avery property.
-Review of finding Rav4 and what followed (Pam)
-Dolores shows us where the car was found.

Cliffhanger: Colburn testifies about calling in the
license plate before the Rav4 is discovered.

Confidential                                    NFXCOL0002060

# Episode 5 - Detail (1hr10min)

This episode has come a long way. The new edits around the blood vial are much improved, however the top of the episode still feels very slow to start because of the opening statements, but once the ball gets rolling it uncovers a lot of the evidence. It is doing a much better job of painting the picture that there were several other potential suspects who were not investigated.

What is the context of him saying "If the defense wants to put forth their defense then they do so at their own peril."? This statement feels clunky, out of place and perhaps unnecessary.

07:05 – Buting and Strang discussing the jury questionnaires – they're frustration is coming through in an almost pissy/sarcastic way and feels pretty long.

8:30 – Something bumps in the cut of Dolores watching the news coverage, something missing in the stitching to make it a convincing cheat.

Confidential

NFXCOL0002061

# Episode 5 - Detail (cont.)

09:00 – 09:50 – Check the chyron - it reads Feb 12, 2005 first day of court. I believe this is meant to be 2006 or 2007. Do we need the b-roll of the empty courtroom and the press room? Music scales up over this rather than over people entering courtroom. As a result, it lulls back down before Kratz' opening statement.

09:50 - 12:45 – Kratz' opening statement goes on a long time and seems to meander a bit. Review to tighten

12:45 – 13:00 – Do we need the judge giving instructions not to discuss the case?

15:30 – "Both were questioned about their own activity and conduct with respect to Mr. Avery's imprisonment." Is there a sound byte here that references that this is in relation to the older rape charges? The year is easy to miss and this could be confusing for people not really familiar with the timeline.

15:30 – 19:55 – All of Strang's opening statement is really important, but look at tightening – even tiny trims will help. This much talking in a courtroom begins to make for a really dry episode. Perhaps music could help? This episode is naturally so courtroom heavy that we need to try really hard to help people through it.

Confidential

NFXCOL0002062

# Episode 5 - Detail (cont.)

23:15 – Great cut between Bobby Dassey testimony and the news coverage – and the music nails it!

26-27:00 – Well cut/music works to show the press' doubt on the Bobby Dassey testimony in contrast with the Judge's ultimate decision not to call a mistrial or instruct the jury to disregard. Would look to have the music hit slightly harder w/the card stating that the judge does not call a mistrial or direct the jury to disregard.

28:20 - How important is it to have this interview w/Dolores and Allen re: Bobby Dassey? She says, "half of that stuff isn't even true, implying that half of it is - feels too vague to make a point."

36 – 36:45 – They are arguing about whether or not the judge will allow the cell phone testimony in front of the jury, but we don't see his decision.

37:30 – 38:15 – Strang's comments seem a bit preachy and obvious – do they really further the story or raise a question that the material doesn't naturally raise?

49:00 – Did Pam and Nicole search the junkyard after the Sheriffs got the Averys' permission? Did Steven give them permission?

53:00 – The Tammy Webber information is interesting, but without knowing who she is or how much weight this holds it could be confusing. Do we have more information on who she is or should we consider taking this out?

The Colburn ending is terrific! - can we add music to help emphasize further? He goes from being so sure and then is caught in a clear lie about the origin of the car make and model.

Confidential

NFXCOL0002063

# Episode 5 - Detail (cont.)

Question - where are we utilizing the Teresa Halbach home video of her talking about life, and how she would feel if she died now?  Is there a strategic place to put within this episode or do you have plans to utilize strategically elsewhere?  It's extremely powerful, particularly once the viewer has established a connection.

It should be knowable when Teresa made that video.  Do we have that information? Could we accurately lay it within an episode to coincide with the actual events of that time.

**Was it ever administered as evidence in the trial?  If so, when?**

Confidential

NFXCOL0002064

## Episode 6.                   SUGGESTIONS:

CURRENT:

Cold open: Card says one day after Brendan's arrest
there is a press conf. Kratz describes how S.A.
instructed Brendan to cut T.H.'s throat. Police search
residence and garage for new evidence. Kratz claims
physical evidence now makes sense.



-Bullet found in garage - Lenk was present.
-No T.H. DNA found in trailer or garage.
-Bobby only thing placing her inside.
-Skull fragments.
-Sherry: blood on bullet matches despite botching
-Defense tried to have labwork monitored, denied.
-Everyone reiterates there would have been blood
-Bones and barrels conversations.
-Bloody hair in trunk.
-Timeline debate (Bobby D, bus driver, Scott T.)

Cliffhanger: School bus driver has a different
timeline than Bobby. Lawyers explain that the
prosecution still hasn't put forth a theory about when
and where she was killed.

**Confidential**                                                                 NFXCOL0002065

# Episode 6 - Detail (59min)

- Opening chyron - propose to change to read that Kratz and Pagel HOLD a press conference (versus held) to keep it present tense.

- 1:20 - Music at end of Kratz' press conf is fantastic.

- 08:02 - Good sound design punctuation on the end of Remiker's testimony, can we further add a musical cue when it's confirmed that Remiker saw Lenk on the property?

- 16:20 - Do we need this press conf from Kratz? Seems it would be powerful to go straight to photo of Teresa.

- 22:24 - Possible to trim down people entering courtroom/walking around press room and get straight back to Sherry?
  The entire burn barrel testimony is still very long.

- 46:00 - **Dorothy and Allan visiting Steven; is this scene necessary?**

- 48:37 - 49:39 - Buting isn't very concise here. Is it possible to do some dialogue trims and get him to the point faster?

- 58:45 - Are there too many quotes at the end? Could we end with Buting's line "I'm still waiting."? That might achieve the same result as "Spring it on us at the last minute.", but without the redundancy.

- You've just come off terrific cliffhanger closes with the blood vial in ep 4, and Andy Colburn caught in a lie in ep 5. Comparatively, this close doesn't feel as impactful or urgent. One suggestion would be to pull up the open of 7, eg Manitowoc police being on site when they weren't supposed to be part of the investigation.

Confidential

NFXCOL0002066

# Episode 6 - Detail (59min)

key moments of testimony where **music cues can be added:**

- Ryan - 1) has Teresa's vm pw 2) can't remember what time of day he saw Teresa last
- Sherry Culhane - 1) confirming that Fassbender specifically asked her to try to find DNA of Teresa in Steven's trailer. 2) Her deviation from protocol. 3) She never found Teresa's DNA in Steven's trailer AND also did not find Brendan Dassey's DNA there either
- Scott Tadych - after he is so confident about the time he left (2:45), then Dean has him read his statement to police 16 months earlier, time is 3:15 and the flames are 3 ft. versus 10 ft.
- Bobby Dassey - testimony about being so confident that he and Scott ident one another precisely at 2:45, but under oath say that the two of them did not coordinate or talk about this statement.

Confidential

NFXCOL0002067