# Exhibit 33

| From: | Marjon Javadi <██████████████> |
|---|---|
| Sent: | Monday, November 10, 2014 4:52:44 PM |
| To: | Adam Del Deo <██████████████> |
| Subject: | Re: Mom episode 1 |

will do
---
Marjon Javadi
Originals, Documentary and Comedy
Netflix

On Mon, Nov 10, 2014 at 4:51 PM, Adam Del Deo <██████████████> wrote:

> Episode 1 & 2 for Murder. Place these in the murder notes.
>
> LMK if you have any questions.
>
> Thanks,
> Adam
> ---------- Forwarded message ----------
> From: Adam Del Deo <██████████████>
> Date: Mon, Nov 3, 2014 at 9:29 AM
> Subject: Mom episode 1
> To: Adam Del Deo <██████████████>
>
>
> - Need a great opening title sequence
>
> - Opening title sequence
>
> - Should be at least 84 minutes
>
> - Better balance and rhythm - some scenes feels cut short, other go on
> too long. There need to an elevated approach to this. Currently, feels
> novice at best, not expert.
>
> - tighten up the beginning. Currently it feels like it's a bit of a
> run on sentence in the next pass let's try to make clear distinctions
> from section to section and create some transitional devices. An
> example is the section prior to meeting Sandra Morris for the first
> time. Once we meet Sandra Morris we should turn using transitional
> device to demarcate that we are moving into a new section of the
> story.
>
> (find the timecode parentheses) - We should perhaps use a tape deck
> when we are hearing Steven Avery talk throughout the series. It should
> be a stylized tape deck something that is unique and interesting for
> this project. The first time we should use it is when Steven Avery is
> giving testimony about Sandy Morris. Specifically, when he says he

Confidential     NFXCOL0000208

> says he is upset with her that she was spreading rumors about him.
>
> 8:30 - do we have any great family pictures of the Avery's here? Let's
> make them look like a very happy family.
>
> 11:05 - are there any pictures of Sandy Morris and Susan Dvoreck
> together? This would establish them as very good friends.
>
> 12:00 - perhaps show/cut an intense scene of Stephen being arrested.
>
> Overall note-by using font or other VFX design let's try to identify
> and mark all the various characters, specifically the sheriffs
> department staff.
>
> 19:10 do we have any shots of the town getting rabid about the trial.
> Newspapers, TV clips, or other witnesses separate of the defense
> attorney talking about the town. Better to see than just hear Reesa
> Evans.
>
> 19:35 - Who are the police? The lawyer says that the police told the
> sheriffs county that they have the wrong guy but it's not certain who
> the police are.
>
> 19:47 maybe when we show Gregory ounce picture for the first time we
> juxtapose it next to Steven Avery's. The similar photos-or similar
> likeness of the two individuals-will come across with a strong impact.
>
> 20:30 - we need to make a clear distinction between the Manitowoc
> police department and the sheriffs department. is there a visual aid
> they can help us with this - let's discuss.
>
> 23:04 - cut back to Steven when his dad says "I didn't do it!"
>
> 23:25 - it should hit harder when Steven is convicted to 32 years in
> prison. That should really hit like a ton of bricks.
>
> 29:30 - can we see some of the excepts described in the court of
> appeals. Looks like we showing some of the court of appeals statements
> might make them resonate more.
>
> 32:33 - Gregory Allen "hit" should feel bigger, not subtle.
>
> 32:40 - let show the process, legally, of Steven Avery getting out of
> prison as opposed to just showing him walking out. Let's build up of
> this and instill a little delayed gratification in the release of
> Steven.
>
> 34:20 - let show more verite scenes of Steven went to gets home from
> prison - let this play out more.
>
> 35:05 - do we have anyone separate if Reesa that knew the Sheriff's
> we're pissed that Steven got off.
>
> 36:30 - any footage of shots or documents of Dennis Vogel trying

Confidential                                                                                                         NFXCOL0000209

> Gregory Allen two years before the Penny Beernsten case? We need
> better visuals here when we are hearing vogel had to have known is was
> Allen.
>
> 40:00 - the photos of Steven and his family feel displaced also the
> music Tonally he feels like it's off. Awkward and disjointed scene.
>
> 41:30 - need a graphics sequence here?
>
> 49:30 how do we, the audience, know Coulburn was contacted. Why does
> Colburn even mention it. Did it come up from the person who called
> him? This is confusing.
>
> 55:00 - seems very thin that Colburn not having specific knowledge of
> who called him would be the key to the case. Who called Colburb. No
> email? Not fax? Could they track the call. If you are Colburn, why
> even disclose.
>
> 1:00is there any raw footage of the Stephen A. reinterview that's on
> the news after Teresa Hoback was murdered? Very interesting that
> Steven invites the police into his house without hesitation. Would be
> great to see the raw footage around that if the new station still has
> it.
>
> Music is weak over Teresa Halback's mother. Feel like it would be better.
>
> 1:02/00 - The Halback search feels like it could be more kinetic
>
> 1:09:25 - good card re: The Avery's not allowed to be on their
> property for 8 days.
>
> 1:09:40 better music over this scene
>
>

Confidential NFXCOL0000210