Exhibit 34

| | |
|---|---|
| **From:** | Lisa Nishimura <​███████████████████> |
| **Sent:** | Friday, September 4, 2015 9:40:30 AM |
| **To:** | Benjamin Cotner <​████████████████> |
| **Cc:** | Adam Del Deo <​████████████████> |
| **Subject:** | Re: MAM Final Ep7 |

I agree with all your notes, in particular providing a visual timeline
around the site visit logs of Teresa's Rav 4.

Also question - is it worth investigating and confirming that not only has
the EDTA test not been used since OJ, but ALSO that no court has admitted
this testing methodology SINCE the use here for Steven Avery (Not sure if
it's true - but curious if you feel it is worth making this point).
The episode is for sure a factual slow w/o any singular smoking gun, but
the evidence and testimony is so overwhelmingly disconcerting - that I
believe the additive effect of it all will be powerful in pushing the
narrative forward regarding police bias.
Do you want to put the notes together? I'm not sure if Adam has
connectivity on this flight and doesn't get in until later this afternoon.
Thanks!

On Fri, Sep 4, 2015 at 7:42 AM, Benjamin Cotner <​████████████████> wrote:

> They cut 2-3 minutes out and every little bit helps. This is a bridge
> episode that really covers a lot of the weaker arguments (key falling on
> the floor, police log, access to Clerk's office, EDTA...). So, it is a lot
> of information that is important without any real smoking guns. As a
> result, this is probably the most dry episode. I'm not sure there is any
> getting around it at this point. Here are my few little notes.
>
> 20:20 - Music hear has a distinctly western sound that stands out a little
> bit from the palate of the rest of the film.
> 30:00 - I still think a simple timeline graphic listing the times related
> to the police log would help this scene along a lot. Just listing a) time
> the log was created and time officers arrived and times they departed (or
> claimed they arrived or departed) would help the audience understand why
> all of this matters. Without a timeline putting it into context, it just
> feels speculative and grasping for conspiracy when it really could have
> just been a simple oversight that Lenk didn't sign in.
> 37:00 - Music might be a little bit over the top here.
>
> If you let me know any additional ones I can put it together in a
> document.
>
>
>

--
Lisa Nishimura
VP, Original Documentary & Comedy Programming

████████████████████████████

**Confidential**                                                                  NFXCOL0000288