# Exhibit 35

| | |
|---|---|
| **From:** | Lisa Nishimura (Google Docs) k+ <MTA0NjYxNTU3MzMyMjMwMDI1OTYz-<br>MTA0OTQzODk5MTIyOTc2Nzc1MjQx@docs.google.com> |
| **Sent:** | Sunday, July 5, 2015 7:20:51 PM |
| **To:** | bcotner ▮▮▮▮▮▮▮▮ |
| **Subject:** | WORK IN PROGRESS ... - 22:50 - Is the Griesbach testimony ke... |

---

Lisa Nishimura added a comment to WORK IN PROGRESS - Making a Murderer
Breakdown
(https://docs.google.com/a/netflix.com/presentation/d/1SJPtq2miuPcUCufUD-iDpAVUbJIfdAzKFgzCltczDJw/edit?
disco=AAAAAQ2neCk)
Lisa Nishimura
| 5:55 - What Walter Kelly is saying about the AG's report is very
interesting, but he is very slow and unclear in his diction - probably it
ultimately isn't necessary. It could even be as simple as saying "they felt
like they were talking law enforcement to law enforcement so were fairly
candid."
14:00 - The phone call that Colburn receives and the subsequent flow of
information to other figures in the Sheriff's department is something we
keep going back to throughout the series. It would really…
22:50 - Is the Griesbach testimony key in establishing Vogel as
intentionally crooked. He is more effective IMO in this episode vs. in the
actual historic testimony presented later.
You received this email because you are subscribed to all comments on WORK
IN PROGRESS - Making a Murderer Breakdown.
Change
(https://docs.google.com/comments/u/104661557332230025963/docos/notify?id=AAHRpnXuNE-
eWtYydzyPeEgC_D09N18oQgZBjDbC9DhPN-
9_s_UExtKH58050bXJ7oDWg5wFCBuTF3F2NOW54fc_r42lfzut6Gs5bj_cIhL5EwAuGfCyoB9A&title=WORK+IN+PROGRESS+
-+Making+a+Murderer+Breakdown)
what Google sends you.
You can reply to this email to reply to the comment.

**Confidential**                                                                 NFXCOL0000293