# Exhibit 36

| **From:** | Adam Del Deo <adeldeo@netflix.com> |
|---|---|
| **Sent:** | Thursday, July 16, 2015 6:42:02 PM |
| **To:** | Lisa Nishimura <lnishimura@netflix.com> |
| **Cc:** | Benjamin Cotner <bcotner@netflix.com> |
| **Subject:** | Fwd: MOM - 8-9-10 comments |

---------- Forwarded message ----------
From: Adam Del Deo <adeldeo@netflix.com>
Date: Thu, Jul 16, 2015 at 6:39 PM
Subject: MOM - 8-9-10 comments
To: Benjamin Cotner <bcotner@netflix.com>

Episode 8

-

Jerry Butting doing a contextual summary, after Kratz opening remarks, feels forced when providing. Cut this interview.

-

If we know the verdict is going to be read, do we need to see people reporters running into the court. Feels redundant. use one or the other.

-

The reading of Steven's guilty verdict feels slow and anti-climatic. The non-musical and low key nature of it currently is too subtle and not impactful enough.

-

After the verdict, the press conference really drags on as well we as Jerry's conversation with w/ Steven's parents.

-

"These Sleazy Bastards get away with it ' - Civil Rights Lawyer says this but it feels very subjective. Consider losing.

-

MUSIC DOESN'T WORK
-
GOOD RUNNING TIME

Episode 9

-

Use the time line graphic with Brendan tape playback - this can establish one of the different timelines.

-

Brendan's attorney is good examining the investigator - poking at the recollection works well.

-

Confidential

NFXCOL0000244

Why didn't Brendan Dassey's mom take the stand and tell the jury she
wasn't allowed to sit with Brendan.
-

Strong Editing in the Kaley Dassey courtroom scene. The cut aways to
news footage showing the specifics of the murder work well.
-

Graphic when Brendan is describing where everyone lives might work well.
-
Also, TIME LINE that Brendan maps out is very important to add when
Brendan is on the stand explaining what he does when he arrives home from
school.
-
NEED A GOOD GRAPHIC THAT CAN SHOW THE RASHOMON TIME LINES
-
KISS THE GIRLS descriptions of murdering - does it match with Brendan's
testimony. Also, separate of the writing in Kiss the Girls are there
images. Let's discuss.
-
Add suspense music when everyone is scrambling to get into courtroom to
hear verdict (a la INSIDER score when Jeffery Wigan is deciding to
testify).
-
Andy Colburn is there, again? Maybe worth ID'ing him.
-
Was this trial held given that is was a Madison Jury?
-
Add a suspense beat and ID Tag "Sentencing" just so they are clear

Episode 10

-

What's the Kratz letter say? Tough to say.
-
Lose Pete Baetz in Episode 10? Also, lose Pete Baetz overall.
-
Cut or trim current girlfriend, Sandy, and his mother. Too slow so look
to trim if possible.
-

Also, the subsequent scene w/ Steven's girlfriend only we could probably
lose as well.
-

53 Min in - the slack key guitar needs to be replaced. Sooo sleepy.
Totally not right.

**Confidential**                                                                                      NFXCOL0000245