Exhibit 37

Hi Lisa,

Thank you for visiting FFI this past Wednesday to discuss the status and action steps going forward for "Making A Murderer."  The meeting was very informative & helpful, and this email is intended to recap our discussion:

1.  There will be eight (8) episodes between 45 - 60 minutes in length, with most anticipated to run approx. 60 minutes. Correct

2.  All 8 episodes currently have written outlines, which have been approved by Netflix. Correct

3.  Episodes 1 through 3 are at what we might call the "director's cut" stage, without having any post done. Correct

4.  While no additional photography is absolutely necessary, the directors wish to shoot some more establishing-type footage and other embellishments.  If there are material developments in the case, it would also be desirable to shoot additional footage depicting those events.  You will discuss the shooting plans with the directors and let us know what the current plans are. Correct.  Shooting schedule attached as tab in the excel schedule workbook provided. As is typical, these dates are not absolute and subject to change.

5.  Netflix has screened the "cuts" of Episodes 1 - 3, but has not provided notes yet. Correct

6.  Netflix asked if it would be possible to see all the cuts firsts, i.e.episodes 1 through 8, prior to providing notes.  You let them know that this will not be possible due to the demands of the post process. Correct

7.  Episodes 4 - 6 have "sketches" done, which are essentially "arcs" consisting of approximately fifteen minutes of assembled footage. Episodes 4 & 5 have sketches

8.  Episodes 7 & 8 just have approved written outlines at this time.
Episodes 6,7 & 8 have approved written outlines

9.  Since Netflix will provide notes on the cuts of each episode, the timely delivery of the episodes to Netflix for review - - - and the prompt return of notes to the directors from Netflix - - -  will need to be carefully coordinated.  This needs to flow properly in order for the post process to stay on schedule and all parties must work together to make this happen. Correct

10.  Netflix has final cut. Correct

11.      All footage to date has been shot on HD or SD.  The original footage has been vaulted in a lab in New York.  There is a copy of all the footage at the director's house / cutting room.  There is a second copy of all footage at your house.  I suggested moving the copy at your house to Foto-Kem in Los Angeles.
Master Tapes are stored in NY at Moira Demo's sisters home.  Duplicate tapes are at the Synthesis offices.  We have 3 copies of all digital files, (captured SD footage, HD footage, audio files, graphics etc).  2 copies are at Synthesis office, 1 copy is Lisa Dennis's residence.  One of the copies at the Synthesis office is intended to go to Fotokem.

12.  The directors have a duplex with the cutting room in the back.  There is a server and four or five workstations.  This is where editorial will take place. Correct

13.  I suggested that RC Baral (Leah Holmes) be engaged for post accounting.  You mentioned that very few checks will need to be cut, but I would like to see the spreadsheet budget put into a more standardized format with cost reports generated by Leah.  You'll contact Leah to discuss. I'm in discussion with Joel Baral regarding taking on the series.  We will be forwarding the budget to him for review.

14.  Ron Levin is doing production legal, with his fee capped.  You'll break out the other legal estimates in your next pass of the budget. Correct.  While a copy of the budget is attached it has not been updated to reflect the changes we discussed.  We will resend a revised budget after RC Baral does their review.

15.  Episodes 1 & 2 are considered the pilot, and assembled together.  There will be a total of seven (7) "projects" or EDL lists generated.  I let you know that we'll want to have those EDL lists backed up daily off-site and have access to them. Correct and agreed to.

16.  You've received a relatively brief delivery schedule from Netflix (that is lengthy in terms of the tech specs).  Greg Trattner suggested that you provide that to us for review, since we wish to confirm the Netflix deliverables and that might serve as a good

Confidential

NFXCOL0000138

basis. Correct, and attached. The attached delivery schedule and delivery specs. were provided to me by Netflix on Monday, April 21. Netflix has not provided a standards and practice document.

17. During our meeting you provided some updated materials to me. Please forward them to me by email as well so I have them digitally. You will send the "expanded" post schedule, proposed shooting schedule, and revised insurance quote or docs you've received based on our requirements. Correct, and attached.

18. We need to further discuss our insurance requirements and how they pertain to this project type. Agreed

19. You'll provide the Wildfire (sound) and Foto-Kem bids that you've received. Correct, and attached.

20. You believe that life-rights agreements for the two principal subjects of this documentary have been drafted and will be signed. You let me know that the courtroom footage from the video tap shot by the directors that will be included in the series was deemed to be public domain by the Judge. It was shared with news outlets. You'll review the footage to determine if any third-party footage needs to be licensed. Frank: It remains to be seen whether we will rely at all on Fair Use. If so, we have a list of attorneys who've been approved by the E&O underwriter for projects that rely to some extent on Fair Use. And to the extent necessary pursuant to the licensing agreement, the attorney will provide a Fair Use opinion letter. (Mind you, Ron and one of the clearance attorneys with whom Laura spoke said the Fair Use opinion letter on top of the E&O policy is a "belt and suspenders" approach).

Please see attached document listing Available Documenting Rights and Clearances and an explanation of Protection from Interference by Third Parties

Lisa, I believe the above summarizes what we discussed fairly completely and accurately. Please let me know if you suggest any changes, corrections or additions. I am really looking forward to working with you on this exciting project. At a certain point, we'll schedule a follow-up meeting that with you, Laura & Moira to further discuss. Please let me know if Greg or I can be of any assistance as we move forward.

Best,

Frank

Frank Isaac
SVP Production
9000 Sunset Bl
Los Angeles, CA 90069
310-275-7323
frank.isaac@ffi.com

Confidential

NFXCOL0000139