# Exhibit 39

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF WISCONSIN
 3               MILWAUKEE DIVISION
 4
 5   ANDREW L. COLBORN,           )
                                  )
 6             Plaintiff,         )
                                  )
 7        vs.                     )   No. 19-CV-484
                                  )
 8   NETFLIX, INC., CHROME        )
     MEDIA, LLC, f/k/a            )
 9   SYNTHESIS FILMS, LLC,        )
     LAURA RICCIARDI, and         )
10   MOIRA DEMOS,                 )
                                  )
11             Defendants.        )
     ------------------------     )
12
13
14       * * * C O N F I D E N T I A L * * *
15
16                June 30, 2022
17                 10:40 a.m.
18
19        Deposition of MARY MANHARDT, held at
20   the offices of Veritext, 7 Times Square, New
21   York, New York, pursuant to subpoena and
22   notice, before Laurie A. Collins, a Registered
23   Professional Reporter and Notary Public of the
24   State of New York.
25
```

Brown & Jones Reporting 414-224-9533
A Veritext Company www.veritext.com
Case 1:19-cv-00484-BHL Filed 09/16/22 Page 2 of 4 Document 279-39

1   to Miles scanning the 2007-'15 SA case file pulls
2   for you.
3           Do you see that?
4       A.  Yes.
5       Q.  Was it your understanding that was a        03:10:40
6   reference to the civil case file materials?
7           MR. VICK:  Objection, lacks foundation,
8       calls for speculation.
9       A.  I have no idea.  But, again, because
10  this is -- it might have been any, I don't know,   03:10:56
11  post-conviction stuff.  I really don't have a
12  clue.  But it was for 8 that became 10.
13      Q.  I'm just trying to figure out how much
14  of the various court file materials you reviewed
15  with respect to the various cases.                 03:11:21
16          What do you recall -- strike that.
17          Do you recall having, for example, for
18  the Avery civil case access at any time to all of
19  the case file materials that were obtained from
20  the civil case clerk?                              03:11:36
21      A.  No.  If I were to go through all that
22  stuff, we'd still be editing.  It was -- it was --
23  that is outside the editor's purview.  I will say,
24  however, that when -- any time I had a question
25  about chronology, Laura brought in all the         03:11:55

Brown & Jones Reporting                414-224-9533
A Veritext Company                     www.veritext.com
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 3 of 4   Document 279-39

```
 1                  C E R T I F I C A T E
 2    STATE OF NEW YORK      )
 3                           : ss.
 4    COUNTY OF NEW YORK     )
 5
 6            I, LAURIE A. COLLINS, a Registered
 7       Professional Reporter and Notary Public
 8       within and for the State of New York, do
 9       hereby certify:
10            That MARY MANHARDT, the witness whose
11       deposition is hereinbefore set forth, was
12       duly sworn by me and that such deposition
13       is a true record of the testimony given by
14       the witness.
15            I further certify that I am not
16       related to any of the parties to this
17       action by blood or marriage and that I am
18       in no way interested in the outcome of this
19       matter.
20            IN WITNESS WHEREOF, I have hereunto
21       set my hand this 13th day of July 2022.
22
23                              [signature]
24                           LAURIE A. COLLINS, RPR
25
```

Brown & Jones Reporting                414-224-9533
A Veritext Company                     www.veritext.com
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 4 of 4   Document 279-39