Exhibit 40

```
 1              UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF WISCONSIN
 2   ------------------------------------------------------

 3   ANDREW COLBORN,

 4           Plaintiff,     CIVIL ACTION NO. 19-CV-0484

 5        -vs-

 6   NETFLIX, INC., ET AL,    ***CONFIDENTIAL***

 7           Defendants.

 8   ------------------------------------------------------

 9   DEPOSITION OF:  BRENDA SCHULER

10   DATE:             May 20, 2022

11   TIME:             8:39 a.m. to 4:57 p.m.

12   LOCATION:         Godfrey & Kahn, S.C.
                       833 East Michigan Street
13                     Suite 1800
                       Milwaukee, Wisconsin  53202
14
     REPORTED BY:    Janet D. Larsen, RPR
15

16

17

18

19

20

21

22

23

24

25
```

1   A.   I do.

2   Q.   And you believe Brendan Dassey is a guilty man?

3   A.   A different capacity but, yes.

4   Q.   And you believe that Mr. Colborn is an innocent

5        man and that he did not plant evidence to frame

6        them; correct?

7   A.   Correct.

8   Q.   And you think that Making a Murderer and Kathleen

9        Zellner and Strange and Buting and Mr. Ferak have

10       all defamed Mr. Colborn; correct?

11  A.   Some more than others, yes.

12            MS. BARKER:   Object to foundation.

13  Q.   And you've said all these things pretty publicly,

14       including on Twitter; correct?

15  A.   Yes, yes.

16  Q.   And I believe you've testified that you're able to

17       create a fair and accurate and transparent

18       documentary despite your personal beliefs;

19       correct?

20  A.   Yes, yes.

21  Q.   And despite what I think we could call a pretty

22       clear bias, you believe Convicting a Murderer will

23       be fair and accurate and transparent?

24  A.   I do, I do.

25  Q.   And you would agree with me that a person's biases

1      or preconceived notions don't necessarily make a

2      documentary unfair; correct?

3              MS. BARKER:  Object as to foundation.

4      Incomplete hypothetical.

5  A.  Could you say that again?

6              MS. WALKER:  Can you read it back?

7  A.  I just want to think about it.  I want to think

8      about that for a second, how you said that.

9              (Question read)

10  A.  No.  I, I --

11              MS. BARKER:  Objection.

12  A.  I agree.

13  Q.  You agree?

14  A.  I agree that that doesn't make it unfair because

15      they have a bias, no.

16  Q.  Correct.  And I think you'll agree with me that

17      there's nothing unethical or irresponsible about

18      making a documentary that has a point of view or a

19      protagonist; do you agree?

20  A.  I agree.

21              MR. KURTZ:  Same objection.

22  Q.  Do you think there's anything unethical about a

23      documentary that tries to persuade viewers to come

24      to a certain conclusion?

25  A.  It depends.

 1      but it just takes me a minute to confirm that I

 2      could skip.

 3  A.  Sure.

 4  Q.  Let me ask you if you're worried about a

 5      defamation suit being filed against you when the

 6      documentary comes out by Kathleen Zellner, by the

 7      filmmakers of Making a Murderer, by Attorneys

 8      Buting and Strang.  Is that something you, that

 9      keeps you up at night?

10  A.  No.

11  Q.  And why not?

12  A.  Because I'm not doing anything to defame them.

13      I'm not saying anything about them that isn't

14      factual, that I can't support.

15  Q.  And so I'm going to ask you a series of questions.

16  A.  Sure.

17  Q.  I think I know the answer to all of them, but I

18      just want to get it on the record.

19  A.  Sure.

20  Q.  So given what you just said, you would agree that

21      even though Convicting a Murderer may ultimately

22      take a side, that that's not grounds for a

23      lawsuit?

24          MR. KURTZ:  Objection.  Incomplete

25      hypothetical.

```
 1                    MS. BARKER:  Object.

 2                    MR. KURTZ:  Vague.

 3                    MS. BARKER:  Objection.  Calls for a

 4          legal conclusion.

 5     A.   Okay.

 6     Q.   You can answer if you understand the question.

 7     A.   I'm so bad at remembering these --

 8                    MS. WALKER:  Can you read it back.

 9     A.   -- when they object.  Sorry.

10                    (Question read)

11     A.   Agree.

12                    MS. BARKER:  Same objection.

13     Q.   Just because it's dramatic or suspenseful or has

14          cliffhangers or has music, that's not grounds for

15          a lawsuit?

16     A.   Agreed.

17                    MS. BARKER:  Same objection.

18     Q.   Just because it strives to not only inform, but to

19          entertain and engage, that's not grounds for a

20          lawsuit?

21                    MS. BARKER:  Same objection.

22     A.   That's hard to answer because it depends on what

23          you're doing to entertain the viewer, if it's

24          accurate.

25     Q.   I can rephrase.
```

1    STATE OF WISCONSIN)

2    MILWAUKEE COUNTY  )

3                    I, JANET D. LARSEN, a Notary Public in

4    and for the State of Wisconsin, do hereby certify that

5    the deposition of BRENDA SCHULER was taken before me

6    under and pursuant to the Federal Rules of Civil

7    Procedure on the 20th day of May, 2022.

8                    That before said witness testified,

9    she was first duly sworn by me to testify the truth.

10                   That I am not a relative or employee or

11   attorney or counsel of any of the parties, or a

12   relative or employee of such attorney or counsel, or

13   financially interested directly or indirectly in this

14   action.

15                   That the foregoing pages are a true and

16   correct transcription of my original shorthand notes

17   taken at said time and place.

18

19                   Dated this 24th day of May, 2022
                     at Milwaukee, Wisconsin.
20

21                   _Janet Donaldson Larsen_____

22                   JANET DONALDSON LARSEN
                     REGISTERED PROFESSIONAL REPORTER
                     NOTARY PUBLIC, STATE OF WISCONSIN
23                   MY COMMISSION EXPIRES 1-22-26

24

25