# Exhibit 41

This exhibit has been filed under restriction.