# Exhibit 42

This exhibit has been filed under restriction.