# Exhibit 43

This exhibit has been filed under restriction.