# Exhibit 44

12/18/2018
Participants: +19207130434 Brenda Schuler; +19209737425 Lt ALC;
andrewcolborn@co.manitowoc.wi.us Lt ALC

**+19209737425 Lt ALC**

Brenda, I gave my old attorney hard copy of every article Ferak wrote about me. They are all in that box I turned over to you after she was elected as a judge. Maybe we can meet some time soon and give me those which I will then turn over to Mike. Those and what you find on the internet should certainly give mike plenty of evidence. Also I know he likes to bash MTSO and me on twitter if you have any of those.

12/18/2018 7:39:06 AM(UTC-6)

**+19207130434 Brenda Schuler**

Oh yes. I'll collect those too

12/18/2018 7:39:33 AM(UTC-6)

**+19209737425 Lt ALC**

I sent this because I see mike is asking u about that on email today. You have all those hard copies right??

12/18/2018 7:40:13 AM(UTC-6)

**+19207130434 Brenda Schuler**

No. I shredded them. Jk. Of course you silly guy. They are all nice and best in binders for you. 😘

12/18/2018 7:47:16 AM(UTC-6)

**+19207130434 Brenda Schuler**

I'm going to visit Candy next week. Is that soon enough?

12/18/2018 7:48:13 AM(UTC-6)

**+19209737425 Lt ALC**

Yes. Tuesday the 25th and Thur the 27th next week for sure right now. Breakfast or lunch is on me. My kids will be here until the am of the 26. You let me know what works

12/18/2018 7:52:41 AM(UTC-6)

**+19209737425 Lt ALC**

Otherwise starting on the 28th I am off for 5 days. If that helps. Friday the 28th or after works for me if it does for you

12/18/2018 7:56:05 AM(UTC-6)

Attorneys' Eyes Only

COLBTXTS_0006758

**+19207130434 Brenda Schuler**

> Friday the 28th, maybe we can all go to dinner again? Is that soon enough to get that to mike? I can send him pics in the meantime

12/18/2018 8:28:01 AM(UTC-6)

**+19209737425 Lt ALC**

> Let's plan on it. Between the links and pics you send I am in hopes that will be sufficient until then. Ferak has a lot of his crap on line.

12/18/2018 8:29:55 AM(UTC-6)

**+19207130434 Brenda Schuler**

> I have it down. I sent a note to Tom and Kathy too.

12/18/2018 8:30:46 AM(UTC-6)

**+19207130434 Brenda Schuler**

> Brad and I are open. So plan on ya 4 at least that night. We will come to you tho

12/18/2018 8:31:15 AM(UTC-6)

**+19209737425 Lt ALC**

> Sounds great!!!

12/18/2018 8:31:15 AM(UTC-6)

**+19209737425 Lt ALC**

> Have you seen Butings tweet??? I haven't but I would guess he wasn't very supportive or did he back off??

12/18/2018 11:45:13 AM(UTC-6)

**+19209737425 Lt ALC**

> I wonder if Ferak knows what's coming. If he does he will be yanking stuff down so I am glad we have hardcopy

12/18/2018 11:46:32 AM(UTC-6)

Attorneys' Eyes Only                                                                                                   COLBTXTS_0006759

+19207130434 Brenda Schuler



__Library_SMS_Attach_1_fc_12_83D3FC_1_IMG_4043.jpeg

12/18/2018 1:10:29 PM(UTC-6)

Attorneys' Eyes Only                                                                                                                          COLBTXTS_0006760

**+19209737425 Lt ALC**

Defiantly non supportive the tool. I wish we hold him accountable for his lies. That guy is a d-ckhead!!!

12/18/2018 1:16:02 PM(UTC-6)

**+19207130434 Brenda Schuler**

As bad as Ferhack

12/18/2018 1:16:25 PM(UTC-6)

**+19209737425 Lt ALC**

Two peas in the same pod for sure. Lol

12/18/2018 1:17:28 PM(UTC-6)

**+19209737425 Lt ALC**

The pastor of my church and pretty much everyone who was at our voters meeting tonight wanted me to tell you how much they support our decision to do this and the pastor told me we will all be in his prayers. Thought you would like to know that Brenda. 😊

12/18/2018 8:10:34 PM(UTC-6)

**+19207130434 Brenda Schuler**

Aww. Thanks so much. That is wonderful to hear

12/18/2018 8:30:54 PM(UTC-6)

**+19209737425 Lt ALC**

You betcha. Nice to have the support of a church and people seem happy about what we are doing. Shawn sent me this text:

12/18/2018 8:33:51 PM(UTC-6)

**+19209737425 Lt ALC**

Coverage seems pretty straight forward and even right now.

12/18/2018 8:34:10 PM(UTC-6)

**+19209737425 Lt ALC**

He seem at least objective now. That's better news!!

12/18/2018 8:34:50 PM(UTC-6)

Attorneys' Eyes Only                                                                                                     COLBTXTS_0006761

**+19207130434 Brenda Schuler**

Hey. Quick question. This shows that you had off on the 4,5,6 of oct. You didn't work Friday but were called in sat and sun. Is this the schedule and it doesn't get updated since it's just a schedule? Any variances to that would just show on a time sheet such as being called in on sat/sun?

[__Library_SMS_Attach_1_34_04_A04688_1_FullSi_1.jpg](#)

12/18/2018 8:37:03 PM(UTC-6)

**+19207130434 Brenda Schuler**

That stupid ass Andy/Rookie thinks he's so smart by pretending this schedule doesn't match your testimony.

12/18/2018 8:41:10 PM(UTC-6)

**+19209737425 Lt ALC**

That schedule should be for November not October I had to fill out a two week time card as well. You have that time card in all that stuff I gave you from my attorney. It also shows I was off 456 of November and I wrote in my time for 5 and 6 when I worked on scheduled days off.

12/18/2018 8:43:15 PM(UTC-6)

**+19207130434 Brenda Schuler**

exactly what I thought. Thanks much!

12/18/2018 8:45:11 PM(UTC-6)

**+19209737425 Lt ALC**

U betcha. Those are only the schedules so you know when your working and when your off. Deputies filled out a time card daily. Sgt and above filled out a two week time card that would encompass the entire two week pay period.

12/18/2018 8:47:43 PM(UTC-6)

Attorneys' Eyes Only

COLBTXTS_0006762

**+19207130434 Brenda Schuler**

> Fools.

12/18/2018 8:48:15 PM(UTC-6)

**+19209737425 Lt ALC**

They just keep giving us more evidence to use.

12/18/2018 8:49:07 PM(UTC-6)

**+19207130434 Brenda Schuler**

> Shawn sent you this: Coverage seems pretty straight forward and even right now ??

12/18/2018 9:01:34 PM(UTC-6)

**+19207130434 Brenda Schuler**

> Out of the blue? I'm hoping he calls you. I think he feels better knowing you're still in.

12/18/2018 9:02:03 PM(UTC-6)

Attorneys' Eyes Only

COLBTXTS_0006763