# Exhibit 45

**To:** Barb[███████████████]
**From:** andy colborn
**Sent:** Tue 11/20/2018 11:41:30 AM
**Subject:** Fwd: Netflix case

Sent from my iPhone

Begin forwarded message:

> **From:** John Mayer <███████████████>
> **Date:** November 20, 2018 at 1:31:32 PM CST
> **To:** Michael Griesbach <███████████████>
> **Cc:** andy colborn <███████████████>
> **Subject: RE: Netflix case**
>
> Funding this lawsuit is a real obstacle – so I do not wish to pretend otherwise . I want to be clear so no one is hurt because of dashed expectations etc ; I am willing to sacrifice my time , but fronting the costs is not something I am crazy about . Frankly neither are my partners . None of us have any idea how far this case will go and what it will take other than to say the potential costs are enormous . So I think we get it filed and see what kind of response we get . I would be surprised if the defense did anything other than send the message that they are digging in . I am very skeptical of the idea that any meaningful response will be made . As a person that has defended many hundreds of cases I think I am in a decent position to offer some prognostication . This case isn't like a personal injury case where an insurer knows it will likely pay ,so they should try to save defense costs by getting it done early . In addition you have a wide variety of other factors at play here . I hope I am surprised , I would love to be wrong on this issue !
>
> Anyway , the point is that I want to be able to preserve my option to get out at anytime I feel for whatever reason , if continuing to prosecute the case poses a problem in my mind then I want to be free to say I am done . So the agreement we sign will have appropriate language . I have already had questions from my partners about the costs involved . If we cant get funding for a significant portion of our costs , then the future of this lawsuit is at stake . I am willing to put my time and energy in , and I would probably put some costs in , but this is a David vs Goliath battle and anyone that represents or fights institutional clients knows they can outspend us many times over ,and that if they believe this is what they need to do , they will likely do it . I doubt that Netflix would think 500k or a mil is a big deal for defense costs. What we are doing is going to go to the heart of what they do , so they will do what they need to do to preserve their stream of income . Our big card to play is the venue in Wisconsin . Perhaps I am repeating myself , but that's better than wondering if I was clear . thx ,john
>
> **From:** Michael Griesbach <███████████████>
> **Sent:** Tuesday, November 20, 2018 12:59 PM
> **To:** John Mayer <███████████████>
> **Cc:** andy colborn <███████████████>
> **Subject:** Re: Netflix case
>
> John,

COLBORN-004486

See this for the complete trial transcript: http://www.stevenaverycase.org/
There's more excellent info here: http://www.stevenaverycase.org/links/

The MAM transcripts were also online when I wrote my book but I can't find them. They may have been removed.
Andy, I'm sure Brenda will have them ... could you ask her to forward them to you and then you send them to both me and John.

John,
I think you've hit the nail on the head re our problem on the defamation claim and how to surmount it. Even if the def claim is bounced on summary judgment, I don't see how the negligence and infliction of emotional distress would not survive.

I posted this a while back on reddit. It's what we will Here by the wayhttps://old.reddit.com/r/MakingaMurderer/comments/9uosss/laura_ricciardis_interesting_word_choice_in_the/

> On Tue, Nov 20, 2018 at 12:20 PM John Mayer <███████████> wrote:
> Can anyone get me a trial transcript ? I also need Depo transcripts and a transcript of the MAM film .

-----Original Message-----
From: andy colborn <███████████>
Sent: Tuesday, November 20, 2018 9:40 AM
To: ███griesbach███████; John Mayer <███████████>
Subject: Netflix case

Gentlemen, I did some research ref my transcript and video recording of my deposition in the Avery civil case against Manitowoc County. Those are NOT available on line in their entirety. They available to any attorney doing litigation on my behalf I believe free of charge from a company called Magne-Script, contact person Jeff Joseph at 414-362-5450 email: MagneScript@gmail.com  They are available to the general public for purchase as well. USA Today reporter John Ferak did buy them all but only put 5minutes of my testimony on line designed to show me in the worst possible light.

Speaking of John Ferak, would you both consider making him part of the civil conspiracy??? He also knows what he printed in the Post Crescent and the USA Today as well as his current paper, the Joliet Patch was and is false yet he continues to do it. He has now written a biography of Kathleen Zellner titles Wrecking Crew. If you google my name hundreds of entirely false and/or negative articles about me comes up. Despite numerous contacts with his employer they continued to say that Making a Murderer and the Avery Case belonged to John Ferak, and clearly he is working with MAM and the Averys. He was on scene several times during the filming of MAM and is clearly assisting in any way he or his paper can.

Sent from my iPhone


--

**Atty Michael C Griesbach**

███████

COLBORN-004487

The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it. Additionally, to ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein. Thank you for your cooperation.

COLBORN-004488