# Exhibit 46

**To:** Brenda Schuler[█████████████]
**From:** andy colborn
**Sent:** Wed 12/12/2018 7:01:30 AM
**Subject:** Fwd: Re:

This is what I sent to mike this am. I hope I didn't tick him off but Ferak has to be held responsible

Sent from my iPhone

Begin forwarded message:

> **From:** █████████████
> **Date:** December 12, 2018 at 8:52:11 AM CST
> **To:** Michael Griesbach <████████████████>
> **Subject: Re:**
>
> I was promoted from Deputy to Sergeant in 2003. I was a Sergeant until 2011 when I was promoted to Detective Lieutenant. Mike, we gotta talk about Ferak. This just isn't going to work unless we include Ferak and his publisher right away. I will defer to you on Gannett but we can't do this without including Ferak and his publisher.
>
> Sent from my iPhone
>
> On Dec 12, 2018, at 8:45 AM, Michael Griesbach <████████████████> wrote:
>
>> Could you give me the dates you worked as a patrol sargeant at MTSO? If not the months, at least the years. Thank you..
>
> --
>
> **Atty Michael C Griesbach**
>
> █████████
>
> ████████████████
>
> The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it. Additionally, to ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein. Thank you for your cooperation.