# Exhibit 47

| To: | Michael Griesbach[▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮] |
|---|---|
| From: | andy colborn |
| Sent: | Tue 1/8/2019 10:08:37 AM |

**Redacted**

On Jan 8, 2019, at 11:39 AM, Michael Griesbach <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮> wrote:

> We've talked about it... Andy, me, and another lawyer who was almost on board a month ago. I'd love to sue Buting, but it's a very bad idea strategically, even though it would defeat federal jurisdiction. Can't further explain now.

On Tue, Jan 8, 2019 at 10:36 AM Brenda Schuler <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮> wrote:

>  I wish we could sue his slandering ass too.

Sent from my iPhone

On Jan 8, 2019, at 10:19 AM, Michael Griesbach <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮> wrote:

> Yeah, he's an asshole. More of the same, but we should keep track of whatever is said about our lawsuit by Buting, Zellner, and RandD. Andy, Brenda and I will handle this, you don't need more of this bullshit ... you've had enough.

On Tue, Jan 8, 2019 at 8:29 AM Brenda Schuler <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮> wrote:

> Until I can get this to download and email it to you, I'll give you the gist but it's the same old same old.
>  He says it's frivolous. That Mike has never done a civil case and the reason he probably went with you is because possibly other attorneys turned Andy down.

He states that making a murderer is really just regurgitating what the defense did and and Andy and Jim were already under the microscope back during the trial days.

He also said that discovery and depositions put open up a lot more information but they didn't have access to.

He brought up the license plates and a couple other things, so basically supporting that Andy did plant evidence.

That's as far as I got before I stopped listening, but I did notice that he really seem to be

Work Product                                    Attorney Client                                    COLBORN-004611

thinking about what he was saying before he said but he was clearly defending the filmmakers and Netflix saying basically they just shared the information.

I feel like these people are all completely ignoring the fact that there was this egregious editing and it just makes me believe that no one really has any idea how much editing, deceptive editing, was done. That's where I get excited about it, because will be able to show any major detail all of the edits that they did and it will be pretty clear that it was deceptive, intentional, and malicious.

Mike and Andy, I'm going to send you some examples just some copy and paste to give you guys an idea of what they did. I'll send in a separate email

Sent from my iPhone

On Jan 8, 2019, at 7:21 AM, Michael Griesbach <███████████████> wrote:

> Andy sent me a link to an interview Buting did about our lawsuit, but I could'nt get the audio to work even though I downloaded Adobe Flash. I tried finding it somewhere else online w/o luck. Any other source that either of you can think of? If not, does anyone know what he said?
> Mike
> --

**Atty Michael C Griesbach**

███████████

███████████████

The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it.   Additionally, to ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein.  Thank you for your cooperation.

--

**Atty Michael C Griesbach**

███████████

███████████████

Work Product    Attorney Client    COLBORN-004612

The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the
 attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is
 unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or
 copy it. Please reply to the sender that you have received the message in error, then delete it.
 Additionally, to ensure compliance with requirements imposed by the Internal Revenue Service, we
 inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-
 mail, including any attachments, was not intended or written to be used, and cannot be used, by any
 person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue
 Service, or (ii) promoting, marketing or recommending to another person any tax-related matter
 addressed herein.  Thank you for your cooperation.


--

**Atty Michael C Griesbach**



The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the
 attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this
 message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that
 you have received the message in error, then delete it.   Additionally, to ensure compliance with requirements
 imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax
 advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be
 used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue
 Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein.
 Thank you for your cooperation.

Work Product                                    Attorney Client                                    COLBORN-004613