

355 South Grand Avenue, Suite 2450 | Los Angeles, CA 90071 | T 310.870.7048 | F 310.870.7010 | JASSYVICK.COM

Kevin L. Vick
kvick@jassyvick.com

September 16, 2022

<u>Via CM / ECF</u>

Hon. Brett H. Ludwig, United States District Judge
U.S. District Court for the Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

      Re:    **Restricted Exhibits to Declaration of Moira Demos In Support of Motion for Summary Judgment of Defendants Chrome Media, LLC f/k/a Synthesis Films, LLC, Laura Ricciardi and Moira Demos,** *Colborn v. Netflix, Inc. et al.*, **Case No. 19-CV-484**

Hon. Brett H. Ludwig:

    Defendants Chrome Media, LLC f/k/a Synthesis Films, LLC, Laura Ricciardi, and Moira Demos (collectively, the "Producer Defendants") respectfully submit this letter in support of the Motion to Restrict, Docket. No. 281, and Restricted Exhibits to Declaration of Moira Demos in Support of Producer Defendants' Motion for Summary Judgment, Docket No. 282.

    The Restricted Exhibits 1 through 32 are video files on a USB drive. The USB drive will be delivered in a sealed envelope via Federal Express on Monday, September 19, 2022.

                                                               Sincerely,

                                                              Kevin L. Vick
                                                             JASSY VICK CAROLAN LLP