# EXHIBIT 3

**FILED RESTRICTED**

**with the Clerk of the Court**

**Exhibit 3** to Declaration of Moira Demos in support of Producer Defendants' Motion for Summary Judgment