# EXHIBIT 11

### FILED RESTRICTED
### with the Clerk of the Court

**Exhibit 11** to Declaration of Moira Demos in support of Producer Defendants' Motion for Summary Judgment