# EXHIBIT 20

## FILED RESTRICTED
## with the Clerk of the Court

**Exhibit 20** to Declaration of Moira Demos in support of Producer Defendants' Motion for Summary Judgment