# EXHIBIT 25

**FILED RESTRICTED**

**with the Clerk of the Court**

**Exhibit 25** to Declaration of Moira Demos in support of Producer Defendants' Motion for Summary Judgment