# EXHIBIT 26

## FILED RESTRICTED
## with the Clerk of the Court

**Exhibit 26** to Declaration of Moira Demos in support of Producer Defendants' Motion for Summary Judgment