IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ANDREW L. COLBORN,

        Plaintiff,

vs.

NETFLIX, INC.,
CHROME MEDIA, LLC, f/k/a
SYNTHESIS FILMS, LLC,
LAURA RICCIARDI, and
MOIRA DEMOS,

        Defendants.

Case No. 19-CV-484

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that the Plaintiff, by and through his undersigned counsel, hereby moves the Court for partial summary judgment pursuant to Federal Rule of Civil Procedure 56 as to the issues and on the grounds set forth in the brief submitted herewith.

Dated this 16th day of September, 2022.

/s/ April Rockstead Barker
April Rockstead Barker
State Bar No. 1026163
Mailing address: 525 N. Lincoln Ave.
Beaver Dam, WI 53916
(920) 887-0387
(262) 666-6483 (facsimile)
aprilrbarker@rocksteadlaw.com

**Co-counsel:**
R. George Burnett
State Bar No. 1005964
2331 S. Adams St.
Green Bay, WI 54301
Phone: (920) 437-0476
Fax: (920) 437-2868