1    A. I -- I don't really recall any specific
2 questions. I mean, my recollection is, whether it
3 was towards the start of the meeting or the end, they
4 made it clear that they were interested and were
5 going to prepare an offer. So I might have just been
6 excited about that and can't remember the rest of it.
7    I'm sure there was some discussion about
8 the budget, about, you know, the status, like, how
9 much more filming is there. Things like -- some
10 practical stuff. Maybe they wanted to get to know us
11 better, but I -- so I would be guessing in any
12 specifics.
13    Q. Was it your understanding that if
14 Netflix signed on to the project that it would be one
15 of the first docuseries to be broadcast on Netflix?
16    A. Yes. At that point there weren't any --
17 in fact, there wasn't an Original Doc division yet.
18 So yeah, we were meeting at a pretty early stage in
19 the development of that company.
20    Q. Do you remember any discussion as far as
21 direction that -- or ideas that Netflix had that were
22 different from what you envisioned from the series at
23 that time?
24    A. No.
25    Q. And just to kind of cut to the chase a

**EXHIBIT 1**

1 little bit, it seemed like there was a fairly
2 significant period of time between when you had the
3 initial meeting with Netflix and when a contract was
4 ultimately entered into. Is that accurate?
5     A.  Yes.
6     Q.  Okay. And so during that time period
7 which -- let me back up.
8         When do you recall the initial meeting
9 approximately being with Netflix and Ms. Nishimura?
10    A.  What -- yeah, I mean, it was 2013. I
11 would say late spring, early summer.
12    Q.  And then, ultimately -- and we'll get to
13 that -- but there was a contract entered into with --
14 between Netflix and Synthesis, correct?
15    A.  That's correct.
16    Q.  And my understanding is that was in July
17 of 2014; is that right? Does that sound right?
18    A.  Sounds right. Yep.
19    Q.  So what was happening between 2013 --
20 or, early summer, late spring 2013 when you first had
21 the meeting with Netflix and then 2014 when you
22 actually entered into a contract with Netflix?
23    A.  What was happening with the project or
24 with negotiations or what -- what --
25    Q.  With the project, yes.

Brown & Jon
A Veritext

1  Q. I'm sorry, was there an answer? I
2 didn't hear.
3  A. Yes, I said "that's correct."
4  Q. Oh, thank you. To your knowledge and
5 understanding, Netflix did approve the final
6 treatments of all of the episodes of "Making a
7 Murderer" Season 1 and 2, correct?
8  A. That's correct. I don't recall a formal
9 approval. I -- I just know that they aired them on
10 their service.
11  Q. And you can set that aside -- document
12 aside for now.
13  After you signed the agreement with
14 Netflix -- the initial license agreement in July of
15 2014 -- in or about July of 2014, what additional
16 assistance did you receive from Netflix with respect
17 to the "Making a Murderer" project?
18  A. Well, the main -- the main thing was
19 them providing cash flow, so to speak, so that we
20 could hire people, and they provided feedback notes
21 on the submissions of the episodes. There was --
22 that's all outlined in the agreement -- how that --
23 how many cuts of things we had to turn into them for
24 notes. And then, ultimately, they distributed the
25 series to the public.