# Manitowoc County Case Number 2005CF000381 State of Wisconsin vs. Steven A. AVERY #122987

## Case summary

**Filing date**
11-15-2005

**Case type**
Criminal

**Case status**
Closed - Electronic filing

**Defendant date of birth**
07-09-1962

**Address**
PO Box 351, Waupun Correctional Institution, Waupun, WI 53963

**DA case number**
2021MN001773

**Case(s) cross-referenced with this case**
2016SC000474

## Charges

**Responsible official**
Sutkiewicz, Angela W.

**Prosecuting agency**
Special Prosecutor

**Prosecuting agency attorney**
Fallon, Thomas James, JD

Printable version

**Defendant owes the court:** $0.00

| Count no. | Statute | Description | Severity | Disposition |
|---|---|---|---|---|

**EXHIBIT 2**

|   | Statute | Description | Severity | Disposition |
|---|---------|-------------|----------|-------------|
| Modifier: | 939.05 | Party to a Crime | | |
| 2 | 940.11(1) | PTC Mutilating a Corpse(939.05) | Felony F | Found Not Guilty at Jury Trial |
| 3 | 941.29(2)(a) | Felon Possess Firearm | Felony G | Found Guilty at Jury Trial |
| 4 | 940.225(1)(b) | 1st Deg. Sexual Assault-Use/Dang.Weapon | Felony B | Dismissed on Prosecutor's Motion |
| Modifier: | 939.05 | Party to a Crime | | |
| 5 | 940.31(1)(b) | Kidnapping/Seize or Confine w/o Consent | Felony C | Dismissed on Prosecutor's Motion |
| 6 | 940.30 | False Imprisonment | Felony H | Dismissed on Defendant's Motion |

## Defendant

**Defendant name**
AVERY #122987, Steven A.

**Date of birth**
07-09-1962

**Sex**
Male

**Race**

**Address (last updated 04-11-2014)**
PO Box 351, Waupun Correctional Institution, Waupun, WI 53963

**JUSTIS ID**

**Fingerprint ID**

## Attorneys