### Page 170

1 hypothetical message.
2 BY MS. BARKER:
3  Q  Would you agree that it is important in a
4 documentary or a documentary series to ensure that
5 subjects, meaning people who are portrayed in the film or
6 series, are portrayed accurately?
7  A  As a general -- that's a broad question. But
8 the general tenet in documentary filmmaking is yes.
9     MS. BARKER: And I just have a few more
10 questions, as I mentioned, but it does involve
11 Exhibit 11.
12     So, I would request, Mr. Videographer, if you
13 would please hand to the witness Exhibit 11.
14     (Exhibit 11 was marked for identification, a
15 copy of which is attached hereto.)
16     THE WITNESS: I have it.
17 BY MS. BARKER:
18  Q  Okay. Thank you.
19     And backtracking for a second. There are two
20 questions that don't relate that I wanted to ask and then
21 I will wrap up with those.
22     Did you review all of the final cuts of the
23 Making a Murderer Season 1 episodes before they were
24 publicly aired?
25     THE WITNESS: I don't have a clear recollection

### Page 171

1 of that, but I imagine that I did.
2 BY MS. BARKER:
3  Q  Okay. They were all approved, in any case, by
4 Netflix creative prior to their being publicly released;
5 correct?
6  A  That's correct.
7  Q  In -- in -- Net- -- in one of the episodes of
8 Season 1 of Making a Murderer, there are some individuals
9 who are shown speaking from a pool hall. Do you recall
10 that scene?
11  A  Do you have a little more context? Sorry, I'm
12 not (inaudible) --
13     THE REPORTER: Please repeat what you said after
14 "I'm not."
15     THE WITNESS: I'm not remembering.
16 BY MS. BARKER:
17  Q  Sure.
18     I can direct you, actually, to the correct page,
19 I think, in Exhibit 11.
20     Directing you to Exhibit 11, which I'll
21 represent to you is the Second Amended Complaint filed by
22 Mr. Colborn in this case.
23     And directing your attention, specifically, to
24 page 36 of 56, if you see the folio at the bottom.
25  A  Okay. I'm there.

### Page 172

1  Q  So, under the subhead that says,
2 "Season 1-Episode 3," there's some bracketed text, and
3 then there are three paragraphs that start with the words
4 "Unidentified woman" or "man," slash, "bar patron" in
5 colons. If you'll take a moment and review those.
6  A  Okay. I'll read that now.
7  Q  Thank you.
8  A  Do you want me to stop after -- where do you
9 want me to stop?
10  Q  The bottom of the page is fine.
11  A  Okay. I've read it.
12  Q  And my question is -- well, first, does that --
13 does reviewing that trigger a recall of the individuals
14 in the pool hall as featured in Making a Murderer?
15  A  It's really vague. I have not watched the
16 series in years and years. So, I do have a vague
17 recollection of this sequence.
18  Q  Okay. So, my question was simply whether you
19 knew the identities of those individuals.
20  A  Do not.
21  Q  Okay. And, similarly, I'm assuming you don't
22 know anything about them personally?
23  A  I've never been to Manitowoc, Wisconsin.
24  Q  I understand that. I didn't mean do you
25 personally know them. I meant as far as any details

### Page 173

1 about them that may have been provided to you, you either
2 don't know or don't recall; is that correct?
3  A  I don't know.
4  Q  Then, directing your attention forward in the
5 document to the page that is -- has page 55 of 56 in the
6 folio at the bottom.
7  A  Okay. I'm there.
8  Q  At the bottom of the page, above the page number
9 "12," that's printed on the page, there's a -- some
10 bracketed highlighted text that starts with "Strang,"
11 colon. Do you see that?
12  A  I'm not -- I see "Strang." I'm just not sure
13 which line you're referring to.
14  Q  Right now I'm referring, for reference, to the
15 very last reference to "Strang" on that page. The one
16 that is opposite of where "This call sounded like
17 hundreds of other..."
18  A  Oh. At the very bottom?
19  Q  Yes.
20  A  Yes. I see the line.
21  Q  Okay. And then above that there's bracketed
22 text that says, "sustained objection omitted." Do you
23 see that?
24  A  I do.
25  Q  And then above that there's another paragraph

EXHIBIT 3