Page 148

```
 1  was, but I -- I think so.
 2      Q.  Okay.  And we would move on to
 3  Episode 3.  Directing your attention to the screen,
 4  we are going to attempt to play a -- we're going to
 5  attempt to play an excerpt from Episode 3 marked as
 6  ECF Docket No. 120-3 in the court record, at time
 7  stamp 14:14 to 14:42.
 8          And for the benefit of the witness, this
 9  is intended to start at -- to be represented at
10  page 36 of 56 in Exhibit 11 in the third paragraph
11  from the bottom stating, "With the unidentified
12  woman/bar patron:  I really do think he was framed."
13      A.  Okay.
14          (Video played.)
15      Q.  (BY MS. BARKER):  Ms. Demos, do you
16  recognize that excerpt as a portion of "Making a
17  Murderer," Episode 3 broadcast?
18      A.  Yes.
19      Q.  And who was the woman who was speaking?
20      A.  I do not right now recall her name.  She
21  was a local resident who we had met that day.
22      Q.  Were you specifically at the
23  establishment there for the purpose of interviewing
24  people for purposes of the "Making a Murderer"
25  project?
```



EXHIBIT 5


<sub>
</sub>

Page 149

```
 1    A.  Yes.
 2    Q.  And about how many people did you
 3  interview that day?
 4    A.  I don't recall exactly. I think we
 5  went -- you know, it was a local bar, and it was --
 6  it was a way to try to find local residents who might
 7  have been willing to share their views, so -- a few
 8  people were willing to speak on camera.
 9    Q.  And when you approached people, what did
10  you tell them?
11    A.  I don't recall exactly.
12    Q.  Do you -- did you write down their names
13  somewhere at the time?
14    A.  Yes.
15    Q.  And did you ask them any other questions
16  about their background or history or affiliations?
17    A.  I don't recall. I imagine we asked if
18  they were, you know, from around there. We wanted to
19  speak to people that lived in the area. I don't
20  think we asked other background questions besides
21  that threshold question.
22    Q.  And then you would ask them if they were
23  familiar with the Avery trial?
24    A.  At this point I -- I'm fairly certain
25  that this is -- this filming event was early on. You
```

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 2 of 4   Document 286-5

1 know, this is appearing in Episode 3, and I don't
2 know for sure, but my impression and my memory is
3 that this was sometime between Steven Avery being
4 arrested and charged and us having moved out there
5 and Brendan Dassey being arrested and charged; so it
6 was sometime in the early months.
7     Q. Do you recall any information that the
8 woman who appears in that clip provided about how she
9 had come to learn information about the Avery trial?
10    A. From my best recollection, she's
11 responding to what she saw on the news or in the
12 paper about the preliminary hearing.
13    Q. Do you know whether that individual had
14 any prior personal interactions with any of the Avery
15 family members?
16    A. Well, I know in the scene she's playing
17 pool with Chuck Avery. I don't know if they met that
18 day at the bar. I know she at least interacted with
19 him there. I don't know about anything prior.
20    Q. And do you know whether there were any
21 contacts that that individual had with law
22 enforcement in Manitowoc County prior to that day?
23    A. No, I do not.
24    Q. Was anything offered to any of the bar
25 patrons in exchange for speaking on camera?

1     A. No.
2     Q. And did you have those individuals sign
3 any kind of release or waiver?
4     A. I think we did have them sign releases.
5     Q. Did you only do one interview with that
6 particular individual, to your knowledge?
7        Was -- I'm sorry. Was that a "yes"?
8     A. Yes.
9     Q. I apologize. The video feed ate it
10 again. Okay.
11       Do you know whether the comments by the
12 individual that we just heard talking in the episode
13 were in the -- were included in -- to any extent, in
14 the rough-cut episodes that were provided to Netflix?
15    A. I don't know for sure.
16    Q. Sorry. The microphone is really
17 sensitive, so I was just waiting for a moment.
18       Okay. Then we will then attempt to play
19 an excerpt from, again, Episode 3, in the court
20 record as ECF No. 120-3 and time-stamped
21 approximately 14:43 to 15:05.
22       And for the benefit of the witness, this
23 is intended to mirror content that is on page 36 of
24 56 of Exhibit 11 in the paragraph that follows the
25 one we were just reviewing under -- after the words

1 "Unidentified man/bar patron."
2     A. Okay.
3        (Video played.)
4     Q. (BY MS. BARKER): Ms. Demos, do you
5 recognize what we just watched as a clip from
6 Episode 3 of "Making a Murderer"?
7     A. Yes, I do.
8     Q. And the episode -- or, strike that.
9        The excerpt includes a man stating, "I
10 only have one word, from the cops on up: corruption.
11 I mean, big time. I mean, if people dig far enough,
12 they'll see that," correct?
13    A. Correct.
14    Q. And do you know that individual's name?
15    A. No, I don't remember.
16    Q. This was also a local resident that you
17 had interviewed the same day as the woman who was
18 shown in the prior clip; is that correct?
19    A. Correct.
20    Q. And, again, had you asked any background
21 information of -- from this gentleman other than
22 whether he was from the area and willing to comment
23 on the Avery criminal charges?
24    A. I don't recall asking other background
25 questions beyond those threshold questions.

1     Q. And, again, do you know whether that
2 individual has any connection to any of the Avery
3 family members?
4     A. No, I do not.
5     Q. Do you know whether he has had any prior
6 contact with law enforcement officers in Manitowoc
7 County prior to the date of that interview?
8     A. I don't know.
9     Q. Did -- or, strike that.
10       In the rest of the interview, did that
11 individual indicate any basis for his assertions
12 regarding corruption?
13    A. I don't recall if he provided further
14 context to his comment or if that was the extent of
15 his comment.
16    Q. I think we can move on then to the next
17 clip, also from Episode 3, that we will play on the
18 screen and -- that we will attempt to play on the
19 screen and is from the court record, Document ECF
20 No. 120-3, time stamp 15:06 to 15:36.
21       And for the benefit of the witness, this
22 should correspond with the text on the last paragraph
23 of the page marked 36 of 56 in Exhibit 11 after the
24 words "Unidentified woman/bar patron" colon.
25       (Video played.)

1  Q. (BY MS. BARKER): Ms. Demos, do you
2 recognize the clip that was just played as an excerpt
3 from "Making a Murderer," Episode 3?
4  A. Yes.
5  Q. And, again, do you know the name of the
6 individual who was speaking in that clip?
7  A. No, I don't remember her name.
8  Q. Was that another local resident that you
9 interviewed the same day as the others whose clips we
10 just watched?
11  A. Yeah, I think so.
12  Q. Okay. And, again, same question: Did
13 you ask any other background questions regarding --
14 of that woman other than whether she was a local
15 resident or from the area and whether she was willing
16 to comment on the allegations against Mr. Avery?
17  A. I don't recall asking anything beyond
18 that.
19  Q. Okay. We will move on then to another
20 clip from Episode 3 of "Making a Murderer" in the
21 court record as ECF No. 120-3, at time stamp 16:45 to
22 16:55.
23   And from the benefit -- for the benefit
24 of the witness, this should correspond to text that
25 is at page 37 of 56 on Exhibit 11, in the third