1   "subjects"; is that right?

2       A.  The pool -- I think the pool hall

3   patrons, yeah, I think we are using that as a

4   synonym.

5       Q.  Okay.  Do you -- did you know the

6   identities of any of those people at any time?

7       A.  I don't recall that.

8       Q.  Do you know how those people were

9   solicited for participation?

10      A.  I do not.

11      Q.  Do you know whether any of those people

12  had any connections to the Averys?

13      A.  I do not.

14      Q.  Do you know whether any of them have had

15  any law enforcement encounters with Manitowoc County?

16      A.  I do not.

17      MS. BARKER:  Okay.  Do we want to try to do

18  the rough edition?

19      MS. BURSIK:  Sure.

20      MS. BARKER:  Okay.  So despite our AV issues,

21  we're going to try to play some raw footage.  We

22  probably -- I'm assuming Leita wants to put a

23  statement -- or, I'm sorry -- Attorney Walker

24  probably wants to put a statement on the record.  I

25  was going to play just a few excerpts of raw footage



EXHIBIT
6