```
STATE OF WISCONSIN : CIRCUIT COURT : MANITOWOC COUNTY
                          BRANCH 1

STATE OF WISCONSIN,
                    PLAINTIFF,         JURY TRIAL
                                       TRIAL - DAY 7
vs.                                    Case No. 05 CF 381

STEVEN A. AVERY,
                    DEFENDANT.

DATE:        FEBRUARY 20, 2007

BEFORE:      Hon. Patrick L. Willis
             Circuit Court Judge

APPEARANCES: KENNETH R. KRATZ
             Special Prosecutor
             On behalf of the State of Wisconsin.

             THOMAS J. FALLON
             Special Prosecutor
```

EXHIBIT 7

| | |
|---|---|
| 14 | On behalf of the State of Wisconsin. |
| 15 | NORMAN A. GAHN |
| 16 | Special Prosecutor<br>On behalf of the State of Wisconsin. |
| 17 | DEAN A. STRANG |
| 18 | Attorney at Law<br>On behalf of the defendant. |
| 19 | ATTORNEY JEROME F. BUTING |
| 20 | Attorney at Law<br>On behalf of the defendant. |
| 21 | STEVEN A. AVERY |
| 22 | Defendant<br>Appeared in person. |
| 23 | **TRANSCRIPT OF PROCEEDINGS** |
| 24 | Reported by Diane Tesheneck, RPR |
| 25 | Official Court Reporter |

1

# I N D E X

| WITNESSES | PAGE |
|---|---|
| **SERGEANT WILLIAM TYSON** | |
| Cross-Examination by ATTORNEY BUTING | 3 |
| Redirect Examination by ATTORNEY KRATZ | 62 |
| **SERGEANT ANDREW L. COLBORN** | |
| Direct Examination by ATTORNEY KRATZ | 64 |
| Cross-Examination by ATTORNEY STRANG | 141 |
| Redirect Examination by ATTORNEY KRATZ | 212 |
| Recross-Examination by ATTORNEY STRANG | 215 |
| **LIEUTENANT JAMES LENK** | |
| Direct Examination by ATTORNEY KRATZ | 216 |

| EXHIBITS | MARKED | OFFERED | ADMITTED |
|----------|--------|---------|----------|
| 158      |        | 120     | 121      |
| 206-207  |        | 63      | 64       |
| 211      | 135    | 136     | 137      |
| 212      | 179    | 243     | 243      |
| 213      | 200    |         |          |

2

| | |
|---|---|
| 1 | Q. And was that search performed by the same team; |
| 2 | that is, yourself, Lieutenant Lenk and Deputy |
| 3 | Kucharski from Calumet County? |
| 4 | A. Yes, sir. |
| 5 | Q. Sergeant Colborn, we have heard some references |
| 6 | this week, and even last, to your involvement in |
| 7 | this case. And now that you are here, now that |
| 8 | you are in court, I have some questions regarding |
| 9 | your knowledge of Mr. Avery. |
| 10 | First of all, prior to November of 2005, |
| 11 | had you been involved at all in the |
| 12 | investigation, testifying against, or prosecution |
| 13 | of Steven Avery in any previous criminal |

14 proceedings?
15 A. No, sir.
16 Q. Had you ever been personally named in any civil
17 lawsuits, or ever personally been accused of any
18 wrongdoing regarding Mr. Steven Avery?
19 A. No, sir.
20 Q. You were asked, as I understand, as part of a
21 civil lawsuit, to provide what's called a
22 deposition, to be questioned by some lawyers; is
23 that right?
24 A. Yes, sir.
25 Q. Do you recall when that occurred?

138

1   A.   I believe it was in October of 2005.
2   Q.   Do you remember how long that deposition, how
3        long that -- that process took?
4   A.   I thought it was less than an hour, but an hour
5        or less.
6   Q.   All right. You were asked some questions, is
7        that right, under oath?
8   A.   Yes, sir.
9   Q.   Did you answer those questions to the best of
10       your knowledge and ability?
11  A.   Yes, I did.
12  Q.   Do you recall the context in which you were asked
13       those questions; in other words, do you recall

| | | |
|---|---|---|
| 14 | | what you were asked about? |
| 15 | A. | Yes, sir. |
| 16 | Q. | Can you tell the jury what you were asked about? |
| 17 | A. | In 1994 or '95 I had received a telephone call when I was working as my capacity as a corrections officer in the Manitowoc County Jail. Telephone call was from somebody who identified himself as a detective. And I answered the phone, Manitowoc County Jail, Officer Colborn. |
| | | Apparently this person's assumption was that I was a police officer, not a corrections officer, and began telling me that he had |

139

1   received information that somebody who had
2   committed an assault, in Manitowoc County, was in
3   their custody, and we may have somebody in our
4   jail, on that assault charge, that may not have
5   done it.
6           I told this individual, you are probably
7   going to want to speak to a detective, and I
8   transferred the call to a detective, to the
9   Detective Division, at the Manitowoc County
10  Sheriff's Department. That's the extent of my
11  testimony.
12  Q.  That's it? That's your connection to Mr. Avery?
13  A.  Yes, sir.

| | | |
|---|---|---|
| 14 | Q. | Well, did that cause you enough embarrassment and |
| 15 | | enough angst in which to set up Mr. Avery for a |
| 16 | | charge of murder? |
| 17 | A. | No. |
| 18 | Q. | Did that deposition cause you such problems from |
| 19 | | within your department that you obtained and |
| 20 | | planted blood, so that it would be found and |
| 21 | | Mr. Avery would be wrongfully accused of a |
| 22 | | homicide case? |
| 23 | A. | No, sir. |
| 24 | Q. | Have you ever planted any evidence against |
| 25 | | Mr. Avery? |

140

1  A.  That's ridiculous, no, I have not.
2  Q.  Have you ever planted any evidence against
3      anybody in the course of your law enforcement
4      career?
5  A.  I have to say that this is the first time my
6      integrity has ever been questioned and, no, I
7      have not.
8             ATTORNEY KRATZ:  That's all I have for
9      Sergeant Colborn, Judge.
10             THE COURT:  Mr. Strang.
11                    **CROSS-EXAMINATION**
12  BY ATTORNEY STRANG:
13  Q.  This is the first time your integrity has been