at this juncture.
Q Thank you.
And in the e-mail message that was forwarded, Mr. Cotner was sharing what he described as important plot points of potential cliffhangers for the Making a Murderer episodes; correct?
A It appears to be that, correct.
Q Directing your attention to the next several pages in Exhibit 7, which are Bates-stamped NFXCOL 235 through 240. If you could just take a moment and look at those.
A Do you want me to read them?
Q I realize you are not listed on this e-mail message. But just trying to make sense of this format. Do these appear to be possibly notifications from Google Docs regarding comments being added to a document relating to Making a Murderer?
A Let me just take a moment to take a look at it.
Q Okay.
A This isn't a usual format for me. I don't think I've ever seen it. So give me a moment, please.
Q Certainly. Thank you.
A This is a very confusing document, so I would be speculating about what I think it is. If you want me to speculate, I can.



Q I was hoping it might be evident to you, so that's fine. We'll just move forward to the pages marked NFXCOL 1975 through -- well, why don't I just start with that. Directing your attention to the document marked NFXCOL 1975, which should be the next document in the Exhibit 7.
A I have that.
Q If you could take just a moment and -- and review it, please.
A Okay. I'll read it now.
Q Thank you.
A Okay. I've read it.
Q This -- or the document Bates-stamped NFXCOL 1975 is an e-mail message from you to Ms. Demos, Laura Ricciardi, Mary Manhardt, and Lisa Dennis, dated July 11th, 2015; correct?
A Correct.
Q This -- in the text of the message, it indicates that you are forwarding to the recipients the series notes for Making a Murderer as of that date; correct?
A Correct.
Q Okay. So, then, directing your attention to the next several pages, NFX -- marked NFXCOL 1976 through NFXCOL 2012. If you could please take a moment and at least page through those.



A Sorry. Did you say you're skipping to 2012?
Q Yes.
A Okay.
Q No. I'm sorry. I'm asking you to look at 1976 through 2012.
A Oh, okay. Sorry.
Q I don't think you need to read every line. I'm not asking line-by-line questions.
A Okay. I've skimmed it.
Q Does the document identified as NFXCOL 1976 through 2012 appear, to your recollection, to be the attachment to your July 11, 2015 e-mail?
A It appears to be.
Q And did you create the attachment to the e-mail message?
A I did not. I'm sure I contributed. As I have mentioned before, we work very collaboratively on the creation of the notes. But this specific type of format was not my format.
Q Appears as though it was prepared using a PowerPoint or similar program; is that correct?
A It's -- I say that specifically because of style on some of the episode overall pages where you'll see kind of a split of the left and the right end lines is a style choice. Effective, but just not one that I



personally use. So -- but as far as creative notes and discussion, it is -- again, I can't recall the specific experience of crafting these notes, as it's been some time. But reasonable to think that I was part of those discussions alongside Ben and Adam in the creation of these notes.
Q Thank you.
Directing your attention to the next page of Exhibit 7, which is Bates-stamped NFXCOL 241.
Have you had a chance to review it?
A I'm just finishing.
Q I'm sorry.
A Okay. Read it.
Q That document is a copy of an e-mail message from you to Mr. Cotner and Mr. Del Deo, dated July 16, 2015; correct?
A Yes.
Q And it indicates that you are -- strike that.
It indicates that you took a stab at music notes for Making a Murderer; correct?
A Correct.
Q And it -- on the attachment line, it indicates that there's a Making a Murderer music notes Episode 1 file; correct?
A That's right.



Q And directing your attention to NFXCOL 242 and 243, which should be the next two pages. If you could take a moment and look through those, please.
A Okay.
Okay. I've read it.
Q Are you able to identify the documents Bates-stamped NFXCOL 242 and 243 as the attachment to the preceding e-mail message Bates-stamped NFXCOL 241?
A There's nothing on the actual document indicating that it's such. But I think it's reasonable to believe that it is.
Q The documents, yeah, stated are attached -- or strike that -- the documents Bates -- identified as NFXCOL 242 and 243 appear to contain notes relating to music for the -- a Making a Murderer episode in this case; correct?
A A episode, correct. I can't necessarily confirm or deny whether that's Episode 1. And, yes, it appears to be focused on music.
Q You drafted the music notes that are represented in NFXCOL 242 and 243; correct?
A Well, per the e-mail, because I don't recall actually doing this. But per the e-mail. As I mentioned before, we're collaborative in the way we work. So one of us will take the lead and take the first draft of the



note document which is then opened to the other two.
So, I believe that this represents the, again, very rough preliminary notes that then were made available to Ben and Adam and myself to continue to refine and to discuss.
Q Would music notes be a particular forte of yours, given your background in the music industry?
A I mean, it's one of the many tools that one uses in storytelling that I think is important. But I wouldn't say I had more of an expertise than Ben or Adam who are both directors as well as studio executives.
Q Directing your attention, then, Ms. Nishimura, to the next two pages in Exhibit 7, which are Bates-stamped NFXCOL 244 and 245.
Please take a look at those when you have them.
A Oh, it's this mail.
Okay. I've read them.
Q The document at NFXCOL 244 and 245 is a copy of a message from Adam Del Deo to you, dated July 16, 2015, and forwarding a message from Mr. Del Deo to Mr. Cotner; is that correct?
A Yes.
Q And, presumably, Mr. Del Deo was forwarding that to you so that you would have an opportunity to see the content of the forwarded message; correct?



A I think that's fair to assume.
Q Directing your attention to the next document in Exhibit 7, which is Bates-stamped NFXCOL 2013.
A I have it.
Q That is a copy of an e-mail message from you to Ms. Demos, Ms. Ricciardi, Ms. Manhardt, and Ms. Dennis, dated July 16, 2015; is that correct?
A Correct.
Q Okay. And that message indicates that you, Adam, and Ben are, through that message, forwarding your updated series notes.
A I'm gonna read it really quickly.
Q Yes. Please do. I'm sorry.
A I've read it.
Q The message represented at NFXCOL 2013 indicated that you were forwarding to the recipients the updated series notes from the Netflix creative team; is that correct?
A Yes.
Q And following our prior pattern, I would direct your attention to NFXCOL 2014 through 2045 and ask you to look through to see whether it appears to be the series notes attachment that is referenced in the preceding e-mail message.
I would note that, helpfully, there seems to be



a date on the second page.
A Yes, very helpful. It does appear to be the corresponding series notes document.
Q And, again, sounds as though -- I think I see some errors -- arrows or lines. So this, likely, isn't a document that you specifically initiated or created, but rather -- or strike that.
This isn't a document that you, likely, created in the computer system; correct?
A Yes. That's correct.
Q Okay. But it's rather a document that was created, likely, by another team member and then circulated and reviewed by the rest of the team; correct?
A That's correct.
MS. BARKER: We can set that exhibit aside.
Mr. Videographer, I would ask that you please hand to the witness the document marked as Exhibit 8.
(Exhibit 8 was marked for identification, a copy of which is attached hereto.)
BY MS. BARKER:
Q Directing your attention, Ms. Nishimura, to the pages in Exhibit 8 that are Bates-stamped NFXCOL 2137 through 2176.
And, again, I'm not asking you to read every line but, rather, to review the document and indicate