Page 86

1 question.
2  Have you personally reviewed your Google
3 account to determine whether you presently have
4 access to any "Making a Murderer" notes through
5 Google Docs?
6  A. So recently, no. At the time of the
7 request, when the request came in, we did review our
8 account.
9  Q. And when you did that review, did you
10 discover that there are any active Google Docs in
11 electronic form that you can access through Google?
12  A. I don't recall that.
13  Q. To your knowledge, if any Google Docs
14 were created by you relating to "Making a Murderer"
15 for notes specifically, would they still be retained
16 on your Google account?
17  A. I don't know as it relates to this.
18  Q. There was no time at which you went and
19 specifically purged Google Docs notes related to
20 "Making a Murderer," correct?
21  A. Correct.
22  Q. Directing your attention forward to the
23 document in Exhibit 5 that starts with the
24 Bates-stamp NFXCOL 208 in the lower right-hand
25 corner.

Page 87

1  A. Yep.
2  Q. If you would take just a moment and
3 review that, I think it runs through NFXCOL 210. I'm
4 sorry.
5  A. Okay.
6  Q. So the document Bates-stamped NFXCOL 208
7 is a copy of an e-mail message from Marjon to you
8 indicating that she would put notes into the "Making
9 a Murderer" notes for you, correct?
10  A. Yeah. I'm -- I'm asking her, yeah, to
11 place these in the "Murderer" notes.
12  Q. Was there one overarching Google Docs
13 that covered -- Google document that covered all of
14 the "Making a Murderer" notes for all episodes?
15  A. No.
16  Q. And the notes that -- strike that.
17   The comments which were drafted by you
18 as notes in NFXCOL 208 through NFXCOL 210 start with
19 the message about halfway down the page on NFXCOL 208
20 in -- preceded by an e-mail message from you to
21 yourself dated November 3rd, 2014, correct?
22  A. Correct.
23  Q. And the notes that are shown there,
24 wherefore, are related to and -- strike that.
25   The notes that are shown on those pages

Page 88

1 as drafted by you relate to "Making a Murderer"
2 Episode 1, Cut 1; is that correct?
3  A. I don't know. I'm just seeing the
4 e-mail. I'm not -- I'm not sure if it's Cut 1 or
5 not.
6  Q. Directing your attention, then, to
7 NFXCOL 132, the next page after that series in
8 Exhibit 5.
9   MS. WALKER: Do you mean 1932?
10   MS. BARKER: I'm sorry. Yes. Thank you.
11  Q. (BY MS. BARKER): Directing your
12 attention to NFXCOL 1932 in Exhibit 5, do you see
13 that?
14  A. I do.
15  Q. And that is a copy of an e-mail message
16 from Marjon Javadi to Lisa Dennis, dated
17 November 20th, 2014 -- correct?
18  A. That looks correct.
19  Q. You are copied on that e-mail message,
20 correct?
21  A. That looks correct.
22  Q. And the message states that feedback on
23 the first four episodes are attached, correct?
24  A. That looks correct.
25  Q. Directing your attention to NFXCOL 1933

Page 89

1 through NFX 1941, you can take a moment and look
2 through those, please.
3  A. Okay.
4  Q. So the documents at NFXCOL 1933 through
5 1941 are the "Making a Murderer" notes for Episodes
6 1, 2, 3, and 4, as referenced in the preceding e-mail
7 message, correct?
8  A. That looks correct.
9  Q. And to your understanding, in the "To"
10 line on page NFXCOL 1933, when it refers to "Making a
11 Murderer Creative," who all is included in that?
12  A. I don't know. It depends on -- it
13 looks, based on the e-mail, that the cover letter --
14 that it would have been Lisa Nishimura, myself, and
15 Marjon at that time.
16  Q. With respect to the notes that are
17 represented by NFXCOL 1933 through 1941, was -- do
18 you know specifically who drafted each note other
19 than looking at other documents or is this a group
20 effort?
21  A. I don't recall.
22  Q. Did you at the time review the notes
23 that are represented at NFXCOL 1933 through 1941?
24  A. I don't recall.
25  Q. Normally in your work on the series, you

EXHIBIT 10