| | |
|---|---|
| **From:** | Marjon Javadi |
| **Sent:** | Thursday, November 20, 2014 5:59:01 PM |
| **To:** | Lisa Dennis |
| **Cc:** | Lisa Nishimura; Adam Del Deo; Zana Lawrence |
| **Subject:** | Making a Murderer Notes - Eps 1-4 |
| **Attachments:** | MakingaMurdererNotes_ep1-4.pdf |

Hi Team,
As promised, attached please find attached our feedback on the first four episodes. We look forward to discussing and getting the second editor on board as soon as possible.

Please let us know if you have any questions.

Thank you,
Lisa, Adam, & Marjon



EXHIBIT
11

**TO:** MAKING A MURDER CREATIVE
**FROM:** NETFLIX CREATIVE
**RE:** MAKING A MURDER NOTES - Episodes 1&2, 3, 4
**DATE:** November 20th, 2014

## MACRO NOTE:

Making A Murderer has all of the components to be an epic series with the potential to engage global viewers and to potentially affect public opinion over these two live cases. From day one we've been captivated with this unbelievable story and the incredible level of research, access, and information you have successfully amassed over the years. Currently the public appetite for crime based non-fiction has never been more primed. With the strong cult following of crime radio programs including "Serial" beginning to explode and our internal knowledge of an extremely high profile field/courtroom crime series set to debut in the marketplace in 2015, the opportunity and stakes have never been higher. Making A Murderer has all the elements to be the best of the lot, the story itself and surrounding footage is an absolute treasure trove.

The macro note is that the elements are all there, but the organization, structure and pacing of the parts needs to be re-examined and elevated entirely. The story begs for a more sophisticated editing style which will provide for an immersive and all-encompassing experience for the viewer including deft and unexpected foreshadowing of key elements, pitch perfect call-backs of evidence and breathtaking reveals.

We believe it's of the utmost importance to identify and employ the primary editing role at this time to address episodes 1 - 4 while you continue to shape episodes 5 - 8.

### Critical Editor Suggestions:
1. ROCK PAPER SCISSORS TEAM - Angus Wall (SOCIAL NETWORK, GIRL WITH THE DRAGON TATTOO) and/or Grant Surmi (Cut TABLOID for Errol)
2. James Haygood (THE LONE RANGER, SEVEN, UNSCRIPTED) - loves docs
3. Kevin Tent (GIRL INTERRUPTED) - very interested in docs.
4. Fernando Villiena (EVERY LITTLE STEP) - Strong and accomplished doc editor.
5. Paul Crowder (DOGTOWN, ZBOYS)
6. Brad Fuller (S.O.P) - Cut many Errol Morris docs. Solid and steady.
7. Andrew Hulme (THE IMPOSTER) - Accomplished editor.
8. Chris Figler (MAD MEN, BIG LOVE, UNSCRIPTED) - Loves docs.
9. **As requested, waiting on additional MOM editor suggestions from directors

**OPENING TITLE SEQUENCE/GRAPHICS/VFX:** Currently, we need a great opening title sequence to establish a strong visual identity for the series. As we have discussed and agreed, finding the right person and/or company to handle the work with the critical eye to

create a heightened look to the overall series. Please provide resumes of those candidates who you'd like to consider. We'll do the same on our end to provide resumes as well of those we recommend.

**RHYTHM/BALANCE:** Currently, the cutting style in the episodes feel novice at best. Overall, from episode to episode and from scene to scene, many of the the sections feel out of balance as though they don't have a symbiotic relationship. In other words, there lacks an overall cohesiveness. Some sections seems overdeveloped, and others come across underdeveloped, and others simply go on too long. There needs to be an elevated approach to this terrific information - the effect should be heightened, intense, and entertaining. Further, should also drive and hold dramatic tension. Again, let's work to bringing a new expert editor to enhance the great work that has already been established.

**GRAPHIC LOWER THIRDS TEXT:** By using designed font or other VFX design, let's try to identify and mark all the various characters, specifically the sheriff's department staff so the audience can track all individuals throughout. In the last pass, often we would have to stop the take to make sure we were understanding who the characters were and if we had already seen them earlier in the series. Again, the use of cool ID/lower thirds text will help this tremendously.

**DRONE PHOTOGRAPHY:** The opportunity to use drone photography is exciting. It gives a new cinematic feel to the junkyard. However, currently it feels like its clustered on pods and used in an arbitrary way. In the next pass, let's discuss how to best strategize the drone footage for it's strongest impact. Let's explore utilizing them as a strong, strategic transitional devices.

**MUSIC:** Currently, it feels like sometimes the music works, sometimes it's off, and other times simply too slow of a pace. All in all, we do need to get a composer on board that understands a thriller atmospheric score.

## EPISODE 1 & 2

### GENERAL

**SET UP:** This first two episodes of the series plays as a compelling narrative with amazing twists and turns. The disconnect is the set up of the episode and where it ends - the beginning does not allude to what the chapter/episode will be exploring and feels muddled in the middle.

**CHARACTER(S) INTRODUCTION** - We want to understand how each person comes in and out of the story and their role, instead of it feeling like interviews are just inserted; let's make sure each "lead" character has a straight-forward introduction (perhaps a title card) and then

consistently labeling them throughout the story. The consistency of the characters can be marked as transition points to help the audience keep everything straight. Sometimes who is involved with what feels confusing as the story progresses.

**INTRODUCTION**: The first five minutes gives us a peek into how this town has treated the Averys before the crimes. However, instead of having the first thing heard being everyone's impression of Steven, it may be more powerful to have Steven be the first voice the audience hears, for example when he is talking to Jodi in jail from episode 3 about how he is wrongly accused.

Let's also tighten up the beginning. In the next pass, let's try to make clear distinctions from section to section and create some transitional devices. An example is the section prior to meeting Sandra Morris for the first time. Once we meet Sandra Morris we should try using a transitional device to demarcate that we are moving into a new section of the story.

**EPISODE 1 AND 2 (currently in one episode)** - Further down in the notes we suggested times to potentially split the episode. It currently runs at 1:18:03. Where is the break for episode 1 into 2 in the first cut? Suggestions given in the specific notes below.

**CHAPTERS**: There are 4 key parts of this section that lead up to Teresa's murder: The police/community's dislike for Steve/Averys, the public exposure allegations, the Penny Beernsten rape allegations, and then Steve suing the county. When revisiting we should establish these chapters - at the moment, it feels like a long run-on sentence rather than beats of an arc.

**RUNNING TIME:** As discussed, let's revisit the running times for each episode (notably the pilot). Let's generally target 90 minutes for two (45min each).

## SPECIFIC

2:33 - There's a weird sound jump here. Check this spot with sound.

5:23-6:42 - We should perhaps use a tape deck when we are hearing Steven Avery talk throughout the series. It should be a stylized tape deck something that is unique and interesting for this project. The first time we should use it is when Steven Avery is giving testimony about Sandy Morris. Specifically, when he says he is upset with her that she was spreading rumors about him.

8:30 - Do we have any great family pictures of the Avery's here? Let's make them look like a very happy family.

11:05 - Are there any pictures of Sandy Morris and Susan Dvoreck together? This would establish them as very good friends.

12:00 - Perhaps show/cut an intense scene of Steven being arrested here.

12:47 - "Seven months after Steven's arrest" - This should be a transition card rather than subtitle.

16.28 - What are they showing as the background before introducing the image of Dean as Steve is on the phone - why not show Dean at the beginning?

19:10 - Do we have any shots of the town getting rabid about the trial? Newspapers, TV clips, or other witnesses separate of the defense attorney talking about the town? Better to see than just hear Reesa Evans.

19:35 - Who are the police? The lawyer says that the police told the sheriffs county that they have the wrong guy but it's not certain who the police are.

23:04 - Cut back to Steven when his dad says "I didn't do it!"

20:30 - We need to make a clear distinction between the Manitowoc police department and the sheriff's department. Is there a visual aid they can help us with this? Let's discuss.

23:25 - It should hit harder when Steven is convicted to 32 years in prison. That should really hit like a ton of bricks.

23:31 - We don't need this much of a set up to the prison. The images feel repetitive.

25:12 - "If I didn't I'd admit it right away" - maybe play this at the beginning of the pilot as we introduce Steve, giving the audience a voice to hear. Hearing/Seeing the accusatory is a strategic mechanism to draw an audience into the story of the character who may be wrongly accused.

29:30 - Can we see some of the excerpts described in the court of appeals? If we are showing some of the court of appeals statements, it might make them resonate more.

31:32 - Card re: Wisconsin Innocence Project - can we get more context what it is so the audience is aware of what they do?

32:33 - Gregory Allen "hit" should feel bigger, not subtle.

32:40 - Let's show the process, legally, of Steven Avery getting out of prison as opposed to just showing him walking out. Let's build up of this and instill a little delayed gratification in the release of Steven.

34:20 - Let's show more verite scenes of Steven when he gets home from prison - let this play out more.

34:33 - A transitional card going into Reesa's statement that the cops didn't apologize or acknowledge their mistake would make this feel smoother.

35:05 - Do we have anyone separate if Reesa that knew the Sheriffs' we're pissed that Steven got off?

36:29 - Good lead in to highlighting Denis Vogel. Any footage of shots or documents of Dennis Vogel trying Gregory Allen two years before the Penny Beernsten case? We need better visuals here when we are hearing Wogel had to have known it was Allen.

38:57 - Let's introduce the Avery Task Force on a stronger note to highlight what it does so it doesn't get lost in the lull of his accusations later on.

39:34 - Penny Beernsten statement is very strong. Let's hold a beat here.

40:00 - The photos of Steven and his family feel displaced. Also, the music tonally feels like it's off. Generally, it's an awkward and disjointed scene.

40:30 - Label WI State Rep Mark Gundrum.

41:30 - We need a graphics sequence here - let's explore and discuss.

44:43 - This could be perhaps a good place to technically end episode 1.

48:00 - This could be an alternative place to end episode 1: at the end of the deposition about Andrew Colborn's telephone call about Gregory Allen.

49:30 - How do we, the audience, know Colburn was contacted? Why does Colburn even mention it? Did it come up from the person who called him? This is confusing.

52:00-56:00 - The pacing feels slow. We get that the Manitowoc branch is under scrutiny. It shouldn't feel this long.

52:27 - The evaluation (Deposition October 26,2005) runs so slow. Is there a way we can set this up in a swifter manner? It lulls.

55:00 - Seems very thin that Colburn not having specific knowledge of who called him would be the key to the case. Who called Colburn? No email? Not fax? Could they track the call? If you are Colburn, why even disclose?

56:30 - This could be a cut off point as well for Episode 1 into 2 - when Teresa Halbach is stated missing.

57:36 - When Teresa is speaking about whenever she dies - this feels like this is a solid intro into episode 2 or 3 / whatever the next cut would be. Let's discuss.

1:00:00 - is there any raw footage of Steven's reinterview that's on the news after Teresa Halbach was murdered? Very interesting that Steven invites the police into his house without hesitation. Would be great to see the raw footage around that if the new station still has it.

Music is weak over Teresa Halbach's mother. Let's revisit and strengthen it.

1:02:00 - The Halbach search feels like it could be more kinetic. Let's look to add energy into this section.

1:03:29 - Pam Sherm's call should have subtitles.

1:04:19 - "Do we have a body or anything yet?" - no "y" in the subtitle for anything.

Note: We see the police video inside of Avery's home, but we should have a card to preface that it was not warranted and out of nowhere.

1:09:25 - This was a good card regarding the Avery's not allowed to be on their property for 8 days.

1:09:40 - Better music over this scene.

1:12:25 - Transitional card to segue into the evidence found

1:15:40 - This cop is unnerving and this is a powerful scene. You hear in the cop's voice how accusatory and manipulative he is. The fact that he says "they know nothing about you (Steve)" is unveiling.

# EPISODE 3

## GENERAL

**INTRODUCTION** - The segue from the first two episodes into the third flows, but let's explore reframing it and establishing more of a solid, concrete introduction into episode 3. Perhaps replay that clip about Teresa speaking about dying at the beginning of the episode? It sets an ominous tone that juxtaposes Steve's voice later on the phone with Jodi telling her he wants out and to move out of town.

**CHARACTERS** - Will we learn more about Brendan and Jodi's respective background in their relationship with Steve as the series progress? It would be great to know a bit more about their characters to understand why Jodi is undoubtedly loyal to Steve and why Brendan fell into this, perhaps, misleading state. Let's also explore inserting a formal title card when lead characters are introduced (i.e. Dean Strang) to highlight the importance they play in the series and the case.

**B FOOTAGE** - Certain set up images and anecdotes feel repetitive. Let's revisit so certain scenes and statements don't lull the pace. For example, having the series of relatives say he's innocent throughout the episode feels tiresome. The scene where the parents read the letters highlights the opposing viewpoints of what the town thinks vs what they believe. That is strong enough - we don't need to later see his mother and brother distressed about his incarceration.

**ENDING** - We like that it ends close to Brendan's statement "What if it's different" to his mother, regarding his version of the story vs. Steve's. This propels us to be curious about what will happen next in the state.

## SPECIFIC:

2:33 - Leading into the courtroom can be cut in half.

8:40 - Insert a transitional card before his parents' statement.

10:48 - The scene of his brother in the bar can be cut out. We get it, the family believes he's innocent.

15:03 - Transitional card needed.

16:16 - Steven on the phone with Glenn - are there different images we can use leading up to Dean Strang entering the building?

19:53 - "I hope the truth comes out on this so we can find out who did it." Hold a beat after this statement is said. It's powerful and supports his innocence and sympathy for Teresa's death.

21:23 - Is there anything we can use/show to clarify whether or not the cops had a warrant to search his property and allude to the fact that they may have planted something when they were there without permission?

26:19 - Cut straight to the courtroom (27:13) instead of watching everyone pile into hear Brendan's verdict.

32:53 - Transition Card / Insert the card that is at 33:17 here before Jodi is picked up from jail.

44:26 - Reesa Evans' statement should transition into the cops interrogating Jodi and Brendan. Don't need Yvonne's statement. Begin again at 45:53 with Jodi's statement and then the interview conducted by Detective Mark Weigert. Too many of these statements that are saying something similar (aka Steve is innocent) slows down the pace and we want to let this scene with the cop and Brendan play out.

53:59 - This is a key moment in this episode and the case when Brendan says "because I didn't think of it" after the cop points out he didn't mention Teresa was shot in the head. Let this sit a beat.

57:10 - When Brendan says: "what happens if his story is different...they got into my head" - this is a moment to hang onto to further suggest the story is unclear from all parties involved against Steve Avery. Hold this beat to let it sink in.

## EPISODE 4

### GENERAL

**INTERROGATION:** Brendan's interrogation during this episode serves as na intricate piece to the truth of the accusation of both him and Steven. We see from both Tom and Mark their manipulative ways to spin Brendan's reaction into something that is more positive on their end (ie. Steven being guilty) vs what the reality may be. Especially at 30:56 where they use his relationship with his mother to manipulate him telling a potential falsehood. These interviews and his conversation with his mother need to be intercut more effectively.

**PACE & TIGHTENING:** Again, a new editor can help push forward the pace and intercut Brendan's interrogation in a more thrilling and dramatic manner: to include his appeal for a new lawyer, and the conversations with his mother - once claiming he's guilty, once not. Also the blood being found and the needle add incredible elements to this case. There is so much

good content in this episode that pushes the story forward, we need to feel that forward movement more.

**TONE & TENSION:** Needs to feel more intense and atmospheric. In other words, we need to hold more tension since, currently, it feels flat and lags in spots as we go through Brendan's interviews and discourse.

## SPECIFIC

22:31 - This is a turning point here - Brendan not putting Teresa in the statement.

25:16 - The interrogation scene with Brendan and Mike O'Kelley could've moved much faster. Understandably you have to hold beats at times, but it felt too flat and elongated.

33:32 - After this conversation with Brendan and his mom, let's hold a beat and include a title card to the next chapter.

43:59 - Date and title card here before Barb speaks to Brendan.

46:14 - This dialogue between Brendan and his mom (Barb) highlights Brendan's vulnerability and how easily manipulated he can be. This is great to have.

47:09 - Before we go into the explanation of Brendan's letter being submitted, can we have a card prefacing what we're about to dive into?

54:12 - Loren's statement is effective, but feels out of place: "That perfect murder story." Is there another place in this episode we can insert her interview of why the Steven Avery case is compelling?

1:04:40 - This section about the blood in the car (with none of Avery's fingerprints in the car) should be earlier in the episode. We want to rapidly build up to this moment because we become hooked then Steven Avery may have been framed.

1:15:45 - Let's hold a beat on the image of the needle hole in the test tube. This is the major turning point.