| | |
|---|---|
| **From:** | Lisa Nishimura |
| **Sent:** | Friday, June 5, 2015 11:57:00 AM |
| **To:** | Moira Demos [REDACTED]; Lisa De[REDACTED]; Laura Ricciardi; Zana Lawrence; Mary Manhardt |
| **Cc:** | Adam Del Deo |
| **Subject:** | Making A Murderer: Notes Ep5v2 |
| **Attachments:** | MakingAMurdererEp5v2_Notes06.05.15.pdf |

Hello!
I hope this finds you all well. We are looking forward to our call this afternoon. Attached please find our notes for your reference.
Best,
Lisa & Adam

NFXCOL0001971

Confidential

13:04 Great verite shot of Ken Kratz entering the courtroom by walking AROUND rather than through the metal detector and the court police doing nothing about it. . . perfect visual set up for what is it to come.

Great line from Dean Strang in court, "with all due respect, the prosecution is supposed to be swimming upstream, it's called the presumption of innocence". Terrific at re-setting the actual law to the court and to our viewers.

15:00: The Jerome Buting montage outlining the case to date and the holes in the prosecution's position is really terrific.

35:12-35:18 The drone shot of the snowy road pulling away is great. Feels very lyrical and personal when set to the music and Steven's VO. Maybe look to replicate this feel/tone/aesthetic more in series, it works well.

42:00 ish Music is working well here.

42:55 Dean Strang soliloquy on the difficulty of this type of trial. v/o over shot of Steven looking a little smug - might be better to use a different shot?

51:05 The text card is tough to read. Bump up a font size.

54:59- Pam Sterm Testimony - would be good to contextualize the true size and scope of the junkyard and allow the viewers to really lean into the ridiculous notion that Pam & Nicole Sterm could possibly have found the Rav4 on their own. Can we provide the viewers with an instantly relatable reference to the size of the junkyard (e.g. what they managed to do is the equivalent of finding 1 out of 30,000 cars in 10 minutes on a piece of property the equivalent of 50 football fields. . . )

Confidential

NFXCOL0001974