1 notes between each e-mail.
2     Q. Okay. And with respect to the documents
3 that you produced in this case, did you search your
4 e-mail messages for communications from Netflix
5 forwarding notes or comments about the series?
6     A. Yes. My recollection is I -- I searched
7 anything to or from anyone at Netflix and gave that
8 to my attorneys.
9     Q. Okay. So irrespective of the question
10 whether the notes that follow specific e-mail are the
11 attachments to that e-mail, if those documents were
12 produced by Chrome in this case and they consist of
13 notes or outlines, those would have been documents
14 that were maintained in Chrome's records as copies of
15 notes and comments that were received from Netflix
16 during the production of "Making a Murderer,"
17 correct?
18     A. Yes, they would have been in my e-mails.
19     Q. And then directing your attention -- or,
20 strike that.
21     MS. BARKER: Mr. Videographer, could you
22 please hand to the witness the exhibit marked 52.
23     THE VIDEOGRAPHER: 52.
24     THE WITNESS: Yes. Okay. I have that.
25     Q. (BY MS. BARKER): I will direct your

**EXHIBIT 13**

1  attention to a document that is -- I'll count the
2  pages from the back -- approximately 8 pages from the
3  back -- or, the last page of the document
4  Bates-stamped CHRM000481 in the lower right-hand
5  corner.
6       A.  Okay. I'm on that document.
7       Q.  On the -- approximately the lower third
8  of the page, is there a copy of an e-mail message
9  that was sent by you as part of an e-mail thread with
10 individuals involved in the production of the trailer
11 for "Making a Murderer"?
12      A.  Yeah. I can see that on December 6th,
13 I'm writing an e-mail. I can't quite tell who it's
14 to, given this. But yes, it's about the trailer.
15      Q.  And that e-mail message continues on to
16 page 482 of the document; is that correct?
17      A.  Yes.
18      Q.  And let's see if I can find another copy
19 that -- in that exhibit that...
20      A.  It looks like it's to this Kleoniki
21 Wilson.
22      Q.  Okay. All right. Is that consistent
23 with your recollection of who you would have been
24 sending that message to?
25      A.  I don't remember that person. It looks