Thank you Moira! We will schedule a pick up for this morning.

On Dec 6, 2015, at 11:58 PM, ███████████ > wrote:

The drive with all the trailer pulls is ready for pickup at the cutting rooms first thing in the morning.

The address is ███████
The courier should have my phone number in case we are next door when they come. It is ███

I pulled every shot in the trailer so you now have them all upresed, color corrected, qc fixed, and textless. Occassionally I pulled audio when it appeared that we had something cleaner than what you were using. Everything is in a single prores quicktime laid out in the order of the trailer.

As I went through there were several spots where what was in trailer was from the final cut and there were shot and audio that were not in the locked versions that will air.

Below is a list of discrepancies and possible solutions:

1) @ 1:07 Steven Glynn says "in fact" the sheriff was told by the police... The transition words "in fact" are not in the lock, there is just a pause between his prior line and this one. It seems like the trailer could easily do the same without changing the timing. I have included the audio as it plays in the lock.

Confidential

CHRM000481



Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 1 of 3   Document 286-14

2) @ 1:12 the photo array graphic you have in the trailer was temp. I have given you the final graphic

3) @ 1:29 the heirachy graphic that focuses in on Lenk was temp. I have given you the final graphic, but you will see it plays a little differetnly. It should still work fine though.

4) @ 1:49 the dispatch conversation in the lock plays slightly differenly. This was a change we had to make for accuarcy. Instead of a male voice saying "not yet" a female voice says "I don't believe so". I have given you the audio from the lock.

5) @ 2:29 there are two photos of guns that are not in the locked cut. If you can think of images from the locks you want to replace them with I could easily dropbox you two shots. In the meantime I included these two photos at 100%, but they are not color corrected. And as I said they are not in the series.

6) @ 2:38 the shot of Colborn taking the oath in his depostion is no longer in the lock. I have given you the squirmy shot of Colborn that we used instead. I also included a shot of Petersen taking the oath in his depostion in case you perfer that.

Please let me know if you have any questions.

Thanks.

Moira

Confidential

CHRM000482