# EXHIBIT 29

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 1 of 4   Document 288-1

**From:** **Sean M Downs** ▇▇▇@hearst.com
**Subject:** Fw: please help and here is our phone number
**Date:** April 16, 2007 at 2:42 AM
**To:** ▇▇@synthesisfilms.com
**Cc:** Justin N Antoniotti ▇▇▇@hearst.com, John J Lazarevic ▇▇▇@hearst.com, Cary Edwards ▇▇▇@hearst.com

Hi Guy's,

After speaking with you last Friday I was going to write you this am
anyways, then I saw your memo and heard that you had called Jim as well.
I know for certain that we are going to recycle many of our record tapes
and this process starts today so your biggest threat to getting this dubbed
is time. I am forwarding this memo to Ivan and Cary (our photo
supervisors) as well as Justin (assistant news director). I would think
that we would be able to help as you did a lot of work for all of us
switching the feed and it was after all a pool effort. Still, it is up to
our managers to allow these dubs and to hold the tapes for some extra time

Sean
▇▇▇▇▇▇▇

----- Forwarded by Sean M Downs/WISN-TV/Broadcasting/Hearst on 04/16/2007
04:24 AM -----



```
Moira Demos
<▇▇▇@synthesi        To:    ▇▇▇@synthesisfilms.com
sfilms.com>          cc:    Brian Kerhin <▇▇▇@wluk.com>, "mike trevey"
                            <▇▇▇@journalbroadcastgroup.com>, "zander press zander"
04/15/2007 08:18 PM         <▇▇▇@zanderpressinc.com>, "wendy navani" <▇▇▇@nbc26.com>, "trish
                            ossmann" <▇▇▇@wbay.com>, "tom tomaszewski" <▇▇▇@wtaq.com>, "susy"
                            <▇▇▇@hearst.com>, "sean downs" <▇▇▇@hearst.com>, "scott keske"
                            <▇▇▇@todaystmj4.com>, "peter griggs" <▇▇▇@nbc26.com>, "miles
                            aquino" <▇▇▇@foxtv.com>, "mike nipps" <▇▇▇@wluk.com>, "mike
                            kinzel" <▇▇▇@whbl.com>, "mike kemmeter" <▇▇▇@wcinet.com>, "matt
                            kummer" <▇▇▇@wluk.com>, "marle hoffman"
                            <▇▇▇@journalsentinel.com>, "mark vittorina"
                            <▇▇▇@foxtv.com>, "mark sherry" <▇▇▇@deltapublications.com>,
                            "mark krueger" <▇▇▇@foxtv.com>, "laura ricciardi"
                            <▇▇▇@synthesisfilms.com>, "julie buehler" <▇▇▇@wluk.com>,
                            "john lee" <▇▇▇@postcrescent.com>, "john lazarevic"
                            <▇▇▇@hearst.com>, "john devroy" <▇▇▇@wbay.com>, "john byman"
                            <▇▇▇@620wtms.com>, "joe kamenick" <▇▇▇@peoplepc.com>, "jim
                            murphy" <▇▇▇@journalbroadcastgroup.com>, "jim dillon"
                            <▇▇▇@wbay.com>, "jim cullen" <▇▇▇@todaystmj4.com>, "jeanne
                            anthony" <▇▇▇@wcinet.com>, "herman ward" <▇▇▇@cbs58.com>, "grant
                            uitti" <▇▇▇@cbs58.com>, "gary l wiliams" <▇▇▇@nbc26.com>, "fred
                            barry" <▇▇▇@womtradio.com>, "dwight nale" <▇▇▇@postcrescent.com>,
                            "diane baumgart" <▇▇▇@timesvillager.com>, "david malm"
                            <▇▇▇@wfrv.cbs.com>, "danielle bina" <▇▇▇@wtaq.com>, "dan flannery"
                            <▇▇▇@postcrescent.com>, "brian lundberg" <▇▇▇@cubradio.com>,
                            "brian graham" <▇▇▇@foxtv.com>, "bill kiefer" <▇▇▇@wluk.com>,
                            "alicyn hanford" <▇▇▇@courttv.com>, "tom kertscher"
                            <▇▇▇@journalsentinel.com>, "kris schuller"
                            <▇▇▇@wfrv.cbs.com>, "bo s. rosser" <▇▇▇@courttv.com>, "jessie
                            wells" <▇▇▇@nbc26.com>, "colleen marie henry"
                            <▇▇▇@hotmail.com>, "pattymurray" <▇▇▇@wpr.org>,
                            "angenette levy" <▇▇▇@wfrv.cbs.com>, "Andy Nelesen"
                            <▇▇▇@sbcglobal.net>, "gil halsted" <▇▇▇@wpr.org>, "Jennifer
                            Mertens" <▇▇▇@cygnusb2b.com>, "McCarey, Tom"
                            <▇▇▇@wbay.com>, "derrick nunnally" <▇▇▇@journalsentinel.com>,
                            "leah massey" <▇▇▇@nbc26.com>, "carrie attflinger" <▇▇▇@ap.org>,
                            "Alina Machado" <▇▇▇@cbs58.com>
                     Subject: Re: please help and here is our phone number
```

My phone number is ▇▇▇▇▇ I forgot to include it the first
time I sent this out so here it is again. Thanks. Moira

-----------------------

CHRM034730

CONFIDENTIAL

Hello everyone. Sorry to bother you on the eve of another trial but we wanted to get this out before (if possible) you started recycling all of you Avery tapes.

Here at Synthesis Films we have encountered a pretty serious problem with the footage we recorded from the raw feed of the manned witness camera. Since we were upstairs working the switcher and mixer we were not able to monitor the feed as well as would have liked. This problem came to light last week when we finally had the time to start dubbing and reviewing the footage. The footage from the witness cam is very high contrast and the whites are clipping. After talking to a number of engineers at the Dassey rig on Friday it seems as if our trouble came from one of two problems. Either the mult-box for the dedicated witness cam feed was not terminated or the video gain on that mult-box was turned way up. Either way it created a signal our deck could not tame.

We are writing now with an urgent request to the stations that participated in the pool. We are hoping that whichever station was shooting courtroom pool for a certain week could allow us to dub that week of footage (even if it's from the mixed feed). This would in essence be asking each station to refrain from copying over one week of footage. If your station has already recycled the footage from your week perhaps you can let us know what you still have and we can try to piece it together.

Obviously we are trying to sort this out as soon as possible before this footage disappears. On that note, just to put it out there, at the end of the day Synthesis films will be archiving the entire trial long into the future, and would be more than happy to provide you footage should you need it down the road.

Thanks in advance for your help.

See you tomorrow in Manitowoc.

Moira Demos and Laura Ricciardi

============================================================
This e-mail message is intended for the personal use of the recipient(s) named above. If you are not an intended recipient, you may not review, copy or distribute this message.

If you have received this communication in error, please notify the Hearst Information Services HelpDesk (helpdesk@hearst.com) immediately by e-mail and delete the original message.

============================================================

CHRM034731

CONFIDENTIAL

CHRM034732

CONFIDENTIAL