# EXHIBIT 30

From: ███████@synthesisfilms.com
Subject: Re: please help
Date: April 23, 2007 at 4:41 PM
To: Sean M Downs ███████@hearst.com



Hi Sean,

thanks for the good news. We will follow up with you when Brendan's trial is all over. As of now our schedule is quite flexible and we look forward to an excuse to come to Milwaukee.

Talk to you soon.

- Moira

Today, Justin relayed Lori's OK for you to dub our tapes from DVC to DV. But the loaning out of a DVC pro deck was not approved. Our managers would
be comfortable if you came here and did the dubs when this trial was over. In that way our decks stay here and we could set up twin operations for both of your DV units to dub tape at the same time reducing the time you would have to put in here for your dubs.

Sean



███████@synthesisfilms.com    To: "Sean M Downs" <███████@hearst.com>
                              cc:
04/21/2007 03:17 PM           Subject: Re: please help

Hi Sean,

Thanks for following up. And thanks to all of you for "going to bat" for us.

On Monday, Ivan provided us with a list of Avery trial tapes that WISN archived. As for the days/witnesses that do not appear on Ivan's list, over the course of this week, we have been dubbing those tapes from another station.

If it can work out to borrow a DVC pro deck next week of course that would be absolutely great and missing sleep is what we're all about. The Dassey case is moving right along and could be over and done with by Thursday or Friday, verdict included, so that's another thing to keep in mind.

If the answer about the deck is "no," then we would be more than happy to come to your station to make the dubs sometime the following week. Or, if worst came to worst we could try to rent a DVC pro deck ourselves.

Our only concern at this point is to confirm that by hook or by crook we will be able to copy the tapes that Colleen saved.

Feel free to call us anytime.

Thanks so much,

Moira and Laura
███████ (Moira) or ███████ (Laura)

> Hi,
>
> I have not been able to get permission (yet) from my news director to let
> you borrow a DVC pro deck to play out our tapes to your DV deck. She

CONFIDENTIAL
CONFIDENTIAL

CHRM034747

you cannot afford a pro deck to play our our tapes to your dv deck. Chris was
at a meeting all week (except Friday) and there was no time for our
assistant news director to see her then and secure permission for this
operation. Ivan, Colleen, Justin and others here are aware of what you
have done for the pool effort and your needs now, we support helping you
out but we still need an OK from our boss to do it. Colleen has secured
our MIXED feed tapes of almost everything that would ever be of value
should we revisit this trail later, so we are not using those tapes for
this trial so don't worry that we are recoding over "the good stuff".
Each
day we do use a few tape to record this trial but they have already had
the
labels removed and it would be hard to tell what they were and remember
they did not even get saved by Colleen (and she saves everything). I will
try to get an answer on Monday and get a deck up there ASAP with the
special tapes so that you can use the other 12 hours of your day (when
you
should be getting some sleep) to dub them over. If our boss is worried
about letting the tapes out of the shop maybe we could consider having
you
coming here after the trail for a day or two and do the dubs then. I
don't
know if that would work for everyone.

Sean


Moira Demos
<▉@synthesi    To:   Brian Kerhin
@wluk.com>           <▉@sfilms.com>
                              cc:   "mike trevey"
<▉@journalbroadcastgroup.com>, "zander press zander"
<▉@zanderpressinc.com>,
"wendy navani"
<▉@nbc26.com>,
            04/15/2007 08:12 PM       "trish ossmann"
<▉@wbay.com>, "tom tonaszewski"
<▉@wtaq.com>,
                              "susy"
<▉@hearst.com>,
"sean downs"
<▉@hearst.com>,
"scott keske"
<▉@todaystmj4.com>,
"peter griggs"
<▉@nbc26.com>,
"miles aquino"
<▉@foxtv.com>,
"mike nipps"
<▉@wluk.com>,
"mike kinzel"
<▉@whbl.com>,
"mike kemmeter"
<▉@wcinet.com>,
"matt kummer"
<▉@wluk.com>,
"marie hoffman"
<▉@journalsentinel.com>,
"mark vittorina"
<▉@foxtv.com>,
"mark sherry"

CONFIDENTIAL
CONFIDENTIAL

CHRM034748



CONFIDENTIAL
CONFIDENTIAL

CHRM034749



"wells"
<■■■@nbc26.com>,
"colleen marie henry"
<■■■@hotmail.com>,
"pattymurray"
<■■■@wpr.org>,
"angenette levy"
<■■■@wlrv-cbs.com>,
"Andy Nelesen"
<■■■@sbcglobal.net>,
"gil halsted"
<■■■@wpr.org>,
"Jennifer Mertens"
<■■■@cygnusb2b.com>,
"McCarey, Tom"
<■■■@wbay.com>,
"derrick nunnally"
<■■■@journalsentinel.com>,
"leah massey"
<■■■@nbc26.com>,
"carrie antlinger"
<■■■@ap.org>,
"Alina Machado"
<■■■@cbs58.com>

Subject: please help

Hello everyone. Sorry to bother you on the eve of another trial but we wanted to get this out before (if possible) you started recycling all of you Avery tapes.

Here at Synthesis Films we have encountered a pretty serious problem with the footage we recorded from the raw feed of the manned witness camera. Since we were upstairs working the switcher and mixer we were not able to monitor the feed as well as would have liked. This problem came to light last week when we finally had the time to start dubbing and reviewing the footage. The footage from the witness cam is very high contrast and the whites are clipping. After talking to a number of engineers at the Dassey rig on Friday it seems as if our trouble came from one of two problems. Either the mult-box for the dedicated witness cam feed was not terminated or the video gain on that mult-box was turned way up. Either way it created a signal our deck could not tame.

We are writing now with an urgent request to the stations that participated in the pool. We are hoping that whichever station was shooting courtroom pool for a certain week could allow us to dub that week of footage (even if it's from the mixed feed). This would in essence be asking each station to refrain from copying over one week of footage. If your station has already recycled the footage from your week perhaps you can let us know what you still have and we can try to piece it together.

Obviously we are trying to sort this out as soon as possible before this footage disappears. On that note, just to put it out there, at the end of the day Synthesis films will be archiving the entire trial long into the future, and would be more than happy to provide you footage should you need it down the road.

Thanks in advance for your help.

See you tomorrow in Manitowoc.

Moira Demos and Laura Ricciardi

CONFIDENTIAL
CONFIDENTIAL

CHRM034750

This e-mail message is intended for the personal use of the recipient(s)
named above. If you are not an intended recipient, you may not review,
copy or distribute this message.

If you have received this communication in error, please notify the
Hearst
Information Services HelpDesk (███████@hearst.com) immediately by
e-mail
and delete the original message.

---

This e-mail message is intended for the personal use of the recipient(s)
named above. If you are not an intended recipient, you may not review,
copy or distribute this message.

If you have received this communication in error, please notify the Hearst
Information Services HelpDesk (███████@hearst.com) immediately by e-mail
and delete the original message.

---

CONFIDENTIAL
CONFIDENTIAL

CHRM034751

CONFIDENTIAL
CONFIDENTIAL
CHRM034752