# EXHIBIT 4

1    IN THE UNITED STATES DISTRICT COURT
2      FOR THE EASTERN DISTRICT OF WISCONSIN
3                      - - -
4
5  ANDREW L. COLBORN,
6              Plaintiff,
7           vs.                          No. 19-CV-484
8  NETFLIX, INC., CHROME MEDIA, LLC,
   f/k/a SYNTHESIS FILMS, LLC,
9  LAURA RICCIARDI, and MOIRA DEMOS,
10             Defendants.
   _____
11
12
13
14
15
16          CONFIDENTIAL DEPOSITION OF
17                  LISA DENNIS
18            LOS ANGELES, CALIFORNIA
19           WEDNESDAY, AUGUST 17, 2022
20
21
22
23  REPORTED REMOTELY BY:
24  ANITA A. SHENIAN, CSR NO. 12325
25  VERITEXT LEGAL SOLUTIONS ASSIGNMENT NO. 5343861

CONFIDENTIAL

```
 1           IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF WISCONSIN
 3                          - - -
 4
 5  ANDREW L. COLBORN,
 6                Plaintiff,
 7          vs.                              No. 19-CV-484
 8  NETFLIX, INC., CHROME MEDIA, LLC,
    f/k/a SYNTHESIS FILMS, LLC,
 9  LAURA RICCIARDI, and MOIRA DEMOS,
10                Defendants.
    _____
11
12
13
14
15       Confidential deposition of LISA DENNIS, taken
16  on behalf of Plaintiff, at 707 Wilshire Boulevard,
17  Suite 3500, Los Angeles, California, commencing at
18  9:23 a.m., Wednesday, August 17, 2022, taken before
19  ANITA A. SHENIAN, a Certified Shorthand Reporter for
20  the State of California, CSR No. 12325.
21
22
23
24
25
```

CONFIDENTIAL

Page 3

1      A P P E A R A N C E S:
2
3
4  FOR THE PLAINTIFF:
5
            CONWAY, OLEJNICZAK & JERRY, S.C.
6
            BY CHRISTINA D. SOMMERS, Esq.
7
            (Appearing via Zoom)
8
            231 South Adams Street
9
            Post Office Box 23200
10
            Green Bay, Wisconsin 54305
11
            (920) 437-0476
12
            cds@lcojlaw.com
13
14
15  FOR DEFENDANTS MOIRA DEMOS, LAURA RICCIARDI, and
    CHROME MEDIA:
16
17          JASSY, VICK & CAROLAN, LLP
18          BY KEVIN L. VICK, Esq.
19          355 South Grand Avenue
20          Suite 2450
21          Los Angeles, California 90071
22          (310) 870-7048
23          kvick@jassyvick.com
24
25  (Appearances continued)

Brown & Jones Reporting         414-224-9533
A Veritext Company              www.veritext.com
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 4 of 12   Document 289-4

```
 1                A P P E A R A N C E S:
 2
 3
 4   FOR DEFENDANT NETFLIX, INC.:
 5
            BALLARD SPAHR, LLP
 6
            BY ISABELLA S. NASCIMENTO, Esq.
 7
            (Appearing via Zoom)
 8
            80 South 8th Street
 9
            Suite 2000, IDS Center
10
            Minneapolis, Minnesota 55402
11
            (612) 371-3281
12
            salomaonascimentoi@ballardspahr.com
13
14
15
16
17
18   ALSO PRESENT:      DEBORAH BURSIK, Esquire
19                      MEGHAN E. FENZEL, Esquire
20                      EMMY PARSONS, Esquire
21                      MOIRA DEMOS, Defendant
22                      LAURA RICCIARDI, Defendant
23
24
25
```

1                    I N D E X

3   WITNESS LISA DENNIS

    EXAMINATION                                              PAGE

6          BY MS. SOMMERS                                       9

9                         EXHIBITS

11                      PLAINTIFF'S

    NUMBER                DESCRIPTION                        PAGE

14  Exhibit 74    E-Mail String Bates Numbered                35
                  NFXCOL0001904 to NFXCOL0000492

16  Exhibit 75    E-Mail String Bates Stamped                 76
                  CHRM034769 to CHRM000482

18  Exhibit 76    E-Mail String Bates Numbered                82
                  DENNIS00043429 to
19                DENNIS00049008

                         DEFENDANTS'

25                        (NONE)

1  QUESTIONS THE WITNESS WAS EITHER INSTRUCTED NOT TO
2  ANSWER OR REFUSED TO ANSWER ARE INDICATED IN THE
3  TRANSCRIPT WITH AN ASTERISK (*) SIGN AND ARE LOCATED ON
4  THE FOLLOWING PAGE AND LINE NUMBERS:
5
6                              (NONE)
7
8
9
10 INFORMATION TO BE SUPPLIED IN THE TRANSCRIPT:
11
12                             (NONE)
13
14
15
16
17
18
19
20
21
22
23
24
25

Brown & Jones Reporting      414-224-9533
A Veritext Company            www.veritext.com
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 7 of 12   Document 289-4

1  representatives from all three law firms.  What did you
2  speak with representatives of Attorney Vick's office
3  about?
4      A.   He -- he contact -- honestly, I don't
5  remember.  I remember being contacted, I remember having
6  a general discussion, but no specifics.
7      Q.   And with respect to any conversations you had
8  with attorneys or their colleague's at Ballard Spahr, do
9  you have any recollection of what you spoke about?
10     A.   Who is at Ballard and Spahr?  Is that Emmy?
11     Q.   I believe so.
12     A.   I'm sorry.  Would you repeat yourself?
13     Q.   Yes.
14     A.   We spoke about my role -- like, what was my
15 job on the movie -- very lightly.  I was asked my
16 opinion of the executive, Lisa Nishimura, at Netflix.
17          And I was asked if I believed that the way --
18 the filmmaker's approach was very balanced.  But that
19 was always their, you know, forward operating behavior.
20     Q.   Let's break those three issues down.  And I'm
21 curious how you answered all those questions.
22          So what was your job on the movie, meaning
23 Making a Murderer?
24     A.   In a production supervising role, where I
25 helped with scheduling, I was a primary contact with

Brown & Jones Reporting        414-224-9533
A Veritext Company              www.veritext.com
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 8 of 12   Document 289-4

```
 1   you know, sober-minded and forthright, and not
 2   particularly available early on in the process to us.
 3        Q.   Did Ms. Parsons ask any follow-up questions?
 4        A.   I don't know.  I don't remember.
 5        Q.   What was the significance to you of her lack
 6   of availability early in the project?
 7        A.   Not significant.  I mean, she was busy.
 8        Q.   Sure.  And I think you relayed that you found
 9   her to be forthright.  Did I hear you correctly?
10        A.   Yeah.
11        Q.   And did you discuss with Ms. Parsons
12   Ms. Nishimura's role in influencing what would be the
13   final product that was Making a Murderer?
14        A.   I don't remember.
15        Q.   The third thing you mentioned speaking with
16   Ms. Parsons about was that she asked if you believed the
17   filmmaker's approach was appropriate and fair, something
18   to that effect?
19        A.   Sorry.  Repeat your question, please.
20        Q.   Sure.  You mentioned that Emmy Parsons asked
21   you about the filmmaker's approach to Making a Murderer.
22   What specifically did you two discuss about that?
23        A.   I don't really understand the question.  I
24   mean, to the best of my knowledge, when I was having
25   this discussion about Emmy --
```

1  Q.  Sure.  Now, let me ask a more specific
2  question.  I believe you had mentioned she asked you if
3  you believed that they were fair and balanced.  Is that
4  accurate?
5  A.  Yeah.  Those probably weren't her words, but
6  sure.
7  Q.  And what was your response?
8  A.  Absolutely.
9  Q.  And to the best of your recollection, was
10 there any further discussion of the basis of that
11 opinion?
12 A.  I don't remember.
13 Q.  In preparing for your deposition today, who
14 have you spoken to, if anyone?
15 A.  I did nothing to prepare for this deposition,
16 and I've spoken to nobody.
17 Q.  So fair to say that you haven't reviewed any
18 documents in preparation for today?
19 A.  Not even my own E-mail.
20 Q.  Okay.  And you haven't reviewed any
21 transcripts taken of any other depositions in this case?
22 A.  No, no.
23 Q.  All right.  When was the last time you spoke
24 with or otherwise communicated with Moira Demos?
25 A.  I don't know exactly.  It's been many years.

Brown & Jones Reporting         414-224-9533
A Veritext Company              www.veritext.com
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 10 of 12   Document 289-4

```
 1   and E-mailed out to a host of people.
 2       Q.   When you would get one of these, were there a
 3   lot of links in there that mentioned Making a Murderer,
 4   such that you would think this is getting a lot of
 5   press?
 6       MS. NASCIMENTO:  Objection; relevance.
 7   BY MS. SOMMERS:
 8       Q.   Let me ask a different question.  I just want
 9   to understand what you understood the reception of
10   Making a Murderer was, in that how broad -- how broad
11   the distribution was being viewed and how it was
12   received.
13            Now, let me put that into a question:  After
14   Making a Murderer went live on Netflix, what is your
15   understanding of how wide the viewership of that series
16   became, to your personal knowledge?
17       A.   That it was immensely popular.
18       Q.   And what is your understanding, to your
19   personal knowledge, of the level of coverage the series
20   was getting in the national press?
21       A.   Getting a lot of press.  Very popular show.
22       Q.   And that press was national; not, for example,
23   local to Wisconsin?
24       A.   I feel very compelled to say the things to you
25   that I know definitively, and I just want to repeat
```

CONFIDENTIAL

1  STENOGRAPHIC REPORTER'S CERTIFICATE

4  I, ANITA A. SHENIAN, CSR No. 12325, Certified
5  Shorthand Reporter, certify;
6  That the foregoing proceedings were taken by me
7  remotely at the time and place therein set forth, at
8  which time the witness was put under oath by me;
9  That the testimony of the witness, the questions
10 propounded, and all objections and statements made at
11 the time of the examination were recorded
12 stenographically by me and were thereafter
13 transcribed;
14 That the foregoing is a true and correct transcript
15 of my shorthand notes so taken.
16 I further certify that I am not a relative or
17 employee of any attorney of the parties, nor financially
18 interested in the action.
19 I declare under penalty of perjury under the laws
20 of California that the foregoing is true and correct.
21 Dated this 22nd day of August, 2022.

24 ANITA A. SHENIAN, CSR No. 12325

Brown & Jones Reporting        414-224-9533
A Veritext Company             www.veritext.com
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 12 of 12   Document 289-4