# EXHIBIT 6



**MANITOWOC COUNTY DISTRICT ATTORNEY**

1010 SOUTH EIGHTH STREET
MANITOWOC, WISCONSIN 54220

TELEPHONE: 920-683-4070 • FAX: 920-683-5046

# MEMO

**To:** M. Rohrer

**Dated:** August 19, 2022

**From:** Douglass K. Jones

**RE:** Steven Avery file
Case # unknown

    Last Thursday, September 11, 2003, I called and spoke to Gene Kusche (retired chief investigator at the Manitowoc County Sheriff Department) in the afternoon to tell him that there was an article in the Herald Times Reporter about the Avery case and that Avery had been released. Gene said that he was already aware of the article and about Avery being released. We chatted about unrelated matters. Gene's future plans, his health and his exercise regiment he is beginning. I also told him about how things were with my family and me. As I was trying to close the conversation Gene told me he would retain the drawing (Gene had done a suspect sketch). He then told me that in 95 or 96 Andy Colburn had told Tom Kocourek (former Manitowoc County Sheriff) that an officer from Brown County had told Colburn that Allen and not Avery might have actually committed the Beernsten assault. Gene stated that Colburn was told by Kocourek something to the affect that we already have the right guy and he should not concern himself. I asked if this information was known. He said Lenk (MTSO Lt. James Lenk, detective bureau command officer) was aware. He did not indicate in any way when Lenk first learned about Colburn and Kocourek's conversation. On late Thursday afternoon I found Mark Rohrer and apprised him of the conversation with Gene. By the time I found Mark he indicated that he had already been made aware of conversation between Colburn and Kocourek.

DJ001