# EXHIBIT 7



DJ002