# EXHIBIT 8

**From:** Kalina, Chris A. [kalinaca@DOJ.STATE.WI.US]
**Sent:** 8/28/2006 1:37:26 PM
**To:** Larry Ledvina [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=b644d369c6d3493ea7dd823f29559066-LarryLedvin]
**Subject:** RE: Recall Request
**Attachments:** Steven Avery PSN 1296.xls

Larry

Not sure what you mean by "can only access PSN A988"?

Here it is again…

Chris Kalina
TIME Systems Operations Coordinator
Crime Information Bureau
608-266-7394
kalinaca@doj.state.wi.us

**From:** LarryLedvina@co.manitowoc.wi.us [mailto:LarryLedvina@co.manitowoc.wi.us]
**Sent:** Monday, August 21, 2006 11:58 AM
**To:** Kalina, Chris A.
**Subject:** Re: Recall Request

CHRIS,
THANK YOU FOR THE INFO BUT I CAN ONLY ACCESS
psn 988--COULD YOU RESEND PLEASE?
THANK YOU.
Larry Ledvina, Deputy Inspector
ManitowocCountySheriff's Department
1025 S. 9th St.
Manitowoc, WI54220
(920) 683-4199
LarryLedvina@co.manitowoc.wi.us
**"Kalina, Chris A." <kalinaca@DOJ.STATE.WI.US>**            To <larryledvina@co.manitowoc.wi.us>
08/08/2006 03:18 PM

cc

Subject Recall Request

Larry

**Ignore that last email I sent, I attached the wrong file**

Ref:  Recall request regarding "court discovery"

Per your request I have completed my search for the dates 11/03/2005 – 11/12/2005 on the below PSNs (WI0360000):

1296    A171    A367    A051    A988    A706    A763    A559    A744    A932    A325    A587

Colborn
EXHIBIT NO. 1115
365Reporting, LLC

MANITOWOC-034508

Due to the amount of data request and the information found I have not cleaned up the spreadsheet. The summary information in the spreadsheet represents everything that was sent to and from each PSN on the dates requested. The excel spreadsheet attached has multiple worksheets in the same document for each PSN.

If you have any questions please let me know, thanks


Chris Kalina
TIME Systems Operations Coordinator
Crime Information Bureau
608-266-7394
kalinaca@doj.state.wi.us



Steven Avery PSN
1296.xls

MANITOWOC-034509
CONFIDENTIAL Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 3 of 3   Document 289-8