# EXHIBIT 10

## CERTIFICATION OF BUSINESS RECORDS

I, Todd A. Cummings, am the records custodian at Manitowoc County Sheriff's Department and hereby certify that the attached narrative dispatch for case # 2005-8844 is made and kept in the course of regularly conducted business and that the attached is an authentic copy of the business records at the Manitowoc County Sheriff's Department.

_____        05/16/2022

Signed as records custodian         Date

#743230




Colborn
EXHIBIT NO. 66
DATE: 7-22-22


EXHIBIT
66

| Date/Time | User | Description |
|---|---|---|
| ================== | ===== | =================== |
| ==================================================================================== | | |
| ==================================================== | | |
| 11/12/2005 11:35:05 | D976 | Dispositions Changed |
| 11/12/2005 11:35:05 | D976 | |
| 11/12/2005 11:35:02 | D976 | SCENE HAS BEEN RELEASED |
| 11/12/2005 11:35:00 | D976 | Unit S469 cleared from call |
| 11/12/2005 11:25:22 | | Unit S469;ON SCENE |
| 11/12/2005 11:11:00 | | Unit S469;ON SCENE |
| 11/12/2005 10:30:35 | | Unit S469;ON SCENE |
| 11/12/2005 10:17:12 | | Unit S469;ON SCENE |
| 11/12/2005 10:06:45 | | Unit S469;ON SCENE |
| 11/12/2005 09:39:44 | D928 - D928 | Unit T850 cleared from call |
| 11/12/2005 09:16:34 | | Unit T850;ON SCENE |
| 11/12/2005 08:52:56 | | Unit S469;ON SCENE |
| 11/12/2005 08:39:08 | | Unit S469;ON SCENE |
| 11/12/2005 08:32:37 | D976 | Unit S423 cleared from call |
| 11/12/2005 08:29:35 | D976 | Unit S469 ON SCENE |
| 11/12/2005 08:25:03 | D924 | ;AVERY'S PROPERTY |
| 11/12/2005 08:07:00 | | Unit T850;ON SCENE |
| 11/12/2005 08:03:31 | D924 | Unit S469 ENROUTE |
| 11/12/2005 07:09:41 | | Unit T850;ON SCENE |
| 11/12/2005 06:08:18 | | Unit T850;ON SCENE |
| 11/12/2005 05:29:26 | | Unit T850;ON SCENE |
| 11/12/2005 04:13:11 | | Unit S423;ON SCENE |
| 11/12/2005 04:06:12 | Inactive - D929 | Unit S440 cleared from call |
| 11/12/2005 04:03:11 | Inactive - D929 | Unit S423 ON SCENE |
| 11/12/2005 04:03:04 | Inactive - D929 | Unit S423 DISPATCHED |
| 11/12/2005 03:39:23 | D946 | Unit T859 cleared from call |
| 11/12/2005 03:10:27 | | Unit S440;ON SCENE |
| 11/12/2005 03:08:14 | | Unit T850;ON SCENE |
| 11/12/2005 02:59:45 | | Unit S440;ON SCENE |
| 11/12/2005 02:57:58 | D946 | Unit T850 ON SCENE |
| 11/12/2005 02:57:43 | D946 | Unit T850 DISPATCHED |
| 11/12/2005 02:29:12 | | Unit S440;ON SCENE |
| 11/12/2005 02:27:28 | | Unit T859;ON SCENE |
| 11/12/2005 01:55:12 | | Unit S440;ON SCENE |
| 11/12/2005 00:52:07 | | Unit S440;ON SCENE |
| 11/12/2005 00:42:35 | D941 - D941 | Unit K444 cleared from call |
| 11/12/2005 00:10:16 | Inactive - D929 | Unit S449 cleared from call |
| 11/12/2005 00:04:10 | | Unit K444;ON SCENE |
| 11/11/2005 23:53:23 | | Unit S440;ON SCENE |
| 11/11/2005 23:52:27 | Inactive - D929 | Unit S423 cleared from call |
| 11/11/2005 23:45:47 | | Unit S449;ON SCENE |
| 11/11/2005 23:43:23 | D941 - D941 | Unit S440 ON SCENE |
| 11/11/2005 23:19:33 | | Unit T859;ON SCENE |
| 11/11/2005 23:15:59 | | Unit S423;ON SCENE |
| 11/11/2005 23:08:27 | | Unit T859;ON SCENE |
| 11/11/2005 23:08:07 | | Unit S449;ON SCENE |

```
11/11/2005 23:04:09    D941 - D941    Unit S440 ENROUTE
11/11/2005 23:04:05    D941 - D941    Unit S440 DISPATCHED
11/11/2005 23:02:26           Unit K444;ON SCENE
11/11/2005 23:02:20           Unit S412;ON SCENE
11/11/2005 22:36:56           Unit S449;ON SCENE
11/11/2005 22:27:23    D941 - D941    Unit S449 ON SCENE
11/11/2005 22:27:14    D941 - D941    Unit S449 DISPATCHED
11/11/2005 22:03:30           Unit T859;ON SCENE
11/11/2005 21:20:39           Unit T859;ON SCENE
11/11/2005 21:01:10           Unit T859;ON SCENE
11/11/2005 20:34:48    D941 - D941    Unit S602 cleared from call
11/11/2005 20:06:47           Unit S412;ON SCENE
11/11/2005 20:03:41           Unit S602;ON SCENE
11/11/2005 20:03:24           Unit K444;ON SCENE
11/11/2005 19:56:46    D941 - D941    Unit S412 ON SCENE
11/11/2005 19:56:34    D941 - D941    Unit S412 DISPATCHED
11/11/2005 19:33:47    D935 - D935    Unit T856 cleared from call
11/11/2005 19:25:33           Unit T859;ON SCENE
11/11/2005 19:10:16           Unit T859;ON SCENE
11/11/2005 19:10:11           Unit T856;ON SCENE
11/11/2005 19:00:04    D935 - D935    Unit T859 ON SCENE
11/11/2005 18:59:45    D935 - D935    Unit T859 DISPATCHED
11/11/2005 18:25:30           Unit T856;ON SCENE
11/11/2005 18:12:02           Unit K444;ON SCENE
11/11/2005 18:11:57           Unit S602;ON SCENE
11/11/2005 18:01:32    D961    Unit K444 ON SCENE
11/11/2005 18:01:27    D961    Unit S602 ON SCENE
11/11/2005 18:01:22    D961    Unit S602 DISPATCHED
11/11/2005 18:01:12    D961    Unit S602 cleared from call
11/11/2005 18:00:37    D961    Unit S496 cleared from call
11/11/2005 16:06:15           Unit S496;ON SCENE
11/11/2005 15:51:59           Unit S496;ON SCENE
11/11/2005 14:48:19           Unit T856;ON SCENE
11/11/2005 13:43:05    Inactive - D968old    Unit S744 cleared from call
11/11/2005 13:28:55           Unit T856;ON SCENE
11/11/2005 13:11:14           Unit T856;ON SCENE
11/11/2005 12:46:05           Unit S744;ON SCENE
11/11/2005 12:45:28    Inactive - D968old    AVERY RD/147
11/11/2005 12:45:16    Inactive - D968old    Unit S602 DISPATCHED
11/11/2005 12:44:19           Unit T856;ON SCENE
11/11/2005 12:38:11           Unit S496;ON SCENE
11/11/2005 12:21:28           Unit S744;ON SCENE
11/11/2005 12:21:26           Unit S496;ON SCENE
11/11/2005 12:01:27           Unit S496;ON SCENE
11/11/2005 11:36:21           Unit T856;ON SCENE
11/11/2005 11:33:00    Inactive - D968old    Unit S193 cleared from call
11/11/2005 11:09:48           Unit T856;ON SCENE
11/11/2005 10:59:47    D946    Unit T856 ON SCENE
11/11/2005 10:54:15    Inactive - D968old    AVERY/147
11/11/2005 10:47:53    D946    Unit T856 ENROUTE
```

```
11/11/2005 10:47:46    D946    Unit T856 DISPATCHED
11/11/2005 10:15:15            Unit S496;ON SCENE
11/11/2005 10:05:15    D946    Unit S496 ON SCENE
11/11/2005 10:00:48    D946    Unit K444 ENROUTE
11/11/2005 10:00:17    D946    Unit K444 DISPATCHED
11/11/2005 09:41:27            Unit S744;ON SCENE
11/11/2005 09:30:49    Inactive - D968old      AVERY/147
11/11/2005 09:30:40    Inactive - D968old        Unit S193 ON SCENE
11/11/2005 09:18:50    Inactive - D968old        Unit S193 DISPATCHED
11/11/2005 08:55:39    Inactive - D968old      AVERY/147
11/11/2005 08:54:24    Inactive - D968old        Unit S496 ENROUTE
11/11/2005 08:54:23    Inactive - D968old        Unit S496 DISPATCHED
11/11/2005 07:25:44            Unit S744;ON SCENE
11/11/2005 05:47:59            Unit S744;ON SCENE
11/11/2005 04:07:35            Unit S744;ON SCENE
11/11/2005 03:57:38    D946    Unit S417 cleared from call
11/11/2005 03:57:35    D946    Unit S744 ON SCENE
11/11/2005 03:56:25    D946    Unit K423 cleared from call
11/11/2005 03:42:43    D946    ;147/AVERY RD
11/11/.005 03:30:37    D946    Unit S744 ENROUTE
11/11/2005 03:30:32    D946    Unit S744 DISPATCHED
11/11/2005 02:56:44            Unit K423;ON SCENE
11/11/2005 01:49:29            Unit S417;ON SCENE
11/11/2005 01:49:07            Unit K423;ON SCENE
11/11/2005 01:27:34            Unit S417;ON SCENE
11/11/2005 01:17:33    D946    Unit S417 ON SCENE
11/11/2005 01:03:02    D946    Unit S417 ENROUTE
11/10/2005 23:29:19    D946    Unit S417 DISPATCHED
11/10/2005 23:28:18    D946    Unit S449 cleared from call
11/10/2005 23:13:29            Unit S449;ON SCENE
11/10/2005 22:28:14    D926    Unit M747 cleared from call
11/10/2005 22:02:46            Unit K423;ON SCENE
11/10/2005 21:59:43            Unit S449;ON SCENE
11/10/2005 20:44:02            Unit S449;ON SCENE
11/10/2005 20:34:06    D926    Unit S487 cleared from call
11/10/2005 20:34:02    D926    Unit S449 ON SCENE
11/10/2005 20:08:39    D964 - D964    Unit S449 ENROUTE
11/10/2005 20:08:34    D964 - D964    COMMAND POST
11/10/2005 20:08:28    D964 - D964    Unit S449 DISPATCHED
11/10/2005 20:08:25    D964 - D964    Unit S449 cleared from call
11/10/2005 20:08:18    D964 - D964    COMMAND POS
11/10/2005 20:08:07    D964 - D964    Unit S449 DISPATCHED
11/10/2005 19:15:50    D971    Unit S193 cleared from call
11/10/2005 18:26:35    D935 - D935    Unit M674 cleared from call
11/10/2005 18:26:29    D935 - D935    Unit M018 cleared from call
11/10/2005 16:56:35    D964 - D964    Unit S405 cleared from call
11/10/2005 16:51:44            Unit S487;ON SCENE
11/10/2005 16:42:05    D964 - D964    COMMAND POST
11/10/2005 16:38:01    D935 - D935    Unit M798 cleared from call
11/10/2005 16:37:10            Unit S487;ON SCENE
```

```
11/10/2005 16:37:06              Unit K423;ON SCENE
11/10/2005 16:27:09    D941 - D941    Unit S487 ON SCENE
11/10/2005 16:27:04    D941 - D941    Unit K423 ON SCENE
11/10/2005 16:23:54              Unit S405;ON SCENE
11/10/2005 16:09:40              Unit M798;ON SCENE
11/10/2005 16:05:47    D941 - D941    Unit S487 ENROUTE
11/10/2005 16:02:54    D941 - D941    Unit S487 DISPATCHED
11/10/2005 16:00:15    D941 - D941    Unit S442 cleared from call
11/10/2005 15:59:56    D941 - D941    Unit S422 cleared from call
11/10/2005 15:59:39    D935 - D935    Unit M798 ON SCENE
11/10/2005 15:59:06              Unit S405;ON SCENE
11/10/2005 15:55:16              Unit M747;ON SCENE
11/10/2005 15:14:42              Unit S442;ON SCENE
11/10/2005 15:14:39              Unit S422;ON SCENE
11/10/2005 15:03:23    D935 - D935    Unit M798 ENROUTE
11/10/2005 15:03:16    D935 - D935    Unit M798 DISPATCHED
11/10/2005 14:57:10              Unit S405;ON SCENE
11/10/2005 14:52:48    D941 - D941    Unit K423 ENROUTE
11/10/2005 14:52:44    D941 - D941    Unit K423 DISPATCHED
11/10/2005 13:53:15              Unit M018;ON SCENE
11/10/2005 13:53:12              Unit M747;ON SCENE
11/10/2005 13:53:00              Unit M674;ON SCENE
11/10/2005 13:24:41              Unit M674;ON SCENE
11/10/2005 13:24:39              Unit M018;ON SCENE
11/10/2005 13:24:37              Unit M747;ON SCENE
11/10/2005 13:13:33              Unit M018;ON SCENE
11/10/2005 13:13:21              Unit M747;ON SCENE
11/10/2005 13:13:21              Unit M674;ON SCENE
11/10/2005 13:12:43    D920     Unit S496 cleared from call
11/10/2005 13:03:20    D923 - D923    Unit M674 ON SCENE
11/10/2005 13:03:20    D923 - D923    Unit M018 ON SCENE
11/10/2005 13:03:20    D923 - D923    Unit M747 ON SCENE
11/10/2005 13:03:01    D923 - D923    Unit M674 DISPATCHED
11/10/2005 13:03:01    D923 - D923    Unit M018 DISPATCHED
11/10/2005 13:03:01    D923 - D923    Unit M747 DISPATCHED
11/10/2005 08:38:01              Unit S442;ON SCENE
11/10/2005 08:28:09    D920    Q/OLD Y
11/10/2005 08:28:01    D920    Unit S442 ON SCENE
11/10/2005 08:27:02    D920    Unit S401 cleared from call
11/10/2005 08:15:33              Unit S496;ON SCENE
11/10/2005 08:15:30              Unit S422;ON SCENE
11/10/2005 08:05:59    D920    Unit S496 ON SCENE
11/10/2005 08:05:56    D920    Unit S422 ON SCENE
11/10/2005 08:05:49    D920    Unit S193 ON SCENE
11/10/2005 08:05:45    D920    Unit S496 DISPATCHED
11/10/2005 07:58:01    D920    Unit S422 ENROUTE
11/10/2005 07:57:57    D920    Unit S422 DISPATCHED
11/10/2005 07:57:49    D920    Unit S442 ENROUTE
11/10/2005 07:57:42    D920    Unit S442 DISPATCHED
11/10/2005 07:09:48    D920    Unit S193 ENROUTE
```

```
11/10/2005 07:09:43          Unit S405;ON SCENE
11/10/2005 07:09:42   D920   Unit S193 DISPATCHED
11/10/2005 07:05:57   D920   Unit S452 cleared from call
11/10/2005 07:00:04   D920   AVERY RD
11/10/2005 06:59:43   D920   Unit S405 ON SCENE
11/10/2005 06:59:26   D920   Unit S405 DISPATCHED
11/10/2005 06:53:20   Inactive - D973old      Unit S455 cleared from call
11/10/2005 06:08:03          Unit S401;ON SCENE
11/10/2005 06:07:59          Unit S455;ON SCENE
11/10/2005 06:07:55          Unit S452;ON SCENE
11/10/2005 05:27:56          Unit S401;ON SCENE
11/10/2005 05:27:54          Unit S455;ON SCENE
11/10/2005 05:27:52          Unit S452;ON SCENE
11/10/2005 04:05:53          Unit S452;ON SCENE
11/10/2005 03:58:51          Unit S401;ON SCENE
11/10/2005 03:58:32          Unit S455;ON SCENE
11/10/2005 03:55:39   D926   Unit S402 cleared from call
11/10/2005 03:48:32   D926   ;Q/OLD Y
11/10/2005 03:48:24   D926   Unit S401 ON SCENE
11/10/2005 03:48:20   D926   Unit S401 DISPATCHED
11/10/2005 03:48:14   D926   Unit S479 cleared from call
11/10/2005 03:48:05   D926   Unit S455 ON SCENE
11/10/2005 03:19:18   D926   ;Q/FISHERVILLE
11/10/2005 03:19:11   D926   Unit S455 ENROUTE
11/10/2005 03:19:06   D926   Unit S455 DISPATCHED
11/10/2005 02:58:17          Unit S452;ON SCENE
11/10/2005 02:58:11          Unit S402;ON SCENE
11/10/2005 02:58:03          Unit S479;ON SCENE
11/10/2005 01:48:18          Unit S402;ON SCENE
11/10/2005 01:48:16          Unit S452;ON SCENE
11/10/2005 01:48:14          Unit S479;ON SCENE
11/10/2005 01:33:38          Unit S402;ON SCENE
11/10/2005 01:33:32          Unit S479;ON SCENE
11/10/2005 01:27:00          Unit S452;ON SCENE
11/10/2005 00:41:45          Unit S402;ON SCENE
11/10/2005 00:38:37   D926   Unit S193 cleared from call
11/10/2005 00:31:57   D926   ;Q/OLD Y
11/10/2005 00:31:45   D926   Unit S402 ON SCENE
11/10/2005 00:31:41   D926   Unit S402 DISPATCHED
11/10/2005 00:31:33   D926   Unit S728 cleared from call
11/10/2005 00:27:42          Unit S479;ON SCENE
11/10/2005 00:17:42   D926   Unit S479 ON SCENE
11/10/2005 00:17:38   D926   Unit S442 cleared from call
11/10/2005 00:14:21   D926   Unit S469 cleared from call
11/10/2005 00:11:55          Unit S452;ON SCENE
11/10/2005 00:01:55   D926   Unit S452 ON SCENE
11/09/2005 23:54:26   D926   ;Q/FISHERVILLE
11/09/2005 23:53:43   D926   Unit S479 ENROUTE
11/09/2005 23:53:38   D926   Unit S479 DISPATCHED
11/09/2005 23:41:29   D926   ;76 AVERY ROAD
```

```
11/09/2005 23:41:19    D926    Unit S452 ENROUTE
11/09/2005 23:41:15    D926    Unit S452 DISPATCHED
11/09/2005 23:11:29            Unit S469;ON SCENE
11/09/2005 22:17:32            Unit S442;ON SCENE
11/09/2005 22:17:24            Unit S469;ON SCENE
11/09/2005 22:17:17            Unit S728;ON SCENE
11/09/2005 22:05:47            Unit S728;ON SCENE
11/09/2005 22:05:47            Unit S442;ON SCENE
11/09/2005 22:05:47            Unit S469;ON SCENE
11/09/2005 20:57:54    Inactive - D973old    APPROX 1915HRS DI SCHETTER REQUESTED
CORONER TO BE PAGED
11/09/2005 20:05:02            Unit S469;ON SCENE
11/09/2005 20:05:01    Inactive - D973old    Unit S459 cleared from call
11/09/2005 20:04:46            Unit S728;ON SCENE
11/09/2005 20:04:46            Unit S442;ON SCENE
11/09/2005 19:58:42    Inactive - D973old    Unit S209 cleared from call
11/09/2005 19:55:01    Inactive - D973old    Unit S469 ON SCENE
11/09/2005 19:33:54    Inactive - D973old    Unit S469 ENROUTE
11/09/2005 19:33:50    Inactive - D973old    ;COMMAND POST
11/09/2005 19:33:36    Inactive - D973old    Unit S469 DISPATCHED
11/09/2005 19:25:07    Inactive - D973old    Unit S496 cleared from call
11/09/2005 18:58:51    Inactive - D973old    Unit S204 cleared from call
11/09/2005 18:53:33    Inactive - D973old    ;Q/OLD Y
11/09/2005 18:52:56            Unit S459;ON SCENE
11/09/2005 18:47:49    Inactive - D973old    Unit S403 cleared from call
11/09/2005 18:46:04            Unit S403;ON SCENE
11/09/2005 18:42:41    Inactive - D973old    ;COMMAND POST
11/09/2005 18:42:29    Inactive - D973old    Unit S459 ON SCENE
11/09/2005 18:42:24    Inactive - D973old    ;COMMAND POST
11/09/2005 18:42:14    Inactive - D973old    Unit S459 DISPATCHED
11/09/2005 18:36:04    Inactive - D973old    Unit S403 ON SCENE
11/09/2005 18:25:05    Inactive - D973old    Unit S423 cleared from call
11/09/2005 18:11:49    Inactive - D973old    Unit S432 cleared from call
11/09/2005 17:50:38            Unit S442;ON SCENE
11/09/2005 17:47:33            Unit S496;ON SCENE
11/09/2005 17:23:02    D935 - D935    Unit S403 ENROUTE
11/09/2005 17:22:55    D935 - D935    Unit S403 DISPATCHED
11/09/2005 17:00:32            Unit S432;ON SCENE
11/09/2005 16:59:14            Unit S496;ON SCENE
11/09/2005 16:59:09            Unit S728;ON SCENE
11/09/2005 16:42:23            Unit S496;ON SCENE
11/09/2005 16:42:21            Unit S423;ON SCENE
11/09/2005 16:28:42    D935 - D935    ;CORD Q/FISCHERVILLE RD
11/09/2005 16:25:22            Unit S728;ON SCENE
11/09/2005 16:15:21    D935 - D935    Unit S728 ON SCENE
11/09/2005 16:15:14    D935 - D935    Unit S422 cleared from call
11/09/2005 16:06:23            Unit S432;ON SCENE
11/09/2005 16:00:48            Unit S442;ON SCENE
11/09/2005 15:50:21    D935 - D935    Unit S442 ON SCENE
11/09/2005 15:48:32            Unit S422;ON SCENE
```

```
11/09/2005 15:42:13                Unit S204;ON SCENE
11/09/2005 15:41:58                Unit S496;ON SCENE
11/09/2005 15:39:38   D935 - D935    Unit S728 ENROUTE
11/09/2005 15:39:29   D935 - D935    Unit S728 DISPATCHED
11/09/2005 15:38:47   D935 - D935    LOG Q AND OLD Y CLOSED OFF
11/09/2005 15:38:36   D935 - D935    ;CORD Q/Y
11/09/2005 15:38:30   D935 - D935    Unit S422 ON SCENE
11/09/2005 15:38:25   D935 - D935    Unit S422 DISPATCHED
11/09/2005 15:33:59   D935 - D935    Unit S442 ENROUTE
11/09/2005 15:33:55   D935 - D935    ;CORD Q/Y
11/09/2005 15:33:40   D935 - D935    Unit S442 DISPATCHED
11/09/2005 14:16:41                Unit S432;ON SCENE
11/09/2005 14:07:10   D935 - D935    Unit S442 cleared from call
11/09/2005 14:02:40   D935 - D935    Unit S442 ON SCENE
11/09/2005 14:02:35   D935 - D935    Unit S442 DISPATCHED
11/09/2005 12:50:36                Unit S496;ON SCENE
11/09/2005 12:50:29                Unit S204;ON SCENE
11/09/2005 12:50:29                Unit S209;ON SCENE
11/09/2005 12:50:29                Unit S432;ON SCENE
11/09/2005 12:50:29                Unit S423;ON SCENE
11/09/2005 12:08:44                Unit S209;ON SCENE
11/09/2005 12:08:44                Unit S432;ON SCENE
11/09/2005 12:08:44                Unit S423;ON SCENE
11/09/2005 12:08:44                Unit S496;ON SCENE
11/09/2005 12:08:44                Unit S204;ON SCENE
11/09/2005 12:06:59   D923 - D923    Unit S479 cleared from call
11/09/2005 10:23:15                Unit S496;ON SCENE
11/09/2005 10:23:12                Unit S479;ON SCENE
11/09/2005 10:22:59                Unit S432;ON SCENE
11/09/2005 10:22:47                Unit S423;ON SCENE
11/09/2005 10:22:42                Unit S209;ON SCENE
11/09/2005 10:22:40                Unit S204;ON SCENE
11/09/2005 10:09:46                Unit S423;ON SCENE
11/09/2005 10:09:43                Unit S432;ON SCENE
11/09/2005 10:09:41                Unit S479;ON SCENE
11/09/2005 10:09:37                Unit S496;ON SCENE
11/09/2005 10:08:03                Unit S209;ON SCENE
11/09/2005 10:08:00                Unit S204;ON SCENE
11/09/2005 09:48:38                Unit S496;ON SCENE
11/09/2005 09:48:34                Unit S479;ON SCENE
11/09/2005 09:48:31                Unit S432;ON SCENE
11/09/2005 09:48:28                Unit S423;ON SCENE
11/09/2005 09:48:25                Unit S209;ON SCENE
11/09/2005 09:48:22                Unit S204;ON SCENE
11/09/2005 09:38:45                Unit S496;ON SCENE
11/09/2005 09:38:38                Unit S479;ON SCENE
11/09/2005 09:38:35                Unit S432;ON SCENE
11/09/2005 09:38:27                Unit S423;ON SCENE
11/09/2005 09:38:22                Unit S209;ON SCENE
11/09/2005 09:38:19                Unit S204;ON SCENE
```

```
11/09/2005 09:27:20                 Unit S496;ON SCENE
11/09/2005 09:27:18                 Unit S479;ON SCENE
11/09/2005 09:27:15                 Unit S432;ON SCENE
11/09/2005 09:27:12                 Unit S423;ON SCENE
11/09/2005 09:27:05                 Unit S209;ON SCENE
11/09/2005 09:27:02                 Unit S204;ON SCENE
11/09/2005 09:16:53                 Unit S479;ON SCENE
11/09/2005 09:16:53                 Unit S496;ON SCENE
11/09/2005 09:16:53                 Unit S423;ON SCENE
11/09/2005 09:16:53                 Unit S432;ON SCENE
11/09/2005 09:16:53                 Unit S209;ON SCENE
11/09/2005 09:16:53                 Unit S204;ON SCENE
11/09/2005 09:06:52   D923 - D923      Unit S479 ON SCENE
11/09/2005 09:06:52   D923 - D923      Unit S423 ON SCENE
11/09/2005 09:06:52   D923 - D923      Unit S193 ON SCENE
11/09/2005 09:06:52   D923 - D923      Unit S432 ON SCENE
11/09/2005 09:06:52   D923 - D923      Unit S496 ON SCENE
11/09/2005 09:06:52   D923 - D923      Unit S204 ON SCENE
11/09/2005 09:06:52   D923 - D923      Unit S209 ON SCENE
11/09/2005 09:05:52   D923 - D923      Unit S204 DISPATCHED
11/09/2005 09:05:52   D923 - D923      Unit S496 DISPATCHED
11/09/2005 09:05:52   D923 - D923      Unit S423 DISPATCHED
11/09/2005 09:05:52   D923 - D923      Unit S209 DISPATCHED
11/09/2005 09:05:52   D923 - D923      Unit S479 DISPATCHED
11/09/2005 09:05:52   D923 - D923      Unit S432 DISPATCHED
11/09/2005 09:05:52   D923 - D923      Unit S193 DISPATCHED
11/09/2005 09:05:14   D923 - D923
11/09/2005 09:02:36   D923 - D923      Dispositions Changed
11/09/2005 09:02:36   D923 - D923      Unit S193 cleared from call
11/09/2005 09:02:36   D923 - D923      Unit S204 cleared from call
11/09/2005 09:02:36   D923 - D923      Unit S479 cleared from call
11/09/2005 09:02:36   D923 - D923      Unit S496 cleared from call
11/09/2005 09:02:36   D923 - D923      Unit S432 cleared from call
11/09/2005 09:02:36   D923 - D923      Unit S423 cleared from call
11/09/2005 09:02:36   D923 - D923      Unit S209 cleared from call
11/09/2005 09:02:36   D923 - D923
11/09/2005 08:56:27   D923 - D923      147/Q TRAFFIC CONTROL NEED SAND BAGS FOR
OVER THE BARRICADE FROM THE WIND
11/09/2005 08:45:53                 Unit S479;ON SCENE
11/09/2005 08:45:53                 Unit S496;ON SCENE
11/09/2005 08:45:53                 Unit S204;ON SCENE
11/09/2005 08:45:53                 Unit S432;ON SCENE
11/09/2005 08:45:53                 Unit S423;ON SCENE
11/09/2005 08:45:53                 Unit S209;ON SCENE
11/09/2005 08:36:51   D923 - D923      Unit S193 ON SCENE
11/09/2005 08:36:19   D923 - D923      Unit S479 ON SCENE
11/09/2005 08:36:19   D923 - D923      Unit S423 ON SCENE
11/09/2005 08:36:19   D923 - D923      Unit S432 ON SCENE
11/09/2005 08:36:19   D923 - D923      Unit S496 ON SCENE
11/09/2005 08:36:19   D923 - D923      Unit S204 ON SCENE
```

```
11/09/2005 08:36:19    D923 - D923    Unit S209 ON SCENE
11/09/2005 08:35:50    D923 - D923    Unit S209 DISPATCHED
11/09/2005 08:35:50    D923 - D923    Unit S204 DISPATCHED
11/09/2005 08:35:50    D923 - D923    Unit S193 DISPATCHED
11/09/2005 08:35:50    D923 - D923    Unit S432 DISPATCHED
11/09/2005 08:35:50    D923 - D923    Unit S423 DISPATCHED
11/09/2005 08:35:50    D923 - D923    Unit S496 DISPATCHED
11/09/2005 08:35:50    D923 - D923    Unit S479 DISPATCHED
11/09/2005 08:35:13    D923 - D923
11/09/2005 08:33:59    D923 - D923    Dispositions Changed
11/09/2005 08:33:59    D923 - D923    Unit S193 cleared from call
11/09/2005 08:33:59    D923 - D923    Unit S204 cleared from call
11/09/2005 08:33:59    D923 - D923    Unit S479 cleared from call
11/09/2005 08:33:59    D923 - D923    Unit S496 cleared from call
11/09/2005 08:33:59    D923 - D923    Unit S432 cleared from call
11/09/2005 08:33:59    D923 - D923    Unit S423 cleared from call
11/09/2005 08:33:59    D923 - D923    Unit S209 cleared from call
11/09/2005 08:33:59    D923 - D923
11/09/2005 08:08:47            Unit S479;ON SCENE
11/09/2005 07:58:46    D923 - D923    Unit S479 ON SCENE
11/09/2005 07:44:58            Unit S496;ON SCENE
11/09/2005 07:39:05            Unit S204;ON SCENE
11/09/2005 07:39:05            Unit S423;ON SCENE
11/09/2005 07:39:05            Unit S432;ON SCENE
11/09/2005 07:38:50            Unit S209;ON SCENE
11/09/2005 07:36:13    D923 - D923    Unit S479 ENROUTE
11/09/2005 07:34:58    D923 - D923    Unit S496 ON SCENE
11/09/2005 07:34:53    D923 - D923    Unit S479 DISPATCHED
11/09/2005 07:25:09            Unit S209;ON SCENE
11/09/2005 07:23:02            Unit S423;ON SCENE
11/09/2005 07:22:59            Unit S432;ON SCENE
11/09/2005 07:22:56            Unit S204;ON SCENE
11/09/2005 07:22:03    D923 - D923    S193 NUMBER FOR PARK AND PLANNING EXT 4185

11/09/2005 07:15:09    D923 - D923    Unit S209 ON SCENE
11/09/2005 07:15:05    D923 - D923    Unit S209 DISPATCHED
11/09/2005 07:12:59    D923 - D923    Unit S432 ON SCENE
11/09/2005 07:12:56    D923 - D923    Unit S204 ON SCENE
11/09/2005 07:12:53    D923 - D923    Unit S496 ENROUTE
11/09/2005 07:12:50    D923 - D923    Unit S496 DISPATCHED
11/09/2005 07:06:32            Unit S423;ON SCENE
11/09/2005 06:59:35    D923 - D923    Unit S736 cleared from call
11/09/2005 06:57:21            Unit S736;ON SCENE
11/09/2005 06:56:36    D923 - D923    Unit S432 ENROUTE
11/09/2005 06:56:29    D923 - D923    Unit S432 DISPATCHED
11/09/2005 06:54:32    D923 - D923    Unit S204 ENROUTE
11/09/2005 06:54:20    D923 - D923    Unit S204 DISPATCHED
11/09/2005 06:50:40            Unit S423;ON SCENE
11/09/2005 06:43:28            Unit S736;ON SCENE
11/09/2005 06:41:07    D923 - D923    Unit S423 ON SCENE
```

```
11/09/2005 06:41:03    D923 - D923    Unit S193 ON SCENE
11/09/2005 06:41:00    D923 - D923    Unit S193 DISPATCHED
11/09/2005 06:33:20    D923 - D923    Unit S423 DISPATCHED
11/09/2005 06:29:21           Unit S736;ON SCENE
11/09/2005 06:22:59    D923 - D923    Unit KLVFD1 cleared from call
11/09/2005 06:22:50    D923 - D923    Unit MISFD1 cleared from call
11/09/2005 06:10:54           Unit S736;ON SCENE
11/09/2005 05:55:35           Unit S736;ON SCENE
11/09/2005 04:33:07           Unit S736;ON SCENE
11/09/2005 02:36:47           Unit S736;ON SCENE
11/09/2005 02:13:50    D932    Unit M053 cleared from call
11/09/2005 02:11:40    D932    Unit M053 DISPATCHED
11/09/2005 01:46:02    D932    Call placed on unit M053's stack
11/09/2005 01:46:02    D932    Unit M053 rerouted to call 8775
11/09/2005 01:45:53    D932    Unit M053 DISPATCHED
11/09/2005 01:23:39           Unit S736;ON SCENE
11/09/2005 01:13:39    D930 - D930    Unit S736 ON SCENE
11/09/2005 01:11:51    D930 - D930    Unit S193 cleared from call
11/09/2005 01:01:35    D930 - D930    Unit S622 cleared from call
11/09/2005 00:23:12    Inactive - D968old    Unit S459 cleared from call
11/09/2005 00:06:17    Inactive - D968old    AVERY RD
11/09/2005 00:06:14    Inactive - D968old    Unit S736 ENROUTE
11/09/2005 00:06:11    Inactive - D968old    Unit S736 DISPATCHED
11/09/2005 00:01:20           Unit S622;ON SCENE
11/08/2005 23:49:56    Inactive - D968old    459 DOWNGRADING
11/08/2005 23:49:50    Inactive - D968old    622 RESPONDED OK
11/08/2005 23:49:43    Inactive - D968old    PER STATE PATROL III NO UNIT OUT
THERE TONIGHT TO CHECK ON UNIT
11/08/2005 23:45:49    Inactive - D968old    NO RESPONSE FROM 622 ON CELL OR
RADIO AGAIN
11/08/2005 23:44:26    Inactive - D968old    Unit S459 ENROUTE
11/08/2005 23:44:24    Inactive - D968old    S622 NOT ANSWERING 10-100 CHECKS. NO
ANS ON CELL PHONE. 459 IS ENROUTE
11/08/2005 23:44:04    Inactive - D968old    Unit S459 DISPATCHED
11/08/2005 23:41:55    Inactive - D968old    Unit S315 cleared from call
11/08/2005 20:07:36    D961    Unit S209 cleared from call
11/08/2005 18:45:51           Unit S622;ON SCENE
11/08/2005 18:30:15           Unit S622;ON SCENE
11/08/2005 18:20:15    D961    Unit S622 ON SCENE
11/08/2005 18:16:46    D961    Unit S423 cleared from call
11/08/2005 18:16:34    D961    HOME RESIDENCE
11/08/2005 18:13:15    D961    10-8 OUT AT MY RESIDENCE
11/08/2005 17:54:25    D961    Unit S496 cleared from call
11/08/2005 17:49:31    D961    Unit S204 cleared from call
11/08/2005 17:47:53    D961    Unit S432 cleared from call
11/08/2005 17:40:54    D961    AVERY RD
11/08/2005 17:40:49    D961    AVERY RD
11/08/2005 17:32:22    D961    Unit S479 cleared from call
11/08/2005 17:04:22           Unit S432;ON SCENE
11/08/2005 16:42:24    D961    Unit S622 ENROUTE
```

```
11/08/2005 16:42:15    D961    Unit S622 DISPATCHED
11/08/2005 16:00:24    D961    Unit S193 ON SCENE
11/08/2005 16:00:15    D961    Unit S193 DISPATCHED
11/08/2005 15:59:51    D961    Call placed on unit S193's stack
11/08/2005 15:59:51    D961    Unit S193 rerouted to call 8713
11/08/2005 15:43:35    D961    Unit S452 cleared from call
11/08/2005 15:40:04            Unit S496;ON SCENE
11/08/2005 15:39:59            Unit S423;ON SCENE
11/08/2005 15:19:21            Unit S423;ON SCENE
11/08/2005 15:15:41            Unit S479;ON SCENE
11/08/2005 14:55:53            Unit S432;ON SCENE
11/08/2005 14:55:50            Unit S204;ON SCENE
11/08/2005 14:55:48            Unit S209;ON SCENE
11/08/2005 14:50:08            Unit S423;ON SCENE
11/08/2005 13:59:36            Unit S496;ON SCENE
11/08/2005 13:59:33            Unit S479;ON SCENE
11/08/2005 13:59:30            Unit S452;ON SCENE
11/08/2005 13:57:04            Unit S432;ON SCENE
11/08/2005 13:57:01            Unit S423;ON SCENE
11/08/2005 13:56:59            Unit S209;ON SCENE
11/08/2005 13:56:55            Unit S204;ON SCENE
11/08/2005 13:48:39            Unit S496;ON SCENE
11/08/2005 13:48:31            Unit S479;ON SCENE
11/08/2005 13:48:28            Unit S452;ON SCENE
11/08/2005 13:42:21            Unit S432;ON SCENE
11/08/2005 13:42:19            Unit S423;ON SCENE
11/08/2005 13:42:17            Unit S209;ON SCENE
11/08/2005 13:42:15            Unit S204;ON SCENE
11/08/2005 13:38:30            Unit S452;ON SCENE
11/08/2005 13:38:26            Unit S479;ON SCENE
11/08/2005 13:38:23            Unit S496;ON SCENE
11/08/2005 13:27:49            Unit S496;ON SCENE
11/08/2005 13:27:24            Unit S479;ON SCENE
11/08/2005 13:27:17            Unit S452;ON SCENE
11/08/2005 13:27:14            Unit S432;ON SCENE
11/08/2005 13:26:23            Unit S423;ON SCENE
11/08/2005 13:26:17            Unit S209;ON SCENE
11/08/2005 13:26:12            Unit S204;ON SCENE
11/08/2005 13:20:02    D921 - D921    ;TRPD
11/08/2005 13:15:32            Unit S496;ON SCENE
11/08/2005 13:15:28            Unit S479;ON SCENE
11/08/2005 13:15:25            Unit S452;ON SCENE
11/08/2005 13:15:22            Unit S432;ON SCENE
11/08/2005 13:15:19            Unit S423;ON SCENE
11/08/2005 13:15:16            Unit S209;ON SCENE
11/08/2005 13:15:13            Unit S204;ON SCENE
11/08/2005 13:05:12            Unit S496;ON SCENE
11/08/2005 13:05:08            Unit S479;ON SCENE
11/08/2005 13:05:06            Unit S452;ON SCENE
11/08/2005 13:05:03            Unit S432;ON SCENE
```

```
11/08/2005 13:05:00              Unit S423;ON SCENE
11/08/2005 13:04:57              Unit S209;ON SCENE
11/08/2005 13:04:53              Unit S204;ON SCENE
11/08/2005 12:54:47              Unit S496;ON SCENE
11/08/2005 12:54:44              Unit S479;ON SCENE
11/08/2005 12:54:42              Unit S452;ON SCENE
11/08/2005 12:54:37              Unit S432;ON SCENE
11/08/2005 12:54:34              Unit S423;ON SCENE
11/08/2005 12:54:32              Unit S209;ON SCENE
11/08/2005 12:54:29              Unit S204;ON SCENE
11/08/2005 12:44:34              Unit S479;ON SCENE
11/08/2005 12:44:26              Unit S452;ON SCENE
11/08/2005 12:44:24              Unit S432;ON SCENE
11/08/2005 12:44:22              Unit S423;ON SCENE
11/08/2005 12:44:18              Unit S209;ON SCENE
11/08/2005 12:44:14              Unit S204;ON SCENE
11/08/2005 12:44:14              Unit S496;ON SCENE
11/08/2005 12:34:36              Unit S496;ON SCENE
11/08/2005 12:34:31              Unit S479;ON SCENE
11/08/2005 12:34:22              Unit S452;ON SCENE
11/08/2005 12:34:20              Unit S432;ON SCENE
11/08/2005 12:34:04              Unit S423;ON SCENE
11/08/2005 12:34:01              Unit S209;ON SCENE
11/08/2005 12:33:58              Unit S204;ON SCENE
11/08/2005 12:22:38              Unit S496;ON SCENE
11/08/2005 12:22:35              Unit S479;ON SCENE
11/08/2005 12:22:32              Unit S452;ON SCENE
11/08/2005 12:22:30              Unit S432;ON SCENE
11/08/2005 12:22:28              Unit S423;ON SCENE
11/08/2005 12:22:25              Unit S209;ON SCENE
11/08/2005 12:22:22              Unit S204;ON SCENE
11/08/2005 12:12:28              Unit S496;ON SCENE
11/08/2005 12:12:23              Unit S479;ON SCENE
11/08/2005 12:12:20              Unit S452;ON SCENE
11/08/2005 12:12:16              Unit S432;ON SCENE
11/08/2005 12:12:14              Unit S423;ON SCENE
11/08/2005 12:12:08              Unit S209;ON SCENE
11/08/2005 12:12:05              Unit S204;ON SCENE
11/08/2005 12:08:00    D921 - D921      Unit S442 cleared from call
11/08/2005 12:07:05    D921 - D921      Unit S417 cleared from call
11/08/2005 12:01:41              Unit S496;ON SCENE
11/08/2005 12:01:39              Unit S479;ON SCENE
11/08/2005 12:01:35              Unit S452;ON SCENE
11/08/2005 12:01:33              Unit S442;ON SCENE
11/08/2005 12:01:30              Unit S432;ON SCENE
11/08/2005 12:01:28              Unit S423;ON SCENE
11/08/2005 12:01:25              Unit S417;ON SCENE
11/08/2005 12:01:22              Unit S209;ON SCENE
11/08/2005 12:01:20              Unit S204;ON SCENE
11/08/2005 11:51:13              Unit S496;ON SCENE
```

```
11/08/2005 11:51:10          Unit S479;ON SCENE
11/08/2005 11:51:07          Unit S452;ON SCENE
11/08/2005 11:51:05          Unit S442;ON SCENE
11/08/2005 11:49:34          Unit S432;ON SCENE
11/08/2005 11:49:28          Unit S423;ON SCENE
11/08/2005 11:49:24          Unit S417;ON SCENE
11/08/2005 11:49:21          Unit S209;ON SCENE
11/08/2005 11:49:18          Unit S204;ON SCENE
11/08/2005 11:40:03          Unit S496;ON SCENE
11/08/2005 11:39:59          Unit S479;ON SCENE
11/08/2005 11:39:57          Unit S452;ON SCENE
11/08/2005 11:39:55          Unit S442;ON SCENE
11/08/2005 11:39:52          Unit S432;ON SCENE
11/08/2005 11:39:50          Unit S423;ON SCENE
11/08/2005 11:38:02          Unit S417;ON SCENE
11/08/2005 11:37:59          Unit S209;ON SCENE
11/08/2005 11:37:52          Unit S204;ON SCENE
11/08/2005 11:28:56   D921 - D921    PER 452 RZK278
11/08/2005 11:27:49          Unit S496;ON SCENE
11/08/2005 11:27:43          Unit S479;ON SCENE
11/08/2005 11:27:40          Unit S452;ON SCENE
11/08/2005 11:27:38          Unit S442;ON SCENE
11/08/2005 11:27:35          Unit S432;ON SCENE
11/08/2005 11:27:32          Unit S423;ON SCENE
11/08/2005 11:27:30          Unit S417;ON SCENE
11/08/2005 11:27:27          Unit S209;ON SCENE
11/08/2005 11:27:24          Unit S204;ON SCENE
11/08/2005 11:16:47          Unit S204;ON SCENE
11/08/2005 11:16:44          Unit S209;ON SCENE
11/08/2005 11:16:40          Unit S417;ON SCENE
11/08/2005 11:16:37          Unit S423;ON SCENE
11/08/2005 11:16:34          Unit S432;ON SCENE
11/08/2005 11:16:31          Unit S442;ON SCENE
11/08/2005 11:16:29          Unit S452;ON SCENE
11/08/2005 11:16:26          Unit S479;ON SCENE
11/08/2005 11:16:22          Unit S496;ON SCENE
11/08/2005 11:01:28          Unit S204;ON SCENE
11/08/2005 11:01:22          Unit S496;ON SCENE
11/08/2005 11:01:17          Unit S479;ON SCENE
11/08/2005 11:01:15          Unit S452;ON SCENE
11/08/2005 11:01:13          Unit S442;ON SCENE
11/08/2005 11:01:10          Unit S432;ON SCENE
11/08/2005 11:01:08          Unit S423;ON SCENE
11/08/2005 11:01:05          Unit S417;ON SCENE
11/08/2005 11:01:02          Unit S209;ON SCENE
11/08/2005 10:51:24          Unit S204;ON SCENE
11/08/2005 10:46:32          Unit S417;ON SCENE
11/08/2005 10:41:41          Unit S496;ON SCENE
11/08/2005 10:41:38          Unit S479;ON SCENE
11/08/2005 10:41:36          Unit S452;ON SCENE
```

```
11/08/2005 10:41:33              Unit S442;ON SCENE
11/08/2005 10:41:31              Unit S432;ON SCENE
11/08/2005 10:41:28              Unit S423;ON SCENE
11/08/2005 10:41:25              Unit S209;ON SCENE
11/08/2005 10:41:23              Unit S204;ON SCENE
11/08/2005 10:34:15              Unit S417;ON SCENE
11/08/2005 10:29:35              Unit S204;ON SCENE
11/08/2005 10:29:32              Unit S209;ON SCENE
11/08/2005 10:29:29              Unit S423;ON SCENE
11/08/2005 10:29:26              Unit S432;ON SCENE
11/08/2005 10:29:23              Unit S442;ON SCENE
11/08/2005 10:29:21              Unit S452;ON SCENE
11/08/2005 10:29:18              Unit S479;ON SCENE
11/08/2005 10:29:15              Unit S496;ON SCENE
11/08/2005 10:24:14    D921 - D921      Unit S417 ON SCENE
11/08/2005 10:24:07    D921 - D921      Unit S417 DISPATCHED
11/08/2005 10:19:24              Unit S204;ON SCENE
11/08/2005 10:19:21              Unit S209;ON SCENE
11/08/2005 10:19:18              Unit S423;ON SCENE
11/08/2005 10:19:15              Unit S432;ON SCENE
11/08/2005 10:19:08              Unit S442;ON SCENE
11/08/2005 10:19:05              Unit S452;ON SCENE
11/08/2005 10:19:02              Unit S479;ON SCENE
11/08/2005 10:19:00              Unit S496;ON SCENE
11/08/2005 10:08:43              Unit S496;ON SCENE
11/08/2005 10:08:40              Unit S479;ON SCENE
11/08/2005 10:08:37              Unit S452;ON SCENE
11/08/2005 10:08:35              Unit S442;ON SCENE
11/08/2005 10:08:31              Unit S432;ON SCENE
11/08/2005 10:08:25              Unit S423;ON SCENE
11/08/2005 10:08:20              Unit S209;ON SCENE
11/08/2005 10:08:17              Unit S204;ON SCENE
11/08/2005 09:58:10              Unit S423;ON SCENE
11/08/2005 09:58:04              Unit S432;ON SCENE
11/08/2005 09:58:04              Unit S479;ON SCENE
11/08/2005 09:58:04              Unit S209;ON SCENE
11/08/2005 09:58:04              Unit S496;ON SCENE
11/08/2005 09:58:04              Unit S452;ON SCENE
11/08/2005 09:58:04              Unit S442;ON SCENE
11/08/2005 09:58:04              Unit S204;ON SCENE
11/08/2005 09:46:59              Unit S479;ON SCENE
11/08/2005 09:46:57              Unit S209;ON SCENE
11/08/2005 09:46:54              Unit S496;ON SCENE
11/08/2005 09:46:52              Unit S452;ON SCENE
11/08/2005 09:46:49              Unit S442;ON SCENE
11/08/2005 09:46:47              Unit S432;ON SCENE
11/08/2005 09:46:46              Unit S423;ON SCENE
11/08/2005 09:46:43              Unit S204;ON SCENE
11/08/2005 09:27:02              Unit S479;ON SCENE
11/08/2005 09:26:58              Unit S432;ON SCENE
```

```
11/08/2005 09:26:56          Unit S496;ON SCENE
11/08/2005 09:26:53          Unit S442;ON SCENE
11/08/2005 09:26:51          Unit S452;ON SCENE
11/08/2005 09:26:48          Unit S209;ON SCENE
11/08/2005 09:26:46          Unit S423;ON SCENE
11/08/2005 09:26:44          Unit S204;ON SCENE
11/08/2005 09:06:09          Unit S496;ON SCENE
11/08/2005 09:06:03          Unit S479;ON SCENE
11/08/2005 09:06:00          Unit S452;ON SCENE
11/08/2005 09:05:57          Unit S442;ON SCENE
11/08/2005 09:05:55          Unit S432;ON SCENE
11/08/2005 09:05:53          Unit S423;ON SCENE
11/08/2005 09:05:49          Unit S209;ON SCENE
11/08/2005 09:05:46          Unit S204;ON SCENE
11/08/2005 08:53:55          Unit S442;ON SCENE
11/08/2005 08:51:15          Unit S496;ON SCENE
11/08/2005 08:51:05          Unit S479;ON SCENE
11/08/2005 08:51:02          Unit S452;ON SCENE
11/08/2005 08:50:59          Unit S432;ON SCENE
11/08/2005 08:50:57          Unit S423;ON SCENE
11/08/2005 08:48:48          Unit S209;ON SCENE
11/08/2005 08:48:45          Unit S204;ON SCENE
11/08/2005 08:44:20  D921 - D921    Unit S442 ON SCENE
11/08/2005 08:44:15  D921 - D921    Unit S442 DISPATCHED
11/08/2005 08:39:21          Unit S496;ON SCENE
11/08/2005 08:39:01          Unit S452;ON SCENE
11/08/2005 08:38:59          Unit S432;ON SCENE
11/08/2005 08:38:56          Unit S423;ON SCENE
11/08/2005 08:38:51          Unit S209;ON SCENE
11/08/2005 08:38:48          Unit S204;ON SCENE
11/08/2005 08:32:43          Unit S479;ON SCENE
11/08/2005 08:28:35  D921 - D921    PER 204 PAGE R HERRMAN
11/08/2005 08:26:51          Unit S204;ON SCENE
11/08/2005 08:26:48          Unit S209;ON SCENE
11/08/2005 08:26:37          Unit S423;ON SCENE
11/08/2005 08:26:34          Unit S432;ON SCENE
11/08/2005 08:26:30          Unit S452;ON SCENE
11/08/2005 08:26:23          Unit S496;ON SCENE
11/08/2005 08:22:42  D921 - D921    Unit S479 ON SCENE
11/08/2005 08:04:32  D921 - D921    Unit S479 ENROUTE
11/08/2005 07:53:42          Unit S432;ON SCENE
11/08/2005 07:53:39          Unit S423;ON SCENE
11/08/2005 07:53:37          Unit S204;ON SCENE
11/08/2005 07:51:27          Unit S209;ON SCENE
11/08/2005 07:51:19          Unit S452;ON SCENE
11/08/2005 07:51:16          Unit S496;ON SCENE
11/08/2005 07:48:23  D921 - D921    PER 432 343JVF
11/08/2005 07:47:54  D921 - D921    Unit S479 DISPATCHED
11/08/2005 07:44:05  D921 - D921    ;AVERY RD
11/08/2005 07:43:50          Unit S432;ON SCENE
```

```
11/08/2005 07:43:47          Unit S423;ON SCENE
11/08/2005 07:43:44          Unit S204;ON SCENE
11/08/2005 07:43:08   D921 - D921     ;AVERY RD
11/08/2005 07:42:58   D921 - D921     ;AVERY RD
11/08/2005 07:42:22   D921 - D921     ;AVERY RD
11/08/2005 07:42:12   D921 - D921     ;AVERY RD
11/08/2005 07:37:12          Unit S209;ON SCENE
11/08/2005 07:36:28          Unit S496;ON SCENE
11/08/2005 07:36:26          Unit S452;ON SCENE
11/08/2005 07:32:31          Unit S423;ON SCENE
11/08/2005 07:32:11          Unit S432;ON SCENE
11/08/2005 07:32:03          Unit S204;ON SCENE
11/08/2005 07:27:12   D921 - D921     Unit S209 ON SCENE
11/08/2005 07:23:00          Unit S496;ON SCENE
11/08/2005 07:22:57          Unit S452;ON SCENE
11/08/2005 07:22:31   D921 - D921     Unit S423 ON SCENE
11/08/2005 07:22:10   D921 - D921     Unit S432 ON SCENE
11/08/2005 07:22:03   D921 - D921     Unit S204 ON SCENE
11/08/2005 07:11:36          Unit S496;ON SCENE
11/08/2005 07:09:32   D921 - D921     Unit S432 ENROUTE
11/08/2005 07:09:26          Unit S452;ON SCENE
11/08/2005 07:08:27   D921 - D921     Unit S209 ENROUTE
11/08/2005 07:08:23   D921 - D921     Unit S204 ENROUTE
11/08/2005 07:06:04   D921 - D921     Unit S209 DISPATCHED
11/08/2005 07:02:11   D921 - D921     Unit S432 DISPATCHED
11/08/2005 07:02:07   D921 - D921     Unit S204 DISPATCHED
11/08/2005 07:01:35   D921 - D921     Unit S496 ON SCENE
11/08/2005 07:01:30   D921 - D921     Unit S496 DISPATCHED
11/08/2005 06:59:25   D921 - D921     Unit S452 ON SCENE
11/08/2005 06:59:19   D921 - D921     Unit S452 DISPATCHED
11/08/2005 06:56:06   D921 - D921     ;AVERY RD
11/08/2005 06:55:37   D921 - D921     Unit S423 ENROUTE
11/08/2005 06:55:30   D921 - D921     Unit S423 DISPATCHED
11/08/2005 06:40:55   D921 - D921     ;AVERY RD/COMMAND POST
11/08/2005 06:40:39   D921 - D921     Unit S193 ON SCENE
11/08/2005 06:40:33   D921 - D921     Unit S193 DISPATCHED
11/08/2005 06:18:58          Unit S315;ON SCENE
11/08/2005 02:36:19          Unit S315;ON SCENE
11/08/2005 01:24:00          Unit S315;ON SCENE
11/08/2005 00:01:22   D926     Unit S315 ON SCENE
11/08/2005 00:01:15   D926     Unit S721 cleared from call
11/07/2005 23:56:44          Unit S721;ON SCENE
11/07/2005 23:30:53   D926     ;AVERY;S
11/07/2005 23:30:44   D926     Unit S315 ENROUTE
11/07/2005 23:30:38   D926     Unit S315 DISPATCHED
11/07/2005 22:47:16          Unit S721;ON SCENE
11/07/2005 22:30:28   D932     Unit S449 cleared from call
11/07/2005 20:15:54   D959     Unit M747 cleared from call
11/07/2005 20:15:54   D959     Unit M077 cleared from call
11/07/2005 19:53:10   D932     Unit S209 cleared from call
```

```
11/07/2005 19:42:46   D959      Unit S494 cleared from call
11/07/2005 19:39:59   D941 - D941      Unit S204 cleared from call
11/07/2005 19:25:23   D932      Unit S193 cleared from call
11/07/2005 19:19:37   D932      Unit S496 cleared from call
11/07/2005 19:07:25             Unit S721;ON SCENE
11/07/2005 18:57:25   D949 - D949      Unit S721 ON SCENE
11/07/2005 18:45:14   D949 - D949      Unit S209 ENROUTE
11/07/2005 18:45:12   D949 - D949      TWO RIVERS
11/07/2005 18:43:44   D949 - D949      Unit S744 cleared from call
11/07/2005 18:43:34   D949 - D949      Unit S422 cleared from call
11/07/2005 18:18:21   D949 - D949      MTSO
11/07/2005 18:17:59   D949 - D949      Unit S432 cleared from call
11/07/2005 18:06:56   D949 - D949      Unit S721 ENROUTE
11/07/2005 18:06:53   D949 - D949      Unit S721 DISPATCHED
11/07/2005 17:44:47   D959      Unit M674 cleared from call
11/07/2005 17:40:42   D959      Unit M895 cleared from call
11/07/2005 17:14:49   D959      Unit M026 cleared from call
11/07/2005 17:13:41   D959      Unit M363 cleared from call
11/07/2005 16:50:36   D941 - D941      Unit T855 cleared from call
11/07/2005 16:50:36   D941 - D941      Unit T815 cleared from call
11/07/2005 16:50:36   D941 - D941      Unit T859 cleared from call
11/07/2005 16:27:38             Unit S422;ON SCENE
11/07/2005 16:22:49   D949 - D949      Unit MISR14 cleared from call
11/07/2005 16:17:38   D949 - D949      Unit S422 ON SCENE
11/07/2005 16:07:22   D949 - D949      Unit S402 cleared from call
11/07/2005 15:53:15             Unit S494;ON SCENE
11/07/2005 15:50:35   D949 - D949      Unit S417 cleared from call
11/07/2005 15:50:05   D959      Unit M798 cleared from call
11/07/2005 15:43:15   D949 - D949      Unit S494 ON SCENE
11/07/2005 15:43:12   D949 - D949      Unit S494 DISPATCHED
11/07/2005 15:39:33   D949 - D949      Unit S422 ENROUTE
11/07/2005 15:39:30   D949 - D949      Unit S422 DISPATCHED
11/07/2005 15:29:00   D959      AVERY RD
11/07/2005 15:28:56   D959      AVERY RD
11/07/2005 15:28:53   D959      AVERY RD
11/07/2005 14:30:54             Unit S402;ON SCENE
11/07/2005 14:20:27   D949 - D949      Unit S402 ON SCENE
11/07/2005 14:20:23   D949 - D949      Unit S402 DISPATCHED
11/07/2005 13:57:34             Unit M363;ON SCENE
11/07/2005 13:57:09   D949 - D949      Unit MISFD1 ON SCENE
11/07/2005 13:57:00             Unit M026;ON SCENE
11/07/2005 13:55:22             Unit T815;ON SCENE
11/07/2005 13:55:22             Unit T859;ON SCENE
11/07/2005 13:55:22             Unit T855;ON SCENE
11/07/2005 13:52:50             Unit M895;ON SCENE
11/07/2005 13:52:37             Unit M798;ON SCENE
11/07/2005 13:52:32             Unit M674;ON SCENE
11/07/2005 13:45:59   D949 - D949      Unit MISR14 ON SCENE
11/07/2005 13:44:32             Unit M363;ON SCENE
11/07/2005 13:43:53             Unit M026;ON SCENE
```

```
11/07/2005 13:42:55    D949 - D949    Unit MISR14 cleared from call
11/07/2005 13:42:52           Unit M895;ON SCENE
11/07/2005 13:42:47           Unit M798;ON SCENE
11/07/2005 13:42:44           Unit M674;ON SCENE
11/07/2005 13:34:18           Unit M363;ON SCENE
11/07/2005 13:34:10           Unit M026;ON SCENE
11/07/2005 13:32:39           Unit M895;ON SCENE
11/07/2005 13:32:35           Unit M798;ON SCENE
11/07/2005 13:32:17           Unit M674;ON SCENE
11/07/2005 13:24:02           Unit M363;ON SCENE
11/07/2005 13:23:34           Unit M026;ON SCENE
11/07/2005 13:17:25           Unit M895;ON SCENE
11/07/2005 13:17:21           Unit M798;ON SCENE
11/07/2005 13:17:17           Unit M674;ON SCENE
11/07/2005 13:12:43           Unit M363;ON SCENE
11/07/2005 13:12:36           Unit M026;ON SCENE
11/07/2005 13:07:09           Unit M895;ON SCENE
11/07/2005 13:07:04           Unit M674;ON SCENE
11/07/2005 13:05:49           Unit M798;ON SCENE
11/07/2005 12:59:25           Unit M363;ON SCENE
11/07/2005 12:59:20           Unit M026;ON SCENE
11/07/2005 12:56:03           Unit M895;ON SCENE
11/07/2005 12:55:54           Unit M674;ON SCENE
11/07/2005 12:52:54           Unit M798;ON SCENE
11/07/2005 12:46:29           Unit M363;ON SCENE
11/07/2005 12:46:00           Unit M026;ON SCENE
11/07/2005 12:45:16           Unit M895;ON SCENE
11/07/2005 12:45:12           Unit M674;ON SCENE
11/07/2005 12:42:28           Unit M798;ON SCENE
11/07/2005 12:36:48    D921 - D921    Unit M363 ON SCENE
11/07/2005 12:36:24    D921 - D921    Unit M363 DISPATCHED
11/07/2005 12:36:09    D921 - D921    Unit M026 ON SCENE
11/07/2005 12:35:55    D921 - D921    Unit M026 DISPATCHED
11/07/2005 12:35:28    D921 - D921    Unit M363 cleared from call
11/07/2005 12:35:23    D921 - D921    Unit M026 cleared from call
11/07/2005 12:35:07           Unit M895;ON SCENE
11/07/2005 12:35:03           Unit M674;ON SCENE
11/07/2005 12:35:00           Unit M363;ON SCENE
11/07/2005 12:34:54           Unit M026;ON SCENE
11/07/2005 12:31:17           Unit M798;ON SCENE
11/07/2005 12:24:20           Unit M895;ON SCENE
11/07/2005 12:24:14           Unit M674;ON SCENE
11/07/2005 12:24:11           Unit M363;ON SCENE
11/07/2005 12:24:06           Unit M026;ON SCENE
11/07/2005 12:20:56           Unit M798;ON SCENE
11/07/2005 12:12:35           Unit M895;ON SCENE
11/07/2005 12:12:31           Unit M674;ON SCENE
11/07/2005 12:12:28           Unit M363;ON SCENE
11/07/2005 12:12:25           Unit M026;ON SCENE
11/07/2005 12:11:11    D928 - D928    Unit S420 cleared from call
```

```
11/07/2005 12:08:12              Unit M798;ON SCENE
11/07/2005 12:02:01              Unit M895;ON SCENE
11/07/2005 12:01:55              Unit M674;ON SCENE
11/07/2005 12:01:52              Unit M363;ON SCENE
11/07/2005 12:01:45              Unit M026;ON SCENE
11/07/2005 11:56:16              Unit M798;ON SCENE
11/07/2005 11:50:54              Unit M895;ON SCENE
11/07/2005 11:49:01              Unit M674;ON SCENE
11/07/2005 11:48:53              Unit M363;ON SCENE
11/07/2005 11:48:43              Unit M026;ON SCENE
11/07/2005 11:46:24   D921 - D921     ;AVERY RD
11/07/2005 11:46:16   D921 - D921      Unit M798 ON SCENE
11/07/2005 11:46:05   D921 - D921      Unit M798 DISPATCHED
11/07/2005 11:38:35              Unit S744;ON SCENE
11/07/2005 11:36:18              Unit M895;ON SCENE
11/07/2005 11:36:08              Unit M674;ON SCENE
11/07/2005 11:36:04              Unit M363;ON SCENE
11/07/2005 11:35:47              Unit M026;ON SCENE
11/07/2005 11:32:38   D928 - D928      Unit S492 cleared from call
11/07/2005 11:28:35   D928 - D928      Unit S744 ON SCENE
11/07/2005 11:28:26   D928 - D928      Unit S744 DISPATCHED
11/07/2005 11:20:18              Unit M895;ON SCENE
11/07/2005 11:20:14              Unit M674;ON SCENE
11/07/2005 11:20:10              Unit M363;ON SCENE
11/07/2005 11:20:07              Unit M026;ON SCENE
11/07/2005 11:10:11              Unit M895;ON SCENE
11/07/2005 11:10:04              Unit M674;ON SCENE
11/07/2005 11:09:59              Unit M363;ON SCENE
11/07/2005 11:09:53              Unit M026;ON SCENE
11/07/2005 11:07:07              Unit M747;ON SCENE
11/07/2005 10:59:02              Unit M895;ON SCENE
11/07/2005 10:58:56              Unit M674;ON SCENE
11/07/2005 10:58:49              Unit M363;ON SCENE
11/07/2005 10:58:40              Unit M026;ON SCENE
11/07/2005 10:56:21              Unit M747;ON SCENE
11/07/2005 10:48:30              Unit M895;ON SCENE
11/07/2005 10:48:25              Unit M674;ON SCENE
11/07/2005 10:48:21              Unit M363;ON SCENE
11/07/2005 10:48:15              Unit M026;ON SCENE
11/07/2005 10:37:44   Inactive - D973old     Role: PLATE INQUIRY, Plate No.:
TVA935, State: WISCONSIN
11/07/2005 09:54:00              Unit M895;ON SCENE
11/07/2005 09:53:56              Unit M674;ON SCENE
11/07/2005 09:47:05              Unit M363;ON SCENE
11/07/2005 09:44:47              Unit M026;ON SCENE
11/07/2005 09:40:48              Unit M674;ON SCENE
11/07/2005 09:40:41              Unit M895;ON SCENE
11/07/2005 09:36:14              Unit M363;ON SCENE
11/07/2005 09:32:51              Unit M026;ON SCENE
11/07/2005 09:30:34              Unit M895;ON SCENE
```

```
11/07/2005 09:30:31          Unit M674;ON SCENE
11/07/2005 09:25:40          Unit M363;ON SCENE
11/07/2005 09:22:23          Unit M026;ON SCENE
11/07/2005 09:20:20          Unit M674;ON SCENE
11/07/2005 09:20:16          Unit M895;ON SCENE
11/07/2005 09:18:59          Unit S420;ON SCENE
11/07/2005 09:17:06          Unit S449;ON SCENE
11/07/2005 09:15:29    D921 - D921     Unit M363 ON SCENE
11/07/2005 09:15:08    D921 - D921     Unit M363 DISPATCHED
11/07/2005 09:12:16          Unit M026;ON SCENE
11/07/2005 09:08:58    D928 - D928     Unit S420 ON SCENE
11/07/2005 09:08:49    D928 - D928     Unit S420 DISPATCHED
11/07/2005 09:08:05    D928 - D928     Unit MISR14 ON SCENE
11/07/2005 09:07:04    D928 - D928     Unit S449 ON SCENE
11/07/2005 09:06:59    D928 - D928     Unit S449 DISPATCHED
11/07/2005 09:06:54          Unit M895;ON SCENE
11/07/2005 09:06:48          Unit M674;ON SCENE
11/07/2005 09:00:13          Unit M026;ON SCENE
11/07/2005 08:59:00    D928 - D928     Unit MISR14 ENROUTE
11/07/2005 08:55:28          Unit M895;ON SCENE
11/07/2005 08:55:25          Unit M674;ON SCENE
11/07/2005 08:51:51    D928 - D928     MISR14 TO STAND BY WHILE SEARCH TEAM GOES
INTO WOODS
11/07/2005 08:51:09    D928 - D928     Unit MISR14 DISPATCHED
11/07/2005 08:42:49          Unit M674;ON SCENE
11/07/2005 08:42:44          Unit M895;ON SCENE
11/07/2005 08:37:23          Unit M026;ON SCENE
11/07/2005 08:32:25          Unit M674;ON SCENE
11/07/2005 08:32:21          Unit M895;ON SCENE
11/07/2005 08:28:08    D921 - D921     PER OFF HORNECK PAGE 209 AND 278 TO CALL 323
4409
11/07/2005 08:22:48          Unit M026;ON SCENE
11/07/2005 08:22:10          Unit M895;ON SCENE
11/07/2005 08:22:05          Unit M674;ON SCENE
11/07/2005 08:14:52    D921 - D921     Unit M243 cleared from call
11/07/2005 08:14:48    D921 - D921     Unit M035 cleared from call
11/07/2005 08:12:34    D921 - D921     ;AVERY RD
11/07/2005 08:12:22    D921 - D921     Unit M026 ON SCENE
11/07/2005 08:11:59    D921 - D921     Unit M026 DISPATCHED
11/07/2005 08:08:47          Unit M674;ON SCENE
11/07/2005 08:08:42          Unit M895;ON SCENE
11/07/2005 08:03:26          Unit S496;ON SCENE
11/07/2005 07:54:34    Inactive - D973old     Unit T855 ON SCENE
11/07/2005 07:54:34    Inactive - D973old     Unit T859 ON SCENE
11/07/2005 07:54:34    Inactive - D973old     Unit T815 ON SCENE
11/07/2005 07:54:25    Inactive - D973old     Unit T815 DISPATCHED
11/07/2005 07:53:26    D928 - D928     Unit S496 ON SCENE
11/07/2005 07:53:25    Inactive - D973old     Unit T859 DISPATCHED
11/07/2005 07:53:25    Inactive - D973old     Unit T855 DISPATCHED
11/07/2005 07:53:21    D928 - D928     Unit S496 DISPATCHED
```

```
11/07/2005 07:41:41                   Unit M674;ON SCENE
11/07/2005 07:41:23                   Unit M895;ON SCENE
11/07/2005 07:36:17      D921 - D921      ;AVERY RD
11/07/2005 07:36:01      D921 - D921      ;AVERY RD
11/07/2005 07:31:41      D921 - D921      Unit M674 ON SCENE
11/07/2005 07:31:35      D921 - D921      Unit M674 DISPATCHED
11/07/2005 07:31:23      D921 - D921      Unit M895 ON SCENE
11/07/2005 07:31:17      D921 - D921      Unit M895 DISPATCHED
11/07/2005 07:26:49                   Unit S417;ON SCENE
11/07/2005 07:26:32                   Unit S492;ON SCENE
11/07/2005 07:26:20                   Unit S209;ON SCENE
11/07/2005 07:25:53                   Unit S432;ON SCENE
11/07/2005 07:25:41                   Unit S204;ON SCENE
11/07/2005 07:16:48      D928 - D928      Unit S417 ON SCENE
11/07/2005 07:16:42      D928 - D928      Unit S417 DISPATCHED
11/07/2005 07:16:19      D928 - D928      Unit S209 ON SCENE
11/07/2005 07:16:05      D928 - D928      Unit S209 DISPATCHED
11/07/2005 07:15:53      D928 - D928      Unit S432 ON SCENE
11/07/2005 07:15:40      D928 - D928      Unit S204 ON SCENE
11/07/2005 07:06:18      D921 - D921      Unit M895 cleared from call
11/07/2005 06:56:35      D928 - D928      Unit S432 DISPATCHED
11/07/2005 06:56:05      D928 - D928      Unit S204 DISPATCHED
11/07/2005 06:52:44      D928 - D928      Unit S193 ON SCENE
11/07/2005 06:52:34      D928 - D928      Unit S193 DISPATCHED
11/07/2005 06:46:21                   Unit M895;ON SCENE
11/07/2005 06:46:19                   Unit M747;ON SCENE
11/07/2005 06:46:13                   Unit M243;ON SCENE
11/07/2005 06:46:10                   Unit M077;ON SCENE
11/07/2005 06:46:07                   Unit M035;ON SCENE
11/07/2005 06:36:43                   Unit M895;ON SCENE
11/07/2005 06:36:41                   Unit M747;ON SCENE
11/07/2005 06:36:22                   Unit M243;ON SCENE
11/07/2005 06:36:20                   Unit M077;ON SCENE
11/07/2005 06:36:17                   Unit M035;ON SCENE
11/07/2005 06:26:39                   Unit M895;ON SCENE
11/07/2005 06:26:36                   Unit M747;ON SCENE
11/07/2005 06:26:14                   Unit M243;ON SCENE
11/07/2005 06:26:11                   Unit M077;ON SCENE
11/07/2005 06:26:08                   Unit M035;ON SCENE
11/07/2005 06:24:24                   Unit S492;ON SCENE
11/07/2005 06:13:52                   Unit M895;ON SCENE
11/07/2005 06:13:49                   Unit M747;ON SCENE
11/07/2005 06:13:47                   Unit M243;ON SCENE
11/07/2005 06:13:44                   Unit M077;ON SCENE
11/07/2005 06:13:41                   Unit M035;ON SCENE
11/07/2005 05:23:17                   Unit S492;ON SCENE
11/07/2005 04:26:46                   Unit S492;ON SCENE
11/07/2005 02:55:20                   Unit S492;ON SCENE
11/07/2005 02:16:25                   Unit S492;ON SCENE
11/07/2005 02:05:52                   Unit S492;ON SCENE
```

```
11/07/2005 01:02:12          Unit S492;ON SCENE
11/07/2005 00:47:05          Unit S492;ON SCENE
11/07/2005 00:37:30   D946   Unit S492 ON SCENE
11/07/2005 00:37:26   D946   Unit S453 cleared from call
11/07/2005 00:07:45   D946   Unit S492 ENROUTE
11/07/2005 00:07:41   D946   Unit S492 DISPATCHED
11/06/2005 23:59:19          Unit S453;ON SCENE
11/06/2005 23:57:30          Unit M243;ON SCENE
11/06/2005 23:47:23          Unit M077;ON SCENE
11/06/2005 23:47:22          Unit M895;ON SCENE
11/06/2005 23:47:20          Unit M747;ON SCENE
11/06/2005 23:47:16          Unit M035;ON SCENE
11/06/2005 23:47:13          Unit M243;ON SCENE
11/06/2005 23:37:42   D976   Unit M035 ON SCENE
11/06/2005 23:37:39   D976   Unit M243 ON SCENE
11/06/2005 23:37:33   D976   Unit M035 DISPATCHED
11/06/2005 23:36:55          Unit S453;ON SCENE
11/06/2005 23:36:47   D976   Unit M243 DISPATCHED
11/06/2005 23:36:40   D976   Unit M887 cleared from call
11/06/2005 23:36:37   D976   Unit M577 cleared from call
11/06/2005 23:22:56          Unit S453;ON SCENE
11/06/2005 23:08:26          Unit S453;ON SCENE
11/06/2005 22:50:52          Unit S453;ON SCENE
11/06/2005 22:18:44          Unit S453;ON SCENE
11/06/2005 21:18:14          Unit S453;ON SCENE
11/06/2005 21:08:42   D959   Unit S443 cleared from call
11/06/2005 21:04:23   Inactive - D968old    Unit S209 cleared from call
11/06/2005 20:15:43   D959   Unit S193 cleared from call
11/06/2005 19:30:31          Unit S443;ON SCENE
11/06/2005 19:14:56   D949 - D949   Unit M316 cleared from call
11/06/2005 19:06:01   D949 - D949   Unit M018 cleared from call
11/06/2005 19:04:29   Inactive - D968old    Unit S278 cleared from call
11/06/2005 19:04:29   Inactive - D968old    Unit S432 cleared from call
11/06/2005 19:03:52   Inactive - D968old    MTSO
11/06/2005 19:02:38   D949 - D949   Unit M093 cleared from call
11/06/2005 19:00:06   D949 - D949   Unit M115 cleared from call
11/06/2005 18:31:34          Unit S443;ON SCENE
11/06/2005 18:27:28   D959   Unit S204 cleared from call
11/06/2005 18:22:13   D971   Unit M088 cleared from call
11/06/2005 18:22:09   D971   Unit M798 cleared from call
11/06/2005 18:21:33   D959   Unit S443 ON SCENE
11/06/2005 17:58:29   D959   Unit S412 cleared from call
11/06/2005 17:58:29   D959   Unit S598 cleared from call
11/06/2005 17:46:17   D959   Unit S443 ENROUTE
11/06/2005 17:46:12   D959   AVERY RD
11/06/2005 17:46:03   D959   AVRY RD
11/06/2005 17:45:57   D959   Unit S443 DISPATCHED
11/06/2005 17:15:00          Unit M077;ON SCENE
11/06/2005 17:15:00          Unit S432;ON SCENE
11/06/2005 17:15:00          Unit S278;ON SCENE
```

```
11/06/2005 17:08:11    D959    Unit S452 cleared from call
11/06/2005 17:08:01    D959    Unit S557 cleared from call
11/06/2005 17:07:36    D959    56 BACK IN LOT
11/06/2005 17:05:00    D959    Unit S432 ON SCENE
11/06/2005 17:05:00    D959    Unit M077 ON SCENE
11/06/2005 17:05:00    D959    Unit S278 ON SCENE
11/06/2005 16:59:05    D959    AVERY RD
11/06/2005 16:59:00    D959    AVERY RD
11/06/2005 16:58:56    D959    AVERY RD
11/06/2005 16:46:28    D959    MTSO
11/06/2005 16:46:24    D959    MTSO
11/06/2005 16:42:32            Unit S453;ON SCENE
11/06/2005 16:32:38    D959    AVERY RD
11/06/2005 16:32:32    D959    Unit S453 ON SCENE
11/06/2005 16:22:15    D959    Unit S278 ENROUTE
11/06/2005 16:20:13    D959    MARIBEL CAVES
11/06/2005 16:20:08    D959    MARIBEL CAVES
11/06/2005 16:20:00    D959    Unit S432 ENROUTE
11/06/2005 16:19:58    D959    MARIBEL CAVES
11/06/2005 16:19:48    D959    Unit M077 DISPATCHED
11/06/2005 16:19:32    D959    Unit M077 cleared from call
11/06/2005 16:08:22    D959    IN 56
11/06/2005 16:08:18    D959    Unit S453 ENROUTE
11/06/2005 16:08:16    D959    Unit S453 DISPATCHED
11/06/2005 16:06:12    D959    Unit S443 cleared from call
11/06/2005 15:19:56    D959    Unit S487 cleared from call
11/06/2005 15:16:10            Unit S487;ON SCENE
11/06/2005 15:13:56    D959    Unit S496 cleared from call
11/06/2005 15:12:07    D959    Unit S443 ENROUTE
11/06/2005 15:12:04    D959    AVERY RD
11/06/2005 15:05:44    D959    Unit S487 ON SCENE
11/06/2005 15:02:49    D959    COUNTY HWY SETTING UP DETOUR. CORD B NORTH TO CORD
BB, WEST TO CORD Q SOUTH ON CORD Q
11/06/2005 15:01:48            Unit S452;ON SCENE
11/06/2005 14:55:54    D959    Unit S487 ENROUTE
11/06/2005 14:55:51    D959    AVERY RD
11/06/2005 14:55:46    D959    Unit S487 DISPATCHED
11/06/2005 14:51:47    D959    Unit S452 ON SCENE
11/06/2005 14:51:44    D959    AVERY RD
11/06/2005 14:51:38    D959    Unit S452 DISPATCHED
11/06/2005 14:36:25    D959    Unit S487 cleared from call
11/06/2005 14:35:45    D959    AVERY RD
11/06/2005 14:35:34    D959    Unit S487 ENROUTE
11/06/2005 14:35:32    D959    Unit S487 DISPATCHED
11/06/2005 14:31:36    D959    Unit S487 cleared from call
11/06/2005 14:28:54    D959    MTSO
11/06/2005 14:25:56    D959    Unit S487 ON SCENE
11/06/2005 14:24:10            Unit S443;ON SCENE
11/06/2005 14:13:44    D959    Unit S443 ON SCENE
11/06/2005 14:13:05    D959    TWIN BRIDGE/KRUGER RD
```

```
11/06/2005 14:11:11    D959    Unit S443 ENROUTE
11/06/2005 14:11:09    D959    SEVEN BRIDGE/KRUEGER RD
11/06/2005 14:09:33            Unit S412;ON SCENE
11/06/2005 14:06:01    D959    Unit S487 ENROUTE
11/06/2005 14:05:57    D959    AVERY RD
11/06/2005 14:05:52    D959    Unit S487 DISPATCHED
11/06/2005 14:05:46            Unit S443;ON SCENE
11/06/2005 13:57:53            Unit M077;ON SCENE
11/06/2005 13:57:53            Unit M018;ON SCENE
11/06/2005 13:57:53            Unit M577;ON SCENE
11/06/2005 13:57:53            Unit M088;ON SCENE
11/06/2005 13:57:53            Unit M093;ON SCENE
11/06/2005 13:57:53            Unit M887;ON SCENE
11/06/2005 13:57:53            Unit M895;ON SCENE
11/06/2005 13:57:53            Unit M316;ON SCENE
11/06/2005 13:57:42    D959    AVERY RD
11/06/2005 13:56:27    D959    598 10-23
11/06/2005 13:55:45    D959    Unit S443 ON SCENE
11/06/2005 13:54:13    D959    Unit S443 ENROUTE
11/06/2005 13:54:10    D959    Unit S443 DISPATCHED
11/06/2005 13:47:52    D956_old - D956_old    Unit M887 ON SCENE
11/06/2005 13:47:52    D956_old - D956_old    Unit M895 ON SCENE
11/06/2005 13:47:52    D956_old - D956_old    Unit M018 ON SCENE
11/06/2005 13:47:52    D956_old - D956_old    Unit M316 ON SCENE
11/06/2005 13:47:52    D956_old - D956_old    Unit M115 ON SCENE
11/06/2005 13:47:52    D956_old - D956_old    Unit M077 ON SCENE
11/06/2005 13:47:52    D956_old - D956_old    Unit M577 ON SCENE
11/06/2005 13:47:52    D956_old - D956_old    Unit M088 ON SCENE
11/06/2005 13:47:52    D956_old - D956_old    Unit M093 ON SCENE
11/06/2005 13:33:19            Unit S278;ON SCENE
11/06/2005 13:33:16            Unit S204;ON SCENE
11/06/2005 13:02:25    D964 - D964    Unit S443 cleared from call
11/06/2005 12:54:46    D964 - D964    AVERY RD
11/06/2005 12:51:52            Unit S443;ON SCENE
11/06/2005 12:44:44            Unit S209;ON SCENE
11/06/2005 12:41:52    D964 - D964    Unit S443 ON SCENE
11/06/2005 12:35:09    D964 - D964    Unit S209 ON SCENE
11/06/2005 12:35:05    D964 - D964    AVERY RD
11/06/2005 12:34:58    D964 - D964    Unit S209 DISPATCHED
11/06/2005 12:34:54    D964 - D964    Unit S209 cleared from call
11/06/2005 12:33:36    D964 - D964    TWIN BRIDGE/KRUEGER
11/06/2005 12:25:35    D964 - D964    Unit S443 ENROUTE
11/06/2005 12:25:31    D964 - D964    AVERY RD
11/06/2005 12:25:24    D964 - D964    Unit S443 DISPATCHED
11/06/2005 12:21:56            Unit S496;ON SCENE
11/06/2005 12:20:59            Unit M798;ON SCENE
11/06/2005 12:20:59            Unit M747;ON SCENE
11/06/2005 12:19:12    D956_old - D956_old    Unit M088 ENROUTE
11/06/2005 12:10:59    D956_old - D956_old    Unit M798 ON SCENE
11/06/2005 12:10:59    D956_old - D956_old    Unit M747 ON SCENE
```

```
11/06/2005 12:10:54    D956_old - D956_old      Unit M077 ENROUTE
11/06/2005 12:10:54    D956_old - D956_old      Unit M316 ENROUTE
11/06/2005 12:10:54    D956_old - D956_old      Unit M093 ENROUTE
11/06/2005 12:10:54    D956_old - D956_old      Unit M577 ENROUTE
11/06/2005 12:05:25    D924      Unit M018 ENROUTE
11/06/2005 12:05:25    D924      Unit M895 ENROUTE
11/06/2005 12:05:25    D924      Unit M887 ENROUTE
11/06/2005 12:05:25    D924      Unit M115 ENROUTE
11/06/2005 11:30:46    D921 - D921      ;CALUMET CO
11/06/2005 11:26:55    D924      Unit M018 DISPATCHED
11/06/2005 11:26:55    D924      Unit M887 DISPATCHED
11/06/2005 11:26:55    D924      Unit M316 DISPATCHED
11/06/2005 11:26:55    D924      Unit M077 DISPATCHED
11/06/2005 11:26:55    D924      Unit M088 DISPATCHED
11/06/2005 11:26:55    D924      Unit M093 DISPATCHED
11/06/2005 11:26:55    D924      Unit M895 DISPATCHED
11/06/2005 11:26:55    D924      Unit M115 DISPATCHED
11/06/2005 11:24:41    D924      Unit M798 DISPATCHED
11/06/2005 11:24:41    D924      Unit M747 DISPATCHED
11/06/2005 11:22:58    D924      Unit M005 cleared from call
11/06/2005 11:19:48    D924      Unit M005 DISPATCHED
11/06/2005 11:19:36    D924      Unit M005 cleared from call
11/06/2005 11:18:53    D924      Unit M005 DISPATCHED
11/06/2005 11:18:48    D924      Unit M577 DISPATCHED
11/06/2005 11:13:03              Unit S278;ON SCENE
11/06/2005 11:08:13              Unit S209;ON SCENE
11/06/2005 10:57:11              Unit S209;ON SCENE
11/06/2005 10:57:04              Unit S496;ON SCENE
11/06/2005 10:56:55              Unit S204;ON SCENE
11/06/2005 10:08:36              Unit S209;ON SCENE
11/06/2005 10:01:22              Unit S496;ON SCENE
11/06/2005 09:58:36    D964 - D964      Unit S209 ON SCENE
11/06/2005 09:58:32    D964 - D964      HQ
11/06/2005 09:58:20    D964 - D964      Unit S209 DISPATCHED
11/06/2005 09:58:08    D964 - D964      Unit S209 cleared from call
11/06/2005 09:39:56              Unit S496;ON SCENE
11/06/2005 08:51:48              Unit S204;ON SCENE
11/06/2005 08:49:22              Unit S412;ON SCENE
11/06/2005 08:44:31    D964 - D964      Unit MISFD1 DISPATCHED
11/06/2005 08:44:23    D964 - D964      Unit KLVFD1 DISPATCHED
11/06/2005 08:39:47    D964 - D964      Unit S412 ON SCENE
11/06/2005 08:39:43    D964 - D964      AVERY RD
11/06/2005 08:39:36    D964 - D964      Unit S412 DISPATCHED
11/06/2005 08:36:52              Unit S598;ON SCENE
11/06/2005 08:36:41              Unit S278;ON SCENE
11/06/2005 08:36:36              Unit S432;ON SCENE
11/06/2005 08:34:05              Unit S496;ON SCENE
11/06/2005 08:29:37              Unit S209;ON SCENE
11/06/2005 08:24:05    D964 - D964      Unit S496 ON SCENE
11/06/2005 08:24:00    D964 - D964      AVERY RD
```

```
11/06/2005 08:23:52     D964 - D964      Unit S496 DISPATCHED
11/06/2005 08:22:47     D964 - D964      ZIPPERER RESIDENCE W/ CASO
11/06/2005 08:19:11     D964 - D964      Unit S209 ON SCENE
11/06/2005 08:19:09     D964 - D964      Unit S193 ON SCENE
11/06/2005 07:42:45         Unit S204;ON SCENE
11/06/2005 07:32:33         Unit S204;ON SCENE
11/06/2005 07:32:26         Unit S278;ON SCENE
11/06/2005 07:32:23         Unit S432;ON SCENE
11/06/2005 07:26:06     D964 - D964      Unit S403 cleared from call
11/06/2005 07:25:18     D964 - D964      Unit S598 ON SCENE
11/06/2005 07:22:32     D964 - D964      Unit S204 ON SCENE
11/06/2005 07:22:26     D964 - D964      Unit S278 ON SCENE
11/06/2005 07:22:23     D964 - D964      Unit S432 ON SCENE
11/06/2005 07:14:48     D964 - D964      Unit S557 ON SCENE
11/06/2005 07:11:54     D964 - D964      AVERY RD
11/06/2005 07:11:11     D964 - D964      Unit S598 ENROUTE
11/06/2005 07:09:26     D964 - D964      Unit S193 ENROUTE
11/06/2005 07:09:21     D964 - D964      AVERY RD
11/06/2005 07:06:55     D964 - D964      Unit S193 DISPATCHED
11/06/2005 07:06:21     D964 - D964      Unit S432 ENROUTE
11/06/2005 07:06:18     D964 - D964      Unit S278 ENROUTE
11/06/2005 07:06:13     D964 - D964      AVERY RD
11/06/2005 07:06:05     D964 - D964      AVERY RD
11/06/2005 07:05:51     D964 - D964      Unit S432 DISPATCHED
11/06/2005 07:05:49     D964 - D964      Unit S278 DISPATCHED
11/06/2005 06:53:45     D964 - D964      Unit S204 ENROUTE
11/06/2005 06:53:38     D964 - D964      AVERY RD
11/06/2005 06:53:29     D964 - D964      Unit S204 DISPATCHED
11/06/2005 06:52:22     D964 - D964      Unit S557 ENROUTE
11/06/2005 06:52:16     D964 - D964      AVERY RD
11/06/2005 06:52:07     D964 - D964      AVERY RD
11/06/2005 06:51:53     D964 - D964      Unit S557 DISPATCHED
11/06/2005 06:35:13     D924    Unit S209 ENROUTE
11/06/2005 06:29:41         Unit S403;ON SCENE
11/06/2005 06:19:41     D964 - D964      Unit S403 ON SCENE
11/06/2005 06:15:22     D964 - D964      AVERY RD
11/06/2005 06:15:07     D964 - D964      Unit S403 DISPATCHED
11/06/2005 06:14:54     D964 - D964
11/06/2005 06:09:10     D964 - D964      Dispositions Changed
11/06/2005 06:09:10     D964 - D964
11/06/2005 06:09:08     D964 - D964      Unit S403 cleared from call
11/06/2005 04:53:42     Inactive - D929 Unit S701 cleared from call
11/06/2005 04:18:34         Unit S403;ON SCENE
11/06/2005 04:08:34     Inactive - D929 Unit S403 ON SCENE
11/06/2005 03:47:31     Inactive - D929 Unit S403 DISPATCHED
11/06/2005 03:30:46         Unit S701;ON SCENE
11/06/2005 02:23:05         Unit S701;ON SCENE
11/06/2005 02:17:59     Inactive - D968old      Unit S492 cleared from call
11/06/2005 02:12:39     Inactive - D968old      Unit S701 ON SCENE
11/06/2005 01:52:56         Unit S492;ON SCENE
```

```
11/06/2005 00:51:45    Inactive - D968old      Unit S160 cleared from call
11/05/2005 23:32:33    Inactive - D968old      Unit S701 ENROUTE
11/05/2005 23:18:15    Inactive - D968old      622CCG
11/05/2005 23:18:01    Inactive - D968old      424FTE
11/05/2005 22:58:27    Inactive - D968old      Unit S209 cleared from call
11/05/2005 22:42:42    Inactive - D968old      Unit S432 cleared from call
11/05/2005 22:42:42    Inactive - D968old      Unit S278 cleared from call
11/05/2005 22:42:14    Inactive - D968old      Unit S204 cleared from call
11/05/2005 22:39:47    Inactive - D968old      Unit S193 cleared from call
11/05/2005 22:36:05    Inactive - D968old      AVERY RD/STHY 147
11/05/2005 22:35:51    Inactive - D968old      Unit S701 DISPATCHED
11/05/2005 22:35:30    Inactive - D968old      Unit S412 cleared from call
11/05/2005 22:26:41    Inactive - D968old      Unit S744 cleared from call
11/05/2005 22:26:04    Inactive - D968old      PER 193 THERE WILL BE A MEDIA
RELEASE THROUGH CALUMET COUNTY SO AT 1330 HRS AT THE MISHICOT FD. THIS CAN BE GIVEN
TO ANY MEDIA T
11/05/2005 22:19:15              Unit S204;ON SCENE
11/05/2005 21:57:10              Unit S492;ON SCENE
11/05/2005 21:45:48    Inactive - D968old      COMMAND POST
11/05/2005 21:43:13              Unit S492;ON SCENE
11/05/2005 21:42:12    Inactive - D968old      Unit S443 cleared from call
11/05/2005 21:23:28    Inactive - D968old      Unit S443 ENROUTE
11/05/2005 21:00:39    Inactive - D968old      Unit S420 cleared from call
11/05/2005 21:00:39    Inactive - D968old      Unit S453 cleared from call
11/05/2005 20:52:55              Unit S432;ON SCENE
11/05/2005 20:52:39              Unit S204;ON SCENE
11/05/2005 20:50:57              Unit S412;ON SCENE
11/05/2005 20:50:01              Unit S453;ON SCENE
11/05/2005 20:49:52              Unit S420;ON SCENE
11/05/2005 20:41:18    Inactive - D968old      Unit S160 ON SCENE
11/05/2005 20:41:10    Inactive - D968old      AVERY RD/STHY 147
11/05/2005 20:40:26    Inactive - D968old      Unit S453 ON SCENE
11/05/2005 20:40:18    Inactive - D968old      Unit S420 ON SCENE
11/05/2005 20:31:43              Unit S443;ON SCENE
11/05/2005 20:29:19              Unit S209;ON SCENE
11/05/2005 20:20:13    Inactive - D968old      AVRY RD/STHY 147
11/05/2005 20:19:21              Unit S492;ON SCENE
11/05/2005 20:19:13              Unit S412;ON SCENE
11/05/2005 20:18:38    D924     ;B ACROSS FROM HOPE CHURCH
11/05/2005 20:17:07              Unit S443;ON SCENE
11/05/2005 20:13:49    Inactive - D968old      Unit S453 ENROUTE
11/05/2005 20:13:49    Inactive - D968old      Unit S420 ENROUTE
11/05/2005 20:13:46    Inactive - D968old      COMMAND POST
11/05/2005 20:13:40    Inactive - D968old      Unit S420 DISPATCHED
11/05/2005 20:13:36    Inactive - D968old      Unit S453 DISPATCHED
11/05/2005 20:07:08    Inactive - D968old      Unit S443 ON SCENE
11/05/2005 20:03:05    Inactive - D968old      Unit S443 ENROUTE
11/05/2005 19:36:48    D971     Unit S487 cleared from call
11/05/2005 19:20:52              Unit S744;ON SCENE
11/05/2005 19:10:52    D971     Unit S744 ON SCENE
```

```
11/05/2005 19:10:49    D971    AVERY RD/STHY 147
11/05/2005 19:10:36    D971    Unit S744 DISPATCHED
11/05/2005 18:51:06    D971    Unit S447 cleared from call
11/05/2005 18:40:56    D971    Unit GRE cleared from call
11/05/2005 18:40:52    D971    Unit S455 cleared from call
11/05/2005 18:10:50    D924    Unit S451 cleared from call
11/05/2005 17:22:52            Unit S432;ON SCENE
11/05/2005 17:19:39            Unit S487;ON SCENE
11/05/2005 17:18:43    D971    PER S193 NORBS SHOULD BE CALLING BACK, THEY NEED TO
BE PATCHED THROUGH TO MYSELF
11/05/2005 17:12:44    D971    AVERY RD/STHY 147
11/05/2005 17:12:35    D971    Unit S193 ON SCENE
11/05/2005 17:12:25    D971    Unit S432 ON SCENE
11/05/2005 17:10:16    D971    AVERY RD/STHY 147
11/05/2005 17:09:38    D971    Unit S487 ON SCENE
11/05/2005 17:09:32    D971    Unit S487 DISPATCHED
11/05/2005 17:01:06    D971    Role: PLATE INQUIRY, Plate No.: FB17351, State:
WISCONSIN
11/05/2005 17:00:40    D971    FB17351
11/05/2005 16:40:38    D971    AVERY RD/STHY 147
11/05/2005 16:40:27    D971    Unit S432 ENROUTE
11/05/2005 16:40:16    D971    Unit S432 DISPATCHED
11/05/2005 16:36:26            Unit S447;ON SCENE
11/05/2005 16:26:25    D971    Unit S447 ON SCENE
11/05/2005 16:17:04    D971    AVERY RD/STHY 147
11/05/2005 16:16:48    D971    Unit S447 DISPATCHED
11/05/2005 15:57:58    D971    Unit S452 cleared from call
11/05/2005 15:47:19    D971    STARTING THE SEARCH WARRANT AT THIS TIME
11/05/2005 15:43:44    D971    Unit S405 cleared from call
11/05/2005 15:38:56    D971    PER W327 PORT O JOHNS ARE AT THE LOCATION FROM B/M

11/05/2005 15:32:26    D971    Unit S499 cleared from call
11/05/2005 15:32:26    D971    Unit S496 cleared from call
11/05/2005 15:23:44            Unit S496;ON SCENE
11/05/2005 15:23:06            Unit S405;ON SCENE
11/05/2005 15:22:54            Unit S209;ON SCENE
11/05/2005 15:22:50            Unit S204;ON SCENE
11/05/2005 15:20:51    D971    405 23 AT THE SCENE
11/05/2005 15:12:23            Unit S405;ON SCENE
11/05/2005 15:10:39            Unit S492;ON SCENE
11/05/2005 15:07:45    D971    STHY 147/AVERY RD
11/05/2005 15:01:57    D971    Unit S405 ON SCENE
11/05/2005 15:01:55    D971    ACE HARDWARE
11/05/2005 15:00:13    D971    Unit S492 ON SCENE
11/05/2005 14:53:49    D971    Unit S405 ENROUTE
11/05/2005 14:53:34    D971    Unit S405 TRANSPORT COMPLETE
11/05/2005 14:43:37    D971    Unit S492 ENROUTE
11/05/2005 14:43:24    D971    AVERY RD/STHY 147
11/05/2005 14:43:14    D971    Unit S458 cleared from call
11/05/2005 14:29:51    D971    ;CITY SHOPS ON WALDO
```

```
11/05/2005 14:29:51    D971    ;CITY SHOPS ON WALDO
11/05/2005 14:29:36    D971    Unit S492 DISPATCHED
11/05/2005 14:29:36    D971    Unit S458 DISPATCHED
11/05/2005 14:27:24    D971    AVERY RD/STHY 147
11/05/2005 14:26:58    D971    PER S209 CLEAR FROM THE CANDY/EARL AVERY RESIDENCE
ENROUTE BACK
11/05/2005 14:17:52            Unit S451;ON SCENE
11/05/2005 14:17:52            Unit S499;ON SCENE
11/05/2005 14:13:16            Unit S278;ON SCENE
11/05/2005 14:10:46    D923 - D923    Unit S160 ENROUTE
11/05/2005 14:07:52    D971    Unit S499 ON SCENE
11/05/2005 14:07:52    D971    Unit S451 ON SCENE
11/05/2005 14:07:47    D971    IMPOUND
11/05/2005 14:07:47    D971    IMPOUND
11/05/2005 14:06:00            Unit S204;ON SCENE
11/05/2005 14:05:51    D971    COMMAND CENTER HAS ARRIVED PER S443
11/05/2005 14:05:37    D971    PER S487 499 WILL NEED TO HEAD TO ACE HARDWARE FOR
TARPS
11/05/2005 14:03:53    D971    PER S405 TRANSPORTING A FEMALE TO THE JAIL FOR MUGS
AND PRINTS
11/05/2005 14:03:41    D971    Unit S405 TRANSPORT
11/05/2005 14:01:39    D971    PER S405 THE PARTIES HE WAS HOLDING ON TO WERE
ALLOWED TO LEAVE PER ADA GRIESBACH
11/05/2005 13:57:45            Unit S455;ON SCENE
11/05/2005 13:57:45            Unit GRE;ON SCENE
11/05/2005 13:57:18    D971    6904 CORD Y
11/05/2005 13:56:54    D971    CALUMET INVESTIGATOR AND MYSELF WILL BE OUT AT THE
EARL AND CANDY AVERY RESIDENCE ON Y
11/05/2005 13:56:00    D971    Unit S204 ON SCENE
11/05/2005 13:47:57    D924    Unit S499 ENROUTE
11/05/2005 13:47:57    D924    Unit S451 ENROUTE
11/05/2005 13:47:44    D924    Unit S455 ON SCENE
11/05/2005 13:47:44    D924    Unit GRE ON SCENE
11/05/2005 13:31:20    D924    Unit S204 ENROUTE
11/05/2005 13:31:17    D971    MTFD'S COMMAND POST IS ENROUTE TO Q/147
11/05/2005 13:27:39    D924    Unit S455 ENROUTE
11/05/2005 13:27:39    D924    Unit GRE ENROUTE
11/05/2005 13:20:40            Unit S209;ON SCENE
11/05/2005 13:19:23    D924    Unit S455 DISPATCHED
11/05/2005 13:19:23    D924    Unit GRE DISPATCHED
11/05/2005 13:13:00    D924    Role: PLATE INQUIRY, Plate No.: P6231T, State:
WISCONSIN
11/05/2005 13:12:35    D924    Name: WICK,DALE,J,
11/05/2005 13:10:41    D924    Unit S209 ON SCENE
11/05/2005 13:02:22    D924    CALUMET COUNTY DA ONSCENE
11/05/2005 12:42:53    D971    MTSO
11/05/2005 12:42:37    D971    Unit S160 DISPATCHED
11/05/2005 12:41:22    D924    Unit S499 cleared from call
11/05/2005 12:31:54    D924    Q/147 CLOSED WITH SIGNS, ALONG WITH 147/KREUGER AND
BACK ALLEY WAY
```

```
11/05/2005 12:28:38     D924     Unit S499 TRANSPORT COMPLETE
11/05/2005 12:19:18              Unit S412;ON SCENE
11/05/2005 12:10:46     D924     MIKE GRIESHBACH NOTIFIED
11/05/2005 12:10:11     D924     Unit S499 TRANSPORT
11/05/2005 12:09:23     D924     ;147/Q
11/05/2005 12:09:18     D924     Unit S412 ON SCENE
11/05/2005 12:06:50              Unit S499;ON SCENE
11/05/2005 12:05:07              Unit S443;ON SCENE
11/05/2005 12:00:55     D924     CRIME LAB WILL BE ENROUTE SHORTLY
11/05/2005 11:58:28     D971     PER STATE PATROL 4 UNITS RESPONDING,
W313,W327,W336,W376
11/05/2005 11:57:59     D924     RECEIVED CALL BACK FROM STATE CRIME LAB,
608-831-5416 CALL BACK
11/05/2005 11:56:25     D924     Unit S499 ON SCENE
11/05/2005 11:55:16     D924     ;JAMBO CREEK/147 SHUT DOWN
11/05/2005 11:55:07     D924     Unit S443 ON SCENE
11/05/2005 11:48:05     D924     Unit S443 ENROUTE
11/05/2005 11:43:24     D924     CONTACT CRIME LAB OUT OF MADISON
11/05/2005 11:36:08     D924     Unit S499 ENROUTE
11/05/2005 11:32:22     D924     10-8 FROM RESIDENCE HEADING INTO HQ
11/05/2005 11:31:46     D924     Name: DUENING,LESLIE,W,
11/05/2005 11:15:18     D924     Unit W323 cleared from call
11/05/2005 11:12:54     D924     Unit S209 ENROUTE
11/05/2005 11:12:35     D924     Unit W323 ENROUTE
11/05/2005 11:11:18     D924     CASO ONSCENE
11/05/2005 11:09:46     D923 - D923     LT LENK PAGED AT 1108 HRS.
11/05/2005 11:09:44              Unit S278;ON SCENE
11/05/2005 11:09:40              Unit S496;ON SCENE
11/05/2005 11:08:30     D924     CONTACT 204/209
11/05/2005 11:06:21              Unit S452;ON SCENE
11/05/2005 11:04:54              Unit S405;ON SCENE
11/05/2005 11:02:59     D924     Name: PHILLIPS,GREGORY,A,
11/05/2005 11:01:47     D924     Role: PLATE INQUIRY, Plate No.: TVA935, State:
WISCONSIN
11/05/2005 11:01:30     D924     Role: PLATE INQUIRY, Plate No.: BL38152, State:
WISCONSIN
11/05/2005 11:01:04     D924     Name: PHILLIPS,GREGORY,A,
11/05/2005 11:00:37     D924     Name: CASO,,, Location: <UNKNOWN>
11/05/2005 10:59:44     D924     Unit S278 ON SCENE
11/05/2005 10:59:40     D924     Unit S496 ON SCENE
11/05/2005 10:59:24     D924     SE QUAD IN SALVAGE YARD, BEING FLAGGED DOWN BY 2
PEOPLE
11/05/2005 10:58:25     D924     AVERY'S PROPERTY MAY HAVE FOUND VEHICLE.
11/05/2005 10:58:07     D924     DET REMIKER RECEIVED CALL FROM CASO STATING THERE IS
A FEMALE ON PROPERTY AT AVERY'
11/05/2005 10:57:29     D924     OUT ON PORTABLE
11/05/2005 10:56:20     D924     Unit S452 ON SCENE
11/05/2005 10:56:08     D924     BL38152
11/05/2005 10:54:54     D924     Unit S405 ON SCENE
11/05/2005 10:51:20     D924     Unit S278 ENROUTE
```

```
11/05/2005 10:51:20    D924    Unit S405 ENROUTE
11/05/2005 10:50:55    D924
11/03/2005 20:30:53    D935 - D935    Dispositions Changed
11/03/2005 20:30:53    D935 - D935    Dispositions Changed
11/03/2005 20:30:53    D935 - D935
11/03/2005 20:27:45    D935 - D935    Added Incident Number, ORI: WI0360000,
Number: 2005-00008844, Unit:
11/03/2005 20:27:23    D935 - D935
11/03/2005 18:52:23    D956_old - D956_old    Dispositions Changed
11/03/2005 18:52:23    D956_old - D956_old
11/03/2005 18:51:22    D956_old - D956_old    GIVEN OUT TO ALL UNITS
11/03/2005 18:42:29         Call Timer Expired
11/03/2005 18:40:14    D961    Areas changed. Current areas: Beat = SOPN, Police
ORI = WI0360000
11/03/2005 18:37:52    D935 - D935    Location: CALUMET COUNTY, Venue: MANITOWOC

11/03/2005 18:37:49    D935 - D935    Name: CASO,,, Location: <UNKNOWN>
11/03/2005 18:37:43    D935 - D935    ATL TERESA MARIE HALBACH DOB 03221980.
VEHICLE LISTED TO TERESA IS A 99 TOYOTA RAV4 DR GREEN IN COLOR WI RP SWH582.
SUBJECT WA
11/03/2005 18:34:29    D935 - D935    NewCallType: AOLEA, Status: IN PROGRESS,
Priority: 2
11/03/2005 18:34:29    D935 - D935    Dispositions Changed
11/03/2005 18:34:16    D935 - D935    New call created. Call Type: UNKNOWN,
Location: , Phone Number: , Name:
11/03/2005 18:34:16    D935 - D935    Name:
```

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 33 of 33   Document 289-10