# EXHIBIT 14

**To:** Andrew Colborn[[redacted]@co.manitowoc.wi.us]
**From:** Patrick O. Dunphy
**Sent:** Thur 1/14/2016 5:44:39 AM
**Subject:** RE: Steven Avery Netflix Documentary

Andrew:

I have watched the first 4 episodes over the last two nights.

I am now into the trial and saw the played portions of both your deposition and trial testimony.

At this point all I see is a one sided presentation of the Avery case and a "retrial" of the defense attorneys attempts to make a case that there is reasonable doubt about Avery's guilt by challenging the evidence. That challenge includes attacks on the lab, investigators, law enforcement, the DA etc. So far, the show has not raised anything that was not in the public record. All the personal attacks on you and the allegations of evidence planting that I have seen were done in public and in the courtroom. The attacks obviously all failed as the jury convicted Avery. I will continue to watch and let you know if there is something I see beyond what was already in the public record.

Patrick O. Dunphy
Cannon & Dunphy S.C.
[redacted]
Ph [redacted]
Fx

The information in this e-mail is confidential and may be protected by the attorney work product doctrine or the attorney client privilege. It is intended solely for the addressee. Access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it. Thank you for your cooperation.

**From:** Andrew Colborn [mailto:[redacted]@co.manitowoc.wi.us]
**Sent:** Wednesday, January 13, 2016 9:01 AM
**To:** Patrick O. Dunphy <[redacted]@c-dlaw.com>
**Subject:** RE: Steven Avery Netflix Documentary

Dear sir, please at your leisure ck this website.....newstalk1130.com.........the entire 10 episodes of the documentary are dissected and exposed...........the name of the show is Debunking Making a Murderer by Dan O'Donnel........it has every lie exposed and the you or I don't have to sit thru 10 hours of Netflix......very well done on that website!!

---

Lt. Andrew Colborn
Manitowoc County Sheriff's Department
[redacted] Office
Cell
@co.manitowoc.wi.us

This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.

**From:** Patrick O. Dunphy [mailto:[redacted]@c-dlaw.com]

Colborn
EXHIBIT NO. 50
DATE: 7-21-22
365Reporting, LLC

**Sent:** Tuesday, January 12, 2016 1:41 PM
**To:** Andrew Colborn <[redacted]@co.manitowoc.wi.us>
**Subject:** RE: Steven Avery Netflix Documentary

Lt.
I read your email with interest.
I have studiously avoided watching the shows.
I do not know if you have a claim for defamation. But before I can comment it would be very helpful if you could detail not just what you claim is false but the episodes that contain the false statements. I can watch them directly rather than sitting through 10 hours of blind TV watching.

What is happening to you and your family is terrible and I will certainly give you some free time to determine if you may have the basis for a claim.

Patrick O. Dunphy
Cannon & Dunphy S.C.

Ph
Fx

The information in this e-mail is confidential and may be protected by the attorney work product doctrine or the attorney client privilege. It is intended solely for the addressee. Access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it. Thank you for your cooperation.

**From:** Andrew Colborn [mailto:[redacted]@co.manitowoc.wi.us]
**Sent:** Tuesday, January 12, 2016 12:49 PM
**To:** Patrick O. Dunphy <[redacted]@c-dlaw.com>
**Subject:** Steven Avery Netflix Documentary

Dear sir, I was referred to you and your firm by Atty. Mark T. Baganz who stated you have defended police officers before in a defamation case or suit, (perhaps the Badger Guns case??). In 2005 I was involved in the 2nd Steven Avery investigation which culminated in Steven Avery being found guilty of 1st degree intentional homicide and he was sentenced to life imprisonment. During the trial Mr. Avery was very well represented by Attorney Dean Strang from Madison, WI and Attorney Jerome Buting from Brookfield, WI. In short, the defense was that I and another now retired police officer planted the evidence that led to Mr. Avery's conviction. Avery was found guilty by the jury and his appeals have been exhausted. No evidence was EVER planted and the defense issues were soundly defeated by the prosecution team of Miwaukee County ADA Norm Gahn, DOJ State Attorney Tom Fallon and then Calumet County DA Ken Kratz. Fast forward to 2015 and now Netflix releases a "documentary" made by 2 producers who worked with the Avery defense team and again I am being accused of committing felonies in order to put Steven Avery in prison. Attorneys Strang and Buting continue to support these lies and exacerbate the situation by continuing to state there was a conspiracy on the part of law enforcement and the judicial system to convict Avery. Since the release of this documentary my agency as a whole has been under suspicion and I personally am receiving threats, including death threats, on a daily basis. My family, including my children, have been threatened and packages that explode in glitter showers have been mailed to my residence. As you can see below, I am a detective lieutenant still employed by the Manitowoc County Sheriff's Office and I am concerned that my new found "popularity" will begin to affect the prosecution of cases I have before the court, and may ultimately destroy my career as the character asassination continues. I am GRAVELY concerned for the safety of my family, as my wife is blind and my children do not live at home so it is difficult for me to protect them. I have served my

country proudly my entire life, I enlisted in the USAF in 1976 and served until 1988. I was hired as a law enforcement officer in 1992 and have honorably served this agency for 24 years. I have NEVER committed any type of wrong doing on any investigation and my military and police service records would stand up to any scrutiny. Not only is this eroding the confidence of the citizens in law enforcement, it is striking a serious blow to the entire Wisconsin judicial system. Is there any recourse for me?? I want the producers of the documentary as well as Netflix held accountable for their irresponsibility and their demonization and vilification of my agency and me personally. Also, can Attorneys Strang and Buting be held liable for their inflammatory role in this??..........thank you for your time and consideration, please feel free to contact me by any means you wish with the exception of my desk phone number, [redacted] as that is constantly being used by people leaving recorded threats. My cell phone or email would be the best way to contact me.

Lt. Andrew Colborn
Manitowoc County Sheriff's Department
[redacted] Office
[redacted] Cell
[redacted]@co.manitowoc.wi.us

This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.