# EXHIBIT 15

```
To:        Brenda Schuler[█@yahoo.com]
From:      Andrew Colborn
Sent:      Wed 1/24/2018 2:16:32 PM
Subject:   FW: Defamation/slander
```

Lt. Andrew Colborn
Manitowoc County Sheriff's Department
█ Office
█ Cell
█@co.manitowoc.wi.us

This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.

From: Matthew V. Fisher [mailto:█@mtfn.com]
Sent: Wednesday, August 09, 2017 5:07 PM
To: Andrew Colborn <█@co.manitowoc.wi.us>
Subject: RE: Defamation/slander

Mr. Colborn,

Thanks for your inquiry. We do litigate defamation matters and I would be happy to talk to you about your situation. Whether we can help you or not depends upon your objective. If you are looking to pursue discrete individuals or entities regarding specific statements, then that is something we can likely help with. If you are looking to generally counter that movie's presentation, then you might be better suited consulting with a public relations professional. I'll be free tomorrow afternoon if you want to discuss.

Regards-

Matthew V. Fisher | Attorney


MEISSNER TIERNEY
FISHER & NICHOLS



website | vCard | map | email


Colborn
EXHIBIT NO. 52
DATE: 7-21-22
365Reporting, LLC

Manitowoc-000264

**From:** Andrew Colborn [mailto:█████@co.manitowoc.wi.us]
**Sent:** Wednesday, August 09, 2017 4:42 PM
**To:** Matthew V. Fisher
**Subject:** Defamation/slander

Dear sir, I understand your firm litigates defamation cases. I believe I have quite the case but I am appealing to your expertise. Since the release of the "documentary" Making a Murderer my name and reputation has received nothing but negative comments, threats and almost daily bashing for lack of a better word. I believe I could produce several hours of recorded threats and intimidation to myself and my family as well as thousands of pages of documents to prove my case. I know this sounds unbelievable but I assure you that I am not exaggerating the depths to which people around the world have sunk to as the result of a skillfully edited but untrue movie. (It's difficult to call it a documentary because it's not a truthful portrayl of facts). Do you feel you could help me?.........If you google search my name you will see just a small portion of what I am talking about. In any case, thank you for your time and I hope you will consider this case. Thank you, Andrew L. Colborn

Lt. Andrew Colborn
Manitowoc County Sheriff's Department
█████ Office
█████ Cell
█████@co.manitowoc.wi.us

This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.