# EXHIBIT 16

To: Michael Griesbach [████████@gmail.com]
From: andy colborn
Sent: Wed 1/9/2019 11:46:54 AM

# Redacted

On Jan 9, 2019, at 9:26 AM, Michael Griesbach <████████@gmail.com> wrote:

> Yep, I'll generally be keeping mum except for a few selective general points that will make us seem above the fray but still remind people we're there. We'll still remain above the frey and let our court filings and appearances do the talking, but we can't let them totally take advantage of the vaccum. It's what MTSO pretty much did after MAM and it was a total PR disaster. We're going to be smart about this.

On Wed, Jan 9, 2019 at 8:51 AM Brenda Schuler <████████@yahoo.com> wrote:

> Mike,
> I personally like our approach to say as little as possible since it'll be handled by the court but I like the idea of making them sweat.
>
> - Hmmm. Maybe something along the lines of how you and Andy look forward to the opportunity to bring to light not only the amount of misleading and intentionally malicious edits for entertainment purposes, but also seeing those responsible held accountable for the damage they caused.
>
> - You may also want to point out that Jon Benets brother just settled a huge defamation lawsuit. It is doable. Maybe address the public figure thing too? That if it's malicious, it doesn't matter? If that's accurate? Less is more.
>
> On another note, probably good to get in the same page here with Andy's contract with CAM.
>
> You can speak for him of course, and I'm assuming you'd just do the humanizing but he can't officially answer any questions or make any quotes himself or do any interviews. He hasn't done any besides CAM which won't be out till later this year but most likely next year, between us.
>
> I'm traveling to Cleveland for a week next Tuesday and we will be discussing how to proceed with filming since the defamation lawsuit wasn't initially taken into account.
>
> I foresee Shawn wanting to follow it and perhaps obtain some type of behind the scenes access. I'd like to get your thoughts on that too as you'd be part of it if that's the route Shawn wanted to take.

Colborn
EXHIBIT NO. 2-6
DATE: 7-21-22
365Reporting, LLC

Work Product    Attorney Client    COLBORN-004614

Case 1:19-cv-00484-BHL    Filed 09/16/22    Page 2 of 5    Document 289-16

I have chatted with Andy about it several times. It's a HUGE opportunity to really make a difference. I know Shawn will humanize the hell out of Andy but we need him to be exclusive to CAM which is what will make it an even better message to the world and draw viewers in—hearing his story the first time from his mouth.

Then...he will have a shit ton of interviews that he can talk all he wants after that.

I'm glad this came up as I needed to mention it before I headed to Cleveland and before you met with George on Friday. Just something to keep in mind. Thoughts?

Sent from my iPhone

On Jan 9, 2019, at 8:07 AM, Michael Griesbach <████@gmail.com> wrote:

> Oops, forgot to copy you in.
> ---------- Forwarded message ---------
> From: **Michael Griesbach** <████@gmail.com>
> Date: Wed, Jan 9, 2019 at 8:05 AM
> Subject:
> To: andy colborn <████@hotmail.com>
>
> Andy--
> There's a reporter doing a series on the trend of documentaries that negatively affect the lives of "regular" people. She contacted me on Monday. I've responded to her in a general way because I think it will help your case and get word out to the public re why you are pursuing this lawsuit. She's a former Time Magazine writer who now works for the Hollywood Reporter law section. I know, the Hollywood reporter. I wouldn't have replied, but I liked her questions and the issue she's writing about. I insisted that the interview be by email so nothing I said could be taken out of context. See the attachment for her questions and my replies.
>
> Here's the thing. She wants to give readers an idea of what you're like in order to "humanize" you for people who only know you from MAM, ideally by speaking with you in a telephone call. I trust her to a point, but I don't want you to do that right now. We'll get one of the national tv networks to do that later. In the meantime, though, I'd like to give her a run-down on the basics of your life: where you've been, what you've done for a living, how many children (if you're comfortable with that), a little about Barb (if you're comfortable with that too), and a few other details we could share to in her words "humanize" you. The other option she mentioned is to have someone close to you talk to her about you and what you're like. We could do that, but I'm inclined to proceed as outlined above becasue we can better control our message that way. Let me know what you think. Again, I've attached her questions and my replies re the thrust of her article, so you should read that first. I've copied in Brenda in case she wants to weigh in. She's pretty damn

Work Product    Attorney Client    COLBORN-004615

smart:) And of course she wants this info yesterday, assuming we're willing to provide it (we don't have too). .

Mike

--------

**Michael C Griesbach**

███

███@gmail.com

The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it. Additionally, to ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein. Thank you for your cooperation.

--

**Atty Michael C Griesbach**

███

███@gmail.com

The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it. Additionally, to ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein. Thank you for your cooperation.

&lt;hollywood reporter interview questions.docx&gt;

--

**Atty Michael C Griesbach**

███

███@gmail.com

The information in this e-mail is confidential and may be protected by the attorney's work product doctrine or the attorney/client privilege. It is intended solely for the addressee(s); access to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to the sender that you have received the message in error, then delete it. Additionally, to ensure compliance with requirements

imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein. Thank you for your cooperation.

Work Product

Attorney Client

COLBORN-004617