# EXHIBIT 17

10/20/2016
Participants: +[redacted] Ken Kratz; +[redacted] Lt ALC; andrewcolborn@co.manitowoc.wi.us Lt ALC

**+[redacted] Ken Kratz**

I'm not sure if Brenda told you, but Dateline is doing a show on the book (our response to MaM) and asked if I would allow you and Tom Fassbender to be i

10/20/2016 8:44:38 AM(UTC-5)

**+[redacted] Ken Kratz**

nterviewed. Your comments would be limited to what is in the book. They want you, me, Tom and Brenda to come to NY. Will you join us? Fly to NY Thurs

10/20/2016 8:44:42 AM(UTC-5)

**+[redacted] Ken Kratz**

day, 11/10. Stay at the Waldorf Astoria. They will interview us on Friday 11/11. Fly home 11/12. The movie people think it's a good thing to push the

10/20/2016 8:44:43 AM(UTC-5)

**+[redacted] Ken Kratz**

book. What do you think?

10/20/2016 8:44:43 AM(UTC-5)

**andrewcolborn@co.manitowoc.wi.us Lt ALC**

I think it's a great idea. I would need to run this past the sheriff. That may or may not be a problem. I will need a day or two to get back to u ok??

10/20/2016 9:02:44 AM(UTC-5)

**+[redacted] Ken Kratz**

OK Andy. We will have a great trip. They provide a limo, and really are nice people. I'm happy to share with Robbie an outline of what you will say.

10/20/2016 9:10:23 AM(UTC-5)

**+[redacted] Ken Kratz**

It's ALL very positive...repair your departments reputation!!!

10/20/2016 9:10:28 AM(UTC-5)

Attorneys' Eyes Only

COLBTXTS_0002133

andrewcolborn@co.manitowoc.wi.us Lt ALC

> I know that but for some reason they are very reluctant to let me do that. I will get on it rite away!!!

10/20/2016 9:17:38 AM(UTC-5)

Ken Kratz

> Please feel free to have Robbie text me if he needs details.

10/20/2016 9:20:58 AM(UTC-5)

andrewcolborn@co.manitowoc.wi.us Lt ALC

> Ok. Would u be willing to talk to the undersheriff if that's what it takes????

10/20/2016 9:22:05 AM(UTC-5)

Ken Kratz

> Of course...it's time to let me turn the public perception back to before!

10/20/2016 9:24:58 AM(UTC-5)

Attorneys' Eyes Only

COLBTXTS_0002134