# EXHIBIT 18

**Marla Lenk**
Got the free New York wine and dine call from K.K. Are u and Barb going.? He gave us 3 days notice. Answer of course NO!
11/1/2016 11:52:41 AM(UTC-5)

**andrewcolborn@co.manitowoc.wi.us Lt ALC**
No. The dept wouldn't allow it. I was gonna go by self anyway but I was told no yesterday
11/1/2016 11:54:52 AM(UTC-5)

**andrewcolborn@co.manitowoc.wi.us Lt ALC**
I meant barb wasn't going to go.
11/1/2016 11:55:16 AM(UTC-5)

**Marla Lenk**
Wise choice. Dateline would have torn u up. Dave dvorak says hi. He
11/1/2016 11:58:24 AM(UTC-5)

**Marla Lenk**
re visiting for a few days. Was nice to see a cop friend for a chan
11/1/2016 11:58:29 AM(UTC-5)

**Marla Lenk**
ge. Hope all is well and the continuing evil saga fades away. Be go
11/1/2016 11:58:30 AM(UTC-5)

**Marla Lenk**
od. 😎
11/1/2016 11:58:31 AM(UTC-5)

**andrewcolborn@co.manitowoc.wi.us Lt ALC**
U too. Dateline would not have been able to do is wrong cause Ken is an attorney and already told them what would happen if they tried. Supposedly they r in our corner. We will see. Pls tell Dave I said hi as well. U and Jim have a great thanksgiving. !!!
11/1/2016 12:01:53 PM(UTC-5)

Attorneys' Eyes Only

COLBTXTS_0000459

+█████████ Marla Lenk

Jim said we'd go if they paid us a million. Then they offered to come to Arizona to interview. I think buying an RV and traveling the U.S. is the safest

11/1/2016 12:08:16 PM(UTC-5)

+█████████ Marla Lenk

solution. Haha but can't talk him into it. You have a good thanksgiving too.

11/1/2016 12:08:17 PM(UTC-5)

Attorneys' Eyes Only

COLBTXTS_0000460