# EXHIBIT 19

Participants: ▇▇▇▇ Brenda Schuler; ▇▇▇▇ Lt ALC; ▇▇▇▇@co.manitowoc.wi.us Lt ALC

12/07/2017

▇▇▇▇ Brenda Schuler
> Getting some traction!

12/7/2017 6:46:26 AM(UTC-6)

Attorneys' Eyes Only
COLBTXTS_0004454





▪️ Lt ALC

Yes!! And a reporter who is at least neutral!! You should somehow get that to Ferak!! Lol

12/7/2017 8:44:48 AM(UTC-6)

Brenda Schuler

Oh. I'm sure he saw it. I'm working with leigh egan from Nancy Grace now. She's busy but I've helped her in the past. Told her I'd compile it and she just has to edit and write it her way.

12/7/2017 9:10:00 AM(UTC-6)

Attorneys' Eyes Only

COLBTXTS_0004456

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 4 of 13   Document 289-19



Brenda Schuler

Over 1200 signatures now. Apparently Laura Riccardies brother doesn't think we have a chance. Yeah we know that. But I love reading the comments from people about it. It really helps you realize how many people do know he's guilty!!

**Rich Donovan**
@Glory96606244

#makingamurderer

I see Laura Ricciardi's brother has the groupie playbook down pact!
Well @reedhastings this has 0 to do with fame!
This is about what this man's sister & her partner did
Your company @netflix released a lie 2 years ago!
Lies about Teresa & Averys multiple victims

Ralph Ricciardi
No. It's not going anywhere
23m  Like  Reply

Allison Blair Panzano
Ok it just popped up today and



**Ralph Ricciardi**
No. It's not going anywhere
23m  Like  Reply

**Allison Blair Panzano**
Ok it just popped up today and was wondering
16m  Like

**Richard Donovan**
Said every naysayer to anyone whose accomplished anything! Sorry your sister decided glorifying a monster was more important then including his long list of victims of violent sexual abuse & beatings!
The petition is 2 days old and has over 1100 signatures! People are tired of the lies of her agenda driven advocacy piece! Stay tuned!
14m  Like

**Ralph Ricciardi**
**Richard Donovan** good luck with your 5 minutes of fame.

12/7/2017 9:11:35 AM(UTC-6)

Attorneys' Eyes Only  Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 6 of 13   Document 289-19   COLBTXTS_0004458

**[redacted]** Lt ALC

For sure. Thanks for what you do Brenda!! Good luck with the Nancy Grace project!!!

12/7/2017 9:15:14 AM(UTC-6)

**[redacted] Brenda Schuler**

Ugh. Ken just got on me about my support of the petition. So fucking frustrating Andy.

12/7/2017 9:15:42 AM(UTC-6)

**[redacted] Brenda Schuler**

From Ken: I saw your post Brenda, circulation the petition to have Netflix cancel MaM, and quit production on season 2. Not that I necessarily disagree with your participation in that public position, but isn't this exactly the kind of decision we all talk about first? The bottom line is if we ever hope to secure a movie or series deal, we NEED MaM to continue being relevant—

12/7/2017 9:16:08 AM(UTC-6)

**[redacted] Brenda Schuler**

Odd how he can drop YouTube videos about their deceit and do presentations but I have to get permission. Whatever

12/7/2017 9:16:36 AM(UTC-6)

**[redacted] Brenda Schuler**

Here's my reply: This is making them relevant. It's putting their deceit in the news just like your YouTube videos. Isn't that what we are fighting for? I shared on my personal FB page support of a petition to stop MaM2. I think we all know that this isn't stopping Netflix but it is showing the masses there's an issue. That can definitely segue into people wanting the other side to be told.

12/7/2017 9:17:04 AM(UTC-6)

Attorneys' Eyes Only
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 7 of 13   Document 289-19
COLBTXTS_0004459



**Lt ALC**

Did u just use the f word???? I talked to Tom yesterday so I kinda know your guys frustration. I will stay involved in my minuscule way as long as you and Tom are in. I don't think I could work with just Ken tho. I have to tell u I hope Netflix get a conscience and scraps both seasons of lies. But I know they won't.

12/7/2017 9:20:55 AM(UTC-6)

**Brenda Schuler**

No. You misread it. I didn't use the f word. 😇 I know they won't either but at least the Halbach's will maybe know there are people out there supporting them.

12/7/2017 9:22:27 AM(UTC-6)

**Brenda Schuler**

Yes. Tom told me about it. Ken is nuts if he tries to push us cuz we don't need him. He needs us. Don't get me wrong, I like ken but his objectives are different than ours.

12/7/2017 9:23:21 AM(UTC-6)

**Lt ALC**

I like him as well but this isn't all about Ken and / or money. It's about Avery's victims alive and deceased and about supporting the truth and the entire criminal justice system. Not just Ken. I still care about him tho

12/7/2017 9:27:11 AM(UTC-6)

**Brenda Schuler**

Me too. He is a good man. Just needs reigning in on a regular basis. lol

12/7/2017 9:27:56 AM(UTC-6)

**Lt ALC**

I ckd. I am pretty sure u used the f bomb. Lol 😂😂 👍

12/7/2017 9:29:44 AM(UTC-6)

**Brenda Schuler**

Don't lose respect for me. I bring it out more often with Ken than anyone. Lol

12/7/2017 9:30:34 AM(UTC-6)

Attorneys' Eyes Only  Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 9 of 13   Document 289-19   COLBTXTS_0004461

 Lt ALC

Oh I won't. Totally understandable!!!

12/7/2017 9:31:35 AM(UTC-6)

Attorneys' Eyes Only
COLBTXTS_0004462

 Brenda Schuler


12/7/2017 6:36:27 PM(UTC-6)

Attorneys' Eyes Only
COLBTXTS_0004463

**Lt ALC**
You are always gonna have the koolaid drinkers. Never be able to convince them!!!
12/7/2017 8:08:20 PM(UTC-6)

**Brenda Schuler**
It'd be nice to just win once with this travesty
12/7/2017 8:12:03 PM(UTC-6)

**Lt ALC**
Well, we kinda did. They couldn't come up with anything on their own. Had to use someone else's idea
12/7/2017 8:24:33 PM(UTC-6)

**Brenda Schuler**
And the petition is to keep "making of A murderer" on Netflix! Lol
12/7/2017 8:25:19 PM(UTC-6)

**Lt ALC**
Have about the grammar?? Do I got to explain myself?? I think it should be Do I have to explain myself?? Just saying
12/7/2017 8:27:04 PM(UTC-6)

**Brenda Schuler**
I know! lol
12/7/2017 8:27:26 PM(UTC-6)

**Brenda Schuler**
Hey does lenk have any sons?
12/7/2017 8:27:34 PM(UTC-6)

**Brenda Schuler**
Ever hear of a brad lenk?
12/7/2017 8:27:49 PM(UTC-6)

**Lt ALC**
No he doesn't. Not that I know of
12/7/2017 8:28:04 PM(UTC-6)

**Brenda Schuler:** Ok. I'm looking at who signed the petition and any names that stick out.
12/7/2017 8:28:43 PM(UTC-6)

**Lt ALC:** I know he and Marla did not have kids. Is Minerva on there??lol
12/7/2017 8:29:10 PM(UTC-6)

**Brenda Schuler:** Minerva is not signing that I'm aware of. Lol.
12/7/2017 9:26:48 PM(UTC-6)

Attorneys' Eyes Only
COLBTXTS_0004465