# EXHIBIT 20

01/25/2018
Participants: ▮ Brenda Schuler; ▮ Lt ALC; ▮@co.manitowoc.wi.us Lt ALC

**▮ Lt ALC**

Hey Brenda, while my last duty day At MTSO is 02/02/18, I will still be employed by Manitowoc County until 03/16/18, although I will using up my vacation. The reason I say this is because I am still not able to talk about the case until after 03/16/18. So if at all possible, could you tell the director I wouldn't be available until after March 16?? Hopefully that gives us more prep time anyway.

1/25/2018 5:43:32 AM(UTC-6)

**Brenda Schuler**

Good morning! They are here in town, filming it on 3/1 & 2. Shawn told me that they won't do anything with the footage as far as airing it for awhile cuz they to edit and compile it. The fun stuff! Since they are in town for just those two days this time, I know they'd much rather have video than audio of you as they'd have to record it over the phone otherwise. They'll definitely want you to be in the first batch of interviews too since your story is going to be a huge selling point. Would it help if the director notes that in your waiver? That nothing can be done publicly with the footage until xx date?

1/25/2018 6:33:11 AM(UTC-6)

**Brenda Schuler**

I totally understand if until 3/16. We will make it work. No matter what. Just trying to think of an alternative that allows them to film you while they're here. I truly think we want some visual footage but maybe they can come back for that part? Idk.

1/25/2018 6:46:01 AM(UTC-6)

**Brenda Schuler**

I think they'll interview you more than once. Probably. But you are a huge draw and wb setting the record straight - oh my God- I can't wait!! Finally. They'll do what they need to, to make it work. You need to be comfortable. I work for you. 😊

1/25/2018 6:48:06 AM(UTC-6)

**▮ Lt ALC**

Ok. That will work out fine!!!

1/25/2018 6:50:02 AM(UTC-6)

Attorneys' Eyes Only

COLBTXTS_0004696

**Brenda Schuler:** Thank you!!
1/25/2018 7:42:55 AM(UTC-6)

**Lt ALC:** 👍👍 no prob!!!
1/25/2018 7:43:26 AM(UTC-6)

**Brenda Schuler:** I definitely want to meet with you before the tho. I want to go through potential interview questions along with going over your testimony again regarding the phone call and key etc. Refresh your memory as much as possible. Maybe I could come to your house or you can come to mine so I have my computer. We should really schedule that soon since I'll be leaving on the 18th. Thinking a week night or weekend day you're around?
1/25/2018 7:46:08 AM(UTC-6)

**Lt ALC:** Ok. Sounds good. 👍👍👍
1/25/2018 8:19:48 AM(UTC-6)

**Brenda Schuler:** How about once you're done with MTSO and you have a day off? I think you said Friday's. Next Friday? Or what time do you work till your final day!? I'll bring the champagne to celebrate your retirement if you want me to meet you at home. It'd be nice to see Barb and I'd really like her to be in the loop on what I think they will want to cover with you.
1/25/2018 8:24:28 AM(UTC-6)

**Lt ALC:** Let's plan on the Friday after the 2nd ok?? Not sure how long I will be there on the 2nd. It mite be late. Will the 9th work for u??
1/25/2018 8:26:28 AM(UTC-6)

**Brenda Schuler:** I'm babysitting on the 9th. Pretty much anytime that week may work if you're off on the Monday the 5th? Or Thursday the 8th during the day
1/25/2018 8:28:27 AM(UTC-6)

Attorneys' Eyes Only

COLBTXTS_0004697

**Brenda Schuler:** Or Sunday the 4th.
*1/25/2018 8:28:38 AM(UTC-6)*

**Brenda Schuler:** Once it hits the weekend of the 9th, I'm swamped with final prep since I'm leaving in the 18th and have to get everything to Shawn well before that to go over
*1/25/2018 8:29:26 AM(UTC-6)*

**Lt ALC:** Let's do Monday the 4th at around 2pm?? I work Sunday
*1/25/2018 8:31:17 AM(UTC-6)*

**Lt ALC:** And Tuesday. I have to be up at 4am
*1/25/2018 8:31:42 AM(UTC-6)*

**Brenda Schuler:** The 5th you mean?
*1/25/2018 8:31:56 AM(UTC-6)*

**Brenda Schuler:** 2pm is perfect!
*1/25/2018 8:32:04 AM(UTC-6)*

**Lt ALC:** Yep. You could come anytime after 12pm on the 5th if u want to start earlier
*1/25/2018 8:33:03 AM(UTC-6)*

**Brenda Schuler:** Let's do that. I have a feeling I'll be there awhile. Lol.
*1/25/2018 8:33:26 AM(UTC-6)*

**Brenda Schuler:** 12ish. I'll bring lunch.
*1/25/2018 8:33:49 AM(UTC-6)*

Attorneys' Eyes Only

COLBTXTS_0004698



**Lt ALC:** Ok 😊😊😊
*1/25/2018 8:35:10 AM(UTC-6)*

**Brenda Schuler:** 2525 Victoria Dr
*1/25/2018 8:35:26 AM(UTC-6)*

**Lt ALC:** Yep. Manitowoc 54220
*1/25/2018 8:38:14 AM(UTC-6)*

**Brenda Schuler:** I'm so excited. I feel like at the very least, you and others will have a voice. Regardless of what happens, we can say we did our best.
*1/25/2018 8:38:56 AM(UTC-6)*

**Lt ALC:** Yep. I am with u 100 percent
*1/25/2018 8:44:55 AM(UTC-6)*

**Brenda Schuler:** Speaking of that, tom and I had a great visit yesterday. He stopped by. I miss him.
*1/25/2018 8:45:21 AM(UTC-6)*

**Brenda Schuler:** He's going to reach out to you so I'm not saying any more because it's his choice and yours. As I mentioned before, I will do everything I can to get him involved once I meet Shawn in person and have a clear pic of what he thinks. Toms my guy and I love you both. I will give up a chunk of my salary to get him onboard. But not going through ken.
*1/25/2018 8:47:36 AM(UTC-6)*

**Brenda Schuler:** Candys coming over today. We have so much fun.
*1/25/2018 8:47:52 AM(UTC-6)*

Attorneys' Eyes Only

COLBTXTS_0004699

**[Lt ALC]:** Ok. We will have to talk more about that on Monday. I hope he gets on board too!!
*1/25/2018 9:05:39 AM(UTC-6)*

**[Lt ALC]:** Tell candy I said hi. Hope she is doing ok.
*1/25/2018 9:06:18 AM(UTC-6)*

**Brenda Schuler:** I hope so too. And he knows I will do all I can once I'm more familiar with Shawn and can talk to him candidly.
*1/25/2018 9:06:40 AM(UTC-6)*

**Brenda Schuler:** Hey, did you get a voicemail
*1/25/2018 9:07:19 AM(UTC-6)*

**Brenda Schuler:** Oops. Disregard
*1/25/2018 9:07:25 AM(UTC-6)*

**[Lt ALC]:** I know u will too. I have total trust in you!!
*1/25/2018 9:07:38 AM(UTC-6)*

**Brenda Schuler:** I know you do. And I'm glad because I spent two years of my life doing this mainly because of you. And then Tom too. And then everyone else they hurt with their phony film. I wouldn't ever do anything but try to make this the best it can be. With it without ken, I believe it's the best chance we have and believe in this director.
*1/25/2018 9:09:13 AM(UTC-6)*

**Brenda Schuler:** With or without Ken. Is what I meant above.
*1/25/2018 9:09:38 AM(UTC-6)*

**[Lt ALC]:** I understand totally. Hopefully everyone is able to be on board!!
*1/25/2018 11:42:58 AM(UTC-6)*

Attorneys' Eyes Only

COLBTXTS_0004700