# EXHIBIT 21

**02/14/2018**
Participants: +[redacted] Brenda Schuler; +[redacted] Lt ALC;
andrewcolborn@co.manitowoc.wi.us Lt ALC

**Brenda Schuler**
Hey, I know tom will get around to calling you but it's been a crazy couple days. He and I officially agreed to sign on today. We will have a contract soon so I'm getting as much done as I can before I go on vacation this Sunday. For now, I'm trying to get people scheduled and I think you have to work Saturday 3/3 so would you be able to come to kaukauna for a few hours either Friday afternoon around 2pm or Sunday sometime before 2pm?
2/14/2018 4:27:55 PM(UTC-6)

**Brenda Schuler**
I just hung up with mike g and he's interested too!
2/14/2018 4:28:46 PM(UTC-6)

**Lt ALC**
I work Sunday so it would have to be on Friday 03/02
2/14/2018 5:49:25 PM(UTC-6)

**Lt ALC**
Congrats and happy Valentine's Day by the way!!!
2/14/2018 5:49:57 PM(UTC-6)

**Brenda Schuler**
I fly in from the Philippines on Friday and will be there around 1:30 so maybe 230?
2/14/2018 5:53:41 PM(UTC-6)

**Brenda Schuler**
Friday
2/14/2018 5:53:44 PM(UTC-6)

**Brenda Schuler**
Same to you. And thank you. I'm very excited.
2/14/2018 5:53:57 PM(UTC-6)

Attorneys' Eyes Only

COLBTXTS_0004904

**Brenda Schuler:** Tom will be reaching out at some point soon too
2/14/2018 5:54:25 PM(UTC-6)

**Brenda Schuler:**

__Library_SMS_Attach_1_47_07_D55798_1_FullSi_1.jpeg
2/14/2018 5:55:00 PM(UTC-6)

**Lt ALC:** Ok. You txt me from the airport when u get back and I will head over then!!!
2/14/2018 5:55:06 PM(UTC-6)

**Brenda Schuler:** I'm flying into ohare and driving home so I'm worried I'll forget. Lol. I'm gonna be tired. Tom will be there for you, even if I'm not.
2/14/2018 5:57:08 PM(UTC-6)

**Lt ALC:** Ok. Sounds good!!
2/14/2018 5:57:59 PM(UTC-6)

Attorneys' Eyes Only

COLBTXTS_0004905

**Brenda Schuler**

But. I really think I'll send you your testimony and stuff in advance so you can read it.

2/14/2018 5:58:40 PM(UTC-6)

Lt ALC

Or u can stop here on your way back and I will follow u to Kaukuna.

2/14/2018 5:58:47 PM(UTC-6)

Lt ALC

Ok 👍👍

2/14/2018 5:59:11 PM(UTC-6)

**Brenda Schuler**

lol. We will work something out. I'll be there with you. I'm so glad this is happening.

2/14/2018 5:59:18 PM(UTC-6)

**Brenda Schuler**

Do I get to come to your retirement party or do you have to be LE?

2/14/2018 5:59:36 PM(UTC-6)

Lt ALC

Me too. If possible send that stuff hard copy ok?? Thanks. And of course you can come to my party. I would be disappointed if you didn't

2/14/2018 6:00:59 PM(UTC-6)

**Brenda Schuler**

Aww. Good. I really want too.

2/14/2018 6:04:15 PM(UTC-6)

Lt ALC

👍👍😅

2/14/2018 6:06:56 PM(UTC-6)

**Brenda Schuler**

3/24?

2/14/2018 6:07:07 PM(UTC-6)

Attorneys' Eyes Only                                                                                                   COLBTXTS_0004906

**Lt ALC:** Yep. At the Manitowoc Eagles Club. 6pm to 11pm
*2/14/2018 6:09:13 PM(UTC-6)*

**Brenda Schuler:** Andy, could you do 430pm on Friday? Is that too late? Tom and I both want to be there when you are. He works till 430 driving bus
*2/14/2018 6:17:19 PM(UTC-6)*

**Lt ALC:** That should work!!
*2/14/2018 6:19:04 PM(UTC-6)*

**Brenda Schuler:** Perfect! We were gonna fight over it otherwise. Lol
*2/14/2018 6:19:22 PM(UTC-6)*

**Lt ALC:** I do work the next day so I can't stay very late. I have to be up at 4am. Sorry!!!
*2/14/2018 6:20:31 PM(UTC-6)*

**Brenda Schuler:** Lol. We aren't keeping you out late! Thought it'd be nice if you could have dinner with us after then. Nothing extravagant and it'll be quick. You'll be the last interview for the day but you'll be a longer one.
*2/14/2018 6:26:16 PM(UTC-6)*

**Lt ALC:** Ok. Sounds good!!!
*2/14/2018 6:27:00 PM(UTC-6)*

Attorneys' Eyes Only

COLBTXTS_0004907