# EXHIBIT 22

**03/05/2018**
Participants: ▇▇▇ Brenda Schuler; ▇▇▇ Lt ALC; ▇▇▇@co.manitowoc.wi.us Lt ALC

**Brenda Schuler:** Hey there, I meant to text you sooner but as always, time gets away from me. I know Saturday was tough. But I am so proud of you. I knew you'd be great and I know that was difficult, but thank you. Thank you for trusting us and Shawn. I have no doubt he will do right by you/us. Luv ya, my friend. I'm proud to be one of those few friends. I told Tom that when I first talked to you, and you started to trust me, my passion to call those women out got even stronger. Then when you introduced me to Tom, and we got to know each other, I felt even stronger. I told tom, yes, I do this for the Halbach's. For Teresa. But honestly...at this point, I do it more for you two. You are my guys. My friends. I am so happy to be part of this and know this...I will do everything in my power to do right by you two. Great job, Andy.
*3/5/2018 7:37:21 AM(UTC-6)*

**Brenda Schuler:** Btw, I am planning a cruise for us in 2020. The film will air in 2019 and I'm going to find us a cruise and open it up to those involved in this and we are going. With Tom there, and others, you'll feel safe. And Barb will get that cruise. You and she deserve it.
*3/5/2018 7:39:05 AM(UTC-6)*

 **Lt ALC:** Lol. Sounds good. Thank you Brenda, you are my friend and you always will be. 😊 by the way, I forgot to tell Shawn about that idiot who posted pictures of my son and daughter on social media. If u get a chance could u let him know about that. I reported that to the FBI. You are a very special person young lady, very special!!!
*3/5/2018 7:59:13 AM(UTC-6)*

**Brenda Schuler:** Thanks AC. And yes. I will tell him. As a matter of fact, I just ran across that tweet in one of collateral damage folders. Did they ever get ahold of that guy?
*3/5/2018 8:05:48 AM(UTC-6)*

**Lt ALC:** As in classic FBI and DCI fashion, they never told me. Both the FBI and DCI were investigating that one
*3/5/2018 8:07:47 AM(UTC-6)*

Attorneys' Eyes Only                                          COLBTXTS_0004983



**Brenda Schuler:** Good. I hope that guy got a good stern warning
3/5/2018 8:08:14 AM(UTC-6)

**Lt ALC:** 👍👍 I as well!!!!
3/5/2018 8:08:56 AM(UTC-6)

**Lt ALC:** Yep
3/5/2018 9:32:27 AM(UTC-6)

**Brenda Schuler:** Hey, do you know who the records guy is at the city of Manitowoc? I'm looking for all of averys activity like I got from Larry L at MTSO but for the city.
3/5/2018 10:06:26 AM(UTC-6)

**Lt ALC:** Her name is Jenny Storzer. Her number is [redacted]
3/5/2018 10:33:33 AM(UTC-6)

**Brenda Schuler:** Sweet. Thank you
3/5/2018 10:33:44 AM(UTC-6)

**Lt ALC:** 👍😊😊
3/5/2018 10:33:56 AM(UTC-6)

**Brenda Schuler:** What cell phone company did you have in 2005? Your personal cell I'm referring to
3/5/2018 11:17:34 AM(UTC-6)

**Lt ALC:** Cell com. My number was [redacted]
3/5/2018 11:18:53 AM(UTC-6)

Attorneys' Eyes Only                                                                 COLBTXTS_0004984

**Brenda Schuler:** I doubt they have your records back to 2005 but I'm gonna just call and ask them how long they archive for in general.
*3/5/2018 11:19:43 AM(UTC-6)*

**Brenda Schuler:** Only looking for 11/3 to 11/5 calls so we can prove that you never called Ryan Hillegas 22x or called dispatch on 11/4 from your personal phone cuz you were out planting ravs and needed to confirm you had the right one.
*3/5/2018 11:21:29 AM(UTC-6)*

**Brenda Schuler:** 😂
*3/5/2018 11:21:38 AM(UTC-6)*

**Lt ALC:** Ok. I doubt they have 13 yr old reefs res but would be great if they did!!
*3/5/2018 11:22:32 AM(UTC-6)*

**Brenda Schuler:** Wouldn't it? Of course they'd just say you used a payphone then.
*3/5/2018 12:03:16 PM(UTC-6)*

**Lt ALC:** 😂😂👍 of course they would.
*3/5/2018 12:04:02 PM(UTC-6)*

**Brenda Schuler:** They only keep phone records for 6 years. They were gonna to look it up so I gave them your phone number and I said it's under Andy Colborn and maybe Barb. She asked if I was Barb and I'm like "uh. Yeah" cuz I only wanted to know if they had it or not. Lol. Then she asked me for the last 4 of barbs ss# oops. So I said "actually I'm calling on behalf of them and just want to know in general if you would even have records that far back".
*3/5/2018 1:53:56 PM(UTC-6)*

**Lt ALC:** Lol. They busted u there. 😂. I didn't think that they would have them.
*3/5/2018 1:56:23 PM(UTC-6)*

Attorneys' Eyes Only

COLBTXTS_0004985

**Brenda Schuler:** Lol. Not good to impersonate being the wife of a Lt. 😬
3/5/2018 2:12:22 PM(UTC-6)

**Brenda Schuler:** Hey. Did you ever hear of a Lt Gospodarek in Manitowoc?
3/5/2018 2:12:45 PM(UTC-6)

**Lt ALC:** Yes. There was one that worked for the city PD and one that worked for us. He was retired before I started tho I think
3/5/2018 2:14:59 PM(UTC-6)

**Brenda Schuler:** Thanks!
3/5/2018 2:30:52 PM(UTC-6)

**Lt ALC:** 👍👍
3/5/2018 2:31:21 PM(UTC-6)

Attorneys' Eyes Only

COLBTXTS_0004986