# EXHIBIT 23

12/13/2018
Participants: ▅▅▅▅ Brenda Schuler; ▅▅▅▅ Lt ALC;
andrewcolborn@co.manitowoc.wi.us Lt ALC

**Lt ALC:** Good morning Brenda, I wanted to thank you for all the help u gave Mike on the the complaint. It's sad that it's come to this but I am so very appreciative of what have done and continue to do. Mike explained that the complaint against Ferak would be a totally different document with different evidence and he can't get that done in time to file it at the same time as this complaint. So Ferak has to come later, I hope. It makes sense and I have to trust mike knows what he is doing. Thanks again Brenda, let's hope this makes some of the craziness stop.
*12/13/2018 5:54:43 AM(UTC-6)*

**Brenda Schuler:** Yeah. I figured as much about Ferak. No worries. It makes sense
*12/13/2018 7:53:42 AM(UTC-6)*

**Brenda Schuler:** Are we going to be able to see it one last time?
*12/13/2018 7:53:53 AM(UTC-6)*

**Lt ALC:** I hope so. He was working on it late last night. Maybe wouldn't hurt if u asked him too. Just to be safe, one final check
*12/13/2018 7:57:05 AM(UTC-6)*

**Brenda Schuler:** Did you ask him to see it?
*12/13/2018 7:57:22 AM(UTC-6)*

**Lt ALC:** Yes I did. Via email
*12/13/2018 7:58:10 AM(UTC-6)*

**Brenda Schuler:** Ok. I just did too. Piggy backed off of one. I drive hm nuts. I know I do but it's all for you, bud. I hope you know that
*12/13/2018 8:01:53 AM(UTC-6)*


EXHIBIT Schuler 2024 5-20-22

Attorneys' Eyes Only    COLBTXTS_0006432
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 2 of 11   Document 289-23

**Lt ALC:** Us. It's all for us. We are all in this together.
12/13/2018 8:03:10 AM(UTC-6)

**Brenda Schuler:** I think mike thinks I'm a pain in the ass, tho.
12/13/2018 8:03:35 AM(UTC-6)

**Lt ALC:** U are not!! Mike doesn't know hw lucky he is that you are helping
12/13/2018 8:07:33 AM(UTC-6)

**Brenda Schuler:** Ok. As long as you know that. I want it to be accurate. And perfect. Cuz I know what's going to happen already
12/13/2018 8:08:07 AM(UTC-6)

 Brenda Schuler

Zellner's tweet today. Her Sheeple all comment how they hadn't thought of that. She's so smart. Ugh. Why would anyone would put branches on it? Avery would. To hide it till he could crush it. If there's a flyover, wouldn't they want to find it? They're framing him ffs. Why hide it? Why lock RAV? Avery did because he didn't want anyone inside of it. Not too mention that he had the key to unlock it. So no one could get into it without that key. She didn't have keyless entry but he didn't know that. Makes me so mad how dense these people are. Rant over.

.ıll Verizon 🛜        8:08 AM        ✈ ✻ 97% 🔋

‹        **Tweet**

 **Kathleen Zellner** ✓ @ZellnerLaw · 10h

Why would anyone put branches on RAV4? BC they know there is a flyover. Who knows there is flyover? The cops. So killer locks RAV4 Why? To keep SA blood drops safe for DNA ID? Sure that makes sense... if you are a cop!!@lifeafterten @Newsweek #MakingAMurdererPart2

◯ 147    ⟲ 260    ♡ 3,234    ⬆

__Library_SMS_Attach_1_e0_00_2DE43F_1_IMG_8522.jpeg

12/13/2018 8:12:37 AM(UTC-6)

Lt ALC

> Lol. Wow, she is really on to something there. What a case cracker!! I wonder why Brendan would have said that Avery put those on there to hide it from view. Nope, clearly it's the police. Lol

12/13/2018 8:39:31 AM(UTC-6)

 Brenda Schuler

Did he send it to you yet?

12/13/2018 5:02:53 PM(UTC-6)

Lt ALC

> Yep. He sent it to you too

12/13/2018 5:27:12 PM(UTC-6)

Attorneys' Eyes Only         COLBTXTS_0006434

**Brenda Schuler:** Yup. Got it.
12/13/2018 5:28:09 PM(UTC-6)

**Lt ALC:** Ok. We are meeting tomorrow am. Plan is to file tomorrow!!!
12/13/2018 5:29:46 PM(UTC-6)

**Brenda Schuler:** I'm going through it and will have it to him by 10am
12/13/2018 5:30:15 PM(UTC-6)

**Brenda Schuler:** Press conf tomorrow?
12/13/2018 5:30:54 PM(UTC-6)

**Lt ALC:** No. I don't think that will be till Monday. I will get details on that tomorrow
12/13/2018 5:31:56 PM(UTC-6)

**Lt ALC:** Ferak will definitely be happening within 45 days!!
12/13/2018 5:36:42 PM(UTC-6)

**Brenda Schuler:** Oh good. Jerk
12/13/2018 5:42:55 PM(UTC-6)

**Lt ALC:** How's the company paint look???
12/13/2018 5:43:32 PM(UTC-6)

**Brenda Schuler:** Huh?
12/13/2018 5:47:26 PM(UTC-6)

Attorneys' Eyes Only
COLBTXTS_0006435

> **Lt ALC**
> Auto corrrect. How does the complaint look to you???
> 12/13/2018 5:48:25 PM(UTC-6)

**Brenda Schuler**
Lol. Um. Didn't look yet. Tom will be here soon and calling Shawn.
12/13/2018 5:48:46 PM(UTC-6)

**Brenda Schuler**
What time are you and mike meeting tomorrow am?
12/13/2018 5:57:14 PM(UTC-6)

> **Lt ALC**
> 1030. He will be filing about an hour later.
> 12/13/2018 5:58:59 PM(UTC-6)

**Brenda Schuler**
Ok. Crap. Ok.
12/13/2018 5:59:09 PM(UTC-6)

**Brenda Schuler**
I'll send him stuff as I find it then
12/13/2018 5:59:22 PM(UTC-6)

Brenda Schuler

Andy, please call this part out to mike when you review it. I don't think it's accurate. He's speaking for you here and I don't believe this is anything you've ever told me.

3. Plaintiff had no reason to and did not know about Avery 1985 sexual assault conviction when he received the phone call from the Green Bay detective. He was not employed at MTSO until 1994, when he was hired as a corrections officer at the Manitowoc County Jail, which was and remains a separate division within MTSO. Corrections staff were not sworn law enforcement officers and had no authority to investigate pending or prior crimes /infractions of the law, much less dated criminal activity for which a conviction had (already) been obtained. Doing so would have been a violation of department policy. Accordingly, Plaintiff he transferred the call to the detective division after giving the caller the number in case the call went unanswered or was lost in the transfer. did not go through or went unanswered. Plaintiff Colborn subsequently learned that an investigator Gene Kusche in the detective division followed up, claiming that the right man had been convicted. Given all of the above circumstances, it would not have been normal procedure to prepare a written report about the 1995 call and Plaintiff did not do so.

3. Plaintiff first learned of Avery's wrongful conviction in September 2003 when Avery was exonerated. At that time he recalled the 1995 call from Green Bay and surmised it may have been related to the Avery case. After mentioning it to Lenk in passing, both plaintiff and Lenk wrote a short statement memorializing the call at the direction of the sheriff in order to provide a complete, accurate, and transparent account of the circumstances surrounding Avery's wrongful conviction for consideration by the Wisconsin Attorney General in her independent review. Plaintiff's report was promptly delivered to the Attorney General along with all other documents pertaining to her review.

__Library_SMS_Attach_1_0a_10_6A67CA_1_IMG_4823.jpeg

12/13/2018 8:03:24 PM(UTC-6)

Brenda Schuler

Page 11

12/13/2018 8:03:39 PM(UTC-6)

Lt ALC

> Ok. I did learn that Kusche had taken the call but I didn't learn that until 2016. That's quite a long time later huh?? Lol. I will tell him

12/13/2018 8:08:00 PM(UTC-6)

Attorneys' Eyes Only
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 7 of 11   Document 289-23
COLBTXTS_0006437

**Brenda Schuler:** How did you find that out? That Kusche took the call?
12/13/2018 8:08:38 PM(UTC-6)

**Brenda Schuler:** Also, he states on Page 1 that in a patrol sergeant role, you had no supervisory authority - in 2003 to 2011? Is that correct that you didn't supervise anyone or anything?
12/13/2018 8:09:55 PM(UTC-6)

**Lt ALC:** Mike told me. Apparently Kusche told someone in the das office he took the call
12/13/2018 8:10:52 PM(UTC-6)

**Lt ALC:** Yes, I definitely had supervisory authority
12/13/2018 8:11:17 PM(UTC-6)

**Brenda Schuler:** Ah. Ok. But yeah, you still never talked to Kusche about it as he states.
12/13/2018 8:11:23 PM(UTC-6)

**Brenda Schuler:** That's what i figured. Can you bring that up too? Page 1
12/13/2018 8:11:39 PM(UTC-6)

**Lt ALC:** Yep!!
12/13/2018 8:11:50 PM(UTC-6)

**Brenda Schuler:** I don't want to be down his throat on every little thing so it helps if you can mention it.
12/13/2018 8:12:21 PM(UTC-6)

Attorneys' Eyes Only
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 8 of 11   Document 289-23
COLBTXTS_0006438

> Unless he is talking about at Avery's. I wasn't the supervisor at Avery's during the searches

12/13/2018 8:13:02 PM(UTC-6)

Brenda Schuler

No. He's not. Because I made it hat revision to state you weren't acting in a managerial role for that. But he changed it to this :

12/13/2018 8:13:49 PM(UTC-6)

Brenda Schuler

---

ANDREW L. COLBORN,

→ 3. ~~PLAINTIFF,~~ — don't cap
mo\ vs.
wor v.

SYNTHESIS FILMS, LLC
NETFLIX, INC.
LAURA RICCIARDI     CIVIL COMPLAINT
→ 4. MOIRA DEMOS
sex LISA NISHIMURA
ADAM DEL DEO
Cor MARY MANHARDT,

siz ~~DEFENDANTS.~~ — don't cap
shc
att ✓ Plaintiff, Andrew L. Colborn, by and through his attorneys, Griesbach Law Offices, LLC, by
A\ Attorney Michael C Griesbach, alleges and states as follows:

**Statement of Facts**

→ 1. Plaintiff Andrew Colborn is a former Manitowoc County Sheriff's Office (hereinafter, MTSO) police officer. Plaintiff retired in March of 2018 after working twenty-six years in public service. At no time during his employment at MTSO did plaintiff serve as a public official or spokesperson for the department. ==Between 2003 and 2011, Plaintiff was a patrol sergeant, which is a non-management position with no policy making or supervisory authority.== At no time during his employment at MTSO did plaintiff serve as a "public official," as that term is defined in defamation law.

→ 2. Defendant Synthesis Films, LLC is a Los Angeles-based independent film production company founded by Defendants Laura Ricciardi and Moira Demos in 2006.

Page 1 of 20

Page 2 of 20

---

Library_SMS_Attach_1_76_06_BCE99B_1_Render_1.jpeg

12/13/2018 8:14:39 PM(UTC-6)

Attorneys' Eyes Only                                                                    COLBTXTS_0006439

**Brenda Schuler**

See yellow and pink part

12/13/2018 8:14:39 PM(UTC-6)

**Lt ALC**

I addressed both of these. My responses to mike are forwarded to your email

12/13/2018 8:35:26 PM(UTC-6)

**Brenda Schuler**

Have you ever definitively said it was a Green Bay detective?

12/13/2018 8:37:23 PM(UTC-6)

**Brenda Schuler**

In 1995? Or that they called the jail because they couldn't reach a detective in the detective division?

12/13/2018 8:38:02 PM(UTC-6)

**Brenda Schuler**

If you see my questions in my follow email, disregard. I wanted to include even tho I know you already addressed them since he doesn't know I was aware you corrected them

12/13/2018 8:46:17 PM(UTC-6)

**Lt ALC**

I addressed that and a couple other things. I think it looks pretty damn good. Mike worked hard on that I gotta admit

12/13/2018 9:19:27 PM(UTC-6)

**Brenda Schuler**

He sure did.

12/13/2018 9:25:12 PM(UTC-6)

**Lt ALC**

Did you and Tom get ahold of Shawn???

12/13/2018 9:26:13 PM(UTC-6)

Attorneys' Eyes Only  Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 10 of 11   Document 289-23   COLBTXTS_0006440

**Brenda Schuler**

Rescheduled for Saturday am

12/13/2018 9:26:53 PM(UTC-6)

Lt ALC

Oh. Ok, I hope it goes well and he has good news

12/13/2018 9:27:50 PM(UTC-6)

Attorneys' Eyes Only

COLBTXTS_0006441