# EXHIBIT 28

# APPEARANCE RELEASE

## WE CAN USE YOUR IMAGE
For good and valuable consideration, receipt of which is hereby acknowledged, I hereby irrevocably authorize Transition Studios, LLC and it's respective parents, affiliates, subsidiaries, licensees, successors and assigns (collectively "producer") to make use of my appearance in a production tentatively titled: **Convicting A Murderer** ("Program") and in connection with producer or otherwise.

I agree that producer may tape and photograph me, my likeness, and personal belongings I share (including still photographs), record my voice, conversation and sounds (including any musical compositions or performances) and use my name, personality and biographical material, whether obtained directly from me or by others (collectively my "appearance"), and that producer shall be the exclusive of the results and proceeds of such taping, photography, and recording with the right to copyright, use, edit, and license others to use the program and its promotional variants (i.e. trailers/teasers) unlimited times in perpetuity.

## WE CAN SHARE YOUR APPEARANCE IN THE PROGRAM AND TO PROMOTE THE PROGRAM
I further agree that producer may use and license others to use my appearance for advertising, publicizing and exploitation of the program in all such instances throughout the world in all media, known or hereafter devised, and an unlimited number of times in perpetuity.

## YOU CAN NOT SUE US
I agree that producer will rely on this permission, and I hereby agree not to assert any claim of any nature whatsoever against anyone relating to the exercise of the permissions granter hereunder. I hereby indemnify and hold harmless the producer, respective shareholders, directors, officers, employees, and agents from any and all claims, liabilities or expenses arising from the use of my appearance or related to the program.

## YOU ARE TELLING THE TRUTH
I represent that any statements made by me during my appearance are true to the best of my knowledge, and that neither they nor my appearance will violate or infringe upon the rights of any third party. I agree that participation is at my own risk and accept full responsibility for my participation in the program.

## YOU ARE NOT GOING TO BE PAID & YOUR APPEARANCE MAY NOT MAKE THE FINAL CUT
I accept that I will not be paid any compensation for this agreement. I wave any right to equitable relief with respect to the use of my appearance. I understand that producer shall have no obligation to air my appearance.

## YOU ARE 18 YEARS OR OLDER AND UNDERSTAND THIS AGREEMENT
I represent that I am at least 18 years of age and that I am under no physical, mental or legal disability that shall prevent me from legally entering into this agreement. This agreement can only be amended if signed by both parties. Ohio law governs this agreement.

**YOU AGREE**
Signed: *Andrew L Colborn*
Print Name: ANDREW L. COLBORN    Phone Number: [redacted]
Street Address: [redacted]    Email Address: [redacted]
City, State, Zip: [redacted]
Date: 03/02/18

## IF UNDER 18
I am a parent or guardian of the minor who has signed this release and consent and hereby agree that I and the said minor will be bound by all of the provisions contained herein.

Name: _____
Signature: _____
Date: _____

EXHIBIT
Schuler
2039
5-20-22

COLBORN-004888