# EXHIBIT 29

| | |
|---|---|
| **From:** | Stephen Glynn [████@hotmail.com] |
| **Sent:** | 12/19/2015 5:34:49 PM |
| **To:** | Michael Griesbach [████@gmail.com] |
| **Subject:** | Re: Neflix documentary |

Thanks for your kind and thoughtful words, Mike. The series ended up being more powerful and interesting than I thought it could be. Your participation was very professional and showed what an honest and straight-shooting prosecutor can accomplish. As I've said before, you're a good man.

On Dec 19, 2015, at 11:20 AM, Michael Griesbach <████@gmail.com> wrote:

> Dear all:
>
> Having binged my way through all 10 episodes of the Netflix documentary, I wanted to send a note of appreciation to each of you. You certainly don't need my compliments or praise, but I know that the system would fail more often and more miserably than it already does if it weren't for tenacious and skilled lawyers like yourselves. We really do need a counterweight to what Dean referred to in the documentary as the system's "unwarranted certainty" about life's events and the character of each of us as human beings.
>
> As to the documentary itself, as my 9th grade daughter likes to say, "holy crap!" If any of you suffered through the entirety of my book, you know that my focus was Steven's wrongful conviction, which I researched to death. Not so with the murder case, which other than the suspense it heaped upon the story, added little of substance and was not intended to further explore the legal/fairness issues raised in Avery 1. I went into the documentary determined to see through any bias the film might employ, but I came out of it more conflicted than ever. Not so much as to either defendants' guilt, but whether they received a fair trial. I know of no additional information beyond what has been disclosed during the trials (and now the documentary), and certainly nothing exculpatory. But speaking more as an observer from the outside looking in than an ADA in the county where both crimes occurred, there is even more to chew on than I had thought before.
>
> All the best,
>
> Mike Griesbach



Colborn
EXHIBIT NO. 13
DATE: 7-21-22
365Reporting, LLC

Confidential

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 2 of 2   Document 289-29

Griesbach0014413