# EXHIBIT 1

**MANITOWOC COUNTY SHERIFF'S DEPARTMENT**

Kenneth J. Petersen, Sheriff

Robert C. Hermann, Inspector

1025 South 9th Street
Manitowoc, Wisconsin 54220
Phone (920) 683-4200 ✡ Fax (920) 683-4946

September 12, 2003

To: All Department Personnel

From: Kenneth J. Petersen, Sheriff

Re: *Steven Avery Reversal of Conviction*

Employees shall make **no** comments concerning the Steven Avery case. All news releases shall be issued by either Sheriff Petersen or Inspector Hermann.

kl

005251

Serving Our Community With P.R.I.D.E.

Exhibit 1003
5/19/2022

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 2 of 2   Document 290-1

CHRM004480