# EXHIBIT 2

# STATEMENT

**STATEMENT OF:**
**NAME:** James M. Lenk
**BIRTH DATE:**   **AGE:**
**ADDRESS:** 1025 S. 9TH. ST.
**CITY:** Manitowoc   **STATE:** WI.   **ZIP:** 54220
**PHONE:** 683-4226
**IF JUVENILE:**
**FATHER:**   **MOTHER:**

**INCIDENT #:**
**PAGE:** 1 OF 1
**DATE:** 09-12-03
**TIME:**

I, Lt. James Lenk, was talking to Sgt. Andy Colborn in my office regarding one of the detectives. The subject of the Steve Avery release came up & during the conversation Sgt. Colborn gave me the following information:

That when he (Sgt. Colborn) was working in the jail division (probably 1995) that he received a telephone call from a person who said he was a detective & Sgt. Colborn said he thought he might have been from Bro. County but he isn't sure. He said the detective told him that he has a person in custody who stated that a few years prior that this suspect had committed an assault in Manitowoc County. This detective also told Sgt. Colborn that he believes someone was arrested for this crime already.

Sgt. Colborn said the detective wanted to speak to someone in the detective unit — but Sgt. Colborn can't remember who he advised or passed this information on to.

Sgt. Colborn said he was later informed by someone that the case was already solved & the right person was arrested.

I later went to Sheriff Petersen to pass on this information.

005249

**SIGNATURE:** James M. Lenk
**TIME:** 1335 hours

Exhibit 1010
5/19/2022

Colborn
EXHIBIT NO. 1010
DATE: _____
365Reporting, LLC

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 2 of 2   Document 290-2

CHRM004478

Revised 03/01/00