# EXHIBIT 3

# STATEMENT

**STATEMENT OF:**
NAME: Sergeant Andrew L. Colborn #432
BIRTH DATE: 03/14/59　AGE: 44
ADDRESS: 1025 South 9th Street,
CITY: Manitowoc,　STATE: WI　ZIP: 54220
PHONE: 920-683-4201

INCIDENT#:
PAGE 1 OF 1
DATE: 09/12/03
TIME: 1330 Hours

**IF JUVENILE:**
FATHER:　MOTHER:

In 1994 or 1995 I was working as a Corrections Officer in the Manitowoc County Jail. I recall receiving a telephone call in the Central Control area from an individual who identified himself as a detective employed by an agency outside the Manitowoc County area. This dective stated he had received information that a person they had in custody in their jurisdiction had been commenting that he had committed an assault in Manitowoc County and that someone else wwas in jail for it. As I had no knowledge of what case this detective was referring to, I supplied the dective with a telephone number to one of MISO's detectives. I do not specifically recall but I may have tried to transfer the call as well. I do not recall the detective mentioning any names to me.

WITNESS:
WITNESS:
SIGNATURE: Sgt. Andrew L Colborn
TIME: 1343 HRS

005250

Exhibit 1009　5/19/2022

Colborn
EXHIBIT NO. 1009
DATE: 7-22-22