# EXHIBIT 8

United States District Court
Eastern District of Wisconsin

**Avery v. Manitowoc County**

04 C 986



Video Deposition of

**Kenneth Petersen**

Recorded 10/13/2005 in Manitowoc, WI

12:04 pm - 1:29 pm, 84 mins. elapsed

---

**Magne-Script**

(414) 352-5450

*15843 Standard transcript*

Confidential                                                                                       CHRM002956

Witness

Kenneth Petersen


Thursday 10/13/2005 at 09:00 by: Jeff Joseph


Nash, Spinlder, Grimstad & McCracken

201 East Waldo Boulevard

Manitowoc, WI


Caption:   Avery v. Manitowoc County

Case No.:  04 C 986

Venue:     United States District Court

           Eastern District of Wisconsin

```
 1                    A P P E A R A N C E S
 2        Walter F. Kelly
 3        Walter F. Kelly, S.C.
 4        700 W. Michigan St. #500
 5        Milwaukee, WI   53233
 6        On behalf of the Plaintiff
 7
 8        Stephen M. Glynn
 9        Glynn, Fitzgerald & Albee, S.C.
10        526 E. Wisconsin Ave.
11        Milwaukee, WI   53202
12        On behalf of the Plaintiff
13
14        Claude J. Covelli
15        Boardman, Suhr, Curry & Field
16        1 S. Pinckney St. #410, PO Box 927
17        Madison, WI   53701-0927
18        On behalf of Denis Vogel and Manitowoc County
19
20        Timothy A. Bascom
21        Bascom, Budish & Ceman, S.C.
22        2600 N. Mayfair Rd. #1140
23        Wauwatosa, WI   53226-1308
24        On behalf of Manitowoc County
25
```

```
 1    Raymond J. Pollen
 2    Crivello, Carlson & Mentkowski, S.C.
 3    710 N. Plankinton Ave. #500
 4    Milwaukee, WI  53203
 5    On behalf of Tom Kocourek and Manitowoc County
 6
 7    John F. Mayer
 8    Nash, Spindler, Grimstad & McCracken
 9    201 East Waldo Boulevard
10    Manitowoc, WI  54220
11    On behalf of Tom Kocourek
12
13    Also Present:  Steven Avery
14
15
16
17
18
19
20
21
22
23
24
25
```

1      Lenk?
2  A   It's Lieutenant Lenk.
3  Q   Lieutenant Lenk. I'm sorry.
4  A   Yes.
5  Q   And they told you about these events that had occurred
6      in 1995 as they recalled them, correct?
7  A   Yes.
8  Q   Do you remember who else was involved in those
9      conversations between you and -- well, let's start
10     with Mr. Colborn?
11 A   No, I believe both Andy Colborn and James Lenk came to
12     my office at the same time.
13 Q   And with no one else?
14 A   Correct.
15 Q   And you were with no one else?
16 A   Correct.
17 Q   So it was just the three of you?
18 A   Yes.
19 Q   Okay. And you had talked about this matter of the
20     1995 telephone contact from an outside agency to the
21     Manitowoc County Sheriff, correct?
22 A   Yes.
23 Q   And what did they tell you? Let's start with Sergeant
24     Colborn. What did he tell you had occurred?
25 A   He said when he was working in the jail, he had

1  received a phone call I believe from a detective in
2  Brown County, that he had a suspect who said that he
3  had assaulted a person in Manitowoc County and
4  somebody else was in prison. And that's about it. He
5  said he referred it to a detective and heard nothing
6  of it after that.
7  Q  And I take it that that was something that you
8  considered to be significant material, correct?
9  A  Yes.
10         MR. MAYER: Form of the question.
11 BY MR. GLYNN:
12 Q  You recognize that if in fact the statement that was
13    being reported by the detective in Brown County was
14    accurate that someone may have been wrongfully
15    convicted of something in Manitowoc County, correct?
16 A  Correct.
17         MR. COVELLI: Objection. Calls -- no
18     foundation.
19 BY MR. GLYNN:
20 Q  You also recognize that since neither -- well, since
21    -- let's just deal with Sergeant Colborn. Since
22    Sergeant Colborn had not memorialized that telephone
23    call in any way, that is he had not prepared a report
24    concerning it, that he should now attempt to do that,
25    correct?