# EXHIBIT 11

Print Date/Time: 12/13/2005 14:23
Login ID: S509
Case Number: 2005-00008844

MANITOWOC COUNTY SHERIFF
ORI Number: WI0360000



## Case Details

Case Number: 2005-00008844
Location: 12930 AVERY RD
    TWO RIVERS, WISCONSIN, 54241
Reporting Officer ID: S278 - REMIKER

Incident Type: HOMICIDE - NEGLIGENT
Occurred From: 10/31/2005 14:00
Occurred Thru: 10/31/2005 14:00
Disposition: CLEARED BY ARREST
Disposition Date: 11/15/2005

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|-----|-----------|-----------|---------|-------------|--------|
| 1 | State | 09A | 940.01(1)(a) | 1ST DEGREE INTENTIONAL HOMICIDE | 1 |
| 2 | State | 90Z | 940.11(1) | MUTILATING A CORPSE | 1 |

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB |
|------|-----|------|---------|-------|------|-----|-----|
| OTHER | 2 | BARBARA ELLEN JANDA | 12930 AVERY RD A TWO RIVERS, WISCONSIN 54241 | (920) 755-8715 | WHITE | FEMALE | 11/07/1964 |
| OTHER | 4 | GREGORY A PHILLIPS | 920 LADURON DR MISHICOT, WISCONSIN 54228 | (920) 755-4684 | WHITE | MALE | 08/01/1969 |
| OTHER | 5 | LESLIE WALTER DUENING JR | 770 E ALBERT DR 50 MANITOWOC, WISCONSIN 54220 | (920) 652-0253 | WHITE | MALE | 03/05/1966 |
| OTHER | 6 | KENNETH DOUGLAS KNAPP | 702 N PACKER DR WHITELAW, WISCONSIN 54247 | (920) 684-3988 | WHITE | MALE | 04/01/1964 |
| OTHER | 7 | GERALD J WENZEL | 3024 MEMORIAL DR TWO RIVERS, WISCONSIN 54241 | | WHITE | MALE | 12/24/1958 |
| OTHER | 8 | BRETT A WENZEL | 3024 MEMORIAL DR TWO RIVERS, WISCONSIN 54241 | (920) 553-1509 | WHITE | MALE | 06/19/1983 |
| OTHER | 9 | KYLE G MAERTZ | 1116 BLUFF AVE SHEBOYGAN, WISCONSIN 53081 | | WHITE | MALE | 07/21/1985 |
| OTHER | 10 | DARRYL E MAERTZ | 1116 BLUFF AVE SHEBOYGAN, WISCONSIN 53081 | | WHITE | MALE | 02/05/1945 |
| OTHER | 11 | JESUS NMI SOTO | N567 1 SUNSET LN LUXEMBURG, WISCONSIN 54217 | | WHITE | MALE | 05/24/1966 |
| OTHER | 12 | LAMEC NMI CRUZ | 1959 S 57TH ST MILWAUKEE, WISCONSIN 53219 | (414) 546-4349 | WHITE | MALE | 10/01/1967 |
| OTHER | 13 | JESUS M PENA | 2463 N HOLTON ST B MILWAUKEE, WISCONSIN 53212 | (414) 264-6023 | WHITE | MALE | 09/25/1962 |
| OTHER | 14 | MICHAEL J KORTAS | 1815 FRIDAY ST MANITOWOC, WISCONSIN 54220 | (920) 684-0572 | WHITE | MALE | 11/19/1954 |
| OTHER | 15 | KEITH W PAPLHAM | TOWNLINE RD KEWAUNEE, WISCONSIN 54216 | (920) 388-4086 | WHITE | MALE | 05/06/1975 |
| OTHER | 16 | AVERY AUTO SALVAGE | 12930 AVERY RD TWO RIVERS, WISCONSIN 54241 | (920) 755-2846 | | | |
| OTHER | 18 | MARIE L LITERSKY | 242 E SAMZ RD MISHICOT, WISCONSIN 54228 | (920) 755-4384 | WHITE | FEMALE | 10/27/1986 |
| OTHER | 19 | PAUL E RABAS | 15234 N MARIBEL RD MARIBEL, WISCONSIN 54227 | | WHITE | MALE | 02/05/1961 |
| OTHER | 20 | PAUL L NOVAK | UNKNOWN DENMARK, WISCONSIN 54208 | | WHITE | MALE | 06/29/1962 |
| OTHER | 21 | ROLAND A JOHNSON | UNKNOWN JACKSON, WISCONSIN | (262) 677-3858 | WHITE | MALE | 05/11/1938 |
| OTHER | 22 | CHARLES EARL AVERY | 12930 AVERY RD TWO RIVERS, WISCONSIN 54241 | (920) 755-2879 | WHITE | MALE | 07/13/1954 |
| OTHER | 23 | ALLAN K AVERY | 12930 AVERY RD TWO RIVERS, WISCONSIN 54241 | (920) 755-2846 | WHITE | MALE | 05/03/1937 |
| OTHER | 24 | KRISTY A HAZAERT | 3978 CREEKVIEW RD DEPERE, WISCONSIN 54115 | (920) 676-9030 | WHITE | FEMALE | 02/12/1978 |
| OTHER | 25 | JOLENE M BAIN | 2571 TELLURIDE TRL H GREEN BAY, WISCONSIN 54313 | (920) 217-7402 | WHITE | FEMALE | 11/17/1974 |
| OTHER | 26 | SHERRY A LEMEROND | 233 N BROADWAY ST 132 DEPERE, WISCONSIN 54115 | (920) 676-5585 | WHITE | FEMALE | 01/04/1975 |
| OTHER | 27 | AUBREY H WYGRALAK | 4125 ROBIN LN GREEN BAY, WISCONSIN 54313 | (920) 865-2125 | WHITE | FEMALE | 12/02/1982 |
| OTHER | 28 | TRINITY L ROSENOW | 3501 JACKSON AVE 4 PLOVER, WISCONSIN 54467 | (715) 345-1466 | WHITE | FEMALE | 05/15/1981 |
| OTHER | 29 | KIM J DUCAT | 1212 HAWTHORNE ST | (920) 242-1832 | WHITE | FEMALE | 07/24/1963 |

MANITOWOC COUNTY SHERIFF'S DEPARTMENT REPORT

2005 - 8844

STATE0077

Case 1:19-cv-00484-BHL  Filed 09/16/22  Page 2 of 23  Document 290-11

CHRM016566

Print Date/Time: 12/13/2005 14:23
Login ID: S509
Case Number: 2005-00008844

MANITOWOC COUNTY SHERIFF
ORI Number: WI0360000

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | TWO RIVERS, WISCONSIN 54241 | | | | |
| OTHER | 30 | EARL K AVERY | 6904 CORD Y | (920) 755-2257 | WHITE | MALE | 06/10/1971 |
| | | | WHITELAW, WISCONSIN 54247 | | | | |
| OTHER | 31 | JODI M STACHOWSKI | 12932 AVERY RD | (920) 755-4860 | WHITE | FEMALE | 09/11/1969 |
| | | | TWO RIVERS, WISCONSIN 54241 | | | | |
| SUSPECT | 1 | STEVEN ALLAN AVERY SR | 12932 AVERY RD | (920) 755-4860 | WHITE | MALE | 07/09/1962 |
| | | | TWO RIVERS, WISCONSIN 54241 | | | | |
| VICTIM | 1 | TERESA MARIE HALBACH | 3637 CORD B | (920) 737-4731 | WHITE | FEMALE | 03/22/1980 |
| | | | HILBERT, WISCONSIN 54129 | | | | |
| WITNESS | 1 | PAMELA A STURM | 3002 WILLIAMS GRANT DR | (920) 532-5033 | WHITE | FEMALE | 01/05/1954 |
| | | | DEPERE, WISCONSIN 54115 | | | | |
| WITNESS | 2 | NIKOLE E STURM | 336 GRANDVIEW AVE | (920) 941-0211 | WHITE | FEMALE | 04/13/1977 |
| | | | MENASHA, WISCONSIN 54952 | | | | |
| WITNESS | 3 | GEORGE BERNARD ZIPPERER | 4433 CORD B | (920) 682-5719 | WHITE | MALE | 05/16/1940 |
| | | | MANITOWOC, WISCONSIN 54220 | | | | |
| WITNESS | 4 | JOSHUA R RADANDT | 3510 W TWIN LN | (920) 755-4503 | WHITE | MALE | 11/10/1974 |
| | | | TWO RIVERS, WISCONSIN 54241 | | | | |

## Arrests

| Arrest No. | Name | Address | Date/Time | Type |
|---|---|---|---|---|
| 516 A | STEVEN ALLAN AVERY SR | 12932 AVERY RD | 11/15/2005 13:00 | S-SUMMONED/CITED |
| | | TWO RIVERS, WISCONSIN 54241 | | |
| 552 A | STEVEN ALLAN AVERY SR | 12932 AVERY RD | 11/15/2005 13:00 | S-SUMMONED/CITED |
| | | TWO RIVERS, WISCONSIN 54241 | | |

## Property

| Date | Code | Type | Make | Model | Description | Tag No. Item No. |
|---|---|---|---|---|---|---|
| 11/3/2005 | 6 - EVIDENCE/SEIZED | 03-AUTOMOBILES | TOYOTA RAV4 (sport utility) | | TOYOTA RAV4 DARK GREEN | |

## Suspect Vehicles

| No. | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|

### MISSING PERSON/TERESA HALBACH

11/03/05: I, Det. Remiker, was called in to assist with an investigation reference a missing adult. Lt. Lenk, Det. Jacobs, and I met with CASO Inv. John Dedering at the MTSO. Inv. Dedering stated they received a missing adult report reference TERESA HALBACH who has been missing since 10/31/05. Inv. Dedering stated they received the missing adult report from family members on 11/03/05. Inv. Dedering stated, during his follow-up, he found that TERESA made at least 2 stops in Manitowoc Co. reference her employment. TERESA is currently employed by a company called AUTO TRADER from the Fox Cities area. Inv. Dedering stated, based on his investigation, he has found that TERESA made stops at a residence on Avery Rd and on CORD B. These locations have been identified as the residences of GEORGE ZIPPERER (CORD B) and possibly STEVEN AVERY (Avery Rd). Information we received was that TERESA, during her employment, goes to various locations and takes photos of vehicles which are attempting to be sold. TERESA has not returned home, and there are indications that this is very unusual. There are concerns about TERESA'S well-being. Inv. Dedering requested our assistance in making contact at some residences in Manitowoc Co. in an attempt to obtain further information.

I, Det. Remiker, received information previously that Sgt. A. Colborn made contact at the AVERY property on Avery Rd. Sgt. Colborn made contact with STEVEN AVERY and obtained information about his observations involving TERESA HALBACH. Information we received was that TERESA was at the AVERY property to take a photo of a vehicle which was possibly owned by BARBARA JANDA. Sgt. Colborn indicated that he received information that TERESA was at the AVERY property on 10/31/05 during the afternoon hours.

STATE0078

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 3 of 23   Document 290-11

CHRM016567

Print Date/Time: 12/13/2005 14:23
Login ID: S509
Case Number: 2005-00008844

MANITOWOC COUNTY SHERIFF
ORI Number: WI0360000

Several attempts were made to make contact with TERESA on her cell phone. CASO indicated that TERESA'S cell phone is either off or no longer has power due to the fact that the cell phone immediately goes to a voice mail recording. At this time, the voice mail recording is also indicating that her voice mail account is full.

After making several other attempts to obtain additional information, it was decided to attempt contact at the ZIPPERER residence at 4433 CORD B, Manitowoc. Inv. Dedering, Sgt. Colborn, and I went to that address. After approx. 15-20 minutes of attempting contact at both the front and rear entrances to the residence, GEORGE ZIPPERER and JASON ZIPPERER exited the residence and made contact with officers. Initially, GEORGE was not real cooperative during the interview with him but after a short time, he was able to provide some information, along with JASON.

The information we received was that JASON placed an ad in a local newspaper for a Trans Am vehicle that he was wishing to sell. GEORGE and JASON stated they received a phone call from a female subject, stating that she wished to come to their property and take a picture of the vehicle for additional advertisements. We received information from GEORGE and JASON that JOELLEN ZIPPERER (GEORGE'S wife) may have additional information but may not be willing to speak with us.

A short time later, JOELLEN came to a window. I asked JOELLEN several questions about TERESA calling to their residence and coming to their residence for the photograph. JOELLEN had a lot of difficulty determining what date and time of day TERESA was on her property to take the photograph. JOELLEN was not even able to determine what day of the week it was currently. After a lengthy discussion with JOELLEN, she stated that TERESA did leave a message on their answering machine, requesting directions to the ZIPPERER property. A short time later, Inv. Dedering received verbal consent to enter the residence in an attempt to listen to the answering machine. Inv. Dedering indicated that he heard the voice mail left with at the ZIPPERER residence. He was able to make a determination on the approx. time that TERESA came to the ZIPPERER property.

Inv. Dedering and Sgt. Colborn did accompany JASON to the location where the vehicle was. They did walk the property but did not locate any items of evidence.

I, Det. Remiker, continued a discussion with JOELLEN who stated she recalls having contact with a female party that was wearing blue jeans and taking a photograph of the vehicle. JOELLEN stated she believed that GEORGE had previously given permission to the female subject to enter onto their property and take the photograph. JOELLEN stated she directed the female subject in a direction toward where the vehicle was currently parked. JOELLEN stated, a short time later, she observed the female subject return from the area where the vehicle was and leave the property. JOELLEN stated she was not able to observe where the vehicle was parked or any direction of travel.

The ZIPPERERS indicated that the female subject left some paperwork on the property. One of the items that was left was a piece of paper believed to be completed by TERESA, indicating that a photograph of the vehicle was taken and contact can be made with her to further advertise the vehicle. The date on the document indicated 10/31/05 but did not indicate a time that TERESA was at the property. Also left on the property was a white, plastic bag which contained some brochures for the AUTO TRADER. All of these items were given to Inv. Dedering.

Based on the lengthy conversation with JOELLEN, it was found that the female subject may have been on the property sometime between noon and 1500 hours. No precise time could be obtained from JOELLEN.

STATE0079

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 4 of 23   Document 290-11

CHRM016568

# MANITOWOC CO SHERIFF DEPT
## Summary

Print Date/Time: 12/13/2005 14:23
Login ID: S509
Case Number: 2005-00008844

MANITOWOC COUNTY SHERIFF
ORI Number: WI0360000

After returning to the MTSO, it was decided to possibly conduct some more follow-up on the following day.

11/04/05: Lt. Lenk was contacted by CASO Inv. Wiegert. Inv. Wiegert requested that we make contact at the AVERY residence in an attempt to obtain further information.

Lt. Lenk and I went to 12932 Avery Rd, Two Rivers, where we attempted to make contact. After a short period of time, it was determined that no one was at the residence.

A short time later, we observed 2 individuals entering onto the property. One of the individuals was identified as STEVEN AVERY. STEVEN was very cooperative, and we asked him numerous questions about his observations of the female subject from the AUTO TRADER. STEVEN stated the female subject has been on the property numerous times to take photographs of vehicles which are to be listed for sale. STEVEN indicated that he observed the female subject operating a smaller, green SUV. After asking STEVEN if it was possibly a Toyota Rav 4, he indicated that he believed that was the vehicle she was operating. STEVEN stated she was on the property for a very short period of time. He believed the time may have been at approx. 1400-1430 hours on 10/31/05. STEVEN indicated that the vehicle which was being photographed was a maroon in color van that was near his residence. STEVEN was not able to provide any further information in regard to TERESA HALBACH.

A short time later, I asked STEVEN if he would be willing to provide us with verbal consent to do a quick interior search of his residence. STEVEN immediately volunteered to provide us consent to go into his residence.

11/04/05 @ 1030 Hrs.: STEVEN allowed us into his residence. I did a swift interior search of the residence, including closets and additional interior rooms. I did not locate any signs of any suspicious activity.

11/04/05 @ 1035 Hrs.: The consent search was completed, and we were out of the AVERY residence.

At this time, based on our investigation on the AVERY property, there are no indications of any suspicious activity or any other signs to provide us with further information as to the whereabouts of TERESA HALBACH. I recontacted Inv. Wiegert and advised him of our findings. At this time, Inv. Wiegert did not request any additional follow-up from the MTSO. Further investigation is being completed by the CASO. DERemiker /bjc

11/05/05: I, Det. Remiker, was working at the MTSO at which time I received a phone call from CASO Investigator Mark Wiegert. Inv. Wiegert indicated there were numerous volunteer searchers who were coordinating their efforts to do some searches of properties within Manitowoc Co. Inv. Wiegert indicated that several searchers were willing to go to the AVERY property on Avery Rd to search the junkyard/salvage area. Inv. Wiegert stated he and several of the volunteer search parties would be coming to the MTSO within the next hour to meet and coordinate efforts. Inv. Wiegert requested my assistance for this follow-up.

A short time later, Inv. Wiegert called me at the MTSO and indicated that he received information from a female subject who was currently on the AVERY property who may have located TERESA'S Toyota Rav 4 vehicle on the property. Inv. Wiegert stated he is not sure if this is TERESA'S vehicle but did receive some information from the volunteer which indicated that it may be her vehicle. Inv. Wiegert requested that I respond

STATE0080

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 5 of 23   Document 290-11

CHRM016569

Print Date/Time: 12/13/2005 14:23
Login ID: S509
Case Number: 2005-00008844

MANITOWOC COUNTY SHERIFF
ORI Number: WI0360000

to the AVERY property ASAP to make contact with the female subject in an attempt to obtain further information to determine if the vehicle was indeed TERESA'S.

I, Det. Remiker, immediately began leaving the MTSO. I responded toward the AVERY property. I received another call from Inv. Wiegert, indicating that he received another phone call from the female volunteer with additional information which led him to believe that the vehicle may be TERESA'S. Inv. Wiegert stated he obtained some VINs from the volunteer and information that the vehicle contained a Lemieux Toyota sticker on the back of it which matches the sticker that was on TERESA'S vehicle.

While I was en route to the AVERY property, I contacted the Shift Commander and requested a patrol officer respond to the AVERY property ASAP. Deputy O'Connor stated he was in the vicinity, and he responded to the location. I received additional information from Inv. Wiegert which indicated it is very possible that the vehicle on the property is TERESA HALBACH'S. I immediately advised Deputy O'Connor to block off the road at Avery Rd and STHY 147.

11/05/05 @ 1100 Hrs.: I, Det. Remiker, arrived on the AVERY property and drove to the back end of the property where I located 2 female subjects. The 2 females stated they were volunteer searchers who received permission from EARL AVERY to search the salvage yard area. They pointed to an area where they observed a green or dark blue Toyota Rav 4 vehicle parked. Lt. T. Hermann and Sgt. Orth also arrived on the property shortly thereafter. As I was walking toward the vehicle, I noted there were no RPs on it. I noted a hood from a vehicle placed alongside the rear passenger side of the vehicle. I noted there were numerous branches and tree limbs pushed on top of the front hood area and top of the vehicle. Both Sgt. Orth and I looked around the vehicle and inside in an attempt to obtain further information. I retrieved a registration for the missing vehicle and attempted to confirm the VIN on the vehicle. I was able to verify all but the first 2 numbers on the VIN of the missing HALBACH vehicle. At no time did we touch the exterior of the vehicle in an attempt to open the vehicle or enter the vehicle. At no time did we enter the vehicle to make any further observations.

11/05/05 @ 1104 Hrs.: The VIN was confirmed as the VIN from the missing HALBACH vehicle. We noted what appeared to be a digital camera photo memory card in the back driver side area of the vehicle which had the name "TERESA" on it. At this time, I immediately contacted Inv. Wiegert from the CASO and advised him of my findings. Inv. Wiegert stated he would be there very shortly. We immediately left the area and did not conduct any further investigation reference the vehicle. I advised Sgt. Orth to stand near the vehicle as security until further information can be obtained.

11/05/05 @ 1106 Hrs.: I, Det. Remiker, along with Lt. Hermann walked away from the vehicle, back to where our vehicles were parked, approx. 100 yards away.

11/05/05 @ 1110 Hrs.: Inv. Wiegert and CASO Sheriff Pagel arrived on the scene. Sgt. Orth remained as security near the vehicle.

A short time later, a 4-wheeler came to our location, and I made contact with EARL AVERY. I asked EARL several questions about the vehicle being on his property. EARL indicated he has absolutely no knowledge of the vehicle being in the auto salvage area and has no information to provide reference who put the vehicle there. EARL then indicated that CHARLES AVERY, ALLAN AVERY, DOLORES AVERY, and STEVEN AVERY left for their cottage in Marinette Co. this morning. EARL was the only AVERY family member on the property at this time. EARL stated he is a business partner for AVERY AUTO SALVAGE. EARL indicated

STATE0081

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 6 of 23   Document 290-11

CHRM016570

# MANITOWOC CO SHERIFF DEPT
## Summary

Print Date/Time: 12/13/2005 14:23
Login ID: S509
Case Number: 2005-00008844

MANITOWOC COUNTY SHERIFF
ORI Number: WI0360000

that DOLORES is the actual owner of the entire property.

I, Det. Remiker, questioned EARL extensively about his knowledge of the vehicle on the property. EARL gave no indication that he had any knowledge of the vehicle. I received additional information from EARL reference where the AVERY cottage is in Marinette Co. EARL stated the property is off of Parkway on High Line Ln in Marinette Co. EARL stated all individuals left sometime between 0600-0630 hours this morning. All of this information was provided to Inv. Wiegert and the CASO.

D.I. Schetter arrived shortly thereafter, and a conversation took place with him, Inv. Wiegert, Sheriff Pagel, and me reference this investigation. It was determined, and the decision was made for the CASO to take over the investigation. There was also discussion that the CASO would probably request the assistance of DCI.

11/05/05 @ 1135 Hrs.: I, Det. Remiker, advised Dispatch to make contact with the WI State Crime Lab.

11/05/05 @ 1145 Hrs.: The decision to turn over the scene to the CASO and DCI was made.

11/05/05 @ 1154 Hrs.: I, Det. Remiker, received a call-back from a representative of the Crime Lab, JOHN ERTL, who requested further information on the investigation and directions to our location. JOHN advised that they would be leaving shortly and would arrive at our location within the next 3.0-3.5 hours.

11/05/05 @ 1205 Hrs.: Information was obtained from the 2 volunteer search parties. They were advised that they could leave the area in order for the investigation to continue.

11/05/05 @ 1225 Hrs.: ADA Griesbach arrived at the location. Prior to this, DA Mark Rohrer also arrived at our location to assist.

11/05/05 @ 1230 Hrs.: Inv. Wiegert made contact with EARL AVERY and requested EARL to accompany him for another interview.

11/05/05 @ 1255 Hrs.: The interview with EARL was completed by the CASO.

11/05/05 @ 1304 Hrs.: DA Ken Kratz from Calumet Co. arrived on the scene.

11/05/05 @ 1306 Hrs.: CASO Det. Baldwin arrived on the scene.

I, Det. Remiker, was requested by DA Kratz to obtain information for Search Warrants of numerous buildings and residences on the AVERY property. I responded to the STEVEN AVERY residence, along with BARBARA JANDA'S residence, to complete a physical description of those properties for the Search Warrant procedure. I made telephonic contact with MICHELLE who is a paralegal with the Calumet Co. DA's Office to provide her with that information.

Arrangements were made with the on-call Judge to respond to his location in an attempt to obtain Search Warrants. It was determined that Judge Fox would be the on-call Judge at this time.

11/05/05 @ 1404 Hrs.: I, Det. Remiker, along with Inv. Wiegert, DA Kratz, DA Rohrer, and ADA Griesbach responded to Judge Fox's residence in the City of Two Rivers. It was determined that we should go to another

STATE0082

Case 1:19-cv-00484-BHL    Filed 09/16/22    Page 7 of 23    Document 290-11

CHRM016571

**Print Date/Time:** 12/13/2005 14:23
**Login ID:** S509
**Case Number:** 2005-00008844

MANITOWOC COUNTY SHERIFF
**ORI Number:** WI0360000

location on Washington St in the City of Two Rivers in order to complete the paperwork and have access to a fax machine.

11/05/05 @ 1410 Hrs.: DA Kratz was assigned as special prosecutor and in charge of the case.

11/05/05 @ 1415 Hrs.: Officers and attorneys arrived at ATTORNEY FOX'S office on Washington St in the City of Two Rivers.

11/05/05 @ 1506 Hrs.: Judge Fox began signing the paperwork for the completion of the Search Warrants.

11/05/05 @ 1510 Hrs.: The Search Warrants were signed.

11/05/05 @ 1514 Hrs.: We left ATTORNEY FOX'S office. Inv. Wiegert, DA Kratz, and I went back to the AVERY property.

11/05/05 @ 1525 Hrs.: We were back at the AVERY property.

Several individuals, including investigators and attorneys, organized their efforts. It was decided that residences and outbuildings needed to be checked in an attempt to locate TERESA HALBACH. At this time, CASO Investigator Gary Steier and I were assigned to STEVEN AVERY'S residence at 12932 Avery Rd, Two Rivers. This contact at the residence was in reference to attempting to locate TERESA in the residence.

I, Det. Remiker, along with Inv. Steier went to STEVEN'S residence. I initially opened the exterior storm door of the residence. I observed a dried red in color substance on the edge of the outside exterior door and the door handle area. At this time, I was not able to determine whether the substance was dried blood or possibly paint which was consistent with the color of the exterior of the residence. I knocked on the inside door several times but did not receive an answer. I did announce, "Sheriff's Department, Search Warrant," several times but did not receive a response. I checked the interior door and noted the door was currently locked. I advised Inv. Steier that we should check additional windows and doors of the residence in an attempt to locate an open door. We walked around the entire exterior of the residence and noted that all windows were in a secured position and the back patio door was also locked. We went back to the front door of the residence and attempted contact again. We did not receive an answer at the door.

It was then determined to make forcible entry to the residence. I again announced, "Sheriff's Department, Search Warrant." After receiving no response for approx. 15 seconds, I decided to make forced entry. I kicked the door with the bottom of my foot 3 times. The door then opened. We immediately announced and identified ourselves as, "Sheriff's Department, Search Warrant," prior to entering or going through the threshold of the residence. After entering the residence, Inv. Steier and I did a complete search of closets and other areas inside the residence in an attempt to locate any signs of TERESA HALBACH. Entry into the residence was made at 1548 hours.

11/05/05 @ 1558 Hrs.: We exited STEVEN'S residence.

We went to an adjacent garage which is detached from the residence. Inv. Steier found that the door to this garage was locked. Inv. Steier made forced entry into the garage area using his shoulder. The door was opened. Both Inv. Steier and I entered the garage area. We did a search of the interior of the garage but did not locate

**STATE0083**

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 8 of 23   Document 290-11

CHRM016572

Print Date/Time: 12/13/2005 14:23
Login ID: S509
Case Number: 2005-00008844

MANITOWOC COUNTY SHERIFF
ORI Number: WI0360000

any obvious signs of TERESA HALBACH. Entry to the garage was made at 1603 hours.

11/05/05 @ 1606 Hrs.: We left the garage. DERemiker /bjc

11/05/05 @ 1050 Hrs.: I, Sgt. Orth, overheard Det. Remiker communicating with Dispatch and Lt. T. Hermann via the police radio. Det. Remiker indicated that he was en route to AVERY'S SALVAGE YARD to follow-up on this missing person investigation. Det. Remiker stated 2 females are currently in the salvage yard with a vehicle they believe is owned by TERESA HALBACH. With this information, Lt. Hermann, Deputy O'Connor, and I started responding.

11/05/05 @ 1054 Hrs.: Deputy O'Connor arrived and parked on Avery Rd at STHY 147. Deputy O'Connor remained at this location to prevent anyone from entering/leaving the property.

11/05/05 @ 1058 Hrs.: Det. Remiker called my squad cell phone and stated the females are apparently in the lower portion of the salvage yard, near the gravel pit owned by the RADANDT family.

11/05/05 @ 1059 Hrs.: I, Sgt. Orth, arrived. I proceeded down the gravel driveway which runs parallel with the eastern property line. I went to the far SE portion of the salvage yard at which time I was flagged down by 2 white/females. The females identified themselves as the callers. They immediately pointed to the southernmost row of junked vehicles. One female stated, "It's about 10 cars in."

11/05/05 @ 1101 Hrs.: I, Sgt. Orth, started walking WB on what appeared to be an overgrown access road. This access road runs parallel with the southern property line and is just north of the southernmost row of junked vehicles. I walked on the left/south side of the path. When approaching the vehicle, I observed that it was facing WB, parked tight against the southernmost row of vehicles. It was obvious that someone attempted to conceal it as 2 branches were propped up against the rear of the vehicle, an old fence post was propped against the passenger side taillamp area, an old hood was propped against the passenger side rear fender area, a piece of plywood (approx. 2' x 4') was propped against the front passenger side tire/fender area, a branch was covering the roof, and at least 1 large branch was covering the hood. The driver side of the vehicle was concealed as it was parked within 2' of a red, junked EB vehicle bearing WI RP CUG484. (It should be noted that the EB vehicle is parked on the south property line and TERESA'S vehicle was parked between the EB vehicle and the overgrown access road. This appeared to be the only spot on the south property line where the vehicles were parked "2 deep."

I, Sgt. Orth, walked along the passenger side of the vehicle and looked into the front passenger side window. I did not observe any persons inside. I walked around the back of the vehicle and proceeded to the front driver side fender. I attempted to read the VIN; however, I could not clearly read it.

11/05/05 @ 1103 Hrs.: Det. Remiker and Lt. Hermann started approaching the vehicle. I proceeded to the rear of the vehicle to meet with them. Within moments, Det. Remiker walked along the driver side of the vehicle and started to view the VIN with the use of a flashlight. While Det. Remiker was viewing the VIN, I looked through the rear window and observed a piece of paper within the vehicle with TERESA'S name written on it. Shortly thereafter, Det. Remiker verified the VIN, confirming that this is TERESA'S vehicle. It should be noted that Lt. Hermann remained several feet behind the vehicle while Det. Remiker and I were viewing the vehicle.

Det. Remiker and Lt. Hermann proceeded back to the area where the squad cars were parked to once again meet

STATE0084

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 9 of 23   Document 290-11

CHRM016573

Print Date/Time: 12/13/2005 14:23
Login ID: S509
Case Number: 2005-00008844

MANITOWOC COUNTY SHERIFF
ORI Number: WI0360000

with the 2 female callers. I, Sgt. Orth, remained with the vehicle in question to provide security. I stood approx. 30' behind the vehicle on the south side of the grown over access road.

11/05/05 @ 1300 Hrs.: Lt. Hermann proceeded to my location to allow me to take a short break.

11/05/05 @ 1305 Hrs.: I, Sgt. Orth, proceeded back to the location in question. I continued to monitor the vehicle. Lt. Hermann proceeded back to the squad cars.

11/05/05 @ 1340 Hrs.: Lt. Hermann proceeded to my location to give me a break.

11/05/05 @ 1345 Hrs.: I, Sgt. Orth, returned to the vehicle and continued to monitor it. Lt. Hermann proceeded back to the squad cars.

11/05/05 @ 1445 Hrs.: Deputy Cummings relieved me. Deputy Cummings started monitoring the vehicle at which time I proceeded over to the squad cars (the area where arriving officers were meeting). I started a log to document the names of individuals approaching the immediate area around the vehicle.

11/05/05 @ 1504 Hrs.: CASO Sgt. Tyson relieved Deputy Cummings. I was informed that the CASO was already requested to lead this investigation and that they would be guarding the vehicle from this point forward.

11/05/05 @ 1512 Hrs.: The following persons approached the vehicle and placed 2 brand new blue tarps over the vehicle: Det. Jacobs from MTSO, Thomas Fassbender from DCI, Alan Hunsader from DCI, Sgt. Tyson from CASO, Gary Steier from CASO, and Deputy Jennifer Bass from CASO. After covering the vehicle, all aforementioned subjects left the immediate area except for Deputy Bass. She remained with the vehicle for security reasons.

11/05/05 @ 1551 Hrs.: Deputy Prange relieved me from my duties. I left the property and responded to the MTSO. JJOrth /bjc

11/05/05 @ 1056 Hrs.: I, Deputy O'Connor, per the instructions of Det. Remiker put up a road block using my marked squad (Squad 64) on Avery Rd at STHY 147. Per the instructions of Det. Remiker, I was to stop all individuals attempting to leave AVERY'S AUTO SALVAGE on Avery Rd, identify the individuals, and hold them at this location. I was also instructed to keep anyone other than law enforcement personnel from going onto Avery Rd. A total of 6 vehicles with a total of 12 individuals in those 6 vehicles were stopped and the occupants were identified. The following is a listing of those vehicles and their occupants:

A 1995 Chevrolet Camaro bearing WI RP TVA935 -- occupant being GREGORY PHILLIPS,
A 1997 Dodge pickup truck bearing WI RP BL18944 -- occupants being KEITH PAPLHAM, KENNETH KNAPP, and LESLIE DUENING,
A 1993 Chevrolet truck bearing WI RP THP746 -- occupants being GERALD WENZEL and BRETT WENZEL,
A 1992 GMC truck bearing WI RP AC7046 - occupants being DARRYL MAERTZ and KYLE MAERTZ,
A 1992 Toyota Corolla station wagon bearing WI RP 425GUC - occupants being JESUS PENA, JESUS SOTO, and LAMEC CRUZ, and
A 1991 Chrysler New Yorker bearing WI RP 377AWA - occupant being MICHAEL KORTAS.

STATE0085

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 10 of 23   Document 290-11

CHRM016574

Print Date/Time: 12/13/2005 14:23
Login ID: S509
Case Number: 2005-00008844

MANITOWOC COUNTY SHERIFF
ORI Number: WI0360000

The vehicles and their occupants remained on Avery Rd at STHY 147 until I received word from ADA Mike Griesbach that one the parties had been identified, they could be released. At this time, I did release them, after getting all information needed for the report. I also explained to them that they may be contacted by an investigator in regard to this incident. I requested them that it would be to their benefit of the investigation at this time if they did not speak with the news media who were present at various locations of road blocks on STHY 147. I informed them all that we could not forbid them to speak with the news media but at this time, the request was being made for them not to. All individuals stated they had no desire to speak with the news media at this time.

After all parties left, I remained at the location until I was relieved by Deputy Haese. POConnor /bjc

11/05/05 @ 1103 Hrs.: I, Lt. T. Hermann, did arrive in the AVERY AUTO SALVAGE yard reference a found vehicle belonging to TERESA HALBACH. At this time, Deputy O'Connor was at the end of Avery Rd providing security so that no persons would exit or enter the yard. Det. Remiker and Sgt. Orth were in the SE area of the salvage yard where I met up with them. Two female subjects were at this location, pointing out the HALBACH vehicle.

Det. Remiker, Sgt. Orth, and I approached the vehicle. I noted the vehicle had old car hoods leaning against the passenger side. The vehicle was parked in a brushy area near older vehicles, on the south edge of the salvage yard. The vehicle had branches over the top of it. Det. Remiker approached the driver side to verify the VIN. Sgt. Orth approached the left rear of the vehicle. I stayed to the rear of the vehicle, out of reach of the vehicle. I noted the RP from the rear was missing. After Det. Remiker verified the VIN, we exited the area on the same path that we entered. Sgt. Orth remained on the path near the vehicle to maintain security.

I, Lt. Hermann, made contact with the 2 female subjects, PAMELA STURM and NIKOLE STURM. They indicated that they found the vehicle. PAMELA and NIKOLE stated they were in the area searching for TERESA. I obtained their information and asked them to remain on the scene to speak with investigators.

11/05/05 @ 1110 Hrs.: EARL AVERY did respond to the pit area on a 4-wheeler. EARL remained on the 4-wheeler while officers spoke with him.

11/05/05 @ 1115 Hrs.: I, Lt. Hermann, contacted DA Mark Rohrer, advising him that we located the missing vehicle. I advised him that it appeared suspicious in nature that someone had attempted to conceal the vehicle. DA Rohrer stated he would respond to the scene to assist.

11/05/05 @ 1117 Hrs.: I, Lt. Hermann, spoke with EARL AVERY. EARL gave verbal consent at this time for conducting an investigation in the salvage yard.

I, Lt. Hermann, had also contacted D.I. Schetter, advising him of the incident. D.I. Schetter did respond to AVERY AUTO SALVAGE at which time I met with him.

CASO investigators and their Sheriff arrived on the scene to assist.

I, Lt. Hermann, spoke with D.I. Schetter who advised that he had spoken to Inspector R. Hermann about the incident. He was informed that the vehicle had been located in AVERY AUTO SALVAGE and that an investigation would take place at this location. At this point, D.I. Schetter and I approached CASO Sheriff

STATE0086

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 11 of 23   Document 290-11

CHRM016575

Print Date/Time: 12/13/2005 14:23
Login ID: S509
Case Number: 2005-00008844

MANITOWOC COUNTY SHERIFF
ORI Number: WI0360000

Pagel, requesting that their agency take over the investigation due to ongoing civil litigation between STEVEN AVERY and Manitowoc Co.

While standing by on the scene, I spoke with EARL AVERY. I asked him about the vehicle crusher which was in the yard. This crusher is owned by NORB'S SALVAGE out of Denmark. EARL stated he has used the piece of equipment on occasion and that the owner, NORB'S SALVAGE, did not have a problem with the AVERYS using it while it was in their yard.

Individuals were observed to the SW of the AVERY AUTO SALVAGE in a gravel pit area, near a gravel conveyer while officers were on the scene in the salvage yard. D.I. Schetter and I walked through the yard to this area where we made contact with 5 subjects - KRISTY HAZAERT, JOLENE BAIN, SHERRY LEMEROND, AUBREY WYGRALAK, and TRINITY ROSENOW. These subjects indicated they were friends of the HALBACH family and were assisting with search efforts. I identified the persons, and they were advised that at this time, the salvage yard area is a secured area and they needed to leave the general area.

After the area was secured, a command post was set up at the south end of Avery Rd, where it intersects with the AVERY property. MTSO remained on the scene to assist CASO, providing any resources that they requested to assist with their investigation. TEHermann /bjc

11/05/05: I, Det. Remiker, was walking in the driveway area near STEVEN AVERY'S residence and the detached garage area. Upon checking the area, I located within approx. 25' of the maroon van parked near the driveway a portion of some eyeglasses. I located 2 separate locations where I located the broken eyeglasses, along with a plastic ear piece part in the driveway. These items were marked with evidence flags and later retrieved at approx. 1730 hours by CASO Deputy Dan Kucharski and me.

11/05/05: I, Det. Remiker, was asked to assist the CASO reference a Search Warrant of STEVEN AVERY'S residence at 12932 Avery Rd, Two Rivers. We received a Document Search Warrant for the residence which was provided to us to leave inside the residence once entry was gained. Assigned to the Search Warrant of STEVEN AVERY'S residence was Lt. Lenk, Sgt. A. Colborn, CASO Sgt. Bill Tyson, and me (Det. Remiker).

11/05/05 @ 1930 Hrs.: We arrived at the residence. Photographs were taken immediately by Sgt. Colborn using a 35-mm camera and me using a digital camera. Entry was again gained after approaching the residence and announcing, "Sheriff's Department, Search Warrant." Again, there was no response from the residence. After approx. 15 seconds, we gained entry to the residence through the main door.

11/05/05 @ 1944 Hrs.: Upon entering the residence, Lt. Lenk, Sgt. Colborn, Sgt. Tyson, and I began a search of the south bed at the end of the hallway. Each individual officer was assigned a specific area within the south bedroom. My initial assignment was near the closet and dresser area within the bedroom, along with Sgt. Colborn being assigned the desk and nightstand area adjacent to the bed. During our search of the bedroom, numerous items were located and identified as possible pieces of evidence. Some of the items located in the bedroom were a set of leg irons which were found at 1947 hours, along with a pair of handcuffs. Those items were in the desk area adjacent to the bed. Additional items were located, such as some keys, identifiers containing the name STEVEN AVERY at the 12932 Avery Rd address, a Playboy magazine, and identifiers for JODI M. STACHOWSKI, DOB 09/11/69. I also located a roll of duct tape which was next to the TV, on top of a dresser in the corner of the bedroom. Additional items located within STEVEN'S bedroom were identified, photographed, and taken as evidence. Those additional items of evidence can be found in the CASO Search Log

STATE0087
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 12 of 23   Document 290-11

CHRM016576

# MANITOWOC CO SHERIFF DEPT
## Summary

Print Date/Time: 12/13/2005 14:23
Login ID: S509
Case Number: 2005-00008844

MANITOWOC COUNTY SHERIFF
ORI Number: WI0360000

and Evidence Log.

11/05/05 @ 2016 Hrs.: I, Det. Remiker, along with Lt. Lenk collected the pillowcases and bedding from STEVEN AVERY'S bed.

11/05/05 @ 2006 Hrs.: Lt. Lenk was assigned to search the bathroom/laundry room which was adjacent to the bedroom. After items were collected and logged from STEVEN'S bedroom, we moved to the hallway area, leading to the back bedroom and laundry room area. Upon inspection of a doorway just outside of STEVEN'S bedroom and/or bathroom, I located several areas on the interior of the door which looked to be consistent with a dried, red substance.

11/05/05 @ 2013 Hrs.: I, Det. Remiker, identified at least 3 different spots which contained the dried, red substance along with a dried, red substance on the wooden frame area surrounding the doorway. Photographs were taken by Sgt. Colborn and me of the possible items of evidence.

11/05/05 @ 2035 Hrs.: I, Det. Remiker, obtained some sterile, cotton-tipped applicators which were sealed in their packaging from a biological specimen kit provided by the WI State Crime Lab. All items used to collect the dried, red substance were items contained and sealed in the biological specimen kit. I removed the sterile, cotton-tipped applicator and applied a couple of drops of distilled water on the tip of the applicator. I then used the cotton applicator to obtain a sample of the dried, red substance. The applicator was provided to Sgt. Colborn who used the boxed cardboard container to place the applicator in. The box was folded securely and labeled. Two swabs were taken of the dried, red substance from the doorway, along with a control swab which was taken near the location where the dried, red substance was obtained. Those items were retained by officers and later turned over to the CASO via Sgt. Tyson.

Upon inspection of the bathroom, we located a drop of dried, red substance on the floor in front of the washer and dryer inside the bathroom. I again removed a sealed sterile, cotton-tipped applicator from the biological specimen kit and placed drop of distilled water on the tip to obtain the dried, red sample on the floor. I did obtain a sample of the dried liquid. I also obtained a control swab right next to the area where the dried, red substance was obtained. The item of evidence located on the floor was taken at 2043 hours. The control swab was taken at 2044 hours.

I, Det. Remiker, removed a mini lint roller which contained an adhesive material. I obtained numerous samples of possible hair and fiber material from the floor right next to the bed inside the bedroom. This was collected at 2058 hours. I also located a dried, red substance on the wooden molding on the right side of the doorway, facing the doorway from the interior of the residence. Additional photos of this item were taken. A sterile, cotton-tipped applicator was again used to collect a sample of the red, dried substance from the wooden molding. That sample was collected at 2112 hours. Photographs were taken of the samples on and near the doorway, along with measurements of the height of the possible evidence and some abrasions or scratches in the wall alongside of the bedroom hallway.

Additional items were identified and obtained by Sgt. Colborn, including a vacuum bag and filter from a vacuum in an additional bedroom near the living room of the residence. Sgt. Colborn collected a trace fiber from the living room floor in front of the couch within the residence.

Sgt. Colborn and Lt. Lenk were assigned to search the kitchen area of the residence. I was assigned to search

STATE0088
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 13 of 23   Document 290-11

CHRM016577

Print Date/Time: 12/13/2005 14:23
Login ID: S509
Case Number: 2005-00008844

MANITOWOC COUNTY SHERIFF
ORI Number: WI0360000

the desk area located within the living room area. I located some copies of what looked to be digital photos which contained pictures of a female's anatomy and a penis. One of the pictures was dated 10/10/05 which was a close-up photo of an erect penis. There were numerous nude photos of a female dated 01/02/05 and 01/15/05. I located a small notebook which contained on the second page the phone number of (920) 737-4731. The note contained the words "Back to Patio Door." Based on this investigation, I was informed that the phone number on the second page of the notebook was indeed the cell phone number for TERESA HALBACH.

11/05/05 @ 2135 Hrs.: Sgt. Colborn took a photograph of this notebook.

11/05/05 @ 2148 Hrs.: I, Det. Remiker, located a "For Sale" sign on the right side of the desk area. On the back of the "For Sale" sign was the cell phone number of 737-4731. Also on the back of this sign was the address of 3302 Zander Rd. I located an AUTO TRADER magazine on the desk area, along with some additional items which were identified and taken as evidence (see the CASO Evidence List).

11/05/05 @ 2152 Hrs.: I, Det. Remiker, located a car key which was located on a portable bar between the kitchen and living room area of the residence. This item was taken as possible evidence.

Prior to leaving the residence, we located a possible dried, red substance on the exterior storm door. Sgt. Colborn obtained a possible sample of the dried, red substance, along with a control swab which was collected by me. These samples were collected at 2159 hours and 2201 hours.

11/05/05 @ 2205 Hrs.: Officers were completed with the processing of the residence and out of the residence.

Sgt. Tyson completed a written log of times and items located within the residence, along with identifying the item numbers of the items which were located. Those lists can be found with the CASO police report. DERemiker /bjc

11/06/05: I, Det. Remiker, along with Sgt. A. Colborn, Lt. Lenk, and CASO Deputy Dan Kucharski were assigned to conduct a search and possibly collect evidence from a detached garage belonging to STEVEN AVERY.

11/06/05 @ 0800 Hrs.: We entered the detached garage and began doing an interior search of the building to locate any possible evidence of items. Upon entry, we located numerous areas on the floor of the garage which contained dried blood substances and empty shell casings which were believed to be .22 caliber casings. Upon locating the items, we placed evidence triangles next to the items to identify each specific area. Photographs were taken by Sgt. Colborn and Deputy Kucharski of the identified pieces of evidence. Again, I used the items from the biological specimen kit provided by the State Crime Lab to conduct the collection of the dried, red substances. Sterile, cotton-tipped applicators and distilled water were used to collect the items. As the items were collected, they were placed into cardboard drying containers and labeled by item number and time of collection. All of the located shell casings were collected. Also, on the concrete floor within the garage, there was what looked to be a footwear print (dried) within the red, liquid substance. Those prints were photographed, and an attempt was made to lift the print; however, this was unsuccessful. Several red, dried liquid substances were collected and obtained on the sterile-tipped applicators, and control swabs were taken from numerous locations next to the collected red, dried substance. All items of evidence were turned over to Deputy Kucharski who assisted with the documentation of the collection and identification of items.

STATE0089
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 14 of 23   Document 290-11
CHRM016578

Print Date/Time: 12/13/2005 14:23
Login ID: S509
Case Number: 2005-00008844

MANITOWOC COUNTY SHERIFF
ORI Number: WI0360000

Upon inspection of a Suzuki Samurai truck parked inside the garage, I located what appeared to be a smeared latent fingerprint on the rear window portion of the vehicle. I dried, red substance was located directly below the rear door area of the vehicle. It was decided to remove the entire back door and glass window portion of the vehicle for further processing.

Upon completion of identification and collection of all items within the garage, officers were completed with the search and collection of possible evidence in the garage at 0947 hours.

Upon completion in the garage, I was advised that officers were in the process of collecting 4 metal "burning barrels" located behind BARBARA JANDA'S residence. Officers from the CASO and I assisted with the processing of these burning barrels, along with placing the burning barrels into an enclosed trailer for transport. I identified each burning barrel as items number 1 through 4. Photographs were taken of the burning barrels in their original locations. Upon completion, they were loaded into an enclosed trailer. DERemiker /bjc

11/06/05: I, Deputy Tackes, was assigned the task of picking up some evidence, specifically burning barrels from the AVERY property. Upon arrival at the scene, I met with Det. Remiker. I was directed to an area in the AVERY yard where 4 burning barrels were located.

11/06/05 @ 1010 Hrs.: I, Deputy Tackes, assisted Det. Remiker and members of the CASO with loading the barrels in an enclosed trailer that I towed with Squad 70. A CASO officer also loaded a car door which appeared to belong to a Suzuki vehicle. The trailer was then secured with evidence tape and a padlock. CASO Deputy Marie Oosterhause and I transported the trailer to the CASO.

11/06/05 @ 1223 Hrs.: The trailer was released to the CASO. GDTackes /bjc

11/06/05: I, Det. Remiker, along with Lt. Lenk, Sgt. Colborn, and Deputy Kucharski were assigned to conduct the Search Warrant at 12930A Avery Rd, Two Rivers. This is the residence identified as the residence belonging to BARBARA JANDA. We entered the residence and announced, "Sheriff's Department, Search Warrant." We provided a copy of the Search Warrant within the residence. A complete search was done of the interior of the residence in an attempt to locate any items of evidence. Upon entering the residence, I located a drop of dried, red substance on the floor located between the side entrance of the residence and the laundry area within the residence. A sterile, cotton-tipped applicator was again used to obtain a sample of the substance, along with a control swab of the substance. Those items were packaged and labeled. They were later turned over to the CASO.

I, Det. Remiker, located within the residence a cordless telephone which contained a digital answering machine. Upon inspection of the contents of the answering machine, I located there were 12 messages. Upon viewing message 6, I found there was a message from a female subject who was identified as TERESA from AUTO TRADER magazine. The message was recorded on my digital camera audio recorder mode which contained information, requesting that TERESA stop at the address to take a picture of a vehicle. TERESA requested that she obtain some directions to the location. She gave an approx. time when she would be arriving. TERESA provided her cell phone number to the answering machine for a call-back. That audio recording was retained on my digital camera, and copies of all digital photos and audio recordings from the camera were later copied onto a CD recordable disk. Those items will be provided to the CASO for their investigation.

11/06/05 @ 1225 Hrs.: We were requested to return to 12932 Avery Rd, STEVEN AVERY'S residence. We

STATE0090
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 15 of 23   Document 290-11

CHRM016579

# MANITOWOC CO SHERIFF DEPT
## Summary

Print Date/Time: 12/13/2005 14:23
Login ID: S509
Case Number: 2005-00008844

MANITOWOC COUNTY SHERIFF
ORI Number: WI0360000

were requested to obtain and retrieve any firearms which were located in the residence. During our search of STEVEN'S residence, we located 2 firearms on a firearm rack located directly above the headboard of the bed in STEVEN'S bedroom. One of the firearms was identified as a .22 caliber weapon. The other was a muzzle loader type of weapon. During our first initial search of STEVEN'S residence, we did not obtain the weapons. We were requested to return to the residence and obtain those weapons. At 1225 hours, Lt. Lenk, Sgt. Colborn, Deputy Kucharski, and I made re-entry to STEVEN'S residence at which time we collected these 2 weapons from the bedroom. We also then collected the bedding from the second bedroom within the residence, along with the entire vacuum cleaner which was located in that bedroom. This evidence process and collection of STEVEN'S residence was completed, and we left the residence at 1248 hours.

11/06/05: It was decided that officers would begin processing a Ford F350 pickup truck which was located parked in front of the detached garage on the STEVEN AVERY property. Sgt. Colborn, Deputy Kucharski, and I began an investigation reference the vehicle which was started at 1549 hours. Both Sgt. Colborn and Deputy Kucharski photographed the vehicle. A search of the interior of the vehicle did locate some items of possible evidence. Deputy Kucharski did gain entry to the vehicle by access through a rear window of the vehicle. Upon unlocking the passenger side door, a vehicle alarm did go off. That alarm was disconnected by disconnecting the battery from under the hood compartment.

Upon inspection of the interior of the vehicle, I located some trace hair samples and fiber samples on the passenger side. These samples were located alongside the right side of the passenger side seat and the passenger side door. Those items were photographed and collected. They were later turned over to the CASO. Additional items within the vehicle were identified as a floor mat with a reddish-brown, dried substance, a rag, a blanket, and a piece of paper with some Internet dating information. All items were turned over to the CASO.

Shortly after beginning a search of the interior of the vehicle, I was called off this assignment to respond back to the command post. Sgt. Colborn and Deputy Kucharski did complete the remaining portion of the search of the vehicle.

Search Warrants were obtained for the building as identified as the "auto shop building" on the AVERY property. Lt. Lenk, Sgt. Colborn, Deputy Kucharski, and I conducted a search of the interior area of the shop. The shop did contain a large garage area and another office area adjacent to the garage. No items of evidence were obtained from this location. Further information can be obtained reference the time of arrival and completion on the CASO report.

A Search Warrant was conducted at 12928 Avery Rd, Two Rivers, which is the residence believed to be occupied by CHARLES AVERY. Lt. Lenk, Sgt. Colborn, Deputy Kucharski, and I went to the front entryway of the residence. Upon arriving, we noticed that the front door of the residence was locked. Deputy Kucharski used a credit card type of device to gain entry through the door, in order to not use forced entry. Prior to making entry, we did announce, "Sheriff's Department, Search Warrant." We did not receive a response from within the residence. Upon entering, officers were assigned different areas within the residence in an attempt to identify any items of evidence. A complete search of the interior of the residence did not locate any items of evidence believed to be in connected with this investigation. Upon completion of the Search Warrant at CHARLES AVERY'S residence, we left the residence and conducted some additional searches of vehicles outside of the residence. We did not locate any items of evidentiary value.

Later this evening, I was advised that the WI State Crime Lab was on the scene and wishing to enter STEVEN

STATE0091
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 16 of 23   Document 290-11
CHRM016580

# MANITOWOC CO SHERIFF DEPT
## Summary

Print Date/Time: 12/13/2005 14:23
Login ID: S509
Case Number: 2005-00008844

MANITOWOC COUNTY SHERIFF
ORI Number: WI0360000

AVERY'S trailer home in an attempt to locate any additional items of evidence. Sgt. Colborn and I, along with CASO Sgt. Tyson, accompanied the Crime Lab with entry into the residence. State Crime Lab officials did use an alternate light source to illuminate several areas within the residence. Crime Lab representatives stated that they did locate some additional items within the residence. They directed our attention to those areas. Crime Lab representatives did locate some dried, red substance on the bowl area of the sink within the bathroom. There were some trace samples of dried, red substance located on top of the vanity of the bathroom sink area. The Crime Lab did conduct some tests on the dried, red substance. Some of the items did test POSITIVE, indicating it was of blood nature. The Crime Lab advised that they would be conducting some additional examinations within the residence. It was then decided to return on the following day to complete the collection of those dried, red substances. Officers also located some dried, red substance on the washing machine cover area, along with a latent print on a bottle of dishwashing soap container. All of these additional items located by the State Crime Lab were later retrieved and collected on 11/08/05. DERemiker /bjc

11/06/05 @ 1200 Hrs.: I, Sgt. Orth, was assigned to assist at the command post. I was informed that volunteer fire fighters were currently searching junked vehicles for TERESA HALBACH. A log sheet was already started, documenting the names of fire fighters within the search area, along with the time they started searching. I observed that the first fire fighter arrived at 0925 hours. I continued to log the fire fighters entering the search area.

11/06/05 @ 1545 Hrs.: I, Sgt. Orth, was informed that the fire fighters completed the trunk searches. All fire fighters were accounted for and exited the search area. The list of fire fighters and in and out times was forwarded to the CASO.

11/06/05 @ 1440 Hrs.: Chief PAUL RABAS from Maribel FD informed me, Sgt. Orth, that PAUL NOVAK from NORB'S operates the car crusher on this property. PAUL RABAS stated PAUL NOVAK may be able to identify the vehicles he crushed vs. the vehicles he did not crush. PAUL RABAS stated PAUL NOVAK is currently "up north"; however, PAUL NOVAK'S brother, DANIEL NOVAK, could make contact with his brother tonight, sometime after dark. PAUL RABAS stated DANIEL'S cell phone number is (920) 619-4888. I relayed this information to D.I. Schetter who in return informed a DCI agent.

11/07/05 @ 0810 Hrs.: I, Sgt. Orth, received an anonymous call in the Shift Commanders' Office at the MTSO. The female caller informed me that ROLAND JOHNSON owns the trailer STEVEN AVERY resides in. I was informed that STEVEN occasionally talks to ROLAND; therefore, investigators may want to interview him. The caller stated she does not have any reason to believe that ROLAND has helpful information; however, she thought we should have the homeowner's information for possible follow-up. I was informed that ROLAND resides in Jackson, WI, and that his cell phone number is (262) 677-3858. I passed this information on to DCI Agent Thomas.

11/07/05 @ 1145 Hrs.: I, Sgt. Orth, received a call from TRPD Lt. John Reimer. Lt. Reimer stated he was contacted by KIM DUCAT who is one of his informants. KIM apparently stated that STEVEN AVERY has 2 incinerators on the property in question and that investigators should check those areas.

I, Sgt. Orth, made phone contact with KIM DUCAT. KIM had no reason to believe that anything was in the incinerators; however, she felt it would be a good place to check. KIM added that she does not feel anyone could have drove the vehicle in question onto the property in question without CHARLES AVERY or any other AVERY family member noticing. I thanked KIM for her information, and the phone call was ended.

STATE0092
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 17 of 23   Document 290-11

CHRM016581

# MANITOWOC CO SHERIFF DEPT
## Summary

Print Date/Time: 12/13/2005 14:23
Login ID: S509
Case Number: 2005-00008844

MANITOWOC COUNTY SHERIFF
ORI Number: WI0360000

The information received from KIM was passed on to Lt. Hermann. Lt. Hermann informed me that the DCI is already aware of both incinerators.

11/07/05 @ 1130 Hrs.: I, Sgt. Orth, received a call from ALLAN AVERY in the Shift Commanders' Office at the MTSO. ALLAN inquired as to when his wife can return home to pick up some medication. ALLAN stated his son, CHARLES AVERY, wanted to know what was going on with his truck. I informed ALLAN that I would have a CASO investigator recontact him to answer questions. At this time, ALLAN gave the phone to CHARLES so that he could relay his cell phone number to me. Prior to CHARLES relaying his cell phone number to me, he also asked about his truck. I informed CHARLES that a CASO investigator would answer his questions. CHARLES ultimately gave me his cell phone number, that being (920) 242-1460.

I, Sgt. Orth, made contact with D.I. Schetter to inform him of my conversation with ALLAN and CHARLES AVERY. D.I. Schetter stated he would pass the information on to the CASO. JJOrth /bjc

11/07/05 @ 0800 Hrs.: I, Deputy Siders, along with Sgt. Senglaub, Sgt. J. Jost, and Deputy M. Bushman responded to 12930 Avery Rd, Two Rivers, which is AVERY AUTO SALVAGE to assist the CASO with searching the property and the surrounding area.

Once on the scene, the OIC of the CASO did break up search groups. The search groups included the MTSO, the CASO, and volunteer fire fighters. The group which I was put in was "Group A," and the team leader was Deputy M. Bushman. Also in the group were officers from the CASO and volunteer fire fighters from surrounding FDs. The property which we were to search was a wooded area on White Cedar Rd, west of AVERY'S AUTO SALVAGE, in addition to the property north of STEVEN AVERY'S residence.

While searching the land north of STEVEN AVERY'S residence (a corn field), I came across a burning barrel which was in my section of area to search. The burning barrel was located out front of STEVEN'S residence next to the corn field. I approached the burning barrel and looked inside. I observed a metal vehicle rim with wire strung around the outside of the rim. It appeared to be the remains of steel belts from a tire. I lifted up the metal rim and laid it outside the burning barrel. Once I lifted up the metal rim, I observed some burnt, melted plastic items. As I looked closer at the plastic item, it appeared to me to be a cell phone. I took a closer look at the cell phone and noted there was an "M" emblem on the front of it. (It appeared to be the emblem for a Motorola brand cell phone.)

At this time, I contacted Sgt. Senglaub who was searching an area just to the north of me. I had him come over and check the items out. Once I showed Sgt. Senglaub these items, he called the team leader, Deputy M. Bushman, over to look at the items. Deputy Bushman came over and observed the remains of what appeared to be a cell phone. He then contacted the OIC and informed him that we had some items which needed to be looked at by Dets. We were informed that the DCI would be en route to our location to check out the items.

The DCI did arrive at our location. They looked at the items. They also believed that this was a cell phone. As they looked through the burning, the DCI informed me that they believed there were parts to a camera in there. The DCI informed Sgt. Senglaub and me (Deputy Siders) that they would take custody of the burning barrel. Sgt. Senglaub did confirm that they had custody of the burning barrel. The DCI stated yes. At this time, I gave the DCI my information (i.e. name and agency works for).

STATE0093
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 18 of 23   Document 290-11

CHRM016582

Print Date/Time: 12/13/2005 14:23
Login ID: S509
Case Number: 2005-00008844

MANITOWOC COUNTY SHERIFF
ORI Number: WI0360000

After the DCI took custody of the burning barrel, Sgt. Senglaub and I continued our search of the property. DVSiders /bjc

11/08/05: I, Lt. Lenk, along with Sgt. A. Colborn were requested to assist CASO Deputy Dan Kucharski with searching various areas on the AVERY property for the presence of firearms and pornography, in addition to any other relevant evidentiary items related to this case.

11/08/05 @ 0730 Hrs.: We went to a yellow vehicle bearing WI RP 343JVF which was parked in front of the office building on the AVERY property. This vehicle belongs to EARL AVERY. There were 2 shotguns and an ammo belt with shotgun ammo collected from the trunk area of the vehicle.

We returned to the command post where Deputy Kucharski was given an assignment by his supervisor, CASO Lt. Bowe, to return to the STEVEN AVERY trailer to place into evidence a computer and computer-related items which were located in the living room area. We also were to collect small spots of possible suspected blood which was located in the bathroom area by the State Crime Lab the previous evening. These items were ultimately collected by Sgt. Colborn and turned over to Deputy Kucharski. The computer and related items were collected and recorded by Deputy Kucharski. They were then signed over to CASO Deputy VanOss.

After the computer and related items had been turned over, Deputy Kucharski, Sgt. Colborn, and I went to the rear bedroom of the trailer (STEVEN AVERY'S bedroom) to begin the search for pornographic materials or any other evidentiary items. This is a small bedroom. The 3 officers were not more than 2-4' apart at any time. Each officer would search a small area at a time and any items which were to be taken as evidence were photographed and collected by Deputy Kucharski. Deputy Kucharski did the retrieval of the evidence found while Sgt. Colborn and I did the physical searching.

Sgt. Colborn searched the desk area (the desk was located in the corner of the bedroom), as well as a small cabinet next to the desk for pornographic materials. Sgt. Colborn did locate .22 caliber ammunition in the desk. This was turned over to Deputy Kucharski. I was also searching the cabinet for pornographic materials. Materials which we found were placed on the floor next to the bed where Deputy Kucharski was sitting and filling out evidence cards. I took a 3-ring binder from the cabinet which was filled with news clippings of STEVEN AVERY since being released from prison. There were no pornographic materials in the binder. Sgt. Colborn even tipped the cabinet to its side, away from the desk, to be sure that no photographs or other materials had fallen between the desk and the cabinet.

When Sgt. Colborn and I were putting magazines and papers back into the cabinet, we were pushing into the cabinet, striking the back of the cabinet as we pushed them in. When I replaced the 3-ring binder into the cabinet, I met with some resistance. I pushed it 2-3 times before it finally went into the cabinet.



After the items were placed back into the cabinet, I was facing the pile of magazines and pictures of evidence which was piled next to the bed on the floor. At this time, I had my back to the cabinet. I informed Deputy Kucharski that I was going to go to the living room area to get some large paper bags or maybe some boxes to put the evidence which we collected into. I left the bedroom and went to the living room where I contacted the command center to see if I could get some boxes. I decided just to double-bag our larger paper bags to provide for extra strength to put in the magazines and other items.

I, Lt. Lenk, left the living room and returned to the bedroom to help bag up the evidence on the floor. When I

STATE0094
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 19 of 23   Document 290-11

CHRM016583

# MANITOWOC CO SHERIFF DEPT
## Summary

Print Date/Time: 12/13/2005 14:23
Login ID: S509
Case Number: 2005-00008844

MANITOWOC COUNTY SHERIFF
ORI Number: WI0360000

reached the bedroom, I observed a single key laying on the floor. The key had a blue canvas key bob attached to it. The key bob was approx. 3-4" long. The key and key bob were laying on the floor, just in front of a pair of slippers, next to the rear corner of the cabinet. This key was not there when we first started the bedroom search. I informed Deputy Kucharski and Sgt. Colborn that there was a key here and it was not here before. We all looked at the key. It appeared to be a key from a Toyota brand vehicle due to the emblem. The key was photographed by Deputy Kucharski who recovered it. Just prior to the key being placed into the evidence bag, we all observed it while Deputy Kucharski held it to confirm that it was a Toyota key. Deputy Kucharski then placed the key into an evidence bag.

We all looked at the cabinet. We noticed the back was loose and that the back lower rear corner was open approx. 1/2" to 1". It appeared to be pulled away from the side where it had been attached. We all believe the key was dislodged from the back of the cabinet as we were tipping and banging the magazines and binder in and out of the cabinet.

The search stopped at this time. Deputy Kucharski contacted the command center with the information that a Toyota key had been located. CASO Det. Mark Wiegert and DCI Agent Tom Fassbender came to the AVERY trailer to observe the key. They informed Deputy Kucharski that they would send an Agent back to take charge of the key and to have it transported directly to the State Crime Lab in Madison. The key was in constant control of Deputy Kucharski until he signed over the evidence to the DCI Agent who picked it up.

After the key was turned over, we continued the collection of evidence in the STEVEN AVERY trailer. JMLenk /bjc

11/08/05: I, Sgt. A. Colborn, along with Lt. Lenk and CASO Deputy Dan Kucharski were instructed to return to 12932 Avery Rd, Two Rivers, to search the residence of STEVEN AVERY for more possible evidence. It should be noted that on 11/06/05, Det. Remiker and I had been shown an area on the bathroom sink and counter which contained small, red spots believed by the Crime Lab to be blood.

11/08/05: I, Sgt. Colborn, in the presence of Deputy Kucharski and Lt. Lenk took several swabs of samples of the suspected blood using sealed, cotton swabs from a biological specimen kit. I collected the swabs by taking a sealed swab from its paper wrapping, applying a drop of distilled water to the swab, and then collecting the sample by rubbing the swab on the sample. I collected a sample from the bathroom sink, the bathroom vanity top, the toilet seat, and the underside of the washer lid, all in the bathroom of STEVEN AVERY'S residence.

After packaging the samples and writing the date and times collected on the packages, the samples were turned over to Deputy Kucharski. Deputy Kucharski did photograph these samples with scale prior to this officer collecting the samples.

For this officer's assistance with this investigation, see CASO report #05-0157-955.

No further action taken. ALColborn /bjc

11/08/05 @ 0915 Hrs.: I, Sgt. J. Jost, was assigned to assist with searching junked vehicles in the AVERY AUTO SALVAGE yard. We were attempting to locate any piece of evidence that may assist with locating the victim in this case, TERESA HALBACH.

STATE0095
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 20 of 23   Document 290-11

CHRM016584

Print Date/Time: 12/13/2005 14:23
Login ID: S509
Case Number: 2005-00008844

MANITOWOC COUNTY SHERIFF
ORI Number: WI0360000

After completing that assignment, I was asked to temporarily relieve a Brillion PD officer by the septic tank located on the property of STEVEN AVERY.

11/08/05 @ 1247 Hrs.: I, Sgt. Jost, drove Unit 70 down to that property. I allowed Officer Joanne Mignon to take a break. Officer Mignon gave me the log sheet, and she then drove Unit 70 back to the command post area. While I was waiting for B&M WASTE REMOVAL to return from Green Bay, I walked toward the south end of the property, still keeping watch on the septic tank. While at the SW corner of the property, I noted the burn pit area which was located to the south of the garage for STEVEN AVERY'S residence.

On 11/07/05, I was asked to feed the dogs which were present on STEVEN'S property and also at the residence to the east of STEVEN'S. I remembered seeing the burn pile at that time, while I was feeding the German shepherd which was tied up behind STEVEN'S garage. I noticed there were some items tangled in the cable that the dog was fastened to. While feeding the dogs, MTPD Officer Jason Koenig and MTPD Officer Wilterdink assisted me. Due to the aggressiveness of the German shepherd, I was unable to retrieve the 5-gallon pails which were placed next to the kennel, this being where the food and water are kept. We were able to keep the German shepherd far enough away from us so that I could pour some food on the ground and also fill up a small water dish.

Again, going back to 11/08/05, while I was standing near the SW corner of the STEVEN AVERY property, I noted several items laying within close proximity to the burn pile. The items were as follows:

There were numerous rings of wire laying in and around the area of the burn pile. I recognized these as steel beltings from inside tires.
There was a tire which had not been burned. This was on the SE corner of the burn pit area.
There was a rubber mallet which was on the grass, SE of the pile.
There was a metal hammer, believed to be a claw hammer, laying on the ground, NE of the pile.
There was a gravel shovel which was tipped upside-down, located on the west side of the pile.
There was a burned/charred metal scraper with a wooden handle attached which was laying NE of the pile, on the grass area.
There was a frame from a bench seat that appeared to be from some type of vehicle. This was located in the grassy area SE of the pile. The cloth or vinyl material which had been on the seat was burned off the frame.

Still while walking on the SW corner of the property, I noted there were several tires laying on the ground in that corner. There was another bench style of seat on the south side of the property. This one still had the material attached to it.

Earlier, when I had been in the command post area, I remembered someone mentioning that JOSHUA RADANDT had checked on his hunting trailers on Monday evening. He saw there was a large fire burning near STEVEN AVERY'S property. The fire was described as being "larger than usual."

I, Sgt. Jost, started to piece all of this information together. I felt this area, if not already looked at, should be checked for any type of evidence. When Officer Mignon returned, I spoke with her about my feelings of the burn pile. She stated she also felt that something was unusual with that area.

Upon returning to the command post, I made contact with CASO Lt. Sippel. I explained to him that I felt the burn pit area specifically should be checked further. He responded to the property with me. Without disturbing

STATE0096

CHRM016585

# MANITOWOC CO SHERIFF DEPT
## Summary

Print Date/Time: 12/13/2005 14:23
Login ID: S509
Case Number: 2005-00008844

MANITOWOC COUNTY SHERIFF
ORI Number: WI0360000

the area, we walked close to the burn pit to take a further look. I mentioned to him that due to the aggressiveness of the dog, it was very possible that the other K9 handlers may not have walked their dogs this close to the area. This also may have hindered officers from specifically going to this location.

As we were looking at the ashes laying in the area, it was evident that someone used some type of front end loader to remove ground from this particular location. The ashes were inside this area. As we looked at the ash pile, we observed that there was a bone laying near the south side of the pile, on the east side. Without disturbing the bone, I looked at it as closely as I could. It appeared as though it may have been a vertebrae bone. I could see another bone in the pile. At this time, we decided that someone from the Crime Lab or DCI needed to further investigate the area. Not mentioned above was that Lt. Sippel had walked to the pit with me at approx. 1341 hours and he left the area at approx. 1400 hours.

I, Sgt. Jost, remained at the burn pit area. A short time later, I believe it was TOM STURTEVANT from DCI who walked over to the burn pit with one of his female partners. Utilizing a small twig that was present, TOM moved the bone mentioned above. Without touching it, it still appeared to be some type of vertebrae bone. He moved some of the steel belting wires which were located on the east side of the burn pile and found there appeared to be several other items which appeared to be burns. One piece appeared to be in the shape of a part of a skull.

Based on this information, I returned to the command post to speak with the Crime Lab. Members of the Crime Lab responded to the scene. Using their sifting equipment, they sifted through the majority of the burn pile. They located numerous bones and teeth which were present among the ashes. These items were later given to the CASO for processing.

No further details to add. JMJost /bjc

11/08/05 @ 1200 Hrs.: DCI Agent Louis requested that a MTSO officer assist him with locating MARIE LITERSKY. Agent Louis needed to contact MARIE for an interview. I was assigned to assist Agent Louis.

I, Sgt. Orth, along with Agent Louis originally proceeded to MARIE LITERSKY'S parents' residence located at 242 E Samz Rd, Mishicot. No one answered the door; therefore, we proceeded to FOX HILLS RESORT which is where MARIE is employed. An employee at FOX HILLS did relay MARIE'S cell phone number to officers, that being 973-1256. Agent Louis was able to make phone contact with MARIE. MARIE stated officers could respond to her residence at 2006 13th St, Two Rivers.

Agent Louis and I met MARIE at her residence. MARIE agreed to accompany officers to the TRPD for an interview. MARIE did follow officers to the TRPD.

Agent Louis interviewed MARIE within an Interview Room at the TRPD. Per Agent Louis' request, I witnessed the interview. The questioning primarily revolved around 2 cell phone calls that STEVEN AVERY made to her. See Agent Louis' report for further details reference his interview.

Attached to this report is my initial crime scene log which I generated shortly after locating TERESA HALBACH'S vehicle.

No further action was taken by this officer. JJOrth /bjc

STATE0097
Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 22 of 23   Document 290-11

CHRM016586

# MANITOWOC CO SHERIFF DEPT
## Summary

| | |
|---|---|
| DEPUTY | Date |
| SGT | Date |
| LT | Date |
| DEP INSPECTOR | Date |
| SHERIFF | Date |

STATE0098

CHRM016587