# EXHIBIT 12

# MANITOWOC CO SHERIFF DEPT
## Summary

Print Date/Time: 07/18/2006 11:05
Login ID: S508
Case Number: 2005-00008844

MANITOWOC COUNTY SHERIFF
ORI Number: WI0360000

Agent Louis interviewed MARIE within an Interview Room at the TRPD. Per Agent Louis' request, I witnessed the interview. The questioning primarily revolved around 2 cell phone calls that STEVEN AVERY made to her. See Agent Louis' report for further details reference his interview.

Attached to this report is my initial crime scene log which I generated shortly after locating TERESA HALBACH'S vehicle.

No further action was taken by this officer. JJOrth /bjc

03/01/06: I, Det. Remiker, assisted CASO Inv. Wiegert and Agent Fassbender during some additional investigations and interviews with BRENDAN DASSEY. At one point, it was decided that additional searches would be completed at the AVERY property.

03/01/06 @ 1625 Hrs.: I, Det. Remiker, left the MTSO en route to the Mishicot FD where a briefing took place.

03/01/06 @ 1736 Hrs.: I, Det. Remiker, arrived on the AVERY property. Several units from the CASO and DCI were at the location. I assisted several individuals at the scene by providing them with resources and equipment to assist them during their search. I was requested several times by several individuals about various pieces of equipment, and I did provide them with the assistance necessary to carry out their evidence collection.

03/01/06 @ 2322 Hrs.: I, Det. Remiker, was completed with my assistance at the AVERY property. The areas on the property that I assisted officers included the STEVEN AVERY residence and the garage. I also assisted in taking video of the STEVEN AVERY residence prior to and upon completion of the search of the trailer.

03/02/06 @ 0828 Hrs.: I, Det. Remiker, arrived at the Avery Rd location. Again, I acted as a resource for the individuals who were completing searches at that location. I was asked numerous times for particular items of evidence collection equipment. At one point, the individuals in the garage requested that I assist them with the search and collection of evidence in the garage.

03/02/06 @ 0850 Hrs.: I, Det. Remiker, entered the garage and assisted other officers during their search. My main purpose at that location was searching for evidence, collecting, packaging, labeling, and securing any items of evidentiary value. During the search, I assisted with the identification and collection of numerous items, including bullet fragments on the garage floor. Items that were identified, collected, and labeled by myself were turned over to CASO Officer Gary Steir.

03/02/06 @ 1407 Hrs.: The garage search was completed.

03/02/06 @ 1522 Hrs.: All investigators from CASO, DCI, and MTSO were completed and off the AVERY property. DERemiker /bjc

06/29/06 @ 1600 Hrs.: I, Sgt. A. Colborn, attended a pretrial conference at the CASO reference this case. While describing my involvement with this case, I mentioned that I had made initial contact with STEVEN AVERY on Thursday, 11/03/05. It was suggested to this Sgt. on 06/29/06 that I make an entry on this case narrative, describing my initial contact with STEVEN on 11/03/05.

On 11/03/05, I received a telephone call from the CASO, requesting that a member of the MTSO respond to the



Exhibit
1013
5/19/2022

STATE_1_1308

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 2 of 3   Document 290-12

CHRM020347

# MANITOWOC CO SHERIFF DEPT

## Summary

Print Date/Time: 07/18/2006 11:05
Login ID: S509
Case Number: 2005-00008844

MANITOWOC COUNTY SHERIFF
ORI Number: WI0360000

AVERY residence located on Avery Rd to attempt to locate a missing person. I was the 1200-2000-hour Shift Commander on this date. I personally responded to AVERY AUTO SALVAGE initially to make contact with CHARLES "CHUCK" AVERY in an attempt to locate the missing person. The CASO had provided me with a RP, which corresponds with a Toyota Rav 4 registered to the missing person, as well as the name of the missing person, that being TERESA HALBACH.

Upon arrival at the AVERY AUTO SALVAGE compound, I drove directly to the business office and in close proximity to ALLAN and DOLORES AVERY'S trailer. As I exited my squad, again my intention was to walk to CHUCK'S trailer and make contact with him; however, as soon as I exited my squad, STEVEN AVERY exited ALLAN and DOLORES' trailer from the garage area and made contact with me. STEVEN inquired as to what I was at the property for. I asked STEVEN if a girl from AUTO TRADER MAGAZINE had been on the property that day taking pictures of a vehicle that they were selling. STEVEN replied that the female had indeed been on the AVERY property and that she had been photographing a van which his sister was selling. I asked STEVEN about what time the girl was on the property. He replied that he believed it was somewhere around 1500 hours. I asked STEVEN if he spoke with her or if she told him where she was going when she left the AVERY property. He informed me that he did not speak with her and that she had only been on the property 5-10 minutes at the most.

I again asked STEVEN if the girl did not mention where she was going or if she had any other appointments in the area. Again, STEVEN stated he did not speak with her and, therefore, would not know where she was going when she left the AVERY property. STEVEN did volunteer the information that he glanced out the window of his residence and had observed her photographing the van – that is how he knew she was on the property.

STEVEN asked me why I was asking about her or if there was some sort of problem. I informed STEVEN that she had not yet returned home and her parents were worried about her. STEVEN made some sort of reply, something to the effect of, "I hope she turns up soon," at which time I left the AVERY property.

Upon leaving the AVERY property, I contacted D.I. Schetter by telephone and informed him of this case, specifically that the CASO was reporting a missing person and that person had been on the AVERY property, according to STEVEN AVERY, at approx. 1500 hours but had left after 5-10 minutes. I further contacted the CASO by telephone and informed them of the same information. As far as making contact with the AVERY family or returning to the AVERY property, no further action was taken on 11/03/05 by this Sgt. ALColborn /bjc

It should be noted that on 11/03/05, upon my return to the MTSO, I (Sgt. A. Colborn) spoke with Det. Remiker who was still on duty. I briefed Det. Remiker as to my contact with STEVEN AVERY, including our conversation to which Det. Remiker refers to in the earlier narrative of this case.

No further action taken. ALColborn /bjc

DEPUTY _____          Date _____

STATE_1_1309

CHRM020348