# EXHIBIT 21

```
 1  STATE OF WISCONSIN : CIRCUIT COURT : MANITOWOC COUNTY
                              BRANCH 1
 2  _____

 3  STATE OF WISCONSIN,

 4              PLAINTIFF,         JURY TRIAL
                                   TRIAL - DAY 9
 5  vs.                            Case No. 05 CF 381

 6  STEVEN A. AVERY,

 7              DEFENDANT.

 8  _____

    DATE:    FEBRUARY 22, 2007
 9
    BEFORE:  Hon. Patrick L. Willis
10           Circuit Court Judge

11  APPEARANCES:  KENNETH R. KRATZ
                  Special Prosecutor
12                On behalf of the State of Wisconsin.

13                THOMAS J. FALLON
                  Special Prosecutor
14                On behalf of the State of Wisconsin.

15                NORMAN A. GAHN
                  Special Prosecutor
16                On behalf of the State of Wisconsin.

17                DEAN A. STRANG
                  Attorney at Law
18                On behalf of the Defendant.

19                JEROME F. BUTING
                  Attorney at Law
20                On behalf of the Defendant.

21                STEVEN A. AVERY
                  Defendant
22                Appeared in person.

23              TRANSCRIPT OF PROCEEDINGS

24          Reported by Diane Tesheneck, RPR

25              Official Court Reporter


                              1
```

CONFIDENTIAL

CHRM005930

| | | |
|---|---|---|
| 1 | Q. | During that thorough search, did you have |
| 2 | | occasion to search the bedroom of Mr. Avery's |
| 3 | | trailer? |
| 4 | A. | Yes, we did. |
| 5 | Q. | And we have heard about a lot of that search, but |
| 6 | | I'm specifically going to direct your attention |
| 7 | | to the key and the finding of the key in that |
| 8 | | bedroom. Do you recall how that occurred? |
| 9 | A. | Yes, I do. |
| 10 | Q. | Why don't you tell the jury how that occurred, |
| 11 | | please. |
| 12 | A. | We were concluding the search in the bedroom. |
| 13 | | We, as Lieutenant Lenk, Sergeant Colborn and I. |
| 14 | | I was mostly doing the photographing, and logging |
| 15 | | in and packaging of evidence. However, I did |
| 16 | | search the nightstand. I was sitting on the bed |
| 17 | | and the nightstand was right there, so when I had |
| 18 | | time between my duties, I would search the |
| 19 | | nightstand. We were just wrapping up the search |
| 20 | | and Lieutenant Lenk left the room to get some |
| 21 | | more boxes for some of the things that we were |
| 22 | | taking into evidence. |
| 23 | | Sergeant Colborn was searching -- |
| 24 | | finishing up his search of an area on the east |
| 25 | | wall, next to the bookcase. And I was sitting on |

35

CHRM005964

CONFIDENTIAL

|   |    | the bed near the nightstand.  Lieutenant Lenk |
|---|----|---|
| 1 |    | |
| 2 |    | came back into the room, stopped at the doorway, |
| 3 |    | pointed at the floor, just a couple of feet away |
| 4 |    | from where my feet were sitting on the floor, and |
| 5 |    | said there was a key there. |
| 6 | Q. | I'm going to show you, just as you describe this, |
| 7 |    | Exhibit No. 210, ask if this image looks familiar |
| 8 |    | to you? |
| 9 | A. | That's the key, that's where the key was sitting |
| 10|    | when we found it. |
| 11| Q. | How far was this key away from you as you were |
| 12|    | sitting on the bed? |
| 13| A. | Just a of couple feet. |
| 14| Q. | Had you seen that key, either before Lieutenant |
| 15|    | Lenk left the room, or at any time actually prior |
| 16|    | to Lieutenant Lenk's return? |
| 17| A. | No, I did not. |
| 18| Q. | Now, when Lieutenant Lenk said, there's a key, |
| 19|    | where was he standing when he said that. |
| 20| A. | He was standing in the doorway. |
| 21| Q. | Had he gotten to that area yet when he said that? |
| 22| A. | No. |
| 23| Q. | I'm just going to ask you, Deputy Kucharski, were |
| 24|    | you surprised to see that on the floor? |
| 25| A. | Yes. |

36

CONFIDENTIAL

CHRM005965

```
 1   Q.   What happened after you saw that key on the
 2        floor?
 3   A.   Lieutenant Lenk pointed out the key; we all
 4        looked at it.  We all decided it was a Toyota
 5        emblem on it.  Stopped all searching.  I had
 6        everybody stop the searching.  Immediately took a
 7        photograph of it.  I had taken my gloves off to
 8        finish up my -- tough to write and take pictures
 9        with the rubber gloves on.  So I had taken the
10        gloves off, so I put on a fresh pair of gloves. I
11        took out a new evidence bag out of the --
12   Q.   Let me just stop you.  A fresh pair of gloves,
13        does that mean that it had touched any other
14        pieces of evidence in that room?
15   A.   No, it did not.  It came directly out of the
16        package.
17   Q.   All right.  So you put fresh gloves on, what did
18        you do then?
19   A.   I took a new evidence bag out of the stack of
20        bags, picked up the key with the -- with my
21        gloved hand, put it into the new evidence bag and
22        then I contacted the Command Post.
23   Q.   Deputy Kucharski, the jury has already seen the
24        actual key, itself, but I'm going to show you
25        something that's been marked as Exhibit 219, can
```

CHRM005966

CONFIDENTIAL

```
 1        the key.  I think the only person that would have
 2        had the key would be the person that killed
 3        Teresa --
 4              ATTORNEY BUTING:  Objection, speculation.
 5              THE COURT:  Sustained.
 6              ATTORNEY BUTING:  Move to strike.
 7              THE COURT:  Court will order the answer
 8        stricken.
 9   Q.   (By Attorney Kratz)- I want you to limit your
10        comments to your observations.  What about your
11        observations do you believe it was impossible or
12        improbable for them to plant that key?
13   A.   My actual observations, I would have to say
14        that -- that it could be possible, as in I was
15        doing other things.  I was taking photographs.  I
16        was searching the nightstand.  So, if we're just
17        limiting it to if it was possible that they could
18        do it without me seeing it, I would say, yes, I
19        guess it is possible.
20   Q.   All right.  And is that in the sense of anything
21        is possible?
22   A.   That's in the sense of it's possible aliens put
23        it there, I guess.
24   Q.   All right. And in that regard, though, Deputy
25        Kucharski, while you were working with these
```

40

CONFIDENTIAL

CHRM005969

```
STATE OF WISCONSIN  )
                    )ss
COUNTY OF MANITOWOC )
```

I, Diane Tesheneck, Official Court Reporter for Circuit Court Branch 1 and the State of Wisconsin, do hereby certify that I reported the foregoing matter and that the foregoing transcript has been carefully prepared by me with my computerized stenographic notes as taken by me in machine shorthand, and by computer-assisted transcription thereafter transcribed, and that it is a true and correct transcript of the proceedings had in said matter to the best of my knowledge and ability.

Dated this 7th day of November, 2007.

Diane Tesheneck, RPR
Official Court Reporter

CONFIDENTIAL