# EXHIBIT 23

```
 1   STATE OF WISCONSIN : CIRCUIT COURT : MANITOWOC COUNTY
                                 BRANCH 1
 2   ─────────────────────────────────────────────────────

 3   STATE OF WISCONSIN,

 4                   PLAINTIFF,          JURY TRIAL
                                         TRIAL - DAY 23
 5   vs.                                 Case No. 05 CF 381

 6   STEVEN A. AVERY,

 7                   DEFENDANT.

 8   ─────────────────────────────────────────────────────
     DATE:      MARCH 14, 2007
 9
     BEFORE:    Hon. Patrick L. Willis
10              Circuit Court Judge

11   APPEARANCES:   KENNETH R. KRATZ
                    Special Prosecutor
12                  On behalf of the State of Wisconsin.

13                  THOMAS J. FALLON
                    Special Prosecutor
14                  On behalf of the State of Wisconsin.

15                  NORMAN A. GAHN
                    Special Prosecutor
16                  On behalf of the State of Wisconsin.

17                  DEAN A. STRANG
                    Attorney at Law
18                  On behalf of the Defendant.

19                  JEROME F. BUTING
                    Attorney at Law
20                  On behalf of the Defendant.

21                  STEVEN A. AVERY
                    Defendant
22                  Appeared in person.

23                  TRANSCRIPT OF PROCEEDINGS

24              Reported by Diane Tesheneck, RPR

25                   Official Court Reporter
```

*Jury closing* (handwritten)

1   2:25 and see how you are doing.
2                  (Recess taken.)
3                  (Jury present.)
4           THE COURT: Mr. Buting, at this time you
5   may begin the defense closing.
6           ATTORNEY BUTING: Thank you, Judge. Good
7   afternoon, ladies and gentlemen. This is the first
8   time I have actually had a chance to talk to you. I
9   have sort of been talking at you as we walk by the
10  witnesses for 6, 5 weeks, whatever. And I'm
11  really -- I feel honored and privileged to do so,
12  just as I am honored and privileged to defend
13  Mr. Steven Avery here, in this very, very serious
14  case.
15          Let me make one thing very clear, right
16  here at the outset. We do not and have never
17  claimed that the police killed Teresa Halbach.
18  But in that respect they have that in common with
19  Steven Avery. However, the person or persons who
20  did kill Teresa, knew exactly who the police
21  would really want to blame for this crime.
22          And they were aided in that respect, by
23  widespread media publicity as early as Friday
24  morning, November 4th, the very morning after the
25  day she was first reported. Widespread publicity

                           132

that identified Mr. Steven Avery as one of the last people known to have seen her. And because of who he is, that drew even more media attention than perhaps it might other wise have. And the focus was on Mr. Avery, rather than one of the other customers that she saw that day.

And this was the very same Steven Avery who was suing the Manitowoc County and the Sheriff's Department, with a lawsuit asking for a whole lot of money, for the wrongful conviction and all the years in prison that he spent, from a 1985 wrongful conviction.

I believe that when the Manitowoc officers saw this, they very badly wanted to believe that he was guilty and that this was their way out. And that from that point forward, that they had this investigative bias, focused on Steven Avery, that was, then, skillfully exploited by the real perpetrator of this crime.

Now, from the very beginning, Steven Avery has proclaimed his innocence in this case. He told that -- everybody that had a camera, anybody who talked to him, that he was not guilty, and that he was being framed. That the police planted his blood.

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 4 of 6   Document 290-23

CHRM006750

case. The magic key, Exhibit A, in this theory that the police planted evidence in this case.

Because if you believe that those police officers put that key in his room, that they are capable of planting that kind of evidence to try and link him, then why not plant -- why couldn't they have also planted blood. If they go to that extent that they -- that they plant Teresa Halbach's key in his bedroom to try and convict him, then that's it, it's over, case over, because you can't rely on anything else they have given you.

Now, let's look at this key. First of all, why would he bring the key in his house and put it in his own bedroom. Why would you do that? If you still got the vehicle, and you still wanted somehow to use the key, to drive it some place -- by the way, why would you want to disconnect the battery, if you're still going to use the key? What good does the key do if the battery is disconnected? So that's a disconnect, no pun intended here.

But why wouldn't you just leave the key in the car? Why wouldn't you hide the key underthe -- neath the car, or somewhere where you know

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 5 of 6   Document 290-23

CHRM006779

```
 1  STATE OF WISCONSIN  )
                       )ss
 2  COUNTY OF MANITOWOC )

 3

 4              I, Diane Tesheneck, Official Court

 5  Reporter for Circuit Court Branch 1 and the State

 6  of Wisconsin, do hereby certify that I reported

 7  the foregoing matter and that the foregoing

 8  transcript has been carefully prepared by me with

 9  my computerized stenographic notes as taken by me

10  in machine shorthand, and by computer-assisted

11  transcription thereafter transcribed, and that it

12  is a true and correct transcript of the

13  proceedings had in said matter to the best of my

14  knowledge and ability.

15              Dated this 22nd day of January, 2008.

16

17

18

19                          Diane Tesheneck, RPR
                            Official Court Reporter
20

21

22

23

24

25

                              229
```

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 6 of 6   Document 290-23

CHRM006846