# EXHIBIT 25

```
 1   STATE OF WISCONSIN : CIRCUIT COURT : MANITOWOC COUNTY
                              BRANCH 1
 2   ─────────────────────────────────────────────────────

 3   STATE OF WISCONSIN,

 4                      PLAINTIFF,      JURY TRIAL
                                        TRIAL-DAY 27 VERDICT
 5   vs.                                Case No. 05 CF 381

 6   STEVEN A. AVERY,

 7                      DEFENDANT.
     ─────────────────────────────────────────────────────
 8
     DATE:    MARCH 18, 2007
 9
     BEFORE:  Hon. Patrick L. Willis
10            Circuit Court Judge

11   APPEARANCES:

12           KENNETH R. KRATZ
             Special Prosecutor
13           On behalf of the State of Wisconsin.

14           THOMAS J. FALLON
             Special Prosecutor
15           On behalf of the State of Wisconsin.

16           DEAN A. STRANG
             Attorney at Law
17           On behalf of the Defendant.

18           JEROME F. BUTING
             Attorney at Law
19           On behalf of the Defendant.

20           STEVEN A. AVERY
             Defendant
21           Appeared in person.

22                    * * * * * * * *

23              TRANSCRIPT OF PROCEEDINGS

24          Reported by Diane Tesheneck, RPR

25              Official Court Reporter

                         1
```

1  I will ask the foreperson to present the verdicts to
2  the bailiff so that they may be brought forward.
3         At this time the Court will read the
4  verdicts. On Count 1, the verdict reads as
5  follows: We, the jury, find the defendant,
6  Steven A. Avery, guilty of first degree
7  intentional homicide as charged in the first
8  count of the Information.
9         On Count 2, the verdict reads: We, the
10 jury, find the defendant, Steven A. Avery, not
11 guilty of mutilating a corpse as charged in the
12 second count of the Information.
13        On Count 3, the verdict reads: We, the
14 jury, find the defendant, Steven Avery, guilty of
15 possession of a firearm as charged in the third
16 count of the Information.
17        The verdict on Count 1 is signed by the
18 foreperson of the jury, dated today. The other
19 verdicts are also signed by the foreperson of the
20 jury.
21        At this time the Court is going to poll
22 the jurors. I will ask the media folks to cut
23 the audio at this time.
24        Mr. Slaby, were the verdicts as read by
25 the Court, and are they still now, your verdicts

3

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 3 of 4   Document 290-25

CHRM004126

```
 1  STATE OF WISCONSIN  )
                       )ss
 2  COUNTY OF MANITOWOC )
```

I, Diane Tesheneck, Official Court Reporter for Circuit Court Branch 1 and the State of Wisconsin, do hereby certify that I reported the foregoing matter and that the foregoing transcript has been carefully prepared by me with my computerized stenographic notes as taken by me in machine shorthand, and by computer-assisted transcription thereafter transcribed, and that it is a true and correct transcript of the proceedings had in said matter to the best of my knowledge and ability.

Dated this 11th day of January, 2008.

Diane Tesheneck, RPR
Official Court Reporter

10

Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 4 of 4   Document 290-25

CHRM004133