# EXHIBIT 26

The Steven Avery trial

# Sheriff's officers forbidden from comment for now

## Departments were criticized during trial by Avery defense attorneys

By John Lee
Post-Crescent staff writer

CHILTON — As much as they might have wanted to talk after Steven Avery's homicide conviction Sunday, two sheriffs in the case were still bound by a judge's gag order.

Manitowoc County Sheriff Rob Hermann and Calumet County Sheriff Jerry Pagel weathered months of criticism from Avery's defense attorneys, who alleged officers planted evidence during the investigation into the death of Teresa Halbach.

In addition to saying that Manitowoc Sgt. Andrew Colborn and Lt. James Lenk had the motive and opportunity to plant blood in Halbach's vehicle to frame Avery, the lawyers also said the investigation was based on "tunnel vision" that failed to look at other potential suspects.

Hermann was here Sunday when the verdict was announced, but said neither he, Lenk nor Colborn could comment because of the gag order from Manitowoc County Circuit Judge Patrick Willis.

Lenk, contacted at home Sunday, declined comment.

Hermann said the county's corporation counsel advised him and employees the order is in effect until Willis lifts it, or post-conviction defense activities are concluded.

That means officers can't comment until after Avery's sentencing at the earliest.

Pagel had asked Willis to lift the order when the verdict was read.

Calumet County Dist. Atty. Ken Kratz was not bound by that order, and praised Calumet County Sheriff's Sgt. Mark Wiegert and Tom Fassbender, a special agent for the state Division of Criminal Investigation, who led the investigation. He also praised other officers involved for their "high degree of professionalism."

Kratz said the accusations against Lenk and Colborn were "inappropriate."

John Lee can be reached at 920-993-1000, ext. 362, or jlee@postcrescent.com

## Not all evidence made it to trial

### Early statements to officers might have shown conflicts

By John Lee
Post-Crescent staff writer

CHILTON — The jurors who convicted Steven Avery of killing Teresa Halbach made their decision without much of the information prosecutors wanted to bring to the trial.

## Friends find relief in jury's guilty verdict

### Avery 'will have to think of this the rest of his life,' says friend of Halbach

By Mike Hoeft
Gannett Wisconsin Newspapers

Several people who knew Teresa Halbach greeted Sunday's verdict with relief.

"It doesn't change anything. She's gone. But it's a relief to know he's not going to do this to anyone else,"

"No matter what the verdict was, it wasn't going to bring Teresa back."
TOM PEARCE,
Teresa Halbach's former employer