# EXHIBIT 27

STATE OF WISCONSIN : CIRCUIT COURT : MANITOWOC COUNTY

| | |
|---|---|
| STATE OF WISCONSIN, ) | |
| Plaintiff, ) | Case No. 05-CF-381 |
| v. ) | Honorable Judge Angela Sutkiewicz, |
| STEVEN A. AVERY, ) | Judge Presiding |
| Defendant. ) | |

### AFFIDAVIT OF KEVIN RAHMLOW

**Now comes your affiant, Kevin Rahmlow, and under oath hereby states as follows:**

1. I am of legal majority and can truthfully and competently testify to the matters contained herein based upon my personal knowledge. The factual statements herein are true and correct to the best of my knowledge, information, and belief. I am of sound mind and I am not taking any medication nor have I ingested any alcohol that would impair my memory of the facts stated in this affidavit.

2. In 2005, I lived near Mishicot, Wisconsin. I am familiar with the Tadych family because I am acquaintances with Shaun Tadych. Shaun's brother Scott is now married to Steven Avery's sister, Barb.

3. On November 3 and 4, 2005, I was in Mishicot. I saw Teresa Halbach's vehicle by the East Twin River dam in Mishicot at the turnabout the bridge, as I drove west on Highway 147.

4. Around midday on November 4, 2005, I stopped at the Cenex gas station at the intersection of Highway 147 and State Street in Mishicot. While there, I saw and read a missing person poster for Teresa Halbach. I remember that the poster had a picture of

1

EXHIBIT D

App. 0279

CHRM013700

Teresa Halbach and written descriptions of Teresa Halbach and the car she was driving. I recognize the poster attached as **Exhibit A** to this affidavit as a copy of the one I saw at the Cenex station on November 4, 2005.

5. I recognized that the written description of the vehicle on the poster matched the car I saw at the turnaround by the dam.

6. While I was in the Cenex station, a Manitowoc County Sheriff's Department officer came into the station. I immediately told the officer that I had seen a car that matched the description of the car on Teresa Halbach's missing person poster at the turnaround by the dam.

7. In December 2016, I watched Making a Murderer. In the series, I recognized the officer who I talked to at the Cenex station on November 4, 2005. A photograph of this officer is attached as **Exhibit B** to this affidavit. Having watched Making a Murderer, I now know that his name is Andrew Colborn.

8. After I watched Making a Murderer, I sent a text message to Scott Tadych. Having reviewed a saved copy of that message, I know that I sent it on December 12, 2016, at 6:13 p.m. In the message, I told Scott Tadych that I had seen Teresa Halbach's car in Mishicot on November 4, 2005, and had told the officer in the Cenex station. On December 19, 2016, I sent Scott Tadych another message. I never heard back from Scott Tadych. Copies of the text message conversation I had with Scott Tadych are attached as **Exhibit C** to this affidavit.

9. Nothing has been promised or given to me in exchange for this affidavit.

10. FURTHER YOUR AFFIANT SAYETH NAUGHT

_Kevin Rahmlow_ (signature)

State of Wisconsin
County of __Manitowoc__

Subscribed and sworn before me
this __15th__ day of __July__, 2017.

_Notary Public_ (signature)

[Notary Stamp: MARK S. ERDMANN, Notary Public, State of Wisconsin]

Commission Expires
11/15/2019

3


EXHIBIT

App. 0282

CHRM013703



App. 0283
CHRM013704
630-22

Scott Tadych

Your day
Add something to your day

DEC 12, 2016 AT 18:13

I just watched the series makin of a murderer and I gotta tell ya I need to get in touch with one of their lawyers as coubern I saw art cenex and told him that vehicle was at the old damn on a thurs or Fri

And im guessing Nov 3rd was the day he called the plates in

DEC 12, 2016 AT 19:41

Hey give me a call 9063612856

Ok I will I am really sick now can

STATE OF WISCONSIN : CIRCUIT COURT : MANITOWOC COUNTY

| | |
|---|---|
| STATE OF WISCONSIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEVEN A. AVERY, )<br>)<br>Defendant. ) | Case No. 05-CF-381<br><br>Honorable Judge Angela Sutkiewicz,<br>Judge Presiding |

## SUPPLEMENTAL AFFIDAVIT OF KEVIN RAHMLOW

Now comes your affiant, Kevin Rahmlow, and under oath hereby states as follows:

1. I wish to amend ¶ 8 of my original affidavit to read as follows:

   After I watched Making a Murderer, I sent a message to Scott Tadych on December 12, 2016, at 18:13. The message stated:

   > I just watched the series makin [sic] of a murderer and I gotta tell ya I need to get in touch with one of of their lawyers as coubern [sic] I saw art [sic] cenex and told him that vehicle was at the old damn [sic] on a thurs or Fri. And im [sic] guessing Nov 3rd was the day he called the plates in

   I sent another message at 19:41, in which I stated, "Hey give me a call 9063612856." I received one message back from Mr. Tadych that day, in which he said he was sick and that he would call the next day. I did not hear from Mr. Tadych the next day — or any other day — responsive to my request for attorney contact information for Steven Avery or Brendan Dassey. I received another message from Mr. Tadych on December 19 at 6:10 p.m., which was not responsive to my request. All of the messages exchanged between Mr. Tadych and I are attached.

2. Finally, I received a response to my initial inquiry from Barbara Tadych. Mrs. Tadych sent me a message on or about September 3, 2017, in which she stated:


Case 1:19-cv-00484-BHL Filed 09/16/22 Page 8 of 12 Document 290-27
634-2
App. 0285
CHRM013706

> Hello Kevin, I see you messaged scott awhile back and said things to him about the case. Brendan's attorneys would like to talk to you. Laura Nytrider [sic] 8125032204. Please give her a call.

FURTHER AFFIANT SAYETH NAUGHT

_____
Kevin Rahmlow

State of ~~Wisconsin~~ Minnesota
County of St. Louis

Subscribed and sworn before me cru
this 2nd day of ~~October~~ November, 2017.

_Carla Rae Kampsula_
Notary Public

CARLA RAE KAMPSULA
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2021

**Scott Tadych**

Your day
Add something to your day

DEC 12, 2016 AT 18:13

> I just watched the series makin of a murderer and I gotta tell ya I need to get in touch with one of their lawyers as coubern I saw art cenex and told him that vehicle was at the old damn on a thurs or Fri

> And im guessing Nov 3rd was the day he called the plates in

DEC 12, 2016 AT 19:41

> Hey give me a call 9063612856



**Scott Tadych**
Active 2 hours ago

Your day
Add something to your day

DEC 12, 2016 AT 19:41

Hey give me a call 9063612856

Ok I will I am really sick now can hardly talk so I will call tomorrow





DEC 13, 2016 AT 18:10

Hey, can you help me get a prayer chain going for a little boy named Dakota. They had to life flight him. He is having seizures. Forward this to everyone you can please!

Hello Kevin, I see you messaged scott awhile back and said things to him about the case. Brendan's attorneys would like to talk to you. Laura Nytrider 3125032204. Please give her a call.

App. 0289

CHRM013710