# EXHIBIT 28

**From:** Moira Demos [redacted]@synthesisfilms.com
**Subject:** please help
**Date:** April 15, 2007 at 6:16 PM
**To:** Brian Kerhin [redacted]@wluk.com
**Cc:** mike trevey [redacted]@journalbroadcastgroup.com, zander press zander [redacted]@zanderpressinc.com, wendy navani [redacted]@nbc26.com, trish ossmann [redacted]@wbay.com, tom tomaszewski [redacted]@wtaq.com, susy [redacted]@hearst.com, sean downs [redacted]@hearst.com, scott keske [redacted]@todaystmj4.com, peter griggs [redacted]@nbc26.com, miles aquino [redacted]@foxtv.com, mike nipps [redacted]@wluk.com, mike kinzel [redacted]@whbl.com, mike kemmeter [redacted]@wcinet.com, matt kummer [redacted]@wluk.com, marle hoffman [redacted]@journalsentinel.com, mark vittorina [redacted]@foxtv.com, mark sherry [redacted]@deltapublications.com, mark krueger [redacted]@foxtv.com, laura ricciardi [redacted]@synthesisfilms.com, julie buehler [redacted]@wluk.com, john lee [redacted]@postcrescent.com, john lazarevic [redacted]@hearst.com, john devroy [redacted]@wbay.com, john byman [redacted]@620wtms.com, joe kamenick [redacted]@peoplepc.com, jim murphy [redacted]@journalbroadcastgroup.com, jim dillon [redacted]@wbay.com, jim cullen [redacted]@todaystmj4.com, jeanne anthony [redacted]@wcinet.com, herman ward [redacted]@cbs58.com, grant uitti [redacted]@cbs58.com, gary l wiliams [redacted]@nbc26.com, fred barry [redacted]@womtradio.com, dwight nale [redacted]@postcrescent.com, diane baumgart [redacted]@timesvillager.com, david malm [redacted]@wfrv.cbs.com, danielle bina [redacted]@wtaq.com, dan flannery [redacted]@postcrescent.com, brian lundberg [redacted]@cubradio.com, Brian Kerhin [redacted]@wluk.com, brian graham [redacted]@foxtv.com, bill kiefer [redacted]@wluk.com, alicyn hanford [redacted]@courttv.com, tom kertscher [redacted]@journalsentinel.com, kris schuller [redacted]@wfrv.cbs.com, bo s. rosser [redacted]@courttv.com, jessie wells [redacted]@nbc26.com, colleen marie henry [redacted]@hotmail.com, pattymurray [redacted]@wpr.org, angenette levy [redacted]@wfrv.cbs.com, Andy Nelesen [redacted]@sbcglobal.net, gil halsted [redacted]@wpr.org, Jennifer Mertens [redacted]@cygnusb2b.com, McCarey, Tom [redacted]@wbay.com, derrick nunnally [redacted]@journalsentinel.com, leah massey [redacted]@nbc26.com, carrie attflinger [redacted]@ap.org, Alina Machado [redacted]@cbs58.com

Hello everyone. Sorry to bother you on the eve of another trial but we wanted to get this out before (if possible) you started recycling all of you Avery tapes.

Here at Synthesis Films we have encountered a pretty serious problem with the footage we recorded from the raw feed of the manned witness camera. Since we were upstairs working the switcher and mixer we were not able to monitor the feed as well as would have liked. This problem came to light last week when we finally had the time to start dubbing and reviewing the footage. The footage from the witness cam is very high contrast and the whites are clipping. After talking to a number of engineers at the Dassey rig on Friday it seems as if our trouble came from one of two problems. Either the mult-box for the dedicated witness cam feed was not terminated or the video gain on that mult-box was turned way up. Either way it created a signal our deck could not tame.

We are writing now with an urgent request to the stations that participated in the pool. We are hoping that whichever station was shooting courtroom pool for a certain week could allow us to dub that week of footage (even if it's from the mixed feed). This would in essence be asking each station to refrain from copying over one week of footage. If your station has already recycled the footage from your week perhaps you can let us know what you still have and we can try to piece it together.

Obviously we are trying to sort this out as soon as possible before this footage disappears. On that note, just to put it out there, at the end of the day Synthesis films will be archiving the entire trial long into the future, and would be more than happy to provide you footage should you need it down the road.

Thanks in advance for your help.

See you tomorrow in Manitowoc.

Moira Demos and Laura Ricciardi

CONFIDENTIAL
CONFIDENTIAL

CHRM034819