# EXHIBIT 29

See Declaration of Moira Demos