# EXHIBIT 30

See Declaration of Moira Demos