# EXHIBIT 31

**From:** Laura Ricciardi &lt;█████@synthesisfilms.com&gt;
**Subject:** list of wi news stations attached
**Date:** September 18, 2013 at 3:08 PM
**To:** Lisa Dennis █████@earthlink.net
**Cc:** Moira Demos █████@synthesisfilms.com

Dear Lisa,

Attached is a document I prepared which identifies the Green Bay and Milwaukee stations with whom we collaborated with over the period of two years. We covered all pre-trial, trial and post-conviction court dates with these stations for both Steven and Brendan's cases.

What Moira and I learned after Steven's trial is that our "mult box" feed of the witness cam at Steven's trial was unterminated. The result was a serious technical problem that causes our footage to look blown out.

Unlike most if not all the news stations, Synthesis was taking each of the raw feeds from the witness cam and the lawyer cam. The news stations, however, were taking a "mixed feed," which Moira was providing to the entire television camera pool by performing a live edit of the trial.

We are desperately seeking to dub the mix feed of certain key witnesses for use in our series. In the end, we would dub much much more than we would ever use in the series b/c we only need clips from the witness camera angle and only in places where we do not already have a copy of the mixed feed (which was provided to us by the ABC stations on the list, WBAY and WISN).

Based on the dubbing we did of WBAY and WISN footage, we know that none of the news stations was rolling on the entire trial. Our best hope is to piece together footage from various stations, praying that they rolled and cut at different times throughout the trial.

As for the issue of consideration, WBAY and WISN allowed us to dub the footage at no charge. They recognized that Synthesis did 2/3 of the work for the entire camera pool for the duration of the 5-week long trial. Moira operated the remote/lawyer cam while editing live for the news stations and COURT TV's website. Meanwhile, I handled all the courtroom (lavaliere) and audio and operated the sound mixer. This meant that all the news stations got to take turns providing a single camera person for the witness in the courtroom - about one week of work only for each of the news stations.

I'd be happy to be on the calls with you or to be the point person for follow-up if you could get anyone to respond to your call.

Please let me know if you have any questions or concerns.

Thanks!

Laura



Notes on News Station...rial.doc

Laura Ricciardi
Synthesis Films LLC
█████@synthesisfilms.com
█████

CONFIDENTIAL
CONFIDENTIAL

CHRM034769

CONFIDENTIAL
CONFIDENTIAL
CHRM034770