# EXHIBIT 32

```
From:     Laura Ricciardi          @synthesisfilms.com
Subject:  Avery Trial Footage
Date:     November 14, 2013 at 4:11 PM
To:              @wluk.com
Cc:       Lisa Dennis       @earthlink.net, Moira Demos        @synthesisfilms.com
```

Hi Brian,

I hope this finds you well.

This is Laura Ricciardi of Synthesis Films.

Judge Patrick Willis (retired) suggested I reach out to you with respect to a request my fellow producer Lisa Dennis (copied here) made to WGBA/NBC-26 in connection with Avery trial footage. Yesterday, on a call with Judge Willis, I explained to him that my company had a technical problem at the trial. As Moira and I were upstairs operating the remote camera in the courtroom and the mixer, down in the media room while lots of people were moving cables and equipment around, our decks somehow wound up with an unterminated feed.

We were taking the raw feeds of both the witness cam and the lawyer cam. As a result of the unterminated feed our footage from the witness cam is unusable.

We are well into post-production on what will be a docuseries, and we managed to find a NE Wisconsin station that still has Avery trial tapes. You might recall that Judge Willis entered an order regarding the setup of a TV camera pool with footage to be shared among the pool participants.

I believe WGBA has a new General Manager who does not know me and does not know the contribution Synthesis made in capturing the trial.

Judge Willis thought as the then media liaison to the court you might vouch for me and perhaps encourage the sharing of the archived tapes for dubbing purposes. Synthesis would of course pay for any labor on WGBA's end to pull the tapes - which should be minimal as we're told they are just in a box - to provide copies of whatever digital files we create of the dubs and to provide an on-screen credit to WGBA.

Please let me know if you would be willing to help make the introduction or provide some backstory to the GM.

Moira and I will be in Wisconsin next Thursday, 11/21, through Sunday, 11/24, and we can be available to meet and make arrangements for dubbing the footage.

Thank you in advance for your assistance with this, Brian.

Best,

Laura


Laura Ricciardi
Synthesis Films LLC
          @synthesisfilms.com

CONFIDENTIAL
CONFIDENTIAL

CHRM034818