# EXHIBIT 33

Message

**From:** ▮▮▮▮@synthesisfilms.com [▮▮▮▮@synthesisfilms.com]
**Sent:** 9/30/2015 1:22:44 AM
**To:** Elektra Gray [▮▮▮▮@netflix.com]
**CC:** Laura Ricciardi [▮▮▮▮@synthesisfilms.com]; Lisa Dennis [▮▮▮▮@earthlink.net]
**Subject:** Re: FOR APPROVAL - MaM Synopsis for DOC NYC

Hi Elektra,
sorry for taking so long to figure this out.
Here is a new draft.
Our main issues with the first draft were:
1) we are not okay using "true-crime" it actually does not apply to this work as it implies dramatic liberty.
2) we do not see any reason to use Steven's name
3) we do not want to use the terms "small town" as it limits the scope of the story and the themes
4) we want to include "America's heartland" to indicate that this is not in a city and not in the south
5) we would like to convey that this is an unprecedented story

Let us know what you think.

Netflix presents an exclusive preview of a captivating documentary crime series. Filmed over a 10-year period, *Making a Murderer* is an unprecedented real-life thriller about a DNA exoneree who while in the midst of exposing corruption in local law enforcement finds himself the prime suspect in a new crime. Set in America's heartland the series takes viewers inside a high-stakes criminal case where reputation is everything and things are not always what they appear.

Thanks.

Moira & Laura

On Tue, 29 Sep 2015 10:44:51 -0700, Elektra Gray <▮▮▮▮@netflix.com> wrote:
> Hi Guys - I need to submit a 75-word synopsis to DOC NYC for their announcement and program guide to be released Oct 14...please let me know if you have any edits or concerns about the enclosed paragraph. As discussed, I will then work on a full press release for our announcement.
>
> Netflix presents an exclusive preview of a captivating true-crime documentary series. Ten years in the making, *Making a Murderer* is a stranger-than-fiction tale of wrongful imprisonment, small town corruption, and murder. The series follows the harrowing story of Steven Avery, an outsider from the wrong side of the tracks convicted and later exonerated of a brutal crime. In the midst of his civil case against the local police department, another body is discovered on his property.
>
> --
> Elektra Gray
> Netflix
> Original Documentary Publicity

Confidential                                                                                           CHRM000695

--
Moira Demos
Producer/Director
Synthesis Films LLC
███████@synthesisfilms.com
███████

Confidential                                                                                                                                                           CHRM000696