# EXHIBIT 34

## No Subject

From: Michael Griesbach <█████@gmail.com>
Date: 12/23/2015 05:24AM
To: Laura Ricciardi <█████@synthesisfilms.com>, █████@synthesisfilms.com

Congratulations! I binged my way through all 10 episodes by Saturday afternoon and enjoyed it immensely. I'd be happy to share with you some of the local reaction beyond what has been reported if you are interested. I imagine you're swamped with media inquiries and other matters, but if you could email me your number and times you are available, I'll give you a call. I'm in the office til about 10:30 CST today but then on the road to UW Madison to pick up our daughter for the Christmas break.

By the way, I share most of the views you expressed below in your recent interview with the Post-Crescent. In the end, the CJS must be about process, not results.

All Best.

Mike

"Every question just led to more questions," said Moira Demos, who produced the series titled, "Making a Murderer," with Laura Ricciardi. "In the end we are not trying to provide any answers. We don't have a conclusion. We are really raising questions and our goal is to promote a dialogue about these things."

The series became available on Netflix on Friday but the first episode is available on YouTube.

The filmmakers, who were interviewed Tuesday by Post-Crescent Media, don't presume to know what happened.

----

"This is such a complex case and, you know, I think our takeaway through all of this is that one needs to be careful not to be too certain about any of this," Ricciardi said. "It's an imperfect system, it's a human system and there's lots of room for ambiguity. And there are lots of questions here."

Among the questions: Was the truth revealed in these cases and is the system working as it should?

--
Michael Griesbach

Author of award winning true crime thriller, *The Innocent Killer: a True Story of a Wrongful Conviction and its Astonishing Aftermath*
theinnocentkiller.com

http://www.amazon.com/dp/1627223630

CONFIDENTIAL

CHRM002666