# EXHIBIT 35

From: Martine Charnow ███████@gmail.com
Subject: Re: TIME SENSITIVE Request for Specific Pool Trial Footage
Date: August 25, 2015 at 2:43 PM
To: Laura Ricciardi ███████@synthesisfilms.com
Cc: Dave Malm ███████@wearegreenbay.com



Hi Dave,

Attached is a FedEx Shipping Label that you can print and use to send us the DVDs. Thank you!

Martine

On Tue, Aug 25, 2015 at 12:34 PM, Laura Ricciardi <███████@synthesisfilms.com> wrote:

> Hi Dave,
>
> Thank you for the fast turnaround on this.
>
> And thank you very much for offering the airchecks...gratis. If we use any of the footage we will certainly credit WFRV News.
>
> I will ask my assistant Martine, copied here, to send you a FedEx shipping label that you can use to send us the DVDs. It would be great to get them as soon as possible as we are beginning to lock episodes this week.
>
> Around the time of the trial, I recall speaking with Angenette Levy about Synthesis' technical issue and I believe she said WFRV would be archiving its tapes from the trial which might be of use to us someday. Perhaps my memory is inaccurate. Were you unable to find any pool footage at all or just those two dates?
>
> Best,
>
> Laura
>
>> On Mon, 24 Aug 2015 20:33:26 +0000, Dave Malm <███████@wearegreenbay.com> wrote:
>>
>> Laura:
>>
>> I was not able to locate the raw pool feeds of the time period you are requesting..I have located both days news airchecks..It includes our reports from 5, 6, and 10 pm those days..It includes sound bites withing packages from the days coverage..It is on DVD and I can send you the two DVD's and you may use them without charge. Only fee would be a WFRV News mention in the end credits. Let me know if and where you you like me to send the DVDs
>>
>> Dave Malm | News Operations Manager | WFRV-TV Local 5

CONFIDENTIAL
CONFIDENTIAL

CHRM034867

 

STATEMENT OF CONFIDENTIALITY AND NON-DISCRIMINATION

This electronic message may contain privileged or confidential information. If you are not the intended recipient of this e-mail, please delete it from your system and advise the sender.

WFRV & WJMN does not discriminate in advertising contracts on the basis of race, ethnicity or gender and further requires that in the performance of all WFRV & WJMN advertising agreements, WFRV & WJMN requires that each party not discriminate on the basis of race or ethnicity.

**From:** Laura Ricciardi [mailto:█████@synthesisfilms.com]
**Sent:** Monday, August 24, 2015 1:50 PM
**To:** Dave Malm
**Cc:** █████@synthesisfilms.com
**Subject:** TIME SENSITIVE Request for Specific Pool Trial Footage

Hello Dave,

I hope this finds you well.

My assistant Martine spoke with you recently about this request and I left you a voicemail message last week.

CONFIDENTIAL
CONFIDENTIAL

CHRM034868

From December of 2005 through 2007 and later again in 2009 and 2010, my company participated in the television camera pool that covered the Teresa Halbach case in Manitowoc County and Calumet County. The defendants were Steven Avery and Brendan Dassey and they were tried separately.

At the 5-1/2 week long Steven Avery trial Synthesis operated the remote camera and mixer as well as performed the live edit which local stations streamed. While my partner, Moira, and I were upstairs covering the trial along with the cameramen from the Green Bay and Milwaukee stations who were covering the angle on the witness, our deck which was down in the media room wound up with an unterminated feed.

Long story short, we are now working feverishly to deliver a documentary series related to the case and we need to replace at most a few minutes of footage of two witnesses. Specifically, we write to ask WFRV provide us with a copy of pool trial footage from 2/20/07 and 3/1/07. We are looking for the cross examination/recross/redirect of Sgt. Andrew Colborn (2/20/07) and the cross examination/recross/redirect for Dr. Leslie Eisenberg (3/1/07).

Synthesis is prepared to pay any associated fees. We ask that you treat this request as time sensitive and let us know by mid-week if you can provide the footage. We will pay to expedite.

Feel free to call me with any questions or concerns.

Thank You,

Laura Ricciardi

Executive Producer/Director

Synthesis Films LLC
www.synthesisfilms.com
@synthesisfilms.com

CONFIDENTIAL
CONFIDENTIAL

CHRM034869

|
Synthesis Films LLC
www.synthesisfilms.com
[REDACTED]@synthesisfilms.com
[REDACTED]

--
Martine Charnow
[REDACTED]

martinecharnow.com
avocadotoaster.com



Case 1:19-cv-00484-BHL   Filed 09/16/22   Page 5 of 6   Document 290-35

CONFIDENTIAL
CONFIDENTIAL

CHRM034870

https://www.fedex.com/shipping/shipmentConfirmationAction.handle?method=doContinue  1/1

CONFIDENTIAL
CONFIDENTIAL
CHRM034871