# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| ANDREW L. COLBORN, <br><br> Plaintiff, <br><br> vs. <br><br> NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS, LLC; LAURA RICCIARDI; AND MOIRA DEMOS, <br><br> Defendants. | Civil No.: 19-CV-484-BHL |

## DEFENDANTS LAURA RICCIARDI, MOIRA DEMOS, AND CHROME MEDIA LLC'S NOTICE OF ERRATA

Defendants Chrome Media, LLC f/k/a Synthesis Films, LLC; Laura Ricciardi; and Moira Demos (collectively, the "Producer Defendants"), by and through their undersigned counsel, hereby provide notice of errata in connection with their filing of the Memorandum in Support of Motion for Summary Judgment, which erroneously contained some blank spaces. *See* Dkt. 292. The Producer Defendants file as Attachment 1 hereto a *Corrected* Memorandum in Support of Motion for Summary Judgment, which corrects those blank spaces. Other than correcting those blank spaces, there have been no other changes made. The Producer Defendants respectfully request that the Court consider the *Corrected* Memorandum in Support of Motion for Summary Judgment rather than the original one.

Dated: September 17, 2022                    Respectfully submitted,


*s/ Kevin L. Vick*
Kevin L. Vick (*pro hac vice*)
Meghan Fenzel (*pro hac vice*)
JASSY VICK CAROLAN LLP
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
T: (310) 870-7048
F: (310) 870-7010
kvick@jassyvick.com
mfenzel@jassyvick.com

*Counsel for Defendant Laura Ricciardi, Moira Demos, and Chrome Media, LLC*

James A. Friedman, SBN 1020756
GODFREY & KAHN, S.C.
One East Main Street
Suite 500
Madison, WI 53703-3300
T: (608) 284-2617
F. (608) 257-0609
jfriedman@gklaw.com

*Counsel for the Defendants*