# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

ANDREW L. COLBORN,

        Plaintiff,

vs.

NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS, LLC; LAURA RICCIARDI; AND MOIRA DEMOS,

        Defendants.

Civil No.: 19-CV-484

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Suite 2450, CA 90071.

On September 21, 2022, I served true copies of the following document(s) described as

- **DEFENDANTS LAURA RICCIARDI, MOIRA DEMOS, AND CHROME MEDIA LLC'S MOTION TO RESTRICT DEFENDANTS LAURA RICCIARDI, MOIRA DEMOS, AND CHROME MEDIA LLC'S**

- **DECLARATION OF KEVIN L. VICK**

- **RESTRICTED EXHIBIT 26 TO DECLARATION OF KEVIN L. VICK**

- **RESTRICTED EXHIBIT 27 TO DECLARATION OF KEVIN L. VICK**

on the interested parties in this action as follows:

| | |
|---|---|
| Nicholas A. Kutz<br>Annigan Ryan LLP<br>114 N. Indian Hill Blvd., Suite E<br>Claremont, CA 91711<br>nk@arllp.com | *Counsel for Non-Party Brenda Shuler* |

**BY ELECTRONIC SERVICE:** I caused the said document(s) to be transmitted by e-mail to the person(s) at the email address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY FIRST-CLASS MAIL:** I deposited said document(s) in a sealed envelope(s) with the United States Postal Service at Los Angeles, California, for delivery, with the postage fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party(ies) served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 21, 2022, at Los Angeles, California.

*[signature]*
Marlene Rios