IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ANDREW L. COLBORN,
                  Plaintiff

NETFLIX, INC., et al.,                                        Case No. 19-CV-484
                  Defendants.

**UNOPPOSED CIVIL L.R. 7(h) EXPEDITED
MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Plaintiff, by his undersigned counsel, respectfully moves the Court for leave to exceed the page limits for briefs in opposition to motions for summary judgment, pursuant to Civil Local Rule 56(b)(8), to permit his response to the Defendants' two respective briefs to include up to 45 pages for each or 90 pages for a combined response to both motions. In support of this motion, Plaintiff states as follows:

1. Due to the factual complexity of this case, Defendants sought and received leave to exceed the pages limits and were ultimately granted leave to file briefs of up to 45 pages each, rather than the local rules' usual limit of 30 pages each.

2. Plaintiff did not oppose the motions.

3. Plaintiff intends to respond as succinctly as possible to the respective motions, but without leave to include the additional pages, he would likely have to omit or severely truncate discussion of important points that are necessary for him to address in response to Defendants' motions.

4. Despite some similar themes, Defendants' motions include distinct arguments as to how legal principles are asserted to apply as to the respective Defendants,

distinct discussions of legal authority, and distinct treatment of additional factual material, to which Plaintiff intends to respond.

5. I am authorized to represent that Defendants have advised through their counsel that they do not oppose this motion.

Dated this 26th day of October, 2022.

By: /s/ April Rockstead Barker
April Rockstead Barker
State Bar No. 1026163
ROCKSTEAD LAW, LLC
Mailing address: 525 N. Lincoln Ave.
Beaver Dam, WI 53916
(920) 887-0387
(262) 666-6483 (facsimile)
aprilrbarker@rocksteadlaw.com

Co-Counsel:
George Burnett
LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.
231 S. Adams Street
Green Bay, WI 54301
P.O. Box 23200
Green Bay, WI 54305-3200
Phone: (920) 437-0476
Fax: (920) 437-2868
State Bar No. 1005964