IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

ANDREW L. COLBORN,
                Plaintiff

NETFLIX, INC., et al.,                          Case No. 19-CV-484
                Defendants.

---

**PLAINTIFF'S CIVIL L.R. 7(h) EXPEDITED
MOTION FOR CLARIFICATION OF PRIOR TEXT-ONLY ORDER**

---

Plaintiff, by his undersigned counsel, respectfully moves the Court for clarification of the October 26, 2022, text order permitting him to exceed the pages limits for his response to the Defendants' two respective summary judgment motions, to clarify that he may submit a combined response to both motions. In support of this motion, Plaintiff states as follows:

1. The Court granted Plaintiff's prior motion to exceed page limits otherwise applicable by local rule, granting the Plaintiff up to 45 pages to respond to each of the Defendants' motions.

2. Plaintiff is in the process of editing his response(s) to Defendants' motions. While a final decision has not been made, a combined response that addresses both of Defendants' motions is strongly being considered as it may be more logical and easier to read and follow for the Court and parties.

3. Defendants' counsel had previously indicated that they did not object to a motion for leave to file response briefs of 45 pages if Plaintiff responds separately to each Defendant's brief or to file a combined brief of up to 90 pages.

4. Plaintiff's counsel apologizes to the Court if his prior motion was confusing regarding this issue.

Dated this 28th day of October, 2022.

By:   /s/ April Rockstead Barker
     April Rockstead Barker
     State Bar No. 1026163
     ROCKSTEAD LAW, LLC
     Mailing address: 525 N. Lincoln Ave.
     Beaver Dam, WI 53916
     (920) 887-0387
     (262) 666-6483 (facsimile)
     aprilrbarker@rocksteadlaw.com

Co-Counsel:
George Burnett
LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.
231 S. Adams Street
Green Bay, WI 54301
P.O. Box 23200
Green Bay, WI   54305-3200
Phone:   (920) 437-0476
Fax:   (920) 437-2868
State Bar No. 1005964