IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ANDREW L. COLBORN,

                    Plaintiff

NETFLIX, INC., et al.,                                   Case No. 19-CV-484

                    Defendants.

## PLAINTIFF'S MOTION TO TEMPORARILY RESTRICT AS TO VIDEO EVIDENCE

Pursuant to Rule 5.2(d) o the Federal Rules of Civil Procedure and Civil Local Rule 79(d)(4), Plaintiff, by his undersigned counsel, respectfully moves the Court to restrict from public access video evidence contained on a removable drive that is being submitted separately to the Court by courier for delivery tomorrow (November 4, 2022) until the Court decides the merits of certain Defendants' motions to restrict access to such materials. In support of this motion, Plaintiff states as follows:

1. Defendants Chrome Media, LLC, Laura Ricciardi, and Moira Demos have filed a motion to restrict access to raw footage of the Steven Avery trial, claiming that there is good cause to do so. Dkt #280 at pp. 1-6.

2. The removable drive that is arriving by courier as part of Plaintiff's response to Defendants' summary judgment motions contains Chrome footage of the Avery trial.

3. Plaintiff has opposed Chrome's motion, see Dkt #298, but Plaintiff requests that the Court accept the material under seal until it can decide the merits of Chrome's motion.

Dated this 3rd day of November, 2022.

By:   /s/ April Rockstead Barker
     April Rockstead Barker
     State Bar No. 1026163
     ROCKSTEAD LAW, LLC
     Mailing address: 525 N. Lincoln Ave.
     Beaver Dam, WI 53916
     (920) 887-0387
     (262) 666-6483 (facsimile)
     aprilrbarker@rocksteadlaw.com


Co-Counsel:
George Burnett
LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.
231 S. Adams Street
Green Bay, WI 54301
P.O. Box 23200
Green Bay, WI   54305-3200
Phone:   (920) 437-0476
Fax:   (920) 437-2868
State Bar No. 1005964