November 3, 2022

*Attorney George Burnett*
*GB@lcojlaw.com*

**VIA FEDERAL EXPRESS AND E-FILING**
Clerk, U.S. District Court Eastern District
Milwaukee Division
517 E. Wisconsin Ave
Milwaukee, WI 53202

**RE:** **Colborn v. Netflix, et al**
     **Case No.: 19-CV-484**

Dear Clerk:

Plaintiff will electronically file a Brief in Opposition to Defendants' Motions for Summary Judgment and supporting Declarations. Enclosed please find the following:

1. A flash drive containing Exhibit 1 to the Declaration of Andrew L. Colborn (voicemail recordings received on office phone line while working at the Manitowoc County Sheriff's Department between 1-3-16 and 11-16-16) as produced in discovery were produced in discovery as Colborn-000787 – 875; and

2. A flash drive containing Exhibits 3, 4 and 5 to the Declaration of April Rockstead Barker (Ex 3: comparison video of showing raw footage produced by defendants labeled CHRM 867 14:35 – 15:08 vs. Episode 5 55:31 –55:54 / Ex 4: comparison video of showing raw footage produced by defendants labeled CHRM 868 7:10 – 7:20 vs. Episode 7 at 24:20 – 24:30 / Ex 5: several videos of raw footage - Chrome # 864 14:45 – 14:55 (10 seconds), Chrome # 866 5:54 – 6:00 (6 seconds), Chrome # 866 7:10 – 7:25 (15 seconds), Chrome # 866 10:58 – 11:08 (10 seconds), Chrome # 867 29:40 -30:21 (41 seconds), Chrome # 867 31:00 – 31:17 (17 seconds))

The flash drive containing Exhibits 3, 4 and 5 to the Declaration of April Rockstead Barker is marked as confidential and the subject of a notice of motion and motion to file under seal also being filed electronically.

Please feel free to contact me with any question or concerns regarding this correspondence or its enclosures.

Very truly yours,

**LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.**

By: *Electronically signed by George Burnett*
George Burnett

GB/cll *(201915.001-#4401399)*
Enclosures
c: Attorney Leita Walker
Attorney Kevin L. Vick