# Exhibit 1

```
 1              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF WISCONSIN
 2    ----------------------------------------------------
      ANDREW COLBORN,
 3
              Plaintiff,                    COPY
 4
      -vs-              CIVIL ACTION NO. 19-CV-0484-BHL
 5
      NETFLIX, INC., ET AL.,          VOLUME I
 6
              Defendants.
 7    ----------------------------------------------------

 8               VIDEOTAPED DEPOSITION OF

 9                   ANDREW L. COLBORN

10    ----------------------------------------------------

11
      DATE:               July 21, 2022
12
      TIME:               9:23 a.m. - 5:22 p.m.
13
      LOCATION:           Godfrey & Kahn, S.C.
14                        833 East Michigan Street
                          Suite 1800
15                        Milwaukee, Wisconsin  53202

16

17

18

19

20

21
      REPORTED BY:
22    Paula Huettenrauch, RMR, CRR
      365Reporting, LLC
23
      VIDEOGRAPHER:
24    Jon Hansen, CLVS
      Video Concepts
25    608.408.7411
```

                                                                    1

1　　　　　　　　　　A P P E A R A N C E S

2

3　　LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C., BY
　　　R. GEORGE BURNETT, ATTORNEY AT LAW
4　　231 South Adams Street
　　　Green Bay, Wisconsin   54301
5　　Gb@lcojlaw.com
　　　appeared on behalf of the Plaintiff.
6

7　　ROCKSTEAD LAW, LLC, BY
　　　APRIL ROCKSTEAD BARKER, ATTORNEY AT LAW
8　　525 North Lincoln Avenue
　　　Beaver Dam, Wisconsin   53916
9　　aprilrbarker@rocksteadlaw.com
　　　appeared on behalf of the Plaintiff.
10

11　　BALLARD SPAHR LLP, BY
　　　LEITA WALKER, ATTORNEY AT LAW
12　　2000 IDS Center
　　　80 South 8th Street
13　　Minneapolis, Minnesota   55402
　　　walkerl@ballardspahr.com
14　　appeared on behalf of Netflix, Inc.

15
　　　BALLARD SPAHR LLP, BY
16　　ISABELLA SALOMAO NASCIMENTO, ATTORNEY AT LAW
　　　2000 IDS Center
17　　80 South 8th Street
　　　Minneapolis, Minnesota   55402
18　　salomaonascimentoi@ballardspahr.com
　　　appeared on behalf of Netflix, Inc.
19

20　　BALLARD SPAHR LLP, by
　　　EMMY S. PARSONS, ATTORNEY AT LAW
21　　1909 K Street NW, Suite 1200
　　　Washington, DC   20006-1157
22　　parsonse@ballardspahr.com
　　　appeared via Zoom videoconference on
23　　behalf of Netflix, Inc.

24

25

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2

1    BALLARD SPAHR LLP, by
     MATTHEW E. KELLEY, ATTORNEY AT LAW
2    1909 K Street NW, Suite 1200
     Washington, DC  20006-1157
3    kelleym@ballardspahr.com
     appeared via Zoom videoconference on
4    behalf of Netflix, Inc.

5

     JASSY VICK CAROLAN LLP, by
6    KEVIN L. VICK, ATTORNEY AT LAW
     355 South Grand Avenue, Suite 2450
7    Los Angeles, California  90071
     kvick@jassyvick.com
8    appeared on behalf of Chrome Media LLC,
     Laura Ricciardi, and Moira Demos.

9

10   JASSY VICK CAROLAN LLP, by
     MEGHAN E. FENZEL, ATTORNEY AT LAW
11   355 South Grand Avenue, Suite 2450
     Los Angeles, California  90071
12   mfenzel@jassyvick.com
     appeared via Zoom videoconference on
13   behalf of Chrome Media LLC, Laura Ricciardi, and
     Moira Demos.
14
     ***
15

16   ALSO PRESENT:

17   Debra Bursik, Paralegal

18   Moira Demos, Defendant

19   Laura Ricciardi, Defendant

20   Melinda LeMoine, Director, Litigation, Netflix, Inc.

21

22

23

24

25

3

1    A    Yes, I do.

2    Q    But unless Mr. Griesbach was in the room
3  with you or any of us sitting here today were in the
4  room with you, none of us can know with 100 percent
5  certainty, correct?

6    A    I would think that I drove that point home
7  in the trial, and based on the subsequent conviction,
8  I believe the jury was convinced of it.

9    Q    We would have to trust you, correct,
10 Mr. Colborn?

11   A    Yes, you would have to trust that I was
12 telling the truth under oath.

13   Q    And the jury found for the prosecution and
14 convicted Mr. Avery, correct?

15   A    Yes, they did.

16   Q    And the jury's findings were included in
17 Making a Murderer, correct?

18              MR. BURNETT:  Objection, form.

19   Q    Do you know?

20   A    I have not watched a clip of or any of
21 Making a Murderer when the jury verdict is read or --
22 so I can't answer you positively.  I don't know what
23 was included.  I don't know what episode that was in.

24   Q    You have no reason to dispute that it was
25 included, correct?

174

1                        CERTIFICATION PAGE

2

3      STATE OF WISCONSIN        )

4      MILWAUKEE COUNTY          )

5

                 I, PAULA M. HUETTENRAUCH, RMR, CRR,
6      Notary Public in and for the State of Wisconsin, do
       hereby certify:
7
                 That prior to being examined, the
8      deponent named in the foregoing deposition,
       ANDREW L. COLBORN, was by me duly sworn to testify
9      the truth, the whole truth, and nothing but the
       truth.
10
                 That said deposition was taken before
11     me at the time, date, and place set forth; and I
       hereby certify the foregoing is a full, true, and
12     correct transcript of my shorthand notes so taken and
       thereafter reduced to computerized transcription
13     under my direction and supervision.

14               I further certify that I am neither
       counsel for nor related to any party to said action,
15     nor in any way interested in the outcome thereof; and
       that I have no contract with the parties, attorneys,
16     or persons with an interest in the action that
       affects or has a substantial tendency to affect
17     impartiality, or that requires me to provide any
       service not made available to all parties to the
18     action.

19
       IN WITNESS WHEREOF, I have hereunto
20     subscribed my name this 28th day of July, 2022.

21
       *Paula Huettenrauch* (signature)
22
       Paula M. Huettenrauch, RMR, CRR
23     Notary Public - State of Wisconsin

24     My Commission Expires 8/18/2023

25

                                                                    251

```
 1              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF WISCONSIN
 2   ---------------------------------------------------
     ANDREW COLBORN,
 3
              Plaintiff,
 4
     -vs-                   CIVIL ACTION NO. 19-CV-0484-BHL
 5
     NETFLIX, INC., ET AL.,          VOLUME II
 6
              Defendants.
 7   ---------------------------------------------------

 8            CONTINUED VIDEOTAPED DEPOSITION OF

 9                   ANDREW L. COLBORN

10   ---------------------------------------------------

11   DATE:              July 22, 2022

12   TIME:              9:02 a.m. - 4:40 p.m.

13   LOCATION:          Godfrey & Kahn, S.C.
                        833 East Michigan Street
14                      Suite 1800
                        Milwaukee, Wisconsin  53202
15

16

17

18

19

20

21
     REPORTED BY:
22   Paula Huettenrauch, RMR, CRR
     365Reporting, LLC
23
     VIDEOGRAPHER:
24   Jon Hansen, CLVS
     Video Concepts
25   608.408.7411
```

COPY

252

1                    A P P E A R A N C E S

2

3     LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C., BY
      R. GEORGE BURNETT, ATTORNEY AT LAW
4     231 South Adams Street
      Green Bay, Wisconsin  54301
5     Gb@lcojlaw.com
      appeared on behalf of the Plaintiff.
6

7     ROCKSTEAD LAW, LLC, BY
      APRIL ROCKSTEAD BARKER, ATTORNEY AT LAW
8     525 North Lincoln Avenue
      Beaver Dam, Wisconsin  53916
9     aprilrbarker@rocksteadlaw.com
      appeared on behalf of the Plaintiff.
10

11    BALLARD SPAHR LLP, BY
      LEITA WALKER, ATTORNEY AT LAW
12    2000 IDS Center
      80 South 8th Street
13    Minneapolis, Minnesota  55402
      walkerl@ballardspahr.com
14    appeared on behalf of Netflix, Inc.

15
      BALLARD SPAHR LLP, BY
16    ISABELLA SALOMAO NASCIMENTO, ATTORNEY AT LAW
      2000 IDS Center
17    80 South 8th Street
      Minneapolis, Minnesota  55402
18    salomaonascimentoi@ballardspahr.com
      appeared on behalf of Netflix, Inc.
19

20    BALLARD SPAHR LLP, by
      EMMY S. PARSONS, ATTORNEY AT LAW
21    1909 K Street NW, Suite 1200
      Washington, DC  20006-1157
22    parsonse@ballardspahr.com
      appeared via Zoom videoconference on
23    behalf of Netflix, Inc.

24

25

253

```
 1    BALLARD SPAHR LLP, by
      MATTHEW E. KELLEY, ATTORNEY AT LAW
 2    1909 K Street NW, Suite 1200
      Washington, DC  20006-1157
 3    kelleym@ballardspahr.com
      appeared via Zoom videoconference on
 4    behalf of Netflix, Inc.

 5

      JASSY VICK CAROLAN LLP, by
 6    KEVIN L. VICK, ATTORNEY AT LAW
      355 South Grand Avenue, Suite 2450
 7    Los Angeles, California   90071
      kvick@jassyvick.com
 8    appeared on behalf of Chrome Media LLC,
      Laura Ricciardi, and Moira Demos.

 9

10    JASSY VICK CAROLAN LLP, by
      MEGHAN E. FENZEL, ATTORNEY AT LAW
11    355 South Grand Avenue, Suite 2450
      Los Angeles, California   90071
12    mfenzel@jassyvick.com
      appeared via Zoom videoconference on
13    behalf of Chrome Media LLC, Laura Ricciardi, and
      Moira Demos.
14
      ***
15

16    ALSO PRESENT:

17    Debra Bursik, Paralegal

18    Moira Demos, Defendant

19    Laura Ricciardi, Defendant

20    Melinda LeMoine, Director, Litigation, Netflix, Inc.

21

22

23

24

25
                                                                        254
```

1  A   During trial?

2  Q   At any time.

3  A   I believe Kathleen Zellner might have tried
4  some sort of reenactment of it, but I haven't viewed
5  the reenactment.

6  Q   Anyone from law enforcement side doing
7  something similar that you've heard of?

8  A   No.

9  Q   Now, prior to that day that the key was
10 discovered, you had previously searched the room,
11 right, on previous days?

12 A   Yes. Yes, sir.

13 Q   And during searches on previous days, had
14 you personally searched the bookcase?

15 A   Yes.

16 Q   But you didn't find the key at that time?

17 A   No.

18 Q   And nobody else did either, right?

19 A   No.

20 Q   Does it surprise you that it wasn't found
21 until that day, on November 8th?

22 A   I was surprised that we found it on the last
23 day, yes.

24 Q   Can you understand how someone who wasn't
25 there for the search like yourself, Lieutenant Lenk,

1 and Deputy Kucharski, can you understand how they
2 might have some uncertainty about your three's
3 explanation about how the key came to be found that
4 day?
5 　　　　　MR. BURNETT: Objection, form,
6 foundation.
7 　A　I don't have an instinctive distrust of law
8 enforcement. I trust law enforcement because I was
9 in it for 27 years. So I like to think that my
10 testimony and when I say something, people understand
11 that I'm under oath and I'm saying the truth. If I
12 don't know the answer to a question, I say I don't
13 know.
14 　Q　But can you understand how people who didn't
15 know you personally, I'm not saying that they
16 necessarily think that you're lying, but how they
17 could walk away from hearing the explanation of how
18 the key was found and just say, "I'm not sure what
19 happened"?
20 　　　　　MR. BURNETT: Objection --
21 　Q　Can you understand that?
22 　　　　　MR. BURNETT: Objection to form and
23 foundation.
24 　A　My explanation at trial was the only
25 possible way I could think that that key got to where

CERTIFICATION PAGE

STATE OF WISCONSIN    )

MILWAUKEE COUNTY      )

       I, PAULA M. HUETTENRAUCH, RMR, CRR, Notary Public in and for the State of Wisconsin, do hereby certify:

       That prior to being examined, the deponent named in the foregoing deposition, ANDREW L. COLBORN, was by me duly sworn to testify the truth, the whole truth, and nothing but the truth.

       That said deposition was taken before me at the time, date, and place set forth; and I hereby certify the foregoing is a full, true, and correct transcript of my shorthand notes so taken and thereafter reduced to computerized transcription under my direction and supervision.

       I further certify that I am neither counsel for nor related to any party to said action, nor in any way interested in the outcome thereof; and that I have no contract with the parties, attorneys, or persons with an interest in the action that affects or has a substantial tendency to affect impartiality, or that requires me to provide any service not made available to all parties to the action.

IN WITNESS WHEREOF, I have hereunto subscribed my name this 28th day of July, 2022.

*Paula Huettenrauch*
Paula M. Huettenrauch, RMR, CRR
Notary Public - State of Wisconsin

My Commission Expires 8/18/2023