

Meghan Fenzel
mfenzel@jassyvick.com

November 4, 2022

<u>Via CM/ECF and Federal Express</u>

Hon. Brett H. Ludwig, United States District Judge
U.S. District Court for the Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

      **Re:    Video Exhibit to Declaration of Meghan Fenzel in Support of Opposition to Plaintiff's Motion for Partial Summary Judgment, *Colborn v. Netflix, Inc. et al.*, Case No. 19-CV-484**

Hon. Brett H. Ludwig:

      Defendants Chrome Media, LLC f/k/a Synthesis Films, LLC, Laura Ricciardi, and Moira Demos (collectively, the "Producer Defendants") will submit an Opposition to Plaintiff's Motion for Partial Summary Judgment with Supplemental Proposed Findings of Fact and supporting Declaration of Meghan Fenzel.

Enclosed please find a USB drive containing Exhibit 3 to the Declaration of Meghan Fenzel, part two of a three-part video interview with Avery trial juror Rick Maher by Mark Hoddinott, published on YouTube on June 7, 2022 at https://youtu.be/eAHTZV0I-mU and produced by Netflix as YOUTUBE0000004.

This exhibit is in response to Plaintiff's Motion at Dkt. 284. This letter was filed at Dkt. 313 as indicated by the CM/ECF stamp in the footer. The USB drive will be delivered by Federal Express on Monday, November 7, 2022.

                                                             Sincerely,

                                                             Meghan Fenzel
                                                             JASSY VICK CAROLAN LLP