IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ANDREW L. COLBORN,
        Plaintiff

v.

NETFLIX, INC., et al.,
        Defendants.

Case No. 19-CV-484

## DECLARATION OF BARBARA COLBORN

STATE OF WISCONSIN    )
                                   ) SS
COUNTY OF MANITOWOC  )

ANDREW L. COLBORN, being first duly sworn on oath, deposes and says:

1. My name is Barbara Colborn and I previously was married to Andrew Colborn.

2. A divorce action was filed on March 10, 2021 and the divorce was finalized on February 23, 2022.

3. I received a subpoena from the Netflix defendants, a copy of which is attached hereto as exhibit 1.

4. On the Friday before the date of my subpoena, I received a call from Attorney Leita Walker who explained to me if I spoke to her over the phone that day, I didn't need to come on Monday. I felt like I had no choice but to talk to her as I had received the subpoena and it saved me from having to go in person on Monday. Leita Walker told me she was recording this call. To the best of my knowledge, no one else was present on that call.

1

5. Leita Walker asked me if Andy acted differently after Making a Murderer was released and I confirmed he did. I confirmed that maybe Andy was drinking more, but it was hard to quantify and Andy did not overindulge in alcohol. Leita Walker seemed to be concentrating on his drinking but I wanted to make sure to point out he did not overindulge and was not a drunk.

6. Andy did experience anxiety during the 2007 trial of Steven Avery, but following the trial, Andy's anxiety reduced. Avery was found guilty so the case was resolved.

7. Following the release of Making a Murderer (MAM), Andy's anxiety increased and it was much worse than it was during the trial. Andy never returned to normal after MAM and he was never able to let go of the defamation that he endured. It consumed him.

8. After (MAM), Andy was quieter and didn't want to go out in public. He was suspicious of everyone, whether they were thinking he was guilty or not, and Andy felt that others thought he was somehow involved.

9. Andy always took his job as a law enforcement officer seriously and was offended about how MAM was portraying him.

10. Following the release of MAM, Andy received several threatening emails and voice mail messages. I had heard some of the voice mail messages and had seen some of the emails. We received mail from strange addresses and Andy had instructed me not to open any mail. Once we received exploding graffiti. Someone from Florida sent him popcorn and shark teeth.

11. Following the release of Making a Murderer, Andy would use a fake name when he was registering his car at car shows as he was afraid someone would vandalize his car if he used his real name. He attended maybe 10 car shows where he used a fake name.

12. He boarded up the door at home as he felt I was at risk of getting attacked or robbed. This scared me. If a strange car was in the driveway, Andy became heightened. Whenever there would be a rally to free Steve Avery in Manitowoc, Andy wanted me to be extra vigilant. This all occurred after the release of Making a Murderer.

13. Andy was worried about the children also and told the kids to be on the lookout whenever anything about Avery was in the news.

10/31/2022 Barbara Colborn

*4390696*