IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ANDREW L. COLBORN
    Plaintiff,

v.

Case Number: 19-CV-484

NETFLIX, INC., et al.
    Defendants.

## DECLARATION OF DEBRA L. BURSIK

STATE OF WISCONSIN    :
                         : SS
COUNTY OF BROWN    :

    Debra L. Bursik, being first duly sworn on oath, deposes and says:

    1.    I work by contract for the Law Firm of Conway, Olejniczak & Jerry, S.C. I submit this declaration in support of Plaintiff's Brief in Opposition to Defendants' Motions for Summary Judgement. If I were asked to testify, I would testify consistent with this declaration, and I have personal knowledge of all facts set forth herein.

    2.    Attached as Exhibit 1 are Defendants Laura Ricciardi, Moira Demos, and Chrome Media LLC's Responses and Objections to Plaintiff's Seventh Request for Production of Documents.

    3.    Attached as Exhibit 2 is a letter from Atty. Kevin Vick dated August 26, 2022 on Defendant's response to discovery deficiencies raised by Plaintiff.

    4.    Attached as Exhibit 3 is a letter from Atty. Christina Sommers dated August 23, 2022 regarding defendant's discovery deficiencies.

5. I have reviewed the discovery provided by Defendants Laura Ricciardi, Moira Demos, and Chrome Media LLC and found only 5 emails produced after December 18, 2015.

6. Attached as exhibit 4 is an article wrote by John Ferak that was located on the internet : https://patch.com/wisconsin/across-wi/andy-colborn-tried-sue-buting-strang-john-ferak.

Dated this 4th day of November, 2022.

*signature*

Debra L. Bursik

*4402667*