**EXHIBIT 1 – VOICEMAIL RECORDINGS RECEIVED ON OFFICE PHONE AT MANITOWOC COUNTY SHERIFF'S DEPARTMENT BETWEEN 1/3/16 AND 11/16/16**

**PROVIDED ON FLASH DRIVE TO CLERK'S OFFICE AND COUNSEL**