Its out there for the whole world to see now. Im sickened by you & what you did to Brendan Dassey a 16 year old kid. No one is buying your rhetoric.

If you wanted us to believe Avery committed murder you should have killed a cop Idea for next time.

Calumet County is not innocent either. This is far reaching

It is my opinion that Colborn, Lenk & Petersen are at the core of this. Lets not forget Colborns call to dispatch & what that means. Lets see how they like prison.

Just so you know - I live somewhere - where free speech is still allowed - outside your dirty county.

So my DNA is all over this letter in case you need it - because I spit on it, sneezed on it & pissed on it



EXHIBIT
tabbies
2

COLBORN-005307

who really did kill Theresa were get the justice they deserve. ____

I hope Steven sues your County for $250.00 million. I have sent $$$ to help his defense to prove his innocence + put the real killers away. You should be so Proud!! Shameless

Dear Mr. Hermann -

You + your employees should be ashamed of yourselves. Your men positively know Steven Avery + his nephew are not guilty. Your police force + detectives have no respect for the law + being a Christian Woman, I'll refrain from saying what I think about Andrew Colborn. Before its said + done those ⟶

COLBORN-005308

You planted evidence +
Set-up Steven Avey +
his nephew so your
County Would not have
to pay him $32 million.
How do you sleep at
night?


Mr. Colborn.

One Day the truth is going
to come out.
You knew the make +
model of car before it was
rep missing.
You are a very sick person!

COLBORN-005309

To whom it may concern,

Please, do not be a coward and stop reading this as soon as you hear what I have to say about the injustices of your police department. I truly hope this falls in the hands of one of the following - (if in fact they are still active police officers - I pray they are not) - James Lenk, Andrew Colborn, Kenneth Peterson, Tom Fassbender, Mark Wiegert, Gene Kusche, Tom Kocourek, or Judy Dvorak. Now, I am aware that not all of these people had a hand in the framing of <u>Steven Avery</u> and Brendan Dassey but I still hold the whole department for allowing such corrupt officers to be in place. I have read things online from Mr. Kratz, the despicable prosecutor, as well as others, saying "Oh! no, you don't know the whole story - people don't know what they are talking about!" Well, let me tell you something, you are right - I have not seen everything. But, I have seen enough. Let's just go over a couple things. I think it's pretty funny that a key was found by one of your officers - WEEKS into the investigation. You're telling me that wouldn't have been found sooner? Oh, and how about that you instructed someone to "Put ~~Steven's~~ Teresa's in Steven Avery's trailer or garage." What the fuck? You are all a bunch of corrupt officers who think they can't get caught when they frame an innocent man because their department's too poor to be sued by Steven. So, don't try to tell ANYONE, they don't know the truth - because I know the truth all right. I know that you are all pricks who are now trying to cover their asses. There are even more things you did to frame Steven. So, go to hell - and do me one more favor. Stop feeling sorry for yourselves.

Bria Petrold
15 years old MA

P.S. - Please don't ~~mimartme~~ get me arrested!!!

•DEAR MR. COLBORN,

THERE IS A
PLACE IN HELL
FOR YOU.
DO REST IN
THAT KNOWLEDGE.
YOU'LL GET WHAT'S
COMING TO YOU.
DON'T WORRY!

COLBORN-005311

Colborn,
you are an

embarrassment to
our country. Please
stop framing innocent
people to save your
own ass I truly and

deeply hope you get
framed for something or
actually get convicted of
your heinous crimes. You're
truly a piece of SHIT
and should be put away.

-The entire
COUNTRY

COLBORN-005312

Dear Manitowoc Sheriff's Office,

I am writing you today because I am appalled what you would continue to employ a man, Andrew Colborn, who clearly does not respect the truth. It has been proven that he had knowledge that an innocent man was in prison and he did nothing to rectify this injustice. Is this the type of man you want working for you? The type of man who sees a wrong and does nothing to correct it? I mean power who oversees other sheriffs. He is a very poor example of an officer and I believe should be fired at the least and maybe charges should be filed against him. He is one of the reasons Teresa Halbach is dead. It is his inaction that made Steven Avery what he is and put him in her path. He is not a man who should be held up to other officers as an example and that is what he is. He did wrong and should be punished for what he did Your whole office should be ASHAMED of what you did.

Kelsey Orten

COLBORN-005313

·om:
⌐ent:                    Sunday, August 06, 2017 12:55 PM
To:                      Holly Herzog
Subject:                 the form Sheriff Contact was submitted

the form Sheriff Contact was submitted, this is the list of values it contained, you can turn this email off under workflows in Umbraco Contour

**Name:**

marjory banks

**Phone Number:**

**Email Address:**

**Questions/Comments:**

Just out in interest, on a scale of 1-10, how utterly fucking bent was sheriff Colborn in the Steven Avery Case? For clarification, 10 is really bent. And for translation purposes, in UK English, bent means "corrupt, deceitful." Also I didn't know your department employed educationally sub-normal, lying, evidence-planting pricks like Colborn, Must be a great comfort to you to work for an organisation that does it.

I'm just glad I didn't get on the wrong side of one your hateful little arseholes a few years back otherwise it could've be taking it up the arse from Katz and all the other corrupt cunts in your dept who framed that poor bastard.

Yours sincerely
Marjory

COLBORN-005314

| | |
|---|---|
| From: | Andrew Colborn |
| Sent: | Monday, August 29, 2016 2:43 PM |
| To: | 'Delonte' |
| Subject: | RE: New scientific testing |

Dear sir, There is decidedly a war on law enforcement, in fact books have been written on that very subject. If after reading the police reports on this case AND reading everyone's court trial testimony you still arrive at the conclusion that I am a "bad apple" or that I did something corrupt or felonious is beyond belief to me. The people who killed that poor girl were convicted of their crimes and are, as they should be, incarcerated. No one within the numerous law enforcement agencies who investigated this case planted anything or did anything to set up Mr. Avery or Mr. Dassey, nor was anyone ordered to do it as you imply. I am saddened that someone of your obvious intellect would be so easily convinced by a "documentary" that is so cleared slanted and biased. The system is not perfect, nothing is, but it is by far the best system in the civilized world and in this particular case, clearly convicted and held accountable the two individuals who committed this horrible crime. Everyone is entitled to their opinion, and I don't believe that I am going to be able to change yours. Again, that is saddening, as this is a clear case of when the justice system got it correct. Best regards, and again I would encourage you to review trial testimony and police reports that are unedited by the producers of the Netflix documentary who are only in this for greed.

Lt. Andrew Colborn
Manitowoc County Sheriff's Department
Office
Cell

This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.

-----Original Message-----
From: Delonte
Sent: Monday, August 29, 2016 1:43 PM
To: Andrew Colborn
Subject: Re: New scientific testing

Lt. Colborn,

Thank you for your response! I am indeed a concerned Wisconsin resident. I disagree, I do not believe there is a war on law enforcement (outside of that maniac in Dallas). There has been a public outcry for change. It is obvious to those that think critically that our criminal justice system is terribly flawed and in need of an overhaul.

I fully support law enforcement but it only takes a few bad apples to erode the public's trust. Unfortunately, it's not just the bad apples that have lost that trust. It's the entire system. A system that is more concerned with convictions, elections, incarcerations, and $$$$. What about seeking the truth or justice even? Further, where is the accountability? low many of you operate above the law? I am not just speaking in superlatives. I am talking about your department specifically. No one is taking responsibility. It appears MTSO also has an inability to take criticism. Well, get used to it.

1

I'm afraid your department is a frightening prime example of the flaws in the criminal justice system and what happens when the bad apples are in charge.

was not convinced after watching the documentary Making a Murderer. Anyone could see the documentary had a particular point of view. I wanted to know more so I read and re read the reports. Stunned, I saw that not only was the narrative in Making a Murderer true, the reality was even worse. Terrible misconduct and a lack of respect for those who live in your community. Further, I observed corruption and behavior that was felonious. However, once again I ask, how many of you operate above the law? What is going on there?!

You have a chance to get on the right side of this before all of the lies unravel. I am not a mouth breather who watched Making a Murderer and vilified you. I recognize you are a human being that may have made some really bad decisions and may have been taking orders from some bad apples. Don't wait until it's too late to get on the right side of this.

Side note, my email address is not meant to disrespect. It is a reference to former NBA players Delonte West and JJ Hickson. Google it for entertainment.

I look forward to hearing from you,

Patrick

> On Aug 28, 2016, at 11:52 AM, Andrew Colborn                                    wrote:
>
> I see you signed this Concerned WI resident, I would hope your concern is focused on the war against law enforcement, but judging from your email address I would guess not. But don't worry, despite the constant attacks by unethical attorneys and a biased media, we will still continue to protect you from convicted killers.
>

> Lt. Andrew Colborn
> Manitowoc County Sheriff's Department

        Office
        Cell

>
> This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.
>
>
> -----Original Message-----
> From: Delonte
> Sent: Saturday, August 27, 2016 11:05 AM
> To: Andrew Colborn
> Subject: New scientific testing
>
> Hi Andy,
>
> What do you think of the new motion for scientific testing in the Steven Avery appeal?
>
  Concerned WI resident,
>
> Patrick

?

COLBORN-005316

## Andrew Colborn

**From:** Delonte
**Sent:** Tuesday, August 30, 2016 2:28 PM
**To:** Andrew Colborn
**Subject:** Re: New scientific testing

Lt. Colborn,

I am open minded. I am open to you changing my mind. I am surprised you would recommend Dan O'Donnell or Michael Griesbach. If you have a problem with Netflix making money off of Making a Murderer you should also have a problem with O'Donnell and Griesbach generating attention and trying to make money off of the same story.

I am familiar with Dan O'Donnell. I have listened to his podcast and it is obvious he hasn't read the reports. If I had to choose between Dan O'Donnell and the Honorable Judge Duffin, I will pick the federal judge. Michael Griesbach is hardly just an "attorney." He is a Prosecutor for Manitowoc County. I am also familiar with his work. He ignores major issues with the case. Why was Manitowoc so involved in the investigation when they had a clear conflict of interest. Why was there no DNA of the victim at Steven's trailer? Why was only Steven's DNA found on the victims spare key? Why weren't more photos taken? Why was the coroner banned from the "crime scene?" I could go on and on. I would appreciate a response to any of those questions.

I will give the War on Cops a look. I appreciate the recommendation. Thanks again for the correspondence!

Patrick

> On Aug 30, 2016, at 1:48 PM, Andrew Colborn                                     wrote:
>

> Dear sir, NO evidence was planted!! As for Dassey's confession, I would suggest you locate and read this: Rebutting the Ridiculous Brendan Dassey Decision|Common Sense Central|News/Talk 1130 WISN by Dan O'Donnell (an attorney by trade)............As for the war on law enforcement I would suggest you read this book, The War on Cops by Heather MacDonald. It address character assassination and vilification of law enforcement, (such as accusing them of planting evidence when it never happened ) You may also want to read a book titled" Indefensible" by Michael Griesbach, who is also an attorney. It address the lies told by Making a Murderer as well as the unethical editing done by the producers in order to get people, unfortunately such as yourself, to watch the show in order for Netflix to make money. Since you continue to insinuate and accuse me of crimes that I have never committed, I feel further communication between us will be fruitless and pointless. While you have remained very civil, which I appreciate, your mind is clearly made up as per your comments. Therefore, I leave you with this, the law enforcement officers involved in this case DID NOT plant anything, and their conduct during the investigation of this case was and remains ethical and beyond reproach. Thank you for sharing your thoughts with me, I hope someday you will re-think your position.
>
> _____
> Lt. Andrew Colborn
> Manitowoc County Sheriff's Department
              Office
              Cell
>
>

> This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a

1

COLBORN-005317

person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.

>

> -----Original Message-----

> From: Delonte

> Sent: Tuesday, August 30, 2016 12:38 PM

> To: Andrew Colborn

> Subject: Re: New scientific testing

>

> Lt. Colborn,

>

> I agree with you that the media is biased. However, I don't agree there is a war on law enforcement. Maybe our disagreement is just semantics. It has been evidenced many times over that the key players in the criminal justice system lack accountability. The public calling for that to change is not a war on law enforcement. That maniac in Dallas were acts of a war on law enforcement. I fully support law enforcement and do not support killing cops. I also don't support cops killing people.

>

> I have read the reports and the trial testimony. Suspiciously, several people's testimony differs from their original statements in November 2005. Many peoples testimony fits the states narrative and their original statements do not. I assume this is after they were coached by the DA. If I was going to advise someone who doesn't know anything about the case, I would tell them to read the reports first. Don't bother with Making a Murderer. I would tell them to start with Brendan Dassey's interrogations and "confessions." Scary stuff right there. Anyone who thinks critically can see that those were false confessions. Not only was he unable to retell the same story twice, the investigators continually fed Brendan details to regurgitate. Never volunteering any information that was backed up by physical evidence. For those reasons and many more a federal judge recently overturned his conviction and threw out his false confession. I'm sure you are aware of Judge Duffin's decision.

> Thank God that court was there to fix mistakes made by Manitowoc, Calumet, and the DOJ. No question Brendan was just collateral in the campaign to nail Steven Avery. That type of disregard for fellow human beings is frightening.
>

> Steven's involvement with the death of Theresa Halbach is not as clear as Brendan's. The investigation was done so poorly it makes finding the truth more difficult. If Steven Avery is guilty, why was there a need to plant evidence? I'm not arguing that evidence was planted, it was. 100% evidence was planted. Which brings me back to my original email. What do you think about the new scientific testing? It sounds like in a matter of months we will definitively know if evidence was planted. Any thoughts?

>

> Thanks again, I appreciate the correspondence

>

> Patrick

>

>> On Aug 29, 2016, at 2:42 PM, Andrew Colborn <                                        wrote:

>>

>> Dear sir, There is decidedly a war on law enforcement, in fact books have been written on that very subject. If after reading the police reports on this case AND reading everyone's court trial testimony you still arrive at the conclusion that I am a "bad apple" or that I did something corrupt or felonious is beyond belief to me. The people who killed that poor girl were convicted of their crimes and are, as they should be, incarcerated. No one within the numerous law enforcement agencies who investigated this case planted anything or did anything to set up Mr. Avery or Mr. Dassey, nor was anyone ordered to do it as you imply. I am saddened that someone of your obvious intellect would be so easily convinced by a "documentary" that is so cleared slanted and biased. The system is not perfect, nothing is, but it is by far he best system in the civilized world and in this particular case, clearly convicted and held accountable the two individuals who committed this horrible crime. Everyone is entitled to their opinion, and I don't believe that I am going to be able to change yours. Again, that is saddening, as this is a clear case of when the justice system got it correct. Best

2

COLBORN-005318

regards, and again I would encourage you to review trial testimony and police reports that are unedited by the producers of the Netflix documentary who are only in this for greed.

\>>
\>
\> Lt. Andrew Colborn

\>> Manitowoc County Sheriff's Department

\>         Office
\>         Cell
\>>
\>>

\>> This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.

\>>

\>> -----Original Message-----

\>> From: Delonte [mailto

\>> Sent: Monday, August 29, 2016 1:43 PM

\>> To: Andrew Colborn <

\>> Subject: Re: New scientific testing

\>>

\>> Lt. Colborn,

\>>

\>> Thank you for your response! I am indeed a concerned Wisconsin resident. I disagree, I do not believe there is a war on law enforcement (outside of that maniac in Dallas). There has been a public outcry for change. It is obvious to those that think critically that our criminal justice system is terribly flawed and in need of an overhaul.
·>

\>> I fully support law enforcement but it only takes a few bad apples to erode the public's trust. Unfortunately, it's not just the bad apples that have lost that trust. It's the entire system. A system that is more concerned with convictions, elections, incarcerations, and $$$$. What about seeking the truth or justice even? Further, where is the accountability? How many of you operate above the law? I am not just speaking in superlatives. I am talking about your department specifically. No one is taking responsibility. It appears MTSO also has an inability to take criticism. Well, get used to it. I'm afraid your department is a frightening prime example of the flaws in the criminal justice system and what happens when the bad apples are in charge.

\>>

\>> I was not convinced after watching the documentary Making a Murderer. Anyone could see the documentary had a particular point of view. I wanted to know more so I read and re read the reports. Stunned, I saw that not only was the narrative in Making a Murderer true, the reality was even worse. Terrible misconduct and a lack of respect for those who live in your community. Further, I observed corruption and behavior that was felonious. However, once again I ask, how many of you operate above the law? What is going on there?!

\>>

\>> You have a chance to get on the right side of this before all of the lies unravel. I am not a mouth breather who watched Making a Murderer and vilified you. I recognize you are a human being that may have made some really bad decisions and may have been taking orders from some bad apples. Don't wait until it's too late to get on the right side of this.

\>>

\>> Side note, my email address is not meant to disrespect. It is a reference to former NBA players Delonte West and JJ Hickson. Google it for entertainment.

\>>

\>> I look forward to hearing from you,

\>>

\>> Patrick

3

Case 1:19-cv-00484-BHL Filed 11/04/22 Page 13 of 142 Document 317-2
COLBORN-005319

>>
>>> On Aug 28, 2016, at 11:52 AM, Andrew Colborn                                    wrote:
>>>

>> I see you signed this Concerned WI resident, I would hope your concern is focused on the war against law
nforcement, but judging from your email address I would guess not. But don't worry, despite the constant attacks by
unethical attorneys and a biased media, we will still continue to protect you from convicted killers.
>>>
>>>  _____

>>> Lt. Andrew Colborn

>>> Manitowoc County Sheriff's Department

>>:                    Office
>>>                    Cell
>>>
>>>

>>> This message is intended for the use of the person or organization to whom it is addressed. It may contain
information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended
recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use
of this message or the information that it contains is not authorized and may be prohibited by law.
>>>
>>>

>>> -----Original Message-----

>>> From: Delonte

>>> Sent: Saturday, August 27, 2016 11:05 AM

>>> To: Andrew Colborn

>>> Subject: New scientific testing

>>>

>> Hi Andy,

>>>

>>> What do you think of the new motion for scientific testing in the Steven Avery appeal?

>>>

>>> Concerned WI resident,

>>>

>>> Patrick

COLBORN-005320

om:
_ent:                  Tuesday, March 28, 2017 11:53 AM
To:                    Holly Herzog
Subject:               the form Sheriff Contact was submitted

the form Sheriff Contact was submitted, this is the list of values it contained, you can turn this email off under workflows in Umbraco Contour

**Name:**

Che Carson

**Phone Number:**

**Email Address:**

**Questions/Comments:**

Hi,

I've been viewing a documentary which features a person whom I believe to be employed by the Manitowoc County Sheriff's Office, one Andrew Colborn.

If this is indeed the case how can the Manitowoc County see fit to employ an individual of such questionable character?

Obviously there are good and just people who reside in Manitowoc County, surely a decent human could be found to take the place of such an untrustworthy individual.

My only hope is that I am totally misinformed and that Manitowoc County Sheriffs Department no longer has individuals as corrupt as Andrew Colborn in their employment.

Regards,

Che Carson

1

COLBORN-005321

7-26-16

Andy, Andy, Andy. . . .

It is pretty obvious you saw and found the RAV 4 _BEFORE_ it was officially found. Why don't you clear your soul and admit this. The bigger question is: Did you or **Pam** get a tip from "somebody" about where is was? Who was that "somebody"?

Andy... Avery & Dassey are 100% innocent, how do you live with yourself?

Mark Musial,

COLBORN-005322

## Robert Hermann

**From:** paul capaldi
**Sent:** Wednesday, May 18, 2016 5:30 AM
**To:** Robert Hermann
**Subject:** Please Forward

Hello Robert,
Could you please forward this letter to Andrew Colburn.?
If that is not possible, do you have an email adress for him?
Thanks in advance
Paul.

29 Langhaugh Crescent
Galashiels
Selkirkshire
Scotland

Hello Andrew.

My name is Paul Capaldi.

I am a peripatetic music teacher in the Scottish Borders.

I am a year younger than a gentleman you know quite well whose name is Steven Avery.

However, I had never heard of him, or where he hails from, until mid February.

On a night out in Glasgow with my wife and youngest daughter Emily, I first heard about both him, and what is sure to go down in history as the most evil, dangerous and corrupt Sheriffs department in history.

Emily, who is studying journalism at Clyde College, told us about a program she watched on Netflix called "Making a Murderer" You yourself may have heard of it?

She explained that this gentleman, Steven Avery was exonerated for an assault that he did not commit, after having served 18 years of a 32 year sentence.

This created a huge problem for the evil sheriff department however, because they already knew he was innocent, even before the trial!!

She explained that, faced with a massive compensation claim, they saw an opportunity of accusing Steven Avery of murder following the disappearance of a photographer.

Due to a conflict of interest, they were prohibited from being involved in the investigation into this alledged murder, however, the other Sheriff department from the neighbouring county could find no evidence of this ime.

I must admit, I stiff find it incredulous and almost impossible to believe what she then went on to explain.

1

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 17 of 142   Document 317-2
COLBORN-005323

That the evil sheriff department, instead of being prohibited from the investigation, actualy continued to have a very active role in the investigation and went on to "discover" evidence which was actualy planted.

The worst part was that when it came to trial some of the officers from the evil sheriffs department took the oath and then lied about what they had done.

3 months later now, I have watched that same program, read books and articles, and watched videos.

You sir, are now wishing that you had not involved yourself in this case.

The program has come right out of the blue, exploded before your very eyes and you are now left with egg all over your sorry face.

People in all 4 quarters of the globe now know what you did, why you did it and why you are now trying to deny it.

I am sorry to have to tell you this (actualy I lie)
but you and the rest of your dept. that planted evidence and then lied under oath have been found out.

If you do not own up, you will make things even worse for yourself.

You continue to deny the facts
"AT YOUR PERIL!"

Iave a nice day.
Paul
Sent from Yahoo Mail on Android

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 18 of 142   Document 317-2
COLBORN-005324

## Andrew Colborn

Dear sir, NO evidence was planted!! As for Dassey's confession, I would suggest you locate and read this: Rebutting the Ridiculous Brendan Dassey Decision|Common Sense Central|News/Talk 1130 WISN by Dan O'Donnell (an attorney by trade)............As for the war on law enforcement I would suggest you read this book, The War on Cops by Heather MacDonald. It address character assassination and vilification of law enforcement, (such as accusing them of planting evidence when it never happened ) You may also want to read a book titled" Indefensible" by Michael Griesbach, who is also an attorney. It address the lies told by Making a Murderer as well as the unethical editing done by the producers in order to get people, unfortunately such as yourself, to watch the show in order for Netflix to make money. Since you continue to insinuate and accuse me of crimes that I have never committed, I feel further communication between us will be fruitless and pointless. While you have remained very civil, which I appreciate, your mind is clearly made up as per your comments. Therefore, I leave you with this, the law enforcement officers involved in this case DID NOT plant anything, and their conduct during the investigation of this case was and remains ethical and beyond reproach. Thank you for sharing your thoughts with me, I hope someday you will re-think your position.

Lt. Andrew Colborn
Manitowoc County Sheriff's Department
        Office
        ell

This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.

-----Original Message-----
From: Delonte [mailto:
Sent: Tuesday, August 30, 2016 12:38 PM
To: Andrew Colborn
Subject: Re: New scientific testing

Lt. Colborn,

I agree with you that the media is biased. However, I don't agree there is a war on law enforcement. Maybe our disagreement is just semantics. It has been evidenced many times over that the key players in the criminal justice system lack accountability. The public calling for that to change is not a war on law enforcement. That maniac in Dallas were acts of a war on law enforcement. I fully support law enforcement and do not support killing cops. I also don't support cops killing people.

' have read the reports and the trial testimony. Suspiciously, several people's testimony differs from their original :atements in November 2005. Many peoples testimony fits the states narrative and their original statements do not I assume this is after they were coached by the DA. If I was going to advise someone who doesn't know anything about the case, I would tell them to read the reports first. Don't bother with Making a Murderer. I would tell them to start

with Brendan Dassey's interrogations and "confessions." Scary stuff right there. Anyone who thinks critically can see that those were false confessions. Not only was he unable to retell the same story twice, the investigators continually fed Brendan details to regurgitate. Never volunteering any information that was backed up by physical evidence. For hose reasons and many more a federal judge recently overturned his conviction and threw out his false confession. I'm ure you are aware of Judge Duffin's decision.

Thank God that court was there to fix mistakes made by Manitowoc, Calumet, and the DOJ. No question Brendan was just collateral in the campaign to nail Steven Avery. That type of disregard for fellow human beings is frightening.

Steven's involvement with the death of Theresa Halbach is not as clear as Brendan's. The investigation was done so poorly it makes finding the truth more difficult. If Steven Avery is guilty, why was there a need to plant evidence? I'm not arguing that evidence was planted, it was. 100% evidence was planted. Which brings me back to my original email What do you think about the new scientific testing? It sounds like in a matter of months we will definitively know if evidence was planted. Any thoughts?

Thanks again, I appreciate the correspondence

Patrick

> On Aug 29, 2016, at 2:42 PM, Andrew Colborn <
>
> Dear sir, There is decidedly a war on law enforcement, in fact books have been written on that very subject. If after reading the police reports on this case AND reading everyone's court trial testimony you still arrive at the conclusion that I am a "bad apple" or that I did something corrupt or felonious is beyond belief to me. The people who killed that poor girl were convicted of their crimes and are, as they should be, incarcerated. No one within the numerous law enforcement agencies who investigated this case planted anything or did anything to set up Mr. Avery or Mr. Dassey,
 or was anyone ordered to do it as you imply. I am saddened that someone of your obvious intellect would be so easily convinced by a "documentary" that is so cleared slanted and biased. The system is not perfect, nothing is, but it is by far the best system in the civilized world and in this particular case, clearly convicted and held accountable the two individuals who committed this horrible crime. Everyone is entitled to their opinion, and I don't believe that I am going to be able to change yours. Again, that is saddening, as this is a clear case of when the justice system got it correct. Best regards, and again I would encourage you to review trial testimony and police reports that are unedited by the producers of the Netflix documentary who are only in this for greed.
>
> _____
>
> Lt. Andrew Colborn
> Manitowoc County Sheriff's Department

<div style="margin-left:2em">Office<br>Cell</div>

>
>
> This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.
>
> -----Original Message-----
> From: Delonte [mailto:
> Sent: Monday, August 29, 2016 1:43 PM
  To: Andrew Colborn
> Subject: Re: New scientific testing
>

2

COLBORN-005326

> Lt. Colborn,
>

> Thank you for your response! I am indeed a concerned Wisconsin resident. I disagree, I do not believe there is a war on law enforcement (outside of that maniac in Dallas). There has been a public outcry for change. It is obvious to those hat think critically that our criminal justice system is terribly flawed and in need of an overhaul.
>

> I fully support law enforcement but it only takes a few bad apples to erode the public's trust. Unfortunately, it's not just the bad apples that have lost that trust. It's the entire system. A system that is more concerned with convictions, elections, incarcerations, and $$$$. What about seeking the truth or justice even? Further, where is the accountability? How many of you operate above the law? I am not just speaking in superlatives. I am talking about your department specifically. No one is taking responsibility. It appears MTSO also has an inability to take criticism. Well, get used to it. I'm afraid your department is a frightening prime example of the flaws in the criminal justice system and what happens when the bad apples are in charge.
>

> I was not convinced after watching the documentary Making a Murderer. Anyone could see the documentary had a particular point of view. I wanted to know more so I read and re read the reports. Stunned, I saw that not only was the narrative in Making a Murderer true, the reality was even worse. Terrible misconduct and a lack of respect for those who live in your community. Further, I observed corruption and behavior that was felonious. However, once again I ask, how many of you operate above the law? What is going on there?!
>

> You have a chance to get on the right side of this before all of the lies unravel. I am not a mouth breather who watched Making a Murderer and vilified you. I recognize you are a human being that may have made some really bad decisions and may have been taking orders from some bad apples. Don't wait until it's too late to get on the right side of this.
>

> Side note, my email address is not meant to disrespect. It is a reference to former NBA players Delonte West and JJ Jickson. Google it for entertainment.
>

> I look forward to hearing from you,
>

> Patrick
>

>> On Aug 28, 2016, at 11:52 AM, Andrew Colborn <                                        wrote:
>>

>> I see you signed this Concerned WI resident, I would hope your concern is focused on the war against law enforcement, but judging from your email address I would guess not. But don't worry, despite the constant attacks by unethical attorneys and a biased media, we will still continue to protect you from convicted killers.
>>

>> _____

>> Lt. Andrew Colborn
>> Manitowoc County Sheriff's Department

>>          Office
>>          Cell
>>

>>

>> This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.
>>

>>

>> -----Original Message-----

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 21 of 142   Document 317-2
COLBORN-005327

\>> From: Delonte ███████████████

\>> Sent: Saturday, August 27, 2016 11:05 AM

\>> To: Andrew Colborn ‹███████████████

\> Subject: New scientific testing

\>

\>> Hi Andy,

\>>

\>> What do you think of the new motion for scientific testing in the Steven Avery appeal?

\>>

\>> Concerned WI resident,

\>>

\>> Patrick

## Robert Hermann

**rom:** paul capaldi ◄▮▮▮▮▮▮▮▮▮▮▮

**Sent:** Friday, May 20, 2016 4:38 AM

**To:** Robert Hermann

**Subject:** Look behind the cabinet !!

Good morning Sir.

The training of detectives accross the Country, regarding property searches, has been radically improved by the technique develpoed by The Manitowoc County Sheriffs Department.

Every morning, Andrew Colburn, who regularly contacts Lynn at despatch to play License Plate Bingo (and always wins because he's so good at it) gathers up everybodys car keys and hides them.
Later in the afternoon, once everybody has given up trying to find their key, he shows them how he'd placed them behind certain cabinets.

Using this fantastic "LOOK BEHIND THE CABINET TECHNIQUE" it has been estimated that an eight day search of a property could be reduced to just a couple of days.

Andrew Colburn will shortly be doing a tour of the country to show everybody just how effective his special technique is.

Other Police and Sheriff departments, who had previously never know about this revolutionary technique are hoping to save many days of searching so that they too can play license plate bingo.

But Colburn isn't likely to expose his special technique on that one any time soon sadly.

Yours
PC

ps. Please send my regards to Andy !
Sent from Yahoo Mail on Android

COLBORN-005329

## Robert Hermann

**From:**      paul capaldi
**Sent:**      Sunday, May 22, 2016 12:48 PM
**To:**      Robert Hermann
**Subject:**      Cleverly hidden ?

This is superb !!!

No evidence was planted at any time by any law enforcement officer during the course of this investigation," Colborn wrote to LaBre. "The key to Theresa's (sic) vehicle was not discovered laying next to the pair of shoes in the open, but was instead located cleverly hidden behind a bookcase, in Steven Avery's bedroom.

Aye, right Andy !!

Only in the Scottish language do two positives make a negative.

What is particularly disturbing to you is the fact that this " barmpot" is losing the head.

This is understandable now that everyone knows that the above claim is completely false. It also contadicts what was presented at trial.

The key was not mentioned in his report.

Not the first time it has taken nearly a decade for him to remember something !!!

Sent from Yahoo Mail on Android

1

| | |
|---|---|
| **From:** | paul capaldi |
| **Sent:** | Monday, May 23, 2016 7:58 AM |
| **To:** | Robert Hermann |
| **Subject:** | Please forward |

Hello Robert.

Can I assume that as you did not send me an email address for Andrew Colburn that you were able to forward my message to him?

If so, thankyou.

Could I therefore ask you to forward this short message as well please?

Dear Andrew Colburn.

The fight is lost!!

All that remains now is to see whether it is by points or by a knockout.

You do realise that, don't you ?

Now Robert has many admirable qualities that you sadly lack.

When I spoke to him last week we dabated certain details in a gentlemanly manner.

And as far as I know, he has not tried to contradict earlier staments.

In fact, he has tried to stick up for you and support you.

Therefore I ask you, either as his friend, or his foe, to give it up now.

Do not force him to give you up, for the time will come when he will have to.

You do realise that, don't you ?

Where we are at now is that the public know what you did.

You do realise that, don't you ?

Millions of people worldwide now know what you did.

You do realise that, don't you ?

Just as Kratz did in 2006, Zellner now has the public and the media on her side.

You do realise that, don't you ?

1

COLBORN-005331

Because regardless of what happened to poor Teresa, you planted evidence and then lied under oath.

You do realise that, don't you ?

The MaM series was made using live footage.

You do realise that, don't you ?

It did not need to try and make you and the department look bad. You are the experts at that!!

You do realise that, don't you ?

Yours
Steven Avery
aka Paul

Sent from Yahoo Mail on Android

COLBORN-005332

## Robert Hermann

**From:** paul capaldi <span style="background:black">████████████</span>
**Sent:** Tuesday, May 24, 2016 7:33 AM
**To:** Robert Hermann

Hello Robert.

Have you warned Andy that he'll soon be having a nice little chat with the FBI ?

Better do it sooner than later.

TICK , TOCK , MANITOWOC

Sent from Yahoo Mail on Android

\

COLBORN-005333

## Robert Hermann

Good afternoon Robert.

(At least it is in sunny Kelso!)

Isn't it absolutely amazing how big this thing is?

Did you ever imagine that Steven Avery would become this famous ?

Why has he?

Because Netflix decided to make it so?

Do you think they ever imagined it would be this big?

I bet they are pleased they decided to run with it.

 think it is simply the fact that normal people hate to see injustice.

The most famous quote from MaM (nearly as famous as the flying key) is:

Poor people loose, poor people loose all the time.

Well, there is a world wide detirmination not to let that happen.

That is why this thing is so big.

So big, that dudes "frae Galae" are doing youtube videos of the end theme.

To Andy.

Whatever your military record is,

Whatever service you have given to Manitowoc,

However high the public esteem in which you are held in Manitowoc county.

It will count for

'ero
Zip
Zilch

You have disgraced your proud badge and office.

You have insulted all the genuine officers in your department.

You are a coward.

How else can I possibly describe an individual who planted evidence
AND

LIED UNDER OATH.

Paul.

Sent from Yahoo Mail on Android

COLBORN-005335

**Robert Hermann**

| | |
|---|---|
| rom: | paul capaldi |
| _ent: | Friday, June 03, 2016 4:49 AM |
| To: | Robert Hermann |
| Subject: | F.A.O. Andrew Colburn. |

Steven Avery will be your nemesis.

He will go down in history as a legend; you, a crooked and bent cop.

Whilst it was not your fault to begin with, it was you who took the phone call telling you that you had the wrong person.

There might even be mitigating circumstances why the call was not reported until 8 years later.

It is the fact that you planted the key.

Very , very foolish.

You must think that the rest of the world is even more stupid than you, when you suggested it was cleverly hidden.

t is also very feeble to say that the static caravan was not searched solid for 7 days.

After 8 days and many hours of searching you find a key in plain view that wasn't there the previous 7.

Trying to change the story is called lying.

But then you are good at that, especially under oath.

Whilst in prison literally thousands of people have written to Steven, myself included, to show him our support.

Once Steven is released the FBI will be speaking to you.

When you are locked away you might recieve thousands of letters, but I suspect that they will not be comforting messages.

You still have time to limit the damage.

Do not procrastinate.

Do not wait until Robert has to force you to own up.

However, I suspect you are an utter coward and will hide behind you proud badge and office, only to totally 'isgrace them.

What an awful individual you have ended up becoming.

1

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 30 of 142   Document 317-2
COLBORN-005336

## Robert Hermann

rom:                paul capaldi ◄▮▮▮▮▮▮▮▮▮▮
_ent:               Friday, June 03, 2016 7:01 AM
To:                 Robert Hermann
Subject:            F.A.O. Andrew Colburn.

You will shortly be exchanging your nice comfy surrounds of your Sheriff's office with all your sycophants telling you how wonderful you are for a slightly more modest "room" being ordered around by prison guards.

In the same way that we see you escorting BRAVERY throughout MaM, it will be highly appropriate and fitting when you are locked away in Stevens old cell.

It may or may not come as a shock to you.

I assume you are not stupid enough to not warn those nearest and dearest to you that it is only a matter of time now before the inevitable happens.

And if you haven't, then you really are diluded.


Sent from Yahoo Mail on Android

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 31 of 142   Document 317-2
COLBORN-005337

## Robert Hermann

**From:** paul capaldi
**Sent:** Friday, June 03, 2016 7:47 AM
**To:** Robert Hermann
**Subject:** Re: F.A.O. Andrew Colburn.

Apologies,
Spelling mistake.
Get very excited writing about you getting the justice you deserve.
Deluded

Sent from Yahoo Mail on Android

On Fri, 3 Jun, 2016 at 13:00, paul capaldi
wrote:

You will shortly be exchanging your nice comfy surrounds of your Sheriff's office with all your sycophants
telling you how wonderful you are for a slightly more modest "room" being ordered around by prison guards.

In the same way that we see you escorting BRAVERY throughout MaM, it will be highly appropriate and
fitting when you are locked away in Stevens old cell.

It may or may not come as a shock to you.

I assume you are not stupid enough to not warn those nearest and dearest to you that it is only a matter of time
now before the inevitable happens.

And if you haven't, then you really are diluded.

Sent from Yahoo Mail on Android

1

## Robert Hermann

rom:           paul capaldi
Sent:          Friday, June 03, 2016 11:54 AM
To:            Robert Hermann
Subject:       F.A.O. Andrew Colburn.

Deluded.

That is an excellent word to describe you.

You think you can hide behind your sycophantic friends in Manitowoc ?

Coward.

That is another excellent word to describe you.

You thought you got away with it and hoped it would just die down.
Laura and Moira were never going to let that happen.

Liar.

'or me, this is THE worst bit. To swear in the name of God that you were telling the truth.
Then spew that rubbish under oath.
Grow up man. You're not in nursery now.

Clever.

No you dim wit.
Nobody could ever accuse you of that.
License plate, key, bullet , blood.

Pathetic.

Totaly.

Sad.

Nope. Ain't nobody gonna have any sympathy for you when you're put behind bars, where you belong.

Own up, or face the consequences.

You will be made an example of.

You are already up to your neck in your own manure.

Zellner will show no mercy.

1

She will completely bury you in your own faeces.

Desperate ?

You are, and you should be.

Got anything to say for yourself?

But you will never get back to me because you are pure chicken.

You will hide behind your little shiny badge, (Robert has got a much bigger one than yours) and hope that tomorrow never comes.


Sent from Yahoo Mail on Android

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 34 of 142   Document 317-2
COLBORN-005340

## Robert Hermann

F.A.O. Andrew Colburn.

Mr Colburn,

I reside approximately 3615 miles away from Manitowoc, and am a whole hearted supporter of Mr. Steven Allan Avery Sr. and a huge fan of the Netflix series Making a Murderer in which you have a "starring" role.

I cannot begin to imagine the apprehension and uncertainty you must inevitably be feeling at this worrying time.

Please do not insult the intelligence of either of us by thinking for one moment that, as Mr. Hermann once suggested to me, I have merely watched a TV programme and drawn my conclusions from that.

However, I am not an expert in this case, the way that Dean Strang, Jerry Buting and Kathleen Zellner are.

They are extremely intelligent people who, along with the rest of the civilised world, realise that members of Manitowoc County Sheriff's Office planted evidence against Mr Avery, but worse still, then lied under oath.

I am not so naive as to believe that our legal system (one cannot call it a justice system) in the UK is any better that the USA. You had 36 million reasons to do so, and 99% of people in your situation would have done the same.

Back in 1985, your department abused it's power by thinking it could do anything and get away with it. By 2005 things had not changed.

But in 2015 your department was finally found out bit style.

Since then your department has hid behind its proud badge and office.

Now, even worse, you have taken to hiding behind the very people you swore to protect: the Manitowoc public.

It is quite understandable that they have had enough of Mr Avery, who back in 1985 was a very undesirable member of the community, but who 30 years later your department has transformed into both a national, and indeed an international hero.

We, the members of the civilised world, all live on Avery Road.

If we tolerate this our children will be next, and suffer even worse fates.

Mr Hermann states that justice was served in 2007. However that is simply a euphemism for the end justifying the means.

Very soon Mr Avery will be freed.

1

The public in Manitowoc who have thus far supported you and whom you have hid behind will finally know the truth.

They will realise just how much you have insulted the memory of Teresa Halbach, and what you have put her and teven's family through.

Your only hope, and act of good grace, is to be honest and come clean, thereby limiting somewhat the damage that will ensue.

As I have said before, we all understand the why.

As I have said before to Mr Hermann, there are no winners in this very sad case.

When Steven is free there will be no gloating.

Mr Colburn, the time has come to lay this case to rest.

RSVP.

Paul Capaldi.

P.S. I do sincerely look forward to reading your response and any observations you may have.

2

COLBORN-005342

## Robert Hermann

rom:                    Paul Capaldi
Sent:                   Saturday, August 13, 2016 2:09 AM
To:                     Robert Hermann
Subject:                F.A.O. Andrew Colburn

F.A.O. Andrew Colburn

I note you have not replied to my email of 10th August. Therefore I must draw my own conclusion; you must be on holiday. If so, it would be better for you never to return to MSCO.

Mr Hermann, as head of that corrupt organisation, is in the most serious difficulty.

I, and I suspect many others, who have the benefit of foresight, which he does not have, have tried to warn him.

I do not know if others have tried so many times to warn him.

Over the past few months I have contacted him, by various means, nearly 200 times.

I have tried being nice to him, even praising him, and I have demonstrated my frustration with him, but he must be extremely thick skinned, or,,,,,

owever, as I said to you about your situation, if I, or anybody else, were in his situation, most of us would most likely do the same.

The situation has now, once again, significantly changed.

In 1985 justice was perverted.
In 2007 justice was perverted.

Once Brendon's case came before a proper court, not the kangaroo variety usually associated with certain corrupt judges in certain Wisconsin county's, it did not take long for justice to prevail.

If Hermann continues to procrastinate, then a catastrophe of nearly biblical proportion will befall the very citizens of Manitowoc that you and he have sworn to protect.

HE MUST GIVE YOU UP.

He must publicly state that the " evidence" against Steve is questionable.

He must do this, not for the benefit of Steven, not to help put you away, not even to help himself but for the residents of Manitowoc, in order to soften the blow to them.

I must admit, it beggars belief that he seemed to think that he could just sit back and do nothing.

ven during my last phone conversation he admitted that he would do nothing.

If I were a resident of Manitowoc, I'd,,,,,

I thank God I'm not.

his situation should have been tackled back in January, but Hermann decided to bury his head in the sand.

I often wonder if he ever took the time to consider why I tried so hard to warn him.

Did he ever consider that, observing the situation from 3600 miles away, I could see the bigger picture.

Did he ever consider the fact that when I first heard the name Manitowoc I did not believe it possible for such corruption to be possible, and still carry a favourable opinion regarding most of his officers and staff.

Did he ever consider what was my motive for contacting him.

Did he ever consider why I have never sent anything either threatening or abusive.

When the Steve's of this world are so badly treated, all the other "Steve's" of this world, no matter how small their voices, have to try and make themselves heard.

I often wonder if he still remembers the very first email I sent him.


Here's hoping that everyone involved in framing Steven Avery is getting a good nights sleep because they're going to need it.

When Steven and Brendan are pardoned AND compensated fully you may as well seperate Manitowoc County from the mainland, set it out on Lake Michigan and watch it sink as the rest of the world cheers.

Your only hope is that those cowards that have thus far hidden themselves will face up to what they have done.

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 38 of 142   Document 317-2
COLBORN-005344

## Andrew Colborn

**rom:** Mark Wiegert
**ent:** Thursday, March 16, 2017 8:26 AM
**To:** Dave Remiker; Andrew Colborn
**Subject:** FW: Andrew Colburn

For what its worth

**From:** paul capaldi [mailto:
**Sent:** Thursday, March 16, 2017 5:47 AM
**To:** Mark Wiegert
**Subject:** Andrew Colburn

**** This message was sent from an external source. ONLY open attachments or click on links from known senders. ****
Lt Wiegert,

Please pass on my best wishes for a happy retirement to Andrew Colburn.

I've just heard your favourite fiction novelist, Ken Kratz, announce it live on TV.

MCSO certainly kept that bombshell quiet!!

Will keep you informed on any other interesting "facts" that Ken cares to share.

Yours aye.

Paul.

Sent from Yahoo Mail on Android

| | |
|---|---|
| **rom:** | Tameka S. Raines |
| **ent:** | Thursday, April 14, 2016 1:59 AM |
| **To:** | Andrew Colborn |
| **Subject:** | WI Appellate Appeals Reading |

## Greetings,

$\gtrsim_{\cup} \subset$

It baffles me that you still stand by your "innocence" or "sense of duty' regarding your handling of Steven Avery Case from the 1995 call you received to the "statement" prepared the day after his release, to present day. In one of your email responses, you state that if in fact you were to be sentenced to HELL you know for certain it wouldn't be due to the Theresa Halbach Case.

What is so funny (but not so) is how you fail to mention your dealing, (no matter the duration-extent-and whatever reason you may apply) in the Steven Avery Case or the small minuscule Call you received - to put it lightly the for purposes of your conscious. You then go on to state that reading the WI Appellate Appeals would in fact show what the "crazy-easily influenced citizens of the WORLD" are seeming to be missing. What you are failing to understand is everything that occurred in Manitowoc County concerning the Steven Avery Case and sadly the addition of Brendon's Case, is we see CORRUPTION Simply put!!!!

ᴾapers, ruling, decisions, etc all written and drawn up by those ᴡho had a hand in ensuring that the BADGE / BROTHERHOOD took presidency over everything. There is nothing rational

1

about having the information or inclination of a suspected criminal, who of which was already a suspect
ınder surveillance, is possibly responsible for a crime but instead of checking he/she, you decide to exert your power to go where you want and to make pieces fit where you want and not exactlly where the fit. Why? Because I can!!!! Let's make this interesting-I not only exert my power to do what I want but at the cost of knowing allowing a suspected criminal to run free because it is better-on a personal note-to do what I want-not what I should. Those two don't always align themselves. They possibly did during this Theresa Haibach Case!!

Fast forwards 18 years later, Oh, we'll you know, we were just all doing our jobs - following leads and instincts—- crap of lies that must make the Christian in you Shake at Night. It has too!!!!!

ȝo with all this mumbo jumbo I say you can say read read read those tainted papers until you are literally blue in the face. If that is what makes you sleep comfortably, hey, do you!!!! Seriously. But suggestions that reading those papers will change the minds of millions who see the corruption, pure weakness and idiotic conformity - on your behalf, you proudly proclaimed Christian, and blatant superiority-elites ways. So you should just being to accept the prosecution - whether you agree with it or not - whether innocent or not - right? Im sure this is slightly reminiscent of what Steven and Brenden feel - unwarranted accusations, threats and an conglomeration of the vileness that can fester in humans. Truly a shame.


.3est Regards,

2

COLBORN-005347

**Robert Hermann**

m:      Sarah
_.nt:    Tuesday, December 29, 2015 11:59 PM
To:             amie Aulik;         Bob
       Ziegelbauer; Patricia Dodge; Robert Hermann; Jim Brey

To Andrew Colborn, James Lenk, Fred Hazlewood, Tom Kocourek, Judy Dvorak, Ken Kratz, Kenneth Peterson, Tom Fassbender, Patrick Willis, Peggy Lautenschlanger and to all others concerned!

You should all be ashamed of yourselves. I am sure Steve Avery is not the only innocent person you have knowingly put behind bars. Of all the 8 values that you include in your ridiculous philosophy; I can only see you upholding 1: Commitment - your commitment to cover your own ass. I have no doubt that your judgement day will come. And I truly hope it exposes you all for the unjust, corrupt, unethical bullies you are. I believe in justice; but it should be fair, it should be honest and should speak to our values as men. From what I have seen and read you have failed to uphold the values that great law enforcers have. Even some of the worst criminals in history have owned up to their actions and have far more integrity than you cowards. I feel sorry for those officers that do believe in fighting for what is right; as people like you give them a bad name and make it that much harder for real pillars of the community to do their good work. I am sure that after you are all exposed, you will not feel any regret for putting an innocent man in prison for the majority of his life; I am sure the only regret you will feel is that of being caught. But I hope that one day you will perhaps feel the embarrassment and shame that your families will feel and then maybe you will begin to understand that what

do has an affect on others. Now I know that I am just one person in Australia writing you all a letter that I . ., not even sure you will read; but if you do, please know that there are many of us that have now been made aware of this case and we sure as hell will not be visiting Manitowoc County and would alert people to this case and be sure to advise them to stay away. To your families and the rest of Manitowoc County who have to bare the burden of your actions; I truly hope that the truth catches up to your justice department. I hope that good public servants drive out the utter rubbish you have and have had in there. Manitowoc County deserves a lot better than what is has been getting the past 30 years.

Yours Sincerely,
Sarah Smith

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 42 of 142   Document 317-2
COLBORN-005348

## Andrew Colborn

Dear mister Colborn,

I am writing in connection with the massive injustice that took place in your Manitowoc County

Please do something because you still have a murderer among your citizens.
Please do something because you have two innocent people locked up.

Please Andrew I beg you tell the truth.

Beste regards,

Sjoerd Veldhuis

Holthuizerstraat 1

The Netherlands

## Robert Hermann

**om:**      Brandon Wright <br>
**ent:**     Sunday, December 20, 2015 4:56 PM<br>
**To:**      Robert Hermann<br>
**Subject:**  UNBELIEVABLE

Remind me not to move to your county! You guys will convict anyone for anything without evidence. I find it amazing that anyone involved from your county involved in the Steve Avery case can sleep at night. One of the biggest liars even got promoted to Lt.? Truly shameful.

Email: ████████████████

Sent from my iPad

Begin forwarded message:

**From:** Andrea Leah ████████████████
**Date:** December 20, 2015 at 10:14:42 AM CST
**To:** ████████████
**Subject: Some can see**

Sergeant Andrew Colborn is the most evil murdering, piece of human scum that i have ever seen.

I can see the truth about the AVERY case! It is written all over his smug ugly evil face. I hope there is a hell because the gates will be wide open for him.

ROT IN HELL FOR ALL ETERNITY YOU EVIL BASTARD!!!!

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 45 of 142   Document 317-2
COLBORN-005351

**Andrew Colborn**

om:          Scott Weller
nt:           Sunday, January 03, 2016 2:31 PM
**To:**         Andrew Colborn
**Subject:**    Case notes

You really need to come out and let everyone know what you and L3nk did. I hope it is eating away at you...

This email has been sent from a virus-free computer protected by Avast.
www.avast.com

1

## Andrew Colborn

om:                    Clayton Jackson
nt:                    Sunday, January 03, 2016 1:55 PM
To:                    Andrew Colborn
Subject:               Justice

Mr. Colborn,

After the conclusion of 'Making a Murderer', I had many emotions. Mainly, I felt overwhelming empathy for the falsely accused defendants including Mr. Avery and Mr. Dassy. I am an aspiring lawyer one who firmly believes in Justice.

Your role in the convictions of both men is the opposite of Justice, it is injustice. Plain and simple. If you have a conscious, you must come forward and face the music. The presumption of innocence that is essential to true Justice was absent in the investigations and trials of these two men. I firmly believe that the oath you swore to uphold, was not upheld in regards to your actions involving Mr. Avery and Mr. Dassy.

You have the power to change the hopelessness that is the lives of these two innocent men.

Do what is right,
Clayton P. Jackson

1

## Andrew Colborn

**om:** Josh Garcia
**nt:** Sunday, January 03, 2016 1:43 PM
**To:** Andrew Colborn
**Subject:** How do you sleep at night?

Simple question

Sent from my iPhone

1

## Andrew Colborn

om:                    Phil Russell
nt:                    Sunday, January 03, 2016 1:38 PM
To:                    Andrew Colborn
Subject:               Hi Andrew

Hi Andrew,

What was it in particular that you hated so much about Steve Avery that you firstly made him spend another 8 years in prison for something he didn't do and then you planted evidence secondly to keep him there for the rest of his life? I presume you're not a religious man as if you were you'd know that you're not going to a very nice place when the inevitable happens to you.

I hope you sleep well at night and I'm sure you do.

Warm Regards,

Phil.

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 49 of 142   Document 31/2   COLBORN-005355

## Robert Hermann

ᴵm:           Lenk Colborn
nt:           Saturday, January 02, 2016 4:56 PM
To:          Robert Hermann
Subject:   I Am Sorry

I apologize for having to write this email but I feel compelled to do so. Because of the actions of a few of your officers and the resulting exposure provided by the documentary Making a Murderer, the entire country now views your department as a festering den of corruption; and rightly so. I hope that those among you who consider yourselves to be good and decent people and police officers can do something to change that perception. As it stands, and because of these few individuals, you are all considered, by many, to be an absolute burden and disgrace on the American legal system.



This email has been sent from a virus-free computer protected by Avast.
www.avast.com

## Robert Hermann

| | |
|---|---|
| m: | Doran turner |
| t: | Saturday, January 02, 2016 1:19 PM |
| To: | Robert Hermann |
| Subject: | Corruption in your office |

My Name is Doran Turner and I am from Vancouver Canada and I am writing you this email in shock and disappointment in what your office did to Mr Steven Avery and Brendon Dassey. Your department you belong to should all be under investigation and Mr Andrew colbort should be sent to prison. I am very disgusted in what your department as done to these men. The public and soon the world demand that these men get a retrial. I hope your department will make right on Mr Steven Avery and Mr Brandon Dassey.

Regards

Doran Turner

Sent from my iPhone

1

## R.L. Dawson Building & Design

**Phone:**
**Fax:**

# FAX

**To:** 19206834946       **From:** Ronald Dawson
**Re:**                    **Date:** 01/01/2016

Dear Mr Colborn,

I do hope this show is extremely misleading and misrepresents your integrity as an officer of the law, where you took an oath to uphold the "law" and protect your community. It makes my blood boil to think an injustice like this could actually take place and not one man of integrity would stand for truth. May God have mercy on your soul. I do hope you are not the man portrayed in this documentary

Ron Dawson

COLBORN-005358

## Robert Hermann

ım:         Mitch Morris
nt:         Wednesday, December 30, 2015 7:29 PM
To:        Robert Hermann
Subject:    Story

I have to say how disheartening it is to see such blatant corruption and unethical behavior of law enforcement as I witnessed in the Netflix story about Steven Avery and Brendan Dassey cases. I see on the website that Mr Colburn is still there,don't know how he sleeps at night, him, the prosecutors in both cases even the judges, what a bunch of rats! Unbelievable that that could happen in America, I plan to travel alot when I retire but this Texas boy will never set foot in your jacked up state.

Sent from Yahoo Mail on Android

## Robert Hermann

om:             Alex Fortune
ent:            Wednesday, December 30, 2015 3:23 AM
To:             Robert Hermann
Subject:        Please have compassion

The things that are taking place in your county regarding the Avery case are unacceptable. There is disfunction in your county's legal and law enforcement system that you need to be aware of and try to change. Just like there is wrong doing that could be suspected of Avery, there is also wrong doing that could be suspected of Lt. Lenk and Sgt. Colborn in the murder case that Avery was convicted of. Please be courageous and stand up for the truth. I personally believe that certain law enforcement agents did something illegal in the murder case investigation that led to the wrongful conviction of Avery. This is not a denouncement of the legal system or law enforcement as a whole. This is about the corruption of individuals. Please keep on asking yourself the hard questions and stand up for what is right. If you know, or even feel somewhere deep down, that something is corrupt and you choose not to stand up against it, that is not the right thing. Don't suppress the feeling of knowing the truth and what is right that is inside of you.

Thank you for listening and for your consideration

Sent from my iPhone

I

Recipient Information:
To:   Colborn, Andrew (Manitowoc County Sheriff)
Fax #: ▓▓▓▓▓▓▓
Subject:

# FAX COVER SHEET

Sender Information:
From:   Brynjar Gunnarsson
Pages:  2
Date:   Jan 10, 2016

Comments:

I thought you could use this logo : )

---

**If you didn't receive this fax in your email you need:**



faxing simplified: anytime: anywhere:

Send and receive faxes through your email, online or smartphone.

No paper, ink, or 2nd phone line required. Includes a real fax number!

### Try it free for 30 days at myfax.com

MyFax® is an award-winning Internet fax service that requires no hardware or software. All you need is Internet access, a MyFax account, and an email address. There is no contract to sign, no setup fees, and you can cancel anytime. Try it FREE for 30 days – Keep it for only $10 per month

MyFax does not tolerate fraud and abuse. If this fax is spam, promotes illegal activity or is abusive, please email support@myfax.com. To have your fax number placed on a Do Not Fax list, please call 1-866-208-5903

This fax was delivered by MyFax Free a no cost, send only version of the MyFax Internet Fax service. For more "perfect for small business" online services visit www.j2.com



Fm:Brynjar Gunn To: Colborn ... Manitowoc County Sheriff)

21:

COLBORN-005361

## Robert Hermann

rom:            peterke Blockmans
ent:            Saturday, January 09, 2016 12:55 PM
To:             Robert Hermann
Subject:        making of a murderer

well, we all seen it
and we now all know who's corrupt in your department
and we hope andrew colborn and james lenk rot in hell
sincerely,
the whole world

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 56 of 142   Document 317-2
COLBORN-005362

## Robert Hermann

Hi,

This may come as no surprise to the Manitowoc sheriffs department this email and I do realise I probably won't receive a reply as I could only imagine the hate that is getting thrown your way.

Let this email be no exception to the hate I feel towards the sheriffs department and the state of Wisconsin!

I would be embarrassed to hold my head up high knowing, that your department has sentenced an innocent man twice to jail and also a young special boy who hasn't even enjoyed life yet.

I hope that detective lenk and Goulburn rot in hell as it is almost certain that they are behind this corruption and lies.

I always thought innocent until proven guilty was the case... Not in Manitowoc, it's guilty until proven innocent!

I hope use all can't sleep at night and justice comes your way... What a joke of a department use run there, I think a circus would be the key word for your department!

ent from my iPhone

Rick Gardiner

## Andrew Colborn

rom:           davidbryanhollars
_ent:          Thursday, January 07, 2016 9:34 PM
To:            Andrew Colborn
Subject:       Steven Avery

I would just like to know how you can live with yourself knowing what you did to Steven Avery and his family. I mean sure you didn't like the guy, but to ruin his life and the lives of his family? And for what? So that you wouldn't be held responsible for the first time you did it? It's Deplorable and you should admit to your actions. Write me an email, there's still time for you to make this right.

David

Sent via the Samsung Galaxy View, an AT&T 4G LTE device.

1

**Shirley Bullock-Vazquez**
December 21 at 2:45pm

This is going to be a long one friends. I feel compelled to post a response to the recent release of the Steven Avery / Brendan Dassey "documentary," Making a Murderer on Netflix. This film only portrays the defense's side, and never relies on any prosecutorial interviews or evidence. I am outraged over this so-called documentary portraying Steven Avery and Brendan Dassey as victims. I was one of the volumes of people who worked directly on this case in the District Attorney's Office for thousands of hours. I know the people personally and professionally who worked the closest on this case. They are all respectable, decent, and hard-working people committed to their jobs. I would trust each one of them without hesitation. It is disturbing to see how this "documentary" portrays a calculated, cold-blooded killer as a victim. There are more than 10,000 pages of hard evidence, which correctly and positively identified Teresa Halbach's killers as Steven Avery and Brendan Dassey. Teresa Halbach, a beautiful, loving, and caring member of her community, was lured into a pre-meditated, pre-planned rape, torture, mutilation, and murder. The same DNA which was relied on to exonerate Avery from a prior rape case is the same DNA which convicted him of Halbach's murder. His blood DNA was discovered in her vehicle; his hand was photographed with a recent bleeding wound; his sweat DNA was discovered on the rear seat sliding mechanism of her vehicle; a drawing of a "torture chamber" similar to the Halbach murder scene was found in his jail cell when he was incarcerated for the previous rape detailing how he wanted to kidnap, rape, mutilate, murder, and burn the body of a female so it could not be identified. Furthermore, Halbach filed a report with her employer indicating that she had photographed a vehicle for Avery, and requested not to be sent there again because he was "creepy" and came to the door wearing nothing but a towel. Her employer approved the request. Investigators discovered that Avery placed a phone call from his sister's house requesting Halbach to photograph a vehicle at his sister's home the same day Halbach disappeared. Avery was neighbors with his sister's home. Additionally, Brendan Dassey confessed to a friend what he and his uncle had done because it was bothering him. The friend did not coax this confession-Brendan freely provided it. Brendan further told officers that he watched Avery mutilate and burn Halbach in a huge fire behind Avery's trailer. And the list goes on and on. The mere suggestions that Prosecutor Ken Kratz and law enforcement planted evidence and "set up" Avery is absurd. How would they obtain blood and sweat DNA which was not aged or broken down in any way from Avery without him knowing it? This film would have the audience believe that prosecutors and law enforcement lured thi    **Chat (2)**     rdered her, burning her body in Avery's own backyard while Avery was home just to frame him. How ridiculous and asinine! Obviously after hearing all of the thousands of pieces of hard evidence (I have only mentioned a few), a jury of Avery's peers believed beyond any shadow of a doubt that no other verdict could be reached except Guilty as charged. The real victims in this case are Teresa Halbach and her loving family. May God help them heal.

Share

COLBORN-005102

## Andrew Colborn

| | |
|---|---|
| **From:** | Andrew Colborn |
| **Sent:** | Friday, January 15, 2016 11:44 AM |
| **To:** | 'Mike Capomaccio' |
| **Subject:** | RE: Incident |

Dear sir, I assure you I am not mentally handicapped. I also assure you that both my family and my department support my involvement in the Theresa Halbach homicide investigation. I have spent my entire adult life keeping people safe, having enlisted in the military while still in high school and I continue to serve my community as a detective lieutenant to this day. All of my children have graduated from college and are employed, and 2 of my children serve in the military with one of them having done two tours of duty in Afghanistan. I tell you this because they, like me and countless others like us, continue to do everything in our power to keep people safe. I have devoted my entire life to defending and upholding the US Constitution and the laws of the State of Wisconsin. We do this so you, and others like you, can exercise your right to free speech, however uninformed and /or hurtful it may be, and then go to sleep at night knowing your country and community is protected. Sir, I don't want to believe that you are so easily swayed by what you see on Netflix that was produced by two people with NO law enforcement experience in cooperation with the Avery defense lawyers. I feel your anger and hateful comments might be better served directed at Netflix for even airing something so distorted and twisted, and for fooling people such as yourself into believing it. I would strongly suggest you view appellate court decisions regarding Steven Avery's appeals, because even he does not feel that law enforcement "set him up" but instead is blaming his own 2 brothers. It's a matter of open records, please look it up. Also I would suggest this website to provide further information as to the truth.........newstalk1130.com Check into the article entitled "Debunking Making a Murderer" by Dan O'Donnel. As far as your comment about there being a special place in Hell for me, based on your email I did not take you for being a spiritual person. I am a Christian and have been since being baptized into the Lutheran Church early in my childhood. I feel, hope and pray that I will be accepted by Christ into his Kingdom when I meet my demise. However, we are all born into sin and if I do end up in Hell, I am positive that it wouldn't be because of ANYTHING to do with the Theresa Halbach homicide investigation. Finally, a word of caution, be careful what you wish for. If Avery were to ever be freed he could end up being your neighbor!! Please review the website and WI Appellate court decisions I mentioned, it may restore your faith in the system.

Lt. Andrew Colborn
Manitowoc County Sheriff's Department

This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.

-----Original Message-----
From: Mike Capomaccio [
Sent: Thursday, January 14, 2016 8:04 AM
To: Andrew Colborn
Subject: Incident

You have made yourself, your family, and your department look like absolute idiots. You look like a clueless moron I can't believe it's retards like you that are supposed to keep people safe. There's a special place in hell for you.

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 60 of 142   Document 317-2   COLBORN-005103

Sent from my iPhone

COLBORN-005104

**To:** Andrew Colborn[
**From:** delonte west
**Sent:** Wed 5/24/2017 8:22:35 PM
**Subject:** Re: New scientific testing

Lt. Colborn,

I have appreciated our correspondence. Did you see today's fox article ?http://fox11online.com/news/local/lakeshore/bullet-fragment-evidence-from-halbach-murder-sent-to-illinois-for-testing

Sent from my iPhone

On Aug 30, 2016, at 1:48 PM, Andrew Colborn < wrote.

> Dear sir, NO evidence was planted!! As for Dassey's confession, I would suggest you locate and read this: Rebutting the Ridiculous Brendan Dassey Decision|Common Sense Central|News/Talk 1130 WISN by Dan O'Donnell (an attorney by trade)............As for the war on law enforcement I would suggest you read this book, The War on Cops by Heather MacDonald. It address character assassination and vilification of law enforcement, (such as accusing them of planting evidence when it never happened.) You may also want to read a book titled" Indefensible" by Michael Griesbach, who is also an attorney. It address the lies told by Making a Murderer as well as the unethical editing done by the producers in order to get people, unfortunately such as yourself, to watch the show in order for Netflix to make money. Since you continue to insinuate and accuse me of crimes that I have never committed, I feel further communication between us will be fruitless and pointless. While you have remained very civil, which I appreciate, your mind is clearly made up as per your comments. Therefore, I leave you with this, the law enforcement officers involved in this case DID NOT plant anything, and their conduct during the investigation of this case was and remains ethical and beyond reproach. Thank you for sharing your thoughts with me, I hope someday you will re-think your position.

> Lt. Andrew Colborn
> Manitowoc County Sheriff's Department
> ‎           Office
> ‎           Cell

> This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.

> -----Original Message-----
> From: Delonte [mailto:
> Sent: Tuesday, August 30, 2016 12:38 PM
> To: Andrew Colborn <

Subject: Re: New scientific testing

Lt. Colborn,

I agree with you that the media is biased. However, I don't agree there is a war on law enforcement. Maybe our disagreement is just semantics. It has been evidenced many times over that the key players in the criminal justice system lack accountability. The public calling for that to change is not a war on law enforcement. That maniac in Dallas were acts of a war on law enforcement. I fully support law enforcement and do not support killing cops. I also don't support cops killing people.

I have read the reports and the trial testimony. Suspiciously, several people's testimony differs from their original statements in November 2005. Many peoples testimony fits the states narrative and their original statements do not. I assume this is after they were coached by the DA. If I was going to advise someone who doesn't know anything about the case, I would tell them to read the reports first. Don't bother with Making a Murderer. I would tell them to start with Brendan Dassey's interrogations and "confessions." Scary stuff right there. Anyone who thinks critically can see that those were false confessions. Not only was he unable to retell the same story twice, the investigators continually fed Brendan details to regurgitate. Never volunteering any information that was backed up by physical evidence. For those reasons and many more a federal judge recently overturned his conviction and threw out his false confession. I'm sure you are aware of Judge Duffin's decision.

Thank God that court was there to fix mistakes made by Manitowoc, Calumet, and the DOJ. No question Brendan was just collateral in the campaign to nail Steven Avery. That type of disregard for fellow human beings is frightening.

Steven's involvement with the death of Theresa Halbach is not as clear as Brendan's. The investigation was done so poorly it makes finding the truth more difficult. If Steven Avery is guilty, why was there a need to plant evidence? I'm not arguing that evidence was planted, it was. 100% evidence was planted. Which brings me back to my original email. What do you think about the new scientific testing? It sounds like in a matter of months we will definitively know if evidence was planted. Any thoughts?

Thanks again, I appreciate the correspondence

Patrick

> On Aug 29, 2016, at 2:42 PM, Andrew Colborn
> wrote:
>
> Dear sir, There is decidedly a war on law enforcement, in fact books have been written on that very subject. If after reading the police reports on this case AND reading everyone's court trial testimony you still arrive at the conclusion that I am a "bad apple" or that I did something corrupt or felonious is beyond belief to me. The people who killed that poor girl were

convicted of their crimes and are, as they should be, incarcerated. No one within the numerous law enforcement agencies who investigated this case planted anything or did anything to set up Mr. Avery or Mr. Dassey, nor was anyone ordered to do it as you imply. I am saddened that someone of your obvious intellect would be so easily convinced by a "documentary" that is so cleared slanted and biased. The system is not perfect, nothing is, but it is by far the best system in the civilized world and in this particular case, clearly convicted and held accountable the two individuals who committed this horrible crime. Everyone is entitled to their opinion, and I don't believe that I am going to be able to change yours. Again, that is saddening, as this is a clear case of when the justice system got it correct. Best regards, and again I would encourage you to review trial testimony and police reports that are unedited by the producers of the Netflix documentary who are only in this for greed.

Lt. Andrew Colborn

Manitowoc County Sheriff's Department

Office

Cell

This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.

-----Original Message-----

From: Delonte

Sent: Monday, August 29, 2016 1:43 PM

To: Andrew Colborn

Subject: Re: New scientific testing

Lt. Colborn,

Thank you for your response! I am indeed a concerned Wisconsin resident. I disagree, I do not believe there is a war on law enforcement (outside of that maniac in Dallas). There has been a public outcry for change. It is obvious to those that think critically that our criminal justice system is terribly flawed and in need of an overhaul.

I fully support law enforcement but it only takes a few bad apples to erode the public's trust. Unfortunately, it's not just the bad apples that have lost that trust. It's the entire system. A system that is more concerned with convictions, elections, incarcerations, and $$$$. What about seeking the truth or justice even? Further, where is the accountability? How many of you operate above the law? I am not just speaking in superlatives. I am talking about your department specifically. No one is taking responsibility. It appears MTSO also has an inability to take criticism. Well, get used to it. I'm afraid your department is a frightening prime example of the flaws in the criminal justice system and what happens when the bad apples are in charge.

I was not convinced after watching the documentary Making a Murderer. Anyone could see the documentary had a particular point of view. I wanted to know more so I read and re read the reports. Stunned, I saw that not only was the narrative in Making a Murderer true, the reality was even worse. Terrible misconduct and a lack of respect for those who live in your community. Further, I observed corruption and behavior that was felonious. However, once again I ask, how many of you operate above the law? What is going on there?!

You have a chance to get on the right side of this before all of the lies unravel. I am not a mouth breather who watched Making a Murderer and vilified you. I recognize you are a human being that may have made some really bad decisions and may have been taking orders from some bad apples. Don't wait until it's too late to get on the right side of this.

Side note, my email address is not meant to disrespect. It is a reference to former NBA players Delonte West and JJ Hickson. Google it for entertainment.

I look forward to hearing from you,

Patrick

On Aug 28, 2016, at 11:52 AM, Andrew Colborn
███████████ wrote:

I see you signed this Concerned WI resident, I would hope your concern is focused on the war against law enforcement, but judging from your email address I would guess not. But don't worry, despite the constant attacks by unethical attorneys and a biased media, we will still continue to protect you from convicted killers.

---

Lt. Andrew Colborn

Manitowoc County Sheriff's Department

███████████ Office

███████████ Cell

███████████

This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.

-----Original Message-----

From: Delonte ███████████

Sent: Saturday, August 27, 2016 11:05 AM

To: Andrew Colborn ███████████ >

Subject: New scientific testing

Hi Andy,

What do you think of the new motion for scientific testing in the Steven Avery appeal?

Concerned WI resident,

Patrick

| To: | Andrew Colborn[ |
| From: | Delonte |
| Sent: | Tue 8/30/2016 11:27:51 AM |
| Subject: | Re: New scientific testing |

Lt. Colborn,

I am open minded. I am open to you changing my mind. I am surprised you would recommend Dan O'Donnell or Michael Griesbach. If you have a problem with Netflix making money off of Making a Murderer you should also have a problem with O'Donnell and Griesbach generating attention and trying to make money off of the same story.

I am familiar with Dan O'Donnell. I have listened to his podcast and it is obvious he hasn't read the reports. If I had to choose between Dan O'Donnell and the Honorable Judge Duffin, I will pick the federal judge. Michael Griesbach is hardly just an "attorney." He is a Prosecutor for Manitowoc County. I am also familiar with his work. He ignores major issues with the case. Why was Manitowoc so involved in the investigation when they had a clear conflict of interest. Why was there no DNA of the victim at Steven's trailer? Why was only Steven's DNA found on the victims spare key? Why weren't more photos taken? Why was the coroner banned from the "crime scene?" I could go on and on. I would appreciate a response to any of those questions.

I will give the War on Cops a look. I appreciate the recommendation. Thanks again for the correspondence!

Patrick

> On Aug 30, 2016, at 1:48 PM, Andrew Colborn <                wrote:
>
> Dear sir, NO evidence was planted!! As for Dassey's confession, I would suggest you locate and read this: Rebutting the Ridiculous Brendan Dassey Decision|Common Sense Central|News/Talk 1130 WISN by Dan O'Donnell (an attorney by trade),...........As for the war on law enforcement I would suggest you read this book, The War on Cops by Heather MacDonald. It address character assassination and vilification of law enforcement, (such as accusing them of planting evidence when it never happened ) You may also want to read a book titled" Indefensible" by Michael Griesbach, who is also an attorney. It address the lies told by Making a Murderer as well as the unethical editing done by the producers in order to get people, unfortunately such as yourself, to watch the show in order for Netflix to make money. Since you continue to insinuate and accuse me of crimes that I have never committed, I feel further communication between us will be fruitless and pointless. While you have remained very civil, which I appreciate, your mind is clearly made up as per your comments. Therefore, I leave you with this, the law enforcement officers involved in this case DID NOT plant anything, and their conduct during the investigation of this case was and remains ethical and beyond reproach. Thank you for sharing your thoughts with me, I hope someday you will re-think your position.
>
> _____
> Lt. Andrew Colborn
> Manitowoc County Sheriff's Department
>         Office
>         Cell
>
>
> This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.
>
> -----Original Message-----
> From: Delonte [mailto:
> Sent: Tuesday, August 30, 2016 12:38 PM
> To: Andrew Colborn
> Subject: Re: New scientific testing
>

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 68 of 142   Document 317-2    Manitowoc-000076

> Lt. Colborn,

>

> I agree with you that the media is biased. However, I don't agree there is a war on law enforcement. Maybe our disagreement is just semantics. It has been evidenced many times over that the key players in the criminal justice system lack accountability. The public calling for that to change is not a war on law enforcement. That maniac in Dallas were acts of a war on law enforcement. I fully support law enforcement and do not support killing cops, I also don't support cops killing people.

>

> I have read the reports and the trial testimony. Suspiciously, several people's testimony differs from their original statements in November 2005. Many peoples testimony fits the states narrative and their original statements do not. I assume this is after they were coached by the DA. If I was going to advise someone who doesn't know anything about the case, I would tell them to read the reports first. Don't bother with Making a Murderer. I would tell them to start with Brendan Dassey's interrogations and "confessions." Scary stuff right there. Anyone who thinks critically can see that those were false confessions. Not only was he unable to retell the same story twice, the investigators continually fed Brendan details to regurgitate. Never volunteering any information that was backed up by physical evidence. For those reasons and many more a federal judge recently overturned his conviction and threw out his false confession. I'm sure you are aware of Judge Duffin's decision.

>

> Thank God that court was there to fix mistakes made by Manitowoc, Calumet, and the DOJ. No question Brendan was just collateral in the campaign to nail Steven Avery. That type of disregard for fellow human beings is frightening.

>

> Steven's involvement with the death of Theresa Halbach is not as clear as Brendan's. The investigation was done so poorly it makes finding the truth more difficult. If Steven Avery is guilty, why was there a need to plant evidence? I'm not arguing that evidence was planted, it was. 100% evidence was planted. Which brings me back to my original email. What do you think about the new scientific testing? It sounds like in a matter of months we will definitively know if evidence was planted. Any thoughts?

>

> Thanks again, I appreciate the correspondence

>

> Patrick

>

>> On Aug 29, 2016, at 2:42 PM, Andrew Colborn <                                        > wrote:

>>

>> Dear sir, There is decidedly a war on law enforcement, in fact books have been written on that very subject. If after reading the police reports on this case AND reading everyone's court trial testimony you still arrive at the conclusion that I am a "bad apple" or that I did something corrupt or felonious is beyond belief to me. The people who killed that poor girl were convicted of their crimes and are, as they should be, incarcerated. No one within the numerous law enforcement agencies who investigated this case planted anything or did anything to set up Mr. Avery or Mr. Dassey, nor was anyone ordered to do it as you imply. I am saddened that someone of your obvious intellect would be so easily convinced by a "documentary" that is so cleared slanted and biased. The system is not perfect, nothing is, but it is by far the best system in the civilized world and in this particular case, clearly convicted and held accountable the two individuals who committed this horrible crime. Everyone is entitled to their opinion, and I don't believe that I am going to be able to change yours. Again, that is saddening, as this is a clear case of when the justice system got it correct. Best regards, and again I would encourage you to review trial testimony and police reports that are unedited by the producers of the Netflix documentary who are only in this for greed.

>>

>> _____

>> Lt. Andrew Colborn

>> Manitowoc County Sheriff's Department

>>              Office

>>              Cell

>>

>>

>> This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying,

distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.

>>

>> -----Original Message-----

>> From: Delonte

>> Sent: Monday, August 29, 2016 1:43 PM

>> To: Andrew Colborn <

>> Subject: Re: New scientific testing

>>

>> Lt. Colborn,

>>

>> Thank you for your response! I am indeed a concerned Wisconsin resident. I disagree, I do not believe there is a war on law enforcement (outside of that maniac in Dallas). There has been a public outcry for change. It is obvious to those that think critically that our criminal justice system is terribly flawed and in need of an overhaul.

>>

>> I fully support law enforcement but it only takes a few bad apples to erode the public's trust. Unfortunately, it's not just the bad apples that have lost that trust. It's the entire system. A system that is more concerned with convictions, elections, incarcerations, and $$$$. What about seeking the truth or justice even? Further, where is the accountability? How many of you operate above the law? I am not just speaking in superlatives. I am talking about your department specifically. No one is taking responsibility. It appears MTSO also has an inability to take criticism. Well, get used to it. I'm afraid your department is a frightening prime example of the flaws in the criminal justice system and what happens when the bad apples are in charge.

>>

>> I was not convinced after watching the documentary Making a Murderer. Anyone could see the documentary had a particular point of view. I wanted to know more so I read and re read the reports. Stunned, I saw that not only was the narrative in Making a Murderer true, the reality was even worse. Terrible misconduct and a lack of respect for those who live in your community. Further, I observed corruption and behavior that was felonious. However, once again I ask, how many of you operate above the law? What is going on there?!

>>

>> You have a chance to get on the right side of this before all of the lies unravel. I am not a mouth breather who watched Making a Murderer and vilified you. I recognize you are a human being that may have made some really bad decisions and may have been taking orders from some bad apples. Don't wait until it's too late to get on the right side of this.

>>

>> Side note, my email address is not meant to disrespect. It is a reference to former NBA players Delonte West and JJ Hickson. Google it for entertainment.

>>

>> I look forward to hearing from you,

>>

>> Patrick

>>

>>> On Aug 28, 2016, at 11:52 AM, Andrew Colborn                                    wrote:

>>>

>>> I see you signed this Concerned WI resident, I would hope your concern is focused on the war against law enforcement, but judging from your email address I would guess not. But don't worry, despite the constant attacks by unethical attorneys and a biased media, we will still continue to protect you from convicted killers.

>>>

>>> _____

>>> Lt. Andrew Colborn

>>> Manitowoc County Sheriff's Department

>>>              Office
>>>              Cell
>>>
>>>

>>> This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.

\>\>\>

\>\>\>

\>\>\> -----Original Message-----

\>\>\> From: Delonte

\>\>\> Sent: Saturday, August 27, 2016 11:05 AM

\>\>\> To: Andrew Colborn <

\>\>\> Subject: New scientific testing

\>\>\>

\>\>\> Hi Andy,

\>\>\>

\>\>\> What do you think of the new motion for scientific testing in the Steven Avery appeal?

\>\>\>

\>\>\> Concerned WI resident,

\>\>\>

\>\>\> Patrick

To:       Mike Capomaccio
From:     Andrew Colborn
Sent:     Fri 1/15/2016 9:43:37 AM
Subject:  RE: Incident

Dear sir, I assure you I am not mentally handicapped. I also assure you that both my family and my department support my involvement in the Theresa Halbach homicide investigation. I have spent my entire adult life keeping people safe, having enlisted in the military while still in high school and I continue to serve my community as a detective lieutenant to this day. All of my children have graduated from college and are employed, and 2 of my children serve in the military with one of them having done two tours of duty in Afghanistan. I tell you this because they, like me and countless others like us, continue to do everything in our power to keep people safe. I have devoted my entire life to defending and upholding the US Constitution and the laws of the State of Wisconsin. We do this so you, and others like you, can exercise your right to free speech, however uninformed and /or hurtful it may be, and then go to sleep at night knowing your country and community is protected. Sir, I don't want to believe that you are so easily swayed by what you see on Netflix that was produced by two people with NO law enforcement experience in cooperation with the Avery defense lawyers. I feel your anger and hateful comments might be better served directed at Netflix for even airing something so distorted and twisted, and for fooling people such as yourself into believing it. I would strongly suggest you view appellate court decisions regarding Steven Avery's appeals, because even he does not feel that law enforcement "set him up" but instead is blaming his own 2 brothers. It's a matter of open records, please look it up. Also I would suggest this website to provide further information as to the truth.........newstalk1130.com Check into the article entitled "Debunking Making a Murderer" by Dan O'Donnel. As far as your comment about there being a special place in Hell for me, based on your email I did not take you for being a spiritual person. I am a Christian and have been since being baptized into the Lutheran Church early in my childhood. I feel, hope and pray that I will be accepted by Christ into his Kingdom when I meet my demise. However, we are all born into sin and if I do end up in Hell, I am positive that it wouldn't be because of ANYTHING to do with the Theresa Halbach homicide investigation. Finally, a word of caution, be careful what you wish for. If Avery were to ever be freed he could end up being your neighbor!! Please review the website and WI Appellate court decisions I mentioned, it may restore your faith in the system.

Lt. Andrew Colborn
Manitowoc County Sheriff's Department
          Office

This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.

-----Original Message-----
From: Mike Capomaccio
Sent: Thursday, January 14, 2016 8:04 AM
To: Andrew Colborn
Subject: Incident

You have made yourself, your family, and your department look like absolute idiots. You look like a clueless moron I can't believe it's retards like you that are supposed to keep people safe. There's a special place in hell for you.

Sent from my iPhone

**To:** Mullen, Gerald E. (MW) (FBI)
**From:** Andrew Colborn
**Sent:** Tue 8/1/2017 1:18:24 PM
**Subject:** RE: Twitter account of Wee Willie Kiels@HallWayOrMyWay

My report is finished and should be sent to you tomorrow. I will provide Agent Carroll of DCI a copy as well.....thank you, take care and stay safe!!

Lt. Andrew Colborn
Manitowoc County Sheriff's Department
                    Office
                    Cell

This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.

**From:** Mullen, Gerald E. (MW) (FBI)
**Sent:** Tuesday, August 01, 2017 10:13 AM
**To:** Andrew Colborn
**Subject:** RE: Twitter account of Wee Willie Kiels@HallWayOrMyWay

I'm sorry you have to deal with this harassment, I was hoping it had died down. I will review your report and explore our options as to identifying the offender. I would suggest you send this to Dennis Carroll from DCI as well. He and I can work together and it may expedite the process.

**From:** Andrew Colborn [mailto:
**Sent:** Tuesday, August 01, 2017 10:02 AM
**To:** Mullen, Gerald E. (MW) (FBI)
**Subject:** Twitter account of Wee Willie Kiels@HallWayOrMyWay

Agent Mullins, I received a tip that this individual was posting photos of my children after posting negative comments about the Steven Avery case as well as negative comments about me. I do not have a twitter account but I was able to access a portion of the conversation as well as a photo of my daughter, my son and his fiancé. The above twitter subject makes sure that he identifies them as "AC's kids". I will start a report here and forward that report to you. My daughter lives in NV and my son and his fiancé live in FL so I am concerned that this subject may now know where they live as the photos are recent. I know that you are very busy and I apologize for sending this to you in advance but I want it documented in case something happens to my children...........Thank you!!........ALC#232

This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.

Lt. Andrew Colborn
Manitowoc County Sheriff's Department
          Office
          Cell

This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.

To: Andrew Colborn
From: Tameka S. Raines
Sent: Wed 4/13/2016 10:58:39 PM
Subject: WI Appellate Appeals Reading

## Greetings,

It baffles me that you still stand by your "innocence" or "sense of duty' regarding your handling of Steven Avery Case from the 1995 call you received to the "statement" prepared the day after his release, to present day. In one of your email responses, you state that if in fact you were to be sentenced to HELL you know for certain it wouldn't be due to the Theresa Halbach Case.

What is so funny (but not so) is how you fail to mention your dealing, (no matter the duration-extent-and whatever reason you may apply) in the Steven Avery Case or the small minuscule Call you received - to put it lightly the for purposes of your conscious. You then go on to state that reading the WI Appellate Appeals would in fact show what the "crazy-easily influenced citizens of the WORLD" are seeming to be missing. What you are failing to understand is everything that occurred in Manitowoc County concerning the Steven Avery Case and sadly the addition of Brendon's Case, is we see CORRUPTION Simply put!!!!

Papers, ruling, decisions, etc all written and drawn up by those who had a hand in ensuring that the BADGE / BROTHERHOOD took presidency over everything. There is nothing rational about having the information or inclination of a suspected criminal, who of which was already a suspect under surveillance, is possibly

responsible for a crime but instead of checking he/she, you decide to exert your power to go where you want and to make pieces fit where you want and not exactlly where the fit. Why? Because I can!!!! Let's make this interesting- I not only exert my power to do what I want but at the cost of knowing allowing a suspected criminal to run free because it is better-on a personal note-to do what I want- not what I should. Those two don't always align themselves. They possibly did during this Theresa Haibach Case!!

Fast forwards 18 years later, Oh, we'll you know, we were just all doing our jobs - following leads and instincts—- crap of lies that must make the Christian in you Shake at Night. It has too!!!!!

So with all this mumbo jumbo I say you can say read read read those tainted papers until you are literally blue in the face. If that is what makes you sleep comfortably, hey, do you!!!! Seriously. But suggestions that reading those papers will change the minds of millions who see the corruption, pure weakness and idiotic conformity - on your behalf, you proudly proclaimed Christian, and blatant superiority-elites ways. So you should just being to accept the prosecution - whether you agree with it or not - whether innocent or not - right? Im sure this is slightly reminiscent of what Steven and Brenden feel - unwarranted accusations, threats and an conglomeration of the vileness that can fester in humans. Truly a shame.


Best Regards,
TSRB

**To:** Andrew Colborn

**From:** Andy Czerechowicz
**Sent:** Wed 1/17/2018 5:24:15 AM
**Subject:** Confirming information about a murder case
Email Snippet.png

Hello Mr Colborn.

**Please be advised that BCC'd on this email are all of your superiors and the Manitowoc DA Jacelyn LaBre.**

**I would like for you to take the time to read this posting about you, created by someone with intimate knowledge of the case:**

**https://redd.it/7fx7e1**

There has been a lot of talk online about your license plate call and how a lot of people feel you lied about it.

A snippet of your email to the Manitowoc DA in 2016 gives specific reasoning for your phone call (Attached pic as "Email Snippet").

**There are several problems with your explanation when it comes to the facts of this case.**

- First, the dispatch audio CD that MTSO provided to the defense in summer of 2006, which is in **chronological** order.

- Second, there was an **ATTEMPT TO LOCATE** sent out to all units, and considering you were in your patrol car at 6:51PM, you would have seen that ATL, with Teresa's information, license plate, and description of her missing, negating any reason for you to make that call (Even if your testimony were true and honest).

- Third, it is HIGHLY dishonest of you and Prosecutor Kratz to use the call you made to dispatch around 6:45-7PM on 11/3 to verify Teresa Halbach and **Carmet Boutwell** aren't the same person, as the license plate call at trial and testify to it.

- LAST, the problem with you being so specific to your Boss (BCC'd on this email) in January of 2016 is that the CHRONOLOGICAL ORDER of the audio CD puts your License plate call after, at the **very least, 8:30PM on november 3rd.** To make up specific reasons at trial (You and Ken Kratz in closing arguments) as to why you used your cell phone to make that license plate call (Because at trial it was claimed that you had just gotten off the phone with Wiegert prior to going to Avery and Zipperer) is dishonest at the very least.

I was hoping to get an explanation from you.

Please feel free to reach out to me so you can clear your name.

Thank You,

-Andy

Manitowoc-001594

**To:** Andrew Colborn
**From:** davidbryanhollars
**Sent:** Thur 1/7/2016 7:33:50 PM
**Subject:** Steven Avery

I would just like to know how you can live with yourself knowing what you did to Steven Avery and his family. I mean sure you didn't like the guy, but to ruin his life and the lives of his family? And for what? So that you wouldn't be held responsible for the first time you did it? It's Deplorable and you should admit to your actions. Write me an email, there's still time for you to make this right.

David

Sent via the Samsung Galaxy View, an AT&T 4G LTE device

To: Andrew Colborn
From: Clayton Jackson
Sent: Sun 1/3/2016 11:55:15 AM
Subject: Justice

Mr. Colborn,

After the conclusion of 'Making a Murderer', I had many emotions. Mainly, I felt overwhelming empathy for the falsely accused defendants including Mr. Avery and Mr. Dassy. I am an aspiring lawyer one who firmly believes in Justice.

Your role in the convictions of both men is the opposite of Justice, it is injustice. Plain and simple. If you have a conscious, you must come forward and face the music. The presumption of innocence that is essential to true Justice was absent in the investigations and trials of these two men. I firmly believe that the oath you swore to uphold, was not upheld in regards to your actions involving Mr. Avery and Mr. Dassy.

You have the power to change the hopelessness that is the lives of these two innocent men.

Do what is right,
Clayton P. Jackson

**To:** Andrew Colborn



**From:** Paul Holtzclaw
**Sent:** Sun 1/17/2016 6:54:40 PM
**Subject:** In the interest of the Public Trust

Dear Detective Colborn,

I sincerely wish you would tender your resignation in the best interest of: the good people of Manitowoc County, Public Service, and in the interest of those of us in law enforcement who have taken our oaths to Protect and to Serve others with sincerity and do carry out our duties with honesty and honor.

In my most careful assessment, analysis, and study of that which a blind man could see, you... have likely had a first hand, not only in the framing of Steven Avery, but in the murder of Teresa Halbach.

How sad that you are even still allowed to wear a shield.

Just sad.

| To: | MTSO - Detectives |
| From: | Laurie Heier |
| Sent: | Tue 1/26/2016 6:20:55 AM |
| Subject: | FW: Corruption Question |

*Laurie Heier*

Administrative Assistant
Manitowoc County Clerk's Office
Phone:
Fax:

This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.



**From:** Jeff L
**Sent:** Tuesday, January 26, 2016 12:38 AM
**To:** Lois Kiel                    Michelle Acevedo
Susan Ader                    Ruth Aebischer
Shawn Alfred
                                                        Laura Apfelbeck
                              Aimee Augustine                              Jessica
Backus                         Lori Baranczyk                              Connie
Bashaw                         Jim Baumann                              Patricia
Baumann                        Kevin Behnke
Niccole Behnke                        Lynne Belinske
                              Bob Blashe
                              Scott Blumreich                              Kaila
Boeckman                        Health Department
                                                        VeteranServices
                              Jill Brendemihl <                         Kari Vieau
                    ; Jim Brey                         ; Laurie Burke
                    Heather Burton                          Cindy Busch
                    Aprille Calewarts                              Bob
Cavanaugh                         Kristi Chase                         Sandra
Christman                          Skip Cole                         Stacey
Conjurski                         Laura Konop                         ; Heidi
Contreras                        Sharon Cornils
Dawn Crilly                        Nancy Crowley                              Gary
Daehn                          Cathy DeLain                         Patricia
Dodge                         Patricia Dodge                         Cheryl
                              Greg Dufek                              Jamie Dufek
                    David Dyzak                         ; Wayne Edmonds
                    ; Lori Edwards                         Chris Eiles
                    Chris Eisenschink                         Rebecca Ernst

James Falkowski                                                          ; Linda
Flentje                        David Foster                              Jena Foster
                    Alicia Free                              Matt Fricke
                    Peggy Fricke ;
          Dawn Fruzen                              Patricia Koppa
          Christine Gabsch ;                              Reed Gaedtke
                    ;                    Janet Galien
          Lori Garceau                              Kenneth Gayle
                Rick Gerroll
          Margaret Glaeser
          Curt Green ;                              ; Linda Grider
          Julie Grosshuesch                              Gregory
Grotegut ;                    Scott Gunderson
                Jennifer Haase                              Ann Habeck
          ; Paul Hacker <                              ; Jerry Halverson
          ; Jerry Halverson ;                              Tammy
Hammerschmidt ;                                        Paul
Hansen <                              aurie Heier
          Kayla Henning ;                              Rick Henrickson
          Leah Hilbert                              Jeremy
Hildebrand ;                    Wesley Hockers
          Chuck Hoffman                              Todd
Holschbach                    Marc Holsen ;
Louis Hovda ;

**Subject:** Corruption Question

So, I have watched the documentary.......

Please, someone explain how blood was not found in pools or in spatters as would be expected for stabbing, cutting of a throat or a gunshot???????????????????????? or some sort of DNA evidence that doesn't seem so fishy (e.g. only one person or the other without expected mixing).

This is really the biggest issue I have with trying to understand how a person can be convicted of a crime when it seems that in this day and age, this information would be readily apparent.

Yes, I sent this to everyone on the website as I didn't know who is the appropriate person to contact.

Jeff

07/21/16 @ 1700 Hrs.: I, Lieutenant A. Colborn, was informed by Sheriff R. Hermann that Deputy Police Chief Scott Luchterhand of the City of Manitowoc Police Department had received an email from an individual who identified himself as DAVID NEM. The email threatens retired DCI Agent THOMAS FASSBENDER by name as well as this Lieutenant, and this Lieutenant and Agent FASSBENDER's families. The email also states, "The reason is, that I just bought a Steyr SSG 08 and a few other nice things (some of them go BOOM). I will hurt COLBORN, FASSBENDER, their families, and every other Manitowoc Sheriff I can find." The original email ends with a P.S. that reads, "I hope you don't take your K9s out for a walk in Washington Park. I left some cyanide laced goodies for passing dogs ☺."

Attached to this case report is Deputy Chief Luchterhand's response to DAVID NEM. It should be noted that Deputy Chief Luchterhand's email consists of Deputy Chief Luchterhand explaining that the City of Manitowoc Police Department has no involvement in either of the Avery cases and in closing Deputy Chief Luchterhand thanks DAVID NEM for voicing his concern and taking the time to contact the City of Manitowoc Police Department.

DAVID NEM whose email address reads                                                    does respond to Deputy Chief Luchterhand and this time states in his P.S. "It's not so much a threat as a promise" (this would be DAVID NEM referring to Deputy Chief Luchterhand's message about being careful about threatening law enforcement). Continuing P.S.: "It's not so much a threat as a promise. I demand satisfaction and justice for MARTIN HULL and JULIE MONAHAN, who got raped by COLBORN and his cohorts. Those scumbags will suffer."

This Lieutenant did a Google search of the Steyr SSG 08 firearm referred to in DAVID NEM's email. I found the Steyr SSG 08 to be a high powered bolt-action sniper rifle made in Austria (see attached Google article entitled Steyr SSG 08: Successor to the Austrian Success Story.)

07/21/16 @ 1809 Hrs.: I, Lieutenant. A. Colborn, was informed by Lt. Sean Littlefield that Lt. Littlefield had received a telephone call and a copy of this email from Wisconsin DCI Special Agent Dennis Carroll. Agent Carroll was requesting a telephone call from both a City of Manitowoc Police Department detective and a MTSO detective.

I contacted Special Agent Carroll by telephone at                              and informed Agent Carroll that I had been in receipt of the aforementioned email. Agent Carroll requested that a MTSO case report be started and an entry made on that report regarding continued threats against law enforcement as a result of the Making a Murderer docu-series. Special Agent Carroll also requested that contact be made with the City of Manitowoc Police Department and that the Washington Park, located within the City of Manitowoc, be searched by law enforcement to determine if in fact cyanide laced objects had been placed within Washington Park.

Upon completion of my telephone call with Special Agent Carroll I contacted retired DCI Special Agent THOMAS J. FASSBENDER by phone and advised him of the existence of this threat. I further advised that the threat had been reported to both the FBI and the Wisconsin DCI by Sheriff Hermann after Sheriff Hermann received the email.

This incident should be forwarded to both the Wisconsin DCI marked attention Special Agent Dennis Carroll and the FBI marked attention Agent Jerry Mullin. No further action taken. AColborn /hah

It should be noted that this Lieutenant has never had contact with an individual by the name of DAVID NEM and it should be noted that DAVID NEM is not in the MTSO or MTPD in-house. It should further be noted that this Lieutenant has no knowledge and has never to the best of this Lieutenant's knowledge :ver had contact with MARTIN HULL and/or JULIE MONAHAN. This Lieutenant is totally unaware of the existence or whereabouts of MARTIN HULL and/or JULIE MONAHAN and in the 25 years this Lieutenant

has been employed in law enforcement this Lieutenant cannot recall having any contact with DAVID NEM, MARTIN HULL and/or JULIE MONAHAN.

No further action taken. All attempts to locate DAVID NEM within the State of Wisconsin were unsuccessful by this Lieutenant. AColborn /hah

07/22/16 @ 0742 Hrs.: I, Lt. A. Colborn, was informed by Sheriff R. Hermann that another email had been received from DAVID NEM. The email now is addressed to "Dear Mr. Hermann, Mr. Schetter, Mr. Hacker, and Ms. Kedrowski." The email states that DAVID NEM has now sent 2 letters to MTSO that contain Anthrax. The bottom paragraph of the email reads, "I demand satisfaction and justice for MARTIN HULL who got beat by sheriffs until he confessed for something he didn't do, JULIE MONAHAN, who got raped by COLBORN and his cohorts, but was too afraid to speak up, which lead to her killing herself." The final sentence in the email reads, "You scumbags will suffer." The email is signed Best regards, DAVID NEM.

It should be noted that Deputy Chief Luchterhand of MTPD responded to this email by stating, "Hi Rob, I don't think our department needs to worry about the Anthrax scare as DAVID is aware he was emailing the wrong department."

07/22/16 @ 0757 Hrs.: DI Todd Hermann forwarded DAVID NEM's latest email reference sending Anthrax to MTSO to DERIK THIEME who is a US Postal Inspector. DI Hermann's email and Postal Inspector's recommendations are attached to this case report. (Please see attached.)

In the interest of clarity "Colborn" who is referred to by DAVID NEM as being a target for assassination is this Lieutenant, ANDREW L. COLBORN, who has been employed and is still in the employ of the Manitowoc County Sheriff's Office as a sworn law enforcement officer for the past 25 years. Mr. Hermann who is referred to in both the July 22nd and July 21st emails by DAVID NEM is Manitowoc County Sheriff ROBERT C. HERMANN. Mr. Schetter who is referred to in the July 22nd email is Inspector/Undersheriff GREGORY J. SCHETTER who is the Undersheriff for the Manitowoc County Sheriff's Office and also a sworn law enforcement officer. Ms. Kedrowski is identified as ANGELA KEDROWSKI who is not a sworn law enforcement officer, but is instead a Joint Dispatch Supervisor as is Mr. Hacker who is identified as PAUL HACKER. In the July 21st email a reference is made to an individual named "Fassbender" who is identified as THOMAS J. FASSBENDER a retired sworn law enforcement officer who was employed by the Wisconsin Department of Justice/Division of Criminal Investigation.

No further action taken by this agency as investigation into identifying the suspect(s) will be conducted by Wisconsin DCI and/or the FBI. AColborn /hah

**To:** Andrew Colborn

**From:** Phil Russell

**Sent:** Sun 1/3/2016 11:37:55 AM

**Subject:** Hi Andrew

Hi Andrew,

What was it in particular that you hated so much about Steve Avery that you firstly made him spend another 8 years in prison for something he didn't do and then you planted evidence secondly to keep him there for the rest of his life? I presume you're not a religious man as if you were you'd know that you're not going to a very nice place when the inevitable happens to you.

I hope you sleep well at night and I'm sure you do.

Warm Regards,

Phil.

## Robert Hermann

n:          Brett Lavell
t:          Wednesday, January 06, 2016 12:28 PM
To:         Robert Hermann
Subject:    Concerns with your office

Good afternoon,

I just wanted to reach out with disgust at how your department handled the Steven Avery case. The facts are obvious that your department had something to do with this and a cover up looks to be very clear. Your department has lost all credibility and right now is in the media because of your inability to provide justice. Your department is supposed to protect the people of your jurisdiction and to make sure all criminal justice is proceeded. One day it will come out that James Lenk and Andrew Colburn planted evidence in this case that lead to Stevens arrest. What will your department come out and say then? You better hope you have a good pr team handy. I hope your department gets embarrassed. This is a very serious cover up and and an injustice to the justice system. It is my hope that the real killer does not launch or has already launched murders in your jurisdiction. Can you imagine if the real murderer killed one of your own family members? I hope next time your department goes out it does so with integrity. Your department did not do its best to protectors people of its jurisdiction.

Best regards,

˥  tt Lavell

1

## Andrew Colborn

| | |
|---|---|
| **om:** | Jimmy Schulz |
| **_ent:** | Sunday, January 03, 2016 4:05 PM |
| **To:** | Andrew Colborn |
| **Subject:** | Please |

You need to come clean so you can sleep at night. We all know you are not the brains behind this. Come forward so you can start the forgiveness process for the lies and deception that have put 2 innocent men behind bars. Even if you don't like Steve, do it for Brendan. Just a poor boy who has never harmed anybody.

1

COLBORN-005367

## Andrew Colborn

**om:** Greg Clarke
**ent:** Sunday, January 03, 2016 3:59 PM
**To:** Andrew Colborn
**Subject:** Query

Fuck wit

1

## Andrew Colborn

**om:** Mike H
**ent:** Sunday, January 03, 2016 3:10 PM
**To:** Andrew Colborn
**Subject:** January

You know what you did, and now you must live with it for the rest of your life.

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 90 of 142   Document 317-2   COLBORN-005369

## Andrew Colborn

**om:**            gerard clarke
**nt:**             Sunday, January 03, 2016 2:39 PM
**To:**             Andrew Colborn
**Subject:**      Bent cop

Why?

Sent from my iPhone

1

**Andrew Colborn**

rom:          Noah Yowell
Sent:         Saturday, January 23, 2016 8:58 AM
To:           Robert Hermann; Patricia Koppa; Sharon Cornils                          Nancy
              Crowley; Patricia Dodge; Gary Kennedy-Retired 12/1/2015;
                                     Bob Ziegelbauer; Jamie Aulik;
                                                                          Curt Green; Todd
              Reckelberg; Lynn Zigmunt; Louis Hovda; Mary Reel; Andrew Colborn
Subject:      Shame!

Dear Manitowoc Sheriffs and all the supporting Corrupt Cast of Manitowoc,

You give law enforcement and humanity a rotten name. You are corrupt scum. I don't know how you sleep at night, how you live with yourselves. It's sickening and unforgivable. Every time i think about you it makes me nauseous. I hope you realize that all of America views you with utter disgust and I hope you all know that you will never escape the stench of what you've done.

Regards,
Noah Yowell

1

## Andrew Colborn

**rom:** Vi Ton
**Sent:** Thursday, January 21, 2016 7:41 PM
**To:** Robert Hermann; Andrew Colborn

YOU ALL ARE SICK BASTARDS! GAIN SOME INTEGRITY AND LIVE UP TO YOUR NAME INSTEAD OF BEING CORRUPT AND LIARS!!!

1

COLBORN-005372

Lieutenant Colburn,

You defile the term "integrity". I believe you
to be a liar, a conspirator, an obstruction of
justice, and a disgrace to law enforcement.
Shame on you.

Sincerely,

Eric O. Arnegard

COLBORN-005373



COLBORN-005374

From:      Tashaa Canning
Sent:      Thursday, January 21, 2016 11:57 AM
To:
Subject:      Steven Avery,

Hey, my name is Natasha Canning, I'm from the United Kingdom.

I have recently watched the series on Netflix regarding Steven Averys case and I need to voice my opinion as an innocent man sits in jail, fighting for his freedom, please take the time and listen to the people of the worlds nations as this case has impacted my life.

"The police didn't kill Theresa Halbach. Andrew Colborn located that RAV4 with the assistance of Mike Halbach and Ryan Hillegas who illegally trespassed onto the Avery Salvage Yard on the night of November 3rd 2005. Mike Halbach and Ryan Hillegas suspected something was up since the Avery Salvage Yard was the last place they knew Theresa visited on Oct.31st Halloween day. They went snooping on the property and found the car. They checked the car and found the key in the ignition and blood in the cargo area. Mike or Ryan removed the key from the ignition to ensure that no one could easily move the car off of the Avery property... freaked out about this huge discovery they call the Manitowoc Sheriffs Department. Andrew Colborn fielded the call that night and went out and met Ryan and Mike at the Salvage Yard so he could view the car for himself. Ryan and Mike show him the car and to be certain its Halbachs he "calls" in the plate number to dispatch. Colborn has to "call" in... instead of "radio" in... the plate number to Manitowoc dispatch because he wasn't in his police cruiser at the moment, but rather on foot and in the "field' on the Avery Salvage property. This mistake places Colborn t the scene and in contact with Halbachs RAV4... 2 days before it is officially located on November 5th, 2005, ᴏy Pam Sturm.... This is problematic for Colborn because all call and radio transmissions to dispatch are recorded and logged onto the Manitowoc Police server. Andrew Colborn is now operating outside of police protocol at a potential crime scene that he has no official directive to be at. He tells Mike Halbach and Ryan Hillegas to basically keep quiet about what they found and not mention to anyone that they were ever on the Avery Salvage property that night. Ryan or Mike turns the RAV4 key over to Andrew Colborn. Mike and Ryan are told to go home. Andrew Colborn then immediately calls Lt. James Lenk and briefs him about the discovery of the Halbach car and breaches of protocol he committed on the Avery property, also about Ryan Hillegas and Mike Halbach being there. Lt James Lenk realizing that Colborn's calling in Halbachs plate is a serious mistake with potential consequences orders Andrew Colborn to remove the license plate from Halbach's car and then report to him immediately.

What James Lenk and Andrew Colborn, or the others for that matter, don't realize at this point and are completely unaware of is that Bobby Dassey and Scott Tadych have kidnapped, raped, shot and then burned Theresa Halbach in the privacy of the gravel quarry off of Jambo Rd on Halloween evening. They choose to burn her body to dispose of their DNA evidence of the crimes. They hid Halbach's car in the rear of Avery Salvage and wiped it clean of their prints. I believe it is Scott Tadych's idea to secretly transport the cremains of Halbach from the gravel quarry and dispose them into Steven Avery's burn pit. Scott Tadych transports Halbach's cremains in secret by using one of Barb Jandas burn barrels from her yard. Scott Tadych fails to collect all of Halbach's cremains from the original burn site in the gravel quarry, thus leaving some behind that FBI investigators later find... but he also fails in making certain all of Halbach's cremains are out of Barb Jandas burn barrel after dumping them into Steven Avery's burn pit. This is why investigators found small bits of albach in Barb Jandas burn barrel. Thus making a total of three sites where Halbach's cremains are found.
cott Tadych and Bobby Dassey are unaware that Ryan Hillegas and Mike Halbach have found Theresas car on the property and that Lenk and Colborn are now involved and in play with their scheme. .........By shear colossal

1

luck, two completely independent frame jobs targeting one man, Steven Avery were shaping up into the perfect storm. On one front, from Lenk and Colborn regarding the RAV4, ....and on the other unconnected front by Scott Tadych and Bobby Dassey regarding the cremains of Theresa Halbach. One party wasn't aware of the other's involvements at any point during the days leading up to the official discovery of Halbach's RAV4 at the Avery Salvage Yard hence why the investigation and murder trial made zero sense to anyone especially the Jury.

None of the evidence could be connected because it was all unrelated... everybody was guessing. But Buting and Strang had zeroed in on a part of it but couldn't fully form a solid defense to prove it. The Jury couldn't conceive that Manitowoc officers could have conspired to kill Theresa Halbach to frame Steven Avery as Ken Kratz insisted they had to if they wanted to follow the theory the defense presented of the frame up of Steven Avery by Manitowoc officials. And Ken Kratz was right... Imagine Scott Tadych's confused and utter relief when Steve Avery's blood was found in the Halbach car and the RAV4 key found in Steve Avery's bedroom..... he must have been very confused! A quote from Scott Tadych after Steven Avery is convicted of Theresa Halbach's murder.... "THIS IS THE GREATEST THING TO EVER HAPPEN"

This is probably the most credible theory I have come across so far. Notice how the events here not only make logical sense, but they also line up with how many of the parties involved behaved during the documentary i.e how Mike Halbach and Ryan Hillegas seemed like they knew more about what happened than they were leading on. As well as Scott Tadych and Bobby Dassey's bizarre hostility towards Steven Avery."

Take time and realise that Steven Avery is in fact innocent and deserves a retrial to prove his innocence to the world.



COLBORN-005376

Manitowoc County Sherriff's Office



54220

2016-01-19

Congratulations!! Manitowoc, Wisconsin is now the laughing stock of the free world. Always a noble goal to aspire to be #1, but only certain distinctions apply, and this isn't one of them.

I would liken the Manitowoc County Sherriff's Office's actions in the misguided prosecutions of Steven Avery & Brendan Dassey to a Keystone Cops episode if the former weren't so tragic.

Surely there is a special place in Hell reserved for the antagonists of your county's Sherriff's office – Lenk, O'Kelly, Colborn, Petersen – and a front row seat for their circus-master, Ken Kratz. Special mention to the duplicitous Len Kachinsky, the hapless so-called counsel for Dassey. Both the Crown and the Defence shouted out Dassey's complicity, assuring the outcome of his case before it even went to trial. The jurors were good little seals, especially the father of one of the Sherriff's deputies. Hard to imagine any bias there, huh?

Irony of ironies: the relentless persecution with a Christian-fundamentalist zeal of a family rooted in a 'one branch family tree', housed in a state with a one-dimensional judiciary. To wit – the same judges in the respective murder trials also presiding on the appellate courts on the same cases!! Gotta like those odds as a defendant. Nobody else qualified? No law schools in Wisconsin?

To simply call this sad-sack story a miscarriage of justice grossly underestimates the culpability of those involved in the wrongful convictions of two innocent men, twice no less for Avery.

David Moffat

Cc Milwaukee Journal Sentinel, HTR News, Green Bay Press Gazette

COLBORN-005377

## Andrew Colborn

om:            Paul Holtzclaw
_ent:          Sunday, January 17, 2016 8:55 PM
To:            Andrew Colborn;

**Subject:**        In the interest of the Public Trust

Dear Detective Colborn,

I sincerely wish you would tender your resignation in the best interest of: the good people of Manitowoc County, Public Service, and in the interest of those of us in law enforcement who have taken our oaths to Protect and to Serve others with sincerity and do carry out our duties with honesty and honor.

In my most careful assessment, analysis, and study of that which a blind man could see, you... have likely had a first hand, not only in the framing of Steven Avery, but in the murder of Teresa Halbach.

How sad that you are even still allowed to wear a shield.

Just sad.

1

## Andrew Colborn

**·om:**        Mike Capomaccio
**_ent:**        Thursday, January 14, 2016 8:04 AM
**To:**          Andrew Colborn
**Subject:**    Incident

You have made yourself, your family, and your department look like absolute idiots. You look like a clueless moron I can't believe it's retards like you that are supposed to keep people safe. There's a special place in hell for you.

Sent from my iPhone

1

| | |
|---|---|
| 'om: | Andrew Colborn |
| _ent: | Friday, January 15, 2016 11:44 AM |
| To: | 'Mike Capomaccio' |
| Subject: | RE: Incident |

Dear sir, I assure you I am not mentally handicapped. I also assure you that both my family and my department support my involvement in the Theresa Halbach homicide investigation. I have spent my entire adult life keeping people safe, having enlisted in the military while still in high school and I continue to serve my community as a detective lieutenant to this day. All of my children have graduated from college and are employed, and 2 of my children serve in the military with one of them having done two tours of duty in Afghanistan. I tell you this because they, like me and countless others like us, continue to do everything in our power to keep people safe. I have devoted my entire life to defending and upholding the US Constitution and the laws of the State of Wisconsin. We do this so you, and others like you, can exercise your right to free speech, however uninformed and /or hurtful it may be, and then go to sleep at night knowing your country and community is protected. Sir, I don't want to believe that you are so easily swayed by what you see on Netflix that was produced by two people with NO law enforcement experience in cooperation with the Avery defense lawyers. I feel your anger and hateful comments might be better served directed at Netflix for even airing something so distorted and twisted, and for fooling people such as yourself into believing it. I would strongly suggest you view appellate court decisions regarding Steven Avery's appeals, because even he does not feel that law enforcement "set him up" but instead is blaming his own 2 brothers. It's a matter of open records, please look it up. Also I would suggest this website to provide further information as to the truth.........newstalk1130.com Check into the article entitled "Debunking Making a Murderer" by Dan O'Donnel. As far as your comment about there being a special place in Hell for me, based on your email I did not take you for being a spiritual person. I am a Christian and have been since being

aptized into the Lutheran Church early in my childhood. I feel, hope and pray that I will be accepted by Christ into his Kingdom when I meet my demise. However, we are all born into sin and if I do end up in Hell, I am positive that it wouldn't be because of ANYTHING to do with the Theresa Halbach homicide investigation. Finally, a word of caution, be careful what you wish for. If Avery were to ever be freed he could end up being your neighbor!! Please review the website and WI Appellate court decisions I mentioned, it may restore your faith in the system.

Lt. Andrew Colborn
Manitowoc County Sheriff's Department

This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.

-----Original Message-----
From: Mike Capomaccio
Sent: Thursday, January 14, 2016 8:04 AM
To: Andrew Colborn
Subject: Incident

ou have made yourself, your family, and your department look like absolute idiots. You look like a clueless moron I can't believe it's retards like you that are supposed to keep people safe. There's a special place in hell for you.

Manitowoc County Public Works,

█████████████

WI 54220,
United States

Date: 14/1/2016

Dear Sirs,

**Re: Mr Steven Avery**

I am writing to you because of the unfair court proceeding and the narrow minded jury that put Mr Steven Avery in Jail for life for a crime he so blatantly DID NOT commit.

There is a group on Facebook called the Steven Avery Project which is full of ordinary people like myself protesting for Mr Avery to be set free! It has over 57,000 members so far and is growing by the minute!

I watched his documentary on Netflix and I am deeply saddened and moved by what I saw this innocent man and his family go through. When he was lied to and was told guilty, his body sunk in, his breath deepened, his eyes were crushed. THINK OF HOW THAT WOULD FEEL. WHEN YOU ARE INNOCENT AND SOMEONE ELSE IS DECIDING YOUR FUTURE FOR YOU WITH FAKE EVIDENCE! TOTAL DISGRACE!

All you have earned from this is a HUGE LOSS OF RESPECT FROM NOT ONLY USA BUT UK AND EUROPE!

I find this disgusting and no amount of money will ever be able to bring back his life he has already lost because of you imbeciles.

He missed out on his children, a career, basic things such as, cinema, dining out, CHRISTMAS, BIRTHDAYS, HIS BABIES FIRST WORDS, FIRST STEPS!

YOU ARE PURE EVIL.

COLBORN-005381

STEVEN AVERY'S FINGER PRINTS WERE NOT IN THE VEHICLE. YOU CAN SEE IN HIS EYES HE IS PURE INNOCENT. HIS FAMILY ARE PURE INNOCENT AND ALL THEY DESERVE IS LOVE AND RESPECT. IN MY EYES AND THE REST OF ENGLAND THEY HAVE GAINED THAT FROM US BECAUSE MANITOWOC COUNTY SHERIFF'S ARE PURE SCUM OF THE EARTH.

**JAMES LENK AND ANDREW COLBORN ARE EVIL.** YOU CAN SEE THIS IN THEIR EYES. LOOK AT THEIR EYES THEY ARE CRIMINALS AND **USING THEIR POWER TO BE A BULLY AND NOTHING ELSE.**

THEY COULDN'T HANDLE WHEN STEVEN AVERY WAS SET FREE AFTER 18 CRUEL YEARS IN THAT HELL HOLE! HE SUED MANITOWOC COUNTY AND RECEIVED MONEY.

**JAMES LENK AND ANDREW COLBORN COULDN'T HANDLE THE EMBARRASSMENT OF THIS AND INSTEAD OF SWALLOWING THEIR PRIDE THEY FRAMED HIM BY SOMEHOW BEEN ABLE TO BE PART OF ANOTHER CASE IN MR STEVEN AVERY'S LIFE WHICH WAS SET UP BY THEM.**

ABSOLUTE SCUM THEY ARE. THEY DESERVE TO BE LOCKED UP AND SENTENCE FOR THE REST OF THEIR LIVES, WHICH REALLY WOULD NOT MAKE MUCH DIFFERENCE TO THEM NOW BECAUSE THEY HAVE BEEN ABLE TO LIVE THEIR LIVES UNLIKE INNOCENT MR STEVEN AVERY.

**DID YOU EVER THINK TO PICK UP ON TERESA HALBACH'S PHONE AND WHY HER VOICEMAILS WERE DELETED? HER EX AND BROTHER ONLY HAD THIS POWER TO LOOK AT HER VOICEMAILS AND THAT IS SOMETHING TO QUESTION MASSIVELY.**

This entire system you have is based on bullies and using power to their advantage which is cruel and torturous.

I am soon to be 24 years old and I wish deeply I could give Steven some of my years so that he can live his life that he well and truly deserves!

**MANITOWOC COUNTY IS KNOWN ALL OVER THE WORLD AS A PLACE OF ENTRAPMENT AND INJUSTICE TO CIVIL RIGHTS.**

Dean Strang and Jerry Buting are the best thing my eyes have ever witnessed on TV and my brain was overloading with intelligence after hearing their outstanding argument to free Steven Avery. **EVERYTHING THEY STATED WAS FACT!**

As for **KEN KRATZ** he can **ROT IN HELL** along with **JAMES LENK AND ANDREW COLBORN** who planted the evidence.

COLBORN-005382

I HOPE STEVEN AVERY GETS SET FREE. HE HAS NOTHING TO PROVE. ALL HE HAS TO DO IS LIVE HIS LIFE WHICH YOU TOOK AWAY FROM HIM PURE BECAUSE OF REPUTATION WHICH HAS SUNK SO LOW.

Yours sincerely,
Jennifer Tate

Leeds,
England,
United Kingdom.

COLBORN-005383

## Andrew Colborn

**om:**          Steven Rey
**_ent:**        Wednesday, January 13, 2016 3:37 AM
**To:**          Andrew Colborn
**Subject:**    We are coming for you

Andrew,

You are utter scum. Who quite clearly framed an innocent man.

Why did you call in for a check on a RAV4? It's quite obvious you were looking straight at it. We know you planted the blood. We know you hid the vehicle at Avery salvage.

Believe me you corrupt piece of shit, we will not stop until we get justice for Steven and Brendan. You are going to jail. It's just a matter of time.

There's now millions of people round the world who want to see your corrupt department crumble.

Enjoy freedom while you can.

1

COLBORN-005384

## Andrew Colborn

om:
_ent:                    Monday, January 11, 2016 5:52 PM
To:                      Andrew Colborn
Subject:                 FRAUD

You and your colleagues should be ashamed of the injustice that you have caused. Admit your wrong doings so an innocent man can be freed AGAIN!!!

**rom:** Laurie Heier
**Sent:** Tuesday, January 26, 2016 8:21 AM
**To:** MTSO - Detectives
**Subject:** FW: Corruption Question

*Laurie Heier*

Administrative Assistant
Manitowoc County Clerk's Office

This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.

**From:** Jeff L [mailto:
**ent:** Tuesday, January 26, 2016 12:38 AM
**o:** Lois Kiel                                    ; Michelle Acevedo                                              Susan Ader
                                    Ruth Aebischer                                              Shawn Alfred

                                    Laura Apfelbeck                                              Aimee Augustine
                                    ; Jessica Backus                                              Lori Baranczyk
                                    Connie Bashaw                                              Jim Baumann
                                    Patricia Baumann                                              Kevin Behnke
                                    Niccole Behnke                                              Lynne Belinske
                                    Bob Blashe
                                    Scott Blumreich                                              ; Kaila Boeckman
                                    Health Department
                                    VeteranServices                                              Jill Brendemihl
                                    Kari Vieau                                   Jim Brey
                                    Laurie Burke                                   Heather Burton
                                    Cindy Busch                                   Aprille Calewarts
                                    Bob Cavanaugh                                   Kristi Chase
                                    Sandra Christman                                   ; Skip Cole
                                    Stacey Conjurski                                   Laura Konop
                                    Heidi Contreras                                   ; Sharon Cornils
                                    ; Dawn Crilly                                   Nancy Crowley
                                    ; Gary Daehn                                   Cathy DeLain
                                    Patricia Dodge                                   Patricia Dodge
                                    Cheryl Duchow                                   ; Greg Dufek
                                    Jamie Dufek                                   David Dyzak
                                    Wayne Edmonds                                   Lori Edwards
                                    ; Chris Eiles                                   Chris Eisenschink



**Subject:** Corruption Question

So, I have watched the documentary.......

Please, someone explain how blood was not found in pools or in spatters as would be expected for stabbing, utting of a throat or a gunshot????????????????????? or some sort of DNA evidence that doesn't seem so fishy (e.g. only one person or the other without expected mixing).

This is really the biggest issue I have with trying to understand how a person can be convicted of a crime when it seems that in this day and age, this information would be readily apparent.

Yes, I sent this to everyone on the website as I didn't know who is the appropriate person to contact.

Jeff

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 108 of 142   Document 317-2 COLBORN-005387

**Andrew Colborn**

Confess to the lies Andrew. What you guys did is horrible. Poor people rotting away. It's so so unfair. You will feel better once it's done I promise

1

January 25, 2016

Dear Manitowoc County Sheriff's Department,

It is beyond mortifying to realize that we live in a world where we are classically conditioned to trust our ultimate safety in the Police. People delegated to keep our community safe.

The measure your department went through to terminate an innocent man's life not only once, but twice is absolutely atrocious. I suppose the 18 years Steven Avery rotted away in a prison cell losing his family, children, and dignity for a *crime he did not commit* was not satisfying enough for the Manitowoc County Sheriff's Department's sick, crooked minds. Instead you let an immoral and perverted criminal run loose to violate and rape countless women. Then an innocent victim Teresa Halbach, was brutally murdered and instead of taking the responsibility to serve and protect, you made the choice to wrongfully frame that same innocent man and become a false witness.

The Manitowoc County Sheriff's Department and all other contributors behind the frame of Steven Avery for the murder of Teresa Halbach are nothing more than cynical, soulless cowards who could not fess up and take proper responsibility for their wrongful allegations in the 1985 Penny Beernsten case.

*Lieutenant Lenk, Sargent Andrew Colborn, DA Ken Kratz, Sherriff Tom Kocouek, Denis Vogel* and *all others involved* are by far the most despicable, unjust, and corrupt law enforcers that have ever served. I hope on day all your true colors are exposed like former DA Ken Kratz – making you all lay down your badges and resign.

**"Vengeance is mine, I will repay, saith the Lord"** I have complete faith that the Lord will repay you all for your contribution in this unforgivable sin.

Signed,

Extremely Disappointed.

COLBORN-005389

I know what you did Colborn

Manitowoc County Sheriffs Dept
Manitowoc Wisconsin 54220

54220534025

COLBORN-005390

3-2-16

Dear Mr. Colburn:

Dumbass:

You didn't do your job! You didn't do it in 1995 when you received the "wrong man" phone call and you didn't do it in 2005 when you let a serial killer frame 2 innocent guys for a crime they had NOTHING to do with: Ever wonder ??
— why only AVERY DNA on key?
— why bones in 2×2" pieces and not all there?
— why no Halbach dna in bedroom?

My god man, you truely are an idiot. ⅀ Its too late for you now, but for each day those guys rot in jail, hell will be 1 degree warmer for you!

Find a brain

Everthink of putting up surveillence cameras on Avery property to make sure no one entered site? heck no!

Mark Musig/. Green Bay WI

Avery

Eduard Edward Sikikey

**Andrew Colborn**

rom:           Andrew Colborn
Sent:          Wednesday, November 30, 2016 11:22 AM
To:
Subject:       Mark John Musial DOB:03/29/16

Agent Kust, the above individual, whose letters I have received, seems to feel that Edward Edwards Sikikey is a suspect in the Theresa Halbach homicide. Our clerical staff will scan and send to you the "complimentary" letter he was nice enough to send me. His phone number is ▓▓▓▓▓ and his address is ▓▓▓▓▓▓▓▓▓▓. It appears he wants to share his suspicions with law enforcement.

Lt. Andrew Colborn
Manitowoc County Sheriff's Department

This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.

*LETTER FROM MUSIAL SCANNED AND SENT TO AGENT KUST BY BRENDA C on 11/30/16*

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 113 of 142   Document 317-2   COLBORN-005392

**To:** MTSO - Jail and Jail Sergeants[
**Cc:** Connie Bashaw
**From:** Jason Jost
**Sent:** Mon 2/15/2016 12:55:30 PM
**Subject:** Update

A meeting was held last week regarding the bomb threats and threatening calls made to dispatch. The group learned several things and here are some of them:

- Dispatch was receiving sometimes 100 calls per day from people wishing to voice their opinions about the Netflix movie.
- The threats have been coming in on a non-emergency line which can mean they are coming from outside our 911 service area.
- There is an "evacuation" group that is believed based in Russia that will send calls of this or other emergency natures through the non-emergency line. These calls are referred to as "Swatting, Doxing (having to do with personal documents and identification), or spoofing.
- Modifications to our service provider, AT+T, are being looked into so more information can be gathered about the number the call was placed from.
- Decisions on how to handle future bomb threats- dispatch will communicate with the shift commander so appropriate decisions can be made.

What if you receive one of these calls in the jail?

- Ask questions and gather as much information as you can regarding location, time to go off... Ask questions that will aid in determining credibility of the person calling, such as asking which building, room, garage location or others that may discredit the caller.
- If the call is transferred to a **cell phone** the caller information will not be able to be tracked through our provider.
- Notify dispatch so they can work to notify the shift commander so checks of the area can be started if deemed appropriate.
- The call can be transferred to dispatch at -4201 if needed. Work to get as much information as you can in case the person hangs up, write down all information and start an incident.

Respectfully,

Jason M. Jost, Jail Administrator
Manitowoc County Sheriff's Office

Office number:

Jail website: mtwjail.com

This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.

A meeting was held last week regarding the bomb threats and threatening calls made to dispatch. The group learned several things and here are some of them:

- Dispatch was receiving sometimes 100 calls per day from people wishing to voice their opinions about the Netflix movie.
- The threats have been coming in on a non-emergency line which can mean they are coming from outside our 911 service area.
- There is an "evacuation" group that is believed based in Russia that will send calls of this or other emergency natures. These calls are referred to as "Swatting, Doxing (having to do with personal documents and identification), or spoofing.
- Modifications to our service provider, AT+T, are being looked into so more information can be gathered about the number the call was placed from.
- Decisions on how to handle future bomb threats- dispatch will communicate with the shift commander so appropriate decisions can be made.

What if you receive one of these calls in the jail?

- Ask questions and gather as much information as you can regarding location, time to go off. Ask questions that will aid in determining credibility of the person calling, such as asking which building, room, garage location or others that will discredit the caller.
- If the call is transferred to a cell phone the caller information will not be able to be tracked through our provider.
- Notify dispatch so they can work to notify the shift commander so checks of the area can be started if deemed appropriate.

Jason M. Jost, Jail Administrator
Manitowoc County Sheriff's Office

Office number:

Jail website: mtwjail.com

This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.

## Andrew Colborn

| | |
|---|---|
| **From:** | Robert Hermann |
| **Sent:** | Friday, July 22, 2016 12:49 PM |
| **To:** | MTSO |
| **Cc:** | Bob Ziegelbauer; Sharon Cornils; Peter Conrad; Gerry Neuser |
| **Subject:** | Recent Threats - High Importance |

The Manitowoc County Sheriff's Office has received some recent threats by email from a subject that identifies himself as David Nem. The threats are to law enforcement and their families by the use of weapons and to include the mailing of anthrax. The suspect has sent several emails making substantial threats. The Wisconsin Department of Justice is currently working on this case and attempting to locate where the email originated from. The incident and emails are located in the Limbo file at the Sheriff's Office, please be sure to review this information.

Please remain vigilant at home, at work and in your travels.

Robert C. Hermann, Sheriff
Manitowoc County Sheriff's Office

Phone:
Fax:

| | |
|---|---|
| rom: | WI Crime Alert Network - Statewide Alert |
| ent: | Thursday, July 21, 2016 8:23 PM |
| To: | Wisconsin Crime Alert Member |
| Subject: | Wisconsin Crime Alert |

## DIVISION OF CRIMINAL INVESTIGATION

### Wisconsin Crime Alert Network

Wisconsin Department of Justice

This Crime Alert is intended to advise you of criminal activity that may affect you or your business.

**DO NOT DISTRIBUTE WITHOUT CONSENT FROM THE ORIGINATING AGENCY**

**ORIGINAL ALERT: X**

**UPDATED ALERT:**

**CANCELED ALERT:**

*Incident Information*

**TYPE OF INCIDENT: Threats to Law Enforcement**

DATE OF INCIDENT: 7-21-16

TIME OF INCIDENT: 2:30 PM

LOCATION OF INCIDENT: Via Email

**DETAILS OF INCIDENT:**

\*LAW ENFORCEMENT SENSITIVE\*

On July 21, 2016, at approximately 2:30 pm the Manitowoc Police Department and Manitowoc Sheriff's Office received an email threat from a subject apparently upset over the Steven Avery movie on Netflix. The subject sent specific threats to all of the Manitowoc officers and others previously involved with Avery case. The subject indicates that he recently purchased a Steyr SSG08 rifle and eluded to having explosives. The subject also referenced a local Manitowoc park and placing cyanide laced items for passing dogs.

The subject used a free email service called Muchomail and used the email address of '

. The Wisconsin Statewide Information Center did a Suspicious Activity Report and researched the subject name of David Nem and was unable to locate a subject with that name. In a follow-up email the subject lists two other names of Martin Hull and Julie Monahan who he appears based on the email to want to avenge whatever occurred with those subjects.

1

The alert is being sent out statewide based on the clear threat to kill law enforcement and to possible identify the actual identity of the subject based on the email content and references.

| *Agency Contact Information* |
| --- |
| **AGENCY NAME**: Division of Criminal Investigation |
| OFFICER ISSUING ALERT: Special Agent Dennis Carroll |
| TELEPHONE NUMBER: ████████ |
| EMAIL: ████████████ |

If you have any information pertaining to this alert, contact the issuing law enforcement agency shown above.

For emergencies call 911.

Do not reply directly to this email as this mailbox is not monitored.

Alerts received by fax may not include photos. Photos associated with this alert can be viewed in your email alert message.

The Wisconsin Crime Alert Network is managed by the Wisconsin Department of Justice, Division of Criminal Investigation.
www.wisconsincrimealert.gov

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 118 of 142   Document 317-2

COLBORN-005148

# MANITOWOC CO SHERIFF'S OFFICE

## Summary

**Print Date/Time:** 02/01/2016 13:29
**Login ID:** s190
**Case Number:** 2016-00000826

MANITOWOC COUNTY SHERIFF
**ORI Number:** WI0360000

### Case

| Case Number: | 2016-00000826 | | Incident Type: | DC - W/TELEPHONE |
|---|---|---|---|---|
| Location: | | | Occurred From: | 01/31/2016 17:11 |
| | | | Occurred Thru: | 01/31/2016 17:11 |
| Reporting Officer ID: | S193 - SCHETTER | | Disposition: | PENDING |
| | | | Disposition Date: | 01/31/2016 |
| | | | Reported Date: | 01/31/2016 17:11 Sunday |

### Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|

### Subjects

| Type | No. Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|
| INFORMATIONAL | 1 COLBORN, ANDREW LEE | | | WHITE | MALE | 03/14/1959 56 |
| OTHER | 1 SCHETTER, GREGORY JOSEPH | | | | | |
| HER | 2 HARDER, SABRINA | | | | | |

### Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

### Property

| Date | Code | Type | Make | Model | Description | Tag No. Item No. |
|---|---|---|---|---|---|---|

### Vehicles

| No. Role | Vehicle Type | Year Make | Model | Color | License Plate State |
|---|---|---|---|---|---|

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 119 of 142   Document 317-2
Confidential
COLBORN-005502

# MANITOWOC CO SHERIFF'S OFFICE

## Summary

**Print Date/Time:** 02/01/2016 13:29
**Login ID:** s190
**Case Number:** 2016-00000826

MANITOWOC COUNTY SHERIFF
**ORI Number:** WI0360000

---

SGT

Date:

---

LT

Date:

---

DEPUTY

Date:

---

DEP INSPECTOR

Date:

---

SHERIFF

Date:

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 120 of 142   Document 317-2
Confidential
COLBORN-005503

01/31/16 @ 1654 Hrs.: I, Inspector Schetter, noted an incoming call to my cell phone which indicated no
"er ID. Upon answering the cell phone I greeted the caller with, "Hello Gregg speaking." At that time a
�récipitent individual asked for Officer Colborn. At this time I was somewhat confused and concerned due to
the fact that my cell phone number is not listed in any public domain, but yet this individual made it
through to my line on what appeared to be work matter more than likely involving the Steven Avery and
Netflix documentary.

I responded back to the caller asking him what his name was and the reason for his call. The subject
once again asked to speak with Officer Colborn. I replied that unless he provides me with specific
information as to who he is and what the reason of the call is I would not be able to assist him. The male
caller than asked for my name at which time I informed him, "Gregg Schetter" but did not confirm that I or
this phone number were associated with law enforcement. I then immediately asked the male caller for
his name in which you could tell his voice became somewhat nervous due to the fact that the call was
past 30 seconds. The male caller then stated, "Tell Officer Colborn that he better watch his back." With
this the unidentified male caller disconnected the phone call.

As indicated earlier I did not understand how this caller received my unpublished cell phone number or
why he would think it would be associated with Officer Colborn. I made telephonic contact at Manitowoc
County dispatch center. I spoke with dispatcher Sabrina who confirmed that she had an incoming call
from a male individual who asked for Officer Colborn. I inquired if there were any threats or specific
information that would possibly identify who the caller was. Sabrina indicated that the subject requested
to speak with Officer Colborn, but did not provide any further information and does not recall a caller ID.
Sabrina then indicated that she was going to transfer the call to an office landline, but must have
mistakenly transferred it to my cell phone instead.

This officer brief Sheriff Robert Hermann regarding the incoming call and the perceived threat that Officer
ᵢorn should watch his back. Due to the recent exposure and threats directed towards law
rcement it was determined to complete a police report on this and forward this information to the FBI
and DOJ for further follow up.

With this information I had the above incident started and confirmed that the call came into our Joint
Dispatch Center at 1653 hrs and according to dispatch records there was no caller ID information
associated with it. I will attempt to have our records custodian pull the call at the time noted and transfer
it to a CD to be kept as possible evidence related to this incident. GSchetter      /hah

## Andrew Colborn

| From: | Mullen, Gerald E. (MW) (FBI) |
| Sent: | Tuesday, August 01, 2017 10:13 AM |
| To: | Andrew Colborn |
| Subject: | RE: Twitter account of Wee Willie Kiels@HallWayOrMyWay |

I'm sorry you have to deal with this harassment, I was hoping it had died down. I will review your report and explore our options as to identifying the offender. I would suggest you send this to Dennis Carroll from DCI as well. He and I can work together and it may expedite the process.

From: Andrew Colborn
Sent: Tuesday, August 01, 2017 10:02 AM
To: Mullen, Gerald E. (MW) (FBI)
Subject: Twitter account of Wee Willie Kiels@HallWayOrMyWay

Agent Mullins, I received a tip that this individual was posting photos of my children after posting negative comments about the Steven Avery case as well as negative comments about me. I do not have a twitter account but I was able to access a portion of the conversation as well as a photo of my daughter, my son and his fiancé. The above twitter subject makes sure that he identifies them as "AC's kids". I will start a report here and forward that report to you. My daughter lives in NV and my son and his fiancé live in FL so I am concerned that this subject may now know where they live as the photos are recent. I know that you are very busy and I apologize for sending this to you in advance but I want it documented in case something happens to my children...........Thank you!!........ALC#232

This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.

Lt. Andrew Colborn
Manitowoc County Sheriff's Department
Office
Cell

This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.

## SUSPICIOUS PACKAGE

01/06/16 @ 0830 Hrs.: I, Lieutenant A. Colborn, checked the mail at my residence located at ⬛⬛⬛⬛⬛⬛⬛⬛⬛ Opening the mailbox I observed several personal items of mail to include advertisements and bills. I also observed a white cylindrical tube that appears to be made out of cardboard and is capped at each end with a plastic cap.

I removed the tube from my mailbox and observed that the tube was addressed to Andrew Colborn at ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛.

I observed that the tube had a shipping label attached to it from/generated by the United States Postal Service. I observed the tracking number to be 9400110200829856778603. I further observed on the shipping label the words US Postage and Fees Paid December 22, 2015 mailed from zip code 84032.

I checked the return address block on the shipping label and observed that the package had been mailed from M-R,LLC PO Box 201 Heber, UT 84032.

As I had not ordered anything from that particular company nor had I ever had any contact with that particular company I carried the package into my residence where I displayed it to my spouse. I asked my spouse if she had ordered anything from M-R, LLC out of Heber, UT and if so why she would have had the package addressed to me as opposed to herself.

My spouse stated that she did not order anything via the internet or through a catalog from any company and that she had no idea what the contents of the package would be.

I observed the cardboard tube was capped with plastic caps on each end of the tube. One of the plastic caps had a sticker on it which reads open other end. I further observed that the caps were taped over with heavy duty packing tape.

I cut the packing tape on one end of the cardboard tube and started to remove the plastic cap that did not have a sticker on it. I observed that the cap was very tightly either wedged or threaded into the cardboard tube. I then ceased all efforts to remove the plastic cap or open the package.

Shaking the package I could hear inside what I believed to be a granular powder or compound of some type inside the package. At that time I decided to respond to MTSO and attempt to find a facility that would x-ray the package to try and determine its contents.

It should be noted that the mailbox at my residence was checked by my spouse on 01/04/16 and the package had not been in the mailbox at that time.

On 01/05/16 this Lieutenant and his spouse were away from the residence at the time the mail was delivered. This Lieutenant did not check the mail delivery from 01/05/16 until approximately 0830 hrs. on 01/06/16. It should be noted that postal delivery at this Lieutenant's residence is generally between 1300 and 1400 hrs; therefore, this package had to have been delivered on 01/05/16.

Upon arrival at MTSO I made contact with Inspector G. Schetter and Deputy Inspector T. Hermann and explained my suspicions reference this package. It was then decided to involve the Federal Bureau of Investigation and arrangements were made with the FBI to have the FBI respond to MTSO along with a postal inspector and take possession of the package.

Photographs were taken by this Lieutenant and by Deputy Inspector T. Hermann. The photographs of the package for each are attached to this case report. A Google check was done in an attempt to locate a company in Heber, UT known as M-R, LLC. The Google check was unable to locate any company in Heber, UT known as M-R, LLC.

THIS DOCUMENT IS THE PROPERTY OF

This Lieutenant and/or this Lieutenant's family does not have relation in Heber, UT again no one in this Lieutenant's immediate family knowns of the existence of a company known as M-R, LLC in Heber, UT.

01/06/16 @ 0954 Hrs.: The package was placed in a plastic bag which was then sealed with evidence tape and placed into temporary evidence locker #27. The key to temporary evidence locker #27 was turned over to Deputy Inspector T. Hermann. Deputy Inspector T. Hermann will subsequently turn custody of the item over to the FBI and/or postal inspector.

No further action taken. AColborn /hah

01/06/16 @ 0910 Hrs.: I, Deputy Inspector T. Hermann, had contact with Lt. Colborn in reference to the suspicious mailing he received. Lt. Colborn packaged this item in my presence and placed it into temporary evidence locker #27. After the item was in the locker the key was turned over to me for further investigation.

I then contacted the FBI out of Green Bay and spoke to Special Agent Lynch. SA Lynch advised that he would contact the US Postal Inspector and provide my contact information.

01/06/16 @ 1000 Hrs.: I received a telephone call from Postal Inspector Thieme out of the Green Bay office. I emailed to him photos of the item received by Lt. Colborn. Postal Inspector Thieme indicated he would follow up on this matter and return information to me.

01/06/16 @ 1200 Hrs.: I had a return call from Postal Inspector Thieme. He advised that the package is a "blizzard bomb." This is an item that customers can order which is a spring loaded tube containing either glitter or confetti, and it is sent anonymously to an address of the customer's choosing. Postal Inspector Thieme forwarded an email describing the company and contact person which is attached.

01/06/16 @ 1345 Hrs.: I contacted SEAN REILLY who operates the company that shipped the blizzard bomb. REILLY indicated that the order for the blizzard bomb sent to Lt. Colborn was placed by DANIEL LEE of 1 Capri Dr., Roselyn, NY 11576. REILLY said the email associated with this person was ████████████ REILLY said this party, by the name of DANIEL LEE, ordered 5 of the blizzard bombs for shipment. I sent an email to REILLY requesting the names of the persons receiving blizzard bombs in case they are associated with law enforcement so that I could provide warning to these persons or agencies.

I removed the blizzard bomb from MTSO evidence locker #27. I took the item to the MTSO garage where I removed the end cap labeled do not remove. Once removing this end cap a spring came out and the contents of the blizzard bomb. Inside the blizzard bomb was a large amount of purple colored glitter and a blue note. Unfolding the note, printed on the note was printed, "For Steven Avery." All items were disposed of after photos were taken and attached to this incident.

01/06/16 @ 1358 Hrs.: SEAN REILLY emailed an attached list of names. These 5 persons which included ANDREW COLBORN had been mailed the blizzard bombs. Contact was made with MARLA LENK, PATRICK WILLIS, SUE KUSCHE, and KEN PETERSEN to advise them of the blizzard bomb. THermann /hah

THIS DOCUMENT IS THE PROPERTY OF MANITOWOC CO SHERIFFS OFFICE

## Andrew Colborn

| From: | Mullen, Gerald E. (MW) (FBI) |
| --- | --- |
| Sent: | Tuesday, August 01, 2017 10:13 AM |
| To: | Andrew Colborn |
| Subject: | RE: Twitter account of Wee Willie Kiels@HallWayOrMyWay |

I'm sorry you have to deal with this harassment, I was hoping it had died down. I will review your report and explore our options as to identifying the offender. I would suggest you send this to Dennis Carroll from DCI as well. He and I can work together and it may expedite the process.

From: Andrew Colborn
Sent: Tuesday, August 01, 2017 10:02 AM
To: Mullen, Gerald E. (MW) (FBI)
Subject: Twitter account of Wee Willie Kiels@HallWayOrMyWay

Agent Mullins, I received a tip that this individual was posting photos of my children after posting negative comments about the Steven Avery case as well as negative comments about me. I do not have a twitter account but I was able to access a portion of the conversation as well as a photo of my daughter, my son and his fiancé. The above twitter subject makes sure that he identifies them as "AC's kids". I will start a report here and forward that report to you. My daughter lives in NV and my son and his fiancé live in FL so I am concerned that this subject may now know where they live as the photos are recent. I know that you are very busy and I apologize for sending this to you in advance but I want it documented in case something happens to my children..........Thank you!!.......ALC#232

This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law

Lt. Andrew Colborn
Manitowoc County Sheriff's Department
     Office
     Cell

This message is intended for the use of the person or organization to whom it is addressed. It may contain information that is confidential, privileged, or otherwise protected from disclosure by law. If you are not the intended recipient or a person responsible for delivering this message to the intended recipient, any copying, distribution, or use of this message or the information that it contains is not authorized and may be prohibited by law.

Confidential COLBORN-005501

Posts

Posted by u/danabana97 2 years ago

## Andrew Colborn court interviews

I honestly believe that when looking at Andrew during his interviews I find it weird that he stumbles on words, won't look them in the eyes, and always has his head down like he's hiding something.... does anyone else notice this?

9 Comments    ↗ Share    ☐ Save    ⊘ Hide    ☐ Report

u/appletvplus · Promoted

She's a billionaire divorcee ready to give back. Loot is premiering June 24 on Apple TV+

apple.co/Loot

**Learn More**

40% Upvoted

Log in or sign up to leave a comment

**Log In**

EXHIBIT
13

COLBORN-006114

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 126 of 142   Document 317-2


COLBORN-006115

Posted by u/heelspider 3 days ago

**I thought of a couple coincidences myself**

30

🔴

- Out of approximately 100,000 tests, the only one Culhane needs an exception for just so happens to be the singular test that will place the murder suspect to a weapon in the biggest case of her career (1 in 100,000 coincidence for those not good at math.) It's also just a coincidence that bullet missed bone, went through wood, landed somewhere where a red substance could drip on it, and then somehow got moved.

- The one and only place the cops had an odd insistence Brendan say Avery touched, eventually having to tell Brendan to say it, just so happened to be the one place they redid a search for and found Avery's DNA. By another coincidence, the only other time they gave Brendan answers after he ran out of guesses, that too led to new evidence. By another bit of coincidence, none of Brendan's actual true testimony coming from himself ever led to any evidence. But it totally could have.

💬 42 Comments   ↗ Share   ☐ Save   ⊘ Hide   ☐ Report

⇦

1   ● u/appletvplus  Promoted

⇨   She's a billionaire divorcee ready to give back to the world and change her fortune. Maya Rudolph is Molly Novak in Loot, premiering June 24 on Apple TV+

◁0

Learn More

apple.co/Loot

☐ 0 Comments    ↗ Share    ☐ Save

Posted by u/Mom_Cleansitall 5 hours ago 🏆 🌙

**Seeing this on Twitter from AC@Rookie! Colborn told dispatch he's at Avery's at the very same time Avery is walking into the Menard's store! Wasn't Colborn's testimony he was only there to talk to Avery?!**



☐ 38 Comments    ↗ Share    ☐ Save    ⊘ Hide    ☐ Report

Posted by u/heelspider 5 days ago

**The Manitowoc Guide to Proving You're Not Shady**

Whether you're convicting two brothers with no criminal record of murder based on the testimony of a small child who recanted as an adult, or charging a guy on rape and homicide charges while they are in the middle of suing you for framing them on rape and homicide charges, some times the pesky national media and their whole Muh First Amendment thing can be a real headache. Good thing there are some positive steps to mitigate the negative attention and put yourself back in good standing.

1. Find someone forced to resign from elected office due to a sexual extortion scandal with a dozen accusers to be the face of your PR movement.

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 129 of 142   Document 317-2

COLBORN-006117

3. Hire a guy whose own sworn testimony proves the plaintiff a liar as the plaintiff's attorney. There's no way a judge is going to compel evidence from that guy now that he's the attorney on the case. No way.

4. Speaking of attorney privilege, there's no better way to get the public on your side than revealing your secret attorney spy

💬 3 Comments   ↗ Share   🔖 Save   ⊘ Hide   🏳 Report

Posted by u/Mom_Cleansitall 7 days ago 🏆

## 3 Strikes and you're usually out!!

**2007** Colborn said he called the license plates after Wiegert called him, to verify information. Kratz too reiterated in closing arguments that Colborn called a few seconds after he was asked to check out the Avery family salvage yard.

Then in **2015** or **2016** Colborn e-mailed Jaclyn LaBre the Manitowoc DA and told her a version that's a little different

https://i.redd.it/bfvip5rqtz591.png

Then in **2019** Colborn is telling his legal team to investigate TIME System Sheets because there was a processing of Teresa Halbach's car info and put in his inbox. Since Colborn was at the station between 8-8:30 that night, the "printout" in TIME system would have had to have happened prior to that. We HAVE the TIME System Sheets and his possible explanation isn't documented by the database anywhere!

💬 55 Comments   ↗ Share   🔖 Save   ⊘ Hide   🏳 Report

COLBORN-006118



COLBORN-006119


COLBORN-006120

COLBORN-006121





COLBORN-006122

Log In



◌ ⌢ʑ r/MakingaMurderer   Search Reddit

COLBORN-006123

COLBORN-006124




COLBORN-006125




r/MakingaMurderer    Search Reddit

COLBORN-006126





COLBORN-006127




r/MakingaMurderer   Search Reddit

COLBORN-006128

r/MakingaMurderer   Search Reddit

COLBORN-006129





r/MakingaMurderer  Search Reddit

Log In

COLBORN-006130



r/MakingaMurderer    Search Reddit