r/TickTockManitowoc
u/nickmortensen • 82d

 + Join

 1

## Colborn

Andy Colborn gave me aCOVID screening at St. Vincent Hospital in Green Bay & then accompanied me to the NICU on the third floor. He's apparently working as a security guard there.

He had an ID badge on, but I didn't need it to know it was him behind the mask. He's 5' 8" at best & has let his hair grow a bit.

⬆ 25 ⬇     💬 20      Share     



EXHIBIT 3

COLBORN-006131