Google     Andrew Colborn videos     ✕  🎤  🔍          ⚙  ⋮⋮⋮

○ All   📰 News   ▶ Videos   🖼 Images   ⊙ Maps   ⋮ More          Tools

About 526,000 results (0.42 seconds)

https://www.youtube.com › watch

### Making A Murderer News Andrew Colborn Netflix Lawsuit ...



try restarting your device  Your browser can't play this video
Making A Murderer News **Andrew Colborn** Netflix Lawsuit

YouTube · New Scott · May 24, 2021

https://www.youtube.com › watch

### Andrew Colborn sues Netflix and Filmmakers (May 2021)



Your browser can't play this video   Making A Murderer News -
**Andrew Colborn** sues Netflix and Filmmakers (May 2021)

YouTube · New Scott · May 18, 2021

https://www.youtube.com › watch

### Demolishing The Steven Avery Case Part 4 Making ... - YouTube



**Andrew Colborn** and the Rav4 - Demolishing The Steven Avery
Case Part 4 Making A Murderer Update 2022  Watch later...

YouTube · New Scott · Jan 6, 2022

Missing: videos | Must include: videos

https://www.youtube.com › watch

### Steven Avery explains what happened after talking ... - YouTube



AboutPressCopyrightContact
usCreatorsAdvertiseDevelopersTermsPrivacyPolicy & SafetyH

YouTube · New Scott · Jan 17, 2022

Missing: videos | Must include: videos

https://www.youtube.com › watch   Translate this page

### Was Andrew Colborn looking at the RAV4 when he called in ...



Copy link  Info  Shopping  Tap to unmute  If playback doesn't
begin shortly, try restarting your device  Your browser can't play

YouTube · New Scott · Jan 10, 2022

Missing: videos | Must include: videos

https://www.youtube.com › watch

### Andrew Colborn Netflix Lawsuit Update (May 2021) - YouTube



://www postcrescent com/story/news/2020/01/03/making-
murderer-judge-refuses-throw-out-**andrew**-colborns-lawsuit-

YouTube · New Scott · May 19, 2021



EXHIBIT 5

https://www.youtube.com › watch · Translate this page

### Andrew Colborn vs Netflix Lawsuit 2022 Update - YouTube



Copy link Info Shopping Tap to unmute If playback doesn't begin shortly, try restarting your device Your browser can't play

YouTube · New Scott · 1 month ago

Missing: videos | Must include: videos

https://www.youtube.com › watch

### Denny Suspect- 24 point Conflict" Making a Murderer - YouTube



. try restarting your device Your browser can't play this video "**Andrew Colborn**- Denny Suspect- 24 point Conflict" Making a

YouTube · Missing in Minutes File-Reader · Apr 2, 2020

https://www.youtube.com › watch

### Avery's $36M lawsuit: Sgt. Colborn testimony - YouTube



Sgt **Andrew Colborn** testifies at the 2005 depostion of Steven Avery's $36M lawsuit against Manitowoc    Your browser can't

YouTube · USA TODAY NETWORK-Wisconsin · Jun 27, 2016

### 🖼 Images for Andrew Colborn videos

*Feedback*

→   View all

### Related searches

| | |
|---|---|
| andrew colborn **now** | **kathleen zellner steven avery update** |
| andrew colborn **reddit** | **brendan dassey 2022 update** |
| **james lenk** | **steven avery net worth** |
| **steven avery update 2022** | **steven avery reddit** |

1 2 3 4 5 6 7 8 9 10    Next

54301, Green Bay, WI - From your IP address - Update location

Help   Send feedback   Privacy   Terms



About 501,000 results (0.39 seconds)

https://www.youtube.com › watch

### Making A Murderer News Andrew Colborn Netflix Lawsuit ...



Your browser can't play this video Learn more Switch camera

YouTube  New Scott  May 24, 2021

https://www.youtube.com › watch

### Andrew Colborn sues Netflix and Filmmakers (May 2021)



Your browser can't play this **video**.  Making A Murderer News **Andrew Colborn** sues Netflix and Filmmakers (May 2021)

YouTube  New Scott  May 18, 2021

https://www.youtube.com › watch

### Demolishing The Steven Avery Case Part 4 Making ... - YouTube



**Andrew Colborn** and the Rav4 - Demolishing The Steven Avery Case Part 4 Making A Murderer Update 2022  Watch later  Shar

YouTube  New Scott  Jan 6, 2022

Missing: ~~videos~~ | Must include: videos

https://www.youtube.com › watch · Translate this page

### Andrew Colborn vs Netflix Lawsuit 2022 Update - YouTube



Copy link  Info  Shopping  Tap to unmute  If playback doesn't begin shortly, try restarting your device  Your browser can't play

YouTube  New Scott · 1 month ago

Missing: ~~videos~~ | Must include: videos

https://www.youtube.com › watch · Translate this page

### Was Andrew Colborn looking at the RAV4 when he called in ...



Making A Murderer 2022 - **YouTube**

YouTube  New Scott · Jan 10, 2022

Missing: ~~videos~~ | Must include: videos

https://www.youtube.com › watch

### Making A Murderer Real Killer Theory | Andrew Colborn Part 2

Hey Everyone,Upon request I made a new **Andrew Colborn Video** What are your thoughts on Colborn? Also, What are some other

YouTube · The Primal Movement Podcast · Nov 18, 2018

https://www.youtube.com › watch

### Steven Avery explains what happened after talking ... - YouTube



AboutPressCopyrightContact usCreatorsAdvertiseDevelopersTermsPrivacyPolicy & SafetyHo

YouTube · New Scott · Jan 17, 2022

Missing: videos | Must include: videos

https://www.youtube.com › watch

### Andrew Colborn negative on plate info ???????? - YouTube



Your browser can't play this **video**. Learn more. Switch camera

YouTube · Milbillie · Feb 15, 2019

https://www.youtube.com › watch

### Andrew Colborn Netflix Lawsuit Update (May 2021) - YouTube



. ://www.postcrescent.com/story/news/2020/01/03/making-murderer-judge-refuses-throw-out-**andrew**-colborns-lawsuit-

YouTube · New Scott · May 19, 2021

https://www.youtube.com › watch

### Avery's $36M lawsuit: Sgt. Colborn testimony - YouTube



Sgt. **Andrew Colborn** testifies at the 2005 depostion of Steven Avery's $36M lawsuit against Manitowoc ... Your browser can't

YouTube · USA TODAY NETWORK-Wisconsin · Jun 27, 2016

## Related searches

| | |
|---|---|
| andrew colborn **now** | **kathleen zellner steven avery update** |
| **james lenk** | **brendan dassey 2022 update** |
| andrew colborn **reddit** | **ken kratz** |
| **steven avery update 2022** | **steven avery parents** |

1 2 3 4 5 6 7 8 9 10    Next

54302, Green Bay, WI - Based on your past activity - Update location

Help   Send feedback   Privacy   Terms

Google     sgt andrew colborn videos

All  News  Videos  Images  Maps  : More     Tools

About 463,000 results (0.41 seconds)

https://www.youtube.com › watch

### Avery's $36M lawsuit: Sgt. Colborn testimony - YouTube



Sgt Andrew Colborn testifies at the 2005 depostion of Steven Avery's $36M lawsuit against Manitowoc  Your browser can't

YouTube  USA TODAY NETWORK-Wisconsin  Jun 27, 2016

https://www.youtube.com › watch

### Making A Murderer Real Killer Theory | Sgt. Andrew Colborn



Back again  this time we look at Sgt Andrew Colborn. . try restarting your device  Your browser can't play this video

YouTube  The Primal Movement Podcast · May 15, 2018

https://www.postcrescent.com › steven-avery › 2016/03/11

### Avery lawsuit video: Sgt. Andrew Colborn - The Post-Crescent

Last in a five-part video series examining Steven Avery's $36 million lawsuit against Manitowoc County. Andrew Colborn: Manitowoc County .
Mar 11, 2016  Uploaded by John Ferak, The Post-Crescent

https://www.dvidshub.net › video › sgt-andrew-colburn

### Video - Sgt. Andrew Colburn - DVIDS



Sgt Andrew Colburn sends a greeting to Cleveland, Ohio from Tikrit, Iraq for Holiday Season 2007  LEAVE A COMMENT. VIDEO

DVIDS  Nov 15, 2007

https://www.facebook.com ›   › Videos

### In... - The Post-Crescent (Appleton-Fox Cities, Wisconsin) - Facebook

In October 2005, Manitowoc County Sgt Andrew Colborn was under a cloud of scrutiny as part of Steven Avery's .  See the full video at http://post.

https://www.wisn.com › article › federal-lawsuit-moves-

### Federal lawsuit moves forward against Netflix over 'Making a ...

Jun 2, 2021 — Sorry, this video is not available, please check back later   County sheriff's Sgt Andrew Colborn, who was featured in the series

https://www.nbc15.com › 2021/06/02 › federal-judge-rul

### Federal judge rules against Netflix in attempt to drop "Making ...

Jun 2, 2021 —  Manitowoc County Sheriff's Office sergeant featured in the "Making A Murderer" documentary series. Andrew L Colborn filed a lawsuit in

https://www.hollywoodreporter.com › tv-news › netflix

### Netflix Stuck Between a Cop and a 'Murderer' Lawsuit - The ...

May 27, 2021 — The lawsuit comes from Andrew Colborn, a retired Wisconsin police sergeant

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 5 of 10   Document 317-5
COLBORN-006107

🖼 Images for sgt andrew colborn videos

>

*Feedback*

→ View all

https://www.thewrap.com › making-a-murderer-kathlee .

### 'Making a Murderer' Attorney Kathleen Zellner Challenges ...

Jan 17, 2019 — **Andrew Colborn** to re-create a theory he presented during trial to convict Avery of the murder of Teresa Halbach "**Sgt** Colborn Challenge: We ...

### Related searches

**steven avery net worth**

1 2 3 4 5 6 7 8 9 10    Next

54302, Green Bay, WI - Based on your past activity - Update location

Help    Send feedback    Privacy    Terms

Google  It andy colburn videos

Q All  News  Videos  Images  Maps  More      Tools

About 269,000 results (0.41 seconds)

https://www.youtube.com › watch

### Andy Colburn's Complete Embarrassment As An MTSO Officer



Your browser can't play this **video**. Making A Murderer: **Andy Colburn's** Complete Embarrassment As An MTSO Officer. 507

YouTube · Paul Capaldi · Oct 18, 2021

Missing: It | Must include: It

https://www.youtube.com › watch

### Andy Colburn & Lt Lenk Integrity Questioned?? - YouTube



Copy link. Info. Shopping. Tap to unmute. If playback doesn't begin shortly, try restarting your device. Your browser can't play

YouTube · Checking Convictions · May 7, 2021

Missing: videos | Must include: videos

https://www.youtube.com › watch

### Andrew Colborn sues Netflix and Filmmakers (May 2021)



-steven-avery-retired-manitowoc-sheriffs-**lt-andrew-colburn**-sues-netflix-filmmakers/234236 . Your browser can't play thi

YouTube · New Scott · May 18, 2021

Missing: It | Must include: It

https://www.youtube.com › watch

### Colburn's phone call to dispatch - YouTube



**Andrew Colburn** calling dispatch to request they run Teresa's plate number . Your browser can't play this **video**. Learn more

YouTube · BM · Jan 31, 2016

Missing: It | Must include: It

https://www.youtube.com › channel

### Andrew Colburn - YouTube

Aspiring film/stage actor **Andy Colburn** Attending NYU Tisch School of   They are warned by **Lt.** Schrank and Officer Krupke to stop fighting on their beat

https://www.youtube.com › watch

### Avery's $36M lawsuit: Sgt. Colborn testimony - YouTube



Sgt. **Andrew Colborn** testifies at the 2005 depostion of Steven Avery's $36M lawsuit against Manitowoc . Your browser can't

YouTube · USA TODAY NETWORK-Wisconsin · Jun 27, 2016

Missing: It | Must include: It

https://www.postcrescent.com › steven-avery › 2016/03/11

Avery lawsuit video! Sgt. Andrew Colburn – The Post-Crescent
Petersen the day after Avery's 2003 exoneration to ...
Mar 11, 2016 · Uploaded by John Ferak, The Post-Crescent

🖼 Images for lt andy colburn videos

*Feedback*

→ View all

https://socialgrep.com › search › query=andrew colburn

### andrew colburn - Reddit post and comment search - SocialGrep
**Andrew Colburn** replacing the Battery, proves the RAV4 was moved to Avery Salvage Yard, 0 ...
**Lt Andrew Colburn** fires back at Wisconsin reporter 1

https://www.wisn.com › article › avery-case-detective-s

### Avery case detective sues Netflix, 'Making a Murderer ... - WISN
Dec 17, 2018 — Sorry, this **video** is not available, please check back later. Retired **Lt Andrew Colburn** alleges documentary blames him for planting .

1 2 3 4 5 6 7 8 9 10   Next

54302, Green Bay, WI - Based on your past activity - Update location

Help   Send feedback   Privacy   Terms

Go gle     andy colburn videos                    ✕  🎤  🔍                              ⚙  ⋮⋮⋮

🔍 All    📰 News    ▶ Videos    🖼 Images    📍 Maps    : More                    Tools

About 552,000 results (0.49 seconds)

https://www.youtube.com › watch    :
### Are We Supposed To Have Sympathy For Andy Colburn



Your browser can't play this video. Learn more. Switch camera
Making A Murderer: Are We Supposed To Have Sympathy For

YouTube · Paul Capaldi · Oct 18, 2021

https://www.youtube.com › watch    :
### Andy Colburn's Complete Embarrassment As An MTSO Officer



Your browser can't play this video . Making A Murderer: **Andy Colburn's** Complete Embarrassment As An MTSO Officer 507

YouTube · Paul Capaldi · Oct 18, 2021

https://www.youtube.com › watch
### Andrew Colborn sues Netflix and Filmmakers (May 2021)



Link -
https://www.htrnews.com/story/news/2018/12/17/making-

YouTube  New Scott · May 18, 2021

https://www.youtube.com › watch   :
### Convicting A Murderer: Thoughts On Andy Colburn: Part 1.

Your browser can't play this video   Making A Murderer: Convicting A Murderer: Thoughts On **Andy Colburn**: Part 1  544

YouTube  Paul Capaldi · Nov 11, 2021

https://m.facebook.com › Watch › Andrew Colburn
### Andrew Colburn - Videos | Facebook

Watch the latest **videos** from **Andrew Colburn**

https://www.instagram.com › andrew colburn   :
### andrew.colburn - Instagram

645 Followers, 709 Following, 28 Posts - See Instagram photos and **videos** from **Andy Colburn** (@andrew.colburn)

https://www.instagram.com › drewality   :
### Andrew Colburn (@drewality) · Instagram photos and videos

403 Followers, 501 Following, 120 Posts - See Instagram photos and **videos** from Andrew **Colburn** (@drewality)

https://www.dvidshub.net › video › sgt-andrew-colburn   :
### Video - Sgt. Andrew Colburn - DVIDS

Sgt  Andrew **Colburn** sends a greeting to Cleveland, Ohio from Tikrit, Iraq for Holiday Season 2007  LEAVE A COMMENT. VIDEO.

DVIDS  Nov 15, 2007

https://www.imdb.com › title

### The Perfect Man(i) (Video 2015) - IMDb
The Perfect Man(i): Directed by Danielle Orbach. With Molli Ben-Gal, **Andy Colburn**, Jess Kaliban Cassie and Nicole debate the idea of the perfect man over .
Rating: 9 1/10 · 11 votes

https://www.imdb.com › name

### Andy Colburn - IMDb
Take a look at the top movies and shows coming to theaters and streaming in May. Watch the video Get the IMDb App.

1 2 3 4 5 6 7 8 9 10    Next

54302, Green Bay, WI - Based on your past activity - Update location

Help    Send feedback    Privacy    Terms