# EXHIBIT 1

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF WISCONSIN
    ---------------------------------------------------------
 3

    ANDREW L. COLBORN,
 4

                       Plaintiff,
 5

       -vs-                          Case No. 19-CV-0484
 6

    NETFLIX, INC., et al.,
 7

                       Defendants.
 8

    ---------------------------------------------------------
 9

10             * * * * CONFIDENTIAL * * * *
11
12             Video-Recorded Examination of
13   KENNETH PETERSEN, taken at the instance of the
14   Defendants, under and pursuant to the Federal Rules
15   of Civil Procedure, before Sarah M. Gilkay, a
16   Certified Realtime Reporter, Registered Merit
17   Reporter, and Notary Public in and for the State of
18   Wisconsin, at GODFREY & KAHN, S.C., 833 East Michigan
19   Street, Suite 1800, Milwaukee, Wisconsin, on
20   May 19th, 2022, commencing at 10:14 a.m. and
21   concluding at 2:45 p.m.
22
23
24
25   Job No. CS5223455
```

```
 1   APPEARANCES IN PERSON:
 2   SCHOTT, BUBLITZ & ENGEL, S.C., by
     Ms. April Rockstead Barker
 3   640 West Moreland Boulevard
     Waukesha, Wisconsin  53188
 4   Appeared on behalf of the Plaintiff.
 5
     GODFREY & KAHN, S.C., by
 6   Mr. James A. Friedman
     One East Main Street, Suite 500
 7   Madison, Wisconsin  53703
     Appeared on behalf of the Defendants.
 8
 9   APPEARANCES VIA ZOOM VIDEOCONFERENCE:
10
     GRIESBACH LAW OFFICES, LLC, by
11   Mr. Michael Griesbach
     830 North 12th Street
12   Manitowoc, Wisconsin  54220
     Appeared via Zoom on behalf of the Plaintiff.
13
14   BALLARD SPAHR, LLP, by
     Mr. Matthew E. Kelley
15   1909 K Street, NW, 12th Floor
     Washington, DC  20006
16   Appeared via Zoom on behalf of the Defendant
     Netflix, Incorporated.
17
18   JASSY VICK CAROLAN, LLP, by
     Mr. Kevin L. Vick
19   Ms. Meghan Fenzel
     355 S. Grand Avenue, Suite 2450
20   Los Angeles, California  90071
     Appeared via Zoom on behalf of the Defendants
21   Chrome Media, Laura Ricciardi, and Moira Demos.
22                    * * * *
23              A L S O   P R E S E N T
24   Mr. Dalton Clements, videographer, via Zoom
     Ms. Laura Ricciardi, via Zoom
25   Ms. Moira Demos, via Zoom
```

1  Q   Are you ready, Sheriff Petersen?
2  A   Sure.  Yeah.
3  Q   Do you understand this to be the statement that
4      Sgt. Colborn prepared in response to your
5      direction to him that he should prepare a
6      statement regarding that 1994 and '95 phone
7      call?
8  A   It must be.
9  Q   Do you recall if he provided it to you back in
10     2003?
11 A   No.
12 Q   Is it that you don't recall, or you don't
13     believe that he did?
14 A   I don't believe he did.
15 Q   Had you asked him to provide it to you?
16 A   No.  I told him to complete it and put it with
17     the case file, but he did it on a statement.
18 Q   That would be in the -- that would be in the
19     safe?
20 A   Well, he did it on a statement form.  That would
21     be for a witness.  What he should have done was
22     it should have been on a regular incident
23     report, and then that would have gone back
24     through the system a second time before it went
25     to the case file.

```
 1  Q    Could you please explain to me the difference
 2       between incident reports and statements.
 3  A    Incident reports are numbered.  They all -- of
 4       course they all follow a sequence.  One incident
 5       can refer to another incident.
 6            This statement doesn't even have an
 7       incident number on it, so I don't know how
 8       anybody that was going to file it would know
 9       where to put it.
10  Q    So the absence of the incident number would make
11       it harder for this to be catalogued and located
12       later?
13  A    Yes.  Very much so.
14  Q    And you would have wanted Sgt. Colborn to
15       prepare an incident report that would have made
16       it easier to be catalogued and located later;
17       right?
18  A    Yes.  It would become a part of that file.
19  Q    But instead he prepared this statement, which
20       did not do that; right?
21  A    That's correct.
22  Q    And you said this statement would then go -- it
23       would go into the case file in the safe?
24  A    It would have -- it would, if they could -- if
25       they would be able to identify which case it was
```

```
1         going to.  He's got no names in here.
2    Q    Let's look at -- hold on one second.
3                   Would someone in the Manitowoc County
4         Sheriff's Office as a matter of course review an
5         incident report, as compared to a statement?
6    A    Yeah.  It would go to admin.  If it's an
7         incident report, it goes through the system and
8         it's given a status of whether it's active,
9         requires more investigation, or is closed or
10        unfounded.
11   Q    And what if it's a statement?
12   A    It's just part of the incident, so it just -- it
13        would -- depending on what else is in that
14        incident report.
15                  MR. VICK:  Meghan, let's look at
16        CHRM00478.
17          (Exhibit 1010 marked for identification.)
18                  MS. FENZEL:  I'm introducing this as
19        Exhibit 1010.
20   BY MR. VICK:
21   Q    Sheriff Petersen --
22   A    Yep.
23   Q    -- please review this document which has been
24        marked as Exhibit 1010.
25   A    Okay.  You can move up.  Okay.
```

```
1   STATE OF WISCONSIN    )
                          ) SS:
2   COUNTY OF MILWAUKEE   )
3
4              I, Sarah M. Gilkay, RPR, RMR, CRR, and
5      Notary Public in and for the State of Wisconsin,
6      do hereby certify that the preceding deposition
7      was recorded by me and reduced to writing under
8      my personal direction.
9              I further certify that I am not a
10     relative or employee or attorney or counsel of
11     any of the parties, or a relative or employee of
12     such attorney or counsel, or financially
13     interested directly or indirectly in this
14     action.
15              In witness whereof, I have hereunder
16     set my hand and affixed my seal of office on
17     this 6th day of June, 2022.
18
19
20
21                              *Sarah Gilkay* (signature)
22                              Sarah Gilkay
                        RPR, RMR, CRR, and Notary Public
23               My commission expires March 8th, 2026
24
25
```