# EXHIBIT 3

**Lodged Manually with the Clerk of the Court**

**Exhibit 3** to Declaration of Meghan Fenzel in Support of Producer Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment, is a jump drive with a true and correct copy of part two of a three-part video interview with juror Rick Maher by Mark Hoddinott, published on YouTube on June 7, 2022 at https://youtu.be/eAHTZV0I-mU and produced by Netflix as YOUTUBE0000004.