**MAKING A MURDERER NOTES - 9.29.14**

There was a feature on Radio Lab in March with Penny Beernsten and the Avery Rape Case. http://www.radiolab.org/story/278180-reasonable-doubt/

It explains the case in 25 minutes and this notion of Reasonable Doubt. It was fast and succinct. Just an FYI of how to treat all the individual narratives in this series.

Episode 1 & 2
Link: http://vimeo.com/album/2291116
Password: sbdkc2014
Episode 3:
Link: http://vimeo.com/album/3014156
Password: sbdkc2014

This documentary series plays as a compelling narrative and to treat the episodes in that matter will allow us to thread the storyline effectively. Right now, both episodes lead in and end strong but feel disorganized in the middle. The disconnect is the set up of the episode and where it ends - the beginning does not allude to what the chapter/episode will be exploring and that needs to be fine tuned.

General Notes:

Introducing the Characters - We want to understand how each person comes in an out of the story and their role instead of it feeling like interviews are just inserted; let's make sure each "lead" character has a straight forward introduction (perhaps a title card) and then labeling them as they are weaved in and out of the story. The consistency of the characters can be marked as transition points to help the audience keep everything straight. Sometimes who is involved with what feels confusing as the story progresses and people come in and out of the picture.

Introduction: The first five minutes of the film is very strong. It gives us a peak into how this town has treated the Averys before the crimes. However, instead of having the first thing heard being everyone's impression of Steven, it may be more powerful to have Steven be the first voice the audience hears, for example when he is talking to Jodi in jail from episode 3 about how he is wrongly accused.

Episode 1 and 2 - Further down in the notes we suggested times to potentially split the episode. It currently runs at 1:18:03. Where is the break for episode 1 into 2 in the first cut?

Chapters: There are 4 key parts of this section that lead up to Teresa's murder: The police/community's dislike for Steve/Averys, the public exposure allegations, the Penny Beernsten rape allegations, and then Steve suing the county. When revisiting we should establish these chapters - at the moment, it feels like a long run-on sentence rather than beats of an arc.

Specific notes:

2:33 - There's a weird sound jump here. Check this spot with sound



EXHIBIT

\

12:47 - "Seven months after Steven's arrest" - This should be a transition card rather than subtitle.

16.28 - What are they showing as the background before introducing the image of Dean as Steve is on the phone - Why not show Dean at the beginning?

23:31 - We don't need this much of a set up to the prison. The images feel repetitive.

25:12 - "If I didn't I'd admit it right away" - maybe play this at the beginning of the pilot as we introduce Steve, giving the audience a voice to hear. *What made the STAIRCASE effective was seeing the accusatory and hearing his voice at the very start. Leading you to think he's innocent and then allowing yourself to be engrossed in discovering whether or not he was*

31:32 - Card re: Wisconsin Innocence Project - can we get more context what it is so the audience is aware of what they do?

34:33 - A transitional card going into Reesa's statement that the cops didn't apologize or acknowledge their mistake would make this feel smoother.

36:29 - Good lead in to highlighting Denis Vogel

38:57 - Let's introduce the Avery Task Force on a stronger note. To highlight what it does so it doesn't get lost in the lull of his accusations later on.

39:34 - Penny Beernsten statement is strong

40:30 - Label WI State Rep Mark Gundrum

44:43 - Should the episode 1 end here?

48:00 - Or maybe end the episode here at the end of the deposition about Andrew Colborn's telephone call about Gregory Allen

19:38 - Label this person

52:27 - The evaluation (Deposition October 26,2005) runs so slow. Is there a way we can set this up in a swifter manner? It lulls

*General:* From 52:00 to 56:00 the pacing feels slow. We get that the Manitowoc branch is under scrutiny. It shouldn't feel this long.

56:30 - This could be a cut off point as well for Episode 1 into 2 - when Teresa Halbach is stated missing.

57:36 - Teresa speaking about whenever she dies. I feel like this is a solid intro into episode 2 or 3 / whatever the next cut would be

1:03:29 - Pam Sherm (?)'s call should have subtitles

Confidential

NFXCOL0000200

1:04:19 - "Do we have a body or anything yet?" - no "y" in anything.

Note: We see the police video inside of Avery's home, but we should have a card to preface that it was not warranted and out of nowhere.

1:12:25 - Transitional card to segue into the evidence found

1:15:40 - This cop is unnerving and this is a powerful scene. You hear in the cop's voice how accusatory and manipulative he is. The fact that he says "they know nothing about you (Steve)"


## Episode 3

General Notes:

Introduction - The segue from the first two episodes into the third flows, but let's explore reframing it and establishing more of a solid, concrete introduction into episode 3. Perhaps replay that clip about Teresa speaking about dying at the beginning of the episode? It sets an ominous tone that juxtaposes Steve's voice later on the phone with Jodi telling her he wants out and to move out of town.

Characters - Will we learn more about Brandon and Jodi's respective background in their relationship with Steve as the series progress? It would be great to know a bit more about their characters to understand why Jodi is undoubtedly loyal to Steve and why Brandon fell into this, perhaps, misleading state. Let's also explore inserting a formal title card when lead characters are introduced (i.e. Dean Strang) to highlight the importance they play in the series and the case.

B Footage - Certain set up images and anecdotes feel repetitive. Let's revisit so certain scenes and statements don't lull the pace. For example, having the series of relatives say he's innocent throughout the episode feels tiresome. The scene where the parents read the letters highlights the opposing viewpoints of what the town thinks vs what they believe. That is strong enough - we don't need to later see his mother and brother distressed about his incarceration.

Ending - We like that it ends close to Brandon's statement "What if it's different" to his mother, regarding his version of the story vs. Steve's. This propels us to be curious about what will happen next in the state.

Specific Notes:

2:33 - Leading into the courtroom can be cut in half.

8:40 - Insert a transitional card before his parents' statement.

10:48 - The scene of his brother in the bar can be cut out. We get it, the family believes he's innocent

15:03 - Transitional card needed

Confidential

NFXCOL0000201

16:16 - Steven on the phone with Glenn - are there different images we can use leading up to Dean Strang entering the building?

19:53 - "I hope the truth comes out on this so we can find out who did it." Hold a beat after this statement is said. It's powerful and supports his innocence and sympathy for Teresa's death.

21:23 - Is there anything we can use/show to clarify whether or not the cops had a warrant to search his property and allude to the fact that they may have planted something when they were there without permission?

26:19 - Cut straight to the courtroom (27:13) instead of watching everyone pile into hear Brandon's verdict.

32:53 - Transition Card / Insert the card that is at 33:17 here before Jodi is picked up from jail.

44:26 - Reesa Evans' statement should transition into the cops interrogating Jodi and Brandon. Don't need Yvonne's statement. Begin again at 45:53 with Jodi's statement and then the interview conducted by Detective Mark Weigert. Too many of these statements that are saying something similar (aka Steve is innocent) slows down the pace and we want to let this scene with the cop and Brandon play out.

53:59 - This is a key moment in this episode and the case when Brandon says "because I didn't think of it" after the cop points out he didn't mention Teresa was shot in the head. Let this sit a beat.

57:10 - When Brandon says: "what happens if his story is different…they got into my head"

Confidential                                                                                    NFXCOL0000202

| | |
|---|---|
| **From:** | Marjon Javadi ████████████ |
| **Sent:** | Monday, November 10, 2014 4:52:44 PM |
| **To:** | Adam Del Deo ████████████ |
| **Subject:** | Re: Mom episode 1 |

will do
---
Marjon Javadi
Originals, Documentary and Comedy
Netflix
████████████
████████████

On Mon, Nov 10, 2014 at 4:51 PM, Adam Del Deo ████████████ wrote:

> Episode 1 & 2 for Murder. Place these in the murder notes.
>
> LMK if you have any questions.
>
> Thanks,
> Adam
> ---------- Forwarded message ----------
> From: Adam Del Deo ████████████
> Date: Mon, Nov 3, 2014 at 9:29 AM
> Subject: Mom episode 1
> To: Adam Del Deo ████████████
>
>
> - Need a great opening title sequence
>
> - Opening title sequence
>
> - Should be at least 84 minutes
>
> - Better balance and rhythm - some scenes feels cut short, other go on
> too long. There need to an elevated approach to this. Currently, feels
> novice at best, not expert.
>
> - tighten up the beginning. Currently it feels like it's a bit of a
> run on sentence in the next pass let's try to make clear distinctions
> from section to section and create some transitional devices. An
> example is the section prior to meeting Sandra Morris for the first
> time. Once we meet Sandra Morris we should turn using transitional
> device to demarcate that we are moving into a new section of the
> story.
>
> (find the timecode parentheses) - We should perhaps use a tape deck
> when we are hearing Steven Avery talk throughout the series. It should
> be a stylized tape deck something that is unique and interesting for
> this project. The first time we should use it is when Steven Avery is
> giving testimony about Sandy Morris. Specifically, when he says he

Confidential

NFXCOL0000208

> says he is upset with her that she was spreading rumors about him.
>
> 8:30 - do we have any great family pictures of the Avery's here? Let's
> make them look like a very happy family.
>
> 11:05 - are there any pictures of Sandy Morris and Susan Dvoreck
> together? This would establish them as very good friends.
>
> 12:00 - perhaps show/cut an intense scene of Stephen being arrested.
>
> Overall note-by using font or other VFX design let's try to identify
> and mark all the various characters, specifically the sheriffs
> department staff.
>
> 19:10 do we have any shots of the town getting rabid about the trial.
> Newspapers, TV clips, or other witnesses separate of the defense
> attorney talking about the town. Better to see than just hear Reesa
> Evans.
>
> 19:35 - Who are the police? The lawyer says that the police told the
> sheriffs county that they have the wrong guy but it's not certain who
> the police are.
>
> 19:47 maybe when we show Gregory ounce picture for the first time we
> juxtapose it next to Steven Avery's. The similar photos-or similar
> likeness of the two individuals-will come across with a strong impact.
>
> 20:30 - we need to make a clear distinction between the Manitowoc
> police department and the sheriffs department. is there a visual aid
> they can help us with this - let's discuss.
>
> 23:04 - cut back to Steven when his dad says "I didn't do it!"
>
> 23:25 - it should hit harder when Steven is convicted to 32 years in
> prison. That should really hit like a ton of bricks.
>
> 29:30 - can we see some of the excepts described in the court of
> appeals. Looks like we showing some of the court of appeals statements
> might make them resonate more.
>
> 32:33 - Gregory Allen "hit" should feel bigger, not subtle.
>
> 32:40 - let show the process, legally, of Steven Avery getting out of
> prison as opposed to just showing him walking out. Let's build up of
> this and instill a little delayed gratification in the release of
> Steven.
>
> 34:20 - let show more verite scenes of Steven went to gets home from
> prison - let this play out more.
>
> 35:05 - do we have anyone separate if Reesa that knew the Sheriff's
> we're pissed that Steven got off.
>
> 36:30 - any footage of shots or documents of Dennis Vogel trying

Confidential

NFXCOL0000209

> Gregory Allen two years before the Penny Beernsten case? We need
> better visuals here when we are hearing vogel had to have known is was
> Allen.
>
> 40:00 - the photos of Steven and his family feel displaced also the
> music Tonally he feels like it's off. Awkward and disjointed scene.
>
> 41:30 - need a graphics sequence here?
>
> 49:30 how do we, the audience, know Coulburn was contacted. Why does
> Colburn even mention it. Did it come up from the person who called
> him? This is confusing.
>
> 55:00 - seems very thin that Colburn not having specific knowledge of
> who called him would be the key to the case. Who called Colburb. No
> email? Not fax? Could they track the call. If you are Colburn, why
> even disclose.
>
> 1:00is there any raw footage of the Stephen A. reinterview that's on
> the news after Teresa Hoback was murdered? Very interesting that
> Steven invites the police into his house without hesitation. Would be
> great to see the raw footage around that if the new station still has
> it.
>
> Music is weak over Teresa Halback's mother. Feel like it would be better.
>
> 1:02/00 - The Halback search feels like it could be more kinetic
>
> 1:09:25 - good card re: The Avery's not allowed to be on their
> property for 8 days.
>
> 1:09:40 better music over this scene
>
>

Confidential                                                                 NFXCOL0000210

**GENERAL**

LENGTH: Currently, the cut feels very long. At its current state of over an hour and 40 minutes, we feel the next pass should target to be much closer to one hour. At this juncture, this doesn't feel like a cut of the episode but rather a really long rough version (which it may very well be). The courtroom scenes are too drawn out, which slows the pacing and narrative experience for the viewer.

COURT SCENE: The back and forth between the state lawyer and Avery's lawyers lags. It must be more concise. Is there a way we can quicken these beats to give more momentum to the overview of this specific trial while still allowing an audience to take in the information for their own reference? For example, it takes 4 minutes to finally get to the point that Dean makes at 21:30 that after the 7th search of his home, the officer found the key.

COLD OPEN: This is strong so far. Great quote in Steve's voiceover that's used. It feels timely and appropriate for where we are in the series.

INTERROGATION INTERVIEW FOOTAGE: This interrogation between Steven Avery and the police officer (please label who this is) that is interwoven throughout the trial day needs to be given more context of when & where it was taken. While the footage label is there, a card describing the set up before the first clip of the series is introduced would be extremely helpful throughout the trial footage.

LABELING: With so many characters in and out of the story, it's important to stay consistent with labels throughout the series so the audience can keep track. At least at the beginning of the episodes, let's apply initial labels, even with his mother and family members that we recognize.

CLIP OF BOTH DEFENSE ATTORNEY'S OUT OF COURTROOM: The two shot interview of both defense attorney's, Dean Strang and Jerome (Jerry) Buting, feels out of place. The tone and look feels different from the other in-court footage. In addition, the prosecuting attorney's aren't given the same opportunity ability to post-summarize the trial so if feels like a subjective device Please consider losing this two shot footage throughout.

3:13 - Let's hold a beat longer on this card about the pre-trial publicity. The language is verbose from the previous cards so we want to give the audience a chance to comprehend the information given before going into the next scene.

4:14 - Please label.

6:57 - The dismissal of those accounts is a good turning point to the next chapter. Great use of the title card to sum up that court scene and preface what trial is next.

Confidential

NFXCOL0000212

10:01 - Please label.

21:02 - We need to get to this point much quicker about the discovered key and the 7th search of Avery's home. Is there a way to intercut or pull specific dialogue to expedite the scene without affecting the overall lead up? Let's discuss.

24:53 - Can we have a card placed here before going into this interview shots to provide a bit more context? It's a bit confusing.

25:23 - What's the difference between Angela and Dawn at Auto Trader? Is there more context/background that can be provided explaining why the specific two are chosen for the trial?

27:21 - The statement here clarifying that Dawn cannot confirm or deny that Theresa did not leave the Avery property to complete other hustle shots is important in the case. Again, we need to get to key points like this at a more succinct pace.

30:44 - "Bobby's vehicle is gone" - let's hold a beat on this. This is Brendan's older brother that we're about to hear from, and his statement will sound more confident (whether accurate or not) than Brendan's.

33:04 - You can cut out the news footage here before Dean speaks.

45:59 - 47:03 - Can we have subtitles during this call?

47:37 - Can we hold a bit longer on Colburn's face here. He looks caught. Same at 48:10 - 48:25. We know that this is court footage that may not exist. Just a suggestion.

49:54 - This is a turning point with the tape and Colburn getting caught in a lie (at least allegedly). Can we bring out the fact that the tape didn't have a timecode on it, especially when Dean says "it was given by the Manitowoc Police".

1:06 - 1:10 - This exchange between Jerry and Lynn runs way too long. Is there a way we can shorten this to get to the point about Steven's files? It's easy to lose focus here.

Confidential

**TO:** MAKING A MURDER CREATIVE
**FROM:** NETFLIX CREATIVE
**RE:** MAKING A MURDER NOTES - Episodes 1&2, 3, 4
**DATE:** November 20th, 2014

_____

**MACRO NOTE:**

Making A Murderer has all of the components to be an epic series with the potential to engage global viewers and to potentially affect public opinion over these two live cases. From day one we've been captivated with this unbelievable story and the incredible level of research, access, and information you have successfully amassed over the years. Currently the public appetite for crime based non-fiction has never been more primed. With the strong cult following of crime radio programs including "Serial" beginning to explode and our internal knowledge of an extremely high profile field/courtroom crime series set to debut in the marketplace in 2015, the opportunity and stakes have never been higher. Making A Murderer has all the elements to be the best of the lot, the story itself and surrounding footage is an absolute treasure trove.

The macro note is that the elements are all there, but the organization, structure and pacing of the parts needs to be re-examined and elevated entirely. The story begs for a more sophisticated editing style which will provide for an immersive and all-encompassing experience for the viewer including deft and unexpected foreshadowing of key elements, pitch perfect call-backs of evidence and breathtaking reveals.

We believe it's of the utmost importance to identify and employ the primary editing role at this time to address episodes 1 - 4 while you continue to shape episodes 5 - 8.

<u>Critical Editor Suggestions:</u>
1. ROCK PAPER SCISSORS TEAM - Angus Wall (SOCIAL NETWORK, GIRL WITH THE DRAGON TATTOO) and/or Grant Surmi (Cut TABLOID for Errol)
2. James Haygood (THE LONE RANGER, SEVEN, UNSCRIPTED) - loves docs
3. Kevin Tent (GIRL INTERRUPTED) - very interested in docs.
4. Fernando Villiena (EVERY LITTLE STEP) - Strong and accomplished doc editor.
5. Paul Crowder (DOGTOWN, ZBOYS)
6. Brad Fuller (S.O.P) - Cut many Errol Morris docs. Solid and steady.
7. Andrew Hulme (THE IMPOSTER) - Accomplished editor.
8. Chris Figler (MAD MEN, BIG LOVE, UNSCRIPTED) - Loves docs.
9. **As requested, waiting on additional MOM editor suggestions from directors

**OPENING TITLE SEQUENCE/GRAPHICS/VFX:** Currently, we need a great opening title sequence to establish a strong visual identity for the series. As we have discussed and agreed, finding the right person and/or company to handle the work with the critical eye to

Confidential

create a heightened look to the overall series. Please provide resumes of those candidates who you'd like to consider. We'll do the same on our end to provide resumes as well of those we recommend.

**RHYTHM/BALANCE:** Currently, the cutting style in the episodes feel novice at best. Overall, from episode to episode and from scene to scene, many of the the sections feel out of balance as though they don't have a symbiotic relationship. In other words, there lacks an overall cohesiveness. Some sections seems overdeveloped, and others come across underdeveloped, and others simply go on too long. There needs to be an elevated approach to this terrific information - the effect should be heightened, intense, and entertaining. Further, should also drive and hold dramatic tension. Again, let's work to bringing a new expert editor to enhance the great work that has already been established.

**GRAPHIC LOWER THIRDS TEXT:** By using designed font or other VFX design, let's try to identify and mark all the various characters, specifically the sheriff's department staff so the audience can track all individuals throughout. In the last pass, often we would have to stop the take to make sure we were understanding who the characters were and if we had already seen them earlier in the series. Again, the use of cool ID/lower thirds text will help this tremendously.

**DRONE PHOTOGRAPHY:** The opportunity to use drone photography is exciting. It gives a new cinematic feel to the junkyard. However, currently it feels like its clustered on pods and used in an arbitrary way. In the next pass, let's discuss how to best strategize the drone footage for it's strongest impact. Let's explore utilizing them as a strong, strategic transitional devices.

**MUSIC:** Currently, it feels like sometimes the music works, sometimes it's off, and other times simply too slow of a pace. All in all, we do need to get a composer on board that understands a thriller atmospheric score.


## EPISODE 1 & 2

### GENERAL

**SET UP:** This first two episodes of the series plays as a compelling narrative with amazing twists and turns. The disconnect is the set up of the episode and where it ends - the beginning does not allude to what the chapter/episode will be exploring and feels muddled in the middle.

**CHARACTER(S) INTRODUCTION** - We want to understand how each person comes in and out of the story and their role, instead of it feeling like interviews are just inserted; let's make sure each "lead" character has a straight-forward introduction (perhaps a title card) and then

Confidential

NFXCOL0000216

consistently labeling them throughout the story. The consistency of the characters can be marked as transition points to help the audience keep everything straight. Sometimes who is involved with what feels confusing as the story progresses.

**INTRODUCTION**: The first five minutes gives us a peek into how this town has treated the Averys before the crimes. However, instead of having the first thing heard being everyone's impression of Steven, it may be more powerful to have Steven be the first voice the audience hears, for example when he is talking to Jodi in jail from episode 3 about how he is wrongly accused.

Let's also tighten up the beginning. In the next pass, let's try to make clear distinctions from section to section and create some transitional devices. An example is the section prior to meeting Sandra Morris for the first time. Once we meet Sandra Morris we should try using a transitional device to demarcate that we are moving into a new section of the story.

**EPISODE 1 AND 2 (currently in one episode)** - Further down in the notes we suggested times to potentially split the episode. It currently runs at 1:18:03. Where is the break for episode 1 into 2 in the first cut? Suggestions given in the specific notes below.

**CHAPTERS**: There are 4 key parts of this section that lead up to Teresa's murder: The police/community's dislike for Steve/Averys, the public exposure allegations, the Penny Beernsten rape allegations, and then Steve suing the county. When revisiting we should establish these chapters - at the moment, it feels like a long run-on sentence rather than beats of an arc.

**RUNNING TIME:** As discussed, let's revisit the running times for each episode (notably the pilot). Let's generally target 90 minutes for two (45min each).

## SPECIFIC

2:33 - There's a weird sound jump here. Check this spot with sound.

5:23-6:42 - We should perhaps use a tape deck when we are hearing Steven Avery talk throughout the series. It should be a stylized tape deck something that is unique and interesting for this project. The first time we should use it is when Steven Avery is giving testimony about Sandy Morris. Specifically, when he says he is upset with her that she was spreading rumors about him.

8:30 - Do we have any great family pictures of the Avery's here? Let's make them look like a very happy family.

Confidential

NFXCOL0000217

11:05 - Are there any pictures of Sandy Morris and Susan Dvoreck together? This would establish them as very good friends.

12:00 - Perhaps show/cut an intense scene of Steven being arrested here.

12:47 - "Seven months after Steven's arrest" - This should be a transition card rather than subtitle.

16.28 - What are they showing as the background before introducing the image of Dean as Steve is on the phone - why not show Dean at the beginning?

19:10 - Do we have any shots of the town getting rabid about the trial? Newspapers, TV clips, or other witnesses separate of the defense attorney talking about the town? Better to see than just hear Reesa Evans.

19:35 - Who are the police? The lawyer says that the police told the sheriffs county that they have the wrong guy but it's not certain who the police are.

23:04 - Cut back to Steven when his dad says "I didn't do it!"

20:30 - We need to make a clear distinction between the Manitowoc police department and the sheriff's department. Is there a visual aid they can help us with this? Let's discuss.

23:25 - It should hit harder when Steven is convicted to 32 years in prison. That should really hit like a ton of bricks.

23:31 - We don't need this much of a set up to the prison. The images feel repetitive.

25:12 - "If I didn't I'd admit it right away" - maybe play this at the beginning of the pilot as we introduce Steve, giving the audience a voice to hear. Hearing/Seeing the accusatory is a strategic mechanism to draw an audience into the story of the character who may be wrongly accused.

29:30 - Can we see some of the excerpts described in the court of appeals? If we are showing some of the court of appeals statements, it might make them resonate more.

31:32 - Card re: Wisconsin Innocence Project - can we get more context what it is so the audience is aware of what they do?

32:33 - Gregory Allen "hit" should feel bigger, not subtle.

Confidential

32:40 - Let's show the process, legally, of Steven Avery getting out of prison as opposed to just showing him walking out. Let's build up of this and instill a little delayed gratification in the release of Steven.

34:20 - Let's show more verite scenes of Steven when he gets home from prison - let this play out more.

34:33 - A transitional card going into Reesa's statement that the cops didn't apologize or acknowledge their mistake would make this feel smoother.

35:05 - Do we have anyone separate if Reesa that knew the Sheriffs' we're pissed that Steven got off?

36:29 - Good lead in to highlighting Denis Vogel. Any footage of shots or documents of Dennis Vogel trying Gregory Allen two years before the Penny Beernsten case? We need better visuals here when we are hearing Wogel had to have known it was Allen.

38:57 - Let's introduce the Avery Task Force on a stronger note to highlight what it does so it doesn't get lost in the lull of his accusations later on.

39:34 - Penny Beernsten statement is very strong. Let's hold a beat here.

40:00 - The photos of Steven and his family feel displaced. Also, the music tonally feels like it's off. Generally, it's an awkward and disjointed scene.

40:30 - Label WI State Rep Mark Gundrum.

41:30 - We need a graphics sequence here - let's explore and discuss.

44:43 - This could be perhaps a good place to technically end episode 1.

48:00 - This could be an alternative place to end episode 1: at the end of the deposition about Andrew Colborn's telephone call about Gregory Allen.

49:30 - How do we, the audience, know Colburn was contacted? Why does Colburn even mention it? Did it come up from the person who called him? This is confusing.

52:00-56:00 - The pacing feels slow. We get that the Manitowoc branch is under scrutiny. It shouldn't feel this long.

52:27 - The evaluation (Deposition October 26,2005) runs so slow. Is there a way we can set this up in a swifter manner? It lulls.

Confidential

NFXCOL0000219

55:00 - Seems very thin that Colburn not having specific knowledge of who called him would be the key to the case. Who called Colburn? No email? Not fax? Could they track the call? If you are Colburn, why even disclose?

56:30 - This could be a cut off point as well for Episode 1 into 2 - when Teresa Halbach is stated missing.

57:36 - When Teresa is speaking about whenever she dies - this feels like this is a solid intro into episode 2 or 3 / whatever the next cut would be. Let's discuss.

1:00:00 - is there any raw footage of Steven's reinterview that's on the news after Teresa Halbach was murdered? Very interesting that Steven invites the police into his house without hesitation. Would be great to see the raw footage around that if the new station still has it.

Music is weak over Teresa Halbach's mother. Let's revisit and strengthen it.

1:02:00 - The Halbach search feels like it could be more kinetic. Let's look to add energy into this section.

1:03:29 - Pam Sherm's call should have subtitles.

1:04:19 - "Do we have a body or anything yet?" - no "y" in the subtitle for anything.

Note: We see the police video inside of Avery's home, but we should have a card to preface that it was not warranted and out of nowhere.

1:09:25 - This was a good card regarding the Avery's not allowed to be on their property for 8 days.

1:09:40 - Better music over this scene.

1:12:25 - Transitional card to segue into the evidence found

1:15:40 - This cop is unnerving and this is a powerful scene. You hear in the cop's voice how accusatory and manipulative he is. The fact that he says "they know nothing about you (Steve)" is unveiling.

Confidential

NFXCOL0000220

# EPISODE 3

## GENERAL

**INTRODUCTION** - The segue from the first two episodes into the third flows, but let's explore reframing it and establishing more of a solid, concrete introduction into episode 3. Perhaps replay that clip about Teresa speaking about dying at the beginning of the episode? It sets an ominous tone that juxtaposes Steve's voice later on the phone with Jodi telling her he wants out and to move out of town.

**CHARACTERS** - Will we learn more about Brendan and Jodi's respective background in their relationship with Steve as the series progress? It would be great to know a bit more about their characters to understand why Jodi is undoubtedly loyal to Steve and why Brendan fell into this, perhaps, misleading state. Let's also explore inserting a formal title card when lead characters are introduced (i.e. Dean Strang) to highlight the importance they play in the series and the case.

**B FOOTAGE** - Certain set up images and anecdotes feel repetitive. Let's revisit so certain scenes and statements don't lull the pace. For example, having the series of relatives say he's innocent throughout the episode feels tiresome. The scene where the parents read the letters highlights the opposing viewpoints of what the town thinks vs what they believe. That is strong enough - we don't need to later see his mother and brother distressed about his incarceration.

**ENDING** - We like that it ends close to Brendan's statement "What if it's different" to his mother, regarding his version of the story vs. Steve's. This propels us to be curious about what will happen next in the state.

## SPECIFIC:

2:33 - Leading into the courtroom can be cut in half.

8:40 - Insert a transitional card before his parents' statement.

10:48 - The scene of his brother in the bar can be cut out. We get it, the family believes he's innocent.

15:03 - Transitional card needed.

16:16 - Steven on the phone with Glenn - are there different images we can use leading up to Dean Strang entering the building?

Confidential

19:53 - "I hope the truth comes out on this so we can find out who did it." Hold a beat after this statement is said. It's powerful and supports his innocence and sympathy for Teresa's death.

21:23 - Is there anything we can use/show to clarify whether or not the cops had a warrant to search his property and allude to the fact that they may have planted something when they were there without permission?

26:19 - Cut straight to the courtroom (27:13) instead of watching everyone pile into hear Brendan's verdict.

32:53 - Transition Card / Insert the card that is at 33:17 here before Jodi is picked up from jail.

44:26 - Reesa Evans' statement should transition into the cops interrogating Jodi and Brendan. Don't need Yvonne's statement. Begin again at 45:53 with Jodi's statement and then the interview conducted by Detective Mark Weigert. Too many of these statements that are saying something similar (aka Steve is innocent) slows down the pace and we want to let this scene with the cop and Brendan play out.

53:59 - This is a key moment in this episode and the case when Brendan says "because I didn't think of it" after the cop points out he didn't mention Teresa was shot in the head. Let this sit a beat.

57:10 - When Brendan says: "what happens if his story is different…they got into my head" - this is a moment to hang onto to further suggest the story is unclear from all parties involved against Steve Avery. Hold this beat to let it sink in.


## EPISODE 4

### GENERAL

**INTERROGATION:** Brendan's interrogation during this episode serves as na intricate piece to the truth of the accusation of both him and Steven. We see from both Tom and Mark their manipulative ways to spin Brendan's reaction into something that is more positive on their end (ie. Steven being guilty) vs what the reality may be. Especially at 30:56 where they use his relationship with his mother to manipulate him telling a potential falsehood. These interviews and his conversation with his mother need to be intercut more effectively.

**PACE & TIGHTENING:** Again, a new editor can help push forward the pace and intercut Brendan's interrogation in a more thrilling and dramatic manner: to include his appeal for a new lawyer, and the conversations with his mother - once claiming he's guilty, once not. Also the blood being found and the needle add incredible elements to this case. There is so much

Confidential

NFXCOL0000222

good content in this episode that pushes the story forward, we need to feel that forward movement more.

**TONE & TENSION:** Needs to feel more intense and atmospheric. In other words, we need to hold more tension since, currently, it feels flat and lags in spots as we go through Brendan's interviews and discourse.

## SPECIFIC

22:31 - This is a turning point here - Brendan not putting Teresa in the statement.

25:16 - The interrogation scene with Brendan and Mike O'Kelley could've moved much faster. Understandably you have to hold beats at times, but it felt too flat and elongated.

33:32 - After this conversation with Brendan and his mom, let's hold a beat and include a title card to the next chapter.

43:59 - Date and title card here before Barb speaks to Brendan.

46:14 - This dialogue between Brendan and his mom (Barb) highlights Brendan's vulnerability and how easily manipulated he can be. This is great to have.

47:09 - Before we go into the explanation of Brendan's letter being submitted, can we have a card prefacing what we're about to dive into?

54:12 - Loren's statement is effective, but feels out of place: "That perfect murder story." Is there another place in this episode we can insert her interview of why the Steven Avery case is compelling?

1:04:40 - This section about the blood in the car (with none of Avery's fingerprints in the car) should be earlier in the episode. We want to rapidly build up to this moment because we become hooked then Steven Avery may have been framed.

1:15:45 - Let's hold a beat on the image of the needle hole in the test tube. This is the major turning point.

Confidential

**GENERAL**

LENGTH: Currently, the cut feels very long. At its current state of over an hour and 40 minutes, we feel the next pass should target to be much closer to one hour. At this juncture, this doesn't feel like a cut of the episode but rather a really long rough version (which it may very well be). The courtroom scenes are too drawn out, which slows the pacing and narrative experience for the viewer.

COURT SCENE: The back and forth between the state lawyer and Avery's lawyers lags. It must be more concise. Is there a way we can quicken these beats to give more momentum to the overview of this specific trial while still allowing an audience to take in the information for their own reference? For example, it takes 4 minutes to finally get to the point that Dean makes at 21:30 that after the 7th search of his home, the officer found the key.

COLD OPEN: This is strong so far. Great quote in Steve's voiceover that's used. It feels timely and appropriate for where we are in the series.

INTERROGATION INTERVIEW FOOTAGE: This interrogation between Steven Avery and the police officer (please label who this is) that is interwoven throughout the trial day needs to be given more context of when & where it was taken. While the footage label is there, a card describing the set up before the first clip of the series is introduced would be extremely helpful throughout the trial footage.

LABELING: With so many characters in and out of the story, it's important to stay consistent with labels throughout the series so the audience can keep track. At least at the beginning of the episodes, let's apply initial labels, even with his mother and family members that we recognize.

CLIP OF BOTH DEFENSE ATTORNEY'S OUT OF COURTROOM: The two shot interview of both defense attorney's, Dean Strang and Jerome (Jerry) Buting, feels out of place. The tone and look feels different from the other in-court footage. In addition, the prosecuting attorney's aren't given the same opportunity ability to post-summarize the trial so if feels like a subjective device  Please consider losing this two shot footage throughout.

3:13 - Let's hold a beat longer on this card about the pre-trial publicity. The language is verbose from the previous cards so we want to give the audience a chance to comprehend the information given before going into the next scene.

4:14 - Please label.

6:57 - The dismissal of those accounts is a good turning point to the next chapter. Great use of the title card to sum up that court scene and preface what trial is next.

Confidential                                                                                    NFXCOL0000224

10:01 - Please label.

21:02 - We need to get to this point much quicker about the discovered key and the 7th search of Avery's home. Is there a way to intercut or pull specific dialogue to expedite the scene without affecting the overall lead up? Let's discuss.

24:53 - Can we have a card placed here before going into this interview shots to provide a bit more context? It's a bit confusing.

25:23 - What's the difference between Angela and Dawn at Auto Trader? Is there more context/background that can be provided explaining why the specific two are chosen for the trial?

27:21 - The statement here clarifying that Dawn cannot confirm or deny that Theresa did not leave the Avery property to complete other hustle shots is important in the case. Again, we need to get to key points like this at a more succinct pace.

30:44 - "Bobby's vehicle is gone" - let's hold a beat on this. This is Brendan's older brother that we're about to hear from, and his statement will sound more confident (whether accurate or not) than Brendan's.

33:04 - You can cut out the news footage here before Dean speaks.

45:59 - 47:03 - Can we have subtitles during this call?

47:37 - Can we hold a bit longer on Colburn's face here. He looks caught. Same at 48:10 - 48:25. We know that this is court footage that may not exist. Just a suggestion.

49:54 - This is a turning point with the tape and Colburn getting caught in a lie (at least allegedly). Can we bring out the fact that the tape didn't have a timecode on it, especially when Dean says "it was given by the Manitowoc Police".

1:06 - 1:10 - This exchange between Jerry and Lynn runs way too long. Is there a way we can shorten this to get to the point about Steven's files? It's easy to lose focus here.

Confidential

NFXCOL0000225

Great, thanks Ben. Look forward to us all chatting tomorrow.

Fun night, get some rest!

Sent from my iPhone

On Jun 26, 2015, at 12:10 AM, Benjamin Cotner ██████████████████ wrote:

Here is a basic breakdown of what I felt were the important plot points and potential cliffhangers for each episode.

**EPISODE BREAKDOWN**

-

**Episode 1:**

Plot points:

-Dispute with cousin/masturbating on the lawn

-Penny is assaulted

-Because of bad blood with police they point the finger at Steven

-Steven has alibi and wasn't even in the area.

-Steven is convicted despite no physical evidence.

-Steven's marriage ends.

-New DNA (allele) evidence is introduced but denied on appeals.

**Cliffhanger: Innocence Project tests pubic hair and it matches Gregory Allen and Steven is released.**

**(Currently no episode break here yet)**

**Episode 2:**

Plot points:

-Cops covered up evidence about Gregory Allen.

-Governor and legislature back police reform and award Steven $450k.

-State AG finds no wrong doing on the part of the police despite evidence otherwise.

-Steven files $36m lawsuit

-Cover-up is revealed (1995 phone call....this is weak revelation to me)

-Teresa is reported missing.

-Steven is fingered as a potential suspect and quickly revealed that he was the last to see her.

-Search party focuses on area around Steven's property.

-Teresa's car is found on Avery property.

-Police kick them out and search property for 8 days.

-On day 4 they find the key in Steven's room and then find her remains.

**Cliffhanger: Steven is arrested and charged.**

-

-

**Episode 3:**

Plot points:

-Steven claims that he is being framed.

-Judge finds that there is enough evidence and sets bail high.

-The police officer that found the key knew about Steven's wrongful conviction.

-Community is divided.

Confidential                                                                                    NFXCOL0000227

-Steven talks about suicide.

-Steven settles the civil suit to cover his legal bills.

-Gets lawyers.

-Brendan confesses to helping Steven.


**Cliffhanger: Brendan is arrested and charged.**


-

-

## Episode 4:


Plot points:

-Phone calls reveal that Steven was talking to his girlfriend who was in jail the night of the murder and he sounds totally normal.

-Brendan's lawyer try to get him to accept plea deal and testify against Steven.

-Brendan's confession is ruled admissable.

-Detectives convince Brendan to confess to his mother.

-Brendan requests new lawyer but is denied.

-Lawyers changed, venue changed, etc


**Cliffhanger: They find a tampered with blood vial.**


-

-

## Episode 5:


Plot points:

Confidential

NFXCOL0000228

-Trial starts.

-Brendan's brother testifies.

-Manitowac Police didn't obey the order to not go to property alone.

-Key to the car wasn't found until the 7th search of his bedroom.

-Explanation of the search and the fact that Pamela Sturm went straight to the car.

**-Sergeant Colborn had called dispatch and called in Teresa's license plate before the missing car was found. (potential cliffhanger)\***

-Evidence that she was killed off the property.


**Cliffhanger: \* or combine with Episode 6**




-

**Episode 6:**


Plot points:

-Bullet found in garage with her DNA - no blood splatter there.

-DNA test control was contaminated by the technician.

-Cremains were transferred after burning, body was burned elsewhere.

-Timeline called into question by busdriver and another witness.

-Someone was harassing Teresa and erasing her VM.


**Cliffhanger: FBI comes up with the EDTA test and "proves" that the blood wasn't from the tampered with vial. (this is brought up from Episode 7)**

Confidential

NFXCOL0000229

**Episode 7:**

Plot points:

-Closing arguments including many contradictory statements by the prosecution.

-Steven decides not to testify.

-Brendan found guilty.

Cliffhanger: ? (combine with Episode 8?)

**Episode 8:**

Plot points:

-Steven loses all of his appeals.

-Steven gets together with Sandy.

-Brendan tries to get a new trials base on the fact that Kachinsky coerced him to plead guilty.

-Brendan revealed looking like a different person.

-The DA has women come forward against him, he resigns.

-Steven tries to appeal to Federal court.

Confidential

NFXCOL0000230

Here is a basic breakdown of what I felt were the important plot points and potential cliffhangers for each episode.

*EPISODE BREAKDOWN*

*Episode 1:*

Plot points:

-Dispute with cousin/masturbating on the lawn

-Penny is assaulted

-Because of bad blood with police they point the finger at Steven

-Steven has alibi and wasn't even in the area.

-Steven is convicted despite no physical evidence.

-Steven's marriage ends.

-New DNA (allele) evidence is introduced but denied on appeals.

*Cliffhanger: Innocence Project tests pubic hair and it matches Gregory Allen and Steven is released.*
*(Currently no episode break here yet)*

*Episode 2: *

Plot points:

-Cops covered up evidence about Gregory Allen.

-Governor and legislature back police reform and award Steven $450k.

-State AG finds no wrong doing on the part of the police despite evidence otherwise.
-Steven files $36m lawsuit

-Cover-up is revealed (1995 phone call....this is weak revelation to me)

-Teresa is reported missing.

-Steven is fingered as a potential suspect and quickly revealed that he was the last to see her.
-Search party focuses on area around Steven's property.

-Teresa's car is found on Avery property.

Confidential

NFXCOL0000231

-Police kick them out and search property for 8 days.

-On day 4 they find the key in Steven's room and then find her remains.

*Cliffhanger: Steven is arrested and charged. *

*Episode 3: *

Plot points:

-Steven claims that he is being framed.

-Judge finds that there is enough evidence and sets bail high.

-The police officer that found the key knew about Steven's wrongful conviction.
-Community is divided.

-Steven talks about suicide.

-Steven settles the civil suit to cover his legal bills.

-Gets lawyers.

-Brendan confesses to helping Steven.

*Cliffhanger: Brendan is arrested and charged.*

*Episode 4: *

Plot points:

-Phone calls reveal that Steven was talking to his girlfriend who was in jail the night of the murder and he sounds totally normal.
-Brendan's lawyer try to get him to accept plea deal and testify against Steven.
-Brendan's confession is ruled admissable.

-Detectives convince Brendan to confess to his mother.

-Brendan requests new lawyer but is denied.

-Lawyers changed, venue changed, etc

*Cliffhanger: They find a tampered with blood vial. *

*Episode 5: *

Plot points:

-Trial starts.

-Brendan's brother testifies.

Confidential

NFXCOL0000232

-Manitowac Police didn't obey the order to not go to property alone.

-Key to the car wasn't found until the 7th search of his bedroom.

-Explanation of the search and the fact that Pamela Sturm went straight to the car.
*-Sergeant Colborn had called dispatch and called in Teresa's license plate before the missing car was found. (potential cliffhanger)**
-Evidence that she was killed off the property.

*Cliffhanger: * or combine with Episode 6*

*Episode 6: *

Plot points:

-Bullet found in garage with her DNA - no blood splatter there.

-DNA test control was contaminated by the technician.

-Cremains were transferred after burning, body was burned elsewhere.

-Timeline called into question by busdriver and another witness.

-Someone was harassing Teresa and erasing her VM.

*Cliffhanger: FBI comes up with the EDTA test and "proves" that the blood wasn't from the tampered with vial. (this is brought up from Episode 7)*
*Episode 7: *

Plot points:

-Closing arguments including many contradictory statements by the prosecution.
-Steven decides not to testify.

-Brendan found guilty.

Cliffhanger: ? (combine with Episode 8?)

*Episode 8: *

Plot points:

-Steven loses all of his appeals.

-Steven gets together with Sandy.

-Brendan tries to get a new trials base on the fact that Kachinsky coerced him to plead guilty.
-Brendan revealed looking like a different person.

-The DA has women come forward against him, he resigns.

Confidential                                                                    NFXCOL0000233

-Steven tries to appeal to Federal court.

Confidential

NFXCOL0000234

**From:** Lisa Nishimura █████████████████████

**Sent:** Thursday, July 16, 2015 1:05:25 AM

**To:** Benjamin Cotner ████████████████Adam Del Deo ██████████████████

**Subject:** Murderer: music notes ep 1

**Attachments:** MakingAMurder_MusicNotes_Ep1.docx

---

i took an initial stab at the music notes for Mam. Still rough, but let's
discuss.
I think we need to let them know where we think it's working
and perhaps tomorrow take another stab at trying to explain what
qualitative is working and what is not. (eg, for me some of the guitar
tones and styles are just a miss to the subject matter)

Looking forward to discussing.
L

Confidential

5:40 -
solid underlying music / atmospherics

Some kind of dark undertone should punctuate the first time we meet Sheriff Petersen. We see a young photo of him reflecting the time of Steven's first arrest dissolving into his deposition. We should sense that something is afoot.

24:30 – 24:45
music bed under the phone call with Steven is directionally solid. The change up from the lulling guitar helps the pace

25:20: Reesa interview about the illegal actions of the Manitowoc police station, specifically the Sheriff keeping Steven away from his phone call, his attorney and his rights. Punctuate musically within the guitar music bed

27:20 – the only time in 20 years that I've seen a Sheriff get involved that early – punctuate, rather than have the comment be part of a roll of facts. More ominous.

28:00 – so out of character for Steven to do it, but people believed he did – bc he's an Avery. Hard out with single punctuation.

31:48 – The Sheriff was told, "you have the wrong guy" – punctuate. You need to know about this guy Gregory Allen – dread.

34:10 – When Walter Kelly is recounting the Bergner disclosure to Kocourek re: Gregory Allen and the employees going to Vogel about Gregory Allen, let's punctuate at a key point rather than having it be consistent throughout.

36:00 – Allan talking about Steven being convicted and knowing that he's innocent – that he was with him. This music feels off. . . again too lulling

Potentially a different musical shift specifically when sentences are chyron'd.

Weird audio of Dorothy and Allan talking over each other at 38:20

43:00Punctuate moderately - some hope at the discovery of DNA evidence; fingernail evidence provides potential new hope

45:40 – Steven Glynn talking about how this is case is a perfect example at how the system is set up to perpetuate a bad conviction, and that you would have thought that Steven Avery was the most guilty person in the history of the criminal justice system – punctuate.

Confidential                                                                                    NFXCOL0000242

50:00 – finally Steven gets the Innocence project on board.  We're re-entering the pubic hair / sex crimes kit – music should be wildly punctuated leading to reveal! They got a cold hit! Gregory Allen!   Keith Findley delivers all of this information very succinctly, calmly, and overly-evenly.  The music must do the heavy lifting to make one realize the magnitude of this information.

Steven walking out of prison directly after this development should have more triumphant tone.

54:22 – discovery that Denis Vogel was aware of Gregory Allen should be punctuated

57:40 – law enforcement is vulnerable. . . . ominous punctuation

59:  really compelling recounting of the Gregory Allen information that should have been investigated and known is told in a very measured and overly sleepy way – assist with stronger musical bed rather than repetitive drum beats, in particular the realization that Allen has sexually assaulted others while Steven was wrongfully imprisoned, should be far greater punctuation.

1:02 - Is there something more dramatic that's appropriate for the Penny Beernsten

1:02 – ***the acoustic guitar style jingle happy tune has never been really great for me – thoughts??***

***1:05 – discuss different quality to the guitar music here vs. above at 1:02***

1:06 into 1:07 – more effective use of built up to verdict (though not quite perfect)

1:07:30 – musical bed over drone footage, moving in the right direction.  Build, and atmospheric.

1:09 – you could end up getting charged with murder – WAY more punctuation required.

Peaks and valleys!

Confidential

| **From:** | Adam Del Deo ███████████████ |
| **Sent:** | Thursday, July 16, 2015 6:42:02 PM |
| **To:** | Lisa Nishimura ███████████ |
| **Cc:** | Benjamin Cotner ████████████ |
| **Subject:** | Fwd: MOM - 8-9-10 comments |

---------- Forwarded message ----------
From: Adam Del Deo ███████████████
Date: Thu, Jul 16, 2015 at 6:39 PM
Subject: MOM - 8-9-10 comments
To: Benjamin Cotner ███████████████

Episode 8

-

Jerry Butting doing a contextual summary, after Kratz opening remarks,
feels forced when providing. Cut this interview.
-

If we know the verdict is going to be read, do we need to see people
reporters running into the court. Feels redundant. use one or the other.
-

The reading of Steven's guilty verdict feels slow and anti-climatic. The
non-musical and low key nature of it currently is too subtle and not
impactful enough.
-
After the verdict, the press conference really drags on as well we as
Jerry's conversation with w/ Steven's parents.
-

"These Sleazy Bastards get away with it ' - Civil Rights Lawyer says
this but it feels very subjective. Consider losing.
-

MUSIC DOESN'T WORK
-
GOOD RUNNING TIME

Episode 9

-

Use the time line graphic with Brendan tape playback - this can
establish one of the different timelines.
-

Brendan's attorney is good examining the investigator - poking at the
recollection works well.
-

Confidential                                                                  NFXCOL0000244

Why didn't Brendan Dassey's mom take the stand and tell the jury she wasn't allowed to sit with Brendan.
-

Strong Editing in the Kaley Dassey courtroom scene. The cut aways to news footage showing the specifics of the murder work well.
-

Graphic when Brendan is describing where everyone lives might work well.
-
Also, TIME LINE that Brendan maps out is very important to add when Brendan is on the stand explaining what he does when he arrives home from school.
-
NEED A GOOD GRAPHIC THAT CAN SHOW THE RASHOMON TIME LINES
-
KISS THE GIRLS descriptions of murdering - does it match with Brendan's testimony. Also, separate of the writing in Kiss the Girls are there images. Let's discuss.
-
Add suspense music when everyone is scrambling to get into courtroom to hear verdict (a la INSIDER score when Jeffery Wigan is deciding to testify).
-
Andy Colburn is there, again? Maybe worth ID'ing him.
-
Was this trial held given that is was a Madison Jury?
-
Add a suspense beat and ID Tag "Sentencing" just so they are clear

Episode 10

-

What's the Kratz letter say? Tough to say.
-
Lose Pete Baetz in Episode 10? Also, lose Pete Baetz overall.
-
Cut or trim current girlfriend, Sandy, and his mother. Too slow so look to trim if possible.
-

Also, the subsequent scene w/ Steven's girlfriend only we could probably lose as well.
-

53 Min in - the slack key guitar needs to be replaced. Sooo sleepy. Totally not right.

Confidential

NFXCOL0000245

I'm glad you said that about the end of 6 - i was on the fence about it. It feels very speculative and I don't think they ever deliver enough of a silver bullet to be able to make this direct of a claim about Lenk.

On Wed, Aug 26, 2015 at 9:30 PM, Lisa Nishimura ████████████████ wrote:

> Agree with all your points, in particular the need to have music do some
> heavy lifting to help keep us engaged in these far more dense courtroom
> episodes. Macro question on music, did you discuss on your call last week
> whether what we are hearing is the final sound design or are they planning
> to have someone come in and refine after picture lock?
>
> Few additional points -
> Episode 5 -
> I liked the addition use of music under Bobby Dassey's testimony when he
> says, "I saw Teresa walk toward Steven's trailer". I don't know that I saw
> them use this method again however. Given the density of the testimony
> footage, it would be a good technique to further employ. (e.g. Ryan
> Hillegas testimony or Fassbender testimony when he admits that he did not
> question Scott the roommate)
>
> New footage of Kratz further on his heels in the press conference post the
> Ryan Hillegas testimony re: Teresa's voicemails.
>
> The much abridged interview with Dolores and Allan after the Bobby Dassey
> testimony section is far more effective.
>
>
> Episode 6:
> Question to both of you - what do you think of this ending? The last 5
> minutes of this episode? Is there enough attached to Lenk taking the stand
> to really keep you hooked? This coming off of terrific closes in episode 4
> & 5.
>
> Looking forward to your thoughts so we can get these notes over to them
> asap. T/hanks!
>
>
> On Wed, Aug 26, 2015 at 7:25 PM, Benjamin Cotner ████████████████
> wrote:
>
>> Here are some notes on Final Episodes 5 & 6. Overall, I think it would
>> really help if they did something more interesting with the music to carry
>> us through these two very technical episodes. Just punctuating the
>> interesting points and using music to go in and out of scenes is actually
>> highlighting how segmented these episodes are. I think they just need
>> someone more experienced with music design to help.

**Confidential**

NFXCOL0000273

>>
>> Episode 5
>>
>> Runtime 57:50
>>
>> 00:58 - Should the card say "develop a NEW chemical test"?
>>
>> 47:52 - Like the cards saying that Earl gives permission - this helps!
>>
>> 54:20 - setting Colburn up as the potential cop to plant the car works
>> really well now. Great end to this episode.
>>
>>
>> Episode 6
>>
>> Runtime 1:00:45
>>
>> 13:20-14:22 - Please consider trimming down Allan entering the courtroom
>> here.
>>
>> 17:46-18:15 - Possibly cut down this montage of b-roll.
>>
>> 29:57-30:35 - Buting's commentary is weak here - he doesn't make his
>> point articulately and we spent so much time in court with him arguing this
>> already that this seems redundant.
>>
>
>
>
> --
> Lisa Nishimura
> VP, Original Documentary & Comedy Programming
> ████████████████████████████
> ██████████ ████████████████
>

Confidential

Confidential

# Making a Murderer

NFXCOL0000276

CURRENT: Episode 5. SUGGESTIONS:
Cold open:

-Drop sexual assault charges against S.A.
-Day 1 of trial.
-Opening statements (a lot about VM messages)
-Def Jacobs call (do we have a body?)
-S.A. questioned about T.H.'s appointment.
-Bobby says he was asked to help get rid of body.
-Debate about VMs.
-Judge blocks from talking about other suspects.  ⟸
-Dean asks about roommate.
-Ryan H admits to figuring out her password.
-Boss (Sheriff?) says to search Avery property.
-Review of finding Rav4 and what followed (Pam)
-Dolores shows us where the car was found.

Cliffhanger: Colburn testifies about calling in the
license plate before the Rav4 is discovered.

Confidential

NFXCOL0000277

# Episode 5 - Detail (57:50 min)

**08.28.2015**

00:58 - Should the card say "develop a NEW chemical test"?

20:52 - The addition of music under Bobby Dassey's testimony when he says: "I saw Teresa walk toward Steven's trailer" is really effective! Can we explore the use of this subtle, almost subconscious use of music in other key testimony. (e.g. Ryan Hillegas testimony or Fassbender testimony when he admits that he did not question Scott the roommate). Given the density of the testimony footage, it would be a good technique to further employ.

27:00 The much abridged interview with Dolores and Allan after the Bobby Dassey testimony section is far more effective.

28:00 "In a pre-trial hearing about a third party liability, Judge Willis rules that the Defense cannot offer any alternative suspects to be jury by name except Brendan" - Is there a way to simplify this card? The audience may, perhaps, need just a little more clarity on "third party liability." Please consider.

42:45 - With re to Jerry, do we need to hear him give follow up commentary say "this was a peculiar witness"? It's pretty obvious Hillegas a peculiar witness via his testimony.

47:52 - Like the cards saying that Earl gives permission - this helps!

54:20 - Setting Colburn up as the potential cop to plant the car works really well now. Sensational and strong end to this episode.

NFXCOL0000278

Episode 6.          SUGGESTIONS:

CURRENT:

Cold open: Card says one day after Brendan's arrest
there is a press conf. Kratz describes how S.A.
instructed Brendan to cut T.H.'s throat. Police search
residence and garage for new evidence. Kratz claims
physical evidence now makes sense.

-Bullet found in garage - Lenk was present.
-No T.H. DNA found in trailer or garage.
-Bobby only thing placing her inside.
-Skull fragments.
-Sherry: blood on bullet matches despite botching
-Defense tried to have labwork monitored, denied.
-Everyone reiterates there would have been blood
-Bones and barrels conversations.
-Bloody hair in trunk.
-Timeline debate (Bobby D, bus driver, Scott T.)

Cliffhanger: School bus driver has a different
timeline than Bobby. Lawyers explain that the
prosecution still hasn't put forth a theory about when
and where she was killed.

# Episode 6 - Detail (60 min)

## 08.28.2015

Approx. 9:40 - Let's discuss a graphical timeline in this area to clarify key points of evidence/milestones being laid out from the Fassbender questioning and testimony? Lots of facts coming so this could provide a stabilizing effect.

13:20-14:22 - Please consider trimming down Allan entering the courtroom here.

17:46-18:15 - Possibly cut down this montage of b-roll.

29:57-30:35 - Buting's commentary is weak here - he doesn't make his point articulately and we spent so much time in court with him arguing this already that this seems redundant. Can we cut Jerry's post follow up (Specifically, the "...they think we're a bunch of country bumpkins" section. But, again, ideally all of it.)

Close:

We would love to discuss the close. Coming off of the extraordinary cliff hangers in episodes 4 & 5 with the blood vial and Colburn on the stand, the relative weight of Lenk just taking the stand feels a little light. Can we discuss if there is a little more weight we can provide around the Lenk narrative, the close feels a bit abrupt.

Confidential

# Making a Murderer

NFXCOL0000282

# Episode 8 - 45min 23sec

## SUGGESTIONS:

CURRENT:

Cold open: Allan walking around barn looking for Steven's name on the floor. Dean talks about the fact that S.A. never committed these crimes: "What you can hope to get is your liberty back, eventually."

-Closing arguments.
-Buting, Dean say he was framed.
-Kratz says shouldn't matter if key was planted!
-News reports. Dolores talks to S.A. (b-roll)
-Jury leaves for night. Juror is replaced.
-S.A. talking on tape about how he feels.
-Family warned about blowback.
-Verdict.
-Dean/Buting sad, believe killer is on the loose.
-Allan talks about Manitowoc winning.
-Colburn makes statement.
-Scott T: He had it coming.
-Buting says 7 votes for innocent at start.
-Excused Juror feels terrible.
-Commentary from Pete, Kim and Stephen Glynn.
-Brendan's trial in 2 weeks. New lawyers discuss.

New ending: Brendan is led into court and we hear his call with Barb.

Confidential

# Episode 8 - Detail 08.23.2015

- 4:30 - 9:27 - The closing arguments are running too long to sustain engagement. Is there any way to trim them down? The content is great, but 5 minutes of straight speech is too much. Perhaps cut Strang's lines about Lenk lying since we covered that in trial? Do we need as much detail about Buting's theory on the burn barrels?

- 6:59 - Dean Strang - At "Would Lieutenant Lenk lie?" - perhaps a quick cut away to a Lenk (photo or footage) would be impactful since it would put a face to him in this defining moment. Take a look at it both ways and see what works better.

- 9:05 - Probably best to ID both Lenk and Colborn in the two shot photo.

- 13:05 - 13:48 Consider cutting Jerry Buting's post trial epilogue section. From a pacing perspective, it's a bit slow and he doesn't add any significant new information which was not covered in the closing statements.

- 17:32 - Explanation of replacing the verdict is much more clear! Great job.

- 18:14 - Buting's commentary still seems unnecessary here

- 18:29 - When Steven says "If they finding me guilty, it's gonna be hard......why I have my family go through all of this, and everything else...." is powerful but doesn't resonate as strong as it could as currently juxtaposed against the B-roll shots of his parents only. Maybe add a few shots/photos of his kids and ex-wife and girlfriend to remind the audience what Steven has lost already for going away for a crime he didn't commit, all of which is on the line yet again. The additional shots may add some further emotion to the sequence.

- 26:37 - 28:55 - THE VERDICT - The reading of the guilty verdict of Steven still doesn't feel climactic enough given the entire series has been building to this moment. Perhaps enhancing the music and/or cutting to other members of the Avery family in the courtroom showing strong disappointment on their faces (conversely, maybe adding any shots of Kratz, Colburn, Fassbender, etc. and their team showing satisfaction would work too), and an overall intensifying of the cutting style would help drive this into a more climactic

NFXCOL0000284

Confidential

# Episode 8 - Detail

(cont.)

moment. Currently the beat emits anger and we feel injustice was done, but given the overall investment made in watching 8 hours thus far, the audience should be feeling more intense anger, sadness, bewilderment, and perhaps even fury at this jury decision. Take a look and see if it can be ratched up.

- 27:59 - Great use of music to subtly accentuate when Steven chokes up here!
- 33:30 - 34:30 - Music is lulling. Would a version of the cue at 18:42 work here as well?
- 37:28 - Off of Mr. Beatz interview, do we have a photo or any footage of Ken Kratz getting an award for winning this case? If so, it would be satisfying and impactful to use it.
- 37:53 - 39:44 - Pete and Kim and Stephen Glynn together is too much commentary, please trim.
- 41:21 - new atmospheric and haunting music under Brendan's walk into the court is much better

NFXCOL0000285

Confidential

# Episode 9 (1hr3min)

## SUGGESTIONS:

Cold open: Buting quote: the question is whether Brendan is going to confess to a murder he didn't commit.

- Kratz opening statement.
- Mark opening statement.
- Play BD's first statement.
- Weigert
- Lots of discussion of his coercion.
- Only play first half of his confession.
- Kayla's retraction. TH brother talks to press.
- Brendan testifies.
- Tape of his call to mom, he says he made it up.
- Mike Halbach talks to press.
- Closing arguments. Judge reads jury instructions
- Judge reads verdict. Mom freaks out.
- Strang comment.
- Dolores cries.
- Theresa Halbach video.
- Mike Halbach reads statement in SA sentencing.
- S.A. reads his own statement.

Cliffhanger: Judge reads statement for Steven and how dangerous he is. Dean comments: "Tragic lack of humanity." Buting: [Could happen to any of us.]

NFXCOL0000286

# Episode 9 - Detail (1hr3min)

- 4:00 - Still think that someone should explain that Kratz claims Teresa was murdered in a completely different location in Brendan's case. This is shocking and not completely obvious unless it is pointed out.

- new music under the end of Kratz's opening statement is powerful.

- 7:39 - 8:50 - It might be better to take out the audio playback of Brendan's first interview. It is hard to understand and slows things down.

- 15:00 - during the smoke break with Barbara, Richard Mahler, Carla Chase and Peter Dassey, the comments from Carla and Peter don't really add to the conversation meaningfully. Richard's point about the lack of DNA evidence and Barbara saying that Weigert is lying about giving her the opportunity to be present during Brendan' s interrogation are the key bits. Consider trimming, especially because there is a solid segment with Peter Dassey later in the episode.

- 17:43 - Is there any footage or documents (maybe a corporate training video) from John E. Reid & Associates showing their interrogation techniques? It may sell the line attorney Fremgen better.

- 39:57 - 40:06 - awkward pause here as he is putting the slide up.

- 41:00 - 41:17 - Would it be possible to cut this setup of Brendan denying talking to Kayla and just start with him saying "How is it that you and Kayla came up with seeing body parts in the fire?"

- 44:44 - 44:58 - Consider taking out shots of them walking into the courtroom.

- 51:20 - Good "danger" music when Colburn is walking him out.

- 53:55 ID both Colburn and Petersen - amazing , given the conflict of interest, that they are now walking Brendan out of court.

- 54:15 - Could we subtitle what Barb is yelling in this section? Who does she say set it up?

- 1:01:05 - ID that Colburn is walking Steven Avery out of the court. Again, huge conflict of interest given he was always a suspect in tampering with evidence.

- Playing Teresa's home video in the courtroom during the sentencing is affecting. Separate from this, when will we see the video of Teresa talking about her own death?

I agree with all your notes, in particular providing a visual timeline
around the site visit logs of Teresa's Rav 4.

Also question - is it worth investigating and confirming that not only has
the EDTA test not been used since OJ, but ALSO that no court has admitted
this testing methodology SINCE the use here for Steven Avery (Not sure if
it's true - but curious if you feel it is worth making this point).
The episode is for sure a factual slow w/o any singular smoking gun, but
the evidence and testimony is so overwhelmingly disconcerting - that I
believe the additive effect of it all will be powerful in pushing the
narrative forward regarding police bias.
Do you want to put the notes together? I'm not sure if Adam has
connectivity on this flight and doesn't get in until later this afternoon.
Thanks!

On Fri, Sep 4, 2015 at 7:42 AM, Benjamin Cotner ███████████████████ wrote:

> They cut 2-3 minutes out and every little bit helps. This is a bridge
> episode that really covers a lot of the weaker arguments (key falling on
> the floor, police log, access to Clerk's office, EDTA...). So, it is a lot
> of information that is important without any real smoking guns. As a
> result, this is probably the most dry episode. I'm not sure there is any
> getting around it at this point. Here are my few little notes.
>
> 20:20 - Music hear has a distinctly western sound that stands out a little
> bit from the palate of the rest of the film.
> 30:00 - I still think a simple timeline graphic listing the times related
> to the police log would help this scene along a lot. Just listing a) time
> the log was created and time officers arrived and times they departed (or
> claimed they arrived or departed) would help the audience understand why
> all of this matters. Without a timeline putting it into context, it just
> feels speculative and grasping for conspiracy when it really could have
> just been a simple oversight that Lenk didn't sign in.
> 37:00 - Music might be a little bit over the top here.
>
> If you let me know any additional ones I can put it together in a
> document.
>
>
>

--
Lisa Nishimura
VP, Original Documentary & Comedy Programming ████████████████
████████ ████████████████

**Confidential**

NFXCOL0000288

| **From:** | Lisa Nishimura (Google Docs) k+ <MTA0NjYxNTU3MzMyMjMwMDI1OTYz- |
| | MTA0OTQzODk5MTIyOTc2Nzc1MjQx@docs.google.com> |
| **Sent:** | Sunday, July 5, 2015 7:20:51 PM |
| **To:** | ███████████████ |
| **Subject:** | WORK IN PROGRESS ... - 22:50 - Is the Griesbach testimony ke... |

Lisa Nishimura added a comment to WORK IN PROGRESS - Making a Murderer
Breakdown
(https://docs.google.com/a/netflix.com/presentation/d/1SJPtq2miuPcUCufUD-iDpAVUbJIfdAzKFgzCltczDJw/edit?
disco=AAAAAQ2neCk)
Lisa Nishimura
| 5:55 - What Walter Kelly is saying about the AG's report is very
interesting, but he is very slow and unclear in his diction - probably it
ultimately isn`t necessary. It could even be as simple as saying "they felt
like they were talking law enforcement to law enforcement so were fairly
candid."
14:00 - The phone call that Colburn receives and the subsequent flow of
information to other figures in the Sheriff`s department is something we
keep going back to throughout the series. It would really...
22:50 - Is the Griesbach testimony key in establishing Vogel as
intentionally crooked. He is more effective IMO in this episode vs. in the
actual historic testimony presented later.
You received this email because you are subscribed to all comments on WORK
IN PROGRESS - Making a Murderer Breakdown.
Change
(https://docs.google.com/comments/u/104661557332230025963/docos/notify?id=AAHRpnXuNE-
eWtYydzyPeEgC_D09N18oQgZBjDbC9DhPN-
9_s_UExtKH58050bXJ7oDWg5wFCBuTF3F2NOW54fc_r42Ifzut6Gs5bj_cIhL5EwAuGfCyoB9A&title=WORK+IN+PROGRESS+
-+Making+a+Murderer+Breakdown)
what Google sends you.
You can reply to this email to reply to the comment.

**Confidential**

| | |
|---|---|
| **From:** | Benjamin Cotner ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Sent:** | Thursday, July 23, 2015 11:32:22 PM |
| **To:** | Adam Del Deo ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Cc:** | Lisa Nishimura ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Subject:** | Re: MAM Episode 3 Notes |

Adding this note for the music at the crucial moment:
56:43 - After he says "By being honest you can at least sleep at night" it would be nice to bring in an emotional music cue - this is really sad that they are doing this to him - and it could carry us through until we drop out the music at 57:47 when Barb says "Did you?" so that the silence is deafening when he says "Not really...they got into my head"

On Thu, Jul 23, 2015 at 11:22 PM, Benjamin Cotner ▮▮▮▮▮▮▮▮▮▮▮▮▮
wrote:
> I think it is a really valid point but I would rather leave it in for now
> - it is something we can always pull out later, but I am so happy that they
> finally have a point of view. I hope people know that it is just a theory...
>
> On Thu, Jul 23, 2015 at 11:01 PM, Adam Del Deo ▮▮▮▮▮▮▮▮▮▮▮▮▮
> wrote:
>
>> I hear you. Let me try to clarify.
>>
>> I think the statement as Jerry currently communicates it comes across, to
>> me, as a matter of fact the officers did it (as oppose to highly likely
>> they did it). In other words, I think if Jerry's statement involving the
>> officers can come across as a highly possible/very likely scenario (since
>> the officers had a very strong motive to kill Steven) it would be
>> convincing that someone else, most likely one of/some of the officers, were
>> involved.
>>
>> I think we're saying the the same thing. However, I just wanted to make
>> sure Jerry isn't saying the officers killed as a matter of pure fact since
>> there's no physical evidence to really prove the officers were there,
>> rather just very strong motive. Take a look at Jerry's statement again and
>> see if you agree. If not, leave the way it is.
>>
>> Thanks,
>> Adam
>> On Thu, Jul 23, 2015 at 10:36 PM, Benjamin Cotner ▮▮▮▮▮▮▮▮▮▮▮▮▮
>> wrote:
>>
>>>
>>> I will do a last pass and draft an email for you, Lisa, to review and
>>> send in the morning.
>>>
>>> Adam, I am kind of worried that this note goes contrary to the direction
>>> we've been pushing them in. I've been under the impression that we are
>>> desperate to say that someone else could have done it. I'm afraid that if
>>> we tell them to soften something it is going to really confuse the
>>> filmmakers. Is there a specific element that you think is overly

**Confidential**

NFXCOL0000294

>>> subjective? I don't think subjective is necessarily bad, but if it is
>>> completely unfounded then you might be right. Let me know what you think
>>> and I will happily add if that is what you meant.
>>>
>>>
>>>
>>>
>>>
>>> On Thu, Jul 23, 2015 at 10:27 PM, Adam Del Deo ████████████████
>>> wrote:
>>>
>>>> Ben/Lisa:
>>>>
>>>> This episode made great progress and, for me, after a long period of
>>>> years I feel like it's finally starting to take great and impactful shape.
>>>> Agree with your notes, well done. Just one piece of feedback to add before
>>>> sending.
>>>>
>>>> - 20:33 - 20:57 - In this sequence, it feels like Jerry Buting, on an
>>>> almost definitive basis, is accusing the officers. Although I think the
>>>> officers have the strongest motive, I think Jerry's statement come across
>>>> at fact. ..they thought, for sure, we're going to make sure he's
>>>> convicted." It may be worth soften his statement so it doesn't come across
>>>> so subjective.
>>>>
>>>> Ben, can you add that.
>>>>
>>>> Great work - this is going to be a great series.
>>>>
>>>> Thanks,
>>>> Adam
>>>>
>>>>
>>>> On Tue, Jul 21, 2015 at 8:18 AM, Benjamin Cotner ████████████████
>>>> wrote:
>>>>
>>>>> Notes on Episode 3 Fine Cut in the Deck
>>>>> <https://docs.google.com/presentation/d/1SJPtq2miuPcUCufUD-
>>>>> iDpAVUbJIfdAzKFgzCltczDJw/edit#slide=id.ga29c94257_0_31>
>>>>>
>>>>> Also pasting text here in case you can't read the deck where you are:
>>>>>
>>>>> Structure notes:
>>>>>
>>>>> Cold Open Changed...The new cold open is great, really turns the
>>>>> tables on Steven with the $450k payment being cancelled and law enforcement
>>>>> closing in on him. And the music really drives it home!
>>>>>
>>>>> Preliminary hearing is getting tight. Great
>>>>>
>>>>> Good closing - very clear that Brendan is being forced to testify
>>>>> against Steven.

Confidential

NFXCOL0000295

>>>>>
>>>>> Detailed notes:
>>>>>
>>>>>
>>>>> -
>>>>>
>>>>> 3:30 - Music is great - really ups the stakes.
>>>>> -
>>>>>
>>>>> 10:30 - Music under news clips is effective, really keeps tension
>>>>> up, especially after the poignant moment of SA saying "poor people lose" -
>>>>> which is great without any score.
>>>>> -
>>>>>
>>>>> 12-13:00 - Family all repeating they didn't think he could have
>>>>> done it - too many. Maybe lose Yvonne?
>>>>> -
>>>>>
>>>>> 13:30-13:50 - People seem to get confused between the $450k
>>>>> awarded by the legislature (before being cancelled) and the $425k
>>>>> settlement from the $36m lawsuit. Maybe a simple graphic could track
>>>>> Steven's various avenues for recourse and each of their outcomes.
>>>>> -
>>>>>
>>>>> 14-1430 - Like the townspeople commenting in the pool hall, but
>>>>> probably one too many. The guy in the middle seems the least expository
>>>>> (first woman mentions the key being planted, the last specifically says
>>>>> that the town couldn't afford the lawsuit so they had to get rid of the
>>>>> problem).
>>>>> -
>>>>>
>>>>> 17:15 - The underscore here is incredibly sleepy.
>>>>> -
>>>>>
>>>>> 20:00-22:00 Strang/Butin inspecting the junkyard is pretty bulky
>>>>> scene, could be tightened.
>>>>> -
>>>>>
>>>>> 25:40 - Good creepy underscore.
>>>>> -
>>>>>
>>>>> 35:28 - Jodi gets out of jail...is there any way to quickly
>>>>> establish earlier on that she has been in jail through all of this? (this
>>>>> is same note from last cut - thoughts?). A lot of her walking from jail to
>>>>> car and from car to trailer - could tighten.
>>>>> -
>>>>>
>>>>> 42:00-43:00 - Dolores v Barb scene isn't really clear. Do we need
>>>>> it?
>>>>> -
>>>>>
>>>>> 46:00 - Yvonn isn't necessary, Reesa says it more effectively.
>>>>> -
>>>>>

Confidential                                                    NFXCOL0000296

>>>>> 49:15 - The calendar graphic feels very strange - not sure what it
>>>>> is trying to get across.
>>>>> - 59:30 - Could really ratchet up the music - the score from the
>>>>> open for example was more intense and might work here. The world just
>>>>> closed in on Brendan...
>>>>>
>>>>>
>>>>>
>>>>
>>>
>>
>

**Confidential**

| **From:** | Adam Del Deo ███████████████ |
| **Sent:** | Thursday, July 23, 2015 11:37:24 PM |
| **To:** | Benjamin Cotner ███████████████ |
| **Cc:** | Lisa Nishimura ███████████████ |
| **Subject:** | Re: MAM Episode 3 Notes |

Ok w/ me.
On Thu, Jul 23, 2015 at 11:22 PM, Benjamin Cotner ███████████████
wrote:
> I think it is a really valid point but I would rather leave it in for now
> - it is something we can always pull out later, but I am so happy that they
> finally have a point of view. I hope people know that it is just a theory...
>
> On Thu, Jul 23, 2015 at 11:01 PM, Adam Del Deo ███████████████
> wrote:
>
>> I hear you. Let me try to clarify.
>>
>> I think the statement as Jerry currently communicates it comes across, to
>> me, as a matter of fact the officers did it (as oppose to highly likely
>> they did it). In other words, I think if Jerry's statement involving the
>> officers can come across as a highly possible/very likely scenario (since
>> the officers had a very strong motive to kill Steven) it would be
>> convincing that someone else, most likely one of/some of the officers, were
>> involved.
>>
>> I think we're saying the the same thing. However, I just wanted to make
>> sure Jerry isn't saying the officers killed as a matter of pure fact since
>> there's no physical evidence to really prove the officers were there,
>> rather just very strong motive. Take a look at Jerry's statement again and
>> see if you agree. If not, leave the way it is.
>>
>> Thanks,
>> Adam
>> On Thu, Jul 23, 2015 at 10:36 PM, Benjamin Cotner ███████████████
>> wrote:
>>
>>>
>>> I will do a last pass and draft an email for you, Lisa, to review and
>>> send in the morning.
>>>
>>> Adam, I am kind of worried that this note goes contrary to the direction
>>> we've been pushing them in. I've been under the impression that we are
>>> desperate to say that someone else could have done it. I'm afraid that if
>>> we tell them to soften something it is going to really confuse the
>>> filmmakers. Is there a specific element that you think is overly
>>> subjective? I don't think subjective is necessarily bad, but if it is
>>> completely unfounded then you might be right. Let me know what you think
>>> and I will happily add if that is what you meant.
>>>
>>>
>>>

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 54 of 270   Document 330-1

Confidential

NFXCOL0000298

>>>
>>>
>>> On Thu, Jul 23, 2015 at 10:27 PM, Adam Del Deo█████████████████
>>> wrote:
>>>
>>>> Ben/Lisa:
>>>>
>>>> This episode made great progress and, for me, after a long period of
>>>> years I feel like it's finally starting to take great and impactful shape.
>>>> Agree with your notes, well done. Just one piece of feedback to add before
>>>> sending.
>>>>
>>>> - 20:33 - 20:57 - In this sequence, it feels like Jerry Buting, on an
>>>> almost definitive basis, is accusing the officers. Although I think the
>>>> officers have the strongest motive, I think Jerry's statement come across
>>>> at fact. ...they thought, for sure, we're going to make sure he's
>>>> convicted." It may be worth soften his statement so it doesn't come across
>>>> so subjective.
>>>>
>>>> Ben, can you add that.
>>>>
>>>> Great work - this is going to be a great series.
>>>>
>>>> Thanks,
>>>> Adam
>>>>
>>>>
>>>>
>>>> On Tue, Jul 21, 2015 at 8:18 AM, Benjamin Cotner ████████████████
>>>> wrote:
>>>>
>>>>> Notes on Episode 3 Fine Cut in the Deck
>>>>> <https://docs.google.com/presentation/d/1SJPtq2miuPcUCufUD-
iDpAVUbJIfdAzKFgzCltczDJw/edit#slide=id.ga29c94257_0_31>
>>>>>
>>>>> Also pasting text here in case you can't read the deck where you are:
>>>>>
>>>>> Structure notes:
>>>>>
>>>>> Cold Open Changed...The new cold open is great, really turns the
>>>>> tables on Steven with the $450k payment being cancelled and law enforcement
>>>>> closing in on him. And the music really drives it home!
>>>>>
>>>>> Preliminary hearing is getting tight. Great
>>>>>
>>>>> Good closing - very clear that Brendan is being forced to testify
>>>>> against Steven.
>>>>>
>>>>> Detailed notes:
>>>>>
>>>>>
>>>>> -
>>>>>

Confidential

NFXCOL0000299

>>>>> 3:30 - Music is great - really ups the stakes.
>>>>> -
>>>>>
>>>>> 10:30 - Music under news clips is effective, really keeps tension
>>>>> up, especially after the poignant moment of SA saying "poor people lose" -
>>>>> which is great without any score.
>>>>> -
>>>>>
>>>>> 12-13:00 - Family all repeating they didn't think he could have
>>>>> done it - too many. Maybe lose Yvonne?
>>>>> -
>>>>>
>>>>> 13:30-13:50 - People seem to get confused between the $450k
>>>>> awarded by the legislature (before being cancelled) and the $425k
>>>>> settlement from the $36m lawsuit. Maybe a simple graphic could track
>>>>> Steven's various avenues for recourse and each of their outcomes.
>>>>> -
>>>>>
>>>>> 14-1430 - Like the townspeople commenting in the pool hall, but
>>>>> probably one too many. The guy in the middle seems the least expository
>>>>> (first woman mentions the key being planted, the last specifically says
>>>>> that the town couldn't afford the lawsuit so they had to get rid of the
>>>>> problem).
>>>>> -
>>>>>
>>>>> 17:15 - The underscore here is incredibly sleepy.
>>>>> -
>>>>>
>>>>> 20:00-22:00 Strang/Butin inspecting the junkyard is pretty bulky
>>>>> scene, could be tightened.
>>>>> -
>>>>>
>>>>> 25:40 - Good creepy underscore.
>>>>> -
>>>>>
>>>>> 35:28 - Jodi gets out of jail...is there any way to quickly
>>>>> establish earlier on that she has been in jail through all of this? (this
>>>>> is same note from last cut - thoughts?). A lot of her walking from jail to
>>>>> car and from car to trailer - could tighten.
>>>>> -
>>>>>
>>>>> 42:00-43:00 - Dolores v Barb scene isn't really clear. Do we need
>>>>> it?
>>>>> -
>>>>>
>>>>> 46:00 - Yvonn isn't necessary, Reesa says it more effectively.
>>>>> -
>>>>>
>>>>> 49:15 - The calendar graphic feels very strange - not sure what it
>>>>> is trying to get across.
>>>>> - 59:30 - Could really ratchet up the music - the score from the
>>>>> open for example was more intense and might work here. The world just
>>>>> closed in on Brendan...
>>>>>

Confidential

NFXCOL0000300

| From: | Lisa Nishimura ▆▆▆▆▆▆▆▆ |
|---|---|
| Sent: | Wednesday, July 10, 2013 5:32:48 PM |
| To: | Adam Del Deo ▆▆▆ |
| Bcc: | Lisa Nishimura-Seese ▆▆▆▆▆▆▆▆ |
| Subject: | Projects! |
| Attachments: | MAKING-A-MURDERER-AnEightPartSeries.docx;Making a Murderer - Eight Part Structure (1).pdf |

They're trying to figure out whether we can push the overall start date past May, (would miss Emmy qualifying for 2013), or else restructure such that there is now episodes 1 - 7, and convert the final episode 8 to episodes 8 & 9 to be released at a later date. The beauty of our technology is that we can add new episodes at will. I just want to be extremely thoughtful to what this might do to the overall arc of the storytelling and how we would think about this from a marketing perspective, and to some degree awards qualifying perspective. Their concern is about being on location shooting in September, while simultaneously trying to work with three editors in post to deliver the rest of the program. Episodic detail attached.

**Non-Responsive--This portion of email relates to a completely different, confidential Netflix project**

Speak soon.
Lisa
On Wed, Jul 10, 2013 at 5:11 PM, Adam Del Deo ▆▆▆▆▆▆▆▆▆▆▆▆ wrote:

> Got it. Thanks. Call whenever you're free. If can't pick up (because Jim
> may be in front of me), I will call you back asap. Talk soon!
>
>
> On Wed, Jul 10, 2013 at 4:25 PM, Lisa Nishimura ▆▆▆▆▆▆▆▆▆▆ wrote:
>
>> Let's discuss. . .bringing you into the loop of the day to day.
>>
>> ---------- Forwarded message ----------
>> From: Eleonore ▆▆▆▆▆▆
>> Date: Wed, Jul 10, 2013 at 10:38 AM
>> Subject: Re: Making a Murderer - 2 questions and finalizing term sheet
>> To: Lisa Nishimura ▆▆▆▆▆▆▆▆▆
>>
>>
>> Ok Not a reshoot but additional shooting- episode 8 is either an epilogue
>> that brings us yo the present or a more ambitious investigation of who may
>> be behind the murder - we plan to shoot for 3 weeks for that and obviously
>> that affects the timeline of post and delivery (especially with the
>> subtitling and dubbing).
>> Any suggestions to alleviate delivery date or elements would be very

\>> helpful.
\>> Tx!
\>>
\>> Sent from my iPhone
\>>
\>> On Jul 10, 2013, at 10:19 AM, Lisa Nishimura ███████████████████ wrote:
\>>
\>> Hi Eleanore,
\>> Super to hear from you. Will get back to you on the preferred sub and sub
\>> houses today. Delivery is a little more challenging as we post all eps up
\>> at once. Which episode requires a reshoot?
\>>
\>> Best,
\>> Lisa
\>>
\>> Apologies for the thumbs - sent from my iPhone
\>>
\>> On Jul 10, 2013, at 10:11 AM, Eleonore Dailly ████████████████ wrote:
\>>
\>> Hi Lisa:
\>>
\>> I know you're slammed. I left you messages with 2 questions and things
\>> are rather urgent on our end if we want to dive into full post next Monday.
\>>
\>> 1 - Netflix preferred vendors for subtitling in the required languages
\>> and dubbing (Spanish and Portuguese) so I can call and get pricing for that
\>> part of the deliverables
\>> 2 - Delivery date for all 8 episodes - Moira and Laura would like to
\>> discuss the date - they'd like to shoot for Emmy consideration but are
\>> concerned about the very tight schedule to deliver all 8 - can we push the
\>> date, or is there a way that we can stagger episode 8 delivery (it's the
\>> one that requires additional shooting).
\>>
\>> I think there were a few points from Ron in his previous comments that
\>> should be easily addressed.
\>>
\>> We're ready to go and finalize the term sheet so we can move forward and
\>> meet the tight deadlines.
\>>
\>> Thanks!
\>> Eleonore Dailly | Executive Producer
\>> Film Invaders
\>> ███████████████████
\>>
\>>
\>>
\>>
\>> --
\>> Lisa Nishimura
\>> VP, Content Acquisitions
\>> ████████████████████████████
\>> ███████  ██████████████████
\>>
\>
\>


--
Lisa Nishimura
VP, Content Acquisitions
████████████████████████████
████████  ████████████

Confidential

NFXCOL0000309

Benjamin Cotner added comments to WORK IN PROGRESS - Making a Murderer
Breakdown
(https://docs.google.com/a/netflix.com/presentation/d/1SJPtq2miuPcUCufUD-iDpAVUbJIfdAzKFgzCltczDJw/edit?
disco=AAAAAQ24mT0)
.
Lisa Nishimura
| The testimony about this phone call and report (which we touch on several
times throughout the series) is confusing - could a graphic help chart the
related events and make it less necessary to keep repeating the story?
It feels like they really land this with the linear time graphic between
1995 and the day after SA is released. Are you proposing that we minimize
repetition and rely primarily on the testimony where the graphic is
presented?

Benjamin Cotner
I will try to clarify this - I'm talking about the need to chart out the
connection between all of the various law enforcement officers when this
call comes in. The timeline is clear, but who knows what gets really muddy.
Reply (Reply
<k+AORGpRdka3mHrN9VIgfJxivGdsF_TTmbmdxH3ZF4LhVzhU4qFRzhP_HDGdAeZqlbhDgZ8_mtaNOn@docs.google.com>)
Open
(https://docs.google.com/a/netflix.com/presentation/d/1SJPtq2miuPcUCufUD-iDpAVUbJIfdAzKFgzCltczDJw/edit?
disco=AAAAAQ24mTw)
.
Lisa Nishimura
| Is it worth considering using the new evidence (pubic hair) as a
cliffhanger. So, ending after we know that S.A. is innocent, but before we
know that he is going to be freed. This would obviously require changing
the cold open, but would create a very tight Episode 1 that pulls the
audience back immediately for more.

Alternatively, should there be a more direct ending that makes it explicit
that in the next episode the cops are going to seek revenge?
We should have a really tight Episode 1 w…
Emphasize the relationship between SheriffTom Kocourek's wife and Penny B.
Motive.

I agree that ending with the statement that out of 12 pubic hairs it came
down to one. . . is a great cliffhanger. Will need to advise on best way
to cold open Ep 1 if we decide not to resolve directly to exoneration in
Ep1.
Benjamin Cotner
I'm adding the emphasis on the Sheriff's relationship with Penny down in
the detailed notes.

Reply (Reply
<k+AORGpRe1ob52ILcsiV2Gb4BprocxmHSK-lEXhznaqbs0aaVspLUEmcGaU5wIP0mSi1Rez5uj_smW@docs.google.com>)
Open
(https://docs.google.com/a/netflix.com/presentation/d/1SJPtq2miuPcUCufUD-iDpAVUbJIfdAzKFgzCltczDJw/edit?
disco=AAAAAQ24mTk)
.
Lisa Nishimura
| Maybe it would be better to bring some of the innocence project's
explanations about why this was so egregious from Ep10. It would help
clarify the fact that Michael O'Kelley is supposed to be working FOR B.D.
and also deal with it in one place instead of multiple times. And ending on

Confidential

such deep analysis of the issue is somewhat anti-climatic. Splitting it up
between this section and the motion for a new trial would possibly be more
efficient.
I would love to discuss and explore how we can bring the clarity of Steve
Drizin and his team into the earlier episodes without disrupting the flow
of reveals.
Benjamin Cotner
I agree, I think here and the hearing for the new trial in 8-9 are the most
natural places since they are primarily talking about Brendan's coercion.

Reply (Reply
<k+AORGpRcX9c4gY2-V3VzseK_0j6lNSlvX9ErCzbvU9mzOPbOT_zpjiehOEQQH-N-2S2G1KMevotK_@docs.google.com>)
Open
(https://docs.google.com/a/netflix.com/presentation/d/1SJPtq2miuPcUCufUD-iDpAVUbJIfdAzKFgzCltczDJw/edit?
disco=AAAAAQ24mT0)
You received this email because you are a participant in the updated
comment threads.
Change
(https://docs.google.com/comments/u/104943899122976775241/docos/notify?id=AAHRpnXuNE-
eWtYydzyPeEgC_D09N18oQgZBjDbC9DhPN-
9_s_UExtKH58050bXJ7oDWg5wFCBuTF3F2NOW54fc_r42lfzut6Gs5bj_cIhL5EwAuGfCyoB9A&title=WORK+IN+PROGRESS+
-+Making+a+Murderer+Breakdown)
what Google sends you.
You cannot reply to this email.

Confidential                                          NFXCOL0000330

Confidential

CURRENT:                              Episode 5.                    SUGGESTIONS:

Cold open:

-Drop sexual assault charges against S.A.
-Day 1 of trial.
-Opening statements (a lot about VM messages)
-Det Jacobs call (do we have a body?)
-S.A. questioned about T.H.'s appointment.
-Bobby says he was asked to help get rid of body.
-Debate about VMs.
-Judge blocks from talking about other suspects.
-Dean asks about roommate.
-Ryan H admits to figuring out her password.
-Boss (Sheriff?) says to search Avery property.
-Review of finding Rav4 and what followed (Pam)
-Dolores shows us where the car was found.

Cliffhanger: Colburn testifies about calling in the
license plate before the Rav4 is discovered.

NFXCOL0000335

Confidential

# Episode 5 - Detail (57:50 min)

**08.28.2015**

00:58 - Should the card say "develop a NEW chemical test"?

20:52 - The addition of music under Bobby Dassey's testimony when he says, "I saw Teresa walk toward Steven's trailer" is really effective! Can we explore the use of this subtle, almost subconscious use of music in other key testimony. (e.g. Ryan Hillegas testimony or Fassbender testimony when he admits that he did not question Scott the roommate). Given the density of the testimony footage, it would be a good technique to further employ.

27:00 - The much abridged interview with Dolores and Allan after the Bobby Dassey testimony section is far more effective.

28:00 - "In a pre-trial hearing about a third party liability, Judge Willis rules that the Defense cannot offer any alternative suspects to be jury by name except Brendan" - Is there a way to simplify this card? The audience may, perhaps, need just a little more clarity on "third party liability." Please consider.

42:45 - With re: to Jerry, do we need to hear him give follow up commentary say "this was a peculiar witness"? It's pretty obvious Hillegas a peculiar witness via his testimony.

47:52 - Like the cards saying that Earl gives permission - this helps!

54:20 - Setting Colburn up as the potential cop to plant the car works really well now. Sensational and strong end to this episode.

NFXCOL0000336

Confidential

# Episode 5 - Detail (57min)

**PREVIOUS NOTES:**

This episode has come a long way. The new edits around the blood vial are much improved, however the top of the episode still feels very slow to start because of the opening statements, but once the ball gets rolling it uncovers a lot of the evidence. It is doing a much better job of painting the picture that there were several other potential suspects who were not investigated.

What is the context of him saying "If the defense wants to put forth their defense then they do so at their own peril."? This statement feels clunky, out of place and perhaps unnecessary.

07:05 – Buting and Strang discussing the jury questionnaires – they're frustration is coming through in an almost pissy/sarcastic way and feels pretty long.

8:30 – Something bumps in the cut of Dolores watching the news coverage, something missing in the stitching to make it a convincing cheat.

NFXCOL0000337

# Episode 5 - Detail (cont.)

09:00 – 09:50 – Check the chyron - it reads Feb 12, 2005 first day of court. I believe this is meant to be 2007. Do we need the b-roll of the empty courtroom and the press room? Music scales up over this rather than over people entering courtroom. As a result, it lulls back down before Kratz opening statement.

**09:50 - 12:45 – Kratz' opening statement goes on a long time and seems to meander a bit. Review to tighten - specifically?**

**11:45 - Please recall at this early stage - they don't know if a body is involved in this case, was to find Teresa Halbach - remove. Go straight to the photo & remembering the humanity**

12:45 – 13:00 – Do we need the judge giving instructions not to discuss the case?

15:30 – "Both were questioned about their own activity and conduct with respect to Mr. Avery's imprisonment." Is there a sound byte here that references that this is in relation to the older rape charges? The year is easy to miss and this could be confusing for people not really familiar with the timeline.

15:30 – 19:55 – All of Strang's opening statement is really important, but look at tightening – even tiny trims will help. This much talking in a courtroom begins to make for a really dry episode. Perhaps music could help? This episode is naturally so courtroom heavy that we need to try really hard to help people through it.

Confidential

# Episode 5 - Detail (cont.)

23:15 – Great cut between Bobby Dassey testimony and the news coverage – and the music nails it!

26-27:00 – Well cut/music works to show the press' doubt on the Bobby Dassey testimony in contrast with the Judge's ultimate decision not to call a mistrial or instruct the jury to disregard. Would look to have the music hit slightly harder w/the card stating that the judge does not call a mistrial or direct the jury to disregard.

28:20 - How important is it to have this interview w/Dolores and Allen re: Bobby Dassey? She says, "half of that stuff isn't even true, implying that half of it is – feels too vague to make a point."

36 – 36:45 – They are arguing about whether or not the judge will allow the cell phone testimony in front of the jury, but we don't see his decision.

37:30 – 38:15 – Strang's comments seem a bit preachy and obvious – do they really further the story or raise a question that the material doesn't naturally raise?

49:00 – Did Pam and Nicole search the junkyard after the Sheriffs got the Averys' permission? Did Steven give them permission?

53:00 – The Tammy Webber information is interesting, but without knowing who she is or how much weight this holds it could be confusing. Do we have more information on who she is or should we consider taking this out?

The Colburn ending is terrific! - can we add music to help emphasize further? He goes from being so sure and then is caught in a clear lie about the origin of the car make and model.

NFXCOL0000339

Confidential

# Episode 5 - Detail (cont.)

Question - where are we utilizing the Teresa Halbach home video of her talking about life, and how she would feel if she died now? Is there a strategic place to put within this episode or do you have plans to utilize strategically elsewhere? It's extremely powerful, particularly once the viewer has established a connection.

It should be knowable when Teresa made that video. Do we have that information? Could we accurately lay it within an episode to coincide with the actual events of that time.

**Was it ever administered as evidence in the trial? If so, when?**

NFXCOL0000340

## Episode 6. SUGGESTIONS:

CURRENT:

Cold open: Card says one day after Brendan's arrest there is a press conf. Kratz describes how S.A. instructed Brendan to cut T.H.'s throat. Police search residence and garage for new evidence. Kratz claims physical evidence now makes sense.

-Bullet found in garage - Lenk was present.
-No T.H. DNA found in trailer or garage.
-Bobby only thing placing her inside.
-Skull fragments.
-Sherry: blood on bullet matches despite botching
-Defense tried to have labwork monitored, denied.
-Everyone reiterates there would have been blood
-Bones and barrels conversations.
-Bloody hair in trunk.
-Timeline debate (Bobby D, bus driver, Scott T.)

Cliffhanger: School bus driver has a different timeline than Bobby. Lawyers explain that the prosecution still hasn't put forth a theory about when and where she was killed.

NFXCOL0000341

# Episode 6 - Detail (60 min)

## 08.28.2015

Approx. 9:40 - Let's discuss a graphical timeline in this area to clarify key points of evidence/milestones being laid out from the Fassbender questioning and testimony? Lots of facts coming so this could provide a stabilizing effect.

13:20-14:22 - Please consider trimming down Allan entering the courtroom here.

17:46-18:15 - Possibly cut down this montage of b-roll.

29:57-30:35 - Buting's commentary is weak here - he doesn't make his point articulately and we spent so much time in court with him arguing this already that this seems redundant. Can we cut Jerry's post follow up (Specifically, the "...they think we're a bunch of country bumpkins" section. But, again, ideally all of it.)

Close:

We would love to discuss the close. Coming off of the extraordinary cliff hangers in episodes 4 & 5 with the blood vial and Colburn on the stand, the relative weight of Lenk just taking the stand feels a little light. Can we discuss if there is a little more weight we can provide around the Lenk narrative, the close feels a bit abrupt.

Confidential

# Episode 6 - Detail (59min)

## PREVIOUS NOTES

- Opening chyron - propose to change to read that Kratz and Pagel HOLD a press conference (versus held) to keep it present tense.

- 1:20 - Music at end of Kratz' press conf is fantastic.

- 08:02 - Good sound design punctuation on the end of Remiker's testimony, can we further add a musical cue when it's confirmed that Remiker saw Lenk on the property?

- 16:20 - Do we need this press conf from Kratz? Seems it would be powerful to go straight to photo of Teresa.

- 22:24 - Possible to trim down people entering courtroom/walking around press room and get straight back to Sherry?

- The entire burn barrel testimony is still very long.

- 46:00 - **Dorothy and Allan visiting Steven; is this scene necessary?**

- 48:37 - 49:39 - Buting isn't very concise here. Is it possible to do some dialogue trims and get him to the point faster?

- 58:45 - Are there too many quotes at the end? Could we end with Buting's line "I'm still waiting."? That might achieve the same result as "Spring it on us at the last minute.", but without the redundancy.

- You've just come off terrific cliffhanger closes with the blood vial in ep 4, and Andy Colburn caught in a lie in ep 5. Comparatively, this close doesn't feel as impactful or urgent. One suggestion would be to pull up the open of 7, eg Manitowoc police being on site when they weren't supposed to be part of the investigation.

NFXCOL0000343

Confidential

# Episode 6 - Detail (59min)

key moments of testimony where **music cues can be added:**

- Ryan - 1) has Teresa's vm pw 2) can't remember what time of day he saw Teresa last
- Sherry Culhane - 1) confirming that Fassbender specifically asked her to try to find DNA of Teresa in Steven's trailer. 2) Her deviation from protocol. 3) She never found Teresa's DNA in Steven's trailer AND also did not find Brendan Dassey's DNA there either
- Scott Tadych - after he is so confident about the time he left (2:45), then Dean has him read his statement to police 16 months earlier, time is 3:15 and the flames are 3 ft. versus 10 ft.
- Bobby Dassey - testimony about being so confident that he and Scott ident one another precisely at 2:45, but under oath say that the two of them did not coordinate or talk about this statement.

NFXCOL0000344

**Episodes 1 & 2 (Pilot) – A Challenge to the Status Quo**
- We have the assembly that you have seen
- We have notes that we would like to address from screenings we have held and from editors
- We would like to get any notes from Netflix that you have at this stage before diving back in
- We have new footage and many new archival photos from our recent trip to Wisconsin that are ready to be worked into the cut
- Our upcoming fall shoot will provide footage that we need for the re-cut

**Episode 3 – Plight of the Accused**
- We have the assembly that you have seen
- We would like to get notes from Netflix
- We plan to get other feedback and incorporate footage from our upcoming trip before re-cutting

**Episode 4 – Indefensible**
- We have several scenes cut
- We have pulls for different characters' arcs and story arcs within the episode
- We have reviewed transcripts of all relevant court dates and phone calls
- Our upcoming fall shoot will provide footage that we need for this episode

**Episodes 5 & 6 – Challenging the Evidence & Truth on Trial**
- The multi-camera courtroom footage for all the key witnesses is synched
- We have selects pulled for the most important witnesses
- We have selects pulled for out of court material for the trial
- We have Steven's case file including crime lab reports, police reports and 1700 "crime scene" photos scanned, reviewed and selected
- We have 1st cuts of a few sequences

**Episode 7 – Lack of Humility**
- We have 1st cuts of several scenes
- The multi-cam footage from Brendan's trial is synched
- Pulls have been made for key witnesses

**Episode 8 – Fighting for their Lives**
- Brendan's 5-day post-conviction motion hearing is synched and markered
- We have researched the relevant news reports for the Kratz's sexting scandal, including the raw audio of an AP reporter's interview with Kratz
- We have done three shoots with Steven's fiancé Sandy (1 sit down, 2 verité)
- We have done one shoot with Brendan's appellate attorney Laura Nirider of the Center on Wrongful Convictions and have discussed additional shooting at the Center with her and her colleagues in action
- We have done one post-verdict shoot with Pete

Confidential

NFXCOL0001906

- All of these shoots have been reviewed and markered
- We have lawyers in Wisconsin working on getting us in to shoot with Steven and Brendan
- We are looking into the procedure for getting access to the blood vial for testing.
- We are reworking the outline and planning shoots for the Winter and Spring

Confidential

NFXCOL0001907

**From:** Lisa Nishimura <███████████████████>
**Sent:** Saturday, June 21, 2014 7:12:49 PM
**To:** Laura Ricciardi <███████████████████>
**Cc:** ██████████████████ Moira Demos
███████████████████████████
**Subject:** Re: Spoke with Steven Avery

---

Wow incredible news!! We can't wait to hear how the phone call went last week. We're just back in town from a week on the road and look forward to scheduling a time to come see all of your progress! As always, thank you for sharing.

Best,
Lisa

Sent from my iPad

On Jun 21, 2014, at 6:58 PM, Laura Ricciardi <███████████████████> wrote:

> Dear Lisa & Adam,
>
> Good news, Steven was able to add us to his call list at the new facility. He called us this past week, and we spoke with him for a half hour.
>
> We plan to continue to the calls and record interviews by phone.
>
> Also, we spoke with Steven's former lawyer, Jerry, who had recently visited Steven. The three of us discussed the idea of re-testing the bloodstains found in Teresa's car. Jerry is researching the current state of the science involved and possible labs - including our Texas lead - that could perform the necessary tests. We'll keep you posted.
>
> In other news, we plan to move into our post facility next weekend and we'd like to find a time for you to visit.
>
> Best,
>
> Laura & Moira
>
> Synthesis Films LLC
> www.synthesisfilms.com
> ████████████████████████
> ████████████████

Confidential

NFXCOL0001930

| | |
|---|---|
| **From:** | Marjon Javadi ███████████████ |
| **Sent:** | Thursday, November 20, 2014 5:59:01 PM |
| **To:** | Lisa Dennis |
| | ████████████████████████████████████████ |
| **Cc:** | Lisa Nishimura ███████████████ Adam Del Deo ████████████ ;Zana Lawrence ███████████████ |
| **Subject:** | Making a Murderer Notes - Eps 1-4 |
| **Attachments:** | MakingaMurdererNotes_ep1-4.pdf |

Hi Team,
As promised, attached please find attached our feedback on the first four episodes. We look forward to discussing and getting the second editor on board as soon as possible.

Please let us know if you have any questions.

Thank you,
Lisa, Adam, & Marjon

Confidential                                                          **NFXCOL0001932**

**TO:** MAKING A MURDER CREATIVE
**FROM:** NETFLIX CREATIVE
**RE:** MAKING A MURDER NOTES - Episodes 1&2, 3, 4
**DATE:** November 20th, 2014

---

## MACRO NOTE:

Making A Murderer has all of the components to be an epic series with the potential to engage global viewers and to potentially affect public opinion over these two live cases. From day one we've been captivated with this unbelievable story and the incredible level of research, access, and information you have successfully amassed over the years. Currently the public appetite for crime based non-fiction has never been more primed. With the strong cult following of crime radio programs including "Serial" beginning to explode and our internal knowledge of an extremely high profile field/courtroom crime series set to debut in the marketplace in 2015, the opportunity and stakes have never been higher. Making A Murderer has all the elements to be the best of the lot, the story itself and surrounding footage is an absolute treasure trove.

The macro note is that the elements are all there, but the organization, structure and pacing of the parts needs to be re-examined and elevated entirely. The story begs for a more sophisticated editing style which will provide for an immersive and all-encompassing experience for the viewer including deft and unexpected foreshadowing of key elements, pitch perfect call-backs of evidence and breathtaking reveals.

We believe it's of the utmost importance to identify and employ the primary editing role at this time to address episodes 1 - 4 while you continue to shape episodes 5 - 8.

### Critical Editor Suggestions:
1. ROCK PAPER SCISSORS TEAM - Angus Wall (SOCIAL NETWORK, GIRL WITH THE DRAGON TATTOO) and/or Grant Surmi (Cut TABLOID for Errol)
2. James Haygood (THE LONE RANGER, SEVEN, UNSCRIPTED) - loves docs
3. Kevin Tent (GIRL INTERRUPTED) - very interested in docs.
4. Fernando Villiena (EVERY LITTLE STEP) - Strong and accomplished doc editor.
5. Paul Crowder (DOGTOWN, ZBOYS)
6. Brad Fuller (S.O.P) - Cut many Errol Morris docs. Solid and steady.
7. Andrew Hulme (THE IMPOSTER) - Accomplished editor.
8. Chris Figler (MAD MEN, BIG LOVE, UNSCRIPTED) - Loves docs.
9. **As requested, waiting on additional MOM editor suggestions from directors

**OPENING TITLE SEQUENCE/GRAPHICS/VFX:** Currently, we need a great opening title sequence to establish a strong visual identity for the series. As we have discussed and agreed, finding the right person and/or company to handle the work with the critical eye to

Confidential                                                                        NFXCOL0001933

create a heightened look to the overall series. Please provide resumes of those candidates who you'd like to consider. We'll do the same on our end to provide resumes as well of those we recommend.

**RHYTHM/BALANCE:** Currently, the cutting style in the episodes feel novice at best. Overall, from episode to episode and from scene to scene, many of the the sections feel out of balance as though they don't have a symbiotic relationship. In other words, there lacks an overall cohesiveness. Some sections seems overdeveloped, and others come across underdeveloped, and others simply go on too long. There needs to be an elevated approach to this terrific information - the effect should be heightened, intense, and entertaining. Further, should also drive and hold dramatic tension. Again, let's work to bringing a new expert editor to enhance the great work that has already been established.

**GRAPHIC LOWER THIRDS TEXT:** By using designed font or other VFX design, let's try to identify and mark all the various characters, specifically the sheriff's department staff so the audience can track all individuals throughout. In the last pass, often we would have to stop the take to make sure we were understanding who the characters were and if we had already seen them earlier in the series. Again, the use of cool ID/lower thirds text will help this tremendously.

**DRONE PHOTOGRAPHY:** The opportunity to use drone photography is exciting. It gives a new cinematic feel to the junkyard. However, currently it feels like its clustered on pods and used in an arbitrary way. In the next pass, let's discuss how to best strategize the drone footage for it's strongest impact. Let's explore utilizing them as a strong, strategic transitional devices.

**MUSIC**: Currently, it feels like sometimes the music works, sometimes it's off, and other times simply too slow of a pace. All in all, we do need to get a composer on board that understands a thriller atmospheric score.


<u>**EPISODE 1 & 2**</u>

<u>**GENERAL**</u>

**SET UP:** This first two episodes of the series plays as a compelling narrative with amazing twists and turns. The disconnect is the set up of the episode and where it ends - the beginning does not allude to what the chapter/episode will be exploring and feels muddled in the middle.

**CHARACTER(S) INTRODUCTION** - We want to understand how each person comes in and out of the story and their role, instead of it feeling like interviews are just inserted; let's make sure each "lead" character has a straight-forward introduction (perhaps a title card) and then

Confidential

NFXCOL0001934

consistently labeling them throughout the story. The consistency of the characters can be marked as transition points to help the audience keep everything straight. Sometimes who is involved with what feels confusing as the story progresses.

**INTRODUCTION**: The first five minutes gives us a peek into how this town has treated the Averys before the crimes. However, instead of having the first thing heard being everyone's impression of Steven, it may be more powerful to have Steven be the first voice the audience hears, for example when he is talking to Jodi in jail from episode 3 about how he is wrongly accused.

Let's also tighten up the beginning. In the next pass, let's try to make clear distinctions from section to section and create some transitional devices. An example is the section prior to meeting Sandra Morris for the first time. Once we meet Sandra Morris we should try using a transitional device to demarcate that we are moving into a new section of the story.

**EPISODE 1 AND 2 (currently in one episode)** - Further down in the notes we suggested times to potentially split the episode. It currently runs at 1:18:03. Where is the break for episode 1 into 2 in the first cut? Suggestions given in the specific notes below.

**CHAPTERS**: There are 4 key parts of this section that lead up to Teresa's murder: The police/community's dislike for Steve/Averys, the public exposure allegations, the Penny Beernsten rape allegations, and then Steve suing the county. When revisiting we should establish these chapters - at the moment, it feels like a long run-on sentence rather than beats of an arc.

**RUNNING TIME:** As discussed, let's revisit the running times for each episode (notably the pilot). Let's generally target 90 minutes for two (45min each).

**SPECIFIC**

2:33 - There's a weird sound jump here. Check this spot with sound.

5:23-6:42 - We should perhaps use a tape deck when we are hearing Steven Avery talk throughout the series. It should be a stylized tape deck something that is unique and interesting for this project. The first time we should use it is when Steven Avery is giving testimony about Sandy Morris. Specifically, when he says he is upset with her that she was spreading rumors about him.

8:30 - Do we have any great family pictures of the Avery's here? Let's make them look like a very happy family.

Confidential

NFXCOL0001935

11:05 - Are there any pictures of Sandy Morris and Susan Dvoreck together? This would establish them as very good friends.

12:00 - Perhaps show/cut an intense scene of Steven being arrested here.

12:47 - "Seven months after Steven's arrest" - This should be a transition card rather than subtitle.

16.28 - What are they showing as the background before introducing the image of Dean as Steve is on the phone - why not show Dean at the beginning?

19:10 - Do we have any shots of the town getting rabid about the trial? Newspapers, TV clips, or other witnesses separate of the defense attorney talking about the town? Better to see than just hear Reesa Evans.

19:35 - Who are the police? The lawyer says that the police told the sheriffs county that they have the wrong guy but it's not certain who the police are.

23:04 - Cut back to Steven when his dad says "I didn't do it!"

20:30 - We need to make a clear distinction between the Manitowoc police department and the sheriff's department. Is there a visual aid they can help us with this? Let's discuss.

23:25 - It should hit harder when Steven is convicted to 32 years in prison. That should really hit like a ton of bricks.

23:31 - We don't need this much of a set up to the prison. The images feel repetitive.

25:12 - "If I didn't I'd admit it right away" - maybe play this at the beginning of the pilot as we introduce Steve, giving the audience a voice to hear. Hearing/Seeing the accusatory is a strategic mechanism to draw an audience into the story of the character who may be wrongly accused.

29:30 - Can we see some of the excerpts described in the court of appeals? If we are showing some of the court of appeals statements, it might make them resonate more.

31:32 - Card re: Wisconsin Innocence Project - can we get more context what it is so the audience is aware of what they do?

32:33 - Gregory Allen "hit" should feel bigger, not subtle.

Confidential                                                                                          NFXCOL0001936

32:40 - Let's show the process, legally, of Steven Avery getting out of prison as opposed to just showing him walking out. Let's build up of this and instill a little delayed gratification in the release of Steven.

34:20 - Let's show more verite scenes of Steven when he gets home from prison - let this play out more.

34:33 - A transitional card going into Reesa's statement that the cops didn't apologize or acknowledge their mistake would make this feel smoother.

35:05 - Do we have anyone separate if Reesa that knew the Sheriffs' we're pissed that Steven got off?

36:29 - Good lead in to highlighting Denis Vogel. Any footage of shots or documents of Dennis Vogel trying Gregory Allen two years before the Penny Beernsten case? We need better visuals here when we are hearing Wogel had to have known it was Allen.

38:57 - Let's introduce the Avery Task Force on a stronger note to highlight what it does so it doesn't get lost in the lull of his accusations later on.

39:34 - Penny Beernsten statement is very strong. Let's hold a beat here.

40:00 - The photos of Steven and his family feel displaced. Also, the music tonally feels like it's off. Generally, it's an awkward and disjointed scene.

40:30 - Label WI State Rep Mark Gundrum.

41:30 - We need a graphics sequence here - let's explore and discuss.

44:43 - This could be perhaps a good place to technically end episode 1.

48:00 - This could be an alternative place to end episode 1: at the end of the deposition about Andrew Colborn's telephone call about Gregory Allen.

49:30 - How do we, the audience, know Colburn was contacted? Why does Colburn even mention it? Did it come up from the person who called him? This is confusing.

52:00-56:00 - The pacing feels slow. We get that the Manitowoc branch is under scrutiny. It shouldn't feel this long.

52:27 - The evaluation (Deposition October 26,2005) runs so slow. Is there a way we can set this up in a swifter manner? It lulls.

Confidential

NFXCOL0001937

55:00 - Seems very thin that Colburn not having specific knowledge of who called him would be the key to the case. Who called Colburn? No email? Not fax? Could they track the call? If you are Colburn, why even disclose?

56:30 - This could be a cut off point as well for Episode 1 into 2 - when Teresa Halbach is stated missing.

57:36 - When Teresa is speaking about whenever she dies - this feels like this is a solid intro into episode 2 or 3 / whatever the next cut would be. Let's discuss.

1:00:00 - is there any raw footage of Steven's reinterview that's on the news after Teresa Halbach was murdered? Very interesting that Steven invites the police into his house without hesitation. Would be great to see the raw footage around that if the new station still has it.

Music is weak over Teresa Halbach's mother. Let's revisit and strengthen it.

1:02:00 - The Halbach search feels like it could be more kinetic. Let's look to add energy into this section.

1:03:29 - Pam Sherm's call should have subtitles.

1:04:19 - "Do we have a body or anything yet?" - no "y" in the subtitle for anything.

Note: We see the police video inside of Avery's home, but we should have a card to preface that it was not warranted and out of nowhere.

1:09:25 - This was a good card regarding the Avery's not allowed to be on their property for 8 days.

1:09:40 - Better music over this scene.

1:12:25 - Transitional card to segue into the evidence found

1:15:40 - This cop is unnerving and this is a powerful scene. You hear in the cop's voice how accusatory and manipulative he is. The fact that he says "they know nothing about you (Steve)" is unveiling.

Confidential

NFXCOL0001938

# EPISODE 3

## GENERAL

**INTRODUCTION** - The segue from the first two episodes into the third flows, but let's explore reframing it and establishing more of a solid, concrete introduction into episode 3. Perhaps replay that clip about Teresa speaking about dying at the beginning of the episode? It sets an ominous tone that juxtaposes Steve's voice later on the phone with Jodi telling her he wants out and to move out of town.

**CHARACTERS** - Will we learn more about Brendan and Jodi's respective background in their relationship with Steve as the series progress? It would be great to know a bit more about their characters to understand why Jodi is undoubtedly loyal to Steve and why Brendan fell into this, perhaps, misleading state. Let's also explore inserting a formal title card when lead characters are introduced (i.e. Dean Strang) to highlight the importance they play in the series and the case.

**B FOOTAGE** - Certain set up images and anecdotes feel repetitive. Let's revisit so certain scenes and statements don't lull the pace. For example, having the series of relatives say he's innocent throughout the episode feels tiresome. The scene where the parents read the letters highlights the opposing viewpoints of what the town thinks vs what they believe. That is strong enough - we don't need to later see his mother and brother distressed about his incarceration.

**ENDING** - We like that it ends close to Brendan's statement "What if it's different" to his mother, regarding his version of the story vs. Steve's. This propels us to be curious about what will happen next in the state.

## SPECIFIC:

2:33 - Leading into the courtroom can be cut in half.

8:40 - Insert a transitional card before his parents' statement.

10:48 - The scene of his brother in the bar can be cut out. We get it, the family believes he's innocent.

15:03 - Transitional card needed.

16:16 - Steven on the phone with Glenn - are there different images we can use leading up to Dean Strang entering the building?

Confidential

NFXCOL0001939

19:53 - "I hope the truth comes out on this so we can find out who did it." Hold a beat after this statement is said. It's powerful and supports his innocence and sympathy for Teresa's death.

21:23 - Is there anything we can use/show to clarify whether or not the cops had a warrant to search his property and allude to the fact that they may have planted something when they were there without permission?

26:19 - Cut straight to the courtroom (27:13) instead of watching everyone pile into hear Brendan's verdict.

32:53 - Transition Card / Insert the card that is at 33:17 here before Jodi is picked up from jail.

44:26 - Reesa Evans' statement should transition into the cops interrogating Jodi and Brendan. Don't need Yvonne's statement. Begin again at 45:53 with Jodi's statement and then the interview conducted by Detective Mark Weigert. Too many of these statements that are saying something similar (aka Steve is innocent) slows down the pace and we want to let this scene with the cop and Brendan play out.

53:59 - This is a key moment in this episode and the case when Brendan says "because I didn't think of it" after the cop points out he didn't mention Teresa was shot in the head. Let this sit a beat.

57:10 - When Brendan says: "what happens if his story is different…they got into my head" - this is a moment to hang onto to further suggest the story is unclear from all parties involved against Steve Avery. Hold this beat to let it sink in.


## EPISODE 4

### GENERAL

**INTERROGATION:** Brendan's interrogation during this episode serves as na intricate piece to the truth of the accusation of both him and Steven. We see from both Tom and Mark their manipulative ways to spin Brendan's reaction into something that is more positive on their end (ie. Steven being guilty) vs what the reality may be. Especially at 30:56 where they use his relationship with his mother to manipulate him telling a potential falsehood. These interviews and his conversation with his mother need to be intercut more effectively.

**PACE & TIGHTENING:** Again, a new editor can help push forward the pace and intercut Brendan's interrogation in a more thrilling and dramatic manner: to include his appeal for a new lawyer, and the conversations with his mother - once claiming he's guilty, once not. Also the blood being found and the needle add incredible elements to this case. There is so much

Confidential                                                                                 NFXCOL0001940

good content in this episode that pushes the story forward, we need to feel that forward movement more.

**TONE & TENSION:** Needs to feel more intense and atmospheric. In other words, we need to hold more tension since, currently, it feels flat and lags in spots as we go through Brendan's interviews and discourse.

<u>**SPECIFIC**</u>

22:31 - This is a turning point here - Brendan not putting Teresa in the statement.

25:16 - The interrogation scene with Brendan and Mike O'Kelley could've moved much faster. Understandably you have to hold beats at times, but it felt too flat and elongated.

33:32 - After this conversation with Brendan and his mom, let's hold a beat and include a title card to the next chapter.

43:59 - Date and title card here before Barb speaks to Brendan.

46:14 -  This dialogue between Brendan and his mom (Barb) highlights Brendan's vulnerability and how easily manipulated he can be. This is great to have.

47:09 - Before we go into the explanation of Brendan's letter being submitted, can we have a card prefacing what we're about to dive into?

54:12 - Loren's statement is effective, but feels out of place: "That perfect murder story." Is there another place in this episode we can insert her interview of why the Steven Avery case is compelling?

1:04:40 - This section about the blood in the car (with none of Avery's fingerprints in the car) should be earlier in the episode. We want to rapidly build up to this moment because we become hooked then Steven Avery may have been framed.

1:15:45 - Let's hold a beat on the image of the needle hole in the test tube. This is the major turning point.

Confidential                                                                                                                                    NFXCOL0001941

| **From:** | Lisa Nishimura < ████████ |
| **Sent:** | Friday, February 27, 2015 11:35:13 AM |
| **To:** | Moira Demos ████████████████ Laura Ricciardi ██████████████████ Lisa Dennis < ████████████ |
| **Cc:** | Adam Del Deo ████████████ Marjon Javadi < ████████████ |
| **Subject:** | MAM: Notes v2. Pilot Episodes 1-2 |
| **Attachments:** | Notes_Pilot_v2.pdf |

Hello Moira, Laura & Lisa,
Hope this finds you all very well! Attached please find our notes for
discussion on v2. Pilot episodes 1-2. Looking forward to connecting this
afternoon and digging in.

Best,
Lisa

Confidential

**GENERAL:**

The cut continues to show strong progress. The introduction of key & additional characters earlier in the episode create a level of investment and intrigue for the viewer that is quite effective. Further you've done a great job establishing the city and county areas surrounding Manitowoc, and the socio/demo dividing lines which become a character unto themselves. Stronger set up of Steven, particularly childhood photos and the way you establish his IQ level is extremely helpful in informing how he might uniquely process everything he is about to encounter. Also the addition of the interview with the woman who was assaulted by Gregory Allen while Steven Avery was wrongfully behind bars is extremely powerful in expressing that the mis-policing affected far more than just Steven.

As previously discussed, these notes are provided based upon what we have seen to date. We believe that we all understand that the timing & pacing of information reveals in any given episode may shift depending upon outer episodes, that said let's dive into this latest cut of the pilot episode.

**SET-UP:** This new cold open is working more effectively to show Steven coming home after his first exoneration. In addition, we better understand Sandy Morris' role more in the initial "alleged danger" of Steven Avery. Great job ending on 1:38 with "Be careful, Manitowoc County is not done with you."- it sets the tone well.

**OPENING TITLE SEQUENCE:** The goal would be for this opening title sequence to be unique and iconic. We like the direction, but would like to explore further.

**TRIAL OF PENNY BEERNSTEN:** We need to get through the trial of Penny Beernsten faster. The beats can't lag. It needs to move in a swifter manner where the audience is getting fact after fact.

**MACRO/END:** For discussion once the outer episodes are more established, do we currently give 'just enough' information about the possibility of how Steven's blood may have arrived in Teresa Halbach's Rav to compel you to the next episode? or should we tip a hat a little more to the idea of the tampered blood vial. Currently, the main reference is Steven's vehement interrogation tape saying that tons of his blood was taken during his incarceration. Similar note for the discovery of the key. Let's note to discuss once 3-5 are more solidified.

**PILOT TIMESPAN:**

We'd like to have an open discussion about the best way to introduce this series to viewers. Over the past year, we have all grown very accustomed to the notion of the combined episodes 1 -2 pilot, however given the level of complexity - from sheer number of characters, to the 2-decade+ span of time, and the extreme detail of evidence that is being presented to a first time viewer, we'd like to discuss strategically whether the narrative is best expressed as two separate episodes. There are moments when the density of detail feels rushed, and perhaps the breathing room afforded by two full and separate episodes may better support this level of ambitious storytelling. Again, we have the great benefit of our distribution platform where all episodes will be made available simultaneously,

Confidential

NFXCOL0001943

therefore the traditional notion of an extended network/linear pilot is not required in the same way.

Part of us feels if we're going to treat this as a true crime procedural and get into the nitty gritty details of the court scenes, which for true fans will have some appeal, we should split the pilot into 2 proper episodes and allow the nuance and details of some key testimonies to show the extreme bias and frankly in some cases - pretty damning testimony coming out of some key law enforcement. If we feel its smarter to keep the 2-ep extended pilot, then we think we need to push for more editing and pacing at the cost of losing some testimony nuance. Let's discuss what's in the best interest of the story.

If we ultimately feel the combined 1-2 pilot is the better route, we should be more selective about which court scenes are necessary and how much of these scenes need to be played out to have the impact the audience needs - it's incredible footage to have for such a story, but allowing them to run in an extended way can, at times, hinders the audience's ability to digest the facts and react. In other words, we would want to examine a further edit to the scenes while retaining the vital information and dramatic impact.

**MUSIC:** Confirming that overall the music is still temp. The score will have an incredibly powerful effect throughout every element of this series, so let's make sure to be highly aligned on the vision overall.

**SPECIFIC:**

3:53 - Can you ground the viewer on where within the trial Judge Fred Hazelwood ia speaking at this point? It's floating a bit temporally. Also, can we make a stronger connection to his association to Steven's run-ins with the law from the outset. We see at 1:00:06 his name pop up on Gregory Allen's file again - let's find a way to provide more of a specific indicator with respect to his involvement is with the characters.

5:00 - Ident modern day Sandy Morris as she looks so different now.

11:20 - Review for repeated photograph usage, this photo is used multiple times as noted below

12:25 - Review for repeated photo usage.

14:28 - Great job setting up his family and transitioning to what's next.

14:51 - Not necessary to say "Penny was the fitness instructor at the YMCA here in Manitowoc," The line feels shoehorned. Further, this is mentioned later in the cut that Penny works at YMCA. (is this specifically to justify why she is jogging on the beach?)

16:29 - More context on Walter Kelly? Was he involved with the trial or investigation around Penny Beernsten? Why did we choose him to be an appointed interview? Perhaps we can apply an extended descriptive note on these characters and their connection to the situation they're describing.

Confidential

NFXCOL0001944

22:00 - Who is the male v/o in this section - is it an actual radio news reporter? Ident.

22:08 - Third time we're seeing the same photo used.

25:13 - Let's specify that he's the attorney for this case at the time.

25:32 - This excerpt on Gregory Allen - can we play this out a bit more?

22:42 - Consider pulling the shot of Steven's dad in the golf cart during this transitional sequence. He looks so much like Steven at certain points of his life, that it's a bit confusing particularly as it follows his sister saying, "it was so out of his character but people wanted to believe he did it b/c he was an Avery".

27:00 - Assuming that we'll be working to refine the graphic treatments of timelines.

27:45 - 4th time we see the same photo.

30:00 - Who brought Penny Beernsten roses in the courtroom before the verdict is rendered?

40:00 - Review music bed under the new DNA evidence and battery of evidence to make it even more extreme when he is denied his appeal by Judge Hazelwood.

43:00 - Just a note that for some of the Steven phone call recordings - they currently pan 100% to the left. (We're sure this will be adjusted in final sound mix, just an FYI).

46:54 - Can we have more context on the Wisconsin Innocence Project - even if it's a quick flashcard?

47:40 - Cold DNA hit; key point of elevated music / dramatic pause.

50:40 - typo - Michael Griesbach (MI)

52:23 - This is a key moment to highlight regarding discovering Gregory Allen's history and how it may have been overlooked. The underscore music helps heighten this moment. Can we get to this part quicker?

1:00:40 - Here too where we see fact after fact about all the preceding clues that would've pointed to Gregory Allen to be, at the very least, put on trial instead of Avery - we need this to move faster and for the audience to be feel shocked by what has just been revealed rather than listening and processing. The revelation and how appalling the ignorance is should have a harder hit - and this can be achieved by a quicker pace and this point expressed sooner rather than later. We're now an hour into the pilot and still haven't wrapped up the first misled conviction.

1:06:54 - Better transition into Steven Avery walking into court with his fiance. It's a monumental moment for him and for what his identity stood for pre-Teresa Halbach, post-Beernsten release. Let's set it up a bit more - perhaps a card before.

Confidential

NFXCOL0001945

1:09: 33 - 1:20:58 - The chapter of Steven's filing a complaint and bringing the officers (Kocourek, Vogel featuring Rohrer, Colburn, Petersen, Kusche and Dvorak) to court highlighting how they essentially ignored evidence that suggested Gregory Allen was guilty over Avery as well as almost curating Steven's conviction runs way too long. It holds important facts but could be a quick 2-3 minute scene ending with the Steven's lawyer summarizing all of this up by saying, "They made the case against Steve Avery themselves." (which he says at 1:20:58). We don't need 10 minutes of courtroom dialogue - instead, let's find a way to showcase each person, prime dialogue stated, and move forward to the next. At it's current length, we lose sight of the "why" of this scene. 1:35:33-1:36:00 provides a solid timeline of all those deposed - let's use this sooner.

1:26:00 - Timeline for Andrew Colborn phone call re: Gregory Allen - update graphic.

1:26:45 - Odd swell of music under Griesbach's testimony on Colborn.

1:32:10 - Music doesn't feel quite right.

1:33:45-:1:33:48 - The junkyard scenes intercut here feel out of place.

1:30 - 1:34 - Key courtroom case where we're hitting a peak moment for Steven where all the evidence is lining up in his favor to support a big civil suit, and even Glynn describes it as a high - let's really work with the pacing of edit (and music) to make this an extreme high, and then huge visceral transition with the introduction of Halbach. Can we replace the static low-res images of Vogel and Kocourek with moving images of them that freeze for effect?

1:34:22 - Hold a beat here before transitioning into the tape of Teresa leaving a voicemail on Avery's machine. This is the next chapter of Steven's story. We should discuss the best way to transition from winning his complaint to what's about to happen next.

1:35:20 - This particular scene where Teresa Halbach talks about dying before 30 is perhaps one of the eeriest. Is it more effective to have it placed here before transitioning into the search for her, or at the end of the episode to leave it with a bit more of an eerier effect?

1:35:30 - Update timeline graphic.

1:45:45 - Who is in that quick shot with Kent Kratz right after he says he's there to abolish any concern for conflict of interest?

1:47:12 - The cop saying "We should take all of those shoes in case we have any unsolved burglaries with foot impressions" will leave an audience speechless as well as set up the audience being skeptical over whether Avery is guilty in a new scenario. Who is this female officer?

1:48 - Review the music here for more impact. Provide viewer with some context of connection with Mishicot and Calumet County in relation to Manitowoc.

Confidential

NFXCOL0001946

1:54:00 - Odd hold on young male journalist during press conference.

Confidential

NFXCOL0001947

| | |
|---|---|
| **From:** | Marjon Javadi < ██████████████████ > |
| **Sent:** | Monday, March 9, 2015 10:52:52 AM |
| **To:** | ████████████████████████████; Mary Manhardt < ███████ Lisa Dennis ██████████ > |
| **Cc:** | Lisa Nishimura ██████████████████; Adam Del Deo ████████████ |
| **Subject:** | Making a Murderer Notes Ep 6 v1 |
| **Attachments:** | MaMNotes_Ep6v1.pdf |

Dear Team,
Attached please find our notes for Episode 6. Looking forward to discussing later today.
Thank you!
Lisa, Adam, Marjon
Marjon Javadi

Originals, Documentary and Comedy

████████████████████████

████████████████████████

[image: AgdHAae.png]

Confidential                                                                  **NFXCOL0001948**

**MAKING A MURDERER**
Ep 6 v1 / 3.9.15

**GENERAL:**

**Length:** This episode is an hour and 30 min. While the court scenes are captivating we need to ensure that we're providing the essential evidence, of which there is a bounty! Let's trim where we can to ensure continued engagement and keep the pace and transition in a way that we don't lose folks in unnecessary detail unless it will play into key evidence in later episodes.

We're in a lot of detail until at around minute 39, we speak to the fact that they're at day 18 of testimony & provide a summary of facts to date via the defense attorneys. This is a welcome organizing moment to help the viewer ground all of the testimony, but let's make sure that viewers get there and are not lost before.

As an example, Dr. Leslie Eisenberg: Forensic Anthropologist, her testimony in particular is important and thoughtful, but comparatively very boring and lulling. Can we cut directly to her admitting that she can't reasonably support that there might be more than 1 burn site? When combined by the later testimony of Dr. Scott Fairgrieve: Author of "Forensic Cremation Recovery & Analysis saying that he actually finds the evidence to be more supportive of the theory that the body was burned elsewhere and brought over is powerful. We need to really build and hold this moment.

**Pete:** An overall note as he appears across multiple episodes. Can we do something to help further substantiate who he is and why his POV is valid? He does such a good job of providing context and articulating just how out of normal protocol and extraordinary the investigation has been to date. Let's make sure he is substantiated and believable based upon his past history.

**Opening Credit Sequence:** Let's discuss today next steps for the graphics treatment.

**Beginning**: Instead of just the date, can we provide another line of context of who and what we're about to see? It's important that these cards reset the scene for the viewer, especially to remain consistent from where the viewer left off in the previous episode. Also to relabel the characters at the beginning.

**Avery's Parents:** It's heartbreaking and effective to have this up close look at parents watching their innocent son in this situation. However, it feels that we're leaning in on Avery's parents too much overall. For example, we don't need the scene of Steven's dad talking about how much blood a deer holds. Please revisit overall.

Confidential

NFXCOL0001949

**AMOUNT OF QUARTS OF BLOOD:** During the testimonies, there seems to be a different number. Please review just to be sure.


**SPECIFIC:**

7:33 - Relabel Steven's lawyers here. Again, to have them relabeled at their first appearance at the beginning of each episode will be helpful for the audience, even if some of these characters are consistent in each.

17:40 - 17:55 - Can we label these exhibits? Where/what? Even if there's someone describing at certain parts, it'll be helpful to both see and hear.

45:00 aprx - in this area, the testimony of Linda Eisenberg starts to really drag. The defense attorney, Strang, drags in his line of questioning as well, specifically, in his summary of events at approximately 47 minutes. We know this is an important narrative, however is there perhaps a way to make this just as impactful, but also more concise.

52:19- 55:00 - Feels like this section is lagging a bit overall. Can see if maybe speeding up Dr. Scott Fairgrieve testimony will help? It's important information but, again like Eisenberg, could if possible, use some tightening.

1:06 - Brendan Dassey's testimony section feels long - if possible, perhaps an area to tighten. Please revisit.

1:09:00 - Love the character of the woman bus driver, Buchner. She gives impactful testimony and comes across very credible.

1:12:03- The transition into FBI witness, Lebeau, feels very low energy. Can we explore ways to transition stronger into this FBI witness, maybe in a kinetic way? Since this is another significant witness, if we can transition into him in a stronger, more interesting way it should set him up better (especially for his statement at 1:15:35).

1:17:00- BIG QUESTION: Why would the FBI have a specific interest in covering up for and possibly aiding and abetting with Manitowoc County? Seems like we would maybe need to know that Manitowoc had some deep history with Lebeau/other FBI officials for them to testify in the case in such a subject manner. We are not saying we shouldn't do this arc, it just feels unlikely. This was something we bumped on. Let's discuss.

Confidential                                                                 NFXCOL0001950

| | |
|---|---|
| **From:** | Laura Ricciardi ████████████████ |
| **Sent:** | Monday, March 16, 2015 9:55:37 AM |
| **To:** | Marjon Javadi ████████████████; Mary Manhardt ████████████████ |
| **Cc:** | Moira Demos ████████████████;Lisa Dennis ████████████████ ████████████ Lisa Nishimura ████████████████;Adam Del Deo ████████████████;Zana Lawrence ████████████████ |
| **Subject:** | Fwd: Making a Murderer - Ep 3v2 |
| **Attachments:** | MakingaMurderer-Ep3v2.pdf;[Untitled Attachment] |

Thanks, Marjon.

Looping in Mary.

Sent from my iPhone

Begin forwarded message:

> **From:** Marjon Javadi ████████████████
> **Date:** March 16, 2015 at 9:27:39 AM PDT
> **To:** ████████████████████████████████ Lisa Dennis ████████████████████████████
> **Cc:** Lisa Nishimura ████████████████ Adam Del Deo ████████████████ Zana Lawrence ████████████████
> **Subject: Making a Murderer - Ep 3v2**
>
> Hi Team,
>
> In anticipation to today's call, please find attached our notes for episode 3, version 2.
>
> Looking forward to discussing.
>
> Best,
> Lisa, Adam & Marjon
>
> Marjon Javadi
> Originals, Documentary and Comedy
> ████████████████████████████
>
> ✉ Ag
>    dH

Confidential                                                                     NFXCOL0001951

**3/16/15**
**Making a Murderer - Episode 3 v2**

As previously discussed, these notes are provided based upon what we have seen to date. We believe that we all understand that the timing and pacing of information reveals in any given episode may shift depending upon outer episodes.

**GENERAL:**

The cut for Episode 3 continues to show progress, however due to some pacing concerns, this episode feels long and can lose the attention of the viewer at several points. There are some incredibly vital themes, evidence and characters introduced in this episode, therefore we would recommend on the next pass that a strong focus be placed on tightening the pacing and re-calibration of emphasis at key moments for the viewer.

One macro element which may be leading to the slower pace and potential for viewer disengagement is the very abundant use of exterior shots during transitions. While these shots are beautiful and are very helpful in providing a sense of the season, and the economic disparity of the county, we would recommend reviewing their frequency. In particular, the Avery Salvage Yard exterior shots are shown repeatedly during nearly all of the telephone call v/o's from Steven in prison. We would ask that you take another pass and work to provide more visual variety during these calls in a way which may even further support the subject matter of those calls. As an example, there is a great opportunity during the first call between Steven and Barb Yanda after news breaks of Brendan's arrest (~ 39:00) where instead of shots of just the salvage yard, photos of Brendan as a child growing up, or sweet photos of Brendan and Steven and the family all together would further reinforce the sense of injustice and calamity. This phone call starts as hostile as one can imagine and somehow ends warmly, with Steven saying, "I love you" to his sister. Let's try to visually support this arc. Another opportunity for this is at ~19:00 when Steven is on the phone with his mother and it's clear that he's near the breaking point. He talks about giving up in 2 weeks, and it feels very ominous. His mother turns it around by reminding him that he's innocent and says she'll poke him in the nose through the phone, and now she's hurt her finger. They both laugh at this impossible time and there's clear sweetness and it sounds almost as though Dolores is speaking with a young child versus her adult son who is again behind bars. Can we get creative with something other than exterior shots? *One question – was there ever any home video footage of the Avery family, or did they only take still photos?*

**SET-UP:** Allan's line in the cold open, "We went through this 20 years ago and we're going through it now again" before the title sequence is very powerful. That said the very opening scene in the interrogation room with Steven is a little more confusing. Some of it may improve with a better audio mix, but I believe there is also a second investigator off camera in the room speaking/asking questions – so it's difficult to track the conversation and feel the full impact of Steven claiming his innocence.

**PRELIMINARY TRIAL:** Lots of new characters being presented with the State presenting witness after witness. You've made the decision not to identify characters, but rather create a montage of mounting evidence. It feels quite ominous, but then Walt Kelly's characterization of the evidence as

Confidential

NFXCOL0001952

'thin' helps re-calibrate. I would hold a beat on his comment that it will cost a tremendous amount of money to mount the kind of defense that Steven will need. Strong foreshadow to Steven later settling with the Manitowoc police dept for a fraction of his civil lawsuit ($240k vs $36M) to cover these costs.

**Making the BIG REVEALS Count:** The big reveal in this episode is Brendan Dassey. The key elements feel like: 1) timing of how the police turn their attention from Jodi to Brendan 3 days after she puts in a formal request to no longer meet with the detectives who are attempting to turn her against Steven. 2) Brendan's incredibly suggestive video taped confession, 3) the fact that this is the 2nd time the police have interviewed Brendan, after a very benign interview four months before, 4) the fact that as a minor he is never provided with an attorney nor permitted to have an adult present during the interview, and 5) Dean Strange's pitch perfect articulation that to turn Brendan from a key defense witness and key alibi for Steven into a prosecution witness is a "two-fer".

These are massive moments that currently feel a bit too buried in the back of the episode, and rushed at the end. This may be resolved when the upfront pacing issues are addressed, but we want to make sure the audience gets to these incredibly riveting reveals.

**MUSIC:** The score will play a key role in foreshadowing, and helping to drive emphasis on key information and characters as they emerge.

**PUBLIC OPINION VIA THE PRESS:** We understand the importance of expressing how much of Steven's case felt tried in the court of public opinion via the press (e.g., through the way Steven was dressed "like he jumped off a Monopoly board" in court,) however we'd like to see if on the next pass we can trim up some of those pieces. E.g. – the scene in in the townie tavern with Chuck playing pool. It's important to understand the divide and that there are folks who side with Steven and the notion of a police frame-up at this point, but this scene is an example of where we seem to run long.

**NARRATIVE TWIST:** Would like to discuss the creative choice of the narrative twist of "what would have happened if Steven wasn't wrongfully imprisoned for 18 years?". POV from: Reesa, Robert Hermann (under sheriff), Rep Marc Gundrum. . . is this to plant questions in the viewer? Similar question on the juxtaposition of Chuck Avery's character who is unwavering and willing to put up property etc., and then has a narrative v/o while working in the garage of whether Steven might have been a changed man after 18 years in prison and may have killed Teresa Halbach.

**ENDING:** Strong ending with Barb saying that if Brendan testifies against Steven he'll get 20 years + parole, and if he doesn't he'll get life without parole. Please see our note below.

**SPECIFIC:**

14:10 - 15:52 - Not sure if we need to see three different individuals at a bar all discussing they think it's Manitowoc county - it feels too long, maybe there is a way to cut it in a snappier fashion.

Confidential

NFXCOL0001953

17:12 - 19:19 - The phone call sequence drags too long. Maybe we need even more cutaways here in order to visually **pick up the pace. Let's discuss.**

24:00 - When we cut to Steven's brother and mother, let's perhaps use a timestamp. It would be helpful to know how long Steven has been in there.

26:26 - This was a bumpy transition into Dean Strang and Jerry Buting. Rather than cutting to them investigating right out of the gate, perhaps a smoother way can be applied into introducing them.

31:45 - Stylistically, the shot of the police car lights and music has a strong, cinematic feel. Can we use more of this style and type of music, through the series?

44:30 - Jodi getting into the prison takes a long time - trim this section.

55:20 - The transition feels slow after the line "I'd be suing." Music was slow as well as the long cut images (fields and sheriffs office) feel slow. Let's cut quicker through this section.

59:11 - Dr. Larry White - "Professor of Psychology and Legal Studies" - where does he work, do know how credible he is? Does it make sense if we **get a stronger voice instead like Alan Dershowitz?**

Last 10 minutes - It feels like Brendan's testimony needs to be more dramatic and hit even harder than it already does. Maybe the score can help give the narrative an incremental lift. Also, since it's mentioned by Jerome Buting that Brenden describes the rape and blood, very curious to see the footage of that since it's suggested.

Confidential

NFXCOL0001954

**From:** Marjon Javadi - ███████████████████

**Sent:** Friday, April 17, 2015 11:30:02 AM

**To:** ██████████████████████████████████Mary Manhardt ███████████;Lisa Dennis █████████████

**Cc:** Lisa Nishimura ████████████████;Adam Del Deo ███████████████Zana Lawrence - █████████████████

**Subject:** MaM Notes 107 v1

**Attachments:** MaM107v1Notes .pdf

Hi Team,

Attached are our notes for episode 7 version 1 - per our conversation last week, we look forward to reviewing the first pass at episode 8 to see how both play out together.

Looking forward to our call today.

Thank you -
Lisa, Adam, Marjon
Marjon Javadi

Originals, Documentary and Comedy

████████████████████████████

████████████████████████████████████

[image: AgdHAae.png]

Confidential

NFXCOL0001958

**GENERAL**

You cover a tremendous amount of ground in Episode 7! As discussed on our call, we would like to review your first pass of Episode 8 to see if there is a way to allow a bit more breathing room for each of the distinct storylines (i.e. Steven's narrative and Brendan's narrative) across these last two episodes. Both of their trials and convictions feel like they deserve a little bit more of their own moments of true disbelief and shock to fully capture the gravity of each individual case. We believe there may be an interesting structural opportunity to intercut the two cases, playing with timing of the reveals to increase anticipation and engagement, all while staying true to the facts of the case. It could be a highly creative and effective form of storytelling and a compelling way to wrap the end of the series.

PACING: We know this is the first cut; lengthy trial material is always tricky to determine what must be included and what can be left out. However, one of two things should be considered. A. Either cut the total running time down which would involve a lot of trimming of both the prosecuting and defense attorneys (also, better use of intercutting the opposing sides of the table) B. cut the episode into two. First being Steven's Episode, and the next being Brandon's - If this were considered, to be clear there wouldn't be additional monies since conceptually the idea would be to divide them with minor impact.

MUSIC: In this version, it's underutilized. As this episode has a large opportunity to shape overall impact of the episode, look to punctuate musically in a more strategic manner.

AVERY TRIAL: Currently, with the closing statements being presented straight through at the top of the episode, it is not playing as immediately engaging or riveting as the previous episodes. We don't feel as emotionally connected, and the first real visceral connection to Steven is at minute 31:30 when his guilty verdict is read.

DASSEY TRIAL: This section is way too long and faces pacing issues. We know we need to get to points such as Fassbender manipulating Brendan, and hearing the voice recordings that clearly show he's being bullied. We should get through this in a much quicker manner so we don't lose the audiences attention. While all details are important, let's brainstorm a more efficient way to lay out this trial. For instance, at 1:21:00, we get to Brendan's confession and honest raw appeal that he didn't see anything - these moments are captivating and we need to feel a quicker anticipation so the audience can digest. The hour's pacing set up needs a refreshed approach.

BRENDAN'S STORY LINE/FAMILY : Per our discussion, let's find a better way to balance out both Steven's verdict and Brendan's verdict - Brendan's storyline and the information is all very powerful, especially his direct family element, but gets lost in all the information being thrown at the audience. Let's explore both the family ties as well as their resulting verdicts.

Confidential

NFXCOL0001959

SPECIFIC:

11:50 - Dean Strang's statement here about Steven Avery being given reasonable doubt should hit harder.

12:28 - 18:07 - Steven's trial drags. Is there a way we can clip bits and pieces together?

27:38- 28:4 - Whose camera is this on Steven so intimately, interviewing him about how he feels about the length of the trial? Is Jerry interviewing him? Can we please clarify?

28:50 - Maybe we can add a music/momentum shift here since the decision is coming in - is there away to better build anticipation? Feels flat given the enormity of the moment.

29:00 - Strange image of man on phone in hallway with v/o of "20 hours of deliberation, the jury has a verdict." Perhaps switch this out.

31:58 - Guilty of murder. Non guilty of mutilating the corpse. Guilty of a possession of a firearm - when these verdicts are stated you see how Steve is genuinely distraught.

However, can the reading of the counts be more impactful. This is such a large moment and doesn't carry the emotionality weight it should. This the the moment of "Making a Murderer."

36:20 - Richard Mahler - excused Avery Juror: feels like there's much more that can be done with him. He makes a brief appearance later in the episode, but is there more to flesh out?

55:00 - The jury does not see the last 1 hour and 38 minutes of the recording. This last section of the tape includes when Brendan is informed that he is being arrested and when he talks to his mother.

Do our viewers ever learn why did the defense agrees to this? Does Barb Yonda ever get the opportunity to refute the testimony of the detective and tell the jurors that she tried to be present for Brendan's interrogation and was denied?

58:37 - It might be effective to intercut Brendan's confession with Ray Edelstein and Det. Mark Wiegert - seems like a great opportunity to elevate the piece with some creative editing.

1:00:23 - "We love the police" statement by Halbach's brother is a bit haunting. Are there more images we can of his family during this statement?

1:05:21 - Kayla's trial is one of the most powerful scenes. Great job.

1:09:32 - Brendan's trial begins. Can we get here faster?

Confidential

1:17:44 - Brendan's statement here "I never saw her there," is a turning point - realizing there is a potential that it was all made up or manipulated by the police. How can we elevate this a bit more?

1:33 - Brendan walking on shackles should have music.

1:36 - Brendan's verdict is anti-climatic and not as emotional as it should be considering the investment into the series he audience has made.

1:36:32 - What is it here that Brendan's mom says when she gets out of the car before she leaves? Can we place subtitles?

1:36:56 - This is helpful. Let's also apply a summary card at 31:58 after Steven's verdict was decided.

1:44:00 - When Judge Willis states to Steven, "Society would never be safe from your crimes." - it's infuriating. Steven was innocent from his last eviction. Judge Willis is on the side of society - he's biased. How can we bring this out more?

That said, The fact that the judge doesn't mention Steven was wrongly convicted, is awful. Can we foreshadow the judge is biased, good or bad - maybe something more to be had with this? Again, that judge feel very biased - it's surprising and sad.

Confidential

NFXCOL0001961

**GENERAL**

COLD OPEN: Let's label whose home this is as we start showing the opening images. Is it Steven's home? Let's discuss other ways can we set up the episode before going into the credits.

SANDY GREENMAN: This is the first time we see Sandy Greenman. Although context is given to her relationship with Steven, we don't have closure with Jodi who was in the first few episodes. What happened to that relationship? Is there a statement we have of Jodi explaining the break up - even further, whether she believes he's still innocent? (we believe you're addressing in episode 4, but let's discuss). Also, the fact that Sandy hasn't had physical contact with Steven (until he is moved to Waupun Correctional Institution) is a shocking fact given that they're engaged. Let's discuss her introduction to the series and her significance in his life (along with her relationship with his family), and also calibrate how much screen time we want to allocate to her narrative specifically. Currently, she is a substantial part of the episode and we believe we may be able to pull back her overall narrative a bit while still having her role be incredibly impactful.

PACING: As discussed before with previous episodes, pacing is an issue. There's new information being squeezed into this final episode (Sandy, Brendan's case with the Innocence Project, etc). Let's figure out a way to create proper chapters so the storylines are interwoven as well as explore shortening certain court scenes and b-roll so information doesn't drag. In other words, many of the sequences feel long with run-on narratives. As a result the cadence of episode 8 feels inconsistent with episodes 1-7.

Episode 8 presents a meaningful challenge to deftly navigate a large expanse of time, as well as working to weave back and forth between Steven and Brendan's storylines. Given the sheer volume of information, as well as the climax of the verdicts and sentencing of both Brendan and Steven across episodes 7 & 8, let's explore how best to present those key pieces of information across these final 2 episodes. As an example, do we reveal the verdict for either Steven or Brendan in episode 7 and then the other in episode 8 along with sentencing for both?

NORTHWESTERN CLASS/STUDENTS: Please strongly consider removing the this entirely. While interesting, the students pov doesn't add authenticity to Brendan's innocence and tonally it feels like it belongs in a different film. Treating it as a classroom case study feels too basic and inconclusive. Brendan's defense attorneys are amazing and incredibly articulate - particularly Laura, Steven, Robert are powerful and remarkably effective at communicating the level of injustice that has taken place throughout the course of Brendan's case. Let them shine through this section - they bring great clarity and are very satisfying to watch. In parts the students pov dilutes the clarity presented by their instructors.

Confidential

NFXCOL0001963

JUDGE ELLIS: Let's discuss how we can elevate his character at the beginning of the episode. We left off episode 7 seeing how biased he was against Steve - and it comes up again (at 45:00). He essentially is a key figure in preventing Steven's innocence to be explored.

ENDING: Currently, given the investment the audience has made in the 8 episodes, the ending feels anti-climactic. Perhaps there's new promising up-to-date information we can add that presents more of a light at the end of the tunnel, some hope, for Brendan and Steven, or work to amplify the positive turns (new defense team for both Brendan and Steven, Steven successfully moving to Waupun and educating himself and driving his own case effectively enough to earn a court appointed attorney). Further, stylistically how can we generate more anger and urgency. Using Steve's V.O. works very effectively throughout, can we build a bigger narrative around his own words for the ending? Also, it would be helpful to explain Tom Acquino's status on the case given how new he is to Steven's defense.

Also, we think doing a round up (eg., where are they now) of Kratz and all the investigators involved would be interesting. Our audience needs to be left not only feeling extremely upset and saddened for Steven and Brenden, but also incredibly angry.

To close, remember, we're looking for people to feel terrified and enraged; to feel as though it's their responsibility & need to discuss this case, to raise it in the social consciousness and to drive awareness and potentially a new legal look in the same way society did for The West Memphis Three. Leave the audience feeling angry!

**SPECIFIC**

6:09: This is the first time we see Sandy, as Steven's fiance no less. What happened to his other girlfriend? Why did she start visiting him? What was the initial connection?

8:45 - Is there a better transition we can use here between Sandy's interview and Richard Mahler's interview (rather than the dock?) Is there a picture at all of Sandy and Steve we can insert? (not sure that exists)

13:29 - Do we need this interview with Barbara here? It may be better suited for the end. What month is this in 2010?

17:13 - We don't need this much of a set up for Brendan's trial. It drags - let's cut to the trial instead of spending so much time on b-roll seeing people file in and get their bearings.

47:00 - Can we find a better way to transition into Kratz's misconduct?

49:08 - Again, we need a better way to transition out of Kratz being taken off the case because of his misconduct. These two scenes (Len Kachinsky being removed) feel too dropped in rather than strategically connected.

51:40 - Let's label Sandy's home here.

Confidential     NFXCOL0001964

53:44 - This scene is really long and it feels that the information is familiar and not propelling the story forward. Perhaps there is a way to make this feel more kinetic in nature. Also, once it's been cut more efficiently, can we ID of the description/location/who's in this scene? Lastly, will we need to remind folks what "EDTA" is at this point in the story? Will they remember from previous episodes?

55:22 - Perhaps we can show a graphic here to visually see how both cases are parallel.

1:00:34 - He says "this much" and the subtitle reads "this one"

1:01:11 - Please label. Why is he revisiting Steve's house - under what context, when, etc? We need a stronger set up.

1:09:09 - 1:13:14 - This scene with Steven's mother and Sandy drags on and doesn't move the story along. Let's consider cutting.

1:15:01 - 1:20:55 - Per above, please consider removing this classroom scene from Northwestern analyzing Brendan's demeanor and status within the case. It feels irrelevant to the story overall.

1:15:50 - Another example, this professor explaining "what we look at when analyzing a confession" comes off rather overplayed and exaggerated.

1:22:55 - This scene of Steven's father walking around his garden, while sweet feels out of place and slows the pace. What's the underlying purpose?

Instead, cut to 1:24:20 with Steven talking about his dream of where to live and what he wants - it's showing shots of the garden that we were just walked through but let's see more images of him and his family and Sandy - let's create the hopeful tone for the life he doesn't have that he's yearning for.

1;24:13 - When in 2014 is this?

1:27:48 - Is there a better way we can say "Steven is in a maximum security prison" without saying "not super max" - to provide context of the difference of where he was before?

1:28:29 - When Sandy says here that she has never actually had physical contact with Steven, this is an important fact for the audience to know given that she's been labeled as his fiance the entire episode. Why is that fact stated here at the end of the episode rather than when we're first introduced to her character?

1:31: The last statement he says "I want my life but they keep on taking it" - this is the note we end the series on and it is powerful. Let's explore different imagery to use here and ways to lead up to this closing statement.

Confidential

NFXCOL0001965

| | |
|---|---|
| **From:** | Lisa Nishimura ██████████████████ |
| **Sent:** | Saturday, May 30, 2015 12:26:59 PM |
| **To:** | Laura Ricciardi ██████████████████;Moira Demos ██████████████████████████Mary Manhardt ████████████████Lisa Dennis ██████████████ |
| **Cc:** | Adam Del Deo ████████████████ |
| **Subject:** | Making A Murderer Notes: Ep4 v2 |
| **Attachments:** | MakingAMurderer_Ep4v2_Notes.pdf |

Moira, Laura, Mary -
Thanks very much for the great call yesterday. Attached please find the
formalized notes, much of which we discussed live. As always, please do
not hesitate to contact us with any questions. Looking forward to seeing
how you propose to evolve from a single episode 5 to a 2-part episode 5 & 6
for that meaty trial segment.

Best,
Lisa & Adam

Confidential

NFXCOL0001966

**TO**: MAKING A MURDER CREATIVE
**FROM**: NETFLIX CREATIVE
**RE**: MAKING A MURDER NOTES - Ep4 v2
**DATE**: May 29, 2015

_____

**GENERAL:**
The overall narrative story arc of episode 4 is developing really well. Getting stronger and making solid overall progress!

**PACING:** Although much better than v1, the overall tempo still feels a bit slow on the whole. Wherever possible, pull in the slack. There are scenes proposed below that would be good to review.  As VFX and overall visual language will start to take shape, this component will help deliver better information and tone and hopefully allow the pace to increase. As a result, the total run time should tighten.

**COLD OPEN SET UP:**
Power choice to open with the recorded phone call of Steven speaking about Brendan being only 16 years old and being manipulated by the police.  You're immediately thinking of Steven with his voice, but he's putting your attention towards Brendan and setting up the episode on how their two fates are entwined.

Suggestion to consider, rather than having the entire call play out over a visual montage of the wrecking yard, could we instead incorporate childhood photographs of Brendan?  He's such a physically big teenager, that sometimes one forgets that he's just a kid, and a mentally challenged one at that.  Do we have photos of him doing child-like things? He talks later in the episode about sharing the same "favorite animal" to his defense attorney Len.  He's in jail asking about watching Wrestlemania and clearly not understanding the gravity of his situation.

He's clearly viewing the world through an extremely childlike lens.  It would be powerful and emotionally investing if we could visually establish his vulnerability out of the gate.

**BRENDAN'S STORYLINE:**

The psychology of Brendan over the course of time is a deeply engaging and vital core to this episode.  You're providing the viewer with multiple opportunities to experience Brendan's nature, limited intellect, confusion and desire to please, particularly through the various video taped interviews with Fassbender, Weigert and later with O'Kelly. Interweaving the numerous phone calls between Brendan & Barb as the course of his case proceeds is extremely impactful as we are able to witness his extreme highs and lows, the inconsistency of his storyline throughout, Barb's attempts to follow along and support, and ultimately just how vulnerable they both are throughout this process.

In the next pass can we try to firmly establish Brendan's limited mental capacity in the way that Resa did for Steven in the earlier episodes.  For the viewer, despite seeing strong evidence of his limited capacity, we believe it would really ground and

Confidential

support the extreme level of exploitation and emotion around what is being done to Brendan if we could show that he has a recorded IQ of 70, or if there is someone a la a teacher or a report which indicates that he is extremely shy, lacks confidence, is overly driven to please/overly-compliant and has extremely limited coping and cognitive reasoning skills.

The viewer understands this in episode 8 with Laura Niride clearly articulating that Brendan was confused throughout and could not tell at any given time whether he was talking to was his defense attorney or a police officer. Frankly given the behavior of his defense team, a persona of reasonable intellect would also be confused - so establishing that <u>Brendan doesn't stand a chance</u> is of great import.

Brendan as a Minor: later in episode 8 when we get to engage with Steven Drizin and learn so much about minors rights during these types of cases, however in episode 4 we're left not really understanding his rights as a minor. In an interview Len, his own defense attorney is saying on the news that it's not uncommon for a minor to be interviewed without a parent. Is this true?

**LEN KACHINSKY:**
This pass has done a much better job of establishing Len as an opportunistic media hound, and as wildly ineffective, and through what is perceived as a lack of intellectual rigor, easily manipulated and ultimately highly damaging to his own client, Brendan.

**MICHAEL O'KELLY & LEN KACHINSKY:**
The filmed interview and leading nature of Michael O'Kelly is remarkable and some of the most incensing footage in the entire series. You learn later in episode 8, that this is really the first domino which leads to the phone call confession that is the final nail in the ultimate conviction - therefore we need to really drive this home.

There is such an assumption of his guilt by Michael O'Kelly, despite Brendan saying that he didn't do anything, and it's painful to witness as Brendan goes to great lengths to try to please him. This interaction is so outlandish that it can be confusing to the viewer. Based on behavior, it's not illogical for the viewer to believe that O'Kelly works for the prosecution, and the first time I saw this scene - i had to rewind to make sure I read the chyron correctly (that O'Kelly was a Defense Investigator working for Brendan).

Without being too on the nose or pedestrian, can we explore a way to clarify to viewers that O'Kelly is indeed intended to be working for Brendan and what they're seeing is really that absurd.

**JODI:**
Jodi citing the times when when she called and spoke with Steven during the the time frame of the Halbach murder is powerful evidence, supported further by the fact that the calls were made from jail and recorded. Were these admitted to court? Did she testify in his case? If she did not testify, why?

Confidential

NFXCOL0001968

**JODI**:  Currently, it feels to take a lot of screen time up and gets a lot of attention, especially around 47-48 minutes. For pacing, please explore keeping only the most vital parts of her narrative.  In the most efficient way, let's establish her devotion to Steven, and how she is being aggressively targeted by police so they can control her contact with Steven and ultimately how the police are successful in breaking up their relationship.

Let's see if we can also land the break up between them with a little more context.  Currently the jump from Jodi's interview with the police officer about how she's trying to get her life on the tracks and how she now has a job to the call between Steven and (his brother?), when his brother informs him that Jodi has left him feels unnaturally abrupt.  Perhaps through a graphic card, the viewer can better understand how long the police enforced the 'no contact' order, and how many times the police interviewed her before they finally broke them.  (minute 1:07 on).

**IMAGERY FOR CALLS:**

We understand that there is likely a limited number of photos or alternatives for imagery to present during the key phone calls, however it would be great if there is any way to incorporate additional images versus pure outdoor montage.

Similar to the suggestion to add photos of Brendan as a child for the open, perhaps there are images of Brendan as a kid with his mom during their critical call when he tells her that he didn't murder Teresa and that he was guessing during his confession and that he is stupid.  Also, when Steven has been told that Jodi has left him, and he says he has no reason to continue, is there an image of Steven and Jodi together that can be utilized?

**CLOSE:**
This close with the tampered blood is so powerful.  Let's make sure we're  nailing the accompanying music when we get there.  Terrific scene!

**MUSIC**:
Vital to utilize score throughout to help with pacing, driving focus for viewer, foreshadow.  We understand you're still in early stages so we will continue to revisit as this becomes more robust.

**PACING:**
Specific to transitions, particularly in the 1:09 range there are segments of outdoor which allow for a great narrative pause, but feel like they run longer than necessary  e.g. Dolores driving in the golf cart.

Please also consider removing or meaningfully editing the segment of Allan in his study pulling the newspaper from the 1980's which is the vehicle for setting up the Sheriff Peterson narrative.  We could get there more efficiently and impactfully. Pete's subsequent interview @ 1:12 does a very succinct and powerful job of reminding people of the history of the Manitowoc police dept when it comes to Steven Avery.

Confidential

NFXCOL0001969

@1:17 Jerome does a terrific job of reminding the viewer of Peterson's personal history with Avery and how now as Sheriff he exerts a great deal of influence over the sentiment of his department.

**SPECIFICS:**

15:00:  The Jerome Buting montage outlining the case to date and the holes in the prosecution's position is really terrific.

17:00 On May 12, Judge Fox rules whether Brendan's statements were made freely and voluntarily, and therefore will be admissible as evidence at trial.  PLEASE CONFIRM -  during the initial interview, the police say that Brendan's mom was contacted but not available to come.  Later Barb says that no one ever attempted to contact her and she knew nothing about the interview.  Doesn't Brendan actually ask for his mother at some point?  Was this known to the court and and wasn't it also the case that the entire interview was not presented to the court

42:00 - interesting introduction of the death penalty debate.  Certainly relevant and powerful way of expressing the degree to which Steven is being tried in the media.  Alan Lasee is an interesting character however his segment drags and dilutes the impact of this section.  Please review to tighten meaningfully.

1:03:  ironic that the only person who is really understanding Brendan's predicament and worrying for him, is Dean Strange who has no responsibility for the case.  Nice scene that helps viewers feel like someone has eyes and a heart.

Confidential                                                    NFXCOL0001970

| | |
|---|---|
| **From:** | Lisa Nishimura <██████████████████> |
| **Sent:** | Friday, June 5, 2015 11:57:00 AM |
| **To:** | Moira Demos ███████████████████Laura Ricciardi ██████████████████████████Lisa Dennis ███████████████████>;Mary Manhardt |
| **Cc:** | Adam Del Deo ████████████████Zana Lawrence ████████████████ |
| **Subject:** | Making A Murderer: Notes Ep5v2 |
| **Attachments:** | MakingAMurdererEp5v2_Notes06.05.15.pdf |

Hello!
I hope this finds you all well. We are looking forward to our call this
afternoon. Attached please find our notes for your reference.
Best,
Lisa & Adam

Confidential
NFXCOL0001971

**TO**: MAKING A MURDER CREATIVE
**FROM**: NETFLIX CREATIVE
**RE**: MAKING A MURDER NOTES - Ep5 v2
**DATE**: June 5, 2015

## GENERAL:

We understand the desire to break up the density of the trial which was previously encapsulated into a single episode (ep 5) into two separate episodes. Given the breadth and depth of the material, we think this is a good idea to explore, however we'd like to better understand the goal of the narrative for ep 5. It ends in quite an awkward way, with Colborn taking the stand and then cutting off. There are some incredible pieces of evidence which are introduced and shocking testimony, however the episode needs to further develop more emotional peaks and valleys to draw the viewer in more quickly, and to engage the heart of the trial, not just the facts.

**PACING:** We like the approximate 60 minute runtime, this feels right but the overall tempo still feels a bit slow on the whole. Further, music should help meaningfully to keep engagement during the trial episodes where so much of the episode will live inside the same courthouse. Also, wherever possible, pull in any unnecessary narrative. It's a helpful device to intercut the trial testimony with a post-mort POV from Jerry, Dean and at times Pete to set context and provide a change of scenery however try to make it feels more informational and, if possible, less subjective. As an example, the opening scene w/ Dean Strang and Jerome 6:43 - 7:45 feel too personalized and casual given the overall tone. Perhaps this can be edit better so the audience can hear their POV on the case but we lose the overall judgmental vibe and snarkiness.

## COLD OPEN SET UP:

The close of ep4 is so powerful with the discovery of the tampered blood so we want to make sure to capture that same momentum with the cold open of ep5. It's now a little confusing to understand why the Defense does not want to utilize the blood as evidence when the viewer is left believing that it's the smoking gun at the end of episode 4. Is there a way we can help clarify the challenge more quickly and clearly?

## TITLE SEQUENCE:

Structurally, it feels like it comes up too late in the episode. It's a bit awkward. Let's discuss if it works better coming in around 3-5 min.

## PROSECUTION / KRATZ:

There are a number of times when it feels like Kratz is completely obfuscating or intentionally misleading the jury, as an example the entire Bobby Dassey / Michael Odmonson (sp?) / Steven exchange re: burning of Teresa's body. The timing is entirely off when this conversation takes place and Kratz lies and says it is Bobby Dassey who introduces the timeline when it is in fact him. The actual full context of the exchange between Bobby, Mike and Steven is not properly revealed by Kratz. Later in the press release a reporter asks, "How can Kratz do that?". The result of this exchange is not entirely clear to the viewer. Was the jury asked not to consider the exchange? There was no mistrial called. It feels left unanswered. This needs further context and full clarity given the importance of this part of the case.

Confidential

NFXCOL0001972

**TERESA'S PHONE:** First, why does everyone under the sun seem to have the password to her voicemail? <u>How does Jerry Buting know that messages have been deleted?</u> Was this pursued with the phone company? Can't one look at the phone records of incoming calls to better understand who was repeatedly calling Teresa prior to her disappearance per the testimony of Tom Pearce? Can the phone company see the source of phone number where calls were deleted on an account? Does anything come of the phone records or further review of activity on her phone?

**BOBBY DASSEY / MIKE HALBACH / RYAN HILLEGAS:**
They all give rather awkward and conspicuously vague and to some degree unbelievable testimonies. (e.g. Ryan not being able to determine the time of day or any of them giving credible answer why they know Teresa's vm pw). Are any of them ever considered suspects or are these odd testimonies ever further pursued?

Additionally, does Theresa's roommate Scott ever testify?
Does Michael O (Bobby Dassey's friend who jokes about burning the body) testify?

**PRE-TRIAL PROCEEDINGS:**
Some narrative clarity would be helpful in understanding the importance of whether the State will call Brendan. Technically, how much advance notice is required if any? Also, it is unclear why it would be in the State's advantage to drop 2 of the 3 charges against logged against him after his arrest: sexual assault & kidnapping? Please explain.

**CLOSE:**
Let's work on a stronger close leading out of this episode and into part 2 of the trial. As it stand, if feel like the end is awkward and abrupt.

**MUSIC:**
There is some good musical choices in the episode, some of which are highlighted below. However, vital to better utilize score throughout to help with pacing, driving focus for viewer, foreshadow. We understand you're still in early stages so we will continue to revisit as this becomes more robust. Also, very curious to hear the primary thematic piece that you'll be anchoring the score with.

**SPECIFICS:**

6:39 After the opening title sequence, give the fade-to-black a bit more time before coming up. Currently, it feels a little quick from the time of the end of the sequence to the first frame.

6:43-7:45 Jerry & Dean going through the jury candidate questionnaires is great. 1 out of 130 is a potentially unbiased jury candidate. But, again, feels tonally to subjective.

11:22 The font looks good, but the card and way the information on the card (ex. "4 counts") is laid out could be cleaner. The "-" bulleted the counts feels like it could be done better. Let's discuss.

Confidential

NFXCOL0001973

13:04 Great verite shot of Ken Kratz entering the courtroom by walking AROUND rather than through the metal detector and the court police doing nothing about it. . . perfect visual set up for what is it to come.

Great line from Dean Strang in court, "with all due respect, the prosecution is supposed to be swimming upstream, it's called the presumption of innocence". Terrific at re-setting the actual law to the court and to our viewers.

15:00:  The Jerome Buting montage outlining the case to date and the holes in the prosecution's position is really terrific.

35:12-35:18 The drone shot of the snowy road pulling away is great. Feels very lyrical and personal when set to the music and Steven's VO. Maybe look to replicate this feel/tone/aesthetic more in series, it works well.

42:00 ish Music is working well here.

42:55 Dean Strang soliloquy on the difficulty of this type of trial.  v/o over shot of Steven looking a little smug - might be better to use a different shot?

51:05 The text card is tough to read. Bump up a font size.

54:59- Pam Sterm Testimony - would be good to contextualize the true size and scope of the junkyard and allow the viewers to really lean into the ridiculous notion that Pam & Nicole Sterm could possibly have found the Rav4 on their own.  Can we provide the viewers with an instantly relatable reference to the size of the junkyard (e.g. what they managed to do is the equivalent of finding 1 out of 30,000 cars in 10 minutes on a piece of property the equivalent of 50 football fields. . .  )

Confidential

NFXCOL0001974

# Making a Murderer

Confidential

NFXCOL0001976

**Status:**

1. The series is amazing. It is a major accomplishment to lay out such a complex case in such a clear and suspenseful way.

1. Some structural & pacing challenges may not support full audience engagement for such a long view that at times gets very granular.

**Goals:**

1. Identify final overall series structure which supports the most impactful, compelling and revelatory storytelling, including:
   - Ideal number of episodes (9-10?)
   - Ideal length of episodes (recommending 50 minute target, no greater than 60)
   - Best opens and closes (see specific notes in Structural Breakdown).
   - Red Herrings.
   - Expand the emotional range for the viewer throughout the series. We want to feel the swells of hope, the rage of injustice, the horror of the defenseless. Viewers across the globe should be in tears and shouting at their screens throughout.

2. Music and gfx aren't being utilized effectively yet for the next pass we should take it to the next level and bring in reinforcements for the areas that aren't yet getting there.

3. With final overall episode structure in place, tighten each episode to most effective cut (see detailed notes).

4. Eliminate the storylines that aren't serving the greater good.

**Confidential** NFXCOL0001977

**CURRENT:**                 **Episode 1.**             SUGGESTIONS:

Cold open: S.A. gets out of prison. Background that he was wrongfully imprisoned for 18 years. Cousin says: "Be careful...They aren't even close to being finished with you."

   -S.A. files civil rights suit against Sheriff and DA.
   -Jump back to Sandra deposition.
   -S.A. background.
   -Dispute with Sandra, S.A. charged with felony.
   -Penny B is attacked.
   -Police mishandle and Penny points to S.A.
   -S.A. arrested, Sheriff keeps him from lawyer.
   -Background on S.A.'s alibi.
   -Information about Gregory Allen.
   -S.A. found guilty.
   -Hard on family. Parents stick by him. Lori leaves.
   -New evidence - fingernails not enough.
   -Pubic hair found. Matches Gregory Allen.
   -Evidence of police misconduct.
   -S.A. back to normal life, meets Jodi.

There should be a more explicit ending that makes it clear that in the next episode the cops are going to seek revenge. We should have a really tight Episode 1 with a strong cliffhanger that immediately engages the audience to come back for Episode 2. Currently, the suggestion that they might charge him with murder is very subtle and the audience might think everything is resolved. This line is impossible to understand without any context. (also could consider ending with the cliffhanger of whether or not the DNA matches S.A., this would be the ultimate pull-back for watching Ep2 but would mean changing the cold-open)

Cliffhanger: S.A. is released: "Don't bring a lawsuit against Sheriff's department in a community where you still live or you could get charged with murder."

Confidential                                                NFXCOL0001978

## Episode 1 - Detail (1hr 9min)

- 1:45 - we end the cold open with Steven's cousin saying, "Manitowoc County is not done with you, they're not even close to being finished with you". The viewer has yet to get their bearings - we should explore adding graphical treatment to these powerful words going into the title treatment.

- 21:00 - Emphasize the relationship between Sheriff Kocourek's wife and Penny B so that we establish a motive for him to interfere in the investigation.

- 31:47 - The fact that the police had been following Gregory Allen is established (somewhat out of the blue) during the investigation. This set-up seems to undermine the revelation later, when his DNA is matched, that the police had been following him and hid this information. It could be more shocking to reveal later in the episode who Gregory Allen was and how evidence of his presence was known by the Sheriff's dept.

- 37:15 & 40:55 - There are two chunks that both talk about the parents sticking by him. This is something we return to several times through the series, so we should just be judicious about which of these is the most effective and sufficient.

- 41:50 - The explanation of the appeals system might be unnecessary - we should probably assume the audience has a basic understanding of this.

- 45:30 - Stephen Glynn talks for a while about how the decision shows how much the system is weighted against the presumption of innocence, but we never see the decision for ourselves - is there a way to pull out a representative quote from that decision that could be shown while he is talking? He also talks about how S.A. pays a heavy price for not caving under pressure, but this is already really clear.

Confidential                                                                 NFXCOL0001979

## Episode 1 -- Detail Cont. (1hr 9min)

- 51:00 - The exoneration of Steven should be a much more emotional turn of events. After 18 years it should be heartbreaking that he is finally out. Music and edits should build-up and pay-off in a much bigger way.

- - Public Integrity Bureau investigation report goes into a lot of detail and might be hurting the momentum of the episode's conclusion (over 4 minutes).

Confidential NFXCOL0001980

**CURRENT:**                          Episode 2.                          **SUGGESTIONS:**

Cold open: Homevideo of T.H. ————————————————

The cold open of T.H. is very confusing and too far ahead of her disappearance to make the connection. Perhaps open with the image of the article saying that S.A. is suing the law enforcement agencies and Walter Kelly (Ep2 - 3:19) explains everything up until he says that it is for $36m. And it would save the TH video to use later to greater effect during the trial (eg around Ryan's testimony).

- -S.A. files $36m lawsuit against Manitowoc.
- -Civil suit trial.
- -Police sketch mishandled. ————————————————
- -Legislature about to pay his $450k.
- -Colburn received phone call in 1995, no report.
- -More testimony.
- -City will be on the hook for damages.
- -Teresa Halbach goes missing.
- -Search party - they find the Rav4.
- -Cop asks if they have S.A. in custody yet.
- -Calumet County takes over the investigation.
- -Police search S.A.'s house.
- -Manitowoc only used for support resources.
- -Key found.
- -S.A. is questioned and arrested.
- -Keep S.A. away from lawyer. Lie about location.
- -Kratz says the evidence hasn't been tainted.

The police sketch and Judy Dvorak scenes are explained in such detail in Episode 1 that it is less of a bombshell here. Would it make more sense to hold the reveals for this Episode?

The testimony about this phone call and report (which we touch on several times throughout the series) is confusing as it relates to who within law enforcement knows what/when - could a graphic help chart the related events and make it less necessary to keep repeating the story?

Cliffhanger: S.A. DNA on the key and in the blood. S.A. in handcuffs entering courtroom.

Potentially add Allan's quote from the top of Ep3 saying "They framed an innocent man just like they did 20 years ago" to the cliffhanger here.

Confidential                                                    NFXCOL0001981

## Episode 2 - Detail

- 5:55 - What Walter Kelly is saying about the AG's report is very interesting, but he is very slow and unclear in his diction - probably it ultimately isn't necessary. It could even be as simple as saying "they felt like they were talking law enforcement to law enforcement so were fairly candid."

- 14:00 - The phone call that Colburn receives and the subsequent flow of information to other figures in the Sheriff's department is something we keep going back to throughout the series. It would really help to create a graphic that can be built on throughout the series as new information is added to this topic. It would really help keep clear what the connections are and highlight when new information is revealed. It could also help minimize the amount of time we need to spend explaining it multiple times.

- Also, is there any record that Gregory Allen was in the Brown County prison when they made the phone call to Colburn? Maybe add his mugshot from that prison to the graphic as well, to drive home the fact that they are letting a known rapist go free while Steven rots in prison.

- 17:30 - There is probably more testimony of the police that we need at this point regarding the phone call.

- 22:50 - This Michael Grierbach testimony doesn't really seem necessary.

- 24:00 - Who is the person who is circled in the courtroom clip?

- 25:00 - Not sure what the montage of courtroom exteriors and testimony clips is doing here. (55 seconds for just a short VO) - and this conversation about the impact on the city is somewhat redundant - it could probably be tightened.

Confidential                                                                                                          NFXCOL0001982

## Episode 2 – Detail Cont

- 27:20 - Stephen Glynn gives a very wordy and dry reveal that Teresa Halbach is missing. There should be a bit of a tonal shift and dramatic tire-screech when the bombshell is dropped that someone is connecting S.A. to a murder. He says it in an almost incidental way. Are there other options? News clips? Make this a visceral experience that a woman is missing and people are searching for her and the world is closing in on Steven

- 32:30 - Search party lasts for almost 2 minutes. Maybe it could be cut down by 1 minute and have Mike Halbach's interview as partially VO instead of on screen the whole time.

- 42:40 - Not sure if we need the search party again since the car has already been found. It is clear that they are still looking for the body, but the focus now has shifted to the Avery property and since the search party isn't involved in that we could probably cut this entire minute out and get straight to finding the body and key.

- 45:00 - There should be more of a creepy, suspenseful tone when the bones and teeth are shown.

- End - Use lower-thirds to ID the cops that are questioning S.A.

Confidential                                                                    NFXCOL0001983

CURRENT:

Episode 3.

SUGGESTIONS:

Cold open: S.A. denies and gets handcuffed in interrogation room. Allan Avery saying they are taking an innocent man and making him guilty just like 20 yrs ago.

Since Ep2 ends with him shackled going into courthouse, is it necessary to have him handcuffed here? Other ideas would be to start with teasing the fact that the key wasn't there the first several times they searched the room or start with the media turning on S.A. - making him into a monster.

-Start of pre-trial.
-Key wasn't there when they first searched.
-Court finds probable cause.
-Gov signs Avery reform. Discuss changing name.
-Media repaints S.A. a monster. Town reacts.
-Family gets hate letters
-Judge sets bail high.
-Family visits.
-S.A. settles lawsuit to get money for defense.
-Halbach family files lawsuit to tie up money.
-Buting and Strang join - talk about police framing.
-Brendan is detained.
-Kratz details Brendan's version of crime.
-Jodi out, Chuck reacts, Allan says family torn.
-Brendan coerced and charged.

Cliffhanger: Brendan's mom says that if he testifies against S.A. he gets 20+ years with parole, but if he doesn't he could get life with no parole.

This is a great cliffhanger, but should drive harder on the fact that B.D. might testify against S.A. and is essentially being blackmailed to do this.

Confidential                                                                NFXCOL0001984

## Episode 3 - Detail

- Opening - Use lower-thirds to ID the cops that are questioning S.A.

- 08:44 - Coverage of the Governor signing the Avery Reform Bill (and the state senator discussing) is definitely interesting, but it is a bit granular and might not move the story forward at all. This might not be information that the audience need and could save us almost two minutes.

- 13:55 - Chuck playing pool could be trimmed. The local woman and man giving the community perspective is good, but could stand on its own. This five minute chunk (including Steven's phone calls and Chuck in the junkyard) could be delivered in a few quick soundbites contrasted with the media coverage of Steven as a monster to show that there is a division of opinion between the establishment and the poor community. Could be really driven home if capped with Steven's quote (18:40) "Poor people lose".

- 19:19 - Do we need the scene of them visiting him in prison? We already get that the family is standing behind him and don't see why he would do this.

- 25:15 - 28:15 - Bringing in Strang & Buting should be a glimmer of hope and feel somewhat triumphant - here are two great lawyers coming to his rescue, but this three minute segment doesn't capture that. This could really be tightened up and enhanced by a good music cue.

- 41:56 - Jodi gets out of jail...is there any way to quickly establish earlier on that she has been in jail through all of this?

- 47:28 - Allan complaining about the loss of business and Chuck saying that he doesn't think Steven is guilty are both somewhat repetitive from other scenes - maybe a tighter version, but it feels like it might be overkill.

Confidential

NFXCOL0001985

Episode 4.

**CURRENT:**

Cold open: S.A. on phone over B-roll. "Brendan said all of this. I feel sorry for him...It'd probably make somebody look like a monster....Nothing good can come out of this.

-New atty (Len) for B.D. - he is terrible.
-Jodi finds phone calls w/S.A. on day of murder.
-Eval. of blood and key DNA, evidence from car.
-Try to throw out B.D.'s confession.
-Len/O'Kelley push B.D. to confess.
-B.D. meets with police then calls mom.
-Police say easier to kill S.A.
-State tries to change death penalty, trial delayed.
-Jodi ordered not to see S.A.
-Family tries to get B.D. a new lawyer - denied.
-Judge tells Len to withdraw.
-Family check in.
-Recap of Penny B set-up.
-Lenk.

Cliffhanger: Blood vial is discovered to have been tampered with.

**SUGGESTIONS:**

It's tough to understand in a cold open what S.A. is talking about - there is too much distance between this call and the previous episode's material that gives it context. Would it be possible to tease something that is coming ahead rather than recap?

Maybe it would be better to bring some of the innocence project's explanations about why this was so egregious from Ep10. It would help clarify the fact that Michael O'Kelley is supposed to be working FOR B.D. and also deal with it in one place instead of multiple times. And ending on such deep analysis of the issue is somewhat anti-climatic. Splitting it up between this section and the hearing for the new trial would possibly be more efficient.

Confidential                                                                    NFXCOL0001986

**Episode 4 - Detail (1hr20min)**

- 21:25 - Can the card identifying O'Kelly make it more clear that this guy is supposed to be helping Brendan? Would it also be out of the question to bring in the Innocence Project from Ep10 here to really explain why this was so egregious?

- 38:34 - The fact that media effects the jury is important could probably more concise - we get it. Might also be too much news coverage of whether framing is possible or not. It sets up the "We could just kill him" quote, but probably could be set up with just one or two quick clips.

- 42:00 - The death penalty conversation takes up a lot of oxygen. Is there any way to streamline it or lose it altogether? We already get so much about the jury being influenced by the media/culture. Almost five minutes is a big chunk when this episode is currently at 1hr20min

- - Dolores driving around the junkyard and the aerial atmospherics could all be tightened a lot. This four minute segment should probably be 30-40 seconds.

- - Pete talking about Manitowoc causing rape and they were most definitely biased to be investigating this case. It feels like this has been covered elsewhere?

- - This major dramatic moment of the tampered with vial being discovered could really have more impact with the right score.

Confidential                                                                                          NFXCOL0001987

CURRENT:

Episode 5.

SUGGESTIONS:

Cold open: S.A. enters courtroom. Buting discusses EDTA. Cards explain motion to exclude and judge denies and that State asks Judge to allow FBI to test for EBTA. Courtroom debate about EDTA testing. Judge allows testing.

Feels like Buting is stumbling over what he is saying in this cold open. Maybe something less technical in the open? Maybe something that would hint at another possible suspect?

-Drop sexual assault charges against S.A.
-Day 1 of trial.
-Opening statements (a lot about VM messages)
-Det Jacobs call (do we have a body?)
-S A. questioned about T.H.'s appointment.
-Bobby says he was asked to help get rid of body.
-Debate about VMs.
-Judge blocks from talking about other suspects.
-Dean asks about roommate.
-Ryan H admits to figuring out her password.
-Boss (Sheriff?) says to search Avery property.
-Review of finding Rav4 and what followed (Pam)
-Dolores shows us where the car was found.

Cliffhanger: Colburn testifies about calling in the license plate before the Rav4 is discovered. Dolores drives around junkyard pointing out where they could have brought the car in.

Great cliffhanger, but the effect is dulled by having Dolores pointing out the layout of the junkyard. We would recommend ending the episode before the Dolores scene.

Confidential

NFXCOL0001988

## Episode 5 - Detail (1hr10min)

- 15:00 - Lots of b-roll of people entering the courtroom. Opening statements are somewhat unruly. Everything they say is interesting, but most of this is covered really well in other sections. It might be more impactful to hit one or two points on each side that really summarize the spirit of what is happening. It seems like the voicemail

- 19:45 - Buting really rambles in this section - we could probably massage this into a much more succinct summary of what to expect in the trial. (three minutes and then straight into their opening statement which reiterates many of the same points)

- 23:00 - Defense Opening statement has the same issue as the prosecution's. Together the opening statements take up the majority of the first 30 minutes.

- 30:40 - Shows S.A. being interrogated about making the appointment in Barbara's name. This occupies a large part of the opening statement also - is there a more efficient way to get through the fact that the prosecution was trying to make it look like he was hiding his own name while the defense says he has a valid reason. This also seems like a minor part of the evidence base and it is hard to illustrate what exactly they mean, so it may be worth trimming this debate out.

- 36:30 - Bobby Dassey's testimony about Steven asking to hide the body - this could really be clarified by a graphic so that it is clear why it is so important to know whether this happened on the 3rd or on the 10th. And why the prosecution acted so improperly.

- They mention that T.H. had been receiving harassing phone calls, but they never identify you the harrasing caller was. Surely they had the phone records ..can we explain who it was or why they couldn't identify that person if that is the case?

Confidential                                                                                    NFXCOL0001989

## Episode 5 – Detail Cont.

- 41:00 - The debate about TH's voicemail inbox being full and how we know that some were deleted and who had access to the voicemails could all really benefit and be laid out more efficiently with a graphic - probably can replace the actual phone records which don't really convey any information. (this is currently a 7 ½ minute section, plus it circles back again with the ex-boyfriend's testimony)

- 56:30 - In the Weigart call, he references the "boss" called - is there a way to get across who exactly the boss is?

- - We don't really need the interrogation of S.A. about how the truck could have gotten in or the footage of Dolores showing us the area. It really kills the effect of the Colburn license plates bomb.

Confidential                                                                                            **NFXCOL0001990**

CURRENT:                    Episode 6.          SUGGESTIONS:

Cold open: Card says one day after Brendan's arrest there is a
press conf. Kratz describes how S.A. instructed Brendan to cut
T.H.'s throat. Police search residence and garage for new
evidence. Kratz claims physical evidence now makes sense.

  -Strang & Buting disc. poisoned jury pool.
  -Bullet found in garage - Lenk was present.
  -No T.H. DNA found in trailer or garage.
  -Bobby only thing placing her inside.
  -Skull fragments.
  -Evidence montage.
  -Sherry: blood on bullet matches despite botching
  -Defense tried to have labwork monitored, denied.
  -Everyone reiterates there would have been blood
  -Bones and barrels conversations.
  -Coroner dismissed.
  -Family check-in. TV might influence jury.
  -Bloody hair in trunk.
  -Timeline debate (Bobby D, bus driver, Scott T.)

                                                The timeline conversation is important, but also
                                                confusing and might not be the best hook to end the
                                                episode on. Would it be worth hinting that there is
                                                evidence that Lenk (or the cops in general) planted the
                                                evidence so that is tee'd up for Ep7?

Cliffhanger: School bus driver has a different timeline than
Bobby. Lawyers explain the timelines don't match up.

Confidential                                        NFXCOL0001991

## Episode 6 - Detail (1hr5min)

- 08:58 - Strang rambles for too long about the fact that there was no reason or need for Manitowoc county to be present. Some of the audio could lap over the b-roll of Allan entering the courthouse which seems to also be too long.

- 17:30 - Kratz' press conf about there being a homicide with gunshot to the head seems unnecessary. Doesn't give any new information.

- 18:10 - Montage of video evidence also seems to be floating without any connection to the testimony from Sherry - maybe it could be tightened by pre-lapping her audio "can you identify this exhibit in front of you....it is a lead bullet fragment." This might give the video evidence context and also tighten all of this courtroom evidence.

- 20:50 - Not sure what the source material you are cutting around is, but it feels like the timing of cutting to Buting's reaction to Sherry's testimony "I believe my DNA was introduced to the sample when I was talking" line could be timed for more of a comedic effect.

- 21:12 - Everything in the prosecution's press conference is just reiterating what was said in court and the reporter jumbles the question - it hurts the momentum. Buting says what happened much more succinctly, but again the reporter's question isn't important. What is important is Strang/Buting saying that this is why we asked to be present (almost three minutes of press conf).

- 24:42 - Excessive b-roll around the courthouse.

Confidential NFXCOL0001992

# Episode 6 – Detail Cont.

- 29:55 - This press conf could be trimmed down - in general we keep going back and forth between courtroom testimony and press conferences - they really need to be surgical in terms of explaining only things that need to be explained or giving new information. Even just having something like the reporter asking "do you really think that plays well with the jury?" give some context to how the outside world is interpreting the events, but anything the is redundant should be trimmed down or at least tightened a lot. Same with Strang/Buting explaining things such as Buting here who doesn't make a very clear point.

- 32:29 - In this stretch Buting, Steven, Allan, Strang and Pete each say essentially the same thing "there would have been blood" - this is repetitive. (this along with Sherry confirming that there was no blood and the subsequent press conf together add up to 6 ½ minutes)

- 39:55 - Could we use graphics to clarify and streamline the bone / burn pit analysis? (over 11 minutes)

- 45:35 - The side story of the coroner is interesting, but it might be something we could take out for the overall betterment of the episode. She is thrown out so quickly and we never get to hear from the county why she wasn't assigned the case and since she didn't investigate the case makes wonder why we would hear her testimony...as the other county's investigators and prosecutors were used, it almost makes sense that the Manitowoc Coroner wouldn't be used.

- 51:23 - We've already heard about the Avery Bill, so do we really need Allan talking about it again (or them going to prison to visit again)?

Confidential                                                                                                          NFXCOL0001993

## Episode 6 – Detail Cont.

- 52:49 - Do we really need Buting/Strang talking about the jury being influenced by the press? It seems like this is pretty clear from everything we've already seen. With so much trial to get through, this seems like another road bump.

- 55:50 - Scott, Bobby and the school bus driver testifying about the timeline runs very long and isn't entirely clear. Could a graphic help lay out exactly why this is important and allow us to get through their testimony more quickly. (this is almost 10 minutes)

Confidential

NFXCOL0001994

**CURRENT:**

Episode 7.

**SUGGESTIONS:**

Cold open: B-roll of police cars - "FBI is going to assist in investigation...Manitowoc provided resources. That is their only role." Allan says "They had Stevie picked. They set him up. They weren't even supposed to be investigating.

-Debate abt Manitowoc PD being at crime scene.
-Buting & Strang point to Lenk as framing.
-Press conferences re police reputations.
-More testimony on Colburn conflict & press conf
-Buting est. that EDTA test is bogus.
-Log shows Lenk didn't sign in - he denies framing
-Call with Dolores (family check-in).
-Judge rules EDTA admissible. Press conf abt.
-S.A. call saying they are trying to keep him in.
-Direct FBI testimony, pressconf, cross, pressconf
-S.A. decides not to testify, pressconf.
-Motion to dismiss false imprisonment.

Lots of really interesting mini-bombshells in this episode. Nothing that has significant impact on shifting our view of whether anyone is guilty or not. Would it make sense to really tighten this and bring in some of the revelations from Episode 8 to this episode and then end Episode 7 pre-verdict?

We should discuss Ep 7-10 and what the best benchmarks are for where each episode ends. Is four episodes best or would three be more effective?

Cliffhanger: Dean explains to S.A.'s parents that good news is that 3 charges have been dropped, bad news is that murder charge is all that matters.

Confidential

NFXCOL0001995

## Episode 7 - Detail

- 17:05 - Norm says his blood boils - this reaction is so great we probably don't need Buting adding on to it.

- 18:53 - Pete explaining is totally unnecessary. The facts are laid out so well we don't need him to be the peanut gallery. Everything he says is explicitly laid out and we have to trust that the audience is sophisticated enough regardless.

- 25:04 - Do we need this much of Strang's questioning of Colburn (4 ½ minutes)? (especially since we already had his testimony about calling in the license plate and we've spent a lot of time covering the 1995 phone call already)

- 33:59 - possible to get to the bottom of the Log more efficiently? As the trial goes on there should be less need for establishing shots and exposition that has already been covered, so each bit of evidence that is debated should be at a quicker pace.

- 39:45 - There is one minute of montage/b-roll here that really bogs it down.

- 41:35 - Lenk's testimony is really long. Graphic to demonstrate the scope of the Lenk coincidences?

- 46:20 - Do we need Lynn's testimony to establish that the Sheriff's dept had access to the evidence?

- 49:49 - Possible to tighten Buting talking about the EDTA test expert? Who is Janine and why do we need to hear that part of the conversation?

Confidential                                                                                                    NFXCOL0001996

## Episode 7 -- Detail Cont.

- 53:13 - Do we need these press conferences? There isn't any new information. Could go straight to S.A. saying "They are doing their damndest to keep me in here"

- 58:57 - Do we need prosecution's press conf about the EDTA testimony?

- - Do we need Strang's press conf about the EDTA testimony?

- - Cut parking lot b-roll?

Confidential

CURRENT:

Episode 8-9.

SUGGESTIONS:

Cold open: Allan walking around barn looking for Steven's name on the floor. Dean talks about the fact that S.A. never committed these crimes: "What you can hope to get is your liberty back, eventually."

-Closing arguments.
-Buting, Dean say he was framed.
-Kratz says shouldn't matter if key was planted!
-Judge gives instructions to jury.
-News reports. Dolores talks to S.A. (b-roll)
-Jury leaves for night. Juror is replaced.
-B-roll with S.A. talking, Dolores calls him.
-Jury deliberates late. Buting/Dean look at press.
-Family warned about blowback.
-Verdict.
-Dean/Buting sad, believe killer is on the loose.
-Colburn makes statement.
-Scott T: He had it coming.
-Buting says 7 votes for innocent at start.
-Excused Juror feels terrible.

Allan walking around the barn doesn't really grab attention. The quote is strong, but perhaps this could tease to something that will happen in this episode, such as the fact that a juror was excused and S.A. gets to decide whether to call a mistrial or not.

One quote that would make a powerful opener for this would be Strang saying "WHAT WOULD a case look like if someone were being framed? I would suggest a hypothesis that someone burned her body and dumped it in Avery's yard..." (08:00-10:00)

WHERE ARE THE BREAKS? EP 7, 8, 9, 10

Confidential                                                                            NFXCOL0001998

Episode 8-9 Cont.          SUGGESTIONS:

Cold open:


- Brendan's trial in 2 weeks. New lawyers discuss.
- Kratz opening statement.
- Mark opening statement.
- Play BD's first statement.                    Keep more of this in Ep8?
- Lots of discussion of his coercion.
- Only play first half of his confession.
- Debate about interrogation tactics.
- Kayla's retraction. TH brother talks to press.
- Brendan testifies. His father comments.
- Tape of his call to mom, he says he made it up.
- Mike Halbach talks to press.
- Closing arguments. Judge reads jury instructions
- Judge reads verdict. Mom freaks out.          Move more of this to 10 so that we have more
- Buting/Pete/Dean comment.                     payoff in terms of Brendan rather than just
- Mike Halbach talks to press.                  analysis?


Cliffhanger: Judge reads statement for Brendan and how
dangerous he is. Dean comments: "Tragic lack of humanity."
Buting: [Could happen to any of us.]

Confidential                                    NFXCOL0001999

## Episode 8-9 - Detail

- 14:00 - the line from Kratz' closing argument "it shouldn't matter whether or not that key was planted" is a bit of a bombshell, but it get buried in this cut.

- 18:14 - Buting's commentary seems unnecessary as does the news reporter.

- 22:37 - News guy says that the option was up to Steven whether to accept the alternate juror. Could we highlight this by explaining in more detail? Could Steven have opted for a mistrial??

- 45:26 - We've seen so much of Brendan's statements and confessions that we maybe don't need all of the audio statement that is played in this hearing and probably don't need the explanation of his demeanor because we know it so well at this point. The important part and new information is that they only play part of his confession which starts about 6 mins later when Weigart set it up (although his setup is really bulky also).

- 56:10 - Mark talking about police being trained to elicit confessions isn't necessary - Richard (the excused juror just said it a couple minutes earlier and it is more interesting to hear his thoughts than the lawyer's.

- 58:40 - The testimony/questioning about the interrogation techniques goes on too long - we've really have no doubt at this point.

- - There is a lot of very powerful testimony from Brendan - how much of it/what parts of it are the most essential? (15 minutes)

Confidential    NFXCOL0002000

**Slide 25**

2   I believe they were saying that Steven could decide proceed to with one less juror, or else ask for an additional juror to be added at this point.
Lisa Nishimura, 10/25/2021

**Confidential**   **NFXCOL0002001**

**Episode 8-9 – Detail Cont.**

- – 45 second of night b-roll maybe too much even for showing the passage of time during the deliberation

- – Do we need a card explaining the verdict since the judge just read them?

- – Strang's comments here don't feel vital

- – Can we make it clear who the judges are and which cases they have handled before? (Allan makes this point later, but it gest a bit lost because he isn't very specific).

Confidential                                                                                                    NFXCOL0002002

**Slide 26**

3    I believe they were saying that Steven could decide proceed to with one less juror, or else ask for an additional
     juror to be added at this point.
     Lisa Nishimura, 10/25/2021

Confidential                                                                 **NFXCOL0002003**

**CURRENT:**                                    Episode 10.                    **SUGGESTIONS:**

Cold open: Kratz press statement: [Happy S.A. won't be on the
streets ever again.]

    -Community is happy. Family is destroyed.
    -Sandy story.
    -B.D. appeal for new trial. Focus on Len/O'Kelley
    -More about call to mom being orchestrated.
    -Judge denies Steven's motion.
    -Kratz scandal.
    -Judge Fox denies request for new trial.
    -Higher courts refuse to review both cases.
    -Sandy talks about his mental state.
    -Round table with lawyers comparing to rape case
    -S.A. starts preparing his own case.
    -Pete recaps the evidence, has other suspects.
    -Northwestern students discuss Brendan's case.
    -Wisc Supreme Ct turns down Brendan's case.
    -Federal suits filed.
    -Allan driving around garden. S.A. talks.
    -New Lawyer (Tom) - case on eavesdropping.
    -Moved to Waupon.


Cliffhanger: Sandy visits S.A. who says in V.O. "They think
I'll stop...The truth always comes out."

Potentially move in a bigger reveal to Ep10. The
denying of new trials doesn't have enough punch in
and of itself.

All of this analysis is great, but is mostly re-capping
things we already know. Would it make sense to focus
the final episode on the characters and the harm this
has done to them rather than the wider social
implications? Would maybe leave it with more of an
emotional impact - especially the fact that Steven was
preparing his own case and that Brendan is completely
helpless.

**Confidential**                                                                        **NFXCOL0002004**

**Slide 27**

**1**     Do we have a suggestion of a bigger cold open reveal for 10?
          Lisa Nishimura, 10/25/2021

**Confidential**                                                                **NFXCOL0002005**

## Episode 10 - Detail (1hr30min)

The majority of comments on behalf of Ep10 depend on the overall structure, however the following elements feel like they can be removed to support better pacing and the continuous evolution of new information to the viewer:

11:00 - Lots of b-roll of entering and exiting the court.

15:00 - Steve talking about getting the state to record videotaping doesn't seem important.

 - Pete recaps all of the evidence (8 minutes), but it is all info we already know.

 - The class about Brendan's confession doesn't feel necessary - it would make more sense to include this info when this is being evaluated in the investigation or in the trial.

Confidential                                                                                            NFXCOL0002006

# GFX List

- Improve map for Steven's alibi for the rape of Penny B. (Ep1)

- Law enforcement org chart to help keep clear who everyone is throughout (1-10)

- Org chart of various courts/Judges - especially when we get repeat judges (1-10)

- Number of times the Avery property is searched & over what duration
    - when the key is discovered (search #6?)

- Len/O'Kelley/Investigators (explaining the coercion of Brendan) (4)

- Lenk's mysterious involvement every step of the way. (4)

- Teresa Halbach Voicemail details (5)

- Timelines (Colburn License Plate Phone call - 5, Bobby v Busdriver - 6, Police Log at Crime Scene - 7)

- Bones/Burn barrels (6)

- Do we add a GFX of all leads not pursued by Manitowoc or Calumet? (TH roommate, Ryan H, Bobby Dassey, Scott T)?

Confidential                                          NFXCOL0002007

# GFX List Cont.

- Contradictory State arguments (how can Teresa have been killed in bedroom & garage)?

- Graphic of salvage yard and estimate size and # of cars and probability of finding TH's Rav 4 in less than 20 minutes.

- Brendan flip flopping statements & dates ?

- Chart out the appeals (9-10)

- Perhaps there is one master graphic that could contain both law enforcement, judges and all of the various lawyers

**Confidential**                                                                                      **NFXCOL0002008**

# Music Beats

The role of music throughout the series is vital and will play a primary role in helping guide viewers through this rich and complex narrative. Below are a few proposed areas to review and we look forward to discussing further once the overall episode structure is solidified.

- Overall: the lulling guitar hurts the tone. The music should put everyone on the edge of their seat.

- Can we work to establish a subtle but impactful 'theme' track for the baddies, e.g. Lenk, Petersen, Kratz and certainly for Len Kachinsky & Michael O'Kelly to help clearly support that despite their appointed roles to protect Brendan – they are doing him great harm.

- Similarly, there have been moments of hope & promise introduced throughout, e.g.: when Steven secures Buting and Strang on his case, when the Innocence Project / Steve Drizin and team enter Brendan's life – can we work to utilize music to subconsciously and organically support the emotional connection and hope.

- Enhance emotions of Steven's release (Ep1)

- Music is slow when he meets his first girlfriend (and then wife).

- Music could drive the magnitude of the moment that S.A. is first convicted. (Ep1)

- Create the shock of Steven being connected with Teresa's disappearance. (Ep2)

Confidential          NFXCOL0002009

# Music Beats Cont.

- Sheriff Petersen suggesting that it's easier to kill SA than frame him on the news is absolute madness, should be emphasized (Ep4)

- Major twist when the tampered blood vial is discovered. (Ep4)

- All of the verdicts should be very suspenseful and use music to enhance.

- Enhance shock of Colburn escorting Brendan out when his verdict is read (Ep8-9)

- Michael O'Kelly's testimony is shocking. Music might underscore this to great effect and highlight the importance of his conflict of interest (Ep10)

Confidential NFXCOL0002010

# Overall Notes

- As we refine, let's be very judicious about ensuring that every scene serves to evolve the key narratives and character development in a novel way. Currently there is a relatively high level of repetition throughout the episodes. Rather than repeat key points for impact, let's make their initial introduction impossible to forget via pacing, music and graphics.

- A large amount of the series is built on S.A.'s narrative based on his phone calls to and from prison. To ground this, perhaps there's a defining visual representation of him talking on the phone (recreated or otherwise) that could be used throughout. (for example: a diverse group of tight to medium shots of him picking up the phone, putting it down, shots from behind, tapping foot, scratching skin etc.)

- Discuss the overall use of drone footage and b-roll. As it stands, while it makes the series feel cinematic and have bigger scope, currently, the use still feels somewhat arbitrary and could be used to have greater strategic effect either to illustrate literally what is happening within scenes or it could be used to create an emotional/atmospheric arc rather than repetitive.

- Consistency in subtitles/lower third in a way that clearly distinguishes the different individuals when we are bouncing between different V.O.

**Confidential**

# Appendix - Current Overall Structure

Episode:
1. S.A. Background, Arrest and Rape Conviction
2. S.A. Civil Suit, Disappearance of T.H., Charges against S.A.
3. Building the case against S.A., Settles Civil Suit, Brendan is arrested
4. Analysis of Evidence, Brendan is coerced, Evidence was tampered.
5. Trial begins.
6. All trial.
7. All trial.
8/9. End of trial. Verdict. Brendan's trial.
10. State of family. Sandy introduction. S.A. and Brendan appeal. Innocence project analysis. Brendan's hearing for new trial. Round table with lawyers. S.A. trains himself to appeal himself and family visits. Pete reviews. Students discuss. Status of new appeal.

Confidential                                                                                          NFXCOL0002012

# Making a Murderer

Confidential

NFXCOL0002014

**07.16.2015 Update:**
**GOAL:**
Given the limited amount of time remaining, we want to ensure that we're aligned on the following key areas going forward. Most importantly we should engage additional supports quickly where appropriate, to ensure you are supported and fully resourced to deliver the award-worthy series we know this can be.

**GRAPHICS:** Per our meeting, we would like to explore the idea of bringing Elastic on to help refine existing graphics (eg: ep1 Sandy Morris graphic, SA alibi graphic) as well as to assist with additional timeline graphics throughout eps 1 - 10, which we believe will be extremely helpful in progressing the narrative in an impactful and efficient way. See GFX page for specifics. This would be in addition to Steven (as introduced by Ben) or someone of equal caliber who could execute for you.

**MUSIC:** We have provided detailed feedback on music cues for episode one which we hope can act as a guiding template for the full series.

**SOUND DESIGN:** please advise when we will see an episode that reflects your vision of full sound design. There is ample opportunity with such an emotionally captivating series to really engage on this front.

**EDITING:** we really want to see Moira and Laura directing as much as possible and again present the offer to bring on another set of hands to execute and refine while you focus on overall structure and creative vision.

Confidential NFXCOL0002015

Status:

1. The series is amazing. It is a major accomplishment to lay out such a complex case in such a clear and suspenseful way.
2. Poses some challenges in getting the audience buy-in for such a long view that at times gets very granular. Our goal is to protect the deep dive while being accessible, user friendly and impactful.

Goals:

1. Identify final overall series structure which supports the most impactful, compelling and revelatory storytelling, including:
   a)    number of episodes (9-10?).
   b)    length of episodes (recommending 50 minute target, no greater than 60)
   c)    best opens and closes (see specific notes in Structural Breakdown).
   d)    red herrings.
1. Music and gfx aren't being utilized effectively yet for the next pass we should take it to the next level and bring in reinforcements for the areas that aren't yet getting there.
2. With final overall episode structure in place, tighten each episode to most effective cut (see detailed notes).
3. Eliminate the storylines that aren't serving the greater good.

Confidential NFXCOL0002016

CURRENT:                    Episode 1.              SUGGESTIONS:

Cold open: S.A. gets out of prison. Background that
he was wrongfully imprisoned for 18 years. Cousin
says: "Be careful...They aren't even close to being
finished with you."

   -S.A. files civil rights suit against Sheriff and DA.
   -Jump back to Sandra deposition.
   -S.A. background.
   -Dispute with Sandra, S.A. charged with felony.
   -Penny B is attacked.
   -Police mishandle and Penny points to S.A.
   -S.A. arrested, Sheriff keeps him from lawyer.
   -Background on S.A.'s alibi.
   -Information about Gregory Allen.
   -S.A. found guilty.
   -Hard on family. Parents stick by him. Lori leaves.
   -New evidence - fingernails not enough.
   -Pubic hair found. Matches Gregory Allen.
   -Evidence of police misconduct.
   -S.A. back to normal life, meets Jodi.

Cliffhanger: S.A. is released: "Don't bring a lawsuit
against Sheriff's department in a community where
you still live or you could get charged with murder."

There should be a more explicit ending that
makes it clear that in the next episode the
cops are going to seek revenge. We should
have a really tight Episode 1 with a strong
cliffhanger that immediately engages the
audience to come back for Episode 2.
Currently, the suggestion that they might
charge him with murder is very subtle and the
audience to come back for Episode 2.
This line is impossible to understand without
any context. (also could consider ending with
the cliffhanger of whether or not the DNA
matches S.A., this would be the ultimate pull-
back for watching Ep2 but would mean
changing the cold-open)

Confidential                                                                    NFXCOL0002017

## Episode 1 - Detail (1hr 9min)

- 1:45 - we end the cold open with Steven's cousin saying, "Manitowoc County is not done with you, they're not even close to being finished with you". The viewer has yet to get their bearings - we should explore adding graphical treatment to these powerful words going into the title treatment. The viewer doesn't know what Manitowoc is at this point.
- 21:00 - Emphasize the relationship between Sheriff Kocourek's wife and Penny B so that we establish a motive for him to interfere in the investigation.
- 31:47 - The fact that the police had been following Gregory Allen is established (somewhat out of the blue) during the investigation. This set-up seems to undermine the revelation later, when his DNA is matched, that the police had been following him and hid this information. It could be more shocking to reveal later in the episode who Gregory Allen was and how evidence of his presence was known by the Sheriff's dept.
- 37:15 & 40:55 - There are two chunks that both talk about the parents sticking by him. This is something we return to several times through the series, so we should just be judicious about which of these is the most effective and sufficient.
- 41:50 - The explanation of the appeals system might be unnecessary - we should probably assume the audience has a basic understanding of this.
- 45:30 - Stephen Glynn talks for a while about how the decision shows how much the system is weighted against the presumption of innocence, but we never see the decision for ourselves - is there a way to pull out a representative quote from that decision that could be shown while he is talking? He also talks about how S.A. pays a heavy price for not caving under pressure, but this is already really clear.
- 51:00 - The exoneration of Steven should be a much more emotional turn of events. After 18 years it should be heartbreaking that he is finally out. Music and edits should build-up and pay-off in a much bigger way.
- - Public Integrity Bureau investigation report goes into a lot of detail and might be hurting the momentum of the episode's conclusion (over 4 minutes).

Confidential NFXCOL0002018

**Episode 2.**

CURRENT:

Cold open: Homevideo of T.H.

- S.A. files $36m lawsuit against Manitowoc.
- Civil suit trial.
- Police sketch mishandled.
- Legislature about to pay his $450k.
- Colburn received phone call in 1995, no report.
- More testimony.
- City will be on the hook for damages.
- Teresa Halbach goes missing.
- Search party - they find the Rav4.
- Cop asks if they have S.A. in custody yet.
- Calumet County takes over the investigation.
- Police search S.A.'s house.
- Manitowoc only used for support resources.
- Key found.
- S.A. is questioned and arrested.
- Keep S.A. away from lawyer. Lie about location.
- Kratz says the evidence hasn't been tainted.

Cliffhanger: S.A. DNA on the key and in the blood.
S.A. in handcuffs entering courtroom.

SUGGESTIONS:

The cold open of T.H. is very confusing and too far ahead of her disappearance to make the connection. Perhaps open with the image of the article saying that S.A. is suing the law enforcement agencies and Walter Kelly (Ep2 - 3:19) explains everything up until he says that it is for $36m. And it would save the TH video to use later to greater effect during the trial (eg around Ryan's testimony).

The police sketch and Judy Dvorak scenes are explained in such detail in Episode 1 that it is less of a bombshell here. Would it make more sense to hold the reveals for this Episode?

The testimony about this phone call and report (which we touch on several times throughout the series) is confusing as it relates to who within law enforcement knows what/when - could a graphic help chart the related events and make it less necessary to keep repeating the story?

Potentially add Allan's quote from the top of Ep3 saying "They framed an innocent man just like they did 20 years ago" to the cliffhanger here.

Confidential

## Episode 2 - Detail

- 5:55 - What Walter Kelly is saying about the AG's report is very interesting, but he is very slow and unclear in his diction - probably it ultimately isn't necessary. It could even be as simple as saying "they felt like they were talking law enforcement to law enforcement so were fairly candid."
- 14:00 - The phone call that Colburn receives and the subsequent flow of information to other figures in the Sheriff's department is something we keep going back to throughout the series. It would really help to create a graphic that can be built on throughout the series as new information is added to this topic. It would really help keep clear what the connections are and highlight when new information is revealed. It could also help minimize the amount of time we need to spend explaining it multiple times.
- Also, is there any record that Gregory Allen was in the Brown County prison when they made the phone call to Colburn? Maybe add his mugshot from that prison to the graphic as well. to drive home the fact that they are letting a known rapist go free while Steven rots in prison.
- 17:30 - There is probably more testimony of the police that we need at this point regarding the phone call.
- 22:50 - This Michael Grierbach testimony doesn't really seem necessary.
- 24:00 - Who is the person who is circled in the courtroom clip?
- 25:00 - Not sure what the montage of courtroom exteriors and testimony clips is doing here. (55 seconds for just a short VO) - and this conversation about the impact on the city is somewhat redundant - it could probably be tightened.

Confidential

NFXCOL0002020

**Episode 2 - Detail (cont.)**

- 27:20 - Stephen Glynn gives a very wordy and dry reveal that Teresa Halbach is missing. There should be a bit of a tonal shift and dramatic tire-screech when the bombshell is dropped that someone is connecting S.A. to a murder. He says it in an almost incidental way. Are there other options? News clips? Make this a visceral experience that a woman is missing and people are searching for her and the world is closing in on Steven.
- 32:30 - Search party lasts for almost 2 minutes. Maybe it could be cut down by 1 minute and have Mike Halbach's interview as partially VO instead of on screen the whole time.
- 42:40 - Not sure if we need the search party again since the car has already been found. It is clear that they are still looking for the body, but the focus now has shifted to the Avery property and since the search party isn't involved in that we could probably cut this entire minute out and get straight to finding the body and key.
- 45:00 - There should be more of a creepy, suspenseful tone when the bones and teeth are shown.
- End - Use lower-thirds to ID the cops that are questioning S.A.

Confidential                                                                                        NFXCOL0002021

**CURRENT:**

**Episode 3.**

**SUGGESTIONS:**

Cold open: S.A. denies and gets handcuffed in interrogation room. Allan Avery saying they are taking an innocent man and making him guilty just like 20 yrs ago.

Since Ep2 ends with him shackled going into courthouse, is it necessary to have him handcuffed here? Other ideas would be to start with teasing the fact that the key wasn't there the first several times they searched the room or start with the media turning on S.A. - making him into a monster.

- Start of pre-trial.
- Key wasn't there when they first searched.
- Court finds probable cause.
- Gov signs Avery reform. Discuss changing name.
- Media repaints S.A. a monster. Town reacts.
- Family gets hate letters.
- Judge sets bail high.
- Family visits.
- S.A. settles lawsuit to get money for defense.
- Halbach family files lawsuit to tie up money.
- Buting and Strang join - talk about police framing.
- Brendan is detained.
- Kratz details Brendan's version of crime.
- Jodi out, Chuck reacts, Allan says family torn.
- Brendan coerced and charged.

Cliffhanger: Brendan's mom says that if he testifies against S.A. he gets 20+ years with parole, but if he doesn't he could get life with no parole.

This is a great cliffhanger, but should drive harder on the fact that B.D. might testify against S.A. and is essentially being blackmailed to do this.

Confidential

NFXCOL0002022

## Episode 3 - Detail

- Opening - Use lower-thirds to ID the cops that are questioning S.A.
- 08:44 - Coverage of the Governor signing the Avery Reform Bill (and the state senator discussing) is definitely interesting, but it is a bit granular and might not move the story forward at all. This might not be information that the audience need and could save us almost two minutes.
- 13:55 - Chuck playing pool could be trimmed. The local woman and man giving the community perspective is good, but could stand on its own. This five minute chunk (including Steven's phone calls and Chuck in the junkyard) could be delivered in a few quick soundbites contrasted with the media coverage of Steven as a monster to show that there is a division of opinion between the establishment and the poor community. Could be really driven home if capped with Steven's quote (18:40) "Poor people lose".
- 19:19 - Do we need the scene of them visiting him in prison? We already get that the family is standing behind him and don't see why he would do this.
- 25:15 - 28:15 - Bringing in Strang & Buting should be a glimmer of hope and feel somewhat triumphant - here are two great lawyers coming to his rescue, but this three minute segment doesn't capture that. This could really be tightened up and enhanced by a good music cue.
- 41:56 - Jodi gets out of jail...is there any way to quickly establish earlier on that she has been in jail through all of this?
- 47:28 - Allan complaining about the loss of business and Chuck saying that he doesn't think Steven is guilty are both somewhat repetitive from other scenes - maybe a tighter version, but it feels like it might be overkill.

Confidential                                                                                     NFXCOL0002023

CURRENT:

## Episode 4.

SUGGESTIONS:

Cold open: S.A. on phone over B-roll: "Brendan said all of this. I feel sorry for him...It'd probably make somebody look like a monster....Nothing good can come out of this.

- New atty (Len) for B.D. - he is terrible.
- Jodi finds phone calls w/S.A. on day of murder.
- Eval. of blood and key DNA, evidence from car.
- Try to throw out B.D.'s confession.
- Len/O'Kelley push B.D. to confess.
- B.D. meets with police then calls mom.
- Police say easier to kill S.A.
- State tries to change death penalty, trial delayed.
- Jodi ordered not to see S.A.
- Family tries to get B.D. a new lawyer - denied.
- Judge tells Len to withdraw.
- Family check in.
- Recap of Penny B set-up.
- *Lenk.*

Cliffhanger. Blood vial is discovered to have been tampered with.

It's tough to understand in a cold open what S.A. is talking about - there is too much distance between this call and the previous episode's material that gives it context. Would it be possible to tease something that is coming ahead rather than recap?

Maybe it would be better to bring some of the innocence project's explanations about why this was so egregious from Ep10. It would help clarify the fact that Michael O'Kelley is supposed to be working FOR B.D. and also deal with it in one place instead of multiple times. And ending on such deep analysis of the issue is somewhat anti-climatic. Splitting it up between this section and the hearing for the new trial would possibly be more efficient.

Confidential

NFXCOL0002024

**Episode 4 - Detail (1hr20min)**

- 21:25 - Can the card identifying O'Kelly make it more clear that this guy is supposed to be helping Brendan? Would it also be out of the question to bring in the Innocence Project from Ep10 here to really explain why this was so egregious?
- 38:34 - The fact that media effects the jury is important could probably more concise - we get it. Might also be too much news coverage of whether framing is possible or not. It sets up the "We could just kill him" quote, but probably could be set up with just one or two quick clips.
- 42:00 - The death penalty conversation takes up a lot of oxygen. Is there any way to streamline it or lose it altogether? We already get so much about the jury being influenced by the media/culture. Almost five minutes is a big chunk when this episode is currently at 1hr20min
- - Dolores driving around the junkyard and the aerial atmospherics could all be tightened a lot. This four minute segment should probably be 30-40 seconds.
- - Pete talking about Manitowoc causing rape and they were most definitely biased to be investigating this case. It feels like this has been covered elsewhere?
- - This major dramatic moment of the tampered with vial being discovered could really have more impact with the right score.

Confidential                                                                        NFXCOL0002025

| CURRENT: | Episode 5. | SUGGESTIONS: |

CURRENT:

Cold open: S.A. enters courtroom. Buting discusses EDTA. Cards explain motion to exclude and judge denies and that State asks Judge to allow FBI to test for EBTA. Courtroom debate about EDTA testing. Judge allows testing.

-Drop sexual assault charges against S.A.
-Day 1 of trial.
-Opening statements (a lot about VM messages)
-Det Jacobs call (do we have a body?)
-S.A. questioned about T.H.'s appointment.
-Bobby says he was asked to help get rid of body.
-Debate about VMs.
-Judge blocks from talking about other suspects.
-Dean asks about roommate.
-Ryan H admits to figuring out her password.
-Boss (Sheriff?) says to search Avery property.
-Review of finding Rav4 and what followed (Pam)
-Dolores shows us where the car was found.

Cliffhanger: Colburn testifies about calling in the license plate before the Rav4 is discovered. Dolores drives around junkyard pointing out where they could have brought the car in.

SUGGESTIONS:

Feels like Buting is stumbling over what he is saying in this cold open. Maybe something less technical in the open? Maybe something that would hint at another possible suspect?

Great cliffhanger, but the effect is dulled by having Dolores pointing out the layout of the junkyard. We would recommend ending the episode before the Dolores scene.

Confidential                                                                 **NFXCOL0002026**

## Episode 5 - Detail (1hr10min)

- 15:00 - Lots of b-roll of people entering the courtroom. Opening statements are somewhat unruly. Everything they say is interesting, but most of this is covered really well in other sections. It might be more impactful to hit one or two points on each side that really summarize the spirit of what is happening. It seems like the voicemail
- 19:45 - Buting really rambles in this section - we could probably massage this into a much more succinct summary of what to expect in the trial. (three minutes and then straight into their opening statement which reiterates many of the same points)
- 23:00 - Defense Opening statement has the same issue as the prosecution's. Together the opening statements take up the majority of the first 30 minutes.
- 30:40 - Shows S.A. being interrogated about making the appointment in Barbara's name. This occupies a large part of the opening statement also - is there a more efficient way to get through the fact that the prosecution was trying to make it look like he was hiding his own name while the defense says he has a valid reason. This also seems like a minor part of the evidence base and it is hard to illustrate what exactly they mean, so it may be worth trimming this debate out.
- 36:30 - Bobby Dassey's testimony about Steven asking to hide the body - this could really be clarified by a graphic so that it is clear why it is so important to know whether this happened on the 3rd or on the 10th. And why the prosecution acted so improperly.
- They mention that T.H. had been receiving harassing phone calls, but they never identify you the harrassing caller was. Surely they had the phone records...can we explain who it was or why they couldn't identify that person if that is the case?

Confidential                                                                NFXCOL0002027

**Episode 5 - Detail (cont.)**

- 41:00 - The debate about TH's voicemail inbox being full and how we know that some were deleted and who had access to the voicemails could all really benefit and be laid out more efficiently with a graphic - probably can replace the actual phone records which don't really convey any information. (this is currently a 7 ½ minute section, plus it circles back again with the ex-boyfriend's testimony)
- 56:30 - In the Weigart call, he references the "boss" called - is there a way to get across who exactly the boss is?
- - We don't really need the interrogation of S.A. about how the truck could have gotten in or the footage of Dolores showing us the area. It really kills the effect of the Colburn license plates bomb.

Confidential                                                                                       **NFXCOL0002028**

CURRENT:                    Episode 6.          SUGGESTIONS:

Cold open: Card says one day after Brendan's arrest
there is a press conf. Kratz describes how S.A.
instructed Brendan to cut T.H.'s throat. Police search
residence and garage for new evidence. Kratz claims
physical evidence now makes sense.
    -Strang & Buting disc. poisoned jury pool.
    -Bullet found in garage - Lenk was present.
    -No T.H. DNA found in trailer or garage.
    -Bobby only thing placing her inside.
    -Skull fragments.
    -Evidence montage.
    -Sherry: blood on bullet matches despite botching
    -Defense tried to have labwork monitored, denied.
    -Everyone reiterates there would have been blood
    -Bones and barrels conversations.
    -Coroner dismissed.
    -Family check-in. TV might influence jury.        The timeline conversation is important, but also
    -Bloody hair in trunk.                             confusing and might not be the best hook to end
    -Timeline debate (Bobby D, bus driver, Scott T.)   the episode on. Would it be worth hinting that
Cliffhanger: School bus driver has a different         there is evidence that Lenk (or the cops in
timeline than Bobby. Lawyers explain the timelines     general) planted the evidence so that is tee'd up
don't match up.                                        for Ep7?

Confidential                                        NFXCOL0002029

**Episode 6 - Detail (1hr5min)**

- 08:58 - Strang rambles for too long about the fact that there was no reason or need for Manitowoc county to be present. Some of the audio could lap over the b-roll of Allan entering the courthouse which seems to also be too long.
- 17:30 - Kratz' press conf about there being a homicide with gunshot to the head seems unnecessary. Doesn't give any new information.
- 18:10 - Montage of video evidence also seems to be floating without any connection to the testimony from Sherry - maybe it could be tightened by pre-lapping her audio "can you identify this exhibit in front of you...it is a lead bullet fragment." This might give the video evidence context and also tighten all of this courtroom evidence.
- 20:50 - Not sure what the source material what you are cutting around is, but it feels like the timing of cutting to Buting's reaction to Sherry's testimony "I believe my DNA was introduced to the sample when I was talking" line could be timed for more of a comedic effect.
- 21:12 - Everything in the prosecution's press conference is just reiterating what was said in court and the reporter jumbles the question - it hurts the momentum. Buting says what happened much more succinctly, but again the reporter's question isn't important. What is important is Strang/Buting saying that this is why we asked to be present (almost three minutes of press conf).
- 24:42 - Excessive b-roll around the courthouse.

Confidential

NFXCOL0002030

## Episode 6 - Detail (cont.)

- 29:55 - This press conf could be trimmed down - in general we keep going back and forth between courtroom testimony and press conferences - they really need to be surgical in terms of explaining only things that need to be explained or giving new information. Even just having something like the reporter asking "do you really think that plays well with the jury?" give some context to how the outside world is interpreting the events, but anything the is redundant should be trimmed down or at least tightened a lot. Same with Strang/Buting explaining things such as Buting here who doesn't make a very clear point.
- 32:29 - In this stretch Buting, Steven, Allan, Strang and Pete each say essentially the same thing "there would have been blood" - this is repetitive. (this along with Sherry confirming that there was no blood and the subsequent press conf together add up to 6 ½ minutes)
- 39:55 - Could we use graphics to clarify and streamline the bone / burn pit analysis? (over 11 minutes)
- 45:35 - The side story of the coroner is interesting, but it might be something we could take out for the overall betterment of the episode. She is thrown out so quickly and we never get to hear from the county why she wasn't assigned the case and since she didn't investigate the case makes wonder why we would hear her testimony...as the other county's investigators and prosecutors were used, it almost makes sense that the Manitowoc Coroner wouldn't be used.
- 51:23 - We've already heard about the Avery Bill, so do we really need Allan talking about it again (or them going to prison to visit again)?

Confidential   NFXCOL0002031

**Episode 6 - Detail (cont. 2)**

- 52:49 - Do we really need Buting/Strang talking about the jury being influenced by the press? It seems like this is pretty clear from everything we've already seen. With so much trial to get through, this seems like another road bump.
- 55:50 - Scott, Bobby and the school bus driver testifying about the timeline runs very long and isn't entirely clear. Could a graphic help lay out exactly why this is important and allow us to get through their testimony more quickly. (this is almost 10 minutes)

Confidential                                                                NFXCOL0002032

CURRENT:                    Episode 7.            SUGGESTIONS:

Cold open: B-roll of police cars - "FBI is going to
assist in investigation...Manitowoc provided
resources. That is their only role." Allan says "They     Lots of really interesting mini-bombshells in
had Stevie picked. They set him up. They weren't          this episode. Nothing that has significant
even supposed to be investigating.                        impact on shifting our view of whether
                                                          anyone is guilty or not. Would it make sense
    -Debate abt Manitowoc PD being at crime scene.        to really tighten this and bring in some of the
    -Buting & Strang point to Lenk as framing.            revelations from Episode 8 to this episode
    -Press conferences re police reputations.             and then end Episode 7 pre-verdict?
    -More testimony on Colburn conflict & press conf
    -Buting est. that EDTA test is bogus.                 We should discuss Ep 7-10 and what the
    -Log shows Lenk didn't sign in - he denies framing    best benchmarks are for where each
    -Call with Dolores (family check-in).                 episode ends. Is four episodes best or
    -Judge rules EDTA admissible. Press conf abt.         would three be more effective?
    -S.A. call saying they are trying to keep him in.
    -Direct FBI testimony, pressconf, cross, pressconf
    -S.A. decides not to testify, pressconf.
    -Motion to dismiss false imprisonment.


Cliffhanger: Dean explains to S.A.'s parents that
good news is that 3 charges have been dropped,
bad news is that murder charge is all that matters.

Confidential

## Episode 7 - Detail

- 17:05 - Norm says his blood boils - this reaction is so great we probably don't need Buting adding on to it.
- 18:53 - Pete explaining is totally unnecessary. The facts are laid out so well we don't need him to be the peanut gallery. Everything he says is explicitly laid out and we have to trust that the audience is sophisticated enough regardless.
- 25:04 - Do we need this much of Strang's questioning of Colburn (4 ½ minutes)? (especially since we already had his testimony about calling in the license plate and we've spent a lot of time covering the 1995 phone call already)
- 33:59 - possible to get to the bottom of the Log more efficiently? As the trial goes on there should be less need for establishing shots and exposition that has already been covered, so each bit of evidence that is debated should be at a quicker pace.
- 39:45 - There is one minute of montage/b-roll here that really bogs it down.
- 41:35 - Lenk's testimony is really long. Graphic to demonstrate the scope of the Lenk coincidences?
- 46:20 - Do we need Lynn's testimony to establish that the Sheriff's dept had access to the evidence?
- 49:49 - Possible to tighten Buting talking about the EDTA test expert? Who is Janine and why do we need to hear that part of the conversation?
- 53:13 - Do we need these press conferences? There isn't any new information. Could go straight to S.A. saying "They are doing their damndest to keep me in here"
- 58:57 - Do we need prosecution's press conf about the EDTA testimony?
- - Do we need Strang's press conf about the EDTA testimony?
- - Cut parking lot b-roll?

Confidential

NFXCOL0002034

CURRENT:                    Episode 8 - 46min45sec        SUGGESTIONS:

Cold open: Allan walking around barn looking for
Steven's name on the floor. Dean talks about the fact            Allan walking around the barn doesn't really
that S.A. never committed these crimes: "What you               grab attention. The quote is strong, but perhaps
can hope to get is your liberty back, eventually."              this could tease to something that will happen in
                                                                this episode, such as the fact that a juror was
    -Closing arguments.                                         excused and S.A. gets to decide whether to call
    -Buting, Dean say he was framed.                            a mistrial or not.
    -Kratz says shouldn't matter if key was planted!
    -Judge gives instructions to jury.
    -News reports. Dolores talks to S.A. (b-roll)
    -Jury leaves for night. Juror is replaced.                  One quote that would make a powerful opener for
    -B-roll with S.A. talking, Dolores calls him.               this would be Strang saying "WHAT WOULD a case
    -Jury deliberates late. Buting/Dean look at press.          look like if someone were being framed? I would
    -Family warned about blowback.                              suggest a hypothesis that someone burned her
    -Verdict.                                                   body and dumped it in Avery's yard..." (08:00-10:00)
    -Dean/Buting sad, believe killer is on the loose.
    -Colburn makes statement.
    -Scott T: He had it coming.
    -Buting says 7 votes for innocent at start.
    -Excused Juror feels terrible.
    -Brendan's trial in 2 weeks. New lawyers discuss.
New ending: Brendan is led into court and we hear his call with Barb.

Confidential                                                              NFXCOL0002035

**Episode 8 - Detail**

- 04:30 - Buting and Strang's closing arguments are somewhat redundant and dividing them over the two days makes it drag. Could we intercut these?
- 08:30 - Judge makes statement about rebuttal - warns not to deliberate yet...is this necessary?
- 14:00 - the line from Kratz' closing argument "it shouldn't matter whether or not that key was planted" is a bit of a bombshell, but it get buried in this cut.
- 18:14 - Buting's commentary seems unnecessary as does the news reporter.
- 22:37 - News guy says that the option was up to Steven whether to accept the alternate juror. Could we highlight this by explaining in more detail? Could Steven have opted for a mistrial??
- 33:00 - There is a natural segway to Brendan's case when he is mentioned by Strang at the end of this press conference, but instead we detour to the family. For the sake of keeping the momentum of the trials going, it might be better to go straight into Brendan's case.

Also assuming that music spotting has yet to take place which will help dramatically to guide viewer response. eg: 25:00 - preceding the verdict when Dean meets with the family and essentially says to be careful for their safety in the event of a guilty verdict really hammers home the incendiary nature of the community sentiment. A big musical cue here would really drive home the stakes.

27:00 - the reading of Stevens verdict - no bigger moment in the episode. Really punctuate here. Good use of the diminishing audio of the Judge's ramblings beginning at ~28:00, where you almost feel like you're inside Steven's ringing head where he's unable to hear anything beyond the guilty verdict.

Confidential                                                                 NFXCOL0002036

**Episode 8 - Detail (cont.)**

32:45 - do you think there's a killer out there that the police have not caught - BIG musical opportunity, cut to cops or prosecution response as they wait on the side and punctuate with eerie music.

40:28 - Glynn: "not a pretty tale for the criminal justice system" - punctuate!

42:00 - learning that Tom Fassbender is calling Scot Tadych to convince Barbara make Brendan take a plea - perfect moment for 'bad guy theme'.

46:00 - closing music underlying Brendan's entry to the courtroom and his phone conversation with Barb is over more prod rock type guitar music which doesn't quite fit the ominous and foreshadowing mood audiences should be awash with going into this trial.

as an example:

15:51 - music beat w/atmospheric keyboards preferred to the wide body guitar overall. The overall music feels a bit more prod rock; please explore a more atmospheric, creepy and suspenseful tone throughout.

We haven't done a complete episodic spot for music here, but hopefully the frame that we're providing for episode 1 will translate well throughout the series.

Confidential   NFXCOL0002037

## Episode 9 (1hr3min)

SUGGESTIONS:

Cold open: Buting quote: the question is whether Brendan is going to confess to a murder he didn't commit.
- -Kratz opening statement.
- -Mark opening statement.
- -Play BD's first statement.
- -Lots of discussion of his coercion.
- -Only play first half of his confession.
- -Debate about interrogation tactics.
- -Kayla's retraction. TH brother talks to press.
- -Brendan testifies. His father comments.
- -Tape of his call to mom, he says he made it up.
- -Mike Halbach talks to press.
- -Closing arguments. Judge reads jury instructions
- -Judge reads verdict. Mom freaks out.
- -Buting/Strang comment.
- -Family comments on what they would say.
- - Mike Halbach reads statement in SA sentencing.
- -S.A. reads his own statement.

Cliffhanger: Judge reads statement for Steven and how dangerous he is. Dean comments: "Tragic lack of humanity." Buting: [Could happen to any of us.]

Tighten all of the testimony.

Move Brendan's verdict to 10 so that we have a strong reveal for episode 10?

Confidential

NFXCOL0002038

## Episode 9 - Detail

4:00 - Do we need commentary here to hammer home the fact that Kratz just claimed she was murdered in the house when a few weeks ago he claimed that she was murdered in the garage? We go back to it later, but this is a really big moment when he is obviously lying and it would really help the audience to see that more explicitly.

6:45 - We've seen so much of Brendan's statements and confessions that we maybe don't need all of the audio statement that is played in this hearing and probably don't need the explanation of his demeanor because we know it so well at this point. The important part and new information is that they only play part of his confession which starts about 6 mins later when Weigart set it up (although his setup is really bulky also).

19:30 - Mark talking about police being trained to elicit confessions isn't necessary - Richard (the excused juror just said it a couple minutes earlier and it is more interesting to hear his thoughts than the lawyer's.

30:15 There is a lot of very powerful testimony from Brendan - how much of it/what parts of it are the most essential? (15 minutes)

33:00 - Timelines of Brendan getting home, getting phone call, etc laid out in GFX

50:50 - 45 seconds of night b-roll maybe too much even for showing the passage of time during the deliberation.

52:30 - Would it help to point out that Colburn is escorting him out with a lower-third?

56:20 - Do we really need a card explaining the verdict since the judge read them?

57:25 - Strang's comments here don't feel necessary.

- Need card or chyron that this is Steven's sentencing hearing so we know this isn't Brendan's trial anymore

- Can we make it clear who the judges are and which cases they have handled before? (Allan says this later, but it gets a bit lost because he isn't very specific)

Confidential                                                                                     NFXCOL0002039

| CURRENT: | Episode 10 (1hr8min) | SUGGESTIONS: |

CURRENT:        Episode 10 (1hr8min)        SUGGESTIONS:

Cold open: Broll of empty house. Kratz press statement: [Happy S.A. won't be on the streets ever again.]

Potentially move in a bigger reveal to Ep10. The denying of new trials doesn't have enough punch in and of itself.

- -Community is happy. Family is destroyed.
- -Sandy story.
- -B.D. appeal for new trial. Focus on Len/O'Kelley
- -More about call to mom being orchestrated.
- -Judge denies Steven's motion.
- -Kratz scandal.
- -Judge Fox denies request for new trial.
- -Higher courts refuse to review both cases.
- -Sandy talks about his mental state.
- -Round table with lawyers comparing to rape case
- -S.A. starts preparing his own case.
- -Pete recaps the evidence, has other suspects.
- -Northwestern students discuss Brendan's case.
- -Wisc Supreme Ct turns down Brendan's case.
- -Federal suits filed.
- -Allan driving around garden. S.A. talks.
- -New Lawyer (Tom) - case on eavesdropping.
- Moved to Waupon
Cliffhanger: Sandy visits S.A. who says in V.O. "They think I'll stop…The truth always comes out."

As we discussed, focus Episode 10 on the characters - specifically Dean Strang's revelation that he has lost faith in the system if Steven isn't guilty and Steven's own attempt to save himself by studying the law. Take out the analysis where it veers too far from that story.

**Episode 10 - Detail**

Based on the desire to keep a 10 episode structure, the following elements feel like they can be removed to support better pacing and the continuous evolution of new information for the viewer.
13:45 - Steve D talking about getting the state to record videotaping doesn't seem important.
16:30 - Len's testimony tighten more?
22:00 - It takes 13min30sec to connect the Michael O'Kelly testimony to the phone call between Brendan and his mom.
40:45 - Pete recaps all of the evidence (5 minutes), but it is all info we already know. Pete says he thinks he knows who they were, but he doesn't say so it doesn't pay off for the viewer.
45:15 - Robert Dvorak recaps what we already know.
50:30 - Meeting with 3 lawyers is more recap, no new info. Analysis is great, but within the context of the film - adding at the end feels tacked on. The part of Strang talking about questioning his faith in the legal system is great, so let's focus on key revelations.
58:45 - The cards, graphics and news footage feels bumpy when going from Brendan's Appeals Court and Supreme Court decisions.
 - Sandy and parents' visit to Waupun is really long.

Also, to re-iterate, we would like to recommend moving Brendan's verdict to episode 10 out of 9 to ensure one major reveal in this final episode.

Confidential                                                                                     NFXCOL0002041

# GFX List

- Improve map for Steven's alibi for the rape of Penny B. (Ep1)
- Add perm graphic for the Sandra Morris encounter (currently listed as temp)
- Law enforcement org chart to help keep clear who everyone is throughout (1-10)
- Org chart of various courts/Judges - especially when we get repeat judges (1-10)
- Number of times the Avery property is searched & over what duration
  - when the key is discovered (search #6?)
- Len/O'Kelley/Investigators (explaining the coercion of Brendan) (4)
- Lenk's mysterious involvement every step of the way. (4)
- Teresa Halbach Voicemail details (5)
- Timelines (Colburn License Plate Phone call - 5, Bobby v Busdriver - 6, Police Log at Crime Scene - 7)
- Bones/Burn barrels (6)
- Do we add a GFX of all leads not pursued by Manitowoc or Calumet? (TH roommate, Ryan H, Bobby Dassey, Scott T)?
- Contradictory State arguments (how can Teresa have been killed in bedroom & garage)?
- Graphic of salvage yard and estimate size and # of cars and probability of finding TH's Rav 4 in less than 20 minutes.
- Brendan flip flopping statements & dates ?
- Chart out the appeals (9-10)
- Timelines of key events: (1-10)

Perhaps there is one master graphic that could contain both law enforcement, judges and all of the various lawyers

**Confidential**                                                                                    **NFXCOL0002042**

# Music Beats

The role of music throughout the series is vital and will play a primary role in helping guide viewers through this rich and complex narrative. Below are a few proposed areas to review and we look forward to discussing further once the overall episode structure is solidified.

- Overall: the lulling guitar hurts the tone. The music should put everyone on the edge of their seat.
- Can we work to establish a subtle but impactful 'theme' track for the baddies, e.g. Lenk, Petersen, Kratz and certainly for Len Kachinsky & Michael O'Kelly to help clearly support that despite their appointed roles to protect Brendan – they are doing him great harm.
- Similarly, there have been moments of hope & promise introduced throughout, e.g.: when Steven secures Buting and Strang on his case, when the Innocence Project / Steve Drizin and team enter Brendan's life – can we work to utilize music to subconsciously and organically support the emotional connection and hope.
- Enhance emotions of Steven's release (Ep1)
- Music is slow when he meets his first girlfriend (and then wife).
- Music could drive the magnitude of the moment that S.A. is first convicted. (Ep1)
- Create the shock of Steven being connected with Teresa's disappearance. (Ep2)
- Sheriff Petersen suggesting that it's easier to kill SA than frame him on the news is absolute madness, should be emphasized (Ep4)
- Major twist when the tampered blood vial is discovered. (Ep4)
- All of the verdicts should be very suspenseful and use music to enhance.
- Enhance shock of Colburn escorting Brendan out when his verdict is read (Ep8-9)
- Michael O'Kelly's testimony is shocking. Music might underscore this to great effect and highlight the importance of his conflict of interest (Ep10)

Confidential                                                                    NFXCOL0002043

# Overall Notes

- As we refine, let's be very judicious about ensuring that every scene serves to evolve the key narratives and character development in a novel way. Currently there is a relatively high level of repetition throughout the episodes. Rather than repeat key points for impact, let's make their initial introduction impossible to forget via pacing, music and graphics.
- A large amount of the series is built on S.A.'s narrative based on his phone calls to and from prison. To ground this, perhaps there's a defining visual representation of him talking on the phone (recreated or otherwise) that could be used throughout. (for example: a diverse group of tight to medium shots of him picking up the phone, putting it down, shots from behind, tapping foot, scratching skin etc.)
- Discuss the overall use of drone footage and b-roll. As it stands, while it makes the series feel cinematic and have bigger scope, currently, the use still feels somewhat arbitrary and could be used to have greater strategic effect either to illustrate literally what is happening within scenes or it could be used to create an emotional/atmospheric arc rather than repetitive.
- Consistency in subtitles/lower third in a way that clearly distinguishes the different individuals when we are bouncing between different V.O.

Confidential                                                                NFXCOL0002044

# Appendix - Current Overall Structure

Episode:
1. S.A. Background, Arrest and Rape Conviction
2. S.A. Civil Suit, Disappearance of T.H., Charges against S.A.
3. Building the case against S.A., Settles Civil Suit, Brendan is arrested
4. Analysis of Evidence, Brendan is coerced, Evidence was tampered.
5. Trial begins.
6. All trial.
7. All trial.

8-9.    End of trial. Verdict. Brendan's trial.

10.    State of family. Sandy introduction. S.A. and Brendan appeal.
Innocence project analysis. Brendan's hearing for new trial. Round table with lawyers. S.A. trains himself to appeal himself and family visits. Pete reviews. Students discuss. Status of new appeal.

Confidential    NFXCOL0002045

| **From:** | Lisa Nishimura █████████████████████ |
| **Sent:** | Friday, July 24, 2015 3:55:52 AM |
| **To:** | Moira Demos ██████████████████████;Laura Ricciardi █████████████████████ Mary Manhardt ████████████████████>;Lisa Dennis ███████████████████ |
| **Cc:** | Adam Del Deo <███████████████████>;Benjamin Cotner ████████████████████ |
| **Subject:** | Making A Murderer: Ep 3 Notes |
| **Attachments:** | Making a Murderer_Ep3_07.23.2015.pdf |

Dear Moira, Laura, Mary & Lisa,

Thank you so much for Episode 3. We are so enthusiastic about the progress that you've been making. This episode really digs into some crucial detail while still moving the story along at an increasingly good pace. There is still some work to be done, but you are definitely heading in the right direction.

We've tried to be specific in the attached notes, so let's go through any questions you might have on our call tomorrow. The music continues to be strong in parts, but tonally off in some parts that need to increase the intensity or others where we need to pick up the mood in order to move the story along. There are also many opportunities to highlight important information by underscoring it more effectively. We've tried to note all of those specific spots that stood out to us, but overall the tone of the music continues to drag and we would encourage you to continue to take a closer look at the overall mood that it is setting.

We would also love to dig into the graphics tomorrow. We had some questions about the new clips and would really love to figure out how we can help take these to a higher level. It would help if could share the music and graphics cue sheets so we can discuss more efficiently. Looking forward to connecting!

Best,

Lisa, Adam & Ben

Confidential

NFXCOL0002047



Confidential

# Episode 3 (1hr)

**CURRENT:**

**Cold open:**

**SUGGESTIONS:**

Changed...The new cold open is great, really turns the tables on Steven with the $450k payment being cancelled and law enforcement closing in on him. And the music really drives it home!

-Start of pre-trial.
-Overview of the evidence (Rav4, bones)
-Key wasn't there when they first searched.
-Court finds probable cause.
-Media repaints S.A. a monster. Town reacts.
-Family gets hate letters.
-Judge sets bail high.
-S.A. settles lawsuit to get money for defense.
-Buting and Strang join - talk about police framing.
-Brendan is detained.
-Kratz details Brendan's version of crime.
-Brendan bail hearing.

Preliminary hearing is getting tight. Great

-Jodi out, Chuck reacts, Allan says family torn.
-Brendan coerced and charged.

Cliffhanger: Brendan's mom says that if he testifies against S.A. he gets 20+ years with parole, but if he doesn't he could get life with no parole.

Good closing - very clear that Brendan is being forced to testify against Steven.

Confidential

NFXCOL0002049

**Episode 3 Detail:**

- 1:26 - add ident for Walter Kelly

- 3:30 - Music is great - really ups the stakes.

- 4:30 - more rapid succession of pretrial testimonies is great - better pacing creates really strong engagement.

- 10:30 - Music under news clips is effective, really keeps tension up, especially after the poignant moment of SA saying "poor people lose" - which is great with powerful silence that lets those words ring, but this silence could be punctuated more by surrounding music.

- 12-13:00 - Family all repeating they didn't think he could have done it - too many. Maybe remove Yvonne?

- 13:30-13:50 - People seem to get confused between the $450k awarded by the legislature (before being cancelled) and the $425k settlement from the $36m lawsuit. Maybe a simple graphic could track Steven's various avenues for recourse and each of their outcomes.

- 14-1430 - Like the townspeople commenting in the pool hall, but probably one too many. The guy in the middle seems the least expository (first woman mentions the key being planted, the last specifically says that the town couldn't afford the lawsuit so they had to get rid of the problem).

- 17:15 - The underscore here is incredibly sleepy.

- 19:25 - Dean Strang speaking about how he can understand the human emotions of how Manitowoc police could end up planting evidence. . . adjust music to darker & more ominous.

- 20:00-22:00 Strang/Butin inspecting the junkyard is pretty bulky scene, could be tightened.

- 25:40 - Good unsettling underscore.

Confidential

NFXCOL0002050

**Episode 3 Detail (cont.)**

- 34:35: great ominous music in this section under the card re: Barb visiting Brendan on March 4th at the Sheboygan Detention Center.

- 35:28 - Jodi gets out of jail...is there any way to quickly establish earlier on that she has been in jail through all of this? (this is same note from last cut - thoughts?). A lot of her walking from jail to car and from car to trailer - could tighten.

- 42:00-43:00 - Dolores v Barb scene isn't really clear. Do we need it?

- 46:00 - Yvonn isn't necessary, Reesa says it more effectively.

- 47:53 - add simple and unsettling music bed as Brendan is walked into the interview room with Weigert and Fassbender. He has no idea how his life is going to change from this interview on. Could also really accentuate the "They got into my head" line with the play of music/silence.

- 49:15 - The calendar graphic feels very strange - not clear at this point what it is trying to get across.

- 54:57 - audio glitch when Jerome Buting says, "xxx" finally gets frustrated and says - "her head - what happened to her head". The name (whether it's Wiegert of Fassbender is cut off)

- 56:43 - After he says "By being honest you can at least sleep at night" it would be nice to bring in an emotional music cue - this is really sad that they are doing this to him - and it could carry us through until we drop out the music at 57:47 when Barb says "Did you?" so that the silence is deafening when he says "Not really....they got into my head"

- 59:30 - Could really ratchet up the music - the score from the open for example was more intense and might work here. The world just closed in on Brendan...

Confidential

NFXCOL0002051

**From:** Lisa Nishimura <█████████████████████>
**Sent:** Friday, August 7, 2015 1:27:32 PM
**To:** Moira Demos █████████████████████Laura Ricciardi
█████████████████████Mary Manhardt ████████████████████;Lisa
Dennis████████████████
**Cc:** Adam Del Deo ████████████████████,Benjamin Cotner ██████████████████
**Subject:** Making a Murderer: Ep 5 & Ep 6 Notes
**Attachments:** 08.07.2015_MAM_Ep5_Ep6_Notes.pdf

Hello Team,
I hope this finds you all well. Attached please find our notes on behalf
of Episodes 5 & 6. Looking forward to connecting this afternoon.
Best,
Lisa

Confidential

NFXCOL0002058



Making a Murderer

Confidential

NFXCOL0002059

CURRENT:

Cold open:

Episode 5.                    SUGGESTIONS:

-Drop sexual assault charges against S.A.
-Day 1 of trial.
-Opening statements (a lot about VM messages)
-Det Jacobs call (do we have a body?)
-S.A. questioned about T.H.'s appointment.
-Bobby says he was asked to help get rid of body.
-Debate about VMs.
-Judge blocks from talking about other suspects.
-Dean asks about roommate.
-Ryan H admits to figuring out her password.
-Boss (Sheriff?) says to search Avery property.
-Review of finding Rav4 and what followed (Pam)
-Dolores shows us where the car was found.

Cliffhanger: Colburn testifies about calling in the
license plate before the Rav4 is discovered.

Confidential

NFXCOL0002060

## Episode 5 - Detail (1hr10min)

This episode has come a long way. The new edits around the blood vial are much improved, however the top of the episode still feels very slow to start because of the opening statements, but once the ball gets rolling it uncovers a lot of the evidence. It is doing a much better job of painting the picture that there were several other potential suspects who were not investigated.

What is the context of him saying "If the defense wants to put forth their defense then they do so at their own peril."? This statement feels clunky, out of place and perhaps unnecessary.

07:05 – Buting and Strang discussing the jury questionnaires – they're frustration is coming through in an almost pissy/sarcastic way and feels pretty long.

8:30 – Something bumps in the cut of Dolores watching the news coverage, something missing in the stitching to make it a convincing cheat.

Confidential

NFXCOL0002061

# Episode 5 - Detail (cont.)

09:00 – 09:50 – Check the chyron - it reads Feb 12, 2005 first day of court. I believe this is meant to be 2006 or 2007. Do we need the b-roll of the empty courtroom and the press room? Music scales up over this rather than over people entering courtroom. As a result, it lulls back down before Kratz' opening statement.

09:50 - 12:45 – Kratz' opening statement goes on a long time and seems to meander a bit. Review to tighten

12:45 – 13:00 – Do we need the judge giving instructions not to discuss the case?

15:30 – "Both were questioned about their own activity and conduct with respect to Mr. Avery's imprisonment." Is there a sound byte here that references that this is in relation to the older rape charges? The year is easy to miss and this could be confusing for people not really familiar with the timeline.

15:30 – 19:55 – All of Strang's opening statement is really important, but look at tightening – even tiny trims will help. This much talking in a courtroom begins to make for a really dry episode. Perhaps music could help? This episode is naturally so courtroom heavy that we need to try really hard to help people through it.

Confidential

NFXCOL0002062

# Episode 5 - Detail (cont.)

23:15 – Great cut between Bobby Dassey testimony and the news coverage – and the music nails it!

26-27:00 – Well cut/music works to show the press' doubt on the Bobby Dassey testimony in contrast with the Judge's ultimate decision not to call a mistrial or instruct the jury to disregard. Would look to have the music hit slightly harder w/the card stating that the judge does not call a mistrial or direct the jury to disregard.

28:20 - How important is it to have this interview w/Dolores and Allen re: Bobby Dassey? She says, "half of that stuff isn't even true, implying that half of it is - feels too vague to make a point."

36 – 36:45 – They are arguing about whether or not the judge will allow the cell phone testimony in front of the jury, but we don't see his decision.

37:30 – 38:15 – Strang's comments seem a bit preachy and obvious – do they really further the story or raise a question that the material doesn't naturally raise?

49:00 – Did Pam and Nicole search the junkyard after the Sheriffs got the Averys' permission? Did Steven give them permission?

53:00 – The Tammy Webber information is interesting, but without knowing who she is or how much weight this holds it could be confusing. Do we have more information on who she is or should we consider taking this out?

The Colburn ending is terrific! - can we add music to help emphasize further? He goes from being so sure and then is caught in a clear lie about the origin of the car make and model.

Confidential

NFXCOL0002063

## Episode 5 - Detail (cont.)

Question - where are we utilizing the Teresa Halbach home video of her talking about life, and how she would feel if she died now? Is there a strategic place to put within this episode or do you have plans to utilize strategically elsewhere? It's extremely powerful, particularly once the viewer has established a connection.

It should be knowable when Teresa made that video. Do we have that information? Could we accurately lay it within an episode to coincide with the actual events of that time.

**Was it ever administered as evidence in the trial? If so, when?**

Confidential

NFXCOL0002064

CURRENT:

Episode 6.

SUGGESTIONS:

Cold open: Card says one day after Brendan's arrest there is a press conf. Kratz describes how S.A. instructed Brendan to cut T.H.'s throat. Police search residence and garage for new evidence. Kratz claims physical evidence now makes sense.

-Bullet found in garage - Lenk was present.
-No T.H. DNA found in trailer or garage.
-Bobby only thing placing her inside.
-Skull fragments.
-Sherry: blood on bullet matches despite botching
-Defense tried to have labwork monitored, denied.
-Everyone reiterates there would have been blood
-Bones and barrels conversations.
-Bloody hair in trunk.
-Timeline debate (Bobby D, bus driver, Scott T.)

Cliffhanger: School bus driver has a different timeline than Bobby. Lawyers explain that the prosecution still hasn't put forth a theory about when and where she was killed.

Confidential

NFXCOL0002065

# Episode 6 – Detail (59min)

- Opening chyron – propose to change to read that Kratz and Pagel HOLD a press conference (versus held) to keep it present tense.
- 1:20 – Music at end of Kratz' press conf is fantastic.
- 08:02 – Good sound design punctuation on the end of Remiker's testimony, can we further add a musical cue when it's confirmed that Remiker saw Lenk on the property?
- 16:20 – Do we need this press conf from Kratz? Seems it would be powerful to go straight to photo of Teresa.
- 22:24 – Possible to trim down people entering courtroom/walking around press room and get straight back to Sherry?
- The entire burn barrel testimony is still very long.
- 46:00 – **Dorothy and Allan visiting Steven; is this scene necessary?**
- 48:37 – 49:39 – Buting isn't very concise here. Is it possible to do some dialogue trims and get him to the point faster?
- 58:45 – Are there too many quotes at the end? Could we end with Buting's line "I'm still waiting."? That might achieve the same result as "Spring it on us at the last minute.", but without the redundancy.
- You've just come off terrific cliffhanger closes with the blood vial in ep 4, and Andy Colburn caught in a lie in ep 5. Comparatively, this close doesn't feel as impactful or urgent. One suggestion would be to pull up the open of 7, eg Manitowoc police being on site when they weren't supposed to be part of the investigation.

Confidential

NFXCOL0002066

## Episode 6 - Detail (59min)

key moments of testimony where **music cues can be added:**

- Ryan - 1) has Teresa's vm pw 2) can't remember what time of day he saw Teresa last
- Sherry Culhane - 1) confirming that Fassbender specifically asked her to try to find DNA of Teresa in Steven's trailer. 2) Her deviation from protocol. 3) She never found Teresa's DNA in Steven's trailer AND also did not find Brendan Dassey's DNA there either
- Scott Tadych - after he is so confident about the time he left (2:45), then Dean has him read his statement to police 16 months earlier, time is 3:15 and the flames are 3 ft. versus 10 ft.
- Bobby Dassey - testimony about being so confident that he and Scott ident one another precisely at 2:45, but under oath say that the two of them did not coordinate or talk about this statement.

Confidential

NFXCOL0002067

| **From:** | Lisa Nishimura ███████████████████ |
| **Sent:** | Thursday, August 13, 2015 12:16:24 AM |
| **To:** | Moira Demos ███████████████████;Laura Ricciardi ████████████████████████████;Mary Manhardt ██████████████████████Lisa Dennis██████████████ |
| **Cc:** | Adam Del Deo ███████████████;Benjamin Cotner ████████████████ |
| **Subject:** | Making A Murderer: Notes Episodes 3 & 4 |
| **Attachments:** | 08.12.15_MAM_Ep3_Ep4_Notes.pdf |

Team!
Congrats - these latest cuts of 3 & 4 are fantastic. You have accomplished
an amazing task in getting so much information into a tight & dramatic
form. We are thrilled with the work you've done.

The music is being used to far greater effect. We would encourage you to
keep working at it to ensure you engage the full scope and impact of music
as you finalize. Similarly, as you work with Elastic we want to make sure
that not only are the graphics created at the highest quality, but that
they are utilized to maximum effect. A couple of our notes reflect this
point. We have some other very minor suggestions and points attached. We
look forward to discussing them with you, but most importantly great job
and congrats!!
Best,
Lisa, Adam & Ben

Confidential                                    NFXCOL0002068



Confidential

NFXCOL0002069

Episode 3 (1hr)   SUGGESTIONS:

CURRENT:
Cold open:

-Start of pre-trial.
-Overview of the evidence (Rav4, bones)
-Key wasn't there when they first searched.
-Court finds probable cause.
-Media repaints S.A. a monster. Town reacts.
-Family gets hate letters.
-Judge sets bail high.
-S.A. settles lawsuit to get money for defense.
-Buting and Strang join - talk about police framing.
-Brendan is detained.
-Kratz details Brendan's version of crime.
-Brendan bail hearing.
-Jodi out, Chuck reacts, Allan says family torn.
-Brendan coerced and charged.

Cliffhanger: Brendan's mom says that if he testifies against S.A. he gets 20+ years with parole, but if he doesn't he could get life with no parole.

Confidential

NFXCOL0002070

**Episode 3 Detail:**

- Overall note: it would be helpful to label all of the footage (in all episodes as we finish them) that is part of police evidence as a result of searching the Avery property as "Police Video" to distinguish it from documentary footage.

- "Poor people lose." Really want to emphasize this key line of the phone call. It's so core to the classism and bias that drives so much of this entire story. Explore adding an impactful music to that one line, or allowing a beat more of time to really take it in.

- 20:30-21:00 - This Jerry Buting sequence is really powerful, let's just ensure his assertions aren't defamatory. His statement needs to align with the filings they made in court.

- 22:00 - Do we need Robert Hermann here? Could we jump straight to the press conf?

- 35:07 - Remove "November 6" from the text on the card.

- 49:00 - Let's discuss the goals of this graphic and how you are directing Elastic to execute. It isn't just that the graphic needs to improve, it actually feels like the timing of how it is cut into the scene should be examined. It feels tacked on to the end of the scene and essentially repeating information rather than being integrated within the scene and enhancing the narrative.

Confidential

NFXCOL0002071

CURRENT:

Cold open: Brendan's call with his mom and then S.A. saying he feels sorry for him...nothing good coming out of this.

-New atty (Len) for B.D. - he is terrible.
-Jodi finds phone calls w/S.A. on day of murder.
-Eval. of blood and key DNA, evidence from car.
-Try to throw out B.D.'s confession.
-Len/O'Kelley push B.D. to confess.
-B.D. meets with police then calls mom.
-Dateline
-Police say easier to kill S.A.
-Jodi ordered not to see S.A.
-Family tries to get B.D. a new lawyer - denied.
-Judge tells Len to withdraw.
-*Lenk.*

Cliffhanger: Blood vial is discovered to have been tampered with.

## Episode 4.

SUGGESTIONS:

Confidential

NFXCOL0002072

# Episode 4 - Detail (1hr 4min)

- Mark the date at the top of the episode.
- 5:25 - To add support to what Len is saying, could we add a card saying what the actual law is in Wisc regarding having a parent present when a minor is questioned.
- 14:35 - It might help to clarify if you say on this card "Brendan's lawyer, Len, has made arrangements..." or "Len, the public defender, has made arrangements..." (Again, the Len and O'Kelly's behavior is so counter intuitive for the first time viewer).
- 40:45 - Music really good here with Jodi in her car, following that scene you've done a great job tightening Jodi at home.
- 41:50 - 42:20 - Is it possible to tighten Allan here into just a quick reference to "'Here he is. Kenny Peterson. I didn't like the statement he made either. That was a hell of a thing for a sheriff to say. He said that right on TV." to set up Peterson's testimony (trim these shots 41:33-41:36, 41:45-41:48, 41:52-42:08)
- 42:29 - 44:46 - Peterson's testimony feels like it could be tightened still. Could we cut "Two members of your department... In your life have you ever spent a day in jail for a crime you didn't commit." (42:44 - 44:22). This section seems to just confuse the fact that Strang is trying to get across that Peterson personally had reason to be biased. We get plenty of Lenk/Colburn in much more clear sections.
- 52:30-52:38 - Cut extraneous lines "you're going to call your PO?...they told me I had to go see her."
- 52:45 - Great job building the narrative arc of Jodi and Steven's relationship, her unwavering dedication to him despite his incarceration and ultimately the demise of their relationship due to the relentless harassment that she was under.
- 1:00:12 - The Sheriff org chart is temp, right?

Confidential

NFXCOL0002073

| **From:** | Lisa Nishimura <██████████████████████ |
| **Sent:** | Monday, August 17, 2015 5:43:45 PM |
| **To:** | Moira Demos ██████████████████;Laura Ricciardi ██████████████████████;Mary Manhardt <████████████████████ |
| **Cc:** | Lisa Dennis <██████████████ Adam Del Deo <████████████████ Benjamin Cotner ████████████████;Zana Lawrence ██████████████████ |
| **Subject:** | Making A Murderer: Episode 7 Fine Cut Notes |
| **Attachments:** | 08.17.2015_MAM_Ep7_FineCutNotes.pdf |

Moira, Laura, Mary & Lisa,
Attached please find our notes on behalf of Episode 7 Fine Cut. Kindly review and we can set up a call to answer any questions or to jump into detail.

Congrats on all of the hard work - the progress is amazing!

Best,
Lisa

Confidential                                                                              NFXCOL0002074



Confidential

NFXCOL0002075

**08.17.2015 Update:**

**Episode 7 Fine Cut**

**TRT: 1:03**

**MACRO:**

Episode 7 is really coming together! This is a pivotal and challenging episode given the density of material and the sheer volume of courtroom testimony, and in particular the enormous amount of exposition of evidence. The structure is solid and serves the complexity of the story well, but the sheer density & volume of the material can at times, become overwhelming to the viewer. While we fully recognize that you've significantly pruned through the various testimonies, it is our feeling that there is further room to tighten.

While the run time of 1:03 is definitely far more in line with where we feel most of the episodes should land, because the specific material in the episode is so heavily concentrated in testimony and evidence, we would suggest targeting a shorter run time in the 50 - 55 minute zone.

Looking forward to discussing!

Confidential

NFXCOL0002076

Episode 7.

SUGGESTIONS:

CURRENT:
Cold open: B-roll of police cars – "FBI is going to assist in investigation…Manitowoc provided resources. That is their only role." Allan says "They had Stevie picked. They set him up. They weren't even supposed to be investigating this. Right?"

-Colburn testifies about questioning SA and finding the key. Colburn questioned about report.
-Debate abt Manitowoc PD being at crime scene.
-Buting & Strang point to Lenk as framing.
-Press conferences re police reputations.
-More testimony on Colburn conflict & press conf
-Log shows Lenk didn't sign in – he denies framing
-Judge rules EDTA admissible. Press conf abt.
-S.A. call saying they are trying to keep him in.
-Direct FBI testimony, pressconf, cross, pressconf
-S.A. decides not to testify, pressconf.

Cliffhanger: Dean explains to S.A.'s parents that good news is that 3 charges have been dropped, bad news is that murder charge is all that matters.

Confidential

NFXCOL0002077

# Episode 7 - Detail.  TRT:  1:03

- 04:00 - Fade-out on music is very abrupt/awkwardly placed here.
- 05:25 - 07:05 - Colburn testifying about the key could use a lot of tightening.
- 10:42 - Jump cuts on Strang for "Nov 5, Nov 6, Nov 7" are awkward.
- 19:00-23:30 - Consider cutting Kucharski down significantly or entirely. Establishing his lack of oversight of Lenk/Colburn was covered by the previous officer and Buting's argument about the keys falling from the bookcase is confusing/doesn't have a huge impact - it actually detracts from the point that they could have planted it. Especially when it eats up 4 ½ minutes.
- 23:30 - 25:20 - Similarly Lenk's testimony about the search could be really cut down or out.
- 25:20 - 26:00 - Buting's claim that he put the DNA on the key is really weak.
- 19-26 This whole section detracts from connecting Lenk's testimony to the officer earlier testifying that they should not have been there to begin with.
- 29:03 - Could we cut Orth after 30:45 once we've established that Lenk/Colburn weren't there at the beginning and that he started the Log (until 31:16)?  Lenk's presence on the site is better established with Fassbender reading the log (and finding a record of Lenk leaving but not signing in) and Lenk himself with conflicting testimony across 2 dates (2:05 arrival vs. 6:30pm arrival)
- 34:00 - Good music ratcheting it up.
- 39:20 - Good music.
- 40:51 - Good music.

Confidential

NFXCOL0002078

## Episode 7 - Detail

- 50:45 - consider adjusting the musical Bed for Jerry's driving interview re: the FBI retooling the EDTA test from the droning guitar and drum loop to more of an atmospheric and haunting musical bed.

- 51:35 - Buting's joke here about "do so so at your peril" will only work if you keep that in Episode 5. It was confusing in 5, so depending on what you do there you might want to consider cutting it here also.

- 51:55 - Triple check Buting's statement here for legal. He is directly claiming they framed Steven. Make sure this is 100% covered in their legal filings.

Confidential

NFXCOL0002079

| **From:** | Lisa Nishimura ██████████████████████ |
| **Sent:** | Sunday, August 23, 2015 4:33:59 PM |
| **To:** | Moira Demos ██████████████████Laura Ricciardi ██████████████████████Mary Manhardt ██████████████████;Lisa Dennis ██████████████ |
| **Cc:** | Adam Del Deo ██████████████████;Benjamin Cotner ██████████████████ |
| **Subject:** | Making A Murderer Notes: Episodes 8 & 9 |
| **Attachments:** | 08.23.2015_Making a Murderer_Episodes 8 & 9 Notes.pdf |

Moira, Laura, Mary & Lisa,
I hope this finds you all well. Attached please find our notes on behalf
of Episodes 8 & 9. Terrific progress! You'll find that these notes are
focused on refining, tightening and leaning into specific moments to ensure
the greatest emotional engagement.
We look forward to speaking with you and answering any questions that you
might have!
Best,
Lisa, Adam & Ben

Confidential



Confidential

NFXCOL0002084

CURRENT: Episode 8 - 45min 23sec SUGGESTIONS:

Cold open: Allan walking around barn looking for Steven's name on the floor. Dean talks about the fact that S.A. never committed these crimes: "What you can hope to get is your liberty back, eventually."

-Closing arguments.
-Buting, Dean say he was framed.
-Kratz says shouldn't matter if key was planted!
-News reports. Dolores talks to S.A. (b-roll)
-Jury leaves for night. Juror is replaced.
-S.A. talking on tape about how he feels.
-Family warned about blowback.
-Verdict.
-Dean/Buting sad, believe killer is on the loose.
-Allan talks about Manitowoc winning.
-Colburn makes statement.
-Scott T: He had it coming.
-Buting says 7 votes for innocent at start.
-Excused Juror feels terrible.
-Commentary from Pete, Kim and Stephen Glynn.
-Brendan's trial in 2 weeks. New lawyers discuss.

New ending: Brendan is led into court and we hear his call with Barb.

Confidential

NFXCOL0002085

# Episode 8 - Detail 08.23.2015

- 4:30 - 9:27 - The closing arguments are running too long to sustain engagement. Is there any way to trim them down? The content is great, but 5 minutes of straight speech is too much. Perhaps cut Strang's lines about Lenk lying since we covered that in trial? Do we need as much detail about Buting's theory on the burn barrels?

- 6:59 - Dean Strang - At "Would Lieutenant Lenk lie?" - perhaps a quick cut away to a Lenk (photo or footage) would be impactful since it would put a face to him in this defining moment. Take a look at it both ways and see what works better.

- 9:05 - Probably best to ID both Lenk and Colborn in the two shot photo.

- 13:05 - 13:48  Consider cutting Jerry Buting's post trial epilogue section. From a pacing perspective, it's a bit slow and he doesn't add any significant new information which was not covered in the closing statements.

- 17:32 - Explanation of replacing the verdict is much more clear!  Great job.

- 18:14 - Buting's commentary still seems unnecessary here

- 18:29 - When Steven says "If they finding me guilty, it's gonna be hard......why I have my family go through all of this, and everything else...." is powerful but doesn't resonate as strong as it could as currently juxtaposed against the B-roll shots of his parents only. Maybe add a few shots/photos of his kids and ex-wife and girlfriend to remind the audience what Steven has lost already for going away for a crime he didn't commit, all of which is on the line yet again. The additional shots may add some further emotion to the sequence.

- 26:37 - 28:55 - THE VERDICT - The reading of the guilty verdict of Steven still doesn't feel climactic enough given the entire series has been building to this moment. Perhaps enhancing the music and/or cutting to other members of the Avery family in the courtroom showing strong disappointment on their faces (conversely, maybe adding any shots of Kratz, Colburn, Fassbender, etc. and their team showing satisfaction would work too), and an overall intensifying of the cutting style would help drive this into a more climactic

Confidential

NFXCOL0002086

# Episode 8 - Detail

(cont.)

moment. Currently the beat emits anger and we feel injustice was done, but given the overall investment made in watching 8 hours thus far, the audience should be feeling more intense anger, sadness, bewilderment, and perhaps even fury at this jury decision. Take a look and see if it can be ratched up.

- 27:59 - Great use of music to subtly accentuate when Steven chokes up here!
- 33:30 - 34:30 - Music is lulling. Would a version of the cue at 18:42 work here as well?
- 37:28 - Off of Mr. Beatz interview, do we have a photo or any footage of Ken Kratz getting an award for winning this case? If so, it would be satisfying and impactful to use it.
- 37:53 - 39:44 - Pete and Kim and Stephen Glynn together is too much commentary, please trim.
- 41:21 - new atmospheric and haunting music under Brendan's walk into the court is much better

Confidential

NFXCOL0002087

Episode 9 (1hr3min)

Cold open: Buting quote: the question is whether Brendan is going to confess to a murder he didn't commit.

-Kratz opening statement.
-Mark opening statement.
-Play BD's first statement.
-Weigert
-Lots of discussion of his coercion.
-Only play first half of his confession.
-Kayla's retraction. TH brother talks to press.
-Brendan testifies.
-Tape of his call to mom, he says he made it up.
-Mike Halbach talks to press.
-Closing arguments. Judge reads jury instructions
-Judge reads verdict. Mom freaks out.
-Strang comment.
-Dolores cries.
- Theresa Halbach video.
- Mike Halbach reads statement in SA sentencing.
-S.A. reads his own statement.

Cliffhanger: Judge reads statement for Steven and how dangerous he is. Dean comments: "Tragic lack of humanity." Buting: [Could happen to any of us.]

Confidential

NFXCOL0002088

# Episode 9 - Detail (1hr3min)

- 4:00 - Still think that someone should explain that Kratz claims Teresa was murdered in a completely different location in Brendan's case. This is shocking and not completely obvious unless it is pointed out.
- new music under the end of Kratz's opening statement is powerful.
- 7:39 - 8:50 - It might be better to take out the audio playback of Brendan's first interview. It is hard to understand and slows things down.
- 15:00 - during the smoke break with Barbara, Richard Mahler, Carla Chase and Peter Dassey, the comments from Carla and Peter don't really add to the conversation meaningfully. Richard's point about the lack of DNA evidence and Barbara saying that Weigert is lying about giving her the opportunity to be present during Brendan's interrogation are the key bits. Consider trimming, especially because there is a solid segment with Peter Dassey later in the episode.
- 17:43 - Is there any footage or documents (maybe a corporate training video) from John E. Reid & Associates showing their interrogation techniques? It may sell the line attorney Fremgen better.
- 39:57 - 40:06 - awkward pause here as he is putting the slide up.
- 41:00 - 41:17 - Would it be possible to cut this setup of Brendan denying talking to Kayla and just start with him saying "How is it that you and Kayla came up with seeing body parts in the fire?"
- 44:44 - 44:58 - Consider taking out shots of them walking into the courtroom.
- 51:20 - Good "danger" music when Colburn is walking him out.
- 53:55 ID both Colburn and Petersen - amazing , given the conflict of interest, that they are now walking Brendan out of court.
- 54:15 - Could we subtitle what Barb is yelling in this section? Who does she say set it up?
- 1:01:05 - ID that Colburn is walking Steven Avery out of the court. Again, huge conflict of interest given he was always a suspect in tampering with evidence.
- Playing Teresa's home video in the courtroom during the sentencing is affecting. Separate from this, when will we see the video of Teresa talking about her own death?

Confidential

NFXCOL0002089

**GENERAL**

COLD OPEN: Let's label whose home this is as we start showing the opening images. Is it Steven's home? Let's discuss other ways can we set up the episode before going into the credits.

SANDY GREENMAN: This is the first time we see Sandy Greenman. Although context is given to her relationship with Steven, we don't have closure with Jodi who was in the first few episodes. What happened to that relationship? Is there a statement we have of Jodi explaining the break up - even further, whether she believes he's still innocent? (we believe you're addressing in episode 4, but let's discuss). Also, the fact that Sandy hasn't had physical contact with Steven (until he is moved to Waupun Correctional Institution) is a shocking fact given that they're engaged. Let's discuss her introduction to the series and her significance in his life (along with her relationship with his family), and also calibrate how much screen time we want to allocate to her narrative specifically. Currently, she is a substantial part of the episode and we believe we may be able to pull back her overall narrative a bit while still having her role be incredibly impactful.

PACING: As discussed before with previous episodes, pacing is an issue. There's new information being squeezed into this final episode (Sandy, Brendan's case with the Innocence Project, etc). Let's figure out a way to create proper chapters so the storylines are interwoven as well as explore shortening certain court scenes and b-roll so information doesn't drag. In other words, many of the sequences feel long with run-on narratives. As a result the cadence of episode 8 feels inconsistent with episodes 1-7.

Episode 8 presents a meaningful challenge to deftly navigate a large expanse of time, as well as working to weave back and forth between Steven and Brendan's storylines. Given the sheer volume of information, as well as the climax of the verdicts and sentencing of both Brendan and Steven across episodes 7 & 8, let's explore how best to present those key pieces of information across these final 2 episodes. As an example, do we reveal the verdict for either Steven or Brendan in episode 7 and then the other in episode 8 along with sentencing for both?

NORTHWESTERN CLASS/STUDENTS: Please strongly consider removing the this entirely. While interesting, the students pov doesn't add authenticity to Brendan's innocence and tonally it feels like it belongs in a different film. Treating it as a classroom case study feels too basic and inconclusive. Brendan's defense attorneys are amazing and incredibly articulate - particularly Laura, Steven, Robert are powerful and remarkably effective at communicating the level of injustice that has taken place throughout the course of Brendan's case. Let them shine through this section - they bring great clarity and are very satisfying to watch. In parts the students pov dilutes the clarity presented by their instructors.

Confidential

NFXCOL0002124

JUDGE ELLIS: Let's discuss how we can elevate his character at the beginning of the episode. We left off episode 7 seeing how biased he was against Steve - and it comes up again (at 45:00). He essentially is a key figure in preventing Steven's innocence to be explored.

ENDING: Currently, given the investment the audience has made in the 8 episodes, the ending feels anti-climactic. Perhaps there's new promising up-to-date information we can add that presents more of a light at the end of the tunnel, some hope, for Brendan and Steven, or work to amplify the positive turns (new defense team for both Brendan and Steven, Steven successfully moving to Waupun and educating himself and driving his own case effectively enough to earn a court appointed attorney).  Further, stylistically how can we generate more anger and urgency. Using Steve's V.O. works very effectively throughout, can we build a bigger narrative around his own words for the ending?  Also, it would be helpful to explain Tom Acquino's status on the case given how new he is to Steven's defense.

Also, we think doing a round up (eg., where are they now) of Kratz and all the investigators involved would be interesting. Our audience needs to be left not only feeling extremely upset and saddened for Steven and Brenden, but also incredibly angry.

To close, remember, we're looking for people to feel terrified and enraged; to feel as though it's their responsibility & need to discuss this case, to raise it in the social consciousness and to drive awareness and potentially a new legal look in the same way society did for The West Memphis Three. Leave the audience feeling angry!

**SPECIFIC**

6:09:  This is the first time we see Sandy, as Steven's fiance no less. What happened to his other girlfriend? Why did she start visiting him? What was the initial connection?

8:45 - Is there a better transition we can use here between Sandy's interview and Richard Mahler's interview (rather than the dock?) Is there a picture at all of Sandy and Steve we can insert? (not sure that exists)

13:29 - Do we need this interview with Barbara here? It may be better suited for the end. What month is this in 2010?

17:13 - We don't need this much of a set up for Brendan's trial. It drags - let's cut to the trial instead of spending so much time on b-roll seeing people file in and get their bearings.

47:00 - Can we find a better way to transition into Kratz's misconduct?

49:08 - Again, we need a better way to transition out of Kratz being taken off the case because of his misconduct. These two scenes (Len Kachinsky being removed) feel too dropped in rather than strategically connected.

Confidential

NFXCOL0002125

51:40 - Let's label Sandy's home here.

53:44 - This scene is really long and it feels that the information is familiar and not propelling the story forward. Perhaps there is a way to make this feel more kinetic in nature. Also, once it's been cut more efficiently, can we ID of the description/location/who's in this scene? Lastly, will we need to remind folks what "EDTA" is at this point in the story? Will they remember from previous episodes?

55:22 - Perhaps we can show a graphic here to visually see how both cases are parallel.

1:00:34 - He says "this much" and the subtitle reads "this one"

1:01:11 - Please label. Why is he revisiting Steve's house - under what context, when, etc? We need a stronger set up.

1:09:09 - 1:13:14 - This scene with Steven's mother and Sandy drags on and doesn't move the story along. Let's consider cutting.

1:15:01 - 1:20:55 - Per above, please consider removing this classroom scene from Northwestern analyzing Brendan's demeanor and status within the case. It feels irrelevant to the story overall.

1:15:50 - Another example, this professor explaining "what we look at when analyzing a confession" comes off rather overplayed and exaggerated.

1:22:55 - This scene of Steven's father walking around his garden, while sweet feels out of place and slows the pace.  What's the underlying purpose?

Instead, cut to 1:24:20 with Steven talking about his dream of where to live and what he wants - it's showing shots of the garden that we were just walked through but let's see more images of him and his family and Sandy - let's create the hopeful tone for the life he doesn't have that he's yearning for.

1;24:13 - When in 2014 is this?

1:27:48 - Is there a better way we can say "Steven is in a maximum security prison" without saying "not super max" - to provide context of the difference of where he was before?

1:28:29 - When Sandy says here that she has never actually had physical contact with Steven, this is an important fact for the audience to know given that she's been labeled as his fiance the entire episode. Why is that fact stated here at the end of the episode rather than when we're first introduced to her character?

Confidential

1:31: The last statement he says "I want my life but they keep on taking it" - this is the note we end the series on and it is powerful. Let's explore different imagery to use here and ways to lead up to this closing statement.

Confidential

NFXCOL0002127

**MAKING A MURDERER**
Ep 6 v1 / 3.9.15

**GENERAL:**

**Length:** This episode is an hour and 30 min. While the court scenes are captivating we need to ensure that we're providing the essential evidence, of which there is a bounty! Let's trim where we can to ensure continued engagement and keep the pace and transition in a way that we don't lose folks in unnecessary detail unless it will play into key evidence in later episodes.

We're in a lot of detail until at around minute 39, we speak to the fact that they're at day 18 of testimony & provide a summary of facts to date via the defense attorneys. This is a welcome organizing moment to help the viewer ground all of the testimony, but let's make sure that viewers get there and are not lost before.

As an example, Dr. Leslie Eisenberg: Forensic Anthropologist, her testimony in particular is important and thoughtful, but comparatively very boring and lulling. Can we cut directly to her admitting that she can't reasonably support that there might be more than 1 burn site? When combined by the later testimony of Dr. Scott Fairgrieve: Author of "Forensic Cremation Recovery & Analysis saying that he actually finds the evidence to be more supportive of the theory that the body was burned elsewhere and brought over is powerful. We need to really build and hold this moment.

**Pete:** An overall note as he appears across multiple episodes. Can we do something to help further substantiate who he is and why his POV is valid? He does such a good job of providing context and articulating just how out of normal protocol and extraordinary the investigation has been to date. Let's make sure he is substantiated and believable based upon his past history.

**Opening Credit Sequence:** Let's discuss today next steps for the graphics treatment.

**Beginning**: Instead of just the date, can we provide another line of context of who and what we're about to see? It's important that these cards reset the scene for the viewer, especially to remain consistent from where the viewer left off in the previous episode. Also to relabel the characters at the beginning.

**Avery's Parents:** It's heartbreaking and effective to have this up close look at parents watching their innocent son in this situation. However, it feels that we're leaning in on Avery's parents too much overall. For example, we don't need the scene of Steven's dad talking about how much blood a deer holds. Please revisit overall.

**AMOUNT OF QUARTS OF BLOOD:** During the testimonies, there seems to be a different number. Please review just to be sure.

Confidential

NFXCOL0002131

**SPECIFIC:**

7:33 - Re-label Steven's lawyers here. Again, to have them relabeled at their first appearance at the beginning of each episode will be helpful for the audience, even if some of these characters are consistent in each.

17:40 - 17:55 - Can we label these exhibits? Where/what? Even if there's someone describing at certain parts, it'll be helpful to both see and hear.

45:00 aprx - in this area, the testimony of Linda Eisenberg starts to really drag. The defense attorney, Strang, drags in his line of questioning as well, specifically, in his summary of events at approximately 47 minutes. We know this is an important narrative, however is there perhaps a way to make this just as impactful, but also more concise.

52:19- 55:00 - Feels like this section is lagging a bit overall. Can see if maybe speeding up Dr. Scott Fairgrieve testimony will help? It's important information but, again like Eisenberg, could if possible, use some tightening.

1:06 - Brendan Dassey's testimony section feels long - if possible, perhaps an area to tighten. Please revisit.

1:09:00 - Love the character of the woman bus driver, Buchner. She gives impactful testimony and comes across very credible.

1:12:03- The transition into FBI witness, Lebeau, feels very low energy. Can we explore ways to transition stronger into this FBI witness, maybe in a kinetic way? Since this is another significant witness, if we can transition into him in a stronger, more interesting way it should set him up better (especially for his statement at 1:15:35).

1:17:00- BIG QUESTION: Why would the FBI have a specific interest in covering up for and possibly aiding and abetting with Manitowoc County? Seems like we would maybe need to know that Manitowoc had some deep history with Lebeau/other FBI officials for them to testify in the case in such a subject manner. We are not saying we shouldn't do this arc, it just feels unlikely. This was something we bumped on. Let's discuss.

Confidential                                                                                      NFXCOL0002132

Episode 1:

- Do we reveal Steven has been let out of prison so early in the episode
- MUSIC is slow when he meets his girlfriend and then first wife. Pace needs to be picked up
- Check this - Don't think we make the Sandy Morris connection when we see her younger picture. Also, we cut back to the younger picture twice which we should try to avoid.
- Use different colors or italics for subtitles (Steven and others)
- Better editing on rape re-enactment scene - currently feels too subtle
- Seeing all the ID of the different sheriffs and deputies is confusing.
- Music is so subtle when Steven is convicted. Music needs to be more present overall.
- Feels slow pacing when Steven parents and Aunt are talking about supporting Steven. To be clear, this is the part before the appeals lawyers get involved.

- When Steven gets out of jail needs to be WAY more climactic and suspenseful.
- The episode tracks better, but less emotional. Editing can be sharper turning the story in a more clever and precise ways. Music also is, again, key.
- Should we foreshow Vogel and a key villain earlier.


Episode 2
- Two shots of attorney feels stage. Probably not worth exploring.
  - Should be lose the sketch of Avery in Episode 1 since it's effective used in this episode from Eugene on the stand.
  - Lose Judy Dvorak Stand Testimony in episode 1. Much better here.
  - What's in the document/memo the Eugene is referencing on the stand and is trying to evade.
  - **MUCH HARDER TURN when we go to Teresa Halbach.** Should be use a news clip.
  - Need context on who filmed Teresa Halbach mother and brother. Feels.
  - Search for Tereasa should feel more build up and more cinematic. Feels like this should be THE FUGITIVE. Use more set up with Imagery BEFORE the search party starts walking.
  - We need to make a distinction between Calumet and Manitowoc. Use a graph to show the distance. What county is Kratz from? Also, what's the historical relationship between Calumet and Manitowoc.
  - More of Halback mom at the prayer vigil. This could be more powerful is let to play out more.
  - Imagery of teeth and bones when it's first mentioned - make this more of a thriller and creepy.

Confidential

NFXCOL0002133

- ID the cop who's interrogating Avery on the overhead - FASSBENDER (off camera) and WIEGERT (on-camera).

Overall

Great timeline - Using more.

Episode 3
- What's the overall strategy to use the cold opens. Perhaps cold open with Steven walking into the courthouse? Let's discuss.
- Trim Chuck (Steven brother), especially in the pool hall.
- If you are going to use public sentiment scene (in the bar), they you need variation and more POV.
- Good to see Tom Kocourek, but we need to understand if he is the mastermind, the driver, of the original arrest of Steven, the entire cover up, and the second cover up of Steven. Let's discuss?
- Do we need to have Jodi, the girlfriend, in the series? Does she help advance any storytelling. If we keep her, do we need to set up that she goes to prison for a DUI. Need to tighten her.
- Why wasn't Barb in the interview room with Brendan?
- Where does Dr. Larry White teach? Does he work at a reputable school?
- Dr. White says detectives are "Unaware" they are coercing Brandon. Not convinced that they aren't intentionally coercing Brandon. I think they are obviously shaping and pushing the storyline they want.


Episode 4
- Odd cold open, it doesn't work.
- Regarding the Jodi and Steven call from prison - do we need a visual - tape to tape - deck device.
- Needs to be clear that Michael O'Kelly is Brendan's investigator, not Kratz. SInce O'kelly is so biased. You think he works for her.
- Cut Senator Lasse (death penalty senator) way down. Much too long
- What did Brendan make up his story? Should we analysis this.
- Pace at the end of this episode is
- Pete Baetz re-cap isn't necessary
- **Jerry Buting anaysis of Petersen, Lenk, Kratz is strong...Should we use analytical approach throughout.**
- Breaking into to vial so be way more climatic!
- Should the innocence project be more involved.

Episode 5
- Why does the State drop 3 charges of Brendan on the place card at the beginning - which is mentioned

Confidential

NFXCOL0002134

- Beginning of trial - people walking in - is way too fat. Needs to be cleaned up and tightened.
- Kratz opening statement needs to be way cut down.
- Pete Baetz - does he work overall? He given a statement is that the state job is get a prosecution.
- Phone messages - need a timeline here. Also, probably best to see an overall timeline.
- Who are the other suspects?
- Hillages is super interesting - we can really lean into this.
- Does Steven Avery ever give the permission to search the junk yard before the Rav is found?
- Strum - need to better understand why she had Paggle phone #.
- Do we need Butting to contextualize that
- Ending is odd. Should we cut Dean (and perhaps Jerry) out of the frame.
- Colburn - let him be really

Episode 6
- Jerry and Dean tone is off here.
- REALLY NEED TIMELINE GRAPH.
-

Episode 7
- Conspiracy theory is being introduced well by Dean, but short on specifics.
- Too many courtroom scenes
- Too much Jerome play-by-play - tonally it slows the story
- Jerome says police think it Steven at the end of the car ride (when we have already said from Jerome and Jerry it's a conspiracy). Cut Jerome at end of car ride before FBI testimony on EDTA.
- Too long overall. Stay in the courtroom and be efficient.
- Not claer

Episode 8
- Cut Steven's dad
- Dean says to camera that Steven has been screwed over. Please cut this, again.
- When we're waiting for the decision, it should be much for suspenseful.
- Cut Dean's conversation in parking lot or, at least, trim down. This is right before the verdict is read. Is drags.
-

Episode 9
Do we need to see Brendan's case. Can we just use a card. Let's consider.

Episode 10
This feels a bit like an epilogue. Fundamentally, does it work? I am not sure it does.

Pace, Pace, Pace.

Confidential

NFXCOL0002135

Michael O'Kelly - what's his history, background - who does he know, Peterson, Kuche, Lenk, Colburn?

Should Nirider and innoce project be integrated throughout the episode?

OVERALL - Other Macro Notes:

How often did Steven use Auto Trader?
Music is lulling….not working and needs rethinking.
Who could have access to Steven's blood?
Did we need cinematic device (or re-enactment of someone in the booth) for all the prison calls?
Need graphical treatment of timelines of who was doing what on the grounds of the Avery compound.
Use Drone Footage as a character, more strategically
We need to be more efficient in the story telling. Less press conferences. More concise in the court room.
Gregory Allen - hold back on showing any information
Need Jim Haygood or other editor
Lose innocence project episode

Confidential

NFXCOL0002136

Confidential

# Making a Murderer

NFXCOL0002137

Confidential

**07.16.2015 Update:**

**GOAL:**

Given the limited amount of time remaining, we want to ensure that we're aligned on the following key areas going forward. Most importantly we should engage additional supports quickly where appropriate, to ensure you are supported and fully resourced to deliver the award-worthy series we know this can be.

**GRAPHICS:** Per our meeting, we would like to explore the idea of bringing Elastic on to help refine existing graphics (eg. ep1 Sandy Morris graphic, SA alibi graphic) as well as to assist with additional timeline graphics throughout eps 1 - 10, which we believe will be extremely helpful in progressing the narrative in an impactful and efficient way. See GFX page for specifics. This would be in addition to Steven (as introduced by Ben) or someone of equal caliber who could execute for you.

**MUSIC:** We have provided detailed feedback on music cues for episode one which we hope can act as a guiding template for the full series.

**SOUND DESIGN:** please advise when we will see an episode that reflects your vision of full sound design. There is ample opportunity with such an emotionally captivating series to really engage on this front.

**EDITING:** we really want to see Moira and Laura directing as much as possible and again present the offer to bring on another set of hands to execute and refine while you focus on overall structure and creative vision.

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 227 of 270   Document 330-1

Status:
1. The series is amazing. It is a major accomplishment to lay out such a complex case in such a clear and suspenseful way.
2. Poses some challenges in getting the audience buy-in for such a long view that at times gets very granular. Our goal is to protect the deep dive while being accessible, user friendly and impactful.

Goals:
1. Identify final overall series structure which supports the most impactful, compelling and revelatory storytelling, including:
   a) number of episodes (9-10?).
   b) length of episodes (recommending 50 minute target, no greater than 60)
   c) best opens and closes (see specific notes in Structural Breakdown).
   d) red herrings.
2. Music and gfx aren't being utilized effectively yet for the next pass we should take it to the next level and bring in reinforcements for the areas that aren't yet getting there.
3. With final overall episode structure in place, tighten each episode to most effective cut (see detailed notes).
4. Eliminate the storylines that aren't serving the greater good.

NFXCOL0002139

## Episode 1.

**CURRENT:**

Cold open: S.A. gets out of prison. Background that he was wrongfully imprisoned for 18 years. Cousin says: "Be careful...They aren't even close to being finished with you."

-S.A. files civil rights suit against Sheriff and DA.
-Jump back to Sandra deposition.
-S.A. background.
-Dispute with Sandra, S.A. charged with felony.
-Penny B is attacked.
-Police mishandle and Penny points to S.A.
-S.A. arrested. Sheriff keeps him from lawyer.
-Background on S.A.'s alibi.
-Information about Gregory Allen.
-S.A. found guilty.
-Hard on family. Parents stick by him. Lori leaves.
-New evidence - fingernails not enough.
-Pubic hair found. Matches Gregory Allen.
-Evidence of police misconduct.
-S.A. back to normal life, meets Jodi.
Cliffhanger: S.A. is released: "Don't bring a lawsuit against Sheriff's department in a community where you still live or you could get charged with murder."

## SUGGESTIONS:

There should be a more explicit ending that makes it clear that in the next episode the cops are going to seek revenge. We should have a really tight Episode 1 with a strong cliffhanger that immediately engages the audience to come back for Episode 2.

Currently, the suggestion that they might charge him with murder is very subtle and the audience might think everything is resolved. This line is impossible to understand without any context. (also could consider ending with the cliffhanger of whether or not the DNA matches S.A., this would be the ultimate pull-back for watching Ep2 but would mean changing the cold-open)

# Episode 1 - Detail (1hr 4min)

- 12:50 - Just to confirm - this animation is just a first pass, right? Will the final animation be motion?

- 16:20 - Good music

- 23:47 - Flag for legal review - "They made the case that night themselves."

- 29:40 - Graphic great connecting police w/ sheriff - is Elastic polishing this?

- 31:04 - Confirm Elastic is working on this graphic. The clock especially doesn't work as effectively as the graphic treatment we saw. And the photos popping out make the screen cluttered.

- 31:04 - 32:23 -Music cue feels soft and tonally off. Add more tension here.

- 43:43 - Maybe look at extending the photo of Steven's kids here - feels like it ends too soon.

- 45:50 - Music should pick up when the Innocence Project takes the case, this is good news!

- 47:32 - Is there a photo of the public hair? Could really drive home the fact that his entire life was hanging on the outcome of one hair. Might as well go there...

- 47:30 - Music feels small/muted when Steven gets released.

- 48:30 - Consider inserting a card reminding us how long Steven was in prison "After 6000 days..." - this would help more than the date (Sept 11, 2003) which we don't have enough perspective to really grasp what that means.

- 49:57 - This photo of Vogel is soft (used a couple of times) - is it just low res still or do we have a better photo to use?

- 52:15 - Maybe add a photo of Vogel in addition to seeing his signature here to drive it home.

- 1:00:00 - It might be good to look at reordering his quotes here and start with him saying "I'm amazed that sitting in Milwaukee we couldn't hear the sigh of relief coming out of Manitowoc as soon as that AG report came out." which would punctuate the previous scene. Then go into "I don't think Steven had any alternative but to bring the lawsuit..." It might just track better.

NFXCOL0002141

Episode 2

SUGGESTIONS:

CURRENT:

Cold open: Voicemail from Teresa
-S.A. files $36m lawsuit against Manitowoc.
-Civil suit trial.
-Background w/ Jodi
-Judy Dvorak
-Police sketch mishandled.
-Legislature about to pay his $450k.
-Colburn received phone call in 1995, no report.
-More testimony.
-City will be on the hook for damages.
-Teresa Halbach goes missing.
-Search party - they find the Rav4.
-Cop asks if they have S.A. in custody yet.
-Calumet County takes over the investigation.
-Police search S.A.'s house.
-Manitowoc only used for support resources.
-Key found.
-S.A. is questioned and arrested.
-Keep S.A. away from lawyer. Lie about location.
-Kratz says the evidence hasn't been tainted.
Cliffhanger: S.A. DNA on the key and in the blood.
S.A. in handcuffs entering courtroom.

# Episode 2 - Detail (55min)

08.29.2015

- The new cold opening with Teresa is good, updated musical bed is really engaging! Updated footage of Steven post exoneration also working and helpful in establishing the timeline of how long he was free between arrests.

- 9:45 - Good introduction of Jodi and her DUI/arrest history

- 27:00 - 27:44 - Is Rohrer saying that he told the AG's office significant? Might be able to trim that.

- 27:45 - Could we give this montage of depositions to Elastic to do a simple treatment and make it look a little smoother?

- 30:30 - Timeline graphic is really helpful.

- 33: - do we want to add a musical punctuation under Mike Halbach saying that the grieving process could take days, weeks . . . when interviewed about his sister's disappearance.

- 35:55 - Is that Mark Wiegert's voice? If so, perhaps we should ID him to establish?

- Addition of Teresa's home video here is very unsetting and effective.

- 41:30 - 41:50 - Do we know who the voice reading Steven's letter? Would be great to label "voice of Detective so-and-so"

- 48:23 - There is an errant frame at the end of the Sheriff Pagel's press conf (on the cut to news clip about Walt Kelly)

Episode 3 (1hr) SUGGESTIONS:

CURRENT:
Cold open:

-Start of pre-trial.
-Overview of the evidence (Rav4, bones)
-Key wasn't there when they first searched.
-Court finds probable cause.
-Media repaints S.A. a monster. Town reacts.
-Family gets hate letters.
-Judge sets bail high.
-S.A. settles lawsuit to get money for defense.
-Buting and Strang join - talk about police framing.
-Brendan is detained.
-Kratz details Brendan's version of crime.
-Brendan bail hearing.
-Jodi out, Chuck reacts, Allan says family torn.
-Brendan coerced and charged.

Cliffhanger: Brendan's mom says that if he testifies
against S.A. he gets 20+ years with parole, but if he
doesn't he could get life with no parole.

NFXCOL0002144

## Episode 3 Detail:

- Overall note: it would be helpful to label all of the footage (in all episodes as we finish them) that is part of police evidence as a result of searching the Avery property as "Police Video" to distinguish it from documentary footage.

- "Poor people lose." Really want to emphasize this key line of the phone call. It's so core to the classism and bias that drives so much of this entire story. Explore adding an impactful music to that one line, or allowing a beat more of time to really take it in.

- 20:30-21:00 - This Jerry Buting sequence is really powerful, let's just ensure his assertions aren't defamatory. His statement needs to align with the filings they made in court.

- 22:00 - Do we need Robert Hermann here? Could we jump straight to the press conf?

- 35:07 - Remove "November 6" from the text on the card.

- 49:00 - Let's discuss the goals of this graphic and how you are directing Elastic to execute. It isn't just that the graphic needs to improve, it actually feels like the timing of how it is cut into the scene should be examined. It feels tacked on to the end of the scene and essentially repeating information rather than being integrated within the scene and enhancing the narrative.

Episode 4.          SUGGESTIONS:

CURRENT:

Cold open: Brendan's call with his mom and then S.A. saying he feels sorry for him...nothing good coming out of this.

-New atty (Len) for B.D. - he is terrible.
-Jodi finds phone calls w/S.A. on day of murder.
-Eval. of blood and key DNA, evidence from car.
-Try to throw out B.D.'s confession.
-Len/O'Kelley push B.D. to confess.
-B.D. meets with police then calls mom.
-Dateline
-Police say easier to kill S.A.
-Jodi ordered not to see S.A.
-Family tries to get B.D. a new lawyer - denied.
-Judge tells Len to withdraw.
    -Lenk.

Cliffhanger: Blood vial is discovered to have been tampered with.

# Episode 4 - Detail (1hr 4min)

- Mark the date at the top of the episode.

- 5:25 - To add support to what Len is saying, could we add a card saying what the actual law is in Wisc regarding having a parent present when a minor is questioned.

- 14:35 - It might help to clarify if you say on this card "Brendan's lawyer, Len, has made arrangements..." or "Len, the public defender, has made arrangements..." (Again, the Len and O'Kelly's behavior is so counter intuitive for the first time viewer).

- 40:45 - Music really good here with Jodi in her car, following that scene you've done a great job tightening Jodi at home.

- 41:50 - 42:20 - Is it possible to tighten Allan here into just a quick reference to "Here he is, Kenny Peterson. I didn't like the statement he made either. That was a hell of a thing for a sheriff to say. He said that right on TV." to set up Peterson's testimony (trim these shots 41:33-41:36, 41:45-41:48, 41:52-42:08)

- 42:29 - 44:46 - Peterson's testimony feels like it could be tightened still. Could we cut "Two members of your department...In your life have you ever spent a day in jail for a crime you didn't commit." (42:44 - 44:22). This section seems to just confuse the fact that Strang is trying to get across that Peterson personally had reason to be biased. We get plenty of Lenk/Colburn in much more clear sections.

- 52:30-52:38 - Cut extraneous lines "you're going to call your PO?...they told me I had to go see her."

- 52:45 - Great job building the narrative arc of Jodi and Steven's relationship, her unwavering dedication to him despite his incarceration and ultimately the demise of their relationship due to the relentless harassment that she was under.

- 1:00-12 - The Sheriff org chart is temp, right?

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 236 of 270   Document 330-1

# Episode 4 - Detail Cont. (1hr 4min)

- 34:49: Sheriff Ken Petersen interview re: easier to kill Steven than to frame him . . do we want to punctuate with some music?

- 38:00 - 40:30 - Possibly trim down Jodi getting caught drinking and going back to jail / prohibited from seeing Steven.

- 40:30 - Music is great here, really ratchets up the tension and pace...this would be a good one to use more of.

- 42:27 - Possibly add org chart graphic here to explain the connection between Peterson and Manitowoc.

- 45:29 - Music is great here.

- 52:00 - Do we add some kind of card. After x amount of time together - Jodi leaves?? Charles being the bearer of the break up on the phone feels very abrupt after so much footage spent showing Jodi saying that they were never going to break them up, or that she would wait for him . . .

- 58:00: Do we emphasize Len Kachinsky saying - The State will likely not use Brendan's statement on May 13th - when indeed that's what is ultimately the nail in the coffin. MUSIC??

- 59:00 – do we emphasize with a touch of music when Jerry Buting first says Lenk's name, one person's name keeps popping up over and over again – James Lenk .

- 59:45 - The bouncing of the floating labels of Petersen and Lenk in the hallway feels rough - is this temp? Add org chart graphic here to show Lenk's connection?

-Drop sexual assault charges against S.A.
-Day 1 of trial.
-Opening statements (a lot about VM messages)
-Det Jacobs call (do we have a body?)
-S.A. questioned about T.H.'s appointment.
-Bobby says he was asked to help get rid of body.
-Debate about VMs.
-Judge blocks from talking about other suspects.
-Dean asks about roommate.
-Ryan H admits to figuring out her password.
-Boss (Sheriff?) says to search Avery property.
-Review of finding Rav4 and what followed (Pam)
-Dolores shows us where the car was found.

Cliffhanger: Colburn testifies about calling in the
license plate before the Rav4 is discovered.

Confidential

Confidential

# Episode 5 - Detail (57:50 min)

**08.28.2015**

- 00:58 - Should the card say "develop a NEW chemical test"?

- 20:.52 - The addition of music under Bobby Dassey's testimony when he says, "I saw Teresa walk toward Steven's trailer" is really effective! Can we explore the use of this subtle, almost subconscious use of music in other key testimony, (e.g. Ryan Hillegas testimony or Fassbender testimony when he admits that he did not question Scott the roommate). Given the density of the testimony footage, it would be a good technique to further employ.

- 27:00 - The much abridged interview with Dolores and Allan after the Bobby Dassey testimony section is far more effective.

- 28:00 - In a pretrial hearing about a third party liability, Judge Willis rules that the Defense cannot offer any alternative suspects to be jury by name except Brendan" - Is there a way to simplify this card? The audience may, perhaps, need just a little more clarity on "third party liability." Please consider.

- 47:52 - Like the cards saying that Earl gives permission - this helps!

- 54:20 - Setting Colburn up as the potential cop to plant the car works really well now. Sensational and strong end to this episode.

NFXCOL0002150

# Episode 5 - Detail (57min)

**PREVIOUS NOTES:**

This episode has come a long way. The new edits around the blood vial are much improved, however the top of the episode still feels very slow to start because of the opening statements, but once the ball gets rolling it uncovers a lot of the evidence. It is doing a much better job of painting the picture that there were several other potential suspects who were not investigated.

What is the context of him saying "If the defense wants to put forth their defense then they do so at their own peril."? This statement feels clunky, out of place and perhaps unnecessary.

07:05 – Buting and Strang discussing the jury questionnaires – they're frustration is coming through in an almost pissy/sarcastic way and feels pretty long.

8:30 – Something bumps in the cut of Dolores watching the news coverage, something missing in the stitching to make it a convincing cheat.

# Episode 5 - Detail (cont.)

09:00 – 09:50 – Check the chyron - it reads Feb 12, 2005 first day of court. I believe this is meant to be 2007. Do we need the b-roll of the empty courtroom and the press room? Music scales up over this rather than over people entering courtroom. As a result, it lulls back down before Kratz' opening statement.

**09:50 - 12:45 – Kratz' opening statement goes on a long time and seems to meander a bit. Review to tighten - specifically?**

**11:45 - Please recall at this early stage - they don't know if a body is involved in this case, was to find Teresa Halbach - remove. Go straight to the photo & remembering the humanity**

12:45 – 13:00 – Do we need the judge giving instructions not to discuss the case?

15:30 – "Both were questioned about their own activity and conduct with respect to Mr. Avery's imprisonment." Is there a sound byte here that references that this is in relation to the older rape charges? The year is easy to miss and this could be confusing for people not really familiar with the timeline.

15:30 – 19:55 – All of Strang's opening statement is really important, but look at tightening – even tiny trims will help. This much talking in a courtroom begins to make for a really dry episode. Perhaps music could help? This episode is naturally so courtroom heavy that we need to try really hard to help people through it.

# Episode 5 - Detail (cont.)

23:15 – Great cut between Bobby Dassey testimony and the news coverage – and the music nails it!

26-27:00 – Well cut/music works to show the press' doubt on the Bobby Dassey testimony in contrast with the Judge's ultimate decision not to call a mistrial or instruct the jury to disregard. Would look to have the music hit slightly harder w/the card stating that the judge does not call a mistrial or direct the jury to disregard.

28:20 - How important is it to have this interview w/Dolores and Allen re: Bobby Dassey? She says, "half of that stuff isn't even true, implying that half of it is - feels too vague to make a point."

36 – 36:45 – They are arguing about whether or not the judge will allow the cell phone testimony in front of the jury, but we don't see his decision.

37:30 – 38:15 – Strang's comments seem a bit preachy and obvious – do they really further the story or raise a question that the material doesn't naturally raise?

49:00 – Did Pam and Nicole search the junkyard after the Sheriffs got the Averys' permission? Did Steven give them permission?

53:00 – The Tammy Webber information is interesting, but without knowing who she is or how much weight this holds it could be confusing. Do we have more information on who she is or should we consider taking this out?

The Colburn ending is terrific! - can we add music to help emphasize further? He goes from being so sure and then is caught in a clear lie about the origin of the car make and model.

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 242 of 270   Document 330-1

# Episode 5 - Detail (cont.)

Question - where are we utilizing the Teresa Halbach home video of her talking about life, and how she would feel if she died now? Is there a strategic place to put within this episode or do you have plans to utilize strategically elsewhere? It's extremely powerful, particularly once the viewer has established a connection.

It should be knowable when Teresa made that video. Do we have that information? Could we accurately lay it within an episode to coincide with the actual events of that time.

**Was it ever administered as evidence in the trial? If so, when?**

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 243 of 270   Document 330-1

**Episode 6.**

CURRENT:

Cold open: Card says one day after Brendan's arrest there is a press conf. Kratz describes how S.A. instructed Brendan to cut T.H.'s throat. Police search residence and garage for new evidence. Kratz claims physical evidence now makes sense.

-Bullet found in garage - Lenk was present.
-No T.H. DNA found in trailer or garage.
-Bobby only thing placing her inside.
-Skull fragments.
-Sherry: blood on bullet matches despite botching
-Defense tried to have labwork monitored, denied.
-Everyone reiterates there would have been blood
-Bones and barrels conversations.
-Bloody hair in trunk.
-Timeline debate (Bobby D, bus driver, Scott T.)

Cliffhanger: School bus driver has a different timeline than Bobby. Lawyers explain that the prosecution still hasn't put forth a theory about when and where she was killed.

SUGGESTIONS:

# Episode 6 - Detail (60 min)

## 08.28.2015

Approx. 9:40 - Let's discuss a graphical timeline in this area to clarify key points of evidence & milestones being laid out from the Fassbender questioning and testimony? Lots of facts coming so this could provide a stabilizing effect.

13:20-14:22 - Please consider trimming down Allan entering the courtroom here.

17:46-18:15 - Possibly cut down this montage of b-roll.

29:57-30:35 - Buting's commentary is weak here - he doesn't make his point articulately and we spent so much time in court with him arguing this already that this seems redundant. Can we cut Jerry's post follow up (Specifically, the "...they think we're a bunch of country bumpkins" section. But, again, ideally all of it.)

Close:

We would love to discuss the close. Coming off of the extraordinary cliff hangers in episodes 4 & 5 with the blood vial and Colburn on the stand, the relative weight of Lenk just taking the stand feels a little light. Can we discuss if there is a little more weight we can provide around the Lenk narrative, the close feels a bit abrupt.

# Episode 6 - Detail (59min)

## PREVIOUS NOTES

- Opening chyron - propose to change to read that Kratz and Pagel HOLD a press conference (versus held) to keep it present tense.

- 1:20 - Music at end of Kratz' press conf is fantastic.

- 08:02 - Good sound design punctuation on the end of Remiker's testimony, can we further add a musical cue when it's confirmed that Remiker saw Lenk on the property?

- 16:20 - Do we need this press conf from Kratz? Seems it would be powerful to go straight to photo of Teresa.

- 22:24 - Possible to trim down people entering courtroom/walking around press room and get straight back to Sherry?

- The entire burn barrel testimony is still very long.

- 46:00 - **Dorothy and Allan visiting Steven; is this scene necessary?**

- 48:37 - 49:39 - Buting isn't very concise here. Is it possible to do some dialogue trims and get him to the point faster?

- 58:45 - Are there too many quotes at the end? Could we end with Buting's line "I'm still waiting."? That might achieve the same result as "Spring it on us at the last minute.", but without the redundancy.

- You've just come off terrific cliffhanger closes with the blood vial in ep 4, and Andy Colburn caught in a lie in ep 5. Comparatively, this close doesn't feel as impactful or urgent. One suggestion would be to pull up the open of 7, eg Manitowoc police being on site when they weren't supposed to be part of the investigation.

# Episode 6 - Detail (59min)

key moments of testimony where **music cues can be added:**

- Ryan - 1) has Teresa's vm pw 2) can't remember what time of day he saw Teresa last
- Sherry Culhane - 1) confirming that Fassbender specifically asked her to try to find DNA of Teresa in Steven's trailer. 2) Her deviation from protocol. 3) She never found Teresa's DNA in Steven's trailer AND also did not find Brendan Dassey's DNA there either
- Scott Tadych - after he is so confident about the time he left (2:45), then Dean has him read his statement to police 16 months earlier, time is 3:15 and the flames are 3 ft. versus 10 ft.
- Bobby Dassey - testimony about being so confident that he and Scott ident one another precisely at 2:45, but under oath say that the two of them did not coordinate or talk about this statement.

Confidential

**08.17.2015 Update:**
**Episode 7 Fine Cut**
**TRT: 1:03**

**MACRO:**

Episode 7 is really coming together! This is a pivotal and challenging episode given the density of material and the sheer volume of courtroom testimony, and in particular the enormous amount of exposition of evidence. The structure is solid and serves the complexity of the story well, but the sheer density & volume of the material can at times, become overwhelming to the viewer. While we fully recognize that you've significantly pruned through the various testimonies, it is our feeling that there is further room to tighten.

While the run time of 1:03 is definitely far more in line with where we feel most of the episodes should land, because the specific material in the episode is so heavily concentrated in testimony and evidence, we would suggest targeting a shorter run time in the 50 - 55 minute zone.

Looking forward to discussing!

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 248 of 270   Document 330-1

Episode 7.

SUGGESTIONS:

CURRENT.
Cold open: B-roll of police cars - "FBI is going to assist in investigation...Manitowoc provided resources. That is their only role." Allan says "They had Stevie picked. They set him up. They weren't even supposed to be investigating this. Right?"

-Colburn testifies about questioning SA and finding the key. Colburn questioned about report.
-Debate abt Manitowoc PD being at crime scene.
-Buting & Strang point to Lenk as framing.
-Press conferences re police reputations.
-More testimony on Colburn conflict & press conf
-Log shows Lenk didn't sign in - he denies framing
-Judge rules EDTA admissible. Press conf abt.
-S.A. call saying they are trying to keep him in.
-Direct FBI testimony, pressconf, cross, pressconf
-S.A. decides not to testify, pressconf.

Cliffhanger: Dean explains to S.A.'s parents that good news is that 3 charges have been dropped, bad news is that murder charge is all that matters.

# Episode 7 - (Final Cut) Detail. TRT: 1:01

- 20:30 - Music here has a distinctly western sound that stands out a little bit from the palate of the rest of the series.

- 30:00 - We think it is really important to include a simple graphic timeline listing the times related to the police logs that Orth, Fassbender, Lenk, testify about. Showing the audience a) the time the log was created b) the time the officers arrived and departed and c) the times the officers SAY they arrived and departed would help them visually understand the disconnect. The testimony is so piecemeal that it is really close to impossible to understand why this is significant.

- 37:00 - Music might be a little bit over the top here.

- 59:00 - Would a card mixed in with Strang's talk here showing the exact charges that were dropped help keep it clear here? It might also drive home how significant it is that all of these charges by the police are not materializing and also emotionally give us hope that Steven seems to be on the right track.

Internal note: Make the point that we need to drive home these differences between Steven and Brendan's trial (different charges, different murder locations, etc).

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 250 of 270   Document 330-1

## Episode 8 - 45min 23sec

### CURRENT:

Cold open: Allan walking around barn looking for Steven's name on the floor. Dean talks about the fact that S.A. never committed these crimes: "What you can hope to get is your liberty back, eventually."

-Closing arguments.
-Buting, Dean say he was framed.
-Kratz says shouldn't matter if key was planted!
-News reports. Dolores talks to S.A. (b-roll)
-Jury leaves for night. Juror is replaced.
-S.A. talking on tape about how he feels.
-Family warned about blowback.
-Verdict.
-Dean/Buting sad, believe killer is on the loose.
-Allan talks about Manitowoc winning.
-Colburn makes statement.
-Scott T: He had it coming.
-Buting says 7 votes for innocent at start.
-Excused Juror feels terrible.
-Commentary from Pete, Kim and Stephen Glynn.
-Brendan's trial in 2 weeks. New lawyers discuss.

New ending: Brendan is led into court and we hear his call with Barb.

### SUGGESTIONS:

# Episode 8 - Detail

- 4:30 - 9:27 - The closing arguments are running too long to sustain engagement. Is there any way to trim them down? The content is great, but 5 minutes of straight speech is too much. Perhaps cut Strang's lines about Lenk lying since we covered that in trial? Do we need as much detail about Buting's theory on the burn barrels?

- 6:59 - Dean Strang - At "Would Lieutenant Lenk lie?" - perhaps a quick cut away to a Lenk (photo or footage) would be impactful since it would put a face to him in this defining moment. Take a look at it both ways and see what works better.

- 9:05 - Probably best to ID both Lenk and Colborn in the two shot photo.

- 13:05 - 13:48  Consider cutting Jerry Buting's post trial epilogue section. From a pacing perspective, it's a bit slow and he doesn't add any significant new information which was not covered in the closing statements.

- 17:32 - Explanation of replacing the verdict is much more clear!  Great job.

- 18:14 - Buting's commentary still seems unnecessary here

- 18:29 - When Steven says "If they finding me guilty, it's gonna be hard.......why I have my family go through all of this, and everything else....." is powerful but doesn't resonate as strong as it could as currently juxtaposed against the B-roll shots of his parents only. Maybe add a few shots/photos of his kids and ex-wife and girlfriend to remind the audience what Steven has lost already for going away for a crime he didn't commit, all of which is on the line yet again. The additional shots may add some further emotion to the sequence

- 26:37 - 28:55 - THE VERDICT - The reading of the guilty verdict of Steven still doesn't feel climactic enough given the entire series has been building to this moment. Perhaps enhancing the music and/or cutting to other members of the Avery family in the courtroom showing strong disappointment on their faces (conversely, maybe adding any shots of Kratz, Colburn, Fassbender, etc. and their team showing satisfaction would work too), and an overall intensifying of the cutting style would help drive this into a more climactic

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 252 of 270   Document 330-1

# Episode 8 - Detail

(cont.)

moment. Currently the beat emits anger and we feel injustice was done, but given the overall investment made in watching 8 hours thus far, the audience should be feeling more intense anger, sadness, bewilderment, and perhaps even fury at this jury decision. Take a look and see if it can be ratched up.

- 27:59 - Great use of music to subtly accentuate when Steven chokes up here!
- 33:30 - 34:30 - Music is lulling. Would a version of the cue at 18:42 work here as well?
- 37:28 - Off of Mr. Beatz interview, do we have a photo or any footage of Ken Kratz getting an award for winning this case? If so, it would be satisfying and impactful to use it.
- 37:53 - 39:44 - Pete and Kim and Stephen Glynn together is too much commentary, please trim.
- 41:21 - new atmospheric and haunting music under Brendan's walk into the court is much better

Confidential

# Episode 8 - Detail (cont.)

PREVIOUS NOTES:

32:45 - do you think there's a killer out there that the police have not caught - BIG musical opportunity, cut to cops or prosecution response as they wait on the side and punctuate with eerie music.

40:28 - Glynn: "not a pretty tale for the criminal justice system" - punctuate!

42:00 - learning that Tom Fassbender is calling Scot Tadych to convince Barbara make Brendan take a plea - perfect moment for 'bad guy theme'.

46:00 - closing music underlying Brendan's entry to the courtroom and his phone conversation with Barb is over more prod rock type guitar music which doesn't quite fit the ominous and foreshadowing mood audiences should be awash with going into this trial.

as an example:

15:51 - music beat w/atmospheric keyboards preferred to the wide body guitar overall. The overall music feels a bit more prod rock; please explore a more atmospheric, creepy and suspenseful tone throughout.

We haven't done a complete episodic spot for music here, but hopefully the frame that we're providing for episode 1 will translate well throughout the series.

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 254 of 270   Document 330-1

## Episode 9 (1hr3min)

SUGGESTIONS:

Cold open: Buting quote: the question is whether Brendan is going to confess to a murder he didn't commit.

-Kratz opening statement.
-Mark opening statement.
-Play BD's first statement.
-Weigert
-Lots of discussion of his coercion.
-Only play first half of his confession.
-Kayla's retraction. TH brother talks to press.
-Brendan testifies.
-Tape of his call to mom, he says he made it up.
-Mike Halbach talks to press.
-Closing arguments. Judge reads jury instructions
-Judge reads verdict. Mom freaks out.
-Strang comment.
-Dolores cries.
-Theresa Halbach video.
- Mike Halbach reads statement in SA sentencing.
-S.A. reads his own statement.

Cliffhanger. Judge reads statement for Steven and how dangerous he is. Dean comments. "Tragic lack of humanity." Buting: [Could happen to any of us.]

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 255 of 270   Document 330-1

# Episode 9 - Detail (1hr3min)

- 4:00 - Still think that someone should explain that Kratz claims Teresa was murdered in a completely different location in Brendan's case. This is shocking and not completely obvious unless it is pointed out.

- new music under the end of Kratz's opening statement is powerful.

- 7:39 - 8:50 - It might be better to take out the audio playback of Brendan's first interview. It is hard to understand and slows things down.

- 15:00 - during the smoke break with Barbara, Richard Mahler, Carla Chase and Peter Dassey, the comments from Carla and Peter don't really add to the conversation meaningfully. Richard's point about the lack of DNA evidence and Barbara saying that Weigert is lying about giving her the opportunity to be present during Brendan's interrogation are the key bits. Consider trimming, especially because there is a solid segment with Peter Dassey later in the episode.

- 17:43 - Is there any footage or documents (maybe a corporate training video) from John E. Reid & Associates showing their interrogation techniques? It may sell the line attorney Fremgen better.

- 39:57 - 40:06 - awkward pause here as he is putting the slide up.

- 41:00 - 41:17 - Would it be possible to cut this setup of Brendan denying talking to Kayla and just start with him saying "How is it that you and Kayla came up with seeing body parts in the fire?"

- 44:44 - 44:58 - Consider taking out shots of them walking into the courtroom.

- 51:20 - Good "danger" music when Colburn is walking him out.

- 53:55 ID both Colburn and Petersen - amazing , given the conflict of interest, that they are now walking Brendan out of court.

- 54:15 - Could we subtitle what Barb is yelling in this section? Who does she say set it up?

- 1:01:05 - ID that Colburn is walking Steven Avery out of the court. Again, huge conflict of interest given he was always a suspect in tampering with evidence.

- Playing Teresa's home video in the courtroom during the sentencing is affecting. Separate from this, when will we see the video of Teresa talking about her own death?

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 256 of 270   Document 330-1

# Episode 10 (1hr)

## CURRENT:

Cold open: Broll of empty house. Kratz press statement: [Ensuring Steven will spend the rest of his life in prison.

-Community is happy. Family is destroyed.
-Steven has hearing for a new trial.
-Sandy intro.
-B.D. appeal for new trial. Focus on Len/O'Kelley
-More about call to mom being orchestrated.
-Judge denies Steven's motion.

*-Kratz scandal.*

-Judge Fox denies request for new trial.
-Higher courts refuse to review both cases.
-Sandy talks about his mental state.
-Round table with lawyers comparing to rape case
-S.A. starts preparing his own case.
-Wisc Supreme Ct turns down Brendan's case.
-Federal suits filed.
-Allan driving around garden. S.A. talks.
-Moved to Waupon.

Cliffhanger: Sandy visits S.A. who says in V.O. "They think I'll stop....The truth always comes out."

## SUGGESTIONS:

# Episode 10 - Detail 09.11.2015

The updated 1 hour closing episode is much improved. The pacing feels much sharper and the new structure allows for the audience to feel that rather than a summary episode, we are still deeply entwined in the story and fate of both Steven and Brendan.

- The addition of new interviews, photos, b-roll & reference materials further adds context and richness of the story:

  - great move to add the NYTimes article that first got the two of you engaged in this story.
  - new Steve Drizin 'at-work' montage is great
  - updated Len Kachinsky testimony is fantastic. addition of Drizin's comments, plus Kachinsky reaction shot once his actual newsreel is played in court is very impactful
  - added interview of Drizin describing Brendan's traumatization from his O'Kelly interview

- 32:25. Revealing that Steven's motion has been denied is glossed over, is there a more impactful way of showing this? Maybe with footage? It would also help distinguish it from Brendan's case since the last thing we heard about is Brendan.

- Ken Kratz: very powerful to have the Ken Kratz scandal back in the narrative. You've handled it very well, citing the passage of time, and leading in with the AP interview. It feels incredibly relevant and impactful without feeling salacious.

- Great job tightening the attorney roundtable. Contextualizing that their gathering is at the request of the filmmakers sets the stage well.

- 44:00 - music underlying excused juror stating, "whoever did this to Teresa is still out there" - is really ominous and powerful.

- 45:00 - review music. Steven taking on his own case feels like it should be less of this lulling type of guitar and a little more like an underdog Rocky feel. This is also a long segment, nearly 2 minutes long - so the music needs to help to keep the viewer engaged. Currently, it slows the pace and tonally doesn't feel like the right fit for the narrative.

Case 1:19-cv-00484-BHL Filed 11/04/22 Page 258 of 270 Document 330-1

# Episode 10 - Detail 09.11.2015

- Addition of Brendan reading the letter is fantastic!
- 55:00 onwards:
  - The lead up to the Steven visit at Waupun, still feels too long for the payoff given that the camera is not allowed in. Look to trim more from the top, perhaps Dolores and Allan getting out of the car - looking for a drivers license etc. Currently, this scene stunts the momentum and emotion of the episode.
  - From the point of Allan in the garden onwards, it feels stylistically segmented and lacks the emotional payoff one would expect at this point. It would be great to take a stab at a more artful edit that connects all of these little segments both in edit and in music (currently the cues are changing throughout) so that the final few scenes flow cohesively and then land on the last minute, which is really strong!
  - Let's work to on nailing the connective tissue to make a cohesive final sequence that truly sings and is worthy of this incredible 10 hour journey!

# Episode 10 - Detail

PREVIOUS NOTES:

08:17 - 08:28 - Perhaps cut some of Sandy walking out of her house.

09:39 - 10:08 - Consider taking out Sandy's back-story about her husband. It is fascinating and speaks to Steven's kindness, but it really feels like a detour.

10:34 - Out of curiosity, is the photo in the background of Sandy photoshopped to be with Steven?

11:08 - 12:12 Music here is very sleepy and feels like a continuation of the first 10 minutes even though we've shifted to Brendan's story.

14:53 - 14:15 - Possibly trim the court room b-roll (obviously keep the shock of seeing Brendan looking so drastically different, but maybe just focus on him instead of all of the other characters)

15:35 - Barb Tadych (label with Janda also?)

25:00 - When Dvorak says "Tell me how you start that email to Mr. K on May 9," you lose this sentence in the mix - needs to emphasize that O'Kelly is reading HIS OWN words. Probably good to subtitle him in parts...particularly hard to hear him when he says "I just keep thinking about that blue ribbon, i'm sorry" ....&..."we need to end the gene pool here". It might also help to punctuate this truly horrifying line by dropping the music out right before it.

20:47 - Could we somehow zoom in on the fact that Michael O'Kelly's email is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮"? That is particularly hilarious and messed up.

35.24 & 36:00 - How can we make the judges decisions not to give Steven & Brendan new trials more impactful than just quick cards? Music punctuation? Are there sound bytes to drive it home?

----Did the Kratz sexting scandal move to another episode???

35:58 - 36:50 - This music is incredibly sleepy. Not only does it hurt the pace, it makes the audience tune out from everything discussed in the section as if it wasn't important.

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 260 of 270   Document 330-1

# Episode 10 - Detail

36:47 - 38:57  Consider really trimming down Sandy & Dolores' phone call with Steven or possibly removing.

39:50 - 40:41  Sandy feels long again here too. Please consider cutting.

40:55 - Lawyer round-table feels very forced. If you are doing this - did you invite the other side's lawyers/detectives/etc? The whole conversation of hypotheticals (EDTA) just isn't interesting. Unknown fingerprints....other new evidence - all of this is just a giant detour. Strang's quote is the only strong part - is there a way to just use him and integrate it more organically into the narrative?

46:30 - 47:30  Please consider trimming way down the set up of Avery's house (golf cart, etc)

48:16 - Great here with Steven taking his case into his own hands.

50:30 - 51:55  Garden walk with Allan feels like it goes on for too long.

56:22 - 56:44  Would it be more efficient to replace Sandy talking about Steven's transfer with just the card?

56:24 - 57:39  Is there a way to demonstrate towards the end of this episode that not only has it been 7 years since the conviction - as the card says at 56:24 - but it has been also been 30 years since all of this started.

57:39 - Could we trim down the driving to the prison section and the Avery's parking?

1:00:30 - 1:01:32  Music in this entire stretch is really flat.

1:00:51 - Could you cut her after "and his parents are still there." ? The next line is redundant.

1:01:20 - Similarly, you could cut the second half of his line - (so lose) "people who are arguing to the contrary just haven't had it happen to them yet".

1:01:33 - 01:01:58 - This line doesn't feel additive.

01:03:15  Great the way the music kicks in and builds with Steven's voice.

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 261 of 270   Document 330-1

# GFX List

- Improve map for Steven's alibi for the rape of Penny B. (Ep1)
- Add perm graphic for the Sandra Morris encounter (currently listed as temp)
- Law enforcement org chart to help keep clear who everyone is throughout (1-10)
- Org chart of various courts/Judges - especially when we get repeat judges (1-10)
- Number of times the Avery property is searched & over what duration
  - when the key is discovered (search #6?)
- Len/O'Kelley/Investigators (explaining the coercion of Brendan) (4)
- Lenk's mysterious involvement every step of the way. (4)
- Teresa Halbach Voicemail details (5)
- Timelines (Colburn License Plate Phone call - 5, Bobby v Busdriver - 6, Police Log at Crime Scene - 7)
- Bones/Burn barrels (6)
- Do we add a GFX of all leads not pursued by Manitowoc or Calumet? (TH roommate, Ryan H, Bobby Dassey, Scott T)?
- Contradictory State arguments (how can Teresa have been killed in bedroom & garage)?
- Graphic of salvage yard and estimate size and # of cars and probability of finding TH's Rav 4 in less than 20 minutes.
- Brendan flip flopping statements & dates ?
- Chart out the appeals (9-10)
- Timelines of key events: (1-10)

Perhaps there is one master graphic that could contain both law enforcement, judges and all of the various lawyers

Confidential

# Music Beats

The role of music throughout the series is vital and will play a primary role in helping guide viewers through this rich and complex narrative. Below are a few proposed areas to review and we look forward to discussing further once the overall episode structure is solidified.

- Overall, the lulling guitar hurts the tone. The music should put everyone on the edge of their seat.

- Can we work to establish a subtle but impactful 'theme' track for the baddies, e.g. Lenk, Petersen, Kratz and certainly for Len Kachinsky & Michael O'Kelly to help clearly support that despite their appointed roles to protect Brendan – they are doing him great harm.

- Similarly, there have been moments of hope & promise introduced throughout, e.g.: when Steven secures Buting and Strang on his case, when the Innocence Project / Steve Drizin and team enter Brendan's life – can we work to utilize music to subconsciously and organically support the emotional connection and hope.

- Enhance emotions of Steven's release (Ep1)
- Music is slow when he meets his first girlfriend (and then wife).
- Music could drive the magnitude of the moment that S.A. is first convicted. (Ep1)
- Create the shock of Steven being connected with Teresa's disappearance. (Ep2)
- Sheriff Petersen suggesting that it's easier to kill SA than frame him on the news is absolute madness, should be emphasized (Ep4)
- Major twist when the tampered blood vial is discovered. (Ep4)
- All of the verdicts should be very suspenseful and use music to enhance.
- Enhance shock of Colburn escorting Brendan out when his verdict is read (Ep8-9)
- Michael O'Kelly's testimony is shocking. Music might underscore this to great effect and highlight the importance of his conflict of interest (Ep10)

NFXCOL0002174

# Overall Notes

- As we refine, let's be very judicious about ensuring that every scene serves to evolve the key narratives and character development in a novel way. Currently there is a relatively high level of repetition throughout the episodes. Rather than repeat key points for impact, let's make their initial introduction impossible to forget via pacing, music and graphics.

- A large amount of the series is built on S.A.'s narrative based on his phone calls to and from prison. To ground this, perhaps there's a defining visual representation of him talking on the phone (recreated or otherwise) that could be used throughout. (for example: a diverse group of tight to medium shots of him picking up the phone, putting it down, shots from behind, tapping foot, scratching skin etc.)

- Discuss the overall use of drone footage and b-roll. As it stands, while it makes the series feel cinematic and have bigger scope, currently, the use still feels somewhat arbitrary and could be used to have greater strategic effect either to illustrate literally what is happening within scenes or it could be used to create an emotional/atmospheric arc rather than repetitive.

- Consistency in subtitles/lower third in a way that clearly distinguishes the different individuals when we are bouncing between different V.O.

NFXCOL0002175

# Appendix – Current Overall Structure

Episode:

1. S.A. Background, Arrest and Rape Conviction
2. S.A. Civil Suit, Disappearance of T.H., Charges against S.A.
3. Building the case against S.A., Settles Civil Suit, Brendan is arrested
4. Analysis of Evidence, Brendan is coerced, Evidence was tampered.
5. Trial begins.
6. All trial.
7. All trial.
8-9. End of trial. Verdict. Brendan's trial.
10. State of family. Sandy introduction. S.A. and Brendan appeal. Innocence project analysis. Brendan's hearing for new trial. Round table with lawyers. S.A. trains himself to appeal himself and family visits. Pete reviews. Students discuss. Status of new appeal.

Confidential

Thanks for the spelling correction and we'll review your editors and come
back to you quickly. Thanks!
L
On Fri, Nov 21, 2014 at 12:54 PM, Laura Ricciardi <
████████████████████ wrote:
> Hello all,
>
>
> I just noticed we misspelled David Zieff's name which could lead you astray
> in google/imdb. It's "i" before "e".
>
>
> I figured I'd take the opportunity to tell you a little about the editors
> we are talking to in case they are not familiar to you.
>
>
> Mary Manhardt has been cutting award winning documentaries for over 20
> years. She won a Primetime Emmie for her editing of The Farm: Angola which
> was also nominated for an academy award. Her other documentary credits of
> note include "Streetfight" (also nominated for an academy award), "The
> execution of Wanda Jean", and "American Teen" as well several television
> series in the crime genre.
>
>
> Jinx Godfrey has edited all of James Marsh's films including his academy
> award winning "Man on Wire" for which she won and Eddie, "Project Nim", his
> first narrave film "Shadow Dancer" and his most recent "The theory of
> Everything" as well the the BBC TV movie "Page Eight".
>
>
> David Zieff's documentary editing credits include "Crazy Love" (dirs. Dan
> Klores & Fisher Stevens) and "Metallica: Some kind of Monster" (Dirs. Joe
> Berlinger & Bruce Sinofsky) He was the creative consultant on "The Cove",
> and has worked on several TV documentary series including "The Awful Truth"
> "30 for 30" and "America undercover".
>
>
> Talk soon.
>
>
> Laura
>
> On Fri, 21 Nov 2014 11:39:04 -0800, ██████████████████wrote:
>
> Dear Lisa, Adam and Marjon,
>
>
> Thanks for making the time to put together notes on the assemblies you've
> seen. It is a huge help to have these.
>
>
> Perhaps after the holiday, once we have had an opportunity to go through
> them thouroughly, we can address/discuss them in more detail.
>
>
> At first blush it seems like most if not all of your major notes are in
> keeping with our own list of what needs to be addressed on the 2nd pass of
> the episodes, namely crafting a more modulated and dynamic pacing,
> revisioning the opening, expanding the pilot, fine tuning the planting and
> payoff, sharpening the twists and reveals, and paying special attention to

Confidential

NFXCOL0002184

> character introductions and character tracking.
>
>
> We also could not agree more about the potential for the series to rivet
> audiences and the associated stakes involved in making sure it is the best
> that it can be.
>
>
> To that end we are eager to identify the ideal creative collaborators to
> help maximize the series' potential.
>
>
> Thank you for sending your thoughts on potential editors to join our team.
> Some of them are definitely names we have considered in the past and could
> revist, and we will look further into your other ideas. On our end we had
> a very promising converstion with the award winning editor Mary Manhardt
> this week. And have feelers out to Jinx Godfrey and David Zeiff - two
> other incredibly tallented edtors with impressive and relevant resumés
>
>
> We have been building a list for potential graphics & title sequence and
> should have that to you shortly. And we are excited to get your ideas
> about creatives/firms that might be able to take this on at this
> price-point.
>
>
> As far as music we could not be more convinced that Kevin and Gustavo are
> the perfect duo to create a tense atmpospheric score for this
> ground-breaking crime series. If you combine Gustavo's work on "The Last
> of us" and "21 grams" with Kevin's decades of experience in the crime genre
> the two of them have all the ingredients to compose a memorable score that
> gets under your skin. We are excited that you will all get a chance to
> "meet" them on Tuesdsay.
>
>
> Until then have a wonderful weekend.
>
>
> Best,
>
>
> Moira, Laura and Lisa
>
>
>
> On Thu, 20 Nov 2014 17:59:01 -0800, Marjon Javadi ██████████████
> wrote:
>
> Hi Team,
>
> As promised, attached please find attached our feedback on the first
> four episodes. We look forward to discussing and getting the second editor
> on board as soon as possible.
>
> Please let us know if you have any questions.
>
> Thank you,
> Lisa, Adam, & Marjon
>
>
>
> --
> Moira Demos
> Producer/Director
> Synthesis Films LLC
> ████████████████████████
> ██████████
>
>

Confidential

>
>
>
> Synthesis Films LLC
> www.synthesisfilms.com
> 
>
>
>

--
Lisa Nishimura
VP, Original Documentary & Comedy Programming

Confidential

Of course--thanks Adam.

Sent from my iPhone

On Nov 16, 2015, at 2:03 PM, Adam Del Deo ██████████████ wrote:

> Hey Peter. I am in London w/ Lisa and been out all day but back at hotel on a few hours - can I send feedback any feedback I may have in 3/4 hours?
>
> Thanks,
> Adam
>
> Sent from my iPhone
>
> On Nov 16, 2015, at 7:00 PM, Peter Stone ██████████████ wrote:
>
>> Hi Lisa--
>>
>> Many thanks for the helpful feedback and detailed suggestions!  These lines to provide a little more balance are really great.
>>
>> Pending any other ideas from Adam/Ben (let us know you guys?)--we'll take another pass (may also try to tighten the opening) and share with you guys later this week.
>>
>> So happy to hear that you're liking this direction.
>>
>> Safe travels, Peter
>>
>>
>> On Nov 16, 2015, at 1:53 PM, Lisa Nishimura ██████████████ wrote:
>>
>>> Hi Peter,
>>>
>>> The trailer is off to a great start - we understand how incredibly challenging it is to incorporate 10 episodes of material, and they've certainly made a very engaging trailer.  Our one major note is that after watching it a number of times, it feels as though the overall tone of the trailer is very pro-Steven.  While we clearly know the facts around his original DNA exoneration, and wrongful conviction seems to carry through very strongly into the Teresa Halbach case.  We'd love to see a pass with a little more balance, or conflict dealing with this second case.
>>>
>>> There are some powerful lines to consider that may help to balance the narrative of the trailer so you're constantly flipping on sympathy, fear, certainty or guilt and gnawing doubt:
>>> from the judge calling him the most dangerous man to ever step foot in his courtroom
>>> His brother saying - i don't know - maybe he did do it
>>> or his original defense lawyer saying, "well if he did it it's because he was changed during the 18 years of serving a sentence he didn't deserve". . .
>>> Congressman Gundum saying - maybe it was better he was locked up all that time - imagine what he would have done
>>>
>>> of course - Kratz, Fassbender and Weigert and the judges all supply ample material condemning Steven.
>>>
>>> Ben and Adam will chime in with more thoughts and ideas I'm sure - but i think we're on our way to creating an incredibly riveting piece!  I've just landed into London (just an FYI on the time difference for any time sensitive concerns).  Adam is with me, Ben is in the office.  Thanks all!
>>>
>>> Best,
>>> Lisa

Confidential

NFXCOL0002187

On Sun, Nov 15, 2015 at 9:26 PM, Peter Stone ███████████████ wrote:

Hi Lisa, Ben, Adam -

Wonderful to see you Friday night - and congratulations on a successful Doc NYC presence for Making a Murderer. We were bowled over anew as we watched those first two episodes - and it was really wonderful to see Laura/Moira start to tell their story as well!

We're excited to share with you our WIP trailer for the series. There are a few more tweaks which we think can make it even more successful, but very eager to hear your thoughts at this stage, at your earliest convenience. (Definitely want to allow enough time for Laura/Moira to check it out and become comfortable with it - before we need to lock at the end of the month).

To put the trailer in context:

-Already occurred: key art debut/initial coverage + Doc NYC screening this past weekend.
-From there, PR will continue to pitch stories about the filmmakers.
-Then, we plan to release the trailer about 7-10 days out from launch - a final call to action to our core audience
-Finally, on launch weekend, we'll be debuting the entire first episode on YouTube/Facebook (exact plans/timing in the works)
-We'll be watching viewer reaction (reviews/social responses) carefully after the launch and plan to make a quote-based spot post-launch that celebrates the reviews and fan reaction.

NOTE: As I'm sure you are accustomed to - graphics, sound, etc (incl when subtitles appear that are not connected to VO that is happening) - all of this is temp and will look/sound perfect once we lock and move into finishing.

Look forward to hearing from you -

Best, Peter
--
Peter Stone
Originals Marketing · **NETFLIX**
████████████████

Confidential

NFXCOL0002188