**EXHIBIT 3 - COMPARISON VIDEO SHOWING RAW FOOTAGE PRODUCED BY DEFENDANTS LABELED CHRM 867 14:35 – 15:08 VS. EPISODE 5 55:31 –55:54**

**PROVIDED ON FLASH DRIVE TO CLERK'S OFFICE AND COUNSEL**