# EXHIBIT 4 - COMPARISON VIDEO SHOWING RAW FOOTAGE PRODUCED BY DEFENDANTS LABELED CHRM 868 7:10 – 7:20 VS. EPISODE 7 AT 24:20 – 24:30

# PROVIDED ON FLASH DRIVE TO CLERK'S OFFICE AND COUNSEL