# EXHIBIT 5 - SEVERAL VIDEOS OF RAW FOOTAGE AS IDENTIFIED BELOW

**CHROME # 864 14:45 – 14:55 (10 SECONDS)**
**CHROME # 866 5:54 – 6:00 (6 SECONDS)**
**CHROME # 866 7:10 – 7:25 (15 SECONDS)**
**CHROME # 866 10:58 – 11:08 (10 SECONDS)**
**CHROME # 867 29:40 -30:21 (41 SECONDS)**
**CHROME # 867 31:00 – 31:17 (17 SECONDS)**

**PROVIDED ON FLASH DRIVE TO CLERK'S OFFICE AND COUNSEL**