```
 1   STATE OF WISCONSIN : CIRCUIT COURT : MANITOWOC COUNTY
                             BRANCH 1
 2
     _____
 3
     STATE OF WISCONSIN,
 4
                  PLAINTIFF,       JURY TRIAL
 5                                 TRIAL DAY 8
     vs.                           Case No. 05 CF 381
 6
     STEVEN A. AVERY,
 7
                  DEFENDANT.
 8
     _____
 9

10   DATE:    FEBRUARY 21, 2007

11   BEFORE:  HON. PATRICK L. WILLIS
              Circuit Court Judge
12
     APPEARANCES:
13
              KENNETH R. KRATZ
14            Special Prosecutor
              On behalf of the State of Wisconsin.
15
              THOMAS J. FALLON
16            Assistant Attorney General
              On behalf of the State of Wisconsin.
17
              NORM GAHN
18            Special Prosecutor
              On behalf of the State of Wisconsin.
19
              DEAN A. STRANG
20            Attorney at Law
              On behalf of the Defendant.
21
              JEROME F. BUTING
22            Attorney at Law
              On behalf of the Defendant.
23
              STEVEN A. AVERY
24            Defendant
              Appeared in person.
25
                                   1
```

EXHIBIT

```
 1        connections or other, um, items that may be
 2        located in Manitowoc County.  Let me specifically
 3        ask you, uh, whether you have ever seen, uh, any
 4        vial of Mr. Steven Avery's blood in possession
 5        anywhere in, Cal -- in, uh, Manitowoc County?
 6   A    No, sir, I have not.
 7   Q    Did you ever, before the 5th of November, have
 8        knowledge of a vial of Mr. Avery's blood in the
 9        Manitowoc County Clerk of Court's Office?
10   A    No, sir, I did not.
11   Q    Did you ever see a vial of blood in the clerk's
12        office?
13   A    No, sir.
14   Q    Between the 3rd and 5th of November, were you
15        ever in the Manitowoc County Clerk of Court's
16        Office?
17   A    No, sir, I was not.
18   Q    Lieutenant Lenk, did you ever, um, obtain any
19        blood from the clerk's office or did you obtain
20        any blood from any location and plant it anywhere
21        on the Avery salvage property?
22   A    No, sir, absolutely not.
23   Q    Did you ever plant it anywhere in Teresa
24        Halbach's vehicle or anywhere where it could be
25        found as part of this investigation?
```

18

| | | |
|---|---|---|
| 1 | A | No, sir, definitely not. |
| 2 | Q | Did you ever assist any other officer so that |
| 3 | | another officer could either plant evidence, uh, |
| 4 | | or try to in some way frame Mr. Avery for this |
| 5 | | homicide? |
| 6 | A | No, sir. |
| 7 | Q | And, lastly, uh, had you ever heard from any |
| 8 | | member of the, uh, Manitowoc County law |
| 9 | | enforcement community, uh, that they had |
| 10 | | participated in some frame-up or planting of |
| 11 | | evidence? |
| 12 | A | No, sir, there was not. |
| 13 | Q | And just to make sure, since we've gone through |
| 14 | | the, uh -- the key evidence, um, did you have any |
| 15 | | occasion to plant the -- Teresa Halbach's key or |
| 16 | | place her key in Mr. Avery's residence? |
| 17 | A | Absolutely not. |
| 18 | | ATTORNEY KRATZ: That's all the |
| 19 | | questions I have of Lieutenant Lenk, Judge. |
| 20 | | Thank you. |
| 21 | | THE COURT: Mr. Strang? |
| 22 | | ATTORNEY STRANG: Thank you, Your Honor. |
| 23 | | **CROSS-EXAMINATION** |
| 24 | BY ATTORNEY STRANG: | |
| 25 | Q | Next year it will be quarter century that you've |