```
 1  STATE OF WISCONSIN : CIRCUIT COURT : MANITOWOC COUNTY
                                BRANCH 1
 2  ────────────────────────────────────────────────────────
 3  STATE OF WISCONSIN,

 4           PLAINTIFF,          JURY TRIAL - DAY 24
                                 CLOSING ARGUMENTS, CONTD.
 5  vs.                          Case No. 05 CF 381

 6  STEVEN A. AVERY,

 7           DEFENDANT.

 8  ────────────────────────────────────────────────────────
    DATE:     MARCH 15, 2007
 9
    BEFORE:   Hon. Patrick L. Willis
10            Circuit Court Judge

11  APPEARANCES:  KENNETH R. KRATZ
                  Special Prosecutor
12                On behalf of the State of Wisconsin.

13                THOMAS J. FALLON
                  Special Prosecutor
14                On behalf of the State of Wisconsin.

15                NORMAN A. GAHN
                  Special Prosecutor
16                On behalf of the State of Wisconsin.

17                DEAN A. STRANG
                  Attorney at Law
18                On behalf of the Defendant.

19                JEROME F. BUTING
                  Attorney at Law
20                On behalf of the Defendant.

21                STEVEN A. AVERY
                  Defendant
22                Appeared in person.

23                    TRANSCRIPT OF PROCEEDINGS

24              Reported by Diane Tesheneck, RPR

25                     Official Court Reporter

                                1
```

EXHIBIT 11

CHRM004546

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 1 of 3   Document 330-12

ask you, just kind of for the sake of talking, as Mr. Strang wanted to talk with you rather than at you, I certainly have a style that I would prefer that as well. Let's assume they never found the key. Let's assume this key isn't part of this case at all.

Let's assume Mr. Strang's theory is correct, that these cops aren't trying to plant an innocent person, but trying to make sure that a guilty person is found guilty. Well, can't you then, with that argument, set the key aside? Do you have the ability, as a jury, to set that key aside, if in fact it doesn't matter whether or not Mr. Avery is guilty or not guilty in this analysis? Can you set that aside and decide is there enough other evidence, or is the key the only thing that points to Mr. Avery?

Well, if this was a CSI case, one of those cases on TV where sometimes that key, or sometimes one little piece of evidence like that may decide the guilt or innocence, it would make a difference. But that key, in the big picture, in the big scheme of things here, means very little. All right.

Now, I'm telling you that not because I

CHRM004609

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 2 of 3   Document 330-12

```
 1    don't want you to consider it, not because I
 2    think that it's not important, or not because the
 3    credibility of these officers is in question to
 4    the State at all. What I am suggesting, though,
 5    is that if you buy Mr. Strang's argument, if you
 6    buy Mr. Strang's argument that they were trying
 7    to make sure that a guilty person was found
 8    guilty, then assigning accountability to the
 9    murder for Teresa Halbach, shouldn't matter
10    whether or not that key was planted.
11            In other words, it shouldn't matter to
12    the Halbach family. You shouldn't be punishing
13    the police officers, in other words, the other
14    officers that were involved in this
15    investigation, if you come to that conclusion.
16    You are not going to. You are not going to come
17    to that conclusion because you have heard nothing
18    about these police officers that they would do
19    such a thing. But my suggestion is simply not to
20    focus all your attention.
21            In the law, that's called searching for
22    doubt. The Judge has told you, and may even tell
23    you again in your closing instruction, that you
24    are to search for the truth, you are not to
25    search for doubt. In other words, you don't go
```

CHRM004610

Case 1:19-cv-00484-BHL   Filed 11/04/22   Page 3 of 3   Document 330-12