```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF WISCONSIN
    -----------------------------------------------------
 3
    ANDREW L. COLBORN,
 4

                        Plaintiff,
 5
        -vs-                           Case No. 19-CV-0484
 6
    NETFLIX, INC., et al.,
 7
                        Defendants.
 8
    -----------------------------------------------------
 9
                  * * * * CONFIDENTIAL * * * *
10
11
12              Video-Recorded Examination of
13      KENNETH PETERSEN, taken at the instance of the
14      Defendants, under and pursuant to the Federal Rules
15      of Civil Procedure, before Sarah M. Gilkay, a
16      Certified Realtime Reporter, Registered Merit
17      Reporter, and Notary Public in and for the State of
18      Wisconsin, at GODFREY & KAHN, S.C., 833 East Michigan
19      Street, Suite 1800, Milwaukee, Wisconsin, on
20      May 19th, 2022, commencing at 10:14 a.m. and
21      concluding at 2:45 p.m.
22
23                                              EXHIBIT
24                                                12
25      Job No. CS5223455
```

| | | |
|---|---|---|
| 1 | | sheriff's department to being its own -- |
| 2 | A | It's own -- |
| 3 | Q | -- standalone department that encompassed different -- different groups, including the sheriff's department, but also things like the fire department? |
| 7 | A | Yes. |
| 8 | Q | Okay. Do you have any -- do you have any experience with the way those dispatch records were kept in the early 2000s? |
| 11 | A | You mean in a call logger or dispatch sheet when they dispatch vehicles to scenes or whatever? |
| 13 | Q | Let's -- let's start with the call logger. |
| 14 | A | The call logger would record any call that comes in and goes out. |
| 16 | Q | And how about the dispatch sheet that you mentioned? |
| 18 | A | I don't think they do it on paper anymore. They do it on computer. But it would -- it would log the activity. So if somebody was dispatched to a scene, it would show up they were dispatched to a scene. It would show what they requested once at the scene, whether it's ambulance, coroner, whatever, and then it would show when they clear the scene or if they requested, you |

```
 1           record.  The time is 2:25 p.m.
 2                   (Recess taken.)
 3                   THE VIDEOGRAPHER:  And we are back on
 4           the record.  The time is 2:32 p.m.
 5      BY MR. VICK:
 6      Q    Sheriff Petersen, you testified previously that
 7           you believed that the Teresa Halbach
 8           investigation fell -- originally fell into
 9           Calumet County maybe based upon where she was
10           based out of; is that right?
11      A    Correct.
12      Q    Once the body was found in Manitowoc County,
13           would that have normally shifted it over to the
14           Manitowoc County Sheriff's Department as being
15           lead investigators?
16      A    It would have under normal conditions, but
17           because of me being recused, it was handed back
18           over to them so that we wouldn't view -- or they
19           wouldn't view it as any improprieties.
20      Q    So they found that you had a conflict of
21           interest potentially, and that's why it got sent
22           back to Calumet County?
23      A    Both -- both myself and the DA's office.
24      Q    I see.  What about the Sheriff's Department
25           beyond you, was there an understanding that
```

```
 1        there was some conflict of interest that the
 2        Sheriff's Department -- Manitowoc County
 3        Sheriff's Department had?
 4                MS. BARKER:  Objection.  Foundation.
 5                THE WITNESS:  Not that I'm aware of.
 6   BY MR. VICK:
 7   Q    Now, Calumet County, is it also true that the
 8        Wisconsin DCI was, you know, co-lead
 9        investigative --
10   A    Yes.
11   Q    -- body with them?
12                And DCI has a lot of personnel; right?
13                MS. BARKER:  Objection.  Foundation.
14                THE WITNESS:  I have no idea how many
15        they have.
16   BY MR. VICK:
17   Q    I believe you testified that Calumet County is
18        relatively small; right?
19   A    Well, as far as their Sheriff's Department
20        budget.  The county itself, you know, area-wise
21        would be about the same as Manitowoc, I think.
22   Q    I see.  But in terms of the size of their
23        Sheriff's Department, they're smaller than
24        Manitowoc, for example; right?
25   A    Yes.
```

1  MS. BARKER: Sure. And I'll see if --
2  MS. FENZEL: April, is this -- was
3  this also tagged as Exhibit 57, you said?
4  MS. BARKER: Yes. It's Exhibit 57.
5  The only difference is the top page has -- 66
6  has a certification from the Manitowoc County
7  Sheriff's Department.
8  MR. FRIEDMAN: So that has not been
9  used in a deposition before?
10  MS. BARKER: I believe 57 was, which
11  is everything except for this top page.
12  MR. FRIEDMAN: Okay. But you marked
13  it 66 for today?
14  MS. BARKER: Someone from the Conway
15  Olejniczak office did, yes.
16  MR. FRIEDMAN: Okay.
17  MR. VICK: I'm going to object to this
18  on the basis that it was not produced in
19  discovery, and I don't believe it's been used or
20  authenticated in any previous depositions
21  either. I do recall it being on the exhibit
22  list I believe for Ms. Demos's deposition, but I
23  don't believe it was ever used.
24  THE WITNESS: That's it there.
25  MS. BARKER: I think it was actually

CONFIDENTIAL

1  used. Yeah. Exhibit 57. It's the same thing,
2  except it has a certification. We could use
3  that page right there, that 57. It's fine with
4  me.
5              MR. VICK: I'm still going to object
6  on the basis it's never been produced in
7  discovery.
8              MS. BARKER: Actually, I'm pretty sure
9  it was, but I -- I don't have the Bates number,
10 but I'm pretty use sure a copy of that was
11 Bates-stamped and produced.
12             MR. VICK: I don't know the answer.
13 I've made my objection.
14             MS. BARKER: Sure. Okay.
15 BY MS. BARKER:
16 Q   And so my question, Sheriff Petersen, after all
17     that buildup is really very simple.
18             Is this document a copy of -- or
19     strike that.
20             Do you recognize this document as the
21     type of narrative dispatch log from Manitowoc
22     County that was used at the time you were
23     sheriff of Manitowoc County?
24 A   Yes.
25             MS. BARKER: Okay. That's all I have.