# JASSY VICK CAROLAN

LOS ANGELES    SAN FRANCISCO

355 South Grand Avenue, Suite 2450 | Los Angeles, CA 90071 | T 310.870.7048 | F 310.870.7010 | JASSYVICK.COM

Meghan Fenzel
mfenzel@jassyvick.com

*U.S. DISTRICT COURT*
*EASTERN DISTRICT - WI*
*FILED*
*2022 NOV -7 A 10: 27*
*CLERK OF COURT*

November 4, 2022

Via CM/ECF and Federal Express

Hon. Brett H. Ludwig, United States District Judge
U.S. District Court for the Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

      Re:    **Video Exhibit to Declaration of Meghan Fenzel in Support of Opposition to Plaintiff's Motion for Partial Summary Judgment,** *Colborn v. Netflix, Inc. et al.*, **Case No. 19-CV-484**

Hon. Brett H. Ludwig:

      Defendants Chrome Media, LLC f/k/a Synthesis Films, LLC, Laura Ricciardi, and Moira Demos (collectively, the "Producer Defendants") will submit an Opposition to Plaintiff's Motion for Partial Summary Judgment with Supplemental Proposed Findings of Fact and supporting Declaration of Meghan Fenzel.

Enclosed please find a USB drive containing Exhibit 3 to the Declaration of Meghan Fenzel, part two of a three-part video interview with Avery trial juror Rick Maher by Mark Hoddinott, published on YouTube on June 7, 2022 at https://youtu.be/eAHTZV0I-mU and produced by Netflix as YOUTUBE0000004.

This exhibit is in response to Plaintiff's Motion at Dkt. 284. This letter was filed at Dkt. 313 as indicated by the CM/ECF stamp in the footer. The USB drive will be delivered by Federal Express on Monday, November 7, 2022.

Sincerely,

Meghan Fenzel
JASSY VICK CAROLAN LLP

| From: | ecfmaster@wied.uscourts.gov |
|---|---|
| Sent: | Friday, November 04, 2022 1:06 PM |
| To: | ecfmaster@wied.uscourts.gov |
| Subject: | Activity in Case 1:19-cv-00484-BHL Colborn v. Netflix Inc et al Letter |
| Flag Status: | Flagged |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Eastern District of Wisconsin

## Notice of Electronic Filing

The following transaction was entered by Fenzel, Meghan on 11/4/2022 at 3:06 PM CDT and filed on 11/4/2022
**Case Name:** Colborn v. Netflix Inc et al
**Case Number:** 1:19-cv-00484-BHL
**Filer:**
**Document Number:** 313

**Docket Text:**
**LETTER from Attorney Meghan Fenzel** *regarding video exhibit manually lodged with the Court (via FedEx).* **(Fenzel, Meghan)**

**1:19-cv-00484-BHL Notice has been electronically mailed to:**

April Rockstead Barker    aprilrbarker@rocksteadlaw.com

Christina D Sommers    cds@lcojlaw.com

Elizabeth H Baldridge    ebaldridge@jassyvick.com

Emily S Parsons    parsonse@ballardspahr.com

George Burnett    gb@lcojlaw.com, jillainej@lcojlaw.com

Isabella Salomao Nascimento    salomaonascimentoi@ballardspahr.com

James A Friedman    jfriedman@gklaw.com, lkowalk@gklaw.com, ntalbott@gklaw.com

Jean-Paul Jassy     jpjassy@jassyvick.com

Jeffrey A Payne     jpayne@jassyvick.com

John F Mayer (Terminated)     jmayer@mgwlawwi.com, sendries@mgwlawwi.com

Kevin Vick     kvick@jassyvick.com

Lee Levine (Terminated)     levinel@ballardspahr.com, LitDocket_East@ballardspahr.com

Leita Walker     walkerl@ballardspahr.com, goplenh@ballardspahr.com, simonk@ballardspahr.com

Matthew E Kelley     kelleym@ballardspahr.com, LitDocket_East@ballardspahr.com

Meghan E Fenzel     mfenzel@jassyvick.com

**1:19-cv-00484-BHL Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001523647 [Date=11/4/2022] [FileNumber=4436447-0
] [1cd147dd3cfbfd380effbe4e16028ea9bd47898447ece398afca1b0a04ad6ac70e9
1b658d1f6616880936a6408456f04448a02dc1839a5b393a78f28ac664407]]