IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| ANDREW L. COLBORN,<br><br>        Plaintiff,<br><br>  vs.<br><br>NETFLIX, INC.; CHROME MEDIA LLC,<br>F/K/A SYNTHESIS FILMS, LLC;<br>LAURA RICCIARDI; AND MOIRA<br>DEMOS,<br><br>        Defendants. | Civil No.: 19-CV-484-BHL |

**DEFENDANTS LAURA RICCIARDI, MOIRA DEMOS, AND CHROME MEDIA LLC'S
RESPONSE TO PLAINTIFF'S EMERGENCY EXPEDTED RULE 7(H)
MOTION TO TEMPORARILY RESTRICT, DKT. 332**

The Producer Defendants—Laura Ricciardi, Moira Demos, and Chrome Media LLC—respectfully submit this response to Plaintiff's Emergency Expedited Rule 7(H) Motion to Temporarily Restrict (Dkt. 332). Having now had the opportunity to review the materials in question, the Producer Defendants do <u>not</u> seek continued restriction or redaction of Plaintiff's Additional Proposed Findings of Fact at Dkt. 325 or Redacted Opposition Brief at Dkt. 331. The Producer Defendants agree these documents should be made fully available on the public docket.

The Producer Defendants will respond <u>separately</u> to Plaintiff's November 3, 2022 Motion to Restrict (Dkt. 305) and November 4, 2022 Motion to Restrict (Dkt. 322). The Producer Defendants' responses to those Motions are due on or before November 24 and 25 respectively, per Local Rule 7(b).

/ / /

Dated: November 14, 2022	Respectfully submitted,

*s/ Kevin L. Vick*
Kevin L. Vick (*pro hac vice*)
Meghan Fenzel (*pro hac vice*)
JASSY VICK CAROLAN LLP
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
T: (310) 870-7048
F: (310) 870-7010
kvick@jassyvick.com
mfenzel@jassyvick.com

*Counsel for Defendant Laura Ricciardi, Moira Demos, and Chrome Media, LLC*

James A. Friedman, SBN 1020756
GODFREY & KAHN, S.C.
One East Main Street
Suite 500
Madison, WI 53703-3300
T: (608) 284-2617
F. (608) 257-0609
jfriedman@gklaw.com

*Counsel for the Defendants*