IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ANDREW L. COLBORN,

Plaintiff

v.

NETFLIX, INC., et al.,                                    Case No. 19-CV-484

Defendants.

## DECLARATION OF APRIL ROCKSTEAD BARKER

APRIL ROCKSTEAD BARKER, under penalty of perjury, deposes and says:

1.      I am one of the attorneys of record for the Plaintiff in the above-captioned matter.

2.      Attached as Exhibit 1 is a true and correct copy of an email message that I received from Attorney Leita Walker on or about the date shown thereon.

3.      Attached as Exhibit 2 is a true and correct copy of an email message that I received from Attorney Leita Walker on or about the date shown thereon.

Dated this 22nd day of November, 2022.


 /s/ April Rockstead Barker
April Rockstead Barker