**From:** Walker, Leita <WalkerL@ballardspahr.com>
**Sent:** Tuesday, August 2, 2022 9:28 AM
**To:** April Barker <abarker@sbe-law.com>; Kevin Vick <kvick@jassyvick.com>
**Cc:** Salomao Nascimento, Isabella <salomaonascimentoi@ballardspahr.com>; Parsons, Emmy <parsonse@ballardspahr.com>; Kelley, Matthew E. KelleyM@ballardspahr.com>; Jean-Paul Jassy <jpjassy@jassyvick.com>; Meghan Fenzel <mfenzel@jassyvick.com>; James Friedman <JFriedman@gklaw.com>; George Burnett <GB@lcojlaw.com>; Debra L. Bursik <debrab@lcojlaw.com>
**Subject:** RE: Confidentiality Designations

Hi, April, circling back on this:

- We agree that you may file Netflix-produced notes and emails about or including notes conventionally, provided you redact email addresses and phone numbers.
- There are some discrete excerpts from the depositions of Del Deo and Nishimura for which we will maintain confidential/AEO designations, but otherwise we will agree to de-designate those transcripts. We will send you the discrete excerpts by separate email.
- We're happy to discuss the AEO-designated documents, but at this point I don't see us removing that designation or agreeing that those documents may be filed conventionally.
- For anything else you plan to file with the court, with some advance notice we're happy to consider de-designating so you can file conventionally.

Please let us know when you have a minute where you stand with regarding to Mr. Colborn's designations?

Leita



EXHIBIT 1