**Walker, Leita** <WalkerL@ballardspahr.com>  Thu, Sep 15, 2022 at 11:30 AM
To: April Barker <aprilrbarker@rocksteadlaw.com>, April Barker <abarker@sbe-law.com>
Cc: Kevin Vick <kvick@jassyvick.com>, Meghan Fenzel <mfenzel@jassyvick.com>, "Salomao Nascimento, Isabella" <salomaonascimentoi@ballardspahr.com>, "Kelley, Matthew E." <KelleyM@ballardspahr.com>

Counsel,

We are no longer planning to submit the entire license agreement to the court. If you plan to do so, it needs to be submitted under seal.

Leita

Leita Walker

**Ballard Spahr** LLP

2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119

612.371.6222 DIRECT
612.371.3207 FAX

walkerl@ballardspahr.com

www.ballardspahr.com

