IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| ANDREW L. COLBORN,<br><br>    Plaintiff,<br><br> vs.<br><br>NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS, LLC; LAURA RICCIARDI; AND MOIRA DEMOS,<br><br>    Defendants. | Civil No.: 19-CV-484-BHL |

**DEFENDANTS CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS, LLC; LAURA RICCIARDI; AND MOIRA DEMOS'S
UNOPPOSED CIVIL L.R. 7(h) EXPEDITED
<u>NON-DISPOSITIVE MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR BRIEF</u>**

Pursuant to Civil L.R. 7(h), Defendants Chrome Media LLC (formerly known as Synthesis Films, LLC), Laura Ricciardi, and Moira Demos (collectively "the Producer Defendants") hereby move the Court for an order granting <u>five</u> extra pages for their reply brief in support of their motion for summary judgment.[1] In support of this expedited Motion, the Producer Defendants state as follows:

1. Civil Local Rule 56(b)(8) limits replies in support of summary judgment to 15 pages and requires leave of the Court for more. The Producer Defendants respectfully request an additional five pages, for a total of 20, of briefing space for their reply. This request is justified for the following reasons:

2. Plaintiff's operative Second Amended Complaint ("SAC") is 28 pages long, with 82 numbered paragraphs, and an additional 28 pages of exhibits. It puts in issue *Making a Murderer* ("MaM"), a 10-hour, 10-episode series that documents events spanning decades. Plaintiff sues not only for defamation but also for intentional infliction of emotional distress ("IIED").

3. With the permission of the Court, Plaintiff filed a 78-page memorandum in opposition to the respective motions for summary judgment of the Producer Defendants and of Defendant Netflix, Inc. *See* Dkts. 302 & 304, Dkt. 327. Plaintiff also filed numerous additional documents in support of his opposition.[2] *See* Dkts. 323–331.

4. The Producer Defendants request five additional pages for the reply brief in order to respond to the arguments contained in Plaintiff's opposition. The Producer Defendants' reply

---

[1] The three Producer Defendants (Laura Ricciardi, Moira Demos, and Chrome Media LLC) filed a joint motion for summary judgment, Dkt. 282, and joint memorandum in support of their motion, Dkt. 294, and they will file a joint reply brief in support of their motion.

[2] The Court had previously permitted the Producer Defendants and Netflix to each file a 45-page principal memorandum in support of their respective motions for summary judgment. Dkt. 266.

will be focused and concise, as evinced by their requesting only five more pages than the standard 15 pages despite Plaintiff's opposition brief being 78 pages.

5. Plaintiff does not oppose this motion.[3] Nor does Defendant Netflix.

WHEREFORE, the Producer Defendants respectfully request that the Court grant this Expedited Non-Dispositive Motion for Leave to Exceed Page Limit for Brief and allow the Producer Defendants to file a reply brief of not more than 20 pages.

Dated: December 4, 2022                    Respectfully submitted,

*s/ Kevin L. Vick*
Kevin L. Vick (*pro hac vice*)
Meghan Fenzel (*pro hac vice*)
JASSY VICK CAROLAN LLP
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
T: (310) 870–7048
F: (310) 870–7010
kvick@jassyvick.com
mfenzel@jassyvick.com

*Counsel for Defendant Laura Ricciardi, Moira Demos, and Chrome Media, LLC*

James A. Friedman, SBN 1020756
GODFREY & KAHN, S.C.
One East Main Street
Suite 500
Madison, WI 53703–3300
T: (608) 284–2617
F. (608) 257–0609
jfriedman@gklaw.com

*Counsel for the Defendants*

---

[3] By not opposing the Producer Defendants' motion for enlargement, Plaintiff in no way admits any of the substantive material contained in this motion or in Producer Defendants' forthcoming memoranda.