# Exhibit 1

**From:** Laura Ricciardi [lauraricciardi@synthesisfilms.com]
**Sent:** 4/16/2013 10:53:45 PM
**To:** Moira Demos [moirademos@synthesisfilms.com]
**Subject:** Re: Fwd: Making a Murderer clips and materials

You read my mind.

Netflix hasn't seen the screeners, correct?

On Tue, 16 Apr 2013 15:48:50 -0700, Moira Demos <moirademos@synthesisfilms.com> wrote:
> Hon,
> I kept Maureen in the loop.
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> **From:** Maureen Ryan <hop1984@earthlink.net>
> **Date:** April 16, 2013 3:44:44 PM PDT
> **To:** Moira Demos <moirademos@synthesisfilms.com>
> **Subject: Re: Making a Murderer clips and materials**
>
> Wonderful.  Keep me posted.
>
> MAR
> On Apr 16, 2013, at 6:40 PM, Moira Demos wrote:
>
>
> Another promising step with Netflix...
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> **From:** Peter Friedlander <pfriedlander@netflix.com>
> **Date:** April 16, 2013 2:56:39 PM PDT
> **To:** Eleonore Dailly <edailly@gmail.com>
> **Cc:** Moira Demos <moirademos@synthesisfilms.com>, Laura Ricciardi <lauraricciardi@synthesisfilms.com>, Lisa Nishimura <lnishimura@netflix.com>, Alyse Gleason <agleason@netflix.com>, Danielle Johansen <djohansen@netflix.com>
> **Subject: Re: Making a Murderer clips and materials**
>
> Hello Eleonore, Moira, and Laura,
> As per my earlier email, our interests were piqued by the compelling episodes you sent over.
> We'd love to discuss what we've already watched and also the future episodes. If you are able to come by Netflix, it would be great to meet you in person.
> I've copied some of our team members into this chain, so they can reach out and schedule a meeting.
> Look forward to meeting you.

Confidential
CHRM000006

On Wed, Mar 27, 2013 at 8:20 AM, Eleonore Dailly <edailly@gmail.com> wrote:

Hello Peter:
Please find attached a rough cut of Episodes 1 and 2 and a sketch of Episode 3 to give you a better idea of the series. The other episodes are also sketched out but we did not want to flood you with too much material. Two award-winning editors are itching to jump on board and further shape the series:
- Mona Davis (Running from Crazy) http://www.imdb.com/name/nm0205200/?ref_=fn_al_nm_1
- David Zieff (Metallica) http://www.imdb.com/name/nm0956051/?ref_=fn_al_nm_1
I thought I'd also attach a written outline of all 8 episodes of the series so you would be able to get an overall sense of the project in its non-fiction form.
Looking forward to your thoughts,
Eleonore, Laura and Moira

To ensure delivery, add **no-reply@vimeo.com** to your address book.

Synthesis Films shared this with you:

http://vimeo.com/album/2291116

**Making a Murderer - Episode rough cuts**
http://vimeo.com/album/2291116

the revised pilot is up and added to the album. I think the link should be the same, but just in case...

Password:
Redacted

**About this album**
"Making a Murderer - an 8-part docuseries produced by Synthesis Films. This album contains rough cuts for the pilot episode (ep1&2)

Case 1:19-cv-00484-BHL   Filed 12/09/22   Page 3 of 6   Document 344-1

Confidential                                                                                                            CHRM000007

and episode 3. For more information please contact Eleonore Dailly - edailly@gmail.com"



On Fri, Mar 22, 2013 at 6:57 PM, Peter Friedlander <pfriedlander@netflix.com> wrote:

Thank you.
Have a great weekend.
Peter

**From:** Eleonore Dailly <edailly@gmail.com>
**Date:** Fri, 22 Mar 2013 01:04:24 -0700

**To:** Netflix <pfriedlander@netflix.com>
**Cc:** Moira Demos <moirademos@synthesisfilms.com>, Laura Ricciardi <lauraricciardi@synthesisfilms.com>
**Subject:** Re: Making a Murderer clips and materials

Peter:
We're so glad to hear you were intrigued by the clips. We'll upload a couple of episodes to the same platform in the next few days and send you a link to view them. We look forward to continuing the conversation.
Best,
Eleonore


On Thu, Mar 21, 2013 at 1:04 PM, Peter Friedlander <pfriedlander@netflix.com> wrote:

Hello all,
Apologies in the delay in following up with you.
These clips were intriguing to us – the characters, the unbelievable circumstances... and we'd love to see a couple episodes if you were comfortable showing them to us.
Please let us know if that is a possibility.
Thanks,
Peter

**From:** Eleonore Dailly <edailly@gmail.com>
**Date:** Wed, 6 Mar 2013 18:13:16 -0800
**To:** Netflix <pfriedlander@netflix.com>
**Cc:** Moira Demos <moirademos@synthesisfilms.com>, Laura Ricciardi <lauraricciardi@synthesisfilms.com>
**Subject:** Making a Murderer clips and materials

Peter:

It was a pleasure talking to you both this morning.

Confidential            CHRM000008

Please find below a link to clips that will give you a glimpse of the richness of the world and characters we are exploring in Making a murderer.

I'm also including a brief presentation of the series. We'd be happy to provide you with a full treatment of the 8 part series as well as any additional footage you may want to see.

We will be working with the award-winning editor Mona Davis and are in talks with David Zief to complete postproduction on the series.

We look forward to your thoughts and continuing the discussion.

Best,


Eleonore Dailly | Producer
p. 310-430-2943 | edailly@gmail.com
Chair and Board Member
Alliance of Women Directors



To ensure delivery, add **no-reply@vimeo.com** to your address book.

Synthesis Films shared this with you:

http://vimeo.com/album/2287079

Confidential

CHRM000009



Synthesis Films LLC
www.synthesisfilms.com
lauraricciardi@synthesisfilms.com
(917) 749-7030

Confidential                                                                                                                                                       CHRM000010