# Exhibit 2

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF WISCONSIN
 3
 4   ANDREW L. COLBORN,                    )
 5                   Plaintiff,            ) Case No.
 6   vs.                                   ) 19-cv-0484
 7   NETFLIX, INC., et al.,                )
 8                   Defendants.           )
 9
10
11
12                      CONFIDENTIAL
13         VIDEOTAPED DEPOSITION OF ADAM DEL DEO
14                    April 26, 2022
15
16
17
18
19
20   REPORTED REMOTELY BY:
21   AMBER S. WILLIAMS, C.S.R. No. 1080
22   Notary public
23
24
25
```

CONFIDENTIAL

1          THE VIDEOTAPED DEPOSITION OF Adam Del Deo
2    was taken on behalf of the defendants via
3    videoconference, commencing at 10:57 a.m. on
4    April 26, 2022, before Amber S. Williams via
5    videoconference, Certified Shorthand Reporter and
6    Notary Public within and for the State of Idaho, in
7    the above-entitled matter.
8
9                    APPEARANCES:
10   For Plaintiff via videoconference:
11        SCHOTT, BUBLITZ & ENGEL, S.C.
12        BY:  APRIL BARKER
13        640 West Moreland Boulevard
14        Waukesha, Wisconsin  53188-2422
15        abarker@sbe-law.com
16        -AND-
17        GRIESBACH LAW OFFICES, LLC
18        BY:  MICHAEL GRIESBACH
19        830 North 12th Street
20        Manitowac, Wisconsin  54220
21        attymgriesbach@gmail.com
22
23
24
25

Brown & Jones Reporting    414-224-9533
A Veritext Company    www.veritext.com
Case 1:19-cv-00484-BHL   Filed 12/09/22   Page 3 of 8   Document 344-2

```
 1    For Defendant Netflix:
 2         BALLARD SPAHR
 3         BY:  LEITA WALKER
 4         BY:  MATHEW E. KELLEY
 5         2000 IDS Center
 6         80 South 8th Street
 7         Minneapolis, Minnesota  55402-2119
 8         walkerl@ballardspahr.com
 9         kelleym@ballardspahr.com
10         -AND-
11         IN-HOUSE COUNSEL FOR NETFLIX
12         BY:  MINDY LEMOINE
13         5805 West Sunset Boulevard
14         Los Angeles, California  90028-6607
15         mindse@yahoo.com
16    For defendants Chrome Media, Laura Ricciardi, and
17    Moira Demos via videoconference:
18         JASSY VICK CAROLAN, LLP
19         BY:  KEVIN VICK
20         BY:  MEGHAN FENZEL
21         355 South Grand Avenue, Suite 2450
22         Los Angeles, California 90071
23         kvick@jassyvick.com
24         mfenzel@jassyvick.com
25
```

1  Also Present:
2      Moira Demos, via videoconference
3      Laura Ricciardi, via videoconference
4      Deborah Bursik, via videoconference
5      Mehran Khatchadorian, videographer
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Brown & Jones Reporting                        414-224-9533
A Veritext Company                              www.veritext.com
Case 1:19-cv-00484-BHL   Filed 12/09/22   Page 5 of 8   Document 344-2

1            Q.   And you said "help support those films
2      and series," I believe, correct?
3            A.   Correct.
4            Q.   And what kind of support was provided to
5      the films and series in your capacity as director of
6      content?
7            A.   I'm going to say -- I would say a wide
8      range of support but trying to provide the resources
9      to them, and opinions, counsel, to help them see
10     their visions through.
11           Q.   Did you typically screen different
12     versions of documentaries in that capacity?
13           MS. WALKER:   Objection.  Vague.
14                You can answer if you understand the
15     question.
16           THE WITNESS:  Yes.
17           Q.   (BY MS. BARKER):  Okay.  With respect to
18     documentary support that you were providing, was that
19     provided in the form of written notes and
20     communications?
21           A.   It depended on the project, but at
22     times, yes.
23           Q.   So is there -- or, strike that.
24                Was there any kind of standard as far as
25     how many showings, or screenings, you needed to see

Brown & Jones Reporting                    414-224-9533
A Veritext Company                          www.veritext.com
Case 1:19-cv-00484-BHL   Filed 12/09/22   Page 6 of 8   Document 344-2

1  with respect to a documentary that was in development
2  or was that a case-by-case basis?
3      A.  It was case by case.  But I would say
4  if -- there wasn't a standard, but I would say,
5  generally speaking, it would be between three and
6  four cuts.
7      Q.  Thank you.  And I may have misused a
8  term there.  Is -- "development" is not the right
9  word.  Is "production" the right word?
10         MS. BARKER:  Objection to form.  Vague.
11         But you can answer if you understand.
12         THE WITNESS:  Maybe just re-ask the question.
13  I don't remember.
14      Q.  (BY MS. BARKER):  Sure.  I'll strike
15  that.
16         Is "development" or "production" the
17  right word for your work on preparing a documentary
18  series?
19      A.  It's both.  So the development phase
20  would be that there's an idea that a filmmaker would
21  bring to us and we're not certain yet it would be
22  something that we would move forward with.  So,
23  there's a period of trying to put the project
24  together to give us more clarity as to what we think
25  it would end up being, and -- so it's a phase to give

Brown & Jones Reporting          414-224-9533
A Veritext Company                www.veritext.com
Case 1:19-cv-00484-BHL   Filed 12/09/22   Page 7 of 8   Document 344-2

REPORTER'S CERTIFICATE

I, Amber S. Williams, CSR NO. 1080, Certified Shorthand Reporter, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me.

That the testimony and all objections made were recorded stenographically by me and transcribed by me or under my direction.

That the foregoing is a true and correct record of all testimony given, to the best of my ability.

I further certify that I am not a relative or employee of any attorney or party, nor am I financially interested in the action.

IN WITNESS WHEREOF, I set my hand and seal this _____ day of _____, _____.

AMBER S. WILLIAMS, CSR NO. 1080
Notary Public
Post Office Box 2636
Boise, Idaho 83701-2636
My commission expires June 1, 2027