# Exhibit 3

1  UNITED STATES DISTRICT COURT
2  EASTERN DISTRICT OF WISCONSIN
3
4
5  ANDREW L. COLBORN,          )
                               )
6           Plaintiff,         )
                               )
7      vs.                     )   Case No.: 19-CV-0484
                               )
8  NETFLIX, INC., et al.,      )
                               )
9           Defendants.        )
   _____)
10
11
12              C O N F I D E N T I A L
13
14     VIDEO-RECORDED DEPOSITION OF LISA NISHIMURA
15                Los Angeles, California
16               Friday, April 29, 2022
17
18
19
20
21
22
23  REPORTED REMOTELY BY:
24
25  NATALIE ALCOTT-BERNAL, CSR No. 13105

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF WISCONSIN
 3
 4
 5   ANDREW L. COLBORN,            )
                                   )
 6              Plaintiff,         )
                                   )
 7      vs.                        )    Case No.: 19-CV-0484
                                   )
 8   NETFLIX, INC., et al.,        )
                                   )
 9              Defendants.        )
     _____)
10
11
12                C O N F I D E N T I A L
13
14
15           Video-recorded deposition of LISA NISHIMURA,
16   taken on behalf of Plaintiff via videoconference, at
17   Netflix, Inc., 5808 Sunset Boulevard, Los Angeles,
18   California, beginning at 9:18 a.m. and ending at 5:41
19   p.m., on Friday, April 29, 2022, before Natalie
20   Alcott-Bernal, via videoconference, Certified Shorthand
21   Reporter No. 13105, within the State of California.
22
23
24
25
```

```
 1   APPEARANCES:
 2
     For Plaintiff: (Via videoconference)
 3
             SCHOTT, BUBLITZ & ENGEL, S.C.
 4           BY:  APRIL BARKER, Esq.
             640 West Moreland Boulevard
 5           Waukesha, Wisconsin 53188
             abarker@sbe-law.com
 6
                 -and-
 7
             GRIESBACH LAW OFFICES, LLC
 8           BY:  MICHAEL GRIESBACH, Esq.
             830 North 12th Street
 9           Manitowoc, Wisconsin 54220
             attmgriesbach@gmail.com
10
     For Defendant, Netflix:
11
             BALLARD SPAHR, LLP
12           BY:  LEITA WALKER, Esq.
                  EMMY PARSONS, Esq.
13           2000 IDS CENTER
             80 South 8th Street
14           Minneapolis, Minnesota 55402
             walkerl@ballardspahr.com
15           parsonse@ballardspahr.com
16               -and-
17           IN-HOUSE COUNSEL FOR NETFLIX
             BY:  MINDY LEMOINE, Esq.
18           5805 West Sunset Boulevard
             Los Angeles, California 90028
19           mlemoine@netflix.com
20   For Defendants, Chrome Media, Laura Ricciardi, and Moira
     Demos: (Via videoconference)
21
             JASSY VICK CAROLAN, LLP
22           BY:  KEVIN L. VICK, Esq.
                  MEGHAN FENZEL, Esq.
23           800 Wilshire Boulevard, Suite 800
             Los Angeles, California 90017
24           kvick@jassyvick.com
             mfenzel@jassyvick.com
25
                          Continued...                      3
```

```
 1   APPEARANCES: (Continued)
 2         MEHRAN KHATCHADORIAN, Videographer
             Veritext Legal Solutions
 3           (800) 660-3187
 4         MOIRA DEMOS (via videoconference)
 5         LAURA RICCIARDI (via videoconference)
 6         DEBRA BURSIK, Paralegal (via videoconference)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   that.
 2        A    Okay.  I'll read it now.
 3             (Ms. Bursik rejoins the proceedings.)
 4             THE WITNESS:  I'm just, FYI, hearing more
 5   ringing on my side.
 6             THE REPORTER:  Ms. Bursik was brought back into
 7   the meeting.  She dropped out a few minutes ago.
 8             MS. BARKER:  My apologies.  She's traveling and
 9   trying to listen in.  So, my apologies if that happens
10   again.
11             THE WITNESS:  Understood.  Thanks.
12             I've read A through J.
13   BY MS. BARKER:
14        Q    Okay.  So, putting aside, for purposes of this
15   question, anything that lawyers have advised you.  And
16   I'm not asking you for a legal interpretation.  Are the
17   subjects described in Paragraphs A through J, in
18   practice, the kinds of things that you expected to have
19   approvals for with respect to the Making a Murderer
20   project?
21        A    Broadly speaking, yes, some of these items have
22   a little bit more to do with marketing and publicity and
23   those sorts of things, which are not my area of
24   expertise.  But, yes, inclusive in here are some of the
25   creative elements that I would be involved with.
```

1   Q   And that would include, particularly
2   subparagraph B, titled, "Storylines and Treatments";
3   correct -- or "Storylines," slash, "Treatments"; correct?
4   A   Correct.
5   Q   And then Subparagraph H referring to rough cuts,
6   fine cuts, and final cut; correct?
7   A   Correct.
8   Q   And then underneath those lettered paragraphs,
9   the next paragraph also refers to regular consulting
10  between Netflix and Synthesis with respect to the
11  progress of Season 1 of the Series.
12      Do you see that?
13  A   Can I just read the remainder of the page?
14  Q   Yes, please.  Thank you.
15  A   I'll do that now.
16      I've read it.
17  Q   Thank you.
18      Directing your attention, again, to the -- the
19  paragraph that's immediately following the lettered
20  paragraphs.  It refers to regular consultation with
21  respect to the progress of Season 1 of the Series.
22      Do you see that?
23  A   I do.
24  Q   And then it refers to a weekly status call or
25  such other frequency as mutually agreed to by the

1  CERTIFICATION OF COURT REPORTER
2  FEDERAL JURAT
3
4      I, the undersigned, a Certified Shorthand
5  Reporter of the State of California do hereby certify:
6      That the foregoing proceedings were taken before
7  me at the time and place herein set forth; that any
8  witness in the foregoing proceedings, prior to
9  testifying, were placed under oath; that a verbatim
10 record of the proceedings was made by me using machine
11 shorthand which was thereafter transcribed under my
12 direction; further, that the foregoing is an accurate
13 transcription thereof.
14     That before completion of the deposition, a
15 review of the transcript [X] was [ ] was not requested.
16     I further certify that I am neither financially
17 interested in the action nor a relative or employee of
18 any attorney of any of the parties.
19     IN WITNESS WHEREOF, I have this date subscribed
20 my name.
21 Dated:  May 13, 2022
22
23                              *Natalie Alcott-Bernal* (signature)
                                Natalie Alcott-Bernal, CSR
24                              CSR No. 13105
25