# Exhibit 4

```
 1              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF WISCONSIN
 2   ---------------------------------------------------
     ANDREW COLBORN,
 3
               Plaintiff,                    COPY
 4
     -vs-                   CIVIL ACTION NO. 19-CV-0484-BHL
 5
     NETFLIX, INC., ET AL.,          VOLUME I
 6
               Defendants.
 7   ---------------------------------------------------

 8              VIDEOTAPED DEPOSITION OF

 9                 ANDREW L. COLBORN

10   ---------------------------------------------------

11

12   DATE:              July 21, 2022

13   TIME:              9:23 a.m. - 5:22 p.m.

14   LOCATION:          Godfrey & Kahn, S.C.
                        833 East Michigan Street
                        Suite 1800
15                      Milwaukee, Wisconsin  53202

16

17

18

19

20

21
     REPORTED BY:
22   Paula Huettenrauch, RMR, CRR
     365Reporting, LLC
23
     VIDEOGRAPHER:
24   Jon Hansen, CLVS
     Video Concepts
25   608.408.7411
```

1

Case 1:19-cv-00484-BHL   Filed 12/09/22   Page 2 of 14   Document 344-4
920.365.2341 | 365Reporting, LLC | www.365reporting.net

```
 1                    A P P E A R A N C E S

 2

 3      LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C., BY
        R. GEORGE BURNETT, ATTORNEY AT LAW
 4      231 South Adams Street
        Green Bay, Wisconsin  54301
 5      Gb@lcojlaw.com
        appeared on behalf of the Plaintiff.
 6

 7      ROCKSTEAD LAW, LLC, BY
        APRIL ROCKSTEAD BARKER, ATTORNEY AT LAW
 8      525 North Lincoln Avenue
        Beaver Dam, Wisconsin  53916
 9      aprilrbarker@rocksteadlaw.com
        appeared on behalf of the Plaintiff.
10

11      BALLARD SPAHR LLP, BY
        LEITA WALKER, ATTORNEY AT LAW
12      2000 IDS Center
        80 South 8th Street
13      Minneapolis, Minnesota  55402
        walkerl@ballardspahr.com
14      appeared on behalf of Netflix, Inc.

15
        BALLARD SPAHR LLP, BY
16      ISABELLA SALOMAO NASCIMENTO, ATTORNEY AT LAW
        2000 IDS Center
17      80 South 8th Street
        Minneapolis, Minnesota  55402
18      salomaonascimentoi@ballardspahr.com
        appeared on behalf of Netflix, Inc.
19

20      BALLARD SPAHR LLP, by
        EMMY S. PARSONS, ATTORNEY AT LAW
21      1909 K Street NW, Suite 1200
        Washington, DC  20006-1157
22      parsonse@ballardspahr.com
        appeared via Zoom videoconference on
23      behalf of Netflix, Inc.

24

25
                                                                    2
```

```
 1    BALLARD SPAHR LLP, by
      MATTHEW E. KELLEY, ATTORNEY AT LAW
 2    1909 K Street NW, Suite 1200
      Washington, DC  20006-1157
 3    kelleym@ballardspahr.com
      appeared via Zoom videoconference on
 4    behalf of Netflix, Inc.

 5

      JASSY VICK CAROLAN LLP, by
 6    KEVIN L. VICK, ATTORNEY AT LAW
      355 South Grand Avenue, Suite 2450
 7    Los Angeles, California  90071
      kvick@jassyvick.com
 8    appeared on behalf of Chrome Media LLC,
      Laura Ricciardi, and Moira Demos.
 9

10    JASSY VICK CAROLAN LLP, by
      MEGHAN E. FENZEL, ATTORNEY AT LAW
11    355 South Grand Avenue, Suite 2450
      Los Angeles, California  90071
12    mfenzel@jassyvick.com
      appeared via Zoom videoconference on
13    behalf of Chrome Media LLC, Laura Ricciardi, and
      Moira Demos.
14
      * * *
15

16    ALSO PRESENT:

17    Debra Bursik, Paralegal

18    Moira Demos, Defendant

19    Laura Ricciardi, Defendant

20    Melinda LeMoine, Director, Litigation, Netflix, Inc.

21

22

23

24

25
```

3

1  Q    But for all you know, Netflix was saying in
2  that document, "Hold another second if you can, but
3  we understand that court footage may not exist, and
4  so we understand if you can't."  You don't know
5  because you haven't seen that document, correct?
6  A    Right.
7  Q    Okay.
8  A    Yes.  Correct.
9  Q    You talked about some of the music.  I don't
10 know what page that was from, but there was a
11 reference here to good danger music; is that right?
12 A    Yes.
13 Q    Okay.  And we talked about -- I mean, the
14 subject matter of Making a Murderer did involve a
15 murder, correct?
16 A    Uh-huh.  Yes.
17 Q    And a horrific crime, correct?
18 A    Yes.
19 Q    And a dangerous perpetrator, correct?
20 A    Yes.
21 Q    So there's nothing really inappropriate
22 about using, quote-unquote, danger music with that
23 subject matter, correct?
24           MR. BURNETT:  Objection, foundation.
25 Q    You can answer.

224

1          A     The rest of it is, "Approving as good
2    'danger' music under scoring accompanying images of
3    Plaintiff."  So why are we only using the danger
4    music when we're showing images of myself?
5          Q     Oh, well, I think it says, "Accompanying
6    images of Plaintiff walking Plaintiff out of court."
7    I'm not sure whose typo that is, but I think it's,
8    "Accompanying images of Plaintiff walking Avery out
9    of court."  Avery was, in your mind, a dangerous
10   criminal, correct?
11         A     Uh-huh.
12         Q     Okay.  So it would be appropriate to use
13   danger music in that sort of scene, correct?
14         A     I --
15               MR. BURNETT:  Objection, foundation.
16   Go ahead.
17         A     I've also observed in the clips that were
18   shown to me that I'm just sitting there and there's
19   danger music, or someone else will be talking and
20   they'll put a picture of me up there and accompany
21   that with danger music.
22         Q     You testified earlier you didn't remember
23   the music, Mr. Colborn.
24         A     No.  I thought I said -- you asked me if --
25   what I considered danger music, and I said music that

225

1                    CERTIFICATION PAGE

2

3    STATE OF WISCONSIN      )

4    MILWAUKEE COUNTY        )

5
            I, PAULA M. HUETTENRAUCH, RMR, CRR,
6    Notary Public in and for the State of Wisconsin, do
     hereby certify:
7
            That prior to being examined, the
8    deponent named in the foregoing deposition,
     ANDREW L. COLBORN, was by me duly sworn to testify
9    the truth, the whole truth, and nothing but the
     truth.
10
            That said deposition was taken before
11   me at the time, date, and place set forth; and I
     hereby certify the foregoing is a full, true, and
12   correct transcript of my shorthand notes so taken and
     thereafter reduced to computerized transcription
13   under my direction and supervision.

14              I further certify that I am neither
     counsel for nor related to any party to said action,
15   nor in any way interested in the outcome thereof; and
     that I have no contract with the parties, attorneys,
16   or persons with an interest in the action that
     affects or has a substantial tendency to affect
17   impartiality, or that requires me to provide any
     service not made available to all parties to the
18   action.

19
     IN WITNESS WHEREOF, I have hereunto
20   subscribed my name this 28th day of July, 2022.

21
     *Paula Huettenrauch*
22
     Paula M. Huettenrauch, RMR, CRR
23   Notary Public - State of Wisconsin

24   My Commission Expires 8/18/2023

25

251

```
 1              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF WISCONSIN
 2    ----------------------------------------------
      ANDREW COLBORN,                    COPY
 3
                Plaintiff,
 4
      -vs-                    CIVIL ACTION NO. 19-CV-0484-BHL
 5
      NETFLIX, INC., ET AL.,             VOLUME II
 6
                Defendants.
 7    ----------------------------------------------

 8          CONTINUED VIDEOTAPED DEPOSITION OF

 9                 ANDREW L. COLBORN

10    ----------------------------------------------

11    DATE:              July 22, 2022

12    TIME:              9:02 a.m. - 4:40 p.m.

13    LOCATION:          Godfrey & Kahn, S.C.
                         833 East Michigan Street
14                       Suite 1800
                         Milwaukee, Wisconsin  53202
15

16

17

18

19

20

21
      REPORTED BY:
22    Paula Huettenrauch, RMR, CRR
      365Reporting, LLC
23
      VIDEOGRAPHER:
24    Jon Hansen, CLVS
      Video Concepts
25    608.408.7411
```

252

```
 1                    A P P E A R A N C E S

 2


 3    LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C., BY
      R. GEORGE BURNETT, ATTORNEY AT LAW
 4    231 South Adams Street
      Green Bay, Wisconsin  54301
 5    Gb@lcojlaw.com
      appeared on behalf of the Plaintiff.
 6


 7    ROCKSTEAD LAW, LLC, BY
      APRIL ROCKSTEAD BARKER, ATTORNEY AT LAW
 8    525 North Lincoln Avenue
      Beaver Dam, Wisconsin  53916
 9    aprilrbarker@rocksteadlaw.com
      appeared on behalf of the Plaintiff.
10


11    BALLARD SPAHR LLP, BY
      LEITA WALKER, ATTORNEY AT LAW
12    2000 IDS Center
      80 South 8th Street
13    Minneapolis, Minnesota  55402
      walkerl@ballardspahr.com
14    appeared on behalf of Netflix, Inc.


15
      BALLARD SPAHR LLP, BY
16    ISABELLA SALOMAO NASCIMENTO, ATTORNEY AT LAW
      2000 IDS Center
17    80 South 8th Street
      Minneapolis, Minnesota  55402
18    salomaonascimentoi@ballardspahr.com
      appeared on behalf of Netflix, Inc.
19


20    BALLARD SPAHR LLP, by
      EMMY S. PARSONS, ATTORNEY AT LAW
21    1909 K Street NW, Suite 1200
      Washington, DC  20006-1157
22    parsonse@ballardspahr.com
      appeared via Zoom videoconference on
23    behalf of Netflix, Inc.


24


25

                                                                              253
```

```
 1     BALLARD SPAHR LLP, by
       MATTHEW E. KELLEY, ATTORNEY AT LAW
 2     1909 K Street NW, Suite 1200
       Washington, DC  20006-1157
 3     kelleym@ballardspahr.com
       appeared via Zoom videoconference on
 4     behalf of Netflix, Inc.

 5

       JASSY VICK CAROLAN LLP, by
 6     KEVIN L. VICK, ATTORNEY AT LAW
       355 South Grand Avenue, Suite 2450
 7     Los Angeles, California  90071
       kvick@jassyvick.com
 8     appeared on behalf of Chrome Media LLC,
       Laura Ricciardi, and Moira Demos.
 9

10     JASSY VICK CAROLAN LLP, by
       MEGHAN E. FENZEL, ATTORNEY AT LAW
11     355 South Grand Avenue, Suite 2450
       Los Angeles, California  90071
12     mfenzel@jassyvick.com
       appeared via Zoom videoconference on
13     behalf of Chrome Media LLC, Laura Ricciardi, and
       Moira Demos.
14
       ***
15

16     ALSO PRESENT:

17     Debra Bursik, Paralegal

18     Moira Demos, Defendant

19     Laura Ricciardi, Defendant

20     Melinda LeMoine, Director, Litigation, Netflix, Inc.

21

22

23

24

25
```

254

1   Q   Okay. The third block here on Exhibit 8,
2   you said, "I did" --
3   A   Same page, ma'am?
4   Q   Yeah.
5   A   Okay.
6   Q   You said, "I did have numerous law
7   enforcement officers both within my own agency and in
8   agencies outside my own that, yes, did support me
9   100 percent, yes." Did I read that correctly?
10   A   Yes.
11   Q   And you were truthful with the interviewers,
12   correct?
13   A   So, again, I don't know the question, but
14   yes, I answered the questions that were put to me
15   truthfully.
16   Q   If you could flip to page 360.
17   A   The same exhibit here?
18   Q   Yes.
19   A   Okay.
20   Q   The second block begins, "I guess that's."
21   Do you see that?
22   A   Yes.
23   Q   You say, "I guess that's" -- and then you
24   laugh, apparently. "To answer your question, I
25   haven't been -- like no one has confronted me. I

314

1    think a lot of these people are -- they're content to
2    attack from behind their computer keyboard."  Did I
3    read that correctly?
4         A    Yes.
5         Q    Okay.  So you told me today about Kevin
6    Hartlaub?
7         A    Yes.
8         Q    No one else has confronted you, correct?
9         A    So sending a bomb to my mailbox, would you
10   consider that confronting me personally or would we
11   call that doing it from another state and I didn't
12   really get to see the person?
13        Q    Well, I guess I'll ask you what you meant
14   when you made this statement to the makers of
15   Convicting a Murderer.
16        A    I believe somewhere else in Convicting a
17   Murderer I discussed that.  So that's what I mean.  I
18   don't know what the question is, so that -- it's hard
19   for me to give you a definitive answer when I don't
20   know the question I was being asked.  All I see is my
21   own response, but I can't give you another example
22   beyond the one I just gave you about, like, somebody
23   showing up at my house, although there's been several
24   times that I found vehicles parked in front of my
25   house for no absolute reason.  I lived on a dead-end

315
Case 1:19-cv-00484-BHL   Filed 12/09/22   Page 12 of 14   Document 344-4
920.585.2341 | 365Reporting, LLC | www.365reporting.net

 1    road at the time, and I confronted them and got, "Oh,
 2    I'm lost," "Oh, I'm texting."  It's always something
 3    that they're doing, but it just seems odd that
 4    they're picking Victoria Drive to do that when prior
 5    to the release of Making a Murderer they won't --
 6    they didn't.
 7         Q    So I believe you said you confronted them?
 8         A    Yes, I would make contact with them.  So I
 9    don't know if they're filming my house or what, but I
10    can't give you another example other than that.
11         Q    Okay.  If you could flip to page 362 --
12         A    Okay.
13         Q    -- of the same exhibit.
14         A    Got it.
15         Q    In the top box --
16         A    Yes.
17         Q    -- one, two, three, four -- eight lines
18    down.
19         A    Where it says, "To tell you the truth"?
20         Q    Yeah.  I'm even going to go a little
21    further.  Go two more lines down from there.  Toward
22    the end it says, "I don't make friends easy."  Do you
23    see that?
24         A    Yes.
25         Q    And it continues, "I'm an introverted

316

CERTIFICATION PAGE

STATE OF WISCONSIN    )

MILWAUKEE COUNTY      )

I, PAULA M. HUETTENRAUCH, RMR, CRR, Notary Public in and for the State of Wisconsin, do hereby certify:

That prior to being examined, the deponent named in the foregoing deposition, ANDREW L. COLBORN, was by me duly sworn to testify the truth, the whole truth, and nothing but the truth.

That said deposition was taken before me at the time, date, and place set forth; and I hereby certify the foregoing is a full, true, and correct transcript of my shorthand notes so taken and thereafter reduced to computerized transcription under my direction and supervision.

I further certify that I am neither counsel for nor related to any party to said action, nor in any way interested in the outcome thereof; and that I have no contract with the parties, attorneys, or persons with an interest in the action that affects or has a substantial tendency to affect impartiality, or that requires me to provide any service not made available to all parties to the action.

IN WITNESS WHEREOF, I have hereunto subscribed my name this 28th day of July, 2022.

*Paula Huettenrauch*

Paula M. Huettenrauch, RMR, CRR
Notary Public - State of Wisconsin

My Commission Expires 8/18/2023

500
Case 1:19-cv-00484-BHL   Filed 12/09/22   Page 14 of 14   Document 344-4
920.585.2341 | 365Reporting, LLC | www.365reporting.net