# Exhibit 7

```
 1   STATE OF WISCONSIN : CIRCUIT COURT : MANITOWOC COUNTY
                              BRANCH 1
 2   _____

 3   STATE OF WISCONSIN,

 4                  PLAINTIFF,         JURY TRIAL
                                       TRIAL - DAY 6
 5   vs.                               Case No. 05 CF 381

 6   STEVEN A. AVERY,

 7                  DEFENDANT.
     _____
 8

 9   DATE:      FEBRUARY 19, 2007

10   BEFORE:  Hon. Patrick L. Willis
             Circuit Court Judge

11   APPEARANCES:  KENNETH R. KRATZ
                   Special Prosecutor
12                 On behalf of the State of Wisconsin.

13                 THOMAS J. FALLON
                   Special Prosecutor
14                 On behalf of the State of Wisconsin.

15                 NORMAN A. GAHN
                   Special Prosecutor
16                 On behalf of the State of Wisconsin.

17                 DEAN A. STRANG
                   Attorney at Law
18                 On behalf of the Defendant.

19                 JEROME F. BUTING
                   Attorney at Law
20                 On behalf of the Defendant.

21                 STEVEN A. AVERY
                   Defendant
22                 Appeared in person.

23              TRANSCRIPT OF PROCEEDINGS

24         Reported by Diane Tesheneck, RPR

25              Official Court Reporter
```

1

Case 1:19-cv-00484-BHL   Filed 12/09/22   Page 2 of 6   Document 344-7

CHRM009267

```
 1                          I N D E X

 2    WITNESSES                                              PAGE

 3    JOHN ERTL
 4
      Direct Examination by ATTORNEY FALLON                     4
 5
      Cross-Examination by ATTORNEY BUTING                     65
 6
      Redirect Examination by ATTORNEY FALLON                 131
 7
      Recross-Examination by ATTORNEY BUTING                  141
 8

 9    DEPUTY DAVID SIDERS

10    Direct Examination by ATTORNEY KRATZ                    148

11    Cross-Examination by ATTORNEY STRANG                    158

12
      SERGEANT WILLIAM TYSON
13
      Direct Examination by ATTORNEY KRATZ                    167
14

15    EXHIBITS         MARKED       OFFERED       ADMITTED

16    142-147                          236           236
      148-151                                        236
17    154-155                          158           158
      156                              147           147
18    157                              158           158
      159-160                          147           147
19    161-162                          230           231
      163                              227           227
20    166-186                          227           227
      188-205                          227           227
21

22

23

24

25
```

```
 1         Judge, no.
 2                   THE COURT:  Very well, the witness is
 3         excused.
 4                   ATTORNEY KRATZ:  Could we approach just
 5         briefly, Judge.
 6                   THE COURT:  Sure.
 7                        (Side bar taken.)
 8                   ATTORNEY KRATZ:  I'm going to call Bill
 9         Tyson to the stand.
10                   THE CLERK:  Please raise your right hand.
11                   **SERGEANT WILLIAM TYSON**, called as a
12         witness herein, having been first duly sworn, was
13         examined and testified as follows:
14                   THE CLERK:  Please be seated.  Please state
15         your name and spell your last name for the record.
16                   THE WITNESS:  William Tyson, T-y-s-o-n.
17                        **DIRECT EXAMINATION**
18    BY ATTORNEY KRATZ:
19    Q.   Mr. Tyson, how are you employed?
20    A.   I am a sergeant with the patrol staff with the
21         Calumet County Sheriff's Department.
22    Q.   As a sergeant with Calumet County, were you asked
23         to assist in search efforts at what's now called
24         the Avery Salvage Yard?
25    A.   Yes.
```

Case 1:19-cv-00484-BHL   Filed 12/09/22   Page 4 of 6   Document 344-7

CHRM009433

1  Q.  All right. Now, you said that you were teamed up
2      with, or that you joined other officers; do you
3      remember who was in your team?
4  A.  Yes, it was Lieutenant Jim Lenk, from the
5      Manitowoc County Sheriff's Department; Sergeant
6      Andy Colborn, from the Manitowoc County Sheriff's
7      Department; and Detective Dave Remiker, from the
8      Manitowoc County Sheriff's Department.
9  Q.  Was there any discussion about what each of your
10     responsibilities were going to be and, I guess,
11     more specifically, was there a discussion about
12     who was in charge of this team?
13 A.  It was told to me that no Manitowoc County deputy
14     should be alone on the property. Investigator
15     Wiegert told me my responsibility would be to go
16     with them into the Steve Avery trailer and to
17     document what they were doing, take notes, and if
18     evidence was seized by them, to take custody of
19     all the evidence at the end of the search
20     warrant.
21 Q.  Do you know why a Calumet County deputy was put
22     in charge of the custody of any physical evidence
23     that might be obtained.
24 A.  It was told to me that Investigator Wiegert would
25     be the lead investigator and that the

175

Case 1:19-cv-00484-BHL   Filed 12/09/22   Page 5 of 6   Document 344-7

CHRM009441

```
 1   STATE OF WISCONSIN  )
                        )ss
 2   COUNTY OF MANITOWOC )

 3

 4              I, Diane Tesheneck, Official Court

 5   Reporter for Circuit Court Branch 1 and the State

 6   of Wisconsin, do hereby certify that I reported

 7   the foregoing matter and that the foregoing

 8   transcript has been carefully prepared by me with

 9   my computerized stenographic notes as taken by me

10   in machine shorthand, and by computer-assisted

11   transcription thereafter transcribed, and that it

12   is a true and correct transcript of the

13   proceedings had in said matter to the best of my

14   knowledge and ability.

15              Dated this 7th day of 11, 2007.
```

                                    _Diane Tesheneck, RPR_
                                    Diane Tesheneck, RPR
                                    Official Court Reporter