# ROCKSTEAD LAW, LLC

Mailing Address: 525 N. Lincoln Ave.
Beaver Dam, WI 53916
(920) 887-0387

aprilrbarker@rocksteadlaw.com

Honorable Brett H. Ludwig
District Court Judge
Eastern District of Wisconsin
U.S. Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

                      Re:    *Colborn v. Netflix*
                                Case No. 19-cv-484

Dear Judge Ludwig,

      It has come to our attention while preparing our reply brief in the above matter that Plaintiff's response brief opposing Defendants' motions for summary judgment inadvertently included a citation to a case that was intended to have been removed because it was later reversed based on the facts in that case. We respectfully request that the Court and counsel disregard the reference in the response brief to *Perez v. WEWS,* 1986 WL 12966, *7 (Ohio Ct. App.). Our sincere apologies to the Court and counsel for the oversight.

                                            Sincerely,

                                            ROCKSTEAD LAW, LLC

                                            /s/ April Rockstead Barker

                                            April Rockstead Barker

cc: Counsel of record (via e-filing)