IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

ANDREW L. COLBORN

                Plaintiff

NETFLIX Inc., CHROME MEDIA, LLC, et al.

                Defendants.

**DECLARATION OF
<u>DEBRA L. BURSIK</u>**

Case No. 19-CV-484

---

STATE OF WISCONSIN    :
                             : SS.
COUNTY OF BROWN     :

The undersigned, being first duly sworn, on oath, says:

1.      I am a licensed private detective contracted with the Law Firm of Conway,

Olejniczak, & Jerry, S.C.

2.      In addition to other items, Plaintiff produced in discovery the following:

Colborn Doc #

| | |
|---|---|
| 672-690 | Hearing transcript 8-10-2006 – 19 pages |
| 691 – 702 | Deposition of Colborn 10-13-2005 |
| 703-721 | Evidence – 19 pages |
| 722-741 | Calumet Cnty Sheriff Dept – Assist in missing person case |
| 742-744 | Fax on subpoena for Avery Trial |
| 745 | Subpoena for Avery Trial |
| 746-747 | Subpoena for Avery Trial |
| 748 | Ltr to Lenk, Jos, Colborn , et. Al. re:  conference with DA |
| 749 | Subpoena dated 1 -11- 07 |
| 750-756 | Fax to Remiker re:  evidence collection |
| 757-758 | Letter to Rob Herman from J. Pagel |
| 759 | Manitowoc County Time Report |
| 760 | Overtime documentation 11-5-05 |
| 761 | Recognition report |
| 762 | Subpoena |
| 763-786 | Manitowoc County Sheriff Dept Summary |
| 787 – 875 | Harassment VM's |
| 919 | Colborn Depo Testimony |
| 4889 – 4914 | Narrative dispatch |

Dated this 9th day of December, 2022.

By:   _s/Debra L. Bursik_
      Debra L. Bursik

#4441530