## Itemization of costs for Netflix, Inc.

| Date | Amount | Description |
|---|---|---|
| **Service Fees** | | |
| 12/3/2021 | $125.00 | Vendor: PATRICK L. ZELZER AND ASSOCIATES; Invoice#: ZEL-2021002837; Date: 12/3/2021 - Fee for Service of Subpoena on Manitowoc Co. Sheriff's Dept. |
| 2/10/2022 | $125.00 | Vendor: PATRICK L. ZELZER AND ASSOCIATES; Invoice#: AEL-2022000361; Date: 2/10/2022 - Serve Subpoena on Michael Griesbach on 2/10/22 |
| 3/25/2022 | $143.60 | Vendor: ATTORNEY'S LITIGATION SUPPORT SERVICES; Invoice#: 6876462; Date: 3/25/2022 - Service on John Mayer on 3-23-22 |
| 4/1/2022 | $75.00 | Vendor: EAST CENTRAL WISCONSIN PROCESS; Invoice#: 2548; Date: 4/1/2022 - Process 3/25/2022 - Service on Thomas Pankow on 3-2322 (Patrick Lamb) |
| 4/8/2022 | $125.00 | Vendor: PATRICK L. ZELZER AND ASSOCIATES; Invoice#: ZEL-2022000858; Date: 4/8/2022 - Service of Process on Barbara Colborn |
| 4/30/2022 | $125.00 | Vendor: PATRICK L. ZELZER AND ASSOCIATES; Invoice#: ZEL-2022000993; Date: 4/30/2022 - Service of subpoena on Brenda Schuler. |
| **Witness Fees** | | |
| 4/26/2022 | $41.17 | Vendor: SCHULER, BRENDA; Invoice#: WITNESSFEE; Date: 4/26/2022 - Witness fee |
| **Costs for Copying and Organizing Plaintiff's Text Messages** | | |
| 5/4/2022 | $800.00 | Professional Services Converse Data LLC - Inv #1025 05-02-22 - Mobile Messages Tech Time |
| 8/15/2022 | $300.00 | Professional Services Converse Data LLC - Inv #1037 8/2/22 - Create messages/convos $300.00 |
| **Deposition Video and Transcripts** | | |
| 5/12/2022 | $450.00 | Video Deposition Fees Veritext - Inv #5752688 05-10-22 - Witness video deposition |
| 5/20/2022 | $977.42 | Deposition Transcripts Veritext - Inv #5783144 05-17-22 - Certified transcript - medical, technical or video, exhibits, litigation package - secure file suite and electronic delivery and handling for witness (Lisa Nishimura) depositions. |
| 6/3/2022 | $1,725.15 | Deposition Transcripts Veritext - Inv #5813996 06-01-22 - Witness (Laura Ricciardi) depositions |
| 6/6/2022 | $942.50 | Deposition Transcripts Veritext - Inv #5820845 06-05-22 - Witness (Moira Demos) depositions |
| 6/9/2022 | $2,597.40 | Deposition Transcripts Colleen Reed Reporting LLC - Inv #16913 05-2522 - Deposition of witness |
| 6/14/2022 | $945.65 | Deposition Transcripts Veritext - Inv #5829827 06-10-22 - Witness (Kenneth Peterson, AEO) depositions |
| 6/14/2022 | $236.30 | Deposition Transcripts Veritext - Inv #5834777 06-10-22 - Witness (Eleonore Fleur Daily) depositions |
| 6/23/2022 | $774.20 | Deposition Transcripts Veritext - Inv #5823629 06-16-22 - Witness video depositions (Adam Del Deo) |
| 8/5/2022 | $472.19 | Video Deposition Fees Veritext - Inv #5766060 05-06-22 - Witness video deposition of Lisa Nishimura. |
| 8/5/2022 | $330.00 | Video Deposition Fees Veritext - Inv #5802596 05-24-22 - Witness Laura Ricciardi video deposition. |
| 8/5/2022 | $1,322.24 | Deposition Transcripts Veritext - Inv #5907747 07-19-22 - Witness depositions (Mary Manhardt). |

| Date | Amount | Description |
|---|---|---|
| 8/10/2022 | $1,925.00 | Video Deposition Fees Video Concepts, Inc.-Invoice#113640-Dated 7/31/22- Video depositions from 07/21 and 07/22 of Andrew Colborn. |
| 9/6/2022 | $920.00 | Deposition Transcripts Veritext - Inv #5989052 8/29/22 - Witness Lisa Dennis deposition/s. |
| 12/2/2022 | $1,644.05 | Deposition Transcripts 365Reporting, LLC-Invoice#6414-Dated 7/27/22 Depositions of Andrew L. Colborn - Vol 2 |
| 12/2/2022 | $1,681.85 | Deposition Transcripts 365Reporting, LLC-Invoice#6414-Dated 7/27/22 Depositions of Andrew L. Colborn - Vol 1 |
| 2/23/2023 | $385.00 | Video Deposition Fees Veritext - Inv #5903086 7/12/22 - Deposition |
| **TOTAL** | **$19,189.71** | |