Patrick L. Zelzer and Associates
P.O BOX 12554
Green Bay, WI 54307-2554
Phone: (920) 362-7707

**INVOICE**

Invoice #ZEL-2021002837
12/3/2021

Bryan J. Cahill
GODFREY KAHN S.C.
One East Main Street
Suite 500
Madison, WI 53701

**Case Number: EASTERN DISTRICT 19-CV-484**

Plaintiff:
**ANDREW L. COLBORN,**

Defendant:
**NETFLIX, INC ET AL.,**

Served: 11/29/2021 8:30 am
To be served on: MANITOWOC COUNTY SHERIFF'S OFFICE

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| | 1.00 | 125.00 | 125.00 |
| TOTAL CHARGED: | | | $125.00 |

**BALANCE DUE:** $125.00

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT            EASTERN DISTRICT OF WISCONSIN

CASE NO. 19-CV-484

**PLAINTIFF(S):**     **ANDREW L. COLBORN**

-vs-

**DEFENDANT(S):**     **NETFLIX, INC., et al.**

---

**PARTY SERVED: MANITOWOC COUNTY SHERIFF'S DEPARTMENT**

**Manner of Service:**    *Corporate – By personally serving the summons upon an officer, director or managing agent of the corporation or limited liability company either within or without this state. In lieu of delivering the copy of the summons to the officer specified, the copy may be left in the office of such officer, director or managing agent with the person who is apparently in charge of the office pursuant to Wis. Stats. § Sec. 801.11(5)(a).*

                     **By: Tori Teunissen**        **Title: Administrative Specialist**

**Location of Service:**   1025 South 9th Street
Manitowoc, WI 54220

**Date/Time of Service:** November 29, 2021 at 8:30 a.m.

**Documents Served:**   Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Exhibits (A-B)

---

*Melissa T. Seib*, undersigned, being duly sworn, deposes and says at the time of service he/she was an adult resident of the State of Wisconsin and is not a party to this action. At the time of service, the undersigned did place upon it the date, time, manner and name, leaving a true and correct copy thereof, and that the server knew the person so served to be the party mentioned and named therein.

By: _Melissa T. Seib_
                     **Melissa T. Seib, Service Agent**

Subscribed and sworn to before me
this _1_ day of _December_ , _2021_ .

_____
Notary Public
Manitowoc County, Wisconsin
My Commission Expires: _2/20/22_

Service Fee: $ 125.00

SCOTT L HUNGERFORD
Notary Public
State of Wisconsin

Civil Action No. 19-CV-484

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **Manitowoc County Sheriff's Dept.**

on *(date)* **11/24/21**

☐ I served the subpoena by delivering a copy to the named person as follows: **Manitowoc County**
**Sheriff's Dept. — by Toni Teunyssen (Admin. Specialist)**
on *(date)* **11/29/21** ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **11/30/21**

**Melissa T. Seib**
*Server's signature*

**Melissa T. Seib — Process Server**
*Printed name and title*

**935 So. 8th St, Ste 203, Manitowoc, WI 54220**
*Server's address*

Additional information regarding attempted service, etc.:

Patrick L. Zelzer and Associates
P.O BOX 12554
Green Bay, WI 54307-2554
Phone: (920) 362-7707

**INVOICE**

Invoice #ZEL-2022000361
2/10/2022

GODFREY & KAHN S.C.
P.O. Box 2728
Appleton, WI 54912

**Case Number: EASTERN DISTRICT 19-CV-484**

Plaintiff:
**ANDREW L. COLBORN,**

Defendant:
**NETFLIX, INC ET AL.,**

Served: 2/10/2022 10:37 am
To be served on: MICHAEL GRIESBACH

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
|  | 1.00 | 125.00 | 125.00 |
| TOTAL CHARGED: |  |  | $125.00 |

**BALANCE DUE:** $125.00

Please enclose a copy of this invoice with your payment.
Thank You For Your Business!

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1m

**ATTORNEY'S LITIGATION SUPPORT SERVICES**
P.O. Box 12154
Green Bay , WI 54307

**INVOICE:** 6876462
Issued: Mar 25, 2022

**GODFREY & KAHN, S.C.**
NICOLE E. TALBOTT SETTLE
P.O. BOX 2719
MADISON, WI 53701-2719

PAY TO:
**ATTORNEY'S LITIGATION SUPPORT SERVICES**
P.O. Box 12154
Green Bay , WI 54307

| Case: | 19-CV-484-BHL | Plaintiff / Petitioner: | ANDREW L. COLBORN, Plaintiff, vs. |
|---|---|---|---|
| Job: | 6876462 | Defendant / Respondent: | NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS, LLC; LAURA RICCIARDI; AND MOIRA DEMOS, Defendants. |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| 3-23-2022 | SERVICE ON JOHN F. MAYER AT MAYER, GRAFF & WALLACE LLP, 1425 MEMORIAL DRIVE, SUITE B MANITOWOC, WI 54220 | $95.00 | 1 | $95.00 |
| | RUSH SERVICE | $35.00 | 1 | $35.00 |
| | PRINT DOCUMENTS | $0.20 | 68 | $13.60 |

| THANK YOU. | Total: | $143.60 |
|---|---|---|
| | Amount Paid: | ($0.00) |
| | **Balance Due:** | **$143.60** |

ATTORNEY'S LITIGATION SUPPORT SERVICES • P.O. Box 12154, Green Bay , WI 54307

Call: 920.265.2466 • Fax: 920.497.8801 • Email: deborah@alsswi.com • Visit: www.alsswi.com

## AFFIDAVIT OF SERVICE ON JOHN F. MAYER

| Case:<br>19-CV-484-BHL | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN GREEN BAY DIVISION | County:<br>BROWN COUNTY | Job:<br>6876462 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>ANDREW L. COLBORN, Plaintiff, vs. | | **Defendant / Respondent:**<br>NETFLIX, INC.; CHROME MEDIA LLC, F/K/A SYNTHESIS FILMS, LLC; LAURA RICCIARDI; AND MOIRA DEMOS, Defendants. | |
| **Received by:**<br>ATTORNEY'S LITIGATION SUPPORT SERVICES | | **For:**<br>GODFREY & KAHN, S.C. ATTORNEY JAMES A. FRIEDMAN | |
| **To be served upon:**<br>JOHN F. MAYER, ATTORNEY<br>MAYER, GRAFF & WALLACE LLP | | | |

I, DEBORAH NELSON, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the State of Wisconsin where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** JOHN F. MAYER at 1425 MEMORIAL DRIVE, SUITE B, MANITOWOC, WISCONSIN 54220

**Manner of Service:** BY SERVICE on SARAH ENDRIES, LEGAL ASSISTANT, to ATTORNEY JOHN F. MAYER, AUTHORIZED TO ACCEPT on
MARCH 23, 2022 at 1:28 P.M.

**Documents:** DEFENDANT NETFLIX, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO SUBPOENA TO MICHAEL GRIESBACH, DECLARATION OF LEITA WALKER, EXHIBITS

**Additional Comments:**

**Fees:** $130.00

DEBORAH NELSON                    Date March 24 2022

ATTORNEY'S LITIGATION SUPPORT SERVICES
P.O. Box 12154
Green Bay , WI 54307
920.265.2466

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date        Commission Expires    3-6-26



## EAST CENTRAL
## WISCONSIN PROCESS

*Prompt, Professional, Process Service*

P.O. Box 1211
Sheboygan, WI 53082
Phone: 920-458-2109

**www.ECWP.us**

# Invoice

| Bill To |
|---|
| Godfrey & Kahn, S.C.<br>One East Main Street, Suite 500<br>Madison, WI  53703-3300 |

| Date |
|---|
| 4/1/2022 |

| Due Date |
|---|
| 4/1/2022 |

| Invoice # |
|---|
| 2548 |

| Description | Amount |
|---|---|
| Case # 19-cv-0484, Thomas Pankow | 55.00 |
| Rush Service | 20.00 |
| | |

| Thank you for your Business | **Total** | $75.00 |
|---|---|---|

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin

| | |
|---|---|
| Andrew Colborn | ) |
| *Plaintiff* | ) |
| v. | ) |
| Netflix, Inc., et al. | ) |
| *Defendant* | ) |

Civil Action No.  19-cv-0484

Process Server *[signature]*
Date 3/31/22 Time 828 am/pm
(X) Personal          ( ) Substitute
( ) Posted            ( ) Corporate

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                              Thomas Pankow
                    3210 Pheasant Lane, Manitowoc, WI 54220

*(Name of person to whom this subpoena is directed)*

☑ Testimony:  YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Manitowoc   Public Library, Board Room 707 Quay Street, Manitowoc, WI 54220 | Date and Time: 04/18/2022 8:30 am |
|---|---|

The deposition will be recorded by this method:  Stenography

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: Any communications regarding or related to Steven Avery, Brendan Dassey, or the Netflix documentary, Making a Murderer

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  03/30/2022

| GINA M. COLLETTI *CLERK OF COURT* | |
|---|---|
| | OR |
| | s/Leita Walker |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Netflix, Inc.
_____ , who issues or requests this subpoena, are:

Leita Walker, walkerl@ballardspahr.com, (612)-371-6222,2000 IDS Center, 80 South 8th Street, Minneapolis, MN 55402

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No.  19-cv-0484

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  Thomas Pankow

on *(date)*  3/30/22  .

☒ I served the subpoena by delivering a copy to the named individual as follows:  Thomas Pankow

3210 Pheasant Lane, Manitowoc, WI  54220

on *(date)*  3/31/22  ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  3/31/22

_____
*Server's signature*

Patrick J. Lamb
*Printed name and title*

P.O. Box 1211, Sheboygan, WI 53082
*Server's address*

Additional information regarding attempted service, etc.:

Patrick L. Zelzer and Associates
P.O BOX 12554
Green Bay, WI 54307-2554
Phone: (920) 362-7707

**INVOICE**

Invoice #ZEL-2022000858
4/9/2022

Original Date: 4/8/2022

Bryan J. Cahill
GODFREY KAHN S.C.
One East Main Street
Suite 500
Madison, WI 53701

**Case Number: EASTERN DISTRICT 19-CV-0484**

Plaintiff:
**ANDREW COLBORN**

Defendant:
**NETFLIX, INC. ET AL.**

Served: 4/8/2022 1:37 pm
To be served on: BARBARA COLBORN

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| | 1.00 | 125.00 | 125.00 |
| TOTAL CHARGED: | | | $125.00 |

**BALANCE DUE:** $125.00

Please enclose a copy of this invoice with your payment.
Thank You For Your Business!

## AFFIDAVIT OF SERVICE

**State of Wisconsin**

**County of EASTERN DISTRICT**

Case Number: 19-CV-0484   Court Date: 4/18/2022  1:00 pm

Plaintiff:
**ANDREW COLBORN**

vs.

Defendant:
**NETFLIX, INC. ET AL.**

Received by Patrick L. Zelzer and Associates to be served on **BARBARA COLBORN, 2525 VICTORIA DRIVE, MANITOWOC, WI 54220**.

I, Patrick Zelzer, being duly sworn, depose and say that on the **8th day of April, 2022** at **1:37 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION** with the date and hour of service endorsed thereon by me, to: **BARBARA COLBORN** at the address of: **2525 VICTORIA DRIVE, MANITOWOC, WI 54220**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

I have also served a Witness fee check of $46.00 To Barbara. It was attached To The Subpoena

Subscribed and Sworn to before me on the 8th day of
April, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

12-14-25

**Patrick Zelzer**
Process Server

**Patrick L. Zelzer and Associates**
P.O BOX 12554
**Green Bay, WI 54307-2554**
**(920) 362-7707**

Our Job Serial Number: ZEL-2022000858
Service Fee: $125.00

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1m

Patrick L. Zelzer and Associates
P.O BOX 12554
Green Bay, WI 54307-2554
Phone: (920) 362-7707

## INVOICE

GODFREY & KAHN S.C.
P.O. Box 2728
Appleton, WI 54912

**Case Number: EASTERN DISTRICT 19-CV-484**

Plaintiff:
**ANDREW L. COLBORN,**

Defendant:
**NETFLIX, INC ET AL.,**

Served: 4/28/2022 11:40 am
To be served on: BRENDA SCHULER

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
|           | 1.00     | 125.00 | 125.00 |

TOTAL CHARGED: $125.00

**BALANCE DUE:** **$125.00**

*Rush Service*

Please enclose a copy of this invoice with your payment.
Thank You For Your Business!

Copyright © 1992-2022 Database Services, Inc. - Process Servers Toolbox v8.1m

# GODFREY■■KAHN s.c.



BMO 😊 Harris Bank

**34031**

833 East Michigan Street, Suite 1800
Milwaukee, WI 53202

April 26, 2022

PAY    FORTY-ONE AND 17/100 Dollars ***

$ **41.17**
NOT VALID AFTER 90 DAYS

TO
THE    BRENDA SCHULER
ORDER  29 EAGLES COURT
OF     KAUKAUNA, WI 54130

*Todd M Womack*

■Redacted ▮▮▮▮▮▮ ▮▮▮▮▮▮

Payee ID: 100323    Payee Name: BRENDA SCHULER

Check #: 34031
Check Date: 04-26-2022

----------------------------------------------------------------------------------------------------

| Invoice Date | Invoice # | Description | Amount |
|---|---|---|---|
| 04-26-2022 | WITNESSFEE | Witness fee | 41.17 |
| | | Client/Matter: 017422.0001 | |

# GODFREY KAHN S.C.

  BMO Harris Bank

**34031**

833 East Michigan Street, Suite 1800
Milwaukee, WI 53202

April 26, 2022

PAY   FORTY-ONE AND 17/100 Dollars ***

$ **41.17**
NOT VALID AFTER 90 DAYS

TO
THE
ORDER
OF
BRENDA SCHULER
29 EAGLES COURT
KAUKAUNA, WI 54130

*Todd M Womack*

Redacted

Payee ID: 100323   Payee Name: BRENDA SCHULER

Check #: 34031
Check Date: 04-26-2022

---

| Invoice Date | Invoice # | Description | Amount |
|---|---|---|---|
| 04-26-2022 | WITNESSFEE | Witness fee | 41.17 |
| | | Client/Matter: 017422.0001 | |

**Converse Data LLC**

1009 N. Eugene Street
Greensboro, NC  27401 US
(202) 294-8178
finance@conversedata.com



CONVERSE
SIMPLIFY CHAT REVIEW

# INVOICE

| BILL TO | | | INVOICE | 1025 |
|---|---|---|---|---|
| Caroline Pollard | | | DATE | 05/02/2022 |
| Ballard Spahr | | | TERMS | Net 30 |
| 1735 Market Street | | | DUE DATE | 06/01/2022 |
| 51st Floor | | | | |
| Philadelphia, PA  19103-7599 | | | | |
| United States | | | | |

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/20/2022 | 0001 | Mobile - 1-50k Messages<br>Synthesis\Colborn 0038051<br>10,813 messages | 1 | 500.00 | 500.00 |
| 04/20/2022 | 0008 | Technical Services hourly<br>Synthesis\Colborn 0038051<br>Combine and dedupe 4 exports from<br>same phone.   Dedupe out redacted<br>version and use unredacted<br>supplemental production versions<br>using custom hashing. | 2 | 150.00 | 300.00 |

| | BALANCE DUE | **$800.00** |
|---|---|---|

**Converse Data LLC**

1009 N. Eugene Street
Greensboro, NC 27401 US
(202) 294-8178
finance@conversedata.com



# INVOICE

| BILL TO | | INVOICE | 1037 |
|---|---|---|---|
| Caroline Pollard | | DATE | 08/02/2022 |
| Ballard Spahr | | TERMS | Net 30 |
| 1735 Market Street | | DUE DATE | 09/01/2022 |
| 51st Floor | | | |
| Philadelphia, PA 19103-7599 | | | |
| United States | | | |

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/28/2022 | 0008 | Technical Services Synthesis\Colborn matter. 00308051 Create messages and convos for selective messages provided in XLS BS0038051-E002   14 messages | 2 | 150.00 | 300.00 |

BALANCE DUE **$300.00**

**Brown & Jones Reporting - A Veritext Company**

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: ▓▓▓▓▓▓▓



| Bill To: | Leita Walker | | |
|---|---|---|---|
| | Ballard Spahr LLP | **Invoice #:** | **5752688** |
| | 80 S 8th St | **Invoice Date:** | **5/10/2022** |
| | Ste 2000 IDS Center | **Balance Due:** | **$450.00** |
| | Minneapolis, MN, 55402 | | |

| **Case: Colborn, Andrew L. v. Netlfix, Inc., Et Al. (19CV484)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5178442   |   Job Date: 4/26/2022   |   Delivery: Normal

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Leita Walker |
| Scheduling Atty: | George Burnett Esq | Conway Olejniczak & Jerry Law Office SC |

| **Witness: Adam Del Deo** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Video - MPEG/Digitizing | 6.00 | $55.00 | $330.00 |
| Video - Media and Cloud Services | 6.00 | $20.00 | $120.00 |

| Notes: | **Invoice Total:** | **$450.00** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$450.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:** | **5752688** |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice Date:** | **5/10/2022** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Balance Due:** | **$450.00** |
| Chicago IL 60694-1303 | ▓▓▓▓▓▓▓▓   ▓▓▓▓▓▓▓ | | |
| Fed. Tax ID: ▓▓▓▓▓ | | | |

Pay by Credit Card: www.veritext.com

44341          Case 1:19-cv-00484-BHL   Filed 03/24/23   Page 17 of 31   Document 361-2

**Brown & Jones Reporting - A Veritext Company**

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: ███████████



Bill To:   Leita Walker
           Ballard Spahr LLP
           80 S 8th St
           Ste 2000 IDS Center
           Minneapolis, MN, 55402

| | |
|---|---|
| **Invoice #:** | **5783144** |
| **Invoice Date:** | **5/17/2022** |
| **Balance Due:** | **$977.42** |

| | |
|---|---|
| **Case: Colborn, Andrew L. v. Netflix, Inc Chrome Media, Llc (19CV484)** | **Proceeding Type: Depositions** |

Job #: 5178475   |   Job Date: 4/29/2022   |   Delivery: Normal

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | Leita Walker |
| Scheduling Atty: | George Burnett Esq | Conway Olejniczak & Jerry Law Office SC |

| Witness: Lisa Nishimura | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript - Medical, Technical or Video | 226.00 | $3.30 | $745.80 |
| Exhibits | 678.00 | $0.29 | $196.62 |
| Litigation Package-Secure File Suite | 1.00 | $20.00 | $20.00 |
| Electronic Delivery and Handling | 1.00 | $15.00 | $15.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$977.42** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$977.42** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: ███████████

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
███████████████
███████████████

Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | **5783144** |
| **Invoice Date:** | **5/17/2022** |
| **Balance Due:** | **$977.42** |

44341

## Brown & Jones Reporting - A Veritext Company

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: ███████████



Bill To: Leita Walker
Ballard Spahr LLP
80 S 8th St
Ste 2000 IDS Center
Minneapolis, MN, 55402

| | |
|---|---|
| **Invoice #:** | **5813996** |
| **Invoice Date:** | **6/1/2022** |
| **Balance Due:** | **$1,725.15** |

| Case: Colborn, Andrew L. v. Netflix, Inc., Et Al. (19CV484) | Proceeding Type: Depositions |
|---|---|

Job #: 5178464    |    Job Date: 5/17/2022    |    Delivery: Expedited

Location:          Los Angeles, CA

Billing Atty:      Leita Walker

Scheduling Atty:   George Burnett Esq | Conway Olejniczak & Jerry Law Office SC

| Witness: Laura Ricciardi | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript - Medical, Technical or Video | 250.00 | $3.30 | $825.00 |
| Transcript - Expedited | 250.00 | $3.00 | $750.00 |
| Exhibits | 329.00 | $0.35 | $115.15 |
| Litigation Package-Secure File Suite | 1.00 | $20.00 | $20.00 |
| Electronic Delivery and Handling | 1.00 | $15.00 | $15.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,725.15** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,725.15** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: ███████████

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
████████████████
████████████████

Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | **5813996** |
| **Invoice Date:** | **6/1/2022** |
| **Balance Due:** | **$1,725.15** |

# Brown & Jones Reporting - A Veritext Company

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: ███████



| | |
|---|---|
| Bill To: Leita Walker | |
| Ballard Spahr LLP | |
| 80 S 8th St | |
| Ste 2000 IDS Center | |
| Minneapolis, MN, 55402 | |

| | |
|---|---|
| **Invoice #:** | **5820845** |
| **Invoice Date:** | **6/5/2022** |
| **Balance Due:** | **$942.50** |

| **Case: Colborn, Andrew v. Netflix, Inc Chrome Media, LLC (19CV484)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5178456 | Job Date: 5/16/2022 | Delivery: Normal

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | Leita Walker |
| Scheduling Atty: | George Burnett Esq | Conway Olejniczak & Jerry Law Office SC |

| Witness: Moira Demos | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript - Medical, Technical or Video | 275.00 | $3.30 | $907.50 |
| Litigation Package-Secure File Suite | 1.00 | $20.00 | $20.00 |
| Electronic Delivery and Handling | 1.00 | $15.00 | $15.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$942.50** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$942.50** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: ███████

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
████████████████
████████████

Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | **5820845** |
| **Invoice Date:** | **6/5/2022** |
| **Balance Due:** | **$942.50** |

44341

Colleen Reed Reporting LLC

P.O. Box 293
Milwaukee, Wisconsin  53201

| Date | Invoice # |
|------|-----------|
| 5/25/2022 | 16913 |

| Bill To |
|---------|
| Ballard Spahr LLP<br>Attorney Leita Walker<br>2000 IDS Center<br>80 South 8th Street<br>Minneapolis, Minnesota  55402 |

| Terms |
|-------|
| Due on receipt |

| Description | Amount |
|-------------|--------|
| Re:  Andrew Colborn v Netflix, Inc., et al. | |
| Deposition of Brenda Schuler taken 5-20-22 | |
| Appearance | 250.00 |
| Videoconference - hybrid | 75.00 |
| Original and copy .pdf full and condensed - 361 pages | 2,166.00 |
| Exhibits - 304 pages | 106.40 |
| Word Index - Complimentary | 0.00 |

1.5% Interest per month on past due invoices.
FEIN: ████████

| **Total** | $2,597.40 |
|-----------|-----------|

| Phone # | E-mail | Web Site |
|---------|--------|----------|
| 414.322.3621 | janetlarsen@colleenreed.com | www.colleenreed.com |

## Veritext Corporate Services LLC

Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: ██████████



| | | |
|---|---|---|
| Bill To: Matthew E. Kelley | **Invoice #:** | **5829827** |
| Ballard Spahr LLP | **Invoice Date:** | **6/10/2022** |
| 1909 K St NW, 12th Floor | **Balance Due:** | **$945.65** |
| Washington, DC, 20006 | | |

| **Case: Colborn, Andrew v. Netflix, Inc Chrome Media, LLC (19CV484)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5223455  |  Job Date: 5/19/2022  |  Delivery: Normal

| | |
|---|---|
| Location: | Milwaukee, WI |
| Billing Atty: | Matthew E. Kelley |
| Scheduling Atty: | James A. Friedman Esq | Godfrey & Kahn SC |

| **Witness: Kenneth Petersen , AEO** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Certified Transcript | 193.00 | $3.50 | $675.50 |
| Exhibits | 221.00 | $0.65 | $143.65 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $50.50 | $50.50 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$945.65** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$945.65** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5829827** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **6/10/2022** |
| Chicago IL 60694-1303 | A██████████████████████████ | **Balance Due:** | **$945.65** |
| Fed. Tax ID: ████████ | ██████████████████ | | |

Pay by Credit Card: www.veritext.com

44341

**Brown & Jones Reporting - A Veritext Company**

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: ██████████



| | | | |
|---|---|---|---|
| Bill To: | Matthew E. Kelley | **Invoice #:** | **5834777** |
| | Ballard Spahr LLP | **Invoice Date:** | **6/10/2022** |
| | 1909 K St NW, 12th Floor | **Balance Due:** | **$236.30** |
| | Washington, DC, 20006 | | |

| **Case: Colborn, Andrew v. Netflix, Inc Chrome Media, LLC, Et Al (19CV484)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5216182   |   Job Date: 5/12/2022   |   Delivery: Immediate

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | Matthew E. Kelley |
| Scheduling Atty: | George Burnett Esq | Conway Olejniczak & Jerry Law Office SC |

| **Witness: Eleonore Fleur Dailly** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Certified Transcript - Medical, Technical or Video | 61.00 | $3.30 | $201.30 |
| Litigation Package-Secure File Suite | 1.00 | $20.00 | $20.00 |
| Electronic Delivery and Handling | 1.00 | $15.00 | $15.00 |

| Notes: | **Invoice Total:** | **$236.30** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$236.30** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:** | **5834777** |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice Date:** | **6/10/2022** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Balance Due:** | **$236.30** |
| Chicago IL 60694-1303 | ██████████████ | | |
| Fed. Tax ID: ██████████ | █████████████ | | |

Pay by Credit Card: www.veritext.com

44341                    Case 1:19-cv-00484-BHL   Filed 03/24/23   Page 23 of 31   Document 361-2

# Brown & Jones Reporting - A Veritext Company



Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: ███████████

| | | Invoice #: | **5823629** |
|---|---|---|---|
| Bill To: | Leita Walker | Invoice Date: | **6/16/2022** |
| | Ballard Spahr LLP | Balance Due: | **$774.20** |
| | 80 S 8th St | | |
| | Ste 2000 IDS Center | | |
| | Minneapolis, MN, 55402 | | |

| **Case: Colborn, Andrew v. Netflix, Inc Chrome Media, LLC (19CV484)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5178442  |  Job Date: 4/26/2022  |  Delivery: Expedited

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | Leita Walker |
| Scheduling Atty: | George Burnett Esq | Conway Olejniczak & Jerry Law Office SC |

| Witness: Adam Del Deo | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript - Medical, Technical or Video | 224.00 | $3.30 | $739.20 |
| Litigation Package-Secure File Suite | 1.00 | $20.00 | $20.00 |
| Electronic Delivery and Handling | 1.00 | $15.00 | $15.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | **$774.20** |
| | Payment: | **$0.00** |
| | Credit: | **$0.00** |
| | Interest: | **$0.00** |
| | Balance Due: | **$774.20** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | Invoice #: | **5823629** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | Invoice Date: | **6/16/2022** |
| Chicago IL 60694-1303 | ███████████████████ | Balance Due: | **$774.20** |
| Fed. Tax ID: ███████████ | ████████████████ | | |

Pay by Credit Card: www.veritext.com

44341

## Brown & Jones Reporting - A Veritext Company

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: ████████



| Bill To: | Leita Walker | | |
|---|---|---|---|
| | Ballard Spahr LLP | **Invoice #:** | **5766060** |
| | 80 S 8th St | **Invoice Date:** | **5/6/2022** |
| | Ste 2000 IDS Center | **Balance Due:** | **$472.19** |
| | Minneapolis, MN, 55402 | | |

| **Case: Colborn, Andrew L. v. Netflix, Inc Chrome Media, Llc (19CV484)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5178475 | Job Date: 4/29/2022 | Delivery: Normal

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | Leita Walker |
| Scheduling Atty: | George Burnett Esq \| Conway Olejniczak & Jerry Law Office SC |

| Witness: Lisa Nishimura | Quantity | Price | Amount |
|---|---|---|---|
| Video - MPEG/Digitizing | 7.00 | $55.00 | $385.00 |
| Video - Electronic Access | 1.00 | $0.00 | $0.00 |
| Delivery & Handling - Video Media | 1.00 | $87.19 | $87.19 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$472.19** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$472.19** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

### THIS INVOICE IS 64 DAYS PAST DUE, PLEASE REMIT - THANK YOU

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: ████████

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
████████████

| **Invoice #:** | **5766060** |
|---|---|
| **Invoice Date:** | **5/6/2022** |
| **Balance Due:** | **$472.19** |

44341

B420220709

**Brown & Jones Reporting - A Veritext Company**

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: ████████



| Bill To: | Leita Walker | | |
|---|---|---|---|
| | Ballard Spahr LLP | **Invoice #:** | **5802596** |
| | 80 S 8th St | **Invoice Date:** | **5/24/2022** |
| | Ste 2000 IDS Center | **Balance Due:** | **$330.00** |
| | Minneapolis, MN, 55402 | | |

| **Case: Colborn, Andrew L. v. Netflix, Inc., Et Al. (19CV484)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5178464 | Job Date: 5/17/2022 | Delivery: Normal

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Leita Walker |
| Scheduling Atty: | George Burnett Esq | Conway Olejniczak & Jerry Law Office SC |

| **Witness: Laura Ricciardi** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Video - MPEG/Digitizing | 6.00 | $55.00 | $330.00 |
| Video - Electronic Access | 1.00 | $0.00 | $0.00 |

| Notes: | **Invoice Total:** | **$330.00** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$330.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**THIS INVOICE IS 46 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5802596** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **5/24/2022** |
| Chicago IL 60694-1303 | | **Balance Due:** | **$330.00** |
| Fed. Tax ID: ████████ | ████████ | | |

44341

B420220709

## Brown & Jones Reporting - A Veritext Company

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: ███████████



| | |
|---|---|
| Bill To: Emmy Parsons<br>Ballard Spahr LLP<br>1909 K St NW, 12th Floor<br>Washington, DC, 20006 | **Invoice #:** **5907747**<br>**Invoice Date:** **7/19/2022**<br>**Balance Due:** **$1,322.24** |

| **Case: Colborn, Andrew L. v. Netflix, Inc Chrome Media, Llc Et Al (19CV484)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5274629  |  Job Date: 6/30/2022  |  Delivery: Normal

| | |
|---|---|
| Location: | New York, NY |
| Billing Atty: | Emmy Parsons |
| Scheduling Atty: | George Burnett Esq | Conway Olejniczak & Jerry Law Office SC |

| **Witness: Mary Manhardt** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Certified Transcript - Medical, Technical or Video | 331.00 | $3.30 | $1,092.30 |
| Exhibits | 1083.00 | $0.18 | $194.94 |
| Litigation Package-Secure File Suite | 1.00 | $20.00 | $20.00 |
| Electronic Delivery and Handling | 1.00 | $15.00 | $15.00 |

| Notes: | **Invoice Total:** | **$1,322.24** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,322.24** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:**<br>Veritext<br>P.O. Box71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: ███████████ | **Pay By ACH (Include invoice numbers):**<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>████████████████<br>████████████████ | **Invoice #:** **5907747**<br>**Invoice Date:** **7/19/2022**<br>**Balance Due:** **$1,322.24** |
|---|---|---|

Pay by Credit Card: www.veritext.com

44341

Video Concepts
PO Box 1125
Wautoma, WI 54982

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/31/2022 | 113640 |

| Bill To |
|---------|
| Attorney Leita Walker<br>Ballard Spahr LLP<br>2000 IDS Center, 80 South 8th St.<br>Minneapolis, MN 55402-2119 |

Fed ID # ▓▓▓▓▓▓▓

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| First Hour -Videographer (Includes travel, setup, and breakdown) for the 7/21/22 deposition of Andrew L. Colborn taken in Milwaukee, WI, for Case No. 19-CV-484-BHL, Andre L. Colborn v. Netflix, Inc., et al | | 250.00 | 250.00 |
| Scheduled start time: 9:00 a.m. | 7.5 | 100.00 | 750.00 |
| End time: 5:22 p.m. | | | |
| First Hour -Videographer (Includes travel, setup, and breakdown) for the 7/22/22 continued deposition of Andrew L. Colborn taken in Milwaukee, WI for same case. | | 250.00 | 250.00 |
| Scheduled start time: 9:00 a.m. | 6.75 | 100.00 | 675.00 |
| End time: 4:40 p.m. | | | |
| | | | |
| MP4 files sent via WeTransfer link to: walkerl@ballardspahr.com and to: salomaonascimentoi@ballardspahr.com | | | |

| Subtotal | $1,925.00 |
|----------|-----------|
| **Sales Tax  (5.5%)** | $0.00 |
| **Total** | $1,925.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,925.00 |

| Phone # | E-mail |
|---------|--------|
| 608-234-2903 | videoconcepts1@outlook.com |

## Brown & Jones Reporting - A Veritext Company

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: ███████



Bill To: Isabella Salomão Nascimento
Ballard Spahr LLP
80 S 8th St
Ste 2000 IDS Center
Minneapolis, MN, 55402

| | |
|---|---|
| **Invoice #:** | **5989052** |
| **Invoice Date:** | **8/29/2022** |
| **Balance Due:** | **$920.00** |

| **Case: Colborn, Andrew v. Netflix, Inc Chrome Media, LLC (19CV484)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5343861  |  Job Date: 8/17/2022  |  Delivery: Expedited

Location: Los Angeles, CA

Billing Atty: Isabella Salomão Nascimento

Scheduling Atty: George Burnett Esq | Conway Olejniczak & Jerry Law Office SC

| Witness: Lisa Dennis | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript - Medical, Technical or Video | 134.00 | $3.30 | $442.20 |
| Certified Transcript - Expedited - Medical, Technical or Video | 134.00 | $2.50 | $335.00 |
| Exhibits | 308.00 | $0.35 | $107.80 |
| Litigation Package-Secure File Suite | 1.00 | $20.00 | $20.00 |
| Electronic Delivery and Handling | 1.00 | $15.00 | $15.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$920.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$920.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: ███████

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
███████     ███████

Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | **5989052** |
| **Invoice Date:** | **8/29/2022** |
| **Balance Due:** | **$920.00** |

44341



freelance court reporters

1081 Lamers-Clancy Road  Greenleaf, WI  54126
920.585.2341 | www.365reporting.net | paula@365reporting.net

# INVOICE

Invoice Number:  6414
Invoice Date:  Jul 27, 2022
Invoice Due:  8/26/22
Page:  1

**Bill To:**

Ballard Spahr LLP
Leita Walker
80 South 8th Street
2000 IDS Center
Minneapolis, MN  55402

PLEASE MAKE CHECKS PAYABLE TO
365REPORTING, LLC

Federal Tax ID No. 47-3205144

| Description | Amount |
|---|---|
| Colborn v. Netflix, Inc., et al. - 19-CV-484-BHL | |
| | |
| Deposition of Andrew L. Colborn - Volume I - July 21, 2022 | |
| 251 pages original and copy (3-day expedited) | 1,317.75 |
| appearance fee | 245.00 |
| exhibits | 119.10 |
| | |
| Deposition of Andrew L. Colborn - Volume II - July 22, 2022 | |
| 249 pages original and copy (3-day expedited) | 1,307.25 |
| appearance fee | 227.50 |
| exhibits | 84.30 |
| postage | 25.00 |
| | |
| *transcripts emailed 7/28/2022 | |

| | |
|---|---|
| Subtotal | 3,325.90 |
| Total Invoice Amount | 3,325.90 |
| Payment/Credit Applied | |
| **TOTAL** | **3,325.90** |

THANK YOU FOR YOUR BUSINESS!

**Brown & Jones Reporting - A Veritext Company**

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: ▮▮▮▮▮▮▮



Bill To: Emmy Parsons
Ballard Spahr LLP
1909 K St NW, 12th Floor
Washington, DC, 20006

| | |
|---|---|
| **Invoice #:** | **5903086** |
| **Invoice Date:** | **7/12/2022** |
| **Balance Due:** | **$385.00** |

**Case: Colborn, Andrew L. v. Netflix, Inc Chrome Media, Llc Et Al (19CV484)**   **Proceeding Type: Depositions**

Job #: 5274629  |  Job Date: 6/30/2022  |  Delivery: Normal

Location:           New York, NY

Billing Atty:       Emmy Parsons

Scheduling Atty:  George Burnett Esq | Conway Olejniczak & Jerry Law Office SC

| **Witness: Mary Manhardt** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Video - MPEG/Digitizing | 7.00 | $55.00 | $385.00 |
| Video - Electronic Access | 1.00 | $0.00 | $0.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$385.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$385.00** |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**THIS INVOICE IS 214 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: ▮▮▮▮▮▮

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
████████████████████████
████████████████████████

**Pay by Credit Card: www.veritext.com**

**Invoice #: 5903086**

**Invoice Date: 7/12/2022**

**Balance Due: $385.00**

B420230211