# Itemization of Costs of Chrome Media LLC, Laura Ricciardi, and Moira Demos

| | Date | Amount | Description |
|---|---|---|---|
| **FEES OF THE CLERK** | 4/3/2019 | $400.00 | Filing fee for Notice of Removal |
| | 4/4/2019 | $20.55 | Filing fees to Manitowoc County for opting into the case. |
| | | **$420.55** | |
| **FEES FOR SUBPOENAS** | 2/10/2022 | $125.00 | Patrick L. Zelzer and Associates, Invoice No. ZEL-2022000361, service on Michael Griesbach on 2/10/22. |
| | 3/16/2022 | $110.00 | Patrick L. Zelzer and Associates, Invoice No. ZEL-2022000674, service on Manitowoc County Sheriff's Office on 3/16/22. |
| | 3/22/2022 | $174.60 | First Legal Network INV #10488599: Service of subpoena to James Lenk |
| | 3/28/2022 | $200.00 | General Process & Recovery, LLC, Invoice No. 3.28.202211:57, service of process on Debra Strauss Subpoena on 3/25/2022. |
| | 3/25/2022 | $560.00 | East Central Wisconsin Process, Invoice No. 2543, service of subpenas for Douglass Jones, Kenneth Petersen, Mark Wiegert, Custodian of Records Manitowoc Sheriff, Thomas Kocourek, and Lynn Steckmesser |
| | 4/1/2022 | $125.00 | Patrick L. Zelzer and Associates, Invoice No. ZEL-2022000859; service of process on Thomas Pankow |
| | 4/27/2022 | $231.32 | East Central Wisconsin Process, Invoice No. 2566, service of process on Kenneth Petersen 4/27/22. |
| | | **$1,525.92** | |
| **FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS** | 12/23/2019 | $174.60 | Susan Armbruster for transcript of the December 19, 2019 Motion Hearing. |
| | 3/31/2022 | $ 11.40 | Magne-Script Video Court Reporting INV #23016: Deposition of Michael Griebach recorded 9/22/2005 |
| | 3/31/2022 | $ 35.00 | Magne-Script Video Court Reporting INV #23017: Deposition of Eugene Kusche recorded 10/26/2005 |
| | 4/14/2022 | $ 21.00 | Magne-Script Video Court Reporting INV #23024: Depo transcript of Beverly Badker in Avery civil lawsuit |
| | 4/14/2022 | $ 32.20 | Magne-Script Video Court Reporting INV #23025: Depo transcript of Brenda Petersen in Avery civil lawsuit |
| | 4/14/2022 | $ 21.60 | Magne-Script Video Court Reporting INV #23026: Depo transcript of Perry Kingsbury in Avery civil lawsuit |

# Itemization of Costs of Chrome Media LLC, Laura Ricciardi, and Moira Demos

|  | Date | Amount | Description |
|---|---|---|---|
| | 5/17/2022 | $977.42 | Veritext Legal Solutions INV #5783143: Transcript of deposition of Lisa Nishimira |
| | 5/25/2022 | $330.00 | Veritext Legal Solutions INV #5802595: L. Ricciardi 5/26/22 deposition video files |
| | 5/25/2022 | $1,189.40 | Colleen Reed Reporting LLC INV #16915: B. Schuler 5/20/22 deposition transcript |
| | 6/1/2022 | $975.15 | Veritext Legal Solutions INV #5813997: Transcript of 5/17/22 deposition of L. Ricciardi |
| | 6/5/2023 | $942.50 | Veritext Legal Solutions INV #5820844: Transcript of 5/16/22 deposition of M. Demos |
| | 6/10/2023 | $236.30 | Veritext Legal Solutions INV #5834778: Transcript of 5/12/22 deposition of E. Dailly |
| | 6/16/2022 | $774.20 | Veritext Legal Solutions #5823631: Transcript of 4/26/22 deposition of A. Del Deo |
| | 7/27/2022 | $1,828.40 | 365Reporting LLC Invoice Number 6415 Transcripts for two-day Deposition of Andrew L. Colborn |
| | | **$7,549.17** | |
| **FEES EXEMPLIFICATION - COPIES** | 4/6/2022 | $152.98 | Alphagraphics - Copy of CDs and flash drive received from Manitowoc Sheriff's office in response to subpoena |
| | 4/11/2022 | 9.7 | Paygov.us Wisconsin Manitowoc County Clerk of Courts #9131922: Copies of records |
| | 7/20/2022 | $2,971.50 | Godfrey Khan paper copies for deposition exhibits for two-day Deposition of Andrew L. Colborn |
| | | **$3,134.18** | |
| | | **$12,629.82** | |