**Talbott Settle, Nicole**

---

**From:** vanessa@alphagraphics.com
**Sent:** Friday, April 8, 2022 9:50 AM
**To:** Kowalk, Lauren
**Subject:** Customer Receipt

[EXTERNAL] This message originated from outside your domain.

Your credit card payment has been received by AlphaGraphics #470. Below is your receipt of payment.

Transaction Details
----------------------
Date:       04/08/22 07:50:14
Merchant:   AlphaGraphics #470
Type:       Credit Card Sale
Invoice #:  139474
Amount:     152.98
Description:
Card Holder: Godfrey Kahn
Card Number: xxxxxxxxxxxxxx1344


Order Details
----------------------
000002     Printing Services              1.0000 @ 152.98 = $152.98
-------------------------
Subtotal:    $152.98
Total:       $152.98


v8.2-ue-g-c

ALPHAGRAPHICS

1058 E Washington Ave., Madison, Wisconsin  53703

(608) 294-8000 • Fax (608) 294-8380

madisonwi@alphagraphics.com

We are open M-F 8 am - 5:30 pm



**Pay Your Invoice Online**
click here

**Invoice Number:** **139474**

| | |
|---|---|
| **Bill To:** | **Date:** 4/6/22 |
| Lauren Kowalk | |
| Godfrey & Kahn | **P.O.:** |
| 1 East Main | |
| Madison WI 53703 | |
| Phone: (608)257-3911 | Account Type: Charge |
| E-Mail: LKowalk@gklaw.com | Wanted: |

| Quantity | Description | Price |
|---|---|---|
| | Ref#011664-0002, Disk & Flash Drive Copying | $ 145.00 |
| 8 | 8 CD burns @ $10.00 | |
| 2 | 2 DVD burns @ $20.00 | |
| 1 | 1 16GB flash drive @ $25.00 | |

**ALPHAGRAPHICS MADISON** *HAS MOVED!*

Effective immediately, our new address is
**1058 East Washington Ave. Madison, WI 53703**

*Please update your contacts and records.*
*Questions? Please call 608.294.8000*

| | |
|---|---|
| Subtotal | 145.00 |
| Tax | 7.98 |
| Shipping | 0.00 |
| Total | 152.98 |
| Deposit (-) | 0.00 |
| **Amount Due** | **$152.98** |

**PAYMENT TERMS**: I understand all charged invoices are payable 30 days after invoice date and that a service fee of 1.5% per month will be added to all past due accounts. In the event payment is not made and account is referred to a collection agency, or if legal action is required I will pay collection and/or attorney's fees resulting from such action.
**CHECK ACCEPTANCE POLICY:** My signature indicates I understand and authorize AlphaGraphics to electronically debit my account on all dishonored checks plus a processing fee and any applicable taxes.
**ALL DISPUTES** must be addressed within 30 days of receipt of product. AlphaGraphics cannot research disputes on product older than 30 days.
**CREDIT CARD ACCEPTANCE POLICY:** Credit card payment may be accepted at the time of sale or within the first 30 days after release of merchandise.Credit card payments exempt from credit card payment without a processing fee.

Signature _____      Time _____

Print Name _____      Date _____

Patrick L. Zelzer and Associates
P.O BOX 12554
Green Bay, WI 54307-2554
Phone: (920) 362-7707

## INVOICE

Invoice #ZEL-2022000674
3/16/2022

GODFREY & KAHN S.C.
P.O. Box 2728
Appleton, WI 54912

**Case Number: EASTERN DISTRICT 19-CV-484**

Plaintiff:
**ANDREW L. COLBORN,**

Defendant:
**NETFLIX, INC ET AL.,**

Served: 3/16/2022 2:17 pm
To be served on: MANITOWOC COUNTY SHERIFF'S OFFICE

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| | 1.00 | 110.00 | 110.00 |
| TOTAL CHARGED: | | | $110.00 |

**BALANCE DUE:** $110.00

Please enclose a copy of this invoice with your payment.
Thank You For Your Business!

Page 1 / 1

Case 1:19-cv-00484-BHL   Filed 03/24/23   Page 3 of 41   Document 362-2



## EAST CENTRAL
## WISCONSIN PROCESS

*Prompt, Professional, Process Service*

P.O. Box 1211
Sheboygan, WI 53082
Phone: 920-458-2109

**www.ECWP.us**

# Invoice

| Bill To |
|---|
| Godfrey & Kahn, S.C.<br>One East Main Street, Suite 500<br>Madison, WI 53703-3300 |

| Date | Due Date |
|---|---|
| 4/1/2022 | 4/1/2022 |

| Invoice # |
|---|
| 2548 |

| Description | Amount |
|---|---|
| Case # 19-cv-0484, Thomas Pankow | 55.00 |
| Rush Service | 20.00 |
| | |
| Thank you for your Business | |

| **Total** | **$75.00** |
|---|---|

# GENERAL PROCESS & RECOVERY, LLC

**9 East 2nd Street**
**P.O. Box 310**
**Fond du Lac, WI 54936**
**Phone (920)913-4089**
**Fax (920)923-3500**

3/28/2022

---

| | INVOICE# |
|---|---|
| GODFREY KAHN S.C.<br>ONE EAST MAIN ST,SUITE 500<br>MADISON WI 53703-3300 | 3.28.202211:57 |

| RESCRIPTION | Fee | TOTAL |
|---|---|---|
| JOB:RUSH  GK-ACTIVE FID2855689  SUBPOENA TO DEBRA STRAUSS | | |
| SERVED  3-25-2022,4:00 PM,DEBRA STRAUSS ,BY KEN KLEWICKI | | |
| FEE : $ 200.00  2 TRIPS 3-24 AND 3-25  TOTAL MILES 84 | | |
| | Subtotal | |
| | **Amount Due:** | $ 200.00 |

Please feel free to contact me with any questions or concerns at (920)251-1398.

Thank you,

Ken Klewicki
Process Server

Encl.

Civil Action No. 1:19-cv-00484-BHL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Debra STRAUSS
on *(date)* 3-24-22 .

☐ I served the subpoena by delivering a copy to the named person as follows:

Debra STRAUSS

_____ on *(date)* 3-25-22 ; or 4:00 AM)

☐ I returned the subpoena unexecuted because:

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ 200.00 for services, for a total of $ 200.00 .

I declare under penalty of perjury that this information is true.

Date: 3-28-22

Server's signature

Rus Klewicki Prs
Printed name and title

9 E 2-d St
Fond du Lac WI 54935
Server's address

Additional information regarding attempted service, etc.:

3-24-22 3:48 PM Talked Male, Not home
2 Trips - 42 miles, Rush Service. TOTAL 84 miles

Subscribed & sworn before me
the 28th day of 2022
Amy Klewicki
Notary Public, State of Wisconsin
My Commission expires 4/13/24



**EAST CENTRAL
WISCONSIN PROCESS**

*Prompt, Professional, Process Service*

P.O. Box 1211
Sheboygan, WI 53082
Phone: 920-458-2109

**www.ECWP.us**

# Invoice

| Bill To |
|---|
| Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI 53703-3300 |

| Date |
|---|
| 3/25/2022 |

| Due Date |
|---|
| 3/25/2022 |

| Invoice # |
|---|
| 2543 |

| Description | Amount |
|---|---|
| Case # 1:19-cv-00484-BHL, Douglass Jones | 55.00 |
| Same Day Service | 35.00 |
| Case # 1:19-cv-00484-BHL, Kenneth Petersen | 55.00 |
| Same Day Service | 35.00 |
| Case # 1:19-cv-00484-BHL, Mark Wiegert | 75.00 |
| Same Day Service | 35.00 |
| Case # 1:19-cv-00484-BHL, Manitowoc County Sheriff's Department | 55.00 |
| Same Day Service | 35.00 |
| Case # 1:19-cv-00484-BHL, Thomas Kocourek | 55.00 |
| Same Day Service | 35.00 |
| Case # 1:19-cv-00484-BHL, Lynn Steckmesser | 55.00 |
| Same Day Service | 35.00 |

| Thank you for your Business | **Total** | $560.00 |
|---|---|---|

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| Andrew L. Colborn | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No.   1:19-cv-00484-BHL |
| Netflix, Inc. et al. | ) |
| | ) |
| _Defendant_ | ) |

Process Server _RH_
Date 3/24/22  Time: 50 5 am/pm
(X) Personal    () Substitute
() Posted    () Corporate

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: 
Douglass Jones
820 Shorewood Blvd., Manitowoc, WI 54220

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

Please see attached Exhibit A and Protective Order.

| Place: Godfrey & Kahn, S.C., Attn: James Friedman<br>833 East Michigan Street, Suite 1800<br>Milwaukee, WI 53202-5615 | Date and Time:<br><br>04/08/2022 10:00 am |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   03/24/2022

GINA M. COLLETTI
_CLERK OF COURT_

             OR

_____      s/James A. Friedman
_Signature of Clerk or Deputy Clerk_        _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ _____

Defendants Chrome Media LLC, Moira Demos, and Laura Ricciardi _____ , who issues or requests this subpoena, are:

James Friedman, see address above, jfriedman@gklaw.com, (608) 284-2617

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 1:19-cv-00484-BHL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Douglass Jone

on *(date)* 3/24/22 .

☒ I served the subpoena by delivering a copy to the named person as follows: Douglass Jones

820 Shorewood Boulevard, Manitowoc, WI 54220

on *(date)* 3/24/22 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/24/22

_____
Server's signature

Patrick J. Lamb
Printed name and title

P.O. Box 1211, Sheboygan WI 53082
Server's address

Additional information regarding attempted service, etc.:

# UNITED STATES DISTRICT COURT

### for the
### Eastern District of Wisconsin

Process Server
Date 3/24/23 Time: 3 ʰ̣ am/pm
☒ Personal       ( ) Substitute
( ) Posted       ( ) Corporate

|  |  |  |
|---|---|---|
| Andrew L. Colborn | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:19-cv-00484-BHL |
| Netflix, Inc. et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                Kenneth Petersen
                        5313 Reifs Mills Road, Manitowoc, WI 54220

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

Please see attached Exhibit A and Protective Order.

| Place: Godfrey & Kahn, S.C., Attn: James Friedman | Date and Time: |
|---|---|
| 833 East Michigan Street, Suite 1800 Milwaukee, WI 53202-5615 | 04/08/2022 10:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    03/24/2022

                 GINA M. COLLETTI
                 *CLERK OF COURT*

                                        OR

                                                    s/ James A. Friedman
_____          _____
  *Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____

Defendants Chrome Media LLC, Moira Demos, and Laura Ricciardi _____ , who issues or requests this subpoena, are:

James Friedman, see address above, jfriedman@gklaw.com, (608) 284-2617

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 1:19-cv-00484-BHL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Kenneth Peterson

on *(date)* 3/24/22 .

☒ I served the subpoena by delivering a copy to the named person as follows: Kenneth Peterson

5313 Reifs, Mills Road, Manitowoc, WI 54220

on *(date)* 3/24/22 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/24/22

_____
*Server's signature*

Patrick J. Lamb
*Printed name and title*

P.O. Box 1211, Sheboygan, WI 53082
*Server's address*

Additional information regarding attempted service, etc.:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

Process Server *[handwritten]*
Date 3/25/22 Time: 10:? (am/pm)
X Personal    ( ) Substitute
( ) Posted    ( ) Corporate

| | |
|---|---|
| Andrew L. Colborn <br><br> *Plaintiff* <br> v. <br> Netflix, Inc. et al. <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.   1:19-cv-00484-BHL

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: 
Mark Wiegert
976 N. Mill Road, Chilton, WI 53014

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

Please see attached Exhibit A and Protective Order.

| Place: Godfrey & Kahn, S.C., Attn: James Friedman <br> 833 East Michigan Street, Suite 1800 <br> Milwaukee, WI 53202-5615 | Date and Time: <br><br> 04/08/2022 10:00 am |
|---|---|

❑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   03/24/2022

GINA M. COLLETTI
*CLERK OF COURT*

            OR

| _____ | s/ James A. Friedman <br> _____ |
|---|---|
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Defendants Chrome Media LLC, Moira Demos, and Laura Ricciardi_____ , who issues or requests this subpoena, are:
James Friedman, see address above, jfriedman@gklaw.com, (608) 284-2617

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 1:19-cv-00484-BHL

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Mark Wregert

on *(date)* 3/24/22 .

☒ I served the subpoena by delivering a copy to the named person as follows: Mark Wregert

206 Court Street, Chilton, WI 53014

on *(date)* 3/25/22 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/25/22

Patrick J Lamb
*Server's signature*

Patrick J. Lamb
*Printed name and title*

P.O. Box 1211, Sheboygan, WI 53082
*Server's address*

Additional information regarding attempted service, etc.:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

Process Server
Date 3/25/22 Time: 1034 Whom
X Personal          ( ) Substitute
( ) Posted          ( ) Corporate

| | |
|---|---|
| Andrew L. Colborn | ) |
| *Plaintiff* | ) |
| v. | ) |
| Netflix, Inc. et al. | ) |
| *Defendant* | ) |

Civil Action No.  1:19-cv-00484-BHL

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                             Thomas Kocourek
                    1601 Shoto Road, Two Rivers, WI 54241

*(Name of person to whom this subpoena is directed)*

✓ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

   Please see attached Exhibit A and Protective Order.

| Place: Godfrey & Kahn, S.C., Attn: James Friedman 833 East Michigan Street, Suite 1800 Milwaukee, WI 53202-5615 | Date and Time: 04/08/2022 10:00 am |
|---|---|

❐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

   The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    03/24/2022

                    GINA M. COLLETTI
                    *CLERK OF COURT*

                                                    OR

_____                    s/James A. Friedman
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Defendants Chrome Media LLC, Moira Demos, and Laura Ricciardi_____, who issues or requests this subpoena, are:
James Friedman, see address above, jfriedman@gklaw.com, (608) 284-2617

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 1:19-cv-00484-BHL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Thomas Kocourek

on *(date)* 3/24/22 .

☒ I served the subpoena by delivering a copy to the named person as follows: Thomas Kocourek

1601 Shoto Road, Two Rivers, WI 54241

on *(date)* 3/25/22 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ .

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/25/22

_____
*Server's signature*

Patrick J. Lamb
*Printed name and title*

P.O. Box 1211, Sheboygan, WI 53082
*Server's address*

Additional information regarding attempted service, etc.:

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Wisconsin

Process Server
Date 3/25/22 Time: 100 am/pm
( ) Personal        ( ) Substitute
( ) Posted          X Corporate

| | |
|---|---|
| Andrew L. Colborn | ) |
| *Plaintiff* | ) |
| v. | ) |
| Netflix, Inc., et al. | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.  19-CV-484

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:
_____
Custodian of Records, Manitowoc County Sheriff's Department
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Please see Exhibit A and attached Protective Order.

| Place: Godfrey & Kahn, S.C., Attn: James Friedman 833 East Michican Street, Suite 1800 Milwaukee, WI 53202-5615 | Date and Time: 04/08/2022 10:00 am |
|---|---|

❑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/24/2022

GINA M. COLLETTI
*CLERK OF COURT*

OR

_____          s/James A. Friedman
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Counsel for
Defendants Laura Ricciardi, Moira Demos and Chrome Media, LLC , who issues or requests this subpoena, are:

James A. Friedman, 833 East Michican Street, Suite 1800; Milwaukee, WI 53202-5615, jfriedman@gklaw.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 19-CV-484

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Custodian of Records Manitowoc County Sheriff's Department
on *(date)* 3/24/22 .

☒ I served the subpoena by delivering a copy to the named person as follows: Tori Teunissen as Administrative Assistant, Manitowoc County Sheriff's Department, 1025 South 9th Street, Manitowoc, WI 54220 on *(date)* 3/25/22 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/25/22

_____
*Server's signature*

Patrick J. Lamb
*Printed name and title*

P.O. Box 1211, Sheboygan, WI 53082
*Server's address*

Additional information regarding attempted service, etc.:

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

<table>
<tr><td>Andrew L. Colborn</td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.   1:19-cv-00484-BHL</td></tr>
<tr><td>Netflix, Inc. et al.</td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><i>Defendant</i></td><td>)</td><td></td></tr>
</table>

Process Server _____
Date: _____ Time: _____ am/pm
( ) Personal     ( ) Substitute
( ) Posted     ( ) Corporate

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                 Lynn Steckmesser
1910 24th Street, Two Rivers, WI 54241-1933

<i>(Name of person to whom this subpoena is directed)</i>

☑ <i>Production:</i> **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

       Please see attached Exhibit A and Protective Order.

<table>
<tr><td>Place: Godfrey & Kahn, S.C., Attn: James Friedman<br>833 East Michigan Street, Suite 1800<br>Milwaukee, WI 53202-5615</td><td>Date and Time:<br><br>04/08/2022 10:00 am</td></tr>
</table>

☐ <i>Inspection of Premises:</i> **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

<table>
<tr><td>Place:</td><td>Date and Time:</td></tr>
</table>

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    03/24/2022

<table>
<tr><td>GINA M. COLLETTI<br><i>CLERK OF COURT</i></td><td></td><td></td></tr>
<tr><td></td><td>OR</td><td></td></tr>
<tr><td>_____<br><i>Signature of Clerk or Deputy Clerk</i></td><td></td><td>s/ James A. Friedman<br>_____<br><i>Attorney's signature</i></td></tr>
</table>

The name, address, e-mail address, and telephone number of the attorney representing <i>(name of party)</i> _____

Defendants Chrome Media LLC, Moira Demos, and Laura Ricciardi _____ , who issues or requests this subpoena, are:

James Friedman, see address above, jfriedman@gklaw.com, (608) 284-2617

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 1:19-cv-00484-BHL

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Lynn Steckmesser

on *(date)* 3/24/22 .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: Ms. Steckmesser has MS. and is confined to a bed. She has medical assistance 24 hours a day .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/25/22

_____
*Server's signature*

Patrick J. Lamb
_____
*Printed name and title*

P.O. Box 1211, Sheboygan, WI 53082
_____
*Server's address*

Additional information regarding attempted service, etc.:

Patrick L. Zelzer and Associates
P.O BOX 12554
Green Bay, WI 54307-2554
Phone: (920) 362-7707

**INVOICE**

Invoice #ZEL-2022000361
2/10/2022

GODFREY & KAHN S.C.
P.O. Box 2728
Appleton, WI 54912

**Case Number: EASTERN DISTRICT 19-CV-484**

Plaintiff:
**ANDREW L. COLBORN,**

Defendant:
**NETFLIX, INC ET AL.,**

Served: 2/10/2022 10:37 am
To be served on: MICHAEL GRIESBACH

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| | 1.00 | 125.00 | 125.00 |
| TOTAL CHARGED: | | | $125.00 |

**BALANCE DUE:**                                                    **$125.00**

Please enclose a copy of this invoice with your payment.
Thank You For Your Business!

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1m



# EAST CENTRAL
# WISCONSIN PROCESS

*Prompt, Professional, Process Service*

P.O. Box 1211
Sheboygan, WI 53082
Phone: 920-458-2109

**www.ECWP.us**

# Invoice

| Bill To | Date | Due Date |
|---|---|---|
| Godfrey & Kahn, S.C.<br>One East Main Street, Suite 500<br>Madison, WI 53703-3300 | 4/27/2022 | 4/27/2022 |

| Invoice # |
|---|
| 2566 |

| Description | Amount |
|---|---|
| Case # 19-CV-0484, Kenneth Petersen | 55.00 |
| Same Day Service | 35.00 |
| Witness Fee Check Advance | 141.32 |

| Thank you for your Business | **Total** | $231.32 |
|---|---|---|

# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF WISCONSIN

| INVOICE | NUMBER<br>Order # 1377 |
|---|---|

TO:  Mr. Friedman
One East Main Street - Ste 500
Madison, WI  53703

PHONE:  (608) 257-3911

FAX:

MAKE CHECK PAYABLE TO:

Susan Armbruster
517 E. Wisconsin Ave - Rm 200A
Milwaukee, WI  53202

PHONE:  (414) 290-2641

## TRANSCRIPTS

| ☐ CRIMINAL  ☑ CIVIL | DATE ORDERED<br>12/23/2019 | DATE DELIVERED |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)

Colborn v. Netflix, Inc. - Case No. 19-CV-484

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | 36 | 4.85 | 174.60 | | | 0.00 | | | 0.00 | 174.60 |
| 3-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): | December 19, 2019 | TOTAL | 174.60 |
|---|---|---|---|
| Motion Hearing | | LESS DISCOUNT FOR LATE DELIVERY | |
| | | ADD AMOUNT OF DEPOSIT | |
| | | **AMOUNT DUE (OR REFUND)** | 174.60 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>Susan Armbruster | DATE<br>12/26/2019 |
|---|---|

DISTRIBUTION:     TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

**Talbott Settle, Nicole**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Wednesday, April 3, 2019 2:38 PM |
| **To:** | Friedman, James; Talbott Settle, Nicole |
| **Subject:** | Pay.gov Payment Confirmation: WIED CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact WIED CM/ECF Help Desk at (866) 438-5410.

Application Name: WIED CM ECF
Pay.gov Tracking ID: 26GHT9JK
Agency Tracking ID: 0757-3069261
Transaction Type: Sale
Transaction Date: Apr 3, 2019 3:38:22 PM

Account Holder Name: Jon Anderson
Transaction Amount: $400.00
Card Type: MasterCard
Card Number: ************1371

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.



**State of Wisconsin**    **Wisconsin Court System**

**Circuit Court**    *e* **-Payment Services**

Exit

# Confirmation

**You must click the "Continue" button below in order to return to the state agency's website.**

Please keep a record of your Confirmation Number, or print this page for your records.

Confirmation Number **WCSMAN001998317**

## Payment Details

| | |
|---|---|
| **Description** | County Clerk of Court<br>Filing Court Fees<br>http://wcca.wicourts.gov/ |
| **Payment Amount** | $20.00 |
| **Convenience Fee** | $0.55 |
| **Total Amount** | $20.55 |
| **Payment Date** | 04/04/2019 |
| **Status** | PROCESSED |
| **Payer First Name** | James |
| **Payer Middle Name** | Alan |
| **Payer Last or Business Name** | Friedman |
| **Case number(s)** | Electronic party registration for 2018CV000561 |

## Payment Method

| | |
|---|---|
| **Payer Name** | Jon Anderson |
| **Card Number** | *1371 |
| **Card Type** | Master Card |
| **Approval Code** | 100427 |
| **Confirmation Email** | janderson@gklaw.com |

## Billing Address

| | |
|---|---|
| **Address 1** | 833 E. Michigan St., Ste. 1800 |
| **City/Town** | Milwaukee |
| **State/Province/Region** | WI |
| **Zip/Postal Code** | 53202-5615 |
| **Country** | United States |

# Disbursement Edit List

Report: DBPND
Requested By: GKNTMAIN\ysoik
Edit Report Print Ref: 162

| Disb ID/ Status | Client/ Matter | | Phase/Task | Cost Code/ Source | Tkpr/ Tkpr on Bill/ Auth Tkpr | Dsb Type/ Office | Quantity/ Rel/ Project | Tran Date/ Post Date/ Hold Date | Currency | Base Amt/ ToBill Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| Session #: 339 | | | | | | | | | | 1 |
| 4911281 | 011664 | CHROME MEDIA, LLC | EXP | COLORC | Kees, Nicholas A | Soft | $943.00 | 7/20/2022 | USD | $2,971.50 |
| WIP | 0002 | Colborn v. Netflix, Inc. | | CDN | Kees, Nicholas A | 01 | | 7/20/2022 | USD | $2,971.50 |
| Narrative | | Colored Copies | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total: Base Amount** | | | | | | | | | **USD** | **$2,971.50** |
| **Total: To Bill Amount** | | | | | | | | | **USD** | **$2,971.50** |
| **Report Total: Base Amount** | | | | | | | | | **USD** | **$2,971.50** |
| **Report Total: To Bill Amount** | | | | | | | | | **USD** | **$2,971.50** |

**Soik, Judith**

| | |
|---|---|
| **From:** | Seegert, Hope |
| **Sent:** | Wednesday, July 20, 2022 11:06 AM |
| **To:** | Soik, Judith |
| **Subject:** | Client Charge for printing |

Hi Judy -- Please charge client 011664-0002 for 5943 color copies.  Thank you

**Hope L. Seegert** | Office Services Manager
(she/her/hers)
414.287.9424 direct
414.550.7574 mobile
HSeegert@gklaw.com

## GODFREY ⬛ KAHN s.c.
833 E. Michigan Street, Suite 1800 | Milwaukee, Wisconsin 53202-5615


*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*

# 339
7/20/22



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10488599 | |
| **Invoice Date** | **Total Due** |
| 3/31/22 | |
| | |
| | |
| | |

TAX ID# 27-3093840

Jassy Vick Carolan LLP
355 South Grand Avenue
Suite 2450
Los Angeles, CA 90071

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| | 10488599 | 3/31/22 | | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 3/22/22 | 4932608 | FSP | Jassy Vick Carolan LLP · · · · · · · · · · James Lenk · · · · · · · · · · · · · · · Base Chg : 194.00 | | 174.60 |
| PROCESS-FORWARD SAME DAY | | | 355 South Grand Avenue · · · · · · · · · 4321 S Via de Febrero · · · · · · · · · Misc : 19.40- | | |
| | | | LOS ANGELES      CA 90071 · · · · · · · GREEN VALLEY,      AZ 85662 | | |
| | | | Caller: Marlene Rios | | |
| | | | 1:19-cv-00484-BHL | | |
| | | | Andrew L. Colborn v. Netflix, Inc. · · service of subpoena to James Lenk | | |
| | | | Subpoena to Produce Documents, Information, or Objects o | | |
| | | | SERVE ASAP! | | |
| | | | Signed: JAMES LENK · · · · · · · · · · · Ref: CHROME - COLBORN | | |

Continued

# INVOICE PAYMENT DUE UPON RECEIPT

Case 1:19-cv-00484-BHL   Filed 03/24/23   Page 27 of 41   Document 362-2

Chrome - Colborn

deposition transcript

## Invoice No.  23016

03/31/2022

**Meghan Fenzel**
Jassy Vick Carolan, LLP
355 S Grand Ave, Suite 240
Los Angeles, CA  90071



---

Video Deposition of Michael Griesbach

Recorded 09/22/2005
in  Manitowoc, WI

84 minute video
57 page transcript

Avery v. Manitowoc County
04 C 986
Eastern District



Copy - 57 pages                    11.40

            Total:    **$11.40**

Items delivered:

    1     Condensed transcript with index

Please note Invoice # 23016 on your remittance.

Federal Tax ID No. 39-1418052

**Magne-Script Video Court Reporting**
2204 W. Kenboern Dr.
Glendale, WI 53209
Voice: 414-352-5450
Email: MagneScript@gmail.com

Chrome - Colborn

depositon transcript



# Invoice No.  23017

03/31/2022

**Meghan Fenzel**
Jassy Vick Carolan, LLP
355 S Grand Ave, Suite 240
Los Angeles, CA  90071

---

Video Deposition of
Eugene Kusche

Recorded  10/26/2005
in  Manitowoc, WI

191 minute video
175 page transcript

Avery v. Manitowoc County
04 C 986
Eastern District



| Copy - 175 pages | 35.00 |
|---|---|
| **Total:** | **$35.00** |

Items delivered:

1    Condensed transcript with index

Please note Invoice # 23017 on your remittance.

Federal Tax ID No. 39-1418052

**Magne-Script Video Court Reporting**
2204 W. Kenboern Dr.
Glendale, WI 53209
Voice: 414-352-5450
Email: MagneScript@gmail.com

# Invoice No.  23024

04/14/2022

**Meghan Fenzel**
Jassy Vick Carolan, LLP
355 S Grand Ave, Suite 240
Los Angeles, CA  90071



---

Video Deposition of
Beverly Badker

Recorded  08/25/2005
in  Manitowoc, WI

120 minute video
105 page transcript

Avery v. Manitowoc County
04 C 986
Eastern District



Copy - 105 pages                      21.00

Total:        **$21.00**

Items delivered:

1      Condensed transcript with index

---

Please note Invoice # 23024 on your remittance.

Federal Tax ID No. 39-1418052

**Magne-Script Video Court Reporting**
2204 W. Kenboern Dr.
Glendale, WI 53209
Voice: 414-352-5450
Email: MagneScript@gmail.com

CHROME - COLBORN

DEPO TRANSCRIPT OF BRENDA PETERSEN

# Invoice No.  23025

04/14/2022

**Meghan Fenzel**
Jassy Vick Carolan, LLP
355 S Grand Ave, Suite 240
Los Angeles, CA  90071



Video Deposition of
Brenda Petersen

Recorded  08/25/2005
in  Manitowoc, WI

210 minute video
161 page transcript

Avery v. Manitowoc County
04 C 986
Eastern District



| Copy - 161 pages | 32.20 |
|---|---|
| Total: | **$32.20** |

Items delivered:

    1    Condensed transcript with index

Please note Invoice # 23025 on your remittance.

Federal Tax ID No. 39-1418052

**Magne-Script Video Court Reporting**
2204 W. Kenboern Dr.
Glendale, WI 53209
Voice: 414-352-5450
Email: MagneScript@gmail.com

# Invoice No.  23026

04/14/2022

**Meghan Fenzel**
Jassy Vick Carolan, LLP
355 S Grand Ave, Suite 240
Los Angeles, CA  90071



Video Deposition of
Perry Kingsbury

Recorded  07/14/2005
in  Manitowoc, WI

144 minute video
108 page transcript

Avery v. Manitowoc County
04 C 986
Eastern District



Copy - 108 pages              21.60

Total:     **$21.60**

Items delivered:

1     Condensed transcript with index

Please note Invoice # 23026 on your remittance.

Federal Tax ID No. 39-1418052

**Magne-Script Video Court Reporting**
2204 W. Kenboern Dr.
Glendale, WI 53209
Voice: 414-352-5450
Email: MagneScript@gmail.com

# Brown & Jones Reporting - A Veritext Company

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Kevin Vick
Jassy Vick Carolan LLP
355 South Grand Avenue
Suite 2450
Los Angeles, CA, 90071

Chrome - Colborn

transcript of deposition of Lisa Nishimira

| | |
|---|---|
| **Invoice #:** | **5783143** |
| **Invoice Date:** | **5/17/2022** |
| **Balance Due:** | **$977.42** |

| **Case: Colborn, Andrew L. v. Netflix, Inc Chrome Media, Llc (19CV484)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5178475 | Job Date: 4/29/2022 | Delivery: Normal

Location:        Los Angeles, CA

Billing Atty:    Kevin Vick

Scheduling Atty: George Burnett Esq | Conway Olejniczak & Jerry Law Office SC

| **Witness: Lisa Nishimura** | **Amount** |
|---|---|
| Transcript Services | $765.80 |
| Exhibits | $196.62 |
| Delivery and Handling | $15.00 |

| Notes: | **Invoice Total:** | **$977.42** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$977.42** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
SWIFT: HATRUS44
Pay by Credit Card: www.veritext.com

| **Invoice #:** | **5783143** |
|---|---|
| **Invoice Date:** | **5/17/2022** |
| **Balance Due:** | **$977.42** |

118110

**Brown & Jones Reporting - A Veritext Company**

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



Chrome - Colborn

Bill To: Kevin Vick          L. Ricciardi 5/26/22 deposition video files
Jassy Vick Carolan LLP
355 South Grand Avenue
Suite 2450
Los Angeles, CA, 90071

| | |
|---|---|
| **Invoice #:** | **5802595** |
| **Invoice Date:** | 5/25/2022 |
| **Balance Due:** | **$330.00** |

| **Case: Colborn, Andrew L. v. Netflix, Inc., Et Al. (19CV484)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5178464   |   Job Date: 5/17/2022   |   Delivery: Normal

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | Kevin Vick |
| Scheduling Atty: | George Burnett Esq | Conway Olejniczak & Jerry Law Office SC |

| **Witness: Laura Ricciardi** | **Amount** |
|---|---|
| Video Services | $330.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$330.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$330.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5802595** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **5/25/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$330.00** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

**Colleen Reed Reporting LLC**

P.O. Box 293
Milwaukee, Wisconsin  53201

| Date | Invoice # |
|------|-----------|
| 5/25/2022 | 16915 |

| Bill To |
|---------|
| Jassy Vick Carolan LLP<br>Attorney Kevin L. Vick<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, California  90071 |

| Terms |
|-------|
| Due on receipt |

| Description | Amount |
|-------------|--------|
| Re:  Andrew Colborn v Netflix, Inc., et al.<br>Deposition of Brenda Schuler taken 5-20-22<br>Emailed transcript - 361 pages<br>Exhibits - 304 pages<br>Word Index - Complimentary | 1,083.00<br>106.40<br>0.00 |

1.5% Interest per month on past due invoices.
FEIN: 46-2861935

| **Total** | $1,189.40 |
|-----------|-----------|

| Phone # | E-mail | Web Site |
|---------|--------|----------|
| 414.322.3621 | janetlarsen@colleenreed.com | www.colleenreed.com |

## Brown & Jones Reporting - A Veritext Company



Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569

CHROME - COLBORN

Bill To: Kevin Vick
Jassy Vick Carolan LLP
355 South Grand Avenue
Suite 2450
Los Angeles, CA, 90071

transcript of 5/17/22 deposition of L. Ricciardi

| | |
|---|---|
| Invoice #: | 5813997 |
| Invoice Date: | 6/1/2022 |
| Balance Due: | $975.15 |

| Case: Colborn, Andrew L. v. Netflix, Inc., Et Al. (19CV484) | Proceeding Type: Depositions |
|---|---|

Job #: 5178464 | Job Date: 5/17/2022 | Delivery: Normal

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | Kevin Vick |
| Scheduling Atty: | George Burnett Esq | Conway Olejniczak & Jerry Law Office SC |

| Witness: Laura Ricciardi | Amount |
|---|---|
| Transcript Services | $845.00 |
| Exhibits | $115.15 |
| Delivery and Handling | $15.00 |

| Notes: | Invoice Total: | $975.15 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $975.15 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to: | Pay By ACH (Include invoice numbers): | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | Invoice #: | 5813997 |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | Invoice Date: | 6/1/2022 |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | Balance Due: | $975.15 |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

**Brown & Jones Reporting - A Veritext Company**

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



CHROME - COLBORN

Bill To: Kevin Vick
Jassy Vick Carolan LLP
355 South Grand Avenue
Suite 2450
Los Angeles, CA, 90071

transcript of 5/16/22 deposition
of M. Demos

| | |
|---|---|
| **Invoice #:** | **5820844** |
| **Invoice Date:** | **6/5/2022** |
| **Balance Due:** | **$942.50** |

| **Case: Colborn, Andrew v. Netflix, Inc Chrome Media, LLC (19CV484)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5178456　|　Job Date: 5/16/2022　|　Delivery: Normal

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | Kevin Vick |
| Scheduling Atty: | George Burnett Esq | Conway Olejniczak & Jerry Law Office SC |

| **Witness: Moira Demos** | **Amount** |
|---|---|
| Transcript Services | $927.50 |
| Delivery and Handling | $15.00 |

| Notes: | **Invoice Total:** | **$942.50** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$942.50** |

TERMS:　Payable upon receipt.　Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.　No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5820844** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **6/5/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$942.50** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

118110

**Brown & Jones Reporting - A Veritext Company**

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



CHROME - COLBORN

Bill To: Kevin Vick
Jassy Vick Carolan LLP
355 South Grand Avenue
Suite 2450
Los Angeles, CA, 90071

transcript of 5/12/22 deposition of E. Dailly

| | |
|---|---|
| Invoice #: | 5834778 |
| Invoice Date: | 6/10/2022 |
| Balance Due: | $236.30 |

| Case: Colborn, Andrew v. Netflix, Inc Chrome Media, LLC, Et Al (19CV484) | Proceeding Type: Depositions |
|---|---|

Job #: 5216182 | Job Date: 5/12/2022 | Delivery: Normal

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | Kevin Vick |
| Scheduling Atty: | George Burnett Esq | Conway Olejniczak & Jerry Law Office SC |

| Witness: Eleonore Fleur Dailly | Amount |
|---|---|
| Transcript Services | $221.30 |
| Delivery and Handling | $15.00 |

| Notes: | Invoice Total: | $236.30 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $236.30 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
SWIFT: HATRUS44
Pay by Credit Card: www.veritext.com

| | |
|---|---|
| Invoice #: | 5834778 |
| Invoice Date: | 6/10/2022 |
| Balance Due: | $236.30 |

118110

## Brown & Jones Reporting - A Veritext Company

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



**CHROME - COLBORN**

Bill To: Kevin Vick
Jassy Vick Carolan LLP
355 South Grand Avenue
Suite 2450
Los Angeles, CA, 90071

**transcript of 4/26/22 deposition of A. Del Deo**

| | |
|---|---|
| **Invoice #:** | **5823631** |
| **Invoice Date:** | **6/16/2022** |
| **Balance Due:** | **$774.20** |

| **Case: Colborn, Andrew v. Netflix, Inc Chrome Media, LLC (19CV484)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5178442 | Job Date: 4/26/2022 | Delivery: Normal

Location: Los Angeles, CA

Billing Atty: Kevin Vick

Scheduling Atty: George Burnett Esq | Conway Olejniczak & Jerry Law Office SC

| **Witness: Adam Del Deo** | **Amount** |
|---|---|
| Transcript Services | $759.20 |
| Delivery and Handling | $15.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$774.20** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$774.20** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
SWIFT: HATRUS44
Pay by Credit Card: www.veritext.com

| **Invoice #:** | **5823631** |
|---|---|
| **Invoice Date:** | **6/16/2022** |
| **Balance Due:** | **$774.20** |

118110



**365Reporting** LLC
*freelance court reporters*

1081 Lamers-Clancy Road  Greenleaf, WI  54126
920.585.2341 | www.365reporting.net | paula@365reporting.net

# INVOICE

Invoice Number:  6415
Invoice Date:     Jul 27, 2022
Invoice Due:      Aug 26, 2022
Page:             1

| Bill To: |
|---|
| CHUBB<br>Walter Aldave<br>waldave@chubb.com |

PLEASE MAKE CHECKS PAYABLE TO
365REPORTING, LLC

Federal Tax ID No. 47-3205144

| Description | Amount |
|---|---|
| Claim #431721-010  | Date of Injury: 12/18/2015<br>Matter Name:  Colborn; Andrew (Claimant) / SYNTHESIS FILMS LLC (Insured) | |
| Colborn v. Netflix, Inc., et al. - 19-CV-484-BHL | |
| Deposition of Andrew L. Colborn - Volume I - July 21, 2022 | |
| 251 pages copy (3-day expedited) | 815.75 |
| exhibits | 119.10 |
| Deposition of Andrew L. Colborn - Volume II - July 22, 2022 | |
| 249 pages copy (3-day expedited) | 809.25 |
| exhibits | 84.30 |

| | |
|---|---|
| Subtotal | 1,828.40 |
| Total Invoice Amount | 1,828.40 |
| Payment/Credit Applied | |
| **TOTAL** | **1,828.40** |

THANK YOU FOR YOUR BUSINESS!

**Confirmation Number: 9131922**

Wisconsin

Manitowoc County

**Clerk of Courts**



**Transaction Details**

Name (Last, First, MI)
**RIOS, MARLENE**
Case Number or Citation Number
**05CF381**
Purpose of Payment
**COPIES OF RECORDS**
Comments
**CHROME-COLBORN**

**Credit Card Payment Address Information**

| | |
|---|---|
| Order Number | **9131922** |
| Customer Name | **MARLENE RIOS** |
| Email Address | **mrios@jassyvick.com** |
| Address | **3517 VIA SAN DELARRO**<br>**MONTEBELLO, CA 90640** |
| Phone Number | **(323) 717-8188** |
| Credit Card Number | **4XXX XXXX XXXX 6464** |
| Credit Card Type | **Visa** |
| Expiration Date | **0824** |
| Operator Name | |
| Transaction Time | **4/11/2022** 2:32:26 PM |
| Authorization Code | **064195** |
| Convenience Fee Authorization Code | **064191** |
| Transaction ID | **2036950425** |
| Purchase Type | **sale** |
| Agency Total | **8.75** |
| Convenience Fee | **$0.95** |
| Total Amount Charged to Card | **9.70** |

**ONE OR BOTH CHARGES WILL APPEAR AS PAYGOV.US ON YOUR CARD STATEMENT.**
For questions about this payment, please call (866) 480-8552.
PayGov, LLC
5144 E. Stop 11 Rd. Indianapolis, IN 46237
http://paygov.us
**Disputing a charge with your credit card company may result in an additional $40.00 charge.**