# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

GINA M. COLLETTI
CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

March 27, 2023

George Burnett
Christina D Sommers
Law Firm of Conway Olejniczak & Jerry SC
231 S Adams St
PO Box 23200
Green Bay, WI 54305

April Rockstead Barker
Schott Bublitz & Engel SC
640 W Moreland Blvd
Waukesha, WI 53188

    Re: **Colborn v. Netflix Inc et al**
          **Case No. 19-cv-484-BHL**

Dear Counsel:

    Today, I received the defendant Netflix, Inc.'s proposed Bill of Costs in the above case. In order to dispose of this matter without a hearing, I am asking plaintiff to advise me in writing on or before **April 10, 2023** whether there are objections to any of the costs.

    If there are <u>no objections</u> to the proposed costs, plaintiff should promptly notify the court in writing, with a copy to opposing counsel.

    If plaintiff does file an objection, it should be accompanied by a brief memorandum. Defendant will have until **April 17, 2023** to file a response and any reply by plaintiff should be filed on or before **April 24, 2023**. The matter will then be decided on the written memoranda. Thank you for your cooperation.

    Very truly yours,

    GINA M. COLLETTI
    Clerk of Court

By:   s/K. Hubacz
      Deputy Clerk