UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANDREW L. COLBORN,

        Plaintiff,

    v.

NETFLIX, INC.; CHROME MEDIA LLC,
F/K/A SYNTHESIS FILMS, LLC;
LAURA RICCIARDI; AND MOIRA
DEMOS,

        Defendants.

Civil No. 19-CV-484-PP

## JOINT STIPULATION TO WITHDRAW BILLS OF COSTS AND NOTICE OF PLAINTIFF'S WAIVER OF RIGHTS TO APPEAL FROM JUDGMENT

The parties to the above action, by and through their respective undersigned counsel, hereby stipulate and agree that:

1. Netflix, Inc., Laura Ricciardi, Moira Demos, and Chrome Media LLC f/k/a Synthesis Films, LLC (collectively "Defendants") withdraw their respective Bills of Costs, submitted March 24, 2023 (Dkts. 361, 362).

2. In return, Plaintiff Andrew Colborn has agreed to waive any and all rights to appeal from (a) the Court's Order granting summary judgment in favor of all Defendants and denying summary judgment in favor of Plaintiff (Dkt. 359) and (b) the Judgment in this case (Dkt. 360).

3. The Parties respectfully request that, summary judgment having being granted in favor of all Defendants, Judgment having been entered, and the remaining issues of costs having been

resolved by the Parties, the Court vacate all dates set at Dkts. 363 and 364 and terminate this Action.

/ / /

Dated this 7th day of April, 2023

By: s/ April Rockstead Barker
April Rockstead Barker, SBN: 1026163
Rockstead Law, LLC
525 N. Lincoln Ave.
Beaver Dam, WI 53916
T: (920) 887-0387
F: (262) 666-6483
aprilrbarker@rocksteadlaw.com
George Burnett, SBN: 1005964
Conway, Olejniczak & Jerry, S.C.
231 S. Adams Street/PO Box 23200
Green Bay, WI 54305-3200
T: (920) 437-0476
GB@lcojlaw.com

*Counsel for Plaintiff Andrew Colborn*

By: s/ Leita Walker
Leita Walker
Isabella Salomão Nascimento
Ballard Spahr LLP
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
T: (612) 371-6222
F: (612) 371-3207
walkerl@ballardspahr.com
salamaonascimentoi@ballardspahr.com

Matthew E. Kelley
Emmy Parsons
Ballard Spahr LLP
1909 K Street, NW, Suite 1200
Washington, D.C. 20006-1157
T: (202) 508-1112
F: (202) 661-2299
kelleym@ballardspahr.com
parsonse@ballardspahr.com

*Counsel for Defendant Netflix, Inc.*

s/ Meghan Fenzel
Kevin L. Vick (*pro hac vice*)
Meghan Fenzel (*pro hac vice*)
JASSY VICK CAROLAN LLP
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
T: (310) 870–7048
F: (310) 870–7010
kvick@jassyvick.com
mfenzel@jassyvick.com

*Counsel for Defendant Laura Ricciardi, Moira Demos, and Chrome Media, LLC*

James A. Friedman, SBN 1020756
GODFREY & KAHN, S.C.
One East Main Street
Suite 500
Madison, WI 53703–3300
T: (608) 284–2617
F. (608) 257–0609
jfriedman@gklaw.com
*Counsel for the Defendants*