UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANDREW L COLBORN,

    Plaintiff,

v.                                        Case No. 19-cv-0484

NETFLIX INC, et al.,

    Defendant.

## [PROPOSED] ORDER

Pursuant to the Plaintiff and Defendants' Joint Stipulation to Withdraw Bills of Costs and Notice of Plaintiff's Waiver of Rights to Appeal from Judgment, the Court hereby:

1. Vacates all proceedings related to the Defendants' respective previously submitted and now withdrawn Bills of Costs (Dkts. 361–364); and

2. Orders the Clerk to terminate this Action.

SO ORDERED on _____, 2023

                                                            s/_____
                                                            BRETT H. LUDWIG
                                                            United States District Judge