Kimberly Dulont
4400 West Arm Rd #105
Spring Park, MN 55384

MINNEAPOLIS MN 553

11 SEP 2023 PM 4 L

Thinking

FOREVER USA

Clerk US District Court
517 EAst Wisconsin Avenue
Room 362
Milwaukee, WI 53202

53202-458299

BHL   19cv484

CLERK USDC EDWI
FILED
2023 SEP 13 P 1: 29

September 10, 2023

**Clerk US District Court**
517 East Wisconsin Avenue
Room 362
Milwaukee, WI 53202

**Subject:** Case No. 19-cv-0484-bhl; Doc Entry #358, Order, March 10, 2023

To Whom it May Concern,

Concerning **case No. 19-cv-0484-bhl; Doc # 358, Order, March 10, 2023**, I respectfully request that, pursuant to the Order's below stipulations, sealed documents, **279-42, 289-26 and 289-27** be unsealed, pursuant to the **stipulated release of Convicting A Murderer on September 7, 2023** (via multiple mediums including: https://www.dailywire.com/episode/ep-1-an-unraveling-narrative-new).

The Order states,

> "IT IS HEREBY ORDERED that the various Motions to Restrict, ECF Nos. 267, 281, 305, 322, 332, & 345 are GRANTED, in part and DENIED, in part. The motions are granted with respect to documents filed at **ECF No. 279-42 and ECF Nos. 289-26 and 289-27. The Court will hold these documents under seal unless and until Convicting a Murderer is released.** The motions are denied with respect to documents filed at ECF Nos. 283-2 through 283-33 and ECF Nos. 330-4, 330-5, and 330-6. The remainder of the motions are denied as moot."

Accordingly, I am seeking copies of the subject sealed documents but believe that, once unsealed, I will be able to access them through my already existing Pacer account. I am, therefore, not requesting mailed copied unless that is the only method available to obtain the documents. For payment advice for mailed copies (Pacer provides the pricing when downloading), you may follow up with me via email at kimberlyjdupont@hotmail.com.

Thank you very kindly for your assistance.

Kimberly DuPont
4400 West Arm Rd 105
Spring Park, MN, 55384